

**EXHIBIT**

**Composite 1**

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>STAR PROPERTY NAKATOMI, LLC.</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE</u>
<u>COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBIN</u>
Defendant

---

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

### III.   TYPE OF CASE     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

   2

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Anthony M. Lopez Esq.        Fla. Bar # 13685
        Attorney or party            (Bar # if attorney)

Anthony M. Lopez Esq.              12/29/2022
  (type or print name)             Date

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC.,

        Plaintiff,

CASE NO.:

v.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S, LONDON
SUBSCRIBING TO
POLICY NUMBER: VETGV06026210,

        Defendant,

_____/

## COMPLAINT

Plaintiff, STAR PROPERTY NAKATOMI, LLC. (the "Insured"), hereby sues Defendant, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 (the "Insurance Company"), and alleges as follows:

## PARTIES, JURISDICTION AND VENUE

1.      This is an action for damages that exceeds Thirty Thousand and 00/100 Dollars ($30,000.00), exclusive of interest, costs and attorney's fees and equitable relief by way of a Declaratory Judgment action.

2.      The Insured is an individual who at all times material hereto has resided in Miami-Dade County, Florida.

3.      The Insurance Company is a foreign entity qualified to do business in Florida and has, at all times material hereto, been conducting business in Miami-Dade County, Florida.

4.      Venue is proper in Miami-Dade County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Miami-Dade County, Florida.

5.      All conditions precedent to the filing of this lawsuit have occurred, have been waived or have been performed.

## GENERAL ALLEGATIONS

6.      At all times material hereto, in consideration of a premium paid by the Insured, there was in full force and effect a certain homeowners insurance policy issued by the Insurance Company with a policy number of VETGV6026210 (the "Policy").

A true and correct copy of policy is attached hereto as Exhibit "A".

7.      Accordingly, under the terms of the Policy, the Insurance Company agreed to provide insurance coverage to the Insured's property against certain losses.  The damaged property is located at 1801 SW 3rd Ave, Miami, FL 33129 (the "Property").

8.      On or about June 16, 2022, while the Policy was in full force and effect, the Property sustained a covered loss as a result of A/C leak (the "Loss").

9.      The Insurance Company assigned claim number 2022061701086199 to the Loss.

10.     Subsequently, the Insurance Company failed to inform the Insured within 90 days that it was denying coverage for the loss on the basis that it was not covered by the policy or that the payment would be forth coming.

11.     The Insured has suffered and continues to suffer damages resulting from Insurance Company's breach of the Policy.

12.     The Insured has been obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorney's fee pursuant to Florida Statute Sections 627.428 and/or 626.9373.

## COUNT I
## BREACH OF CONTRACT

13.     The Insured reincorporates paragraphs 1 through 12 as if fully set forth herein.

14.     It is undisputed that the Insured and the Insurance Company entered into a written contract, the Policy, wherein the Insured agreed to pay a premium and the Insurance Company agreed to insure the Insured's Property.

15.     The Insured has paid all premiums due and owing as contemplated by the Policy; thus, fully performing its obligations under the Policy.

16.     The Insured's Property sustained damage which the Insurance Company agreed to provide coverage for under the terms of the Policy.

17.     Furthermore, at all times material hereto, the Insured has satisfied all post-loss obligations to the best of its ability in accordance with the Policy.

18.     In contrast, the Insurance Company has failed to: (i) acknowledge coverage for the Loss; and/or (ii) acknowledge that payment would be forthcoming; and/or (iii) make any payment of insurance proceeds to the Insured. As a result of the foregoing, the Insurance Company has breached the Policy.

19.     As a direct and proximate result of the Insurance Company's breach of the Policy, the Insured has sustained damages.

WHEREFORE, the Insured respectfully requests that this Court enter judgment against the

Insurance Company for damages, plus interest, court costs and reasonable attorney's fees pursuant to Sections 627.428 and/or 626.9373.

## COUNT II
## DECLARATORY JUDGMENT

20.     The Insured reincorporates paragraphs 1 through 12 as if fully set forth herein.

21.     There is a bona fide, actual, present, adverse, and practical need for this Court to render a declaration as to whether the Policy issued by Insurer to Insured provides coverage to Insured for the Loss.

22.     There is doubt between the Insured and Insurer regarding coverage of the loss which affects the rights and/or privileges of the Parties.

23.     This declaration deals with a present controversy as to the application of the law to facts regarding the insurance coverage available to Insured for the Loss.

24.     By filing this declaratory judgment action, the Insured is not requesting that the Court merely provide legal advice or answer questions propounded from curiosity.

25.     Based upon the foregoing, the Insured is entitled to a declaratory judgment, holding that coverage does exist for the Loss; thus removing any doubt that exists between the Parties.

26.     Pursuant to Section 86.081, Florida Statues, the Insured is entitled to costs.

WHEREFORE, the Insured respectfully seeks the entry of a declaratory judgment against the Insurer holding that the Loss is covered under the Policy, plus costs and attorney fees for bringing this action and such other relief as the Court deems just and proper.

**JURY TRIAL DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated this 28th day of December 2022.

Respectfully Submitted,

**Your Insurance Attorney, PLLC.**
2601 South Bayshore Drive 18th Floor
Coconut Grove, FL 33133
Phone No.: 1-888-570-5677
Fax: 1-888-745-5677
Email: YIA3@Yourinsuranceattorney.com
Secondary Email: Eservice@Yourinsuranceattorney.com

By: /s/ Maximo A. Santiago

   Máximo A. Santiago, Esq.
   Florida Bar No. 669733
   Ariana Rubio Di Natale, Esq.
   Florida Bar No. 1025882

**EXHIBIT "A"**

# Ventus Risk Management Inc.
(as agent for the carriers scheduled within)
P.O. Box 25004
Columbia, SC 29224

# COMMON POLICY DECLARATIONS

**Insured Name and Address**
Star Property Nakatomi , LLC
3750 W Flagler Street
Coral Gables, FL 33134

**Surplus Lines Agent Name and Address**
BASS UNDERWRITERS INC
6951 W. Sunrise Blvd.
Plantation, FL 33313
EDWARD POWELL JACKSON
License Number: A128903

**Policy Number:** VETGV06026210
**Policy Period:** December 13, 2021 to December 13, 2022 (12:01 AM at insured's mailing address)

**Description of Business:**

In return for the payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.

This policy consists of the following coverage parts for which premium is indicated.  This premium may be subject to adjustment.

| Coverage Part | Premium |
|---|---|
| Commercial Property | $ 56,986 |
| Equipment Breakdown | 514 |
| Total Premium | $ 57,500 |

| Fees | |
|---|---|
| Inspection Fees | 250 |
| Modeling Fees | 150 |

These declarations, together with the Common Policy Conditions, Coverage Parts, Coverage Forms and Endorsements, if any, issued to form a part thereof, complete this policy.

Limits shown on the declarations may vary by location or coverage.  Refer to the Schedule of Locations for location-specific or coverage-specific limit information. The Schedule of Locations may be updated when policy changes occur. The Schedule at time of policy issuance can be found here:

Link:   **https://storage.ventusrisk.com/54LKDUfZ5tAHw82LPiXU2h**
PIN:   **4WT67X**

Policy Number: VETGV06026210

| | |
|---|---|
| **Coverage Form**: | Building and Personal Property Coverage Form |
| **Covered Perils:** | Direct physical loss of or damage to covered property, subject to any and all exclusions or limitations in the Causes of Loss - Special Form or elsewhere in the policy. |
| **Coinsurance**: | Coinsurance applies as follows: |
| | All Coverages:    90% |
| **Claim Valuation**: |  All Coverages:    Replacement Cost (RC) |
| **TIV**: | The Total Insured Values for the policy consist of the following: |

Building   6,200,000
Total        6,200,000

| | |
|---|---|
| **Limits**: | $6,200,000 |
| | Subject to the location-specific and coverage-specific limits shown in the Schedule of Locations. |
| **Margin Percentage**: | 100% |
| **Business Interruption** | Excluded |
| **AOP Deductible**: | $5,000 |
| **Water Damage Deductible**: | $50,000 |
| **Windstorm/Hail** | Included, subject to the following deductibles: |
| | Named Storm:                     10%, Per Unit of Insurance.  A minimum per occurrence deductible of $25,000 also applies. |
| | All Other Windstorm/Hail:   $25,000 |
| **Earthquake**: | Excluded |
| **Flood**: | Excluded |
| **Property Enhancement Endorsement:** | See Schedule on page 58. |
| **Minimum Earned Premium**: | 20%, subject to increase if the policy is in force at any time during the wind season, as detailed in VT01291119. |
| **Ordinance or Law**: | Coverage A:                          Included in Building Limit |
| | Coverage B & C Combined:   10% per building<br>Within the Building Limit |
| | Coverage D:                         Excluded |
| **Terror**: | Excluded |

Policy Number: VETGV06026210

| | |
|---|---|
| **Equipment Breakdown**: | Included, subject to the Limit of Insurance of this policy and the sub-limits and deductibles described below. |

Equipment Breakdown coverage is subject to the following sub-limits:

| Coverage | Sub-limit |
|---|---|
| Spoilage | 50,000 |
| Expediting Expenses | 100,000 |
| Utility Interruption | Included within BI/EE limit |
| Drying Out | 10,000 |
| Hazardous Substances | 100,000 |
| Data Restoration | 100,000 |
| DICC | 100,000 |
| Off Premises Property Damage | 25,000 |
| Electronic Vandalism | 100,000, in any 12-month period |

| Coverage | Deductible |
|---|---|
| Direct Damage | $5000 |
| Business Interruption | 72 hours, if applicable |
| Utility Interruption | 12 hours, if applicable |
| Spoilage | $5000, or as in Schedule of Locations |

Policy Number: VETGV06026210

<table>
<tr><td colspan="2" align="center"><b>Countersignature of Authorized Representative</b></td></tr>
<tr><td>
Laurie Comfort<br>
Ventus Risk Management, Inc.<br>
P.O. Box 25004<br>
Columbia, SC 29224<br><br><br><br>
Signature: <i>Laurie Comfort</i>
</td>
<td valign="bottom">Date: January 07, 2022</td></tr>
</table>

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

**SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

For assistance, please contact your producer, or call Ventus at 844-983-6887.

Policy Number: VETGV06026210

# SCHEDULE OF SUBSCRIBING CARRIERS

**Coverages: All Except Equipment Breakdown**

| Carrier Name | Percentage |
|---|---|
| Arch Specialty Insurance Company | 40.5% |
| United Specialty Insurance Company | 25.0% |
| Underwriters at Lloyds: | |
| RNR 1458, UMR B1776BP202321N | 25.0% |
| AAL 2012, UMR B1776BP202320N | 5.5% |
| ACS 1856, UMR B1776BP202320N | 4.0% |

**Coverages: Equipment Breakdown**

| Carrier Name | Percentage |
|---|---|
| Arch Specialty Insurance Company | 100% |

Policy Number: VETGV06026210

# FOLLOW THE LEADER CLAUSE

All Insurers subscribing hereto agree that all additions, deletions, amendments, alternations, agreements, endorsements, attachments, schedules, adjustments, cancellations, extensions and additional or return premiums to be agreed by Arch Specialty Insurance Company, as the Lead Insurer, shall be binding, without notice, upon all other Insurers and to follow the Lead Insurer in every respect.

All Insurers further agree that the Lead Insurer has the right, in all respects, to decide any matter relating to any claim made under this policy, including but not limited to any decisions, agreements, payments, settlements, claims, surveys, guarantees, towage, salvage, payments on account and claim settlements, excluding ex-gratia payments.

All Insurers shall settle their share of any claim payments within 90 days upon the Lead Insurer's approval of non ex-gratia payments. Otherwise, the Insured may offset the due claim amount with the undue premium up to the share of Insurer(s) who fail to settle.

The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions.  The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

Policy Number: VETGV06026210

# SEVERAL LIABILITY CLAUSE

The liability of a subscribing insurer under this contract is several and not joint with other subscribing insurers party to this contract. A subscribing insurer is liable only for the proportion of liability it has underwritten. A subscribing insurer is not jointly liable for the proportion of liability underwritten by any other subscribing insurer. Nor is a subscribing insurer otherwise responsible for any liability of any other subscribing insurer that may underwrite this contract.

The proportion of liability under this contract underwritten by a subscribing insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown in this contract.

In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is an insurer. Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together). The liability of each member of the syndicate is several and not joint with other members. A member is liable only for that member's proportion. A member is not jointly liable for any other member's proportion. Nor is any member otherwise responsible for any liability of any other subscribing insurer that may underwrite this contract. The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA. The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should be read as a reference to contracts in the plural.

Policy Number: VETGV06026210

# DEFINITION OF OCCURRENCE

This endorsement modifies insurance provided under this policy.

For the purposes of this policy, the term "occurrence" means losses or damages attributable directly or indirectly to one cause, incident, or event, or a series of similar causes, incidents or events that first take place during the policy period, regardless of the number of locations involved or the area over which such loss occurs. This definition applies whenever the word "occurrence" is used, whether the word appears in quotations, italics, bold or normal print.

When an "occurrence" arises from windstorm or hail, flood, terrorism, riot or civil commotion, one "occurrence" shall be construed to be all losses arising during a continuous period of 72 hours. When filing proof of loss, you may elect the moment at which the 72-hour period shall be deemed to have commenced, which shall not be earlier than when the first loss to any covered property occurs.

When an "occurrence" arises from earthquake or volcanic eruption, one "occurrence" shall be construed to be all losses arising during a continuous period of 168 hours. When filing proof of loss, you may elect the moment at which the 168-hour period shall be deemed to have commenced, which shall not be earlier than when the first loss to any covered property occurs.

The expiration of this Policy shall not reduce the periods (72-hours or 168-hours, whichever is applicable) during which losses are considered to be caused by a single "occurrence".

In no event will payment made under this policy exceed the applicable Limit of Insurance shown in the Declarations, regardless of the number of covered locations involved or the sublimits applicable in any one occurrence.

All other terms and conditions remain unchanged.

Policy Number: VETGV06026210

# OCCURRENCE LIMIT OF INSURANCE ENDORSEMENT

This endorsement modifies insurance provided under this Policy.

1. **Definition of Occurrence**

   The term "occurrence" means losses or damages attributable directly or indirectly to one cause, incident, or event, or a series of similar causes, incidents or events that first take place during the policy period, regardless of the number of locations involved or the area over which such loss occurs. This definition applies whenever the word "occurrence" is used, whether the word appears in quotations, italics, bold or normal print.

   When an "occurrence" arises from windstorm or hail, flood, terrorism, riot or civil commotion, one "occurrence" shall be construed to be all losses arising during a continuous period of 72 hours. When filing proof of loss, you may elect the moment at which the 72-hour period shall be deemed to have commenced, which shall not be earlier than when the first loss to any covered property occurs.

   When an "occurrence" arises from earthquake or volcanic eruption, one "occurrence" shall be construed to be all losses arising during a continuous period of 168 hours. When filing proof of loss, you may elect the moment at which the 168-hour period shall be deemed to have commenced, which shall not be earlier than when the first loss to any covered property occurs.

   The expiration of this Policy shall not reduce the periods (72-hours or 168-hours, whichever is applicable) during which losses are considered to be caused by a single "occurrence".

2. **Occurrence Limit of Insurance**

   In the event of loss or damage to Covered Property, for each coverage type shown in the Declarations we will pay the lesser of:

   a. The actual adjusted amount of loss, less applicable deductible(s);

   b. The Total Insured Value for that coverage, as shown on the Declarations, multiplied by the Margin Percentage shown below, for each Covered Property that sustains loss or damage, less applicable deductible(s);

      Margin Percentage: 100%

   c. The remaining amount of any applicable aggregate Limit of Insurance for that coverage.

   Notwithstanding the foregoing, the most we will pay for loss or damage to Covered Property in any one occurrence is the aggregate of the limits shown in the Declarations for all locations.

   Unless Blanket Limits Across Locations apply, as shown in the Declarations, the limits described above apply separately at each location.

   Unless Blanket Limits Across Coverages apply, as shown in the Declarations, the limits described above apply separately for each coverage.

3. **Blanket Limits Across Locations**

   If Blanket Limits Across Locations apply, as indicated in the Declarations, the limits per insured location that are shown in the Declarations are aggregated across all locations and Paragraph 2.b. above is modified accordingly to refer to this aggregated limit.

   In addition, the Margin Percentage, as shown in 2.b. above, does not apply for those locations subject to Blanket Limits Across Locations.

4. **Blanket Limits Across Coverages**

   If Blanket Limits Across Coverages apply, as indicated in the Declarations, the limits shown in the Declarations are aggregated across the applicable coverages rather than being applied separately. Applicable coverages included within the blanket limit are only those for which a non-zero limit is shown in the Declarations.

All other terms, conditions and exclusions of the Policy remain unchanged.

Policy Number: VETGV06026210

# WATER DAMAGE DEDUCTIBLE

Water Damage Deductible: $50,000

To the extent that Water Damage, defined below, is a Covered Cause of Loss under this Policy, claims associated with Water Damage will be subject to the Water Damage Deductible shown above.

For this purpose, Water Damage means:

A.   Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

B.   Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth above, such water is not subject to the provisions of the Water Exclusion Endorsement, which precludes coverage for surface water or water under the surface of the ground.

For the avoidance of doubt, Water Damage as defined here does not include loss or damage otherwise excluded under the terms of the Water Exclusion Endorsement.

Policy Number: VETGV06026210

# WINDSTORM OR HAIL DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE PART

The Windstorm or Hail Deductible set forth in this endorsement applies to covered loss or damage to buildings and business personal property that is caused directly or indirectly by Windstorm or Hail.  Coverage for loss of Business Income, if provided for in this policy, remains subject to the Waiting Period as defined elsewhere in this policy and as shown in the Declarations.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy.  If this policy is endorsed to cover Flood under the Flood Coverage Endorsement, a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement.

A.  **Definitions**

1.  **Hurricane** – A Hurricane is a storm system that has been declared to be a Hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The Hurricane occurrence begins at the time a Hurricane watch or Hurricane warning is issue by the NHC for the area in which the affected premises are located, and ends 72 hours after the termination of the last Hurricane watch or Hurricane warning issued for that area by the NHC.

2.  **Named Storm** – A Named Storm is a storm system that has been identified as a tropical storm or hurricane and assigned a name by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). Under the terms of this endorsement, a Named Storm begins at the time a Named Storm Watch or Named Storm Warning is issued by the NHC for the area in which the affected premises are located, and ends 72 hours after the termination of the last Named Storm Watch or Named Storm Warning issued for that area by the NHC.

B.  **Basis for Application of Deductible**

The Windstorm or Hail Deductible may apply in one of three possible ways:

1.  All Windstorm/Hail – If the Windstorm or Hail Deductible in the Declarations indicates an "All Windstorm/Hail" deductible, then the same deductible applies to all windstorm or hail events.

2.  Named Storm – If the Windstorm or Hail Deductible in the Declarations indicates a "Named Storm" deductible, then a Named Storm Deductible applies to all wind events classified as a Named Storm, in accordance with the definition herein, and a separate All Other Windstorm or Hail Deductible applies to all other windstorm or hail events not classified as a Named Storm.

3.  Hurricane – If the Windstorm or Hail Deductible in the Declarations indicates a "Hurricane" deductible, then a Hurricane Deductible applies to all wind events classified as a Hurricane, in accordance with the definition herein, and a separate All Other Windstorm or Hail Deductible applies to all other windstorm or hail events not classified as a Hurricane.

C.  **Per Unit of Insurance, Per Building or Per Occurrence Named Storm and Hurricane Deductibles**

1.  If, as shown in the Declarations, the Named Storm or Hurricane deductible applies Per Unit of Insurance, then for each building that sustains loss or damage, the Windstorm or Hail Deductible will be applied to the loss or damage to the building and a separate Windstorm or Hail Deductible will also be applied to the loss or damage to business personal property at each building.

2.  If, as shown in the Declarations, the Named Storm or Hurricane deductible applies Per Building, then for each building that sustains loss or damage, a separate Windstorm or Hail Deductible will be applied to the combined loss or damage to the building and the business personal property.

Policy Number: VETGV06026210

3. If, as shown in the Declarations, the Named Storm or Hurricane deductible applies Per Occurrence, then a single Windstorm or Hail Deductible will be applied for each occurrence, rather than separately for each building and separately for the loss or damage to the building and the business personal property.

4. Regardless of whether the Named Storm or Hurricane deductible is applied on a Per Unit of Insurance, Per Building or Per Occurrence basis, the All Other Windstorm or Hail Deductible will always be applied on a per occurrence basis.

D. **Dollar or Percentage Deductible**

1. If, as shown in the Declarations, the Windstorm or Hail Deductible is a dollar amount, then that dollar amount shall be used as described in paragraph C above.

2. If, as shown in the Declarations, the Windstorm or Hail Deductible is stated as a percentage, we will calculate the dollar value of the deductible to be used in paragraph C above by multiplying the percentage by the Limits of Insurance, or in the case of layered policies the Insured Values, applicable to the building and business personal property at the locations that have sustained loss or damage.

E. **Per Occurrence Minimum Deductible**

In the event that a Per Occurrence Minimum Deductible applies, as shown in the Declarations, for each occurrence we will calculate the sum of all applicable deductibles in accordance with paragraphs C and D, above. The deductible will then be the greater of this sum or the Per Occurrence Minimum Deductible.

If the Per Occurrence Minimum Deductible is stated as a percentage, we will calculate the dollar value of the Per Occurrence Minimum Deductible by multiplying the percentage by the Limits of Insurance, or in the case of layered policies the Insured Values, applicable to the building and business personal property at the locations that have sustained loss or damage.

F. **Policy Term Aggregate Deductible**

1. If, as shown in the Declarations, a Policy Term Aggregate Deductible applies and is stated as a dollar amount, the Policy Term Aggregate Deductible is the dollar amount shown in the declarations.

2. If, as shown in the Declarations, a Policy Term Aggregate Deductible applies and is stated as a percentage, the dollar value of the Policy Term Aggregate Deductible is the percentage multiplied by the sum for all covered properties of the Limits of Insurance, or in the case of layered policies, the Insured Values.

3. The sum of the Windstorm or Hail deductibles for one or more Named Storms or Hurricanes cannot exceed the Policy Term Aggregate Deductible. If, as the result of a Named Storm or Hurricane, the sum of the Windstorm or Hail Deductibles would exceed the Policy Term Aggregate Deductible, then the Windstorm or Hail Deductible for that Named Storm or Hurricane occurrence will be reduced so that the sum equals the Policy Term Aggregate Deductible. Furthermore, for any subsequent Named Storm or Hurricane during the same policy period, the Windstorm or Hail Deductible will be the All Other Windstorm or Hail Deductible.

4. If the All Other Windstorm or Hail Deductible applies, in accordance with the previous paragraph, that deductible is applied to the total of all loss or damage sustained in one event on a Per Occurrence basis. It does not apply separately Per Unit of Insurance or Per Building, even if such Per Unit of Insurance or Per Building deductible applied to previous Named Storms or Hurricanes.

G. **Newly Acquired or Constructed Property**

When property is covered under the Coverage Extension for Newly Acquired or Constructed Property, in determining the amount, if any, that we will pay for loss or damage, the deductible for Newly Acquired or Constructed Property will be the highest deductible shown in the Declarations for any described premises. If the deductibles are presented as a percentage in the Declarations, the highest percentage will be applied to the value(s) of the Newly Acquired or Constructed Property at time of loss.

H. **What We Will Pay**

We will not pay for loss or damage until the amount of loss or damage exceeds the Windstorm or Hail Deductible, as described above. We will then pay the amount of loss or damage in excess of the Windstorm or Hail Deductible, up to the applicable Limit of Insurance, after any reduction required by any Coinsurance Condition that may apply.

Policy Number: VETGV06026210

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

A.  **Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1.  **Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a.  **Building,** meaning the building or structure described in the Declarations, including:

(1)  Completed additions;

(2)  Fixtures, including outdoor fixtures;

(3)  Permanently installed:

(a)  Machinery and

(b)  Equipment;

(4)  Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a)  Fire-extinguishing equipment;

(b)  Outdoor furniture;

(c)  Floor coverings; and

(d)  Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5)  If not covered by other insurance:

(a)  Additions under construction, alterations and repairs to the building or structure;

(b)  Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b.  **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation Of Coverage form:

(1)  Furniture and fixtures;

(2)  Machinery and equipment;

(3)  "Stock";

(4)  All other personal property owned by you and used in your business;

(5)  Labor, materials or services furnished or arranged by you on personal property of others;

(6)  Your use interest as tenant in improvements and betterments.  Improvements and betterments are fixtures, alterations, installations or additions:

(a)  Made a part of the building or structure you occupy but do not own; and

(b)  You acquired or made at your expense but cannot legally remove;

Form Number: CP00100607                                                                                                                    16

Policy Number: VETGV06026210

       (7)    Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

    c.   **Personal Property Of Others** that is:

       (1)    In your care, custody or control; and

       (2)    Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

    However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2.   **Property Not Covered**

    Covered Property does not include:

    a.   Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

    b.   Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

    c.   Automobiles held for sale;

    d.   Bridges, roadways, walks, patios or other paved surfaces;

    e.   Contraband, or property in the course of illegal transportation or trade;

    f.   The cost of excavations, grading, backfilling or filling;

    g.   Foundations of buildings, structures, machinery or boilers if their foundations are below:

       (1)    The lowest basement floor; or

       (2)    The surface of the ground, if there is no basement;

    h.   Land (including land on which the property is located), water, growing crops or lawns;

    i.   Personal property while airborne or waterborne;

    j.   Bulkheads, pilings, piers, wharves or docks;

    k.   Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

    l.   Retaining walls that are not part of a building;

    m.   Underground pipes, flues or drains;

    n.   Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, n., does not apply to your "stock" of prepackaged software;

    o.   The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

    p.   Vehicles or self-propelled machines (including aircraft or watercraft) that:

       (1)    Are licensed for use on public roads; or

       (2)    Are operated principally away from the described premises.

Policy Number: VETGV06026210

This paragraph does not apply to:

(a)   Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b)   Vehicles or self-propelled machines, other than autos, you hold for sale;

(c)   Rowboats or canoes out of water at the described premises; or

(d)   Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

q.   The following property while outside of buildings:

(1)   Grain, hay, straw or other crops;

(2)   Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3.   **Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

4.   **Additional Coverages**

a.   **Debris Removal**

(1)   Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2)   Debris Removal does not apply to costs to:

(a)   Extract "pollutants" from land or water; or

(b)   Remove, restore or replace polluted land or water.

(3)   Subject to the exceptions in Paragraph (4), the following provisions apply:

(a)   The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b)   Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4)   We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a)   The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b)   The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

b.   **Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1)   While it is being moved or while temporarily stored at another location; and

(2)   Only if the loss or damage occurs within 30 days after the property is first moved.

c.   **Fire Department Service Charge**

Policy Number: VETGV06026210

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

(1)    Assumed by contract or agreement prior to loss; or

(2)    Required by local ordinance.

No Deductible applies to this Additional Coverage.

d.    **Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

e.    **Increased Cost Of Construction**

(1)    This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2)    In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.(3) through e.(9) of this Additional Coverage.

(3)    The ordinance or law referred to in e.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4)    Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a)    You were required to comply with before the loss, even when the building was undamaged; and

(b)    You failed to comply with.

(5)    Under this Additional Coverage, we will not pay for:

(a)    The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b)    Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6)    The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7)    With respect to this Additional Coverage:

(a)    We will not pay for the Increased Cost of Construction:

(i)    Until the property is actually repaired or replaced, at the same or another premises; and

Policy Number: VETGV06026210

       (ii)   Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   (b)   If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the same premises.

   (c)   If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the new premises.

  (8)   This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

  (9)   The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(6) of this Additional Coverage, is not subject to such limitation.

**f.**  **Electronic Data**

  (1)   Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

  (2)   Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

  (3)   The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

   (a)   If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

   (b)   If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

   (c)   If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

   (d)   The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

  (4)   The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5.  **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

Policy Number: VETGV06026210

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

    (1) **Buildings**

        If this policy covers Building, you may extend that insurance to apply to:

        (a) Your new buildings while being built on the described premises; and

        (b) Buildings you acquire at locations, other than the described premises, intended for:

            (i) Similar use as the building described in the Declarations; or

            (ii) Use as a warehouse.

        The most we will pay for loss or damage under this Extension is $250,000 at each building.

    (2) **Your Business Personal Property**

        (a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

            (i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

            (ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

            (iii) Business personal property that you newly acquire, located at the described premises.

        The most we will pay for loss or damage under this Extension is $100,000 at each building.

        (b) This Extension does not apply to:

            (i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

            (ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

    (3) **Period Of Coverage**

        With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

        (a) This policy expires;

        (b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

        (c) You report values to us.

        We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

b. **Personal Effects And Property Of Others**

    You may extend the insurance that applies to Your Business Personal Property to apply to:

    (1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

    (2) Personal property of others in your care, custody or control.

    The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers And Records (Other Than Electronic Data)**

    (1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not ex-

Policy Number: VETGV06026210

ist.  But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2)   If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(3)   If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4)   Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations.  Such amount is additional insurance.  We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

d.   **Property Off-premises**

(1)   You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a)   Temporarily at a location you do not own, lease or operate;

(b)   In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c)   At any fair, trade show or exhibition.

(2)   This Extension does not apply to property:

(a)   In or on a vehicle; or

(b)   In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3)   The most we will pay for loss or damage under this Extension is $10,000.

e.   **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1)   Fire;

(2)   Lightning;

(3)   Explosion;

(4)   Riot or Civil Commotion; or

(5)   Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant.  These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

f.   **Non-owned Detached Trailers**

(1)   You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a)   The trailer is used in your business;

(b)   The trailer is in your care, custody or control at the premises described in the Declarations; and

(c)   You have a contractual responsibility to pay for loss or damage to the trailer.

(2)   We will not pay for any loss or damage that occurs:

(a)   While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the

Policy Number: VETGV06026210

    motor vehicle or motorized conveyance is in motion;

    **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

  **(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

  **(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.**  **Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C.**  **Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D.**  **Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**E.**  **Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

  **1.**  **Abandonment**

    There can be no abandonment of any property to us.

  **2.**  **Appraisal**

    If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.**  Pay its chosen appraiser; and

    **b.**  Bear the other expenses of the appraisal and umpire equally.

Policy Number: VETGV06026210

If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

Policy Number: VETGV06026210

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building.  However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. **Recovered Property**

   If either you or we recover any property after loss settlement, that party must give the other prompt notice.  At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.  We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

   a. **Description Of Terms**

      (1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

          (a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

          (b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

              (i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

              (ii) Used by the building owner to conduct customary operations.

      (2) Buildings under construction or renovation are not considered vacant.

   b. **Vacancy Provisions**

      If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

      (1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

          (a) Vandalism;

          (b) Sprinkler leakage, unless you have protected the system against freezing;

          (c) Building glass breakage;

          (d) Water damage;

          (e) Theft; or

          (f) Attempted theft.

      (2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

7. **Valuation**

   We will determine the value of Covered Property in the event of loss or damage as follows:

   a. At actual cash value as of the time of loss or damage, except as provided in b., c., d. and e. below.

   b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

Policy Number: VETGV06026210

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

(1)  Awnings or floor coverings;

(2)  Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3)  Outdoor equipment or furniture.

c.  "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d.  Glass at the cost of replacement with safety-glazing material if required by law.

e.  Tenants' Improvements and Betterments at:

(1)  Actual cash value of the lost or damaged property if you make repairs promptly.

(2)  A proportion of your original cost if you do not make repairs promptly.  We will determine the proportionate value as follows:

(a)  Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b)  Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3)  Nothing if others pay for repairs or replacement.

F.  **Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a.  We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1)  Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2)  Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3)  Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4)  Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less.  For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

b.  If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

2.  **Mortgageholders**

a.  The term mortgageholder includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c.  The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d.  If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

Policy Number: VETGV06026210

    (1)   Pays any premium due under this Coverage Part at our request if you have failed to do so;

    (2)   Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    (3)   Has notified us of any change in ownership, occupancy or substantial change in risk known to the mort-gageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e.   If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

    (1)   The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    (2)   The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest.  In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f.   If we cancel this policy, we will give written notice to the mortgageholder at least:

    (1)   10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    (2)   30 days before the effective date of cancellation if we cancel for any other reason.

g.   If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

G.  **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1.  **Agreed Value**

a.   The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies.  We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b.   If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c.   The terms of this Optional Coverage apply only to loss or damage that occurs:

    (1)   On or after the effective date of this Optional Coverage; and

    (2)   Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2.  **Inflation Guard**

a.   The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b.   The amount of increase will be:

    (1)   The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

    (2)   The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

    (3)   The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

3.  **Replacement Cost**

a.   Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

Policy Number: VETGV06026210

    b.   This Optional Coverage does not apply to:

    (1)   Personal property of others;

    (2)   Contents of a residence;

    (3)   Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

    (4)   "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

    c.   You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis.  In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

    d.   We will not pay on a replacement cost basis for any loss or damage:

    (1)   Until the lost or damaged property is actually repaired or replaced; and

    (2)   Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

    (3)   If the conditions in d.(1) and d.(2) above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

    (4)   We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

    e.   We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f. below:

    (1)   The Limit of Insurance applicable to the lost or damaged property;

    (2)   The cost to replace the lost or damaged property with other property:

    (a)   Of comparable material and quality; and

    (b)   Used for the same purpose; or

    (3)   The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

    f.   The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

    4.   **Extension Of Replacement Cost To Personal Property Of Others**

    a.   If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable.  If the Declarations show this Extension as applicable, then Paragraph 3.b.(1) of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

    b.   With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

H.   **Definitions**

    1.   "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

Policy Number: VETGV06026210

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Policy Number: VETGV06026210

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section G. Definitions.

A. **Covered Causes Of Loss**

Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

B. **Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    a. **Ordinance Or Law**

    The enforcement of or compliance with any ordinance or law:

    (1) Regulating the construction, use or repair of any property; or

    (2) Requiring the tearing down of any property, including the cost of removing its debris.

    This exclusion, Ordinance Or Law, applies whether the loss results from:

    (a) An ordinance or law that is enforced even if the property has not been damaged; or

    (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

    b. **Earth Movement**

    (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

    (2) Landslide, including any earth sinking, rising or shifting related to such event;

    (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

    (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty.  Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

    But if Earth Movement, as described in **b(1)** through **b(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

    (5) Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

    Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    (a) Airborne volcanic blast or airborne shock waves;

    (b) Ash, dust or particulate matter; or

    (c) Lava flow.

    With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

    Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

    This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

    c. **Governmental Action**

Policy Number: VETGV06026210

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1)   Originates away from the described premises; or

(2)   Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

f. **War And Military Action**

(1)   War, including undeclared or civil war;

(2)   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3)   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1)   Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2)   Mudslide or mudflow;

(3)   Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4)   Water under the ground surface pressing on, or flowing or seeping through:

(a)   Foundations, walls, floors or paved surfaces;

(b)   Basements, whether paved or not; or

(c)   Doors, windows or other openings; or

(5)   Waterborne material carried or otherwise moved by any of the water referred to in Paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered

Policy Number: VETGV06026210

Cause of Loss).

h. **Fungus, Wet Rot, Dry Rot, Virus and Bacteria**

The presence, existence, growth, proliferation, release, transmission, migration, dispersal, exposure or spread, activity, threat or perceived threat of "fungus", wet rot, dry rot, virus, bacteria or any other microorganism, whether living or otherwise, that induces, or is capable of inducing, physical distress, illness or disease.

However, if "fungus", wet rot, dry rot, virus or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1) When "fungus", wet rot, dry rot, virus or bacteria result from fire or lightning; or

(2) To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot and Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

For the avoidance of doubt, loss or damage with respect to this exclusion includes but is not limited to cost and expense arising out of:

(1) The removal of "fungus", wet rot, dry rot, virus or bacteria from any real or personal property;

(2) Any demolition or increased cost of construction, repair, debris removal or loss of use, including that necessitated by the enforcement of any law or ordinance;

(3) Any governmental direction or request declaring that your property can no longer be used for the purpose it was intended or installed and must be removed or modified because of the actual or perceived presence of "fungus", wet rot, dry rot, virus or bacteria in or on any part of such property.

We have no duty to defend or indemnify any insured against any loss, damage, claim, suit or other legal action or proceedings alleging loss or damage to which this exclusion applies.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(a) Electrical current, including arcing;

(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(c) Pulse of electromagnetic energy; or

(d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

Policy Number: VETGV06026210

(6)   Mechanical breakdown, including rupture or bursting caused by centrifugal force.  But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7)   The following causes of loss to personal property:

    (a)   Dampness or dryness of atmosphere;

    (b)   Changes in or extremes of temperature; or

    (c)   Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e.   Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.  But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion.  We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f.   Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g.   Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1)   You do your best to maintain heat in the building or structure; or

(2)   You drain the equipment and shut off the supply if the heat is not maintained.

h.   Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

(1)   Applies whether or not an act occurs during your normal hours of operation;

(2)   Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i.   Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j.   Rain, snow, ice or sleet to personal property in the open.

k.   Collapse, including any of the following conditions of property or any part of the property:

(1)   An abrupt falling down or caving in;

(2)   Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3)   Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss. This exclusion, **k.,** does not apply:

(1)   To the extent that coverage is provided under the Additional Coverage, Collapse; or

(2)   To collapse caused by one or more of the following:

    (a)   The "specified causes of loss";

Policy Number: VETGV06026210

      (b)   Breakage of building glass;

      (c)   Weight of rain that collects on a roof; or

      (d)   Weight of people or personal property.

l.   Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **2.l**, does not apply to damage to glass caused by chemicals applied to the glass.

m.   Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3.   We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a.   Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

   b.   Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c.   Faulty, inadequate or defective:

      (1)   Planning, zoning, development, surveying, siting;

      (2)   Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3)   Materials used in repair, construction, renovation or remodeling; or

      (4)   Maintenance;

of part or all of any property on or off the described premises.

4.   **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

   a.   **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

      (1)   Any loss caused by or resulting from:

         (a)   Damage or destruction of "finished stock"; or

         (b)   The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

      (2)   Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

      (3)   Any increase of loss caused by or resulting from:

         (a)   Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

         (b)   Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

      (4)   Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

Policy Number: VETGV06026210

    (5)   Any other consequential loss.

  b.  **Leasehold Interest Coverage Form**

    (1)   Paragraph B.1.a., Ordinance Or Law, does not apply to insurance under this Coverage Form.

    (2)   We will not pay for any loss caused by:

      (a)   Your cancelling the lease;

      (b)   The suspension, lapse or cancellation of any license; or

      (c)   Any other consequential loss.

  c.  **Legal Liability Coverage Form**

    (1)   The following exclusions do not apply to insurance under this Coverage Form:

      (a)   Paragraph B.1.a. Ordinance Or Law;

      (b)   Paragraph B.1.c. Governmental Action;

      (c)   Paragraph B.1.d. Nuclear Hazard;

      (d)   Paragraph B.1.e. Utility Services; and

      (e)   Paragraph B.1.f. War And Military Action.

    (2)   The following additional exclusions apply to insurance under this Coverage Form:

      (a)   **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

        (i)   Your assumption of liability was executed prior to the accident; and

        (ii)   The building is Covered Property under this Coverage Form.

      (b)   **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

  5.  **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

C.  **Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

  1.  We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

    a.  Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    b.  Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

Policy Number: VETGV06026210

   c.  The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1)  The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2)  The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d.  Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

     However, this limitation does not apply to:

      (1)  Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2)  Business Income Coverage or Extra Expense Coverage.

   e.  Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f.  Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   g.  Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      (1)  Dampness or dryness of atmosphere or of soil supporting the vegetation;

      (2)  Changes in or extremes of temperature;

      (3)  Disease;

      (4)  Frost or hail; or

      (5)  Rain, snow, ice or sleet.

2.  We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a.  Animals, and then only if they are killed or their destruction is made necessary.

   b.  Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1)  Glass; or

      (2)  Containers of property held for sale.

   c.  Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

     However, this limitation does not apply:

      (1)  If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2)  To Business Income Coverage or to Extra Expense Coverage.

3.  The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category.  The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence.  The special limits are (unless a higher limit is shown in the Declarations):

   a.  $2,500 for furs, fur garments and garments trimmed with fur.

   b.  $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals.  This limit does not apply to jewelry and watches worth $100 or less per item.

   c.  $2,500 for patterns, dies, molds and forms.

   d.  $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

Policy Number: VETGV06026210

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4.  We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

    a.  Results in discharge of any substance from an automatic fire protection system; or

    b.  Is directly caused by freezing.

    However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

D.  **Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1.  For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2.  We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

    a.  Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

    b.  Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

    c.  Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

    d.  Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

        (1)  A cause of loss listed in 2.a. or 2.b.;

        (2)  One or more of the "specified causes of loss";

        (3)  Breakage of building glass;

        (4)  Weight of people or personal property; or

        (5)  Weight of rain that collects on a roof.

3.  This **Additional Coverage – Collapse** does **not** apply to:

    a.  A building or any part of a building that is in danger of falling down or caving in;

    b.  A part of a building that is standing, even if it has separated from another part of the building; or

    c.  A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4.  With respect to the following property:

    a.  Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

    b.  Awnings, gutters and downspouts;

    c.  Yard fixtures;

    d.  Outdoor swimming pools;

    e.  Fences;

    f.  Piers, wharves and docks;

    g.  Beach or diving platforms or appurtenances;

Policy Number: VETGV06026210

    h.   Retaining walls; and

    i.   Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

    a.   Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

    b.   The property is Covered Property under this Coverage Form.

5.   If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    a.   The collapse of personal property was caused by a cause of loss listed in 2.a. through 2.d.;

    b.   The personal property which collapses is inside a building; and

    c.   The property which collapses is not of a kind listed in 4., regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6.   This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7.   This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8.   The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in D.1. through D.7.

**E.**  **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1.   The coverage described in E.2. and E.6. only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

    a.   A "specified cause of loss" other than fire or lightning; or

    b.   Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2.   We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    a.   Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    b.   The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    c.   The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3.   The coverage described under E.2. of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

4.   The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

Policy Number: VETGV06026210

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5.  The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph F.2. (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6.  The following, 6.a. or 6.b., applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

    a.  If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    b.  If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

F.  **Additional Coverage Extensions**

1.  **Property In Transit**

    This Extension applies only to your personal property to which this form applies.

    a.  You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

    b.  Loss or damage must be caused by or result from one of the following causes of loss:

        (1)  Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

        (2)  Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

        (3)  Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

    c.  The most we will pay for loss or damage under this Extension is $5,000.

    This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2.  **Water Damage, Other Liquids, Powder Or Molten Material Damage**

    If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3.  **Glass**

    a.  We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

    b.  We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

    This Coverage Extension **F.3.** does not increase the Limit of Insurance.

G.  **Definitions**

Policy Number: VETGV06026210

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

        (1) The cost of filling sinkholes; or

        (2) Sinking or collapse of land into man-made underground cavities.

    b. Falling objects does not include loss or damage to:

        (1) Personal property in the open; or

        (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    c. Water damage means:

        (1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

        (2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

    But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

    To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

Policy Number: VETGV06026210

# COMMERCIAL PROPERTY CONDITIONS

In addition to the Common Policy Conditions, Loss Conditions, and Additional Conditions in the Commercial Property Coverage Forms applicable to Commercial Property Coverage, the following conditions apply to the Commercial Property Coverage Part.

In the event of any inconsistency between the conditions stated on this form and any other conditions applicable to the Commercial Property Coverage Part, the conditions stated on this form shall apply and supersede such other conditions.

A. **CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time.  It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

B. **CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

C. **INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

D. **LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

E. **LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

F. **NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

G. **OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part.  If you do, we will pay our share of the covered loss or damage.  Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the total limits of insurance of all policies providing coverage on the same basis as our coverage.

2. If there is other insurance covering the same loss or damage, other than i) that described in the preceding paragraph or ii) insurance specifically written as excess over this insurance, we will pay only for the amount of covered loss or damage in excess of the amount due from the other insurance, whether you can collect on it or not.  But we will not pay more than the applicable Limit of Insurance.

H. **POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

Form Number: VT02140521

41

Policy Number: VETGV06026210

    b.   Within the coverage territory.

 2.   The coverage territory is:

    a.   The United States of America (including its territories and possessions); and

    b.   Puerto Rico.

I.   **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

 1.   Prior to a loss to your Covered Property or Covered Income.

 2.   After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a.   Someone insured by this insurance;

    b.   A business firm:

        (1)   Owned or controlled by you; or

        (2)   That owns or controls you; or

    c.   Your tenant.

This will not restrict your insurance.

Policy Number: VETGV06026210

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

A.  **Cancellation**

    1.  The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

    2.  We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation.

    3.  We will provide advanced notice of cancellation in accordance with the statutory provisions for cancellation of policies for the state in which the first Named Insured is domiciled.

    4.  We will mail or deliver our notice to the first Named insured's last mailing address known to us.

    5.  Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

    6.  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

    7.  If notice is mailed, proof of mailing will be sufficient proof of notice.

B.  **Changes**

This policy contains all the agreements between you and us concerning the insurance afforded.  The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent.  The terms of this policy can be amended or waived only by endorsement issued by us and made a part of this policy.

C.  **Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward

D.  **Inspections and Surveys**

    1.  We have the right to:

        a.  Make inspections and surveys at any time;

        b.  Give you reports on the conditions we find; and

        c.  Recommend changes

    2.  We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

        a.  Are safe or healthful; or

        b.  Comply with laws, regulations, codes or standards.

    3.  Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

    4.  Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

E.  **Premiums**

The first Named Insured shown in the Declarations:

    1.  Is responsible for the payment of all premiums; and

    2.  Will be the payee for any return premiums we pay.

F.  **Transfer Of Your Rights And Duties Under This Policy**

Policy Number: VETGV06026210

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.  If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Policy Number: VETGV06026210

# PROPERTY ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM
CAUSES OF LOSS – WINDSTORM OR HAIL ONLY

Each of the coverages listed below apply only to losses resulting from a Covered Cause of Loss under the applicable coverage form and, in each instance, reflect sub-limits that apply within, and not in addition to, the limits offered under the policy.

The sub-limits applicable to each coverage are as shown in the Property Enhancement Endorsement Schedule attached to this form. No coverage applies under this endorsement if the sub-limit shown in the Property Enhancement Endorsement Schedule is zero.

All other terms, conditions, limitations and exclusions of the policy apply.

**Building and BPP Coverages**

1. **Accounts Receivable**
   We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule if, as the result of the occurrence of a covered cause of loss, you incur losses due to any of the following:

   A. Amounts due from customers that you are unable to collect due to lack of proper documentation of your accounts receivable;

   B. Interest charges on any loan required to offset amounts you are unable to collect pending our payments of these amounts;

   C. Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

   D. Other reasonable expenses that you incur to re-establish your records of accounts receivable that results from a Covered Cause of Loss to your records of accounts receivable.

2. **Asbestos Removal**
   We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for removal of asbestos-containing materials from covered property in the event the asbestos-containing materials themselves are damaged by a covered cause of loss.

3. **Builder's Risk**
   We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for direct physical loss of or damage to covered property caused by or resulting from a covered cause of loss, if at the time of the loss the covered property is in course of construction or renovation. For this purpose, the covered property will include:

   A. Foundations

   B. The following property, provided such property is intended to be permanently located in or on the building or structure:

      a. Fixtures and machinery;

      b. Equipment used to service the building; and

      c. Your building materials and supplies used for construction.

   C. If not covered by other insurance, temporary structures built or assembled on site, including cribbing, scaffolding and construction forms.

Policy Number: VETGV06026210

We will not pay, under this Builder's Risk endorsement, for damage to land, existing buildings or structures which are not in course of construction or renovation, or tools or equipment not owned by the insured.

4. **Debris Removal**

In Section A, 4. Additional Coverages, of the applicable coverage form, Paragraph a. (3) is modified to read:

"Subject to (a) above, the amount we will pay for debris removal expense is limited to the i) sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage, times ii) the percentage of loss shown in the Property Enhancement Endorsement Schedule, subject to the maximum dollar amount shown in the Property Enhancement Endorsement Schedule."

In Section A, 4. Additional Coverages, of the applicable coverage form, Paragraph a. (4) is modified to read:

"We will pay, up to the Additional Amount shown in the Property Enhancement Endorsement Schedule, for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both the following circumstances apply:"

5. **Electronic Data and Data Processing Media**

   A. Paragraphs A.2.n, A.2.o and A.4.f of the applicable coverage form are deleted in their entirety.

   B. This Policy excludes any:

      i. Cyber Loss;

      ii. loss, damage, liability, claim, cost, expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of or in connection with any loss of use, reduction in functionality, repair, replacement, restoration or reproduction of any Electronic Data, including any amount pertaining to the value of such Electronic Data, unless subject to the provisions of paragraph C below;

   regardless of any other cause or event contributing concurrently or in any other sequence thereto.

   C. Subject to the amount shown in the Property Enhancement Endorsement Schedule as the Electronic Data and Data Processing Media sub-limit and all of the terms, conditions, limitations and exclusions of this Policy or any endorsement thereto, should Data Processing Media owned or operated by the Insured suffer physical loss or physical damage insured by this Policy, then this Policy will cover the cost to repair or replace the Data Processing Media itself plus the costs of copying the Electronic Data from back-up or from originals of a previous generation. These costs will not include research and engineering nor any costs of recreating, gathering or assembling the Electronic Data. If such media is not repaired, replaced or restored the basis of valuation shall be the cost of the blank Data Processing Media. However, this Policy excludes any amount pertaining to the value of such Electronic Data, to the Insured or any other party, even if such Electronic Data cannot be recreated, gathered or assembled.

   D. In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

   E. This endorsement supersedes and, if in conflict with any other wording in the Policy or any endorsement thereto having a bearing on Cyber Loss, Electronic Data or Data Processing Media, replaces that wording.

   F. The following definitions apply to Electronic Data and Media Coverage:

      i. Cyber Loss means any loss, damage, liability, claim, cost or expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of or in connection with any Cyber Act or Cyber Incident including, but not limited to, any action taken in controlling, preventing, suppressing or remediating any Cyber Act or Cyber Incident.

      ii. Cyber Act means an unauthorised, malicious or criminal act or series of related unauthorised, malicious or criminal acts, regardless of time and place, or the threat or hoax thereof involving access to, processing of, use of or operation of any Computer System.

      iii. Cyber Incident means any error or omission or series of related errors or omissions involving access to, processing of, use of or operation of any Computer System; or any partial or total unavailability or failure or series of related partial or total unavailability or failures to access, process, use or operate any Computer System.

      iv. Computer System means any computer, hardware, software, communications system, electronic device (in-

Policy Number: VETGV06026210

cluding, but not limited to, smart phone, laptop, tablet, wearable device), server, cloud or microcontroller including any similar system or any configuration of the aforementioned and including any associated input, output, data storage device, networking equipment or back up facility, owned or operated by the Insured or any other party.

v.   Electronic Data means information, facts, concepts, code or any other information of any kind that is recorded or transmitted in a form to be used, accessed, processed, transmitted or stored by a Computer System.

vi.  Data Processing Media means any property insured by this Policy on which Electronic Data can be stored but not the Electronic Data itself.

6. **Emergency Removal Expense**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for your expenses to move or store Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss.

7. **Errors or Omissions**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for direct physical loss or damage to Covered Property if such loss or damage is not payable under this policy solely due to:

A.  Any error or unintentional omission in the description of the address of the property whether made at the inception of the policy period or subsequent thereto; or

B.  Failure through any error or unintentional omission to:

a.  Include any location of the named insured at the inception of the policy; or

b.  Report any newly acquired location before the period of automatic coverage provided under this policy for newly acquired location(s) expires.

With respect to A and B above, this Errors or Omissions Coverage does not allow you to correct or modify any value shown in the Statement of Values.

This policy covers such direct physical loss or damage to the extent it would have provided coverage had such error or unintentional omission not been made.

It is a condition of this additional coverage that any error or unintentional omission be reported by when discovered and an additional premium be paid for any location added to the policy.

There is no coverage under this paragraph for loss or damage which is covered under newly acquired property or miscellaneous unnamed locations provisions of this policy.

8. **Fine Arts**

The policy is extended to cover direct physical loss or damage to Fine Arts, defined to mean paintings, etchings, pictures, tapestries, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, bric-a-brac or other similar articles of art rarity or antiquity, up to the limit shown in the Property Enhancement Endorsement Schedule.

However, no coverage is provided for:

A.  Breakage, marring, scratching, chipping or denting of art, glass, windows, statuary, sculptures, marble, glassware, porcelain, bric-a-brac, antique furniture, antique jewelry or similar fragile articles, unless such breakage, marring, scratching, chipping or denting is caused by a Covered Cause of Loss; or

B.  Physical loss or damage as the result of restoring, repairing or retouching processes.

If loss or damage to Fine Arts, occurs, the basis of adjustment will be:

A.  The fair market value if the item is newly acquired; or

B.  For unscheduled Fine Arts, at the time and place of the loss or damage, the lesser of:

a.  The cost of restoring the Fine Arts to their condition immediately before the loss or damage occurred;

b.  The cost of replacing the Fine Arta with substantially identical property; or

c.  The fair market value.

Policy Number: VETGV06026210

9. **Fire Department Service Charges**

In Section A, 4. Additional Coverages, of the applicable coverage form, Paragraph c. is modified to read:

"When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for your liability for fire department service charges:

(1)   Assumed by contract or agreement prior to loss; or

(2)   Required by local ordinance.

No Deductible applies to this Additional Coverage."

10. **Fraud and Deceit**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for the theft of Covered Property when you or your agents, customers, or consignees are fraudulently induced to part with the Covered Property:

A.   To persons who falsely represent themselves as the proper persons to receive the property; or

B.   By the acceptance of fraudulent bills of lading or shipping receipts.

11. **Fungus, Wet Rot, Dry Rot and Bacteria**

In the Causes of Loss – Special Form and Causes of Loss – Windstorm or Hail Only Form, Section E. 3.  Additional Coverage – Limited Coverage for Fungus, Wet Rot, Dry Rot and Bacteria, paragraph 3 is amended as follows:

"The coverage described under E. 2.  of this Limited Coverage is limited to the amount shown as the Per Occurrence Limit in the Property Enhancement Endorsement Schedule.  Regardless of the number of claims, the Aggregate Limit shown in the Property Enhancement Endorsement Schedule is the most we will pay for the total of all loss or damage arising out of all covered causes of loss which take place during the policy period. With respect to a particular occurrence of loss which results in fungus, wet or dry rot or bacteria, we will not pay more than the amount shown in the Property Enhancement Endorsement Schedule, even if the fungus, wet, or dry rot or bacteria continues to be present or active, or recurs, in a later policy period."

12. **Green Upgrades**

We will pay the reasonable and necessary amount to make Green Upgrades, as defined below, to covered property damaged as the result of a covered cause of loss, up to the lesser of:

A.   the actual cost of covered Green Upgrades as determined in accordance with the provisions of this endorsement;

B.   25% of the covered direct physical loss or damage to covered property, after application of the applicable deductible; or

C.   the amount shown in the Property Enhancement Endorsement Schedule for Green Upgrades.

For the purposes of this endorsement, Green Upgrades means upgrades to achieve enhanced energy efficiency or to use environmentally preferable, sustainable materials, products or methods in design, construction, manufacture or operation, as recognized by a Green standards-setter, such as the Leadership in Energy and Environmental Design (LEED$^{TM}$) program of the U.S. Green Building Council.

In the event of a loss for which we determine that it is necessary to replace a building component (such as a roof) or building system (such as a heating system), such replacement is limited to replacement of the damaged building component or system with a Green building component or system which serves the same primary function as the damaged property, and does not extend to modification or replacement of any other building component or system.

Exclusions and Restrictions

With respect to business personal property, Green Upgrade Coverage does not apply to:

A.   Personal property of others;

B.   The Coverage Extension for Personal Effects and Property of Others;

C.   Leased personal property; or

D.   Stock.

Policy Number: VETGV06026210

We will not pay under this endorsement unless the property is actually repaired or replaced at the same or another premises, and unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. If the property is being relocated to another premises, the most we will pay for Green Upgrades is the cost of Green Upgrades at the original premises, subject to all other terms and conditions of this endorsement.

We will not pay under this endorsement for the costs associated with enforcement of or conformance to any standard which:

A.  Requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by pollutants or due to the presence, growth, proliferation, spread or any activity of fungus, wet or dry rot or bacteria;

B.  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants, fungus, wet or dry rot or bacteria. However, this paragraph does not negate the coverage set forth in Building Air-out and Related Air Testing below, provided such coverage applies; or

C.  You were required to comply with before the loss (even if the property was undamaged) and you failed to comply.

If you elect not to make a Green Upgrade in course of necessary repair or replacement of the property that has sustained loss or damage, we will settle the loss to such property in accordance with the applicable terms and conditions of this policy excluding this endorsement.

<u>Related Expenses</u>

With respect to a loss that is covered by this Green Upgrade endorsement, we will pay the following related expenses, subject to the sub-limits indicated:

A.  Waste Reduction and Recycling – We will pay, up to $25,000, your expense to reuse or salvage building materials and contents and to extract and transport recyclable construction waste to appropriate sites, but any income or remuneration received as the result of such waste reduction and recycling reduces the amount of loss that otherwise would have been payable under this endorsement.

B.  Design and Engineering Professional Fees – We will pay, up to $50,000, reasonable and customary fees for the services of an accredited architect or engineer with respect to any necessary design and engineering recommendations in course of repair or replacement of damaged portions of the building.

C.  Certification Fees and Related Equipment Testing – We will pay, up to $25,000, fees imposed by a Green standards-setter in order to determine if certification or recertification is appropriate according to the organization's standard; your reasonable expenses to test building systems and building equipment following their repair or installation as replacements, when such testing is undertaken in course of submitting to the certification or recertification process; and for further modification if the building fails to obtain certification, recertification or a specific level of certification.

D.  Building Air-out And Related Air Testing – After repair or reconstruction is completed, we will pay, up to $25,000, for your reasonable expenses to flush out the renovated space and/or conduct air quality testing of the renovated space in accordance with the recommended procedures of a Green standards-setter and for the purposes of mitigating indoor air quality deficiencies resulting from the repair or reconstruction.

<u>Business Interruption</u>

If Business Interruption is covered on the policy:

A.  the period of restoration is extended to include the increased period attributable to the Green Upgrades coverage described above. Such extension is limited to 30 days.

B.  the Additional Coverage – Extended Business Income, in the applicable Business Income Coverage Forms does not commence until the extended period of restoration ends.

C.  The provisions of this section do not increase the applicable Business Income and/or Extra Expense Limit(s) of Insurance.

13. **Leased or Rented Equipment**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule on a per item basis and in

Policy Number: VETGV06026210

the aggregate, for loss or damage to equipment and machinery that is leased, rented or borrowed from others, that is similar to the type of equipment and machinery used to conduct your business.

14. **Leasehold Interest**

We will pay the Net Leasehold Interest, up to the amount shown in the Property Enhancement Endorsement Schedule, for loss of Covered Leasehold Interest you sustain due to the cancellation of your lease. The cancellation must result from direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

Covered Leasehold Interest means the following for which an amount of Net Leasehold Interest at inception is shown in the Leasehold Interest Coverage Schedule:

A. Tenants' Lease Interest, meaning the difference between the:

   a. Rent you pay at the Covered Property; and

   b. Rental value of the Covered Property that you lease.

B. Bonus Payments, meaning the unamortized portion of a cash bonus that will not be refunded to you.  A cash bonus is money you paid to acquire your lease. It does not include:

   a. Rent, whether or not prepaid; or

   b. Security.

C. Improvements and Betterments, meaning the unamortized portion of payments made by you for improvements and betterments.  It does not include the value of improvements and betterments recoverable under any other insurance, but only to the extent of such other insurance.

   Improvements and betterments are fixtures, alterations, installations or additions:

   a. Made a part of the building or structure you occupy but do not own; and

   b. You acquired or made at your expense but cannot legally remove.

D. Prepaid Rent, meaning the unamortized portion of any amount of advance rent you paid that will not be refunded to you. This does not include the customary rent due at:

   a. The beginning of each month; or

   b. Any other rental period.

Net Leasehold Interest

For the purposes of calculating the Net Leasehold Interest, the Tenant's Lease Interest shown in Item A above is discounted at a 6% annual effective rate of interest. In addition, the Bonus Payments, Improvements and Betterments and Prepaid Rent shown in Items B, C and D above are calculated on a monthly basis and applied to the remaining number of months in the lease.

The most we will pay for loss because of the cancellation of any one lease is your Net Leasehold Interest at the time of loss.

But, if your lease is cancelled and your landlord lets you continue to use your premises under a new lease or other arrangement, the most we will pay for loss because of the cancellation of any one lease is the lesser of:

A. The difference between the rent you now pay and the rent you will pay under the new lease or other arrangement; or

B. Your Net Leasehold Interest at the time of loss.

Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal.  In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.  The appraisers will state the amount of loss.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding. Each party will:

A. Pay its chosen appraiser; and

B. Bear the other expenses of the appraisal and umpire equally.

Policy Number: VETGV06026210

If there is an appraisal, we will still retain our right to deny the claim.

<u>Other Conditions</u>

There shall be no liability under this policy for any increase of loss which may be occasioned by the suspension, lapse or cancellation of any license or by the named insured exercising any option to cancel the lease.

Furthermore, the named insured shall use due diligence, including all things reasonably practicable, to diminish loss under this additional coverage.

15. **Limited Pollution Coverage (Annual Aggregate)**

This policy is extended to cover the reasonable and necessary additional expense incurred to remove, dispose of, or clean-up the actual presence of Pollutants or Contaminants from land or water at a covered location when such land or water is contaminated or polluted due to a Covered Cause of Loss that occurs during the policy period, provided that, as a condition of coverage, such expenses are reported within 180 days of the date of direct physical loss or damage. The most we will pay during the policy period is the limit shown in the Property Enhancement Endorsement Schedule.

16. **Lock Replacement**

This policy covers, up to the limit shown in the Property Enhancement Endorsement Schedule, the necessary expense to repair or replace the exterior or interior door locks of a covered building:

A.   if the door keys are stolen in a covered theft loss; or

B.   when the Covered Property is damaged and the door keys are stolen by burglars.

17. **Miscellaneous Unnamed Locations**

Coverage under this policy is extended, up to the limit shown in the Property Enhancement Endorsement Schedule, for Miscellaneous Unnamed Locations, defined as locations that have not been included in the Statement of Values on file with the Insurer and which have not been reported to Ventus Risk Management, Inc. as required by the policy provisions.

There is no coverage under this Miscellaneous Unnamed Locations provision for loss or damage which is covered under the Errors or Omissions or Newly Acquired Property provisions of this Endorsement.

18. **Newly Acquired Property**

This policy covers, up to the Maximum Limit shown in the Property Enhancement Endorsement Schedule, real or personal property of the type insured under this policy for the perils insured under this policy that is rented, leased, or purchased by the Named Insured after the inception date of this policy.  Coverage under this additional coverage ceases at the earlier of the following dates:

A.   The number of days from the date of acquisition or lease of such property shown in the Property Enhancement Endorsement Schedule; or

B.   When the newly acquired property is covered by this policy; or

C.   When Ventus Risk Management Inc. or the Insurer notifies the Named Insured that it will not bind the newly acquired property.

There is no coverage for any property that is partially or wholly insured under any other insurance.

There is no coverage under this Newly Acquired Property provision for loss or damage which is covered under the Errors or Omissions or Miscellaneous Unnamed Locations provisions of this policy.

19. **Outdoor Property**

In Section A, 5. Coverage Extensions, of the applicable coverage form, Paragraph e. is modified to read:

"You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than stock of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1)   Fire;

(2)   Lightning;

Policy Number: VETGV06026210

(3)  Explosion;

(4)  Riot or Civil Commotion; or

(5)  Aircraft.

The most we will pay for loss or damage under this extension is the amount shown as the Aggregate Limit in the Property Enhancement Endorsement Schedule, subject to the Per Item Limit for Plants, Trees and Shrubs shown in the Property Enhancement Endorsement Schedule. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence."

20.  **Personal Property of Others**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for damage to personal property of others in your care, custody or control as the result of a covered cause of loss.

21.  **Preservation of Property (Days)**

In Section A, 4. Additional Coverages, of the applicable coverage form, Paragraph b. (2) of Preservation of Property is deleted and replaced by the following:

"(2) Only if the loss or damage occurs within the number of days shown in the Property Enhancement Endorsement Schedule after the property is first moved, but not after the date on which the policy expires."

22.  **Professional Fees for Claim Preparation (Annual Aggregate)**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, as an annual aggregate limit, for expenses associated with the taking of inventory and appraisals, incurred by you at our request to assist us in the determination of the amount of a loss caused by a Covered Cause of Loss.

23.  **Property in Course of Construction (Non-Structural)**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for direct physical loss of or damage to covered property caused by or resulting from a covered cause of loss, if at the time of the loss the covered property is in course of construction or renovation of a non-structural nature. For this purpose, the covered property will include:

A.  The following property, provided such property is intended to be permanently located in or on the building or structure:

   a.  Fixtures and machinery;

   b.  Equipment used to service the building; and

   c.  Your building materials and supplies used for construction.

B.  If not covered by other insurance, temporary structures built or assembled on site, including cribbing, scaffolding and construction forms.

We will not pay, under this Builder's Risk endorsement, for damage to land, existing buildings or structures which are not in course of construction or renovation, or tools or equipment not owned by the insured.

24.  **Recharging of Fire Extinguishing Equipment**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, to cover your incurred expenses to recharge your automatic fire extinguishing equipment or hand held fire extinguishing equipment when the equipment is discharged:

A.  to fight a fire;

B.  as a result of a Covered Cause of Loss; or

C.  as a result of an accidental discharge.

If it is less expensive to do so, we will pay your costs to replace your automatic fire extinguishing equipment or hand held fire extinguishing equipment rather than recharge the equipment.

However, we will not pay your expenses to recharge equipment as a result of discharge during testing or installation.

25.  **Reclaiming, Restoring, or Repairing Land Improvements**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule for the cost of reclaiming,

Policy Number: VETGV06026210

restoring or repairing land improvements, provided the loss is from a Covered Cause of Loss.

26. **Reward Reimbursement**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule as a reward for information that leads to a conviction of arson, theft or vandalism. The conviction must involve a Covered Cause of Loss by arson, theft or vandalism.

The amount we pay is not increased by the number of persons involved in providing the information.

27. **Service Interruption Direct Damage**

Notwithstanding any policy provision to the contrary, we will pay, up to the amount shown in the Property Enhancement Endorsement Schedule as the Direct Damage Service Interruption Limit, for direct loss or damage from a Covered Cause of Loss to Covered Property resulting from the failure of power or other utility service supplied to the described premises.  The failure of power or other utility service must result from a Covered Cause of Loss and the failure must occur away from the described premises.

Coverage under this provision does not include loss or damage to Covered Property resulting from loss or damage to overhead transmission lines that deliver utility service to you. Overhead transmission lines include, but are not limited to:

A.  Overhead transmission and distribution lines;

B.  Overhead transformers and similar equipment; or

C.  Supporting poles and towers.

In the event that the Property Enhancement Endorsement Schedule indicates a Combined Direct Damage and Time Element Limit, the coverage described above and in the Service Interruption Time Element coverage below, will be subject to the Combined Direct Damage and Time Element Limit.

28. **Sewer, Drain or Sump Backup or Overflow**

Notwithstanding any policy provision to the contrary, we will pay, up to the amount shown in the Property Enhancement Endorsement Schedule for loss or damage caused directly or indirectly by water that backs up or overflows from a sewer, drain or sump.

29. **Transit**

We will cover, up to the amount shown in the Property Enhancement Endorsement Schedule, for loss or damage to Business Personal Property not otherwise excluded by this policy, while such property is in transit.

It is agreed that coverage under this extension shall include the following:

A.  Personal property shipped to customers on F.O.B., C & F, or similar terms. The Named Insured's contingent interest in such shipments is admitted.

B.  The interest of the Named Insured in, and legal liability for, personal property of others in the actual or constructive custody of the Named Insured.

C.  Personal property of others sold by the Named Insured which the Named Insured has agreed prior to loss to insure during course of delivery.

It is agreed that the following additional exclusions apply to coverage as provided under this additional coverage:

A.  Property insured under import or export ocean cargo policies.

B.  Waterborne shipments to and from the Coverage Territory.

C.  Shipments made by air, unless via regularly scheduled airlines.

D.  Property shipped by mail.

E.  Property of others, including the Insured's legal liability therefor, hauled on vehicles owned, leased, or operated by the NAMED INSURED when acting as a common or contract carrier as defined by the Interstate Commerce Commission Regulations or other state regulatory agencies.

F.  Any transporting vehicle or conveyance.

This additional coverage attaches from the time the property leaves the original point of shipment for the commence-

Policy Number: VETGV06026210

ment of transit and covers thereafter continuously in the due course of transit within the within the United States of America, being the 50 states of the Union plus the District of Columbia, until delivered at destination.

Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft.  Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This additional coverage does not cover or apply to delay, loss of market, or any Time Element Coverage.

Permission is granted to the Named Insured without prejudice to this insurance to accept the ordinary bills of lading used by carriers, including released and/or undervalued bills of lading and/or shipping or messenger receipts.  The Named Insured may waive subrogation against railroads under sidetrack agreements, but the Named Insured shall not enter into any special agreement with carriers releasing them from their common law or statutory liability.

30. **Valuable Papers & Records**

In Section A, 5.  Coverage Extensions, of the applicable coverage form, Paragraph c.  Valuable Papers and Records (Other Than Electronic Data), the most we will pay under this extension is the amount shown in the Property Enhancement Endorsement Schedule, at each described premises.

31. **Wind-Driven Precipitation**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule for each sudden precipitation event, for direct physical loss or damage to the interior of any Building or structure covered under this policy, or to the covered Business Personal Property located inside such building or structure, caused by the sudden (abrupt) and temporary entry of rain, snow, sleet or ice into the building when propelled by wind through roofs, doors, windows or other openings, provided you give us notice of the sudden event within 180 days of its occurrence.

No coverage for Wind-Driven Precipitation will be provided in the event the direct physical loss or damage is caused directly or indirectly by:

A.   Wind-driven sand or dust;

B.   Thawing of snow, sleet or ice on the building; or

C.   Faulty, inadequate or defective:

    a.   Planning, zoning, development, surveying or sitting;

    b.   Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compactions;

    c.   Materials used in repair, construction, renovation or remodeling; or

    d.   Maintenance;

of part or all of any property on or off the described premises.

Coverage for Wind-Driven Precipitation does not apply to continuous or repeated seepage or leakage of water into a building, or if the entry of rain, snow, sleet or ice into the building was caused by failure to protect the building against normal wear and tear, rust, corrosion or decay. The coverage does not apply to a building under construction or renovation prior to the roof, walls, doors, and windows being completed and made air tight.

The deductible applicable to any recovery under this coverage is the All Other Wind, Named Storm or Hurricane deductible otherwise applicable under this policy based on the type and description of the wind event at the time of the Wind-Driven Precipitation direct loss.

**Time Element Coverages**

32. **Builder's Risk Soft Costs**

For property under construction, this policy is extended to cover, up to the amount shown in the Property Enhancement Endorsement Schedule, Builder's Risk Soft Costs incurred by the named insured arising out of delay of the completion of buildings or additions under construction during the period of interruption that are the result of direct damage from a covered cause of loss.

Builder's Risk Soft Costs means reasonable and necessary costs over and above those that would have been incurred by the named insured during the period of interruption at the location had no loss occurred, limited to the following:

Policy Number: VETGV06026210

1. Construction Loan Fees – The additional cost incurred to arrange loans necessary for the completion of construction, repairs or reconstruction, including: the cost to arrange financing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, and charges by the lenders for the extension or renewal of loans necessary to complete the construction;

2. Commitment Fees: The cost of returning any commitment fees received from any prospective tenant(s) or purchaser(s);

3. Additional fees for architects, engineers, consultants, attorneys or accountants for the completion of construction, repairs or reconstruction; and

4. Property taxes, building permits, additional interest on loans, realty taxes and insurance premiums.

33. **Interruption by Civil or Military Authority**

Section A. 4. b. Civil Authority of the Business Income (Without Extra Expense) Coverage Form and Section A. 5. A. of the Business Income (and Extra Expense) Coverage Form are amended as follows:

Condition (1) is changed to state: "Access to the area surrounding the damaged property, within the distance limitation shown in the Property Enhancement Endorsement Schedule, is prohibited by civil authority as a result of the damage."

The time period is amended to state:

"Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply from the date on which such coverage began and up to the number of consecutive weeks shown in the Property Enhancement Endorsement Schedule."

In addition, the maximum we will pay under this extension is the maximum amount shown in the Property Enhancement Endorsement Schedule.

With respect to Interruption by Civil or Military Authority and Ingress/Egress, if a Covered Cause of Loss results in coverage under both of those additional coverages, this policy will only pay for loss under one of those additional coverages, whichever the Named Insured selects.

34. **Contingent Time Element**

If direct physical loss or damage to the real or business personal property of a direct supplier or direct customer of the Named Insured is damaged by a Covered Cause of Loss under this policy, and such damage:

A. wholly or partially prevents any direct supplier to the Named Insured from supplying their goods and/or services to the Named Insured; or

B. wholly or partially prevents any direct customer of the Named Insured from accepting the Named Insured's goods and/or services;

then this policy is extended to cover the actual loss sustained, up to the maximum limit shown in the Property Enhancement Endorsement Schedule, by the Named Insured during the period of interruption with respect to such real or business personal property, if the property of the supplier or customer that sustains loss or damage is of the type of property that would be Covered Property under this policy.

This coverage applies to the Named Insured's direct suppliers or direct customers located in the United States of America, being the 50 states of the Union plus the District of Columbia.

35. **Extended Period of BI Indemnity**

Coverage is provided for such additional length of time as is required to restore the Named Insured's business to the condition that would have existed had no loss occurred, commencing with the later of the following dates:

A. the date on which the coverage for loss or damage would otherwise terminate; or

B. the earliest date on which either normal operations resume, or repair, replacement, or rebuilding of the property that has been damaged is completed;

but in no event for a period exceeding the number of days specified in the Property Enhancement Endorsement Schedule. This Extended Period of Indemnity does not apply to any additional Time Element Coverages under this policy.

This additional coverage does not include coverage for any increase in loss due to fines or damages for breach of contract or for late or non-completion of orders, or penalties of any nature.

Policy Number: VETGV06026210

36. **Extra Expense/Expediting Expense**

If, under the policy, Business Interruption does not cover Extra Expense, we will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, the reasonable extra costs for temporary repair of damaged property and for expediting the permanent repair or replacement of such damaged property. This includes overtime wages and extra costs of express or other rapid means of transportation. This does not include expenses recoverable elsewhere under this policy.

The Named Insured agrees to use any suitable property or service owned or controlled by the Named Insured or obtainable from other sources in reducing the Extra Expense incurred under this policy.

37. **Ingress/Egress**

This policy is extended to cover the actual loss sustained, up to the maximum limit shown in the Property Enhancement Endorsement Schedule, during the period when ingress to or egress from the Named Insured's covered location is prohibited as a direct result of a Covered Cause of Loss to real property not insured hereunder. Such period begins on the date that ingress to or egress from real or personal property is prohibited and ends when ingress or egress is no longer prohibited, but no later than the number of weeks shown in the Property Enhancement Endorsement Schedule.

The physical loss or damage to real property insured hereunder must occur within the distance limitation specified in the Property Enhancement Endorsement Schedule from the Covered Property for coverage to apply.

With respect to Interruption by Civil or Military Authority and Ingress/Egress, if a Covered Cause of Loss results in coverage under both of those additional coverages, this policy will only pay for loss under one of those additional coverages, whichever the Named Insured selects.

38. **Ordinary Payroll**

Business Income includes Ordinary Payroll Expenses, as defined in the Ordinary Expense Limitation and Exclusions Form, only up to the number of days shown in the Property Enhancement Endorsement Schedule. The number of days need not be consecutive but must fall within the "period of restoration" or extension of the "period of restoration" if an extension is provided under this policy.

If the Property Enhancement Endorsement Schedule indicates the number of days is zero, then Ordinary Payroll Expense is excluded.

In determining the operating expenses for the policy year for Coinsurance purposes, payroll expenses will not include Ordinary Payroll Expenses, except for Ordinary Payroll Expenses incurred during the number of days shown in the Property Enhancement Endorsement Schedule. If the Ordinary Payroll Expenses for the policy year vary during the year, the period of greatest Ordinary Payroll Expenses will be used.

Ordinary Payroll Expenses means payroll expenses for all your employees except:

A.   Officers;

B.   Executives;

C.   Department managers;

D.   Employees under contract; and

E.   Additional Exemptions, shown in form VT15100521 (Ordinary Payroll Limitation and Exclusion)

Ordinary Payroll Expenses include:

A.   Payroll;

B.   Employee benefits, if directly related to payroll;

C.   FICA payments;

D.   Union dues; and

E.   Workers compensation premiums.

39. **Royalties**

This policy is extended to cover, up to the amount shown in the Property Enhancement Endorsement Schedule, loss of income sustained by the Named Insured under a royalty, licensing fee, or commission agreement between the Named

Policy Number: VETGV06026210

Insured and another party during the period of interruption arising out of direct physical loss or damage by a covered cause of loss during the term of this policy to real or personal property of such other party, only if such royalties are shown as such on the Statement of Values. When determining the amount payable, consideration will be given to the amount of income derived by the Named Insured from such agreements before, and the probable amount of income after, the date of loss or damage.

40. **Service Interruption Time Element**

If Business Income is covered under this policy, coverage is extended to include, up to the amount shown in the Property Enhancement Endorsement Schedule as the Service Interruption Time Element Limit, Business Income resulting from the failure of power or other utility service supplied to the described premises.  The failure of power or other utility service must result from a Covered Cause of Loss and the failure must occur away from the described premises.

There shall be no loss payable under this additional coverage unless the interruption exceeds 72 hours.  In such case, the loss shall be measured from the date and time of the Covered Cause of Loss.  With respect to any time element coverage provided herein, the period of interruption ends when power or other utility service is restored.

In the event the Property Enhancement Endorsement Schedule indicates a Combined Direct Damage and Time Element Limit, the coverage described here and in the Service Interruption Direct Damage coverage above, will be subject to the Combined Direct Damage and Time Element Limit.

Policy Number: VETGV06026210

# PROPERTY ENHANCEMENT ENDORSEMENT SCHEDULE

The sub-limits applicable to each coverage described in the Property Enhancement Endorsement are shown below. No coverage applies under this endorsement if the amount shown for the respective coverage is zero or if no amount is shown.

**Building and BPP Coverages**

| | |
|---|---|
| Accounts Receivable | 100,000 |
| Asbestos Removal | 0 |
| Builder's Risk | 0 |
| Debris Removal | |
|    % of Loss | 25 |
|    Maximum | 1,000,000 |
|    Additional Limit | 50,000 |
| Electronic Data and Data Processing Media | 0 |
| Emergency Removal Expense | 5,000 |
| Errors or Omissions | 0 |
| Fine Arts | 25,000 |
| Fire Department Service Charges | 25,000 |
| Fraud and Deceit | 5,000 |
| Fungus, Wet Rot, Dry Rot and Bacteria | |
|    Per Occurrence | 25,000 |
|    Aggregate | 100,000 |
| Green Upgrades | 0 |
| Leased or Rented Equipment | |
|    Per Item Limit | 0 |
|    Aggregate Limit | 0 |
| Leasehold Interest | 0 |
| Limited Pollution Coverage (Annual Aggregate) | 25,000 |
| Lock Replacement | 0 |
| Miscellaneous Unnamed Locations | 0 |
| Newly Acquired Property | |
|    Days | 0 |
|    Maximum | 0 |
| Outdoor Property | |
|    Per Item Limit for Plants, Trees and Shrubs | 500 |
|    Aggregate Limit | 25,000 |
| Personal Property of Others | 0 |
| Preservation of Property (Days) | 180 |
| Professional Fees for Claim Preparation (Annual Aggregate) | 50,000 |
| Property in Course of Construction (Non-Structural) | 0 |
| Recharging of Fire Extinguishing Equipment | 50,000 |
| Reclaiming, restoring, or repairing land improvements | 0 |
| Reward Reimbursement | 10,000 |
| Service Interruption Direct Damage | |
|    Direct Damage Limit | 50,000 |
|    Combined Direct Damage and Time Element Limit | 0 |

Policy Number: VETGV06026210

| | |
|---|---|
| Sewer, Drain or Sump Backup or Overflow | 25,000 |
| Transit | 25,000 |
| Valuable Papers and Records | 100,000 |
| Wind-Driven Precipitation | 0 |

**Time Element Coverages**

| | |
|---|---|
| Builder's Risk Soft Costs | 0 |
| Interruption by Civil or Military Authority | |
|     Distance Limitation (Miles) | 0 |
|     Weeks | 0 |
|     Maximum | $0 |
| Contingent Time Element | 0 |
| Extended Period of BI Indemnity | 0 |
| Extra Expense, Expediting Expense | 0 |
| Ingress, Egress | |
|     Distance Limitation (Miles) | 0 |
|     Weeks | 0 |
|     Maximum | $0 |
| Ordinary Payroll | 0 |
| Royalties | 0 |
| Service Interruption Time Element | 0 |

Policy Number: VETGV06026210

## TOTAL LOSS ENDORSEMENT

This endorsement modifies insurance provided under this Policy.

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

In consideration of the premium charged under this policy, we agree with you that in the event of a constructive total loss of the insured property, the full policy premium for the property shall be deemed fully earned for all coverages insured hereunder. No return premium shall be payable to the insured for the unexpired term of the policy.

Policy Number: VETGV06026210

# ADDITIONAL PROPERTY NOT COVERED

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNER COVERAGE FORM

The following are added to **A. Coverage**, **2. Property Not Covered** unless specifically listed in the Declarations, Statement of Values, or on the Additional Covered Property Endorsement (VT0109 attached to this policy):

1. Machinery and equipment in the open including gasoline pumps

2. Contractor's Equipment including trailers used to transport such equipment

3. Buildings or structures in the course of construction including materials and supplies except additions to or alterations and repairs on or within the existing walls of existing buildings or structures covered by this policy pursuant to **A1.a.(5)**

4. Power transmission and/or feeder lines

5. Property line walls. gates, latticework and trellises

6. Walkways, boardwalks, catwalks, trestles, dams, and tunnels, all whether for pedestrians or vehicles

7. Seawalls

8. Swimming pools, wading pools, decorative pools, spas, hot tubs and Jacuzzis, whether in the ground or above the ground, waterfalls, fountains, diving platforms or diving boards, all while situated outdoors

9. Gazebos, cabanas, bars and snack bars situated outside covered buildings

10. Signs not attached to a building or structure

11. Signs attached to a building or structure with a value greater than $2,500

12. Awnings, canopies, and carports whether attached or not to a building or structure including any structure or covering over gasoline pumps, swimming pools or wading pools

13. Light poles including attached fixtures, and street signs

14. Lanai or any similar structure abutting, enclosing or partially enclosing a swimming or wading pool

15. Greenhouses, shade houses, hot houses and glass houses

16. Tennis, basketball or shuffleboard courts including lighting and fencing

17. Other buildings and structures at a Covered Location not specifically described and included as Covered Property

Policy Number: VETGV06026210

# PROTECTIVE SAFEGUARDS AND POLICY CONDITIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE PART
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE PART
CAUSES OF LOSS - SPECIAL FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS -WINDSTORM OR HAIL ONLY FORM

A.   The following **Protective Safeguards** and **Policy Conditions** are added to the Commercial Property Conditions.

As a condition of this policy, you are required to have and maintain the protective devices and/or services listed in the Schedule below.  The protective safeguard(s) to which this endorsement applies are identified by the following symbols:

**Fire Protective Safeguards**

P1: Functioning Sprinkler System with central station alarm response covering 100% of the building.

P2: Functioning Sprinkler System with central station alarm response covering part of the building.

For the purposes of P1 and P2 above, "Sprinkler System" means:

a.   a fully functioning automatic fire protective or extinguishing system supplied with the proper extinguishing agent for which the system was designed, including connected sprinklers and discharge nozzles; ducts, pipes, valves and fittings; tanks, their component parts and supports; and pumps and private fire protection mains; and

b.   when supplied from an automatic fire protective system, non-automatic fire protective systems, hydrants, stand-pipes and outlets.

P3: Each unit and all common areas are protected by functioning smoke detection devices that are maintained at least annually.

P4: All buildings and occupancies are protected by functioning smoke detection devices that are maintained at least annually.

P5: Functioning central station fire alarm covering 100% of the building.

P6: Functioning central station fire alarm system covering part of the building.

P7: Service Contract with a privately owned fire department providing fire protection services to the described premises.

**Burglary and Theft Protective Safeguards**

B1:  Automatic Burglary Alarm, protecting the entire building, which signals to an outside central station or a police station.

B2: Automatic Burglary Alarm, protecting the entire building, which has a loud sounding gong or siren on the outside of the building.

B3: Security Service with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

B4: Premises protected by a functioning and activated central station burglar alarm system that is in the "on" position during all non-working hours and when the premises are unoccupied.

B5: Premises protected by a functioning and activated central station burglary alarm system having contacts on all doors, windows and accessible building openings and motion detection covering 100% of the interior of the building. The system must be in the "on" position during all non-working hours and when the premises of the insured are unoccupied.

**Vacant Building Protective Safeguards**

V1: All vacant buildings must be locked and secured to prevent unauthorized entry.

V2: All partially vacant portions of a building must be secured to prevent unauthorized entry.

Policy Number: VETGV06026210

V3:  Heat levels must be maintained at a minimum temperature of 55 degrees or all plumbing and sprinkler piping must be drained, to prevent plumbing and sprinkler pipes from freezing.

**Policy Conditions**

R1: Unused flammable materials must be stored in NFPA approved storage containers.

R2: All used flammable materials must be disposed of in NFPA approved disposal containers.

R3: Woodworking operations must be in compliance with NFPA 664 standards (Standards for Prevention of Fires and Explosions in Wood Processing and Woodworking Facilities).

R4: All commercial painting/staining/finishing operations are required to have NFPA approved paint booths with explosion proof wiring connection and fixtures.

R5: All computer and telephone systems and related electronic equipment must be protected by functioning surge protectors.

R6: The entire electrical system is protected by functioning circuit breakers (no fuses are present).

R7:  All electrical wiring throughout the entire building consists of solid copper wire with plastic coating or polyvinyl sheathing.

R8: Within the past 25 years the entire electrical system has been completely replaced throughout the entire building starting at the point where the electrical service enters the building, including circuit breakers and all wiring.

R9: All plumbing supplying water throughout the entire building consists of copper, PVC or CVPC pipes.

R10: Within the past 25 years the entire plumbing system supplying water has been completely replaced throughout the entire building starting at the point where the water service enters the building.

R11: Roof surface has been completely replaced within the past 15 years.

R12: Roof surface has been completely replaced within the past 20 years.

R13: Roof surface has been completely replaced or recoated within the past 25 years.

R14: Flat roofs have been resurfaced or replaced within the past 15 years and all roof drains are kept clear of debris and maintained in operating condition.

R15: Pitched shingled roofs have been re-shingled or replaced within the past 20 years.

R16: The covering (other than shingles) on pitched roofs has been completely replaced within the past 35 years.

B.   The following is added to the **Exclusions** section of the Causes of Loss – Basic Form and Causes of Loss - Special Form.

   1.   We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

      a.   are not in compliance with any Fire Protective Safeguards, including any Custom Fire Protective Safeguards, listed in the Schedule;

      b.   knew of any suspension or impairment in any Protective Safeguard listed in the Schedule and failed to notify us of that fact; or

      c.   failed to maintain any Protective Safeguard listed in the schedule, and over which you had control, in complete working order.

      If an automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

   2.   We will not pay for loss or damage caused by or resulting from theft (if covered under the Causes of Loss – Special Form) or vandalism to the interior of the building or its contents if, prior to the theft or vandalism, you:

      a.   are not in compliance with any Burglary and Theft Protective Safeguards, including any Custom Burglary and Theft Protective Safeguards, listed in the Schedule;

      b.   knew of any suspension or impairment in any Burglary and Theft Protective Safeguards listed in the Schedule and failed to notify us of that fact; or

      c.   failed to maintain any Burglary and Theft Protective Safeguards listed in the Schedule, and over which you had control, in complete working order.

   3.   We will not pay for loss or damage caused to vacant buildings, or the vacant portion of partially vacant buildings, if prior to the event giving rise to the loss or damage you are not in compliance with any of the Vacant Building

Policy Number: VETGV06026210

Protective Safeguards, V1 to V3, shown in the Schedule.

4. We will not pay for loss or damage caused by or resulting from fire or explosion, if prior to the fire or explosion, any of Policy Conditions R1 through R4 are included in the Schedule and you are not in compliance with those conditions.

5. We will not pay for loss or damage caused by or resulting from power surge or electrical arcing, if prior to the power surge or electrical arcing, Policy Condition R5 is included in the Schedule and you are not in compliance with that conditions.

6. We will not pay for loss or damage caused by or resulting from electrical arcing or fire, if prior to the electrical arcing or fire, any of Policy Conditions R6 through R8 are included in the Schedule and you are not in compliance with those conditions.

7. We will not pay for loss or damage caused by or resulting from water damage, if prior to the water damage, any of Policy Conditions R9 through R10 are included in the Schedule and you are not in compliance with those conditions.

8. We will not pay for loss or damage caused by or resulting from water damage originating from the roof, if prior to the water damage, any of Policy Conditions R11 through R16 are included in the Schedule and you are not in compliance with those conditions.

9. We will not pay for loss or damage, from any cause of loss, if prior to the loss or damage, you are not in compliance with any of the Custom Policy Conditions included in the Schedule, if any.

C. If any of Policy Conditions R11 through R16 are included in the Schedule and you are not in compliance with those conditions, the following is added to G. Optional Coverages, 3. Replacement Cost of the Building and Personal Property Coverage Form:

This optional coverage also does not apply to the roofing system, which includes, but is not limited to, the roof covering, decking, support and flashing.

Policy Number: VETGV06026210

# PROTECTIVE SAFEGUARD SCHEDULE

| Item | Applicable Buildings (Location # - Building #) |
|------|-----------------------------------------------|
| R11 | All |
| V2 | All |
| V3 | All |

Policy Number: VETGV06026210

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A.  When this endorsement is attached to Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

B.  The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

C.  The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

1.  Broward County;

2.  Miami-Dade County;

3.  Martin County;

4.  Monroe County;

5.  Palm Beach County; and

6.  All the areas east of the west bank of the Intracoastal Waterway in the counties of:

   a.  Indian River; and

   b.  St. Lucie.

**Windstorm Exterior Paint And Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

1.  Paint; or

2.  Waterproofing material;

applied to the exterior of buildings unless the building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event.  But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

   a.  The amount of the Windstorm or Hail Deductible; or

   b.  The value of Covered Property when applying the Coinsurance Condition.

D.  The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

(1)  Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

(2)  Within 30 days after we receive the sworn proof of loss and:

   (a)  There is an entry of a final judgment; or

   (b)  There is a filing of an appraisal award with us; or

(3)  Within 90 days of receiving notice of an initial, reopened or supplemental claim, unless we deny the claim during

Policy Number: VETGV06026210

that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph **(3)** applies only to the following:

(a)  A claim under a policy covering residential property;

(b)  A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

(c)  A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

E.   **Sinkhole Collapse Coverage Removed**

Sinkhole Collapse coverage is removed, as indicated in Paragraphs **E.1.** through **E.4.;** and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

1.   In the Causes Of Loss – Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

2.   In the Causes Of Loss – Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage – Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

3.   In the Causes Of Loss – Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

4.   In the Mortgageholders Errors And Omissions Coverage Form, Sinkhole Collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement Exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy.  However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

F.   The following is added to this Coverage Part as a Covered Cause of Loss.  In the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

1.   The abrupt collapse of the ground cover;

2.   A depression in the ground cover clearly visible to the naked eye;

3.   "Structural damage" to the building, including the foundation; and

4.   The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The **Earth Movement** Exclusion and the **Collapse** Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance.  Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

G.   The following applies to the **Additional Coverage – Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

1.   The Additional Coverage – Civil Authority includes a requirement that the described premises are not more than

Policy Number: VETGV06026210

one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

2. The Additional Coverage – Civil Authority is limited to a coverage period of up to four weeks.  With respect to described premises located in Florida, such four-week period is replaced by a three-week period.

3. Civil Authority coverage is subject to all other provisions of that Additional Coverage.

H. The following provisions are added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

(1) A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of claim is given to us in accordance with the terms of this policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage.  (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this policy under the Legal Action Against Us Condition, including any amendment to that condition.

(2) Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

I. The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following.

1. Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

2. Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

3. Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

4. Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

5. Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

Policy Number: VETGV06026210

# APPRAISAL PROCESS ENDORSEMENT

This endorsement modifies insurance provided under all Coverage Parts and replaces any and all other provisions regarding appraisal.

A.  Request for Appraisal

1.  If we and you disagree on the value of the property or the amount of loss, either party may request, in writing, an appraisal of the value of the property and/or the amount of loss. You cannot make such request unless: (i) you have fully complied with all provisions of this policy; and (ii) we have received a signed and sworn proof of loss from you identifying the total amount being claimed under the policy along with detailed amounts for each type of coverage being claimed including but not limited to real property, personal property, stock, contents, debris removal, business income, extra expense, ordinance or law, and any other additional coverage a claim is being made.

2.  An appraisal may then take place only if both parties agree in writing to participate in the appraisal process pursuant to terms of a written agreement between the parties.  At a minimum, such written agreement will specify a protocol for:

a.  the selection of a disinterested, competent and impartial appraiser who does not have any financial interest in the claim or appraisal award, including any contingent interest in the outcome of the claim or appraisal award;

b.  the inspection of the property by the appraisers;

c.  communications between and among the appraisers and umpire;

d.  specific itemization of each item of property and business income in dispute, allocated building-by-building, floor-by-floor, unit-by-unit, and/or area-by-area or as otherwise agreed; and

e.  an award form.

3.  If the parties cannot agree on a written agreement specifying the protocol within 30 days, an appraisal will not take place.

B.  Selection of Umpire

1.  If the appraisal moves forward, the two appraisers will select a disinterested, competent and impartial umpire who does not have any financial interest in the claim or appraisal award, including any contingent interest in the outcome of the claim or appraisal award.

2.  If the two appraisers cannot agree on an umpire within 15 days of either appraiser proposing one or more umpires, the two appraisers may jointly request that a judge of a court in the county of the loss or damage select a disinterested, competent and impartial umpire who does not have any financial interest in the claim or appraisal award, including any contingent interest in the outcome of the claim or appraisal award.

3.  If either party to the appraisal, without notice to the other party, asks a judge to select an umpire, any such selection shall be invalidated and the selection of a new umpire shall be required. If the appraisers do not jointly agree to request the appointment of an umpire, either you or we can unilaterally end the appraisal upon written notice to the other.

C.  Appraisal Procedures

1.  Each appraiser will independently state, in accordance with the terms and conditions of this policy, the actual cash value and replacement cost value for each item of damaged real and personal property as well as any other disputed amounts as required by the written appraisal agreement.

2.  If the appraisers fail to agree, they will submit their differences to the umpire and any agreement in the amount of loss between the umpire and either appraiser will be binding.

3.  Each party will pay its chosen appraiser and will equally bear all other expenses of the appraisal and umpire.

D.  Restrictions on Scope of Appraisal

Policy Number: VETGV06026210

In connection with the appraisal proceeding, neither the appraisers nor the umpire shall have authority to decide questions of law.  Neither the appraisers nor the umpire shall attempt to resolve any issue of insurance coverage, policy exclusions, compliance with the policy terms and conditions, or any issues concerning any limits of insurance available under the Policy.

E.   Additional Provisions

1.   A request for or participation in appraisal does not relieve you of your continuing obligation to comply with the terms and conditions of this policy, including all requirements outlined in event of a loss.  We may require completion of any of your duties, responsibilities or requirements of this policy prior to continuance of the appraisal proceeding.  We will not be held to have waived any of our rights by any act relating to appraisal, including our right to deny a claim in whole or in part.

2.   Where applicable, the parties agree that the time period for which to respond to and/or cure any Civil Remedy Notice(s) during the pendency of appraisal is the longer of:

a.   30 days after a binding appraisal agreement is reached pursuant to the terms of this endorsement; or

b.   the expiration of the time period prescribed by statute.

3.   All other terms and conditions of this Policy remain unchanged.

Policy Number: VETGV06026210

# MINIMUM EARNED PREMIUM ENDORSEMENT

This endorsement supersedes any cancellation provision in the Policy in regards to refund or return premium calculations if we or you cancel this Policy, remove one or more locations from this Policy, or reduce the Total Insured Values (TIV) on one or more locations covered by this Policy.

**Minimum Earned Premium Due to Cancellation**

If we or you cancel this Policy, the Minimum Earned Premium will be 20% and the remaining 80% will be returned on a pro-rata basis, calculated as the number of days remaining in the Policy term as a percentage of the total number of days in the Policy term, and subject to the Wind Season Adjustment described below.

If the Policy was in force for one or more days during the period from June 1 to November 30, the return premium calculated in the preceding paragraph will be reduced by 50%.  This Wind Season Adjustment to the return premium calculation will be waived if the cancellation is the result of a sale of the insured property and sufficient documentation of such sale is presented to us within ten (10) days of the requested cancellation.

**Removal of Property and Reduction in TIV**

If, rather than cancel the policy, you remove one or more locations or reduce the TIV, the same calculations described above for Cancellation, including the Wind Season Adjustment, will apply to the portion of the total policy premium related to the removed location(s) or location(s) where the TIV was reduced.

**Endorsements and Fees**

For the purposes of this endorsement, the premium shall be calculated taking into account all endorsements with effective dates on or prior to the effective date of the cancellation, removal or reduction in TIV, but shall not include Inspection Fees, Policy Fees or Modeling Fees, all of which are fully earned by us as of the effective date of the Policy.

**Cancellation for Non-Payment of Premium**

Your failure to make timely payment of premium shall be considered a request by you to cancel the Policy.  In the event of such cancellation for non-payment of premium, the return premium calculations described above will apply and any premium earned by us shall be due and payable. Such non-payment cancellation may be rescinded by us if you remit the full premium due within ten (10) days of receiving the Policy cancellation notice.

All other terms and conditions of this Policy remain unchanged.

Policy Number: VETGV06026210

# EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - SPECIAL FORM

The following is added to paragraph A. 4. Additional Coverages in the applicable Coverage Form. All definitions contained in this endorsement apply only to the coverage provided by this endorsement.

A. **Equipment Breakdown Coverage**

   1. We will pay for direct physical loss to Covered Property caused by or resulting from a "breakdown" to "covered equipment".

     With respect to otherwise covered Business Income and Extra Expense, "breakdown" to "covered equipment" will be considered a Covered Cause of Loss.

   2. **"Breakdown"**

     a. "Breakdown" means:

       (1) Failure of pressure or vacuum equipment;

       (2) Mechanical failure including rupture or bursting caused by centrifugal force; or

       (3) Electrical failure caused by artificially generated electric current, including arcing; that causes direct physical loss or damage to "covered equipment" and necessitates its repair or replacement.

     b. "Breakdown" does not mean:

       (1) Cracking of any part on an internal combustion gas turbine exposed to the products of combustion;

       (2) Damage to any structure or foundation supporting the "covered equipment" or any of its parts;

       (3) Damage to any vacuum tube, gas tube, or brush;

       (4) Defects, erasures, errors, limitations or viruses in "computer equipment", data, "media" and/or programs including the inability to recognize and process any date or time or provide instructions to "covered equipment". However, if a "breakdown" ensues, we will pay the ensuing loss or damage not otherwise excluded;

       (5) Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

       (6) Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification; or

       (7) The functioning of any safety or protective device.

     c. If an initial "breakdown" causes other "breakdowns", all will be considered one "breakdown". All "breakdowns" that manifest themselves at the same time and are the result of the same cause will also be considered one "breakdown".

   3. **"Covered Equipment"**

     a. "Covered equipment" means any Covered Property that is:

       (1) Equipment designed and built to operate under internal pressure or vacuum other than weight of contents. For any boiler or fired vessel, the furnace of the "covered equipment" and the gas passages from there to the atmosphere will be considered as outside the "covered equipment";

       (2) Communication equipment and "computer equipment";

       (3) Fiber optic cable; or

Policy Number: VETGV06026210

    (4)  Any other electrical or mechanical equipment that is used in the generation, transmission or utilization of energy.

  b.  "Covered equipment" does not mean any:

    (1)  Astronomical telescope, cyclotron, nuclear reactor, particle accelerator, satellites and/or spacecraft (including satellite or spacecraft contents and/or their launch sites);

    (2)  Catalyst;

    (3)  Dragline, power shovel, excavation or construction equipment including any "covered equipment" mounted on or used solely with any dragline, power shovel, excavation or construction equipment;

    (4)  Elevator or escalator, but not excluding any electrical machine or apparatus mounted on or used with this equipment;

    (5)  Equipment or any part of equipment manufactured by you for sale;

    (6)  Felt, wire, screen, mold, form, pattern, die, extrusion plate, swing hammer, grinding disc, cutting blade, non-electrical cable, chain, belt, rope, clutch plate, brake pad, non-metal part or any part or tool subject to periodic replacement;

    (7)  Insulating or refractory material;

    (8)  Non-metallic pressure or vacuum equipment, unless it is constructed and used in accordance with the American Society of Mechanical Engineers (A.S.M.E.) code or a Code that has been accepted by the National Board of Boiler and Pressure Vessel Inspectors;

    (9)  Part of pressure or vacuum equipment that is not under internal pressure of its contents or internal vacuum;

    (10)  Pressure vessels and piping that are buried below ground and require the excavation of materials to inspect, remove, repair or replace;

    (11)  Structure, foundation, cabinet or compartment supporting or containing the "covered equipment" or part of the "covered equipment" including penstock, draft tube or well casing;

    (12)  Vehicle, aircraft, selfpropelled equipment or floating vessel, including any "covered equipment" mounted on or used solely with any vehicle, aircraft, self-propelled equipment or floating vessel; or

    (13)  "Media".

**4.**  **Property Not Covered**

With regard to the coverage provided by this Endorsement only, A.2.b. in the Coverage Form to which this Endorsement applies is deleted and replaced by the following:

b. Animals.

**5.**  **Equipment Breakdown Coverage Extensions**

The following coverages also apply to loss or damage caused by or resulting from a "breakdown" to "covered equipment". These Equipment Breakdown Coverage Extensions do not provide additional amounts of insurance. The limits provided are part of, not in addition to, the Limit of Insurance that applies to the damaged Covered Property.

  a.  **Spoilage**

    (1)  We will pay for:

      (a)  Your loss of "perishable goods" due to spoilage;

      (b)  Your loss of "perishable goods" due to spoilage that is caused by or results from an interruption in utility services that is the direct result of a "breakdown" to "covered equipment" that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam. Coverage for such loss will begin 12 hours after the time the "breakdown" causes the interruption of the utility service; or

      (c)  Your loss of "perishable goods" due to contamination from the release of refrigerant, including but

Policy Number: VETGV06026210

not limited to ammonia.

We will also pay any necessary expense you incur to reduce the amount of loss under this coverage. We will pay such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(2)   If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "breakdown", less discounts and expenses you otherwise would have had.  Otherwise our payment will be determined in accordance with the Loss Payment Condition.

(3)   The most we will pay for any loss or expense under this Equipment Breakdown Coverage Extension is $25,000 or the Limit of Insurance for Spoilage shown on the Declarations page, whichever is greater.

b.   **Expediting Expenses**

(1)   With respect to your damaged Covered Property, we will pay the reasonable extra cost to make temporary repairs and expedite permanent repairs or permanent replacement.

(2)   Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation.

(3)   The most we will pay for Expediting Expenses is $25,000 or the Limit of Insurance for Expediting Expenses shown on the Equipment Breakdown Schedule, whichever is greater.

c.   **Utility Interruption**

The insurance provided for Business Income and/or Extra Expense, if covered elsewhere in the policy, is extended to apply to loss caused by or resulting from an interruption in utility services that is a direct result of a "breakdown" to "covered equipment" that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

Coverage for Utility Interruption will begin 12 hours, or the time shown for Utility Interruption Waiting Period in the Declarations page, after the time the "breakdown" causes the interruption of the utility service.

d.   **Drying Out**

If electrical "covered equipment" requires drying out as a result of a flood, waves, tides, tidal waves, or overflow of any body of water or their spray, even if driven by wind, we will pay for the direct expense of drying out such electrical "covered equipment".  The most we will pay for such expense under this Equipment Breakdown Coverage Extension is the least of:

(1)   $10,000;

(2)   the Limit of Insurance shown on the Declaration for the applicable covered property; or

(3)   the value of such damaged electrical "covered equipment".

Coverage provided by this extension does not include the cost to replace such equipment or any other loss, damage or expense that is caused by or results directly or indirectly from flood, waves, tides, tidal waves, or overflow of any body of water or their spray, even if driven by wind.

e.   **Hazardous Substances**

With regard to coverage provided under this Endorsement only, Additional Coverage A.4.d.  in the Coverage Form to which this Endorsement applies is deleted and replaced by the following:

d. We will pay your expense to extract "pollutants" from land or water at the described premises and the cost for clean-up, repair, replacement or disposal of Covered Property at the described premises if the discharge, dispersal, seepage, migration, release or escape of such "pollutants" is caused by or results from a "breakdown" to "covered equipment" that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which such "breakdown" occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants".  But we will pay for testing which is performed in the course of extracting the "pollutants" from the land, water or the clean-up, repair, replacement, or disposal of Covered Property.

Policy Number: VETGV06026210

The most we will pay under this Additional Coverage, including any loss covered under any applicable Business Income or Extra Expense coverage, for the sum of all covered expenses is $25,000 or the Limit of Insurance for Hazardous Substances shown on the Declarations page, whichever is greater.

The coverage provided by this Additional Coverage does not include loss to "perishable goods" due to contamination from the release of a refrigerant.

f.  **Data Restoration**

We will pay your cost to research, replace and restore data, including programs and operating systems that are lost or corrupted due to a "breakdown".  We will also pay for loss or damage to "media" caused by a "breakdown".  The most we will pay under this Coverage Extension for the sum of all covered expenses, including any loss covered under any applicable Business Income and Extra Expense coverage is $25,000 or the Limit of Insurance for Data Restoration shown on the Declarations page, whichever is greater.

g.  **Demolition and Increased Cost of Construction**

The following applies despite the Ordinance or Law Exclusion. If a "breakdown" to "covered equipment" damages a building that is Covered Property that is insured at replacement cost, and the loss is increased by the enforcement of any laws or ordinances that are in force at the time of the "breakdown" and which regulate the demolition, construction, repair or use of the building or structure the following apply:

(1)  We will pay for:

(a)  Your actual cost to demolish and clear the site of the undamaged parts of the same building or structure as a consequence of enforcement of an ordinance or law that requires the demolition of such undamaged property; and

(b)  Your actual expenditures for increased costs to repair, rebuild, or construct the building.  If the building is repaired, rebuilt or constructed, it must be intended for a similar use or occupancy as the current building, unless otherwise required by zoning or land use ordinance or law;

(2)  With regard to otherwise covered Business Income and Extra Expense coverage, the "period of restoration" is extended to include the additional period of time required for demolition and to meet the minimum requirement of any ordinance or law enforcement at the time of the "breakdown".

(3)  We will not pay for any:

(a)  Fine;

(b)  Liability to a third party;

(c)  Increase in loss due to a "pollutant"; or

(d)  Demolition cost until the undamaged portions of the building are actually demolished;

(e)  Increased construction costs until the building is actually rebuilt and replaced;

(f)  Increases in loss, excess of the amount required to meet the minimum requirement of any ordinance or law enforcement at the time of the "breakdown"; or

(g)  Loss due to any ordinance or law that you were required to comply with before the "breakdown", even if the building was undamaged, and with which you failed to comply.  The most we will pay under this Coverage Extension for the sum of all covered expenses, including any loss covered under any applicable Business Income and Extra Expense coverage, is $25,000 or the Limit of Insurance for Demolition and Increased Cost of Construction shown on the Declarations page, whichever is greater.

h.  **Off-Premises Property Damage**

We will pay for loss or damage to Covered Property caused by a "breakdown" to "covered equipment" while temporarily at a premises or location that is not a described premises on the policy. The most we will pay for Off-Premise Coverage is $25,000.

i.  **"Electronic Vandalism" Coverage**

We will pay for loss or damage caused by "breakdown" to "covered equipment" that is the direct or indirect result of "electronic vandalism".  The most we will pay for the total of all such loss resulting from "electronic

Policy Number: VETGV06026210

vandalism", which takes place within a 12-month period, starting with the beginning of the present annual policy period, is $100,000 or the Limit of Insurance for "Electronic Vandalism" shown in the Declarations page, whichever is greater. This limit applies regardless of the number of locations.

6. **Equipment Breakdown Exclusions**

   With regard to coverage provided under this Endorsement only, the following changes are made:

   a. The following Exclusions are deleted from the Causes of Loss - Special form: B.2.a.; B.2.d.(6); and B.2.e.

   b. Exclusion B.2.l. from the Causes of Loss - Special form, is deleted and replaced by the following: l. Discharge, dispersal, seepage, migration, release or escape of "pollutants". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "breakdown" to "covered equipment", we will pay for the loss or damage caused by that "breakdown".

   c. The last paragraph of Exclusion B.2.d. from the Causes of Loss - Special form is deleted and replaced by the following: But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in a "breakdown", we will pay the resulting loss or damage not otherwise excluded.

   d. The following exclusions apply to the coverage provided under this Endorsement in addition to the other exclusions, except as deleted in A.6.a. above, in the Coverage Form to which this Endorsement applies. We will not pay under this Endorsement for loss or damage caused directly or indirectly by any of the following:

      (1) Any of the following tests:

         (a) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

         (b) An insulation breakdown test of any type of electrical equipment;

      (2) Fire including fire resulting from a "breakdown";

      (3) Combustion explosion;

      (4) Explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass;

      (5) An explosion. However, we will pay for direct loss or damage caused by an explosion of "covered equipment" of a kind specified in a. through f. below, if not otherwise excluded:

         (a) Steam boiler;

         (b) Electric steam generator;

         (c) Steam piping;

         (d) Steam turbine;

         (e) Steam engine; or

         (f) Gas turbine or any other moving or rotating machinery when such explosion is caused by centrifugal force or mechanical breakdown.

      (6) With respect to Utility Interruption and paragraph (1)(b) of Perishable Goods coverage, we will not pay for loss caused by or resulting from: Lightning; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; falling objects; water damage caused by the discharge or leakage of sprinkler system, sewer piping or domestic water piping; water or other means used to extinguish a fire, even when the attempt is unsuccessful; weight of snow, ice or sleet; freezing due to cold weather; molten material; or collapse.

      (7) "Electronic Vandalism", except as provided in A.5.i. "Electronic Vandalism" Coverage, above.

7. **Equipment Breakdown Limitations**

   With regard to this Endorsement only, the following Limitations are deleted from the Causes of Loss - Special Form: C.1.a. and C.1.b.

8. **Limits of Insurance**

   a. The most we will pay for loss or damage in any one "breakdown" is the applicable Limit of Insurance shown in the Declarations. The limits provided for the Equipment Breakdown Coverage Extensions are part of, not in

Policy Number: VETGV06026210

addition to, the Limit of Insurance shown in the Declarations that applies to the damaged Covered Property.

The coverage provided by this Endorsement is part of, not in addition to, the Limits of Insurance shown in the Declarations.

b.  The most we will pay for water damage that results from a "breakdown" to "covered equipment" is $25,000 for any one "breakdown". This is part of, not in addition to, the Limit of Insurance shown in the Declarations that applies to damaged Covered Property.

9.  **Deductible**

Deductible amounts for Equipment Breakdown claims are as described on the Declarations page.

With respect to Equipment Breakdown claims only, Paragraph D. Deductibles of the applicable coverage form is modifed as follows:

a.  In any one "breakdown", we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

The deductibles listed in the Declarations page shall be applied separately to the applicable coverage as follows:

(1)  Dollar Deductible

If a dollar deductible is applicable, we will first subtract the deductible amount from any loss we would otherwise pay.

(2)  Multiple per Unit Deductible

If a multiple of units deductible is applicable, the deductible will be calculated as the sum of the multiple times the number of units specified. (For example: if the deductible is specified as $25/hp for air conditioning units, and a covered 500 hp air conditioning unit suffered a "breakdown", the deductible will be $25 times 500 hp which equals $12,500.)

(3)  Time Deductible

If a time deductible is applicable, we will not be liable for any loss under that coverage that occurs during that specified time period immediately following a "breakdown". If a time deductible is shown in days, each day shall mean twenty-four consecutive hours.

(4)  Multiple of Daily Value Deductible

If a multiple of daily value is applicable, this deductible will be calculated as follows:

(a)  For the entire premise described in the Declarations where the loss occurred, determine the total amount of Business Income that would have been earned during the "Period of Restoration" had no "breakdown" taken place.

(b)  Divide the result above by the number of days the business would have been open during the "Period of Restoration". The result is the daily value.

(c)  Multiply the daily value in the paragraph above by the applicable number of daily value multiples. We will first subtract this deductible amount from any loss we would otherwise pay. We will then pay the amount of loss or damage in excess of the deductible, up to the applicable Limit of Insurance.

(5)  Percentage of Loss Deductible

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss or damage insured under the applicable coverage.

(6)  Minimum Or Maximum Deductible

(a)  If:

(i)   A minimum dollar amount deductible is applicable, and

(ii)  The dollar amount of the Multiple per Unit, Multiple of Daily Value or the Percentage of Loss

Policy Number: VETGV06026210

      Deductible is less than the Minimum Deductible,

   then the Minimum Deductible amount will be the applicable deductible.

  (b) If:

    (i) A maximum dollar amount deductible is applicable, and

    (ii) The dollar amount of the Multiple per Unit, Multiple of Daily Value or the Percentage of Loss Deductible is greater than the Maximum Deductible,

   then the Maximum Deductible amount will be the applicable deductible.

 b. If more than one deductible applies to a single coverage, then only one deductible, the highest, will apply to that coverage.

10. The following provision applies to the coverage provided by this Endorsement only and in addition to the provisions in the Loss Payment section of the Coverage Form to which this Endorsement applies:

**Green Certification, Environmental Safety and Efficiency Improvements**

You may replace damaged "covered equipment" with a newer generation "covered equipment" of the same capacity which improves the environment, increases efficiency or enhances safety. This includes costs to employ "green" methods of construction, disposal or recycling in the course of repair or replacement of the damaged or destroyed Covered Property, in accordance with documented standards of a "green authority". This also includes such costs you actually incur to attain "green" certification of the repaired or replaced Covered Property in accordance with documented standards of a "green authority". We will pay up to an additional 50% of the covered property damage amount for the damaged Covered Property. This additional amount is included in, not in addition to, the applicable Limit of Insurance for Covered Property.

11. With respect to the coverage provided under this Endorsement, the following are added to the Additional Conditions section of the Coverage Form to which this Endorsement applies:

 a. **Jurisdictional Inspections**

  (1) We agree to provide pressure vessel certificate-of-operation engineering services where:

   (a) The certificate-of-operation is required by state, city or provincial law; and

   (b) The state, city or provincial law permits inspections by insurance company employees.

  (2) If we receive notification of a pressure vessel certificate-of-operation inspection due date less than 30 (thirty) days prior to the expiration of the certificate-of-operation, we will not be responsible for:

   (a) Any fine or other penalty that may be assessed; or

   (b) Any liability that may arise due to the fact that the inspection was not performed prior to the certificate-of-operation due date.

  (3) Certificate-of-operation engineering services will not be provided for any location, other than in the United States of America, Puerto Rico or Canada.

 b. **Suspension**

  (1) Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the coverage provided by this Endorsement. We will deliver or mail a written notice of suspension to your last known address or the address where the "covered equipment" is located.

  (2) Once suspended in this way, your coverage can be reinstated only by an Endorsement for that "covered equipment".

  (3) If we suspend your coverage, you will get a pro rata refund of premium for that "covered equipment". But the suspension will be effective even if we have not yet made or offered a refund.

12. **Electrical Risk Improvements**

The following Additional Coverage applies in the event of the following:

When "covered equipment" sustains direct physical loss or damage results from a "breakdown" from artificially generated electric current (including arcing) that necessitates its repair or replacement, we will pay up to an

Policy Number: VETGV06026210

additional 10% of the amount we actually pay for all loss or damage covered by this endorsement, not to exceed $10,000, for costs you incur to make material improvements to your electrical system at the location of the loss.

This Additional Coverage does not pay for:

a.  Stock, work in process, raw materials, finished goods or merchandise;

b.  Any personal property of your employees or officers;

c.  Any Covered Property that is repaired or replaced due to direct physical loss or damage as covered by this endorsement.

d.  Any Business Income or Extra Expense These expenses must be reported to us in writing within 180 days of direct physical loss or damage covered by this endorsement. The limit for this Additional Coverage is part of, not in additional to the Direct Damage limit.

13. With regard to the coverage provided by this Endorsement, the following definitions apply in addition to the definitions provided in the Coverage Form to which this Endorsement applies:

a.  **"Computer equipment"** means your programmable electronic equipment that is used to store, retrieve and process data; and associated peripheral equipment that provides communication including input and out-put functions such as printing or auxiliary functions such as data transmission.  It does not include data or "media".

b.  **"Electronic vandalism"** means:

(1)  Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems.

(2)  Unauthorized computer code or programming that:

(a)  Deletes, distorts, corrupts or manipulates computer programs, content, instructions or other electronic or digital data, or otherwise results in damage to computers or computer systems or networks to which it is introduced;

(b)  Replicates itself, impairing the performance of computers or computer systems or networks; or

(c)  Gains remote control access to data and programming within computers or computer systems or networks to which it is introduced.

c.  **"Green"** means products, materials, methods and processes that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize the environmental impact.

d.  **"Green authority"** means a recognized authority on "Green" building or "Green" products, materials or processes.

e.  **"Media"** means electronic data processing or storage material such as films, tapes, discs, drums or cells.

f.  **"Perishable goods"** means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

Policy Number: VETGV06026210

# ORDINANCE OR LAW ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
COMMERCIAL CONDOMINIUM UNIT-OWNERS COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

A. **Ordinance or Law Limits Schedule**

Each coverage, Coverage A, Coverage B, Coverage C and Coverage D, is provided under this endorsement only if that Coverage(s) is reflected in the Ordinance or Law Limits Schedule in the Declarations and then only with respect to the building(s) identified for that Coverage(s) in the Schedule.

B. **All Coverage Limits Reflect Sub-Limits**

Each of Coverage A, Coverage B, Coverage C and Coverage D, the coverage is included within the Limit of Insurance shown in the Declarations as applicable to the covered building, whether provided separately or as a Combined Limit. Amounts shown in the Ordinance or Law Limits Schedule in the Declarations represent sub-limits and do **not** increase the Limit of Insurance.

C. **Coverage Conditions**

The Coverages provided by this endorsement apply only if both conditions C.1. and C.2. are satisfied and are subject to the qualification in C.3.

1. The ordinance or law regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and such ordinance or law is in force at the time of loss.

   But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual require-ments are not covered under this endorsement.

2. A Covered Cause of Loss results in enforcement of the ordinance or law and

   a. the building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

   b. the building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

   If the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

3. In the situation described in C.2.b. above, we will not pay the full amount of loss otherwise payable under the terms of Coverages A, B, C or D of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

   However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages A, B, C or D of this endorsement.

D. **Restrictions**

We will not pay under Coverages A, B, C or D of this endorsement for:

1. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remod-eling or remediation of property due to contamination by pollutants or due to the presence, growth, proliferation, spread or any activity of fungus, wet or dry rot or bacteria; or

Policy Number: VETGV06026210

2.  The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants, fungus, wet or dry rot or bacteria.

The terms fungus and pollutants each have the meaning as defined elsewhere in the policy.

E.  **Coverage**

1.  Coverage A – Loss to the Undamaged Portion of the Building

    With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

2.  Coverage B – Demolition Cost

    With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

3.  Coverage C – Increased Cost of Construction

    a.  With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

        i.   Repair or reconstruct damaged portions of that building; and/or

        ii.  Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

        when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

        However:

        i.   This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

        ii.  We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

    b.  When a building is damaged or destroyed and Coverage C applies to that building in accordance with E.3.a. above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in E.3.a.:

        i.    The cost of excavations, grading, backfilling and filling;

        ii.   Foundation of the building;

        iii.  Pilings; and

        iv.   Underground pipes, flues and drains.

        The items listed in E.3.b.i. through E.3.b.iv. above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, E.3.b.

4.  Coverage D – Increased Period of Restoration

    With respect to the building that has sustained covered direct physical damage, if Coverage D applies as per the Ordinance or Law Limits Schedule in the Declarations, the Period of Restoration definition is replaced by the following:

    Period of Restoration means the period of time that:

    a.  Begins:

        i.   72 hours after the time of direct physical loss or damage for Business Income coverage; or

        ii.  Immediately after the time of direct physical loss or damage for Extra Expense coverage;

        caused by or resulting from any Covered Cause of Loss at the described premises; and

    b.  Ends on the earlier of:

Policy Number: VETGV06026210

    i.    The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    ii.    The date when business is resumed at a new permanent location.

Period of Restoration includes any increased period required to repair or reconstruct the property to comply with the minimum standards of any ordinance or law, in force at the time of loss, that regulates the construction or repair, or requires the tearing down of any property. The expiration date of the policy will not cut short the Period of Restoration.

**F.** **Loss Payment**

The following loss payment provisions, F.1. through F.5., are subject to the apportionment procedures set forth in Section C.3. of this endorsement.

1.    Coverage A – When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

    a.    If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

        i.    the amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

        ii.    the Limit of Insurance shown in the Declarations as applicable to the covered building.

    b.    If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

        i.    the actual cash value of the building at the time of loss; or

        ii.    the Limit of Insurance shown in the Declarations as applicable to the covered building.

2.    Coverage B – Unless Paragraph F.4. applies, loss payment under Coverage B – Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

    a.    The amount you actually spend to demolish and clear the site of the described premises; or

    b.    The applicable Sub-limit shown for Coverage B in the Ordinance or Law Limits Schedule in the Declarations. If such Sub-limit is shown as a percentage, the Sub-limit shall be calculated as that percentage multiplied by the applicable Building and BPP limits, subject to a maximum dollar amount, if any is shown.

3.    Coverage C – Unless Paragraph F.4. applies, loss payment under Coverage C – Increased Cost of Construction Coverage will be determined as follows:

    a.    We will not pay under Coverage C until the property is actually repaired or replaced, at the same or another premises and unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    b.    If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C is the lesser of:

        i.    the increased cost of construction at the same premises; or

        ii.    the applicable Sub-limit shown for Coverage C in the Ordinance or Law Limits Schedule in the Declarations. If such Sub-limit is shown as a percentage, the Sub-limit shall be calculated as that percentage multiplied by the applicable Building and BPP limits, subject to a maximum dollar amount, if any is shown.

    c.    If the ordinance or law requires relocation to another premises, the most we will pay under Coverage C is the lesser of:

        i.    the increased cost of construction at the new premises; or

        ii.    the applicable Sub-limit shown for Coverage C in the Ordinance or Law Limits Schedule in the Declarations. If such Sub-limit is shown as a percentage, the Sub-limit shall be calculated as that percentage

Policy Number: VETGV06026210

multiplied by the applicable Building and BPP limits, subject to a maximum dollar amount, if any is shown.

4.  Coverage B & C (Combined) – If a Combined Sub-limit is shown for Coverages B and C in the Ordinance or Law Limits Schedule in the Declarations, Paragraphs F.2. and F.3. of this endorsement do not apply with respect to the building that is subject to the Combined Sub-limit, and the following loss payment provisions apply instead.

    The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Sub-limit shown for Coverages B and C in the Ordinance or Law Limits Schedule in the Declarations. If such Sub-limit is shown as a percentage, the Sub-limit shall be calculated as that percentage multiplied by the applicable Building and BPP limits, subject to a maximum dollar amount, if any is shown.

    Subject to this Combined Sub-limit, the following loss payment provisions apply:

    a.  For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

    b.  With respect to Increased Cost of Construction,

        i.   We will not pay for the increased cost of construction until the property is actually repaired or replaced, at the same or another premise, unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

        ii.  If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

        iii. If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

G.  **Terms Applied Separately for Each Building**

    The terms of this endorsement apply separately to each building to which this endorsement applies.

H.  **Compliance Requirement**

    We will not pay for loss due to any ordinance or law that you were required to comply with before the loss, even if the building was undamaged, and which you failed to comply with.

Policy Number: VETGV06026210

# JOINT OR DISPUTED LOSS AGREEMENT

This Endorsement modifies insurance provided under the COMMERCIAL PROPERTY COVERAGE PART.

A.  This endorsement is intended to facilitate payment of insurance proceeds when:

    1.  Both a boiler and machinery policy and this commercial property policy are in effect;

    2.  Damage occurs to Covered Property that is insured by the boiler and machinery policy and this commercial property policy; and

    3.  There is disagreement between the insurers as to whether there is coverage or as to the amount of the loss to be paid, if any, by each insurer under its own policies.

B.  This endorsement does not apply if:

    1.  Both the boiler and machinery insurer(s) and we do not admit to any liability; and

    2.  Neither the boiler and machinery insurer(s) nor we contend that coverage applies under the other insurer's policy.

C.  The provisions of this endorsement apply only if all of the following requirements are met:

    1.  The boiler and machinery policy carried by the named insured, insuring the Covered Property, contains a similar provision at the time of the loss or damage, with substantially the same requirements, procedures and conditions as contained in this endorsement;

    2.  The damage to the Covered Property was caused by a loss for which:

        a.  Both the boiler and machinery insurer(s) and we admit to some liability for payment under the respective policies; or

        b.  Either:

            (1)  The boiler and machinery insurer(s) does not admit to any liability for payment, while we contend that:

                (a)  All liability exists under the boiler and machinery policy; or

                (b)  Some liability exists under both the boiler and machinery policy and this commercial property policy;

            (2)  We do not admit to any liability for payment, while the boiler and machinery insurer(s) contends that:

                (a)  All liability exists under this commercial property policy; or

                (b)  Some liability exists under both the boiler and machinery policy and this commercial property policy; or

            (3)  Both the boiler and machinery insurer(s) and we:

                (a)  Do not admit to any liability for payment; and

                (b)  Contend that some or all liability exists under the other insurer's policy; and

    3.  The total amount of the loss is agreed to by you, the boiler and machinery insurer(s) and us.

D.  If the requirements listed in Paragraph **C.** above are satisfied, we and the boiler and machinery insurer(s) will make payments to the extent, and in the manner, described as follows:

    1.  We will pay, after your written request, the entire amount of loss that we have agreed as being covered, if any, by this commercial property policy and one-half (1/2) the amount of the loss that is in disagreement.

    2.  The boiler and machinery insurer(s) will pay, after your written request, the entire amount of loss that they have agreed as being covered, if any, by the boiler and machinery policy and one-half (1/2) the amount of loss that is in disagreement.

    3.  Payments by the insurers of the amounts that are in disagreement, as described in Paragraphs **1.** and **2.**, do not alter, waive or surrender any rights of any insurer against any other with regard to the portion of the loss for which each insurer is liable.

Policy Number: VETGV06026210

4. The amount in disagreement to be paid by us under this endorsement shall not exceed the amount payable under the equivalent Loss Agreement(s) of the boiler and machinery policy.

5. The amount to be paid under this endorsement shall not exceed the amount we would have paid had no boiler and machinery policy been in effect at the time of loss. In no event will we pay more than the applicable Limit of Insurance shown in the Declarations.

6. Acceptance by you of sums paid under this endorsement does not alter, waive or surrender any other rights against us.

**E. Arbitration**

1. If the circumstances described in Paragraph **C.2.a.** exist and the boiler and machinery insurer(s) and we agree to submit our differences to arbitration, the boiler and machinery insurer(s) and we will determine the amount each will pay and will pay the insured within 90 days. Arbitration will then take place within 90 days after payment of the loss under the terms of this endorsement.

2. If any of the circumstances described in Paragraph **C.2.b.** exist, then the boiler and machinery insurer(s) and we agree to submit our differences to arbitration within 90 days after payment of the loss under the terms of this endorsement.

3. You agree to cooperate with any arbitration procedures. There will be three arbitrators: one will be appointed by us, and another will be appointed by the boiler and machinery insurer(s). The two arbitrators will select a third arbitrator. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. A decision agreed to by two of the three arbitrators will be binding on both parties. Judgment on any award can be entered in any court that has jurisdiction.

**F. Final Settlement Between Insurers**

The insurer(s) found responsible for the greater percentage of the ultimate loss must return the excess contribution to the other insurer(s). In addition, the insurer(s) found responsible for the greater portion of the loss must pay Liquidated Damages to the other insurer(s) on the amount of the excess contribution of the other insurer(s). Liquidated Damages are defined as interest from the date the insured invokes this Agreement to the date the insurer(s) that contributed the excess amount is reimbursed. The interest is calculated at 1.5 times the highest prime rate from the Money Rates column of the Wall Street Journal during the period of the Liquidated Damages. Arbitration expenses are not a part of the excess contribution for which liquidated damages are calculated. Arbitration expenses will be apportioned between insurers on the same basis that the ultimate loss is apportioned.

Policy Number: VETGV06026210

# PRIOR LOSS EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - SPECIAL FORM
CAUSES OF LOSS – WINDSTORM OR HAIL ONLY FORM

The following **Prior Loss Exclusion** is added to this policy:

We will not pay for any loss or damage that occurred prior to the effective date of this policy, including any continuation, change or resumption of such loss or damage during the Policy Period.

In the event the effective date of this policy is prior to the date coverage was requested to be bound, this policy will not pay for any loss or damage occurring between the effective date of this policy and the date coverage was requested to be bound.

Policy Number: VETGV06026210

# ADDITIONAL POLICY EXCLUSIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS – SPECIAL FORM
CAUSES OF LOSS – BASIC FORM

1. **Aluminum Wire Exclusion**
   This policy does not cover any loss or damage caused by, or resulting from, a malfunction of aluminum distribution wiring.

2. **Existing Damage Exclusion**
   This policy does not cover any loss or damage to covered property:

   a. That occurred prior to the inception date of this policy regardless of whether such damages were apparent at the time of the inception of this policy or became apparent at a later date.

   b. Arising out of workmanship, repairs or lack of repairs arising from damage that occurred prior to the inception date of this policy.

   If the Valuation Clause in this policy is Replacement Cost or Agreed Amount, this policy does not provide coverage for Replacement Cost or Agreed Amount until and unless all property covered by your previous policy has been fully and completely repaired.

   Prior to the completion of repairs, coverage provided by this policy is limited to the greater of:

   i. The actual cash value of the property at the time of a covered loss occurring during the policy period; or

   ii. The cost of repairing the property to a condition at which it existed at the time of a loss covered by this policy.

Policy Number: VETGV06026210

# ASBESTOS AND TOXIC MATERIALS EXCLUSION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNER COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - SPECIAL FORM
CAUSES OF LOSS - WINDSTORM OR HAIL ONLY FORM

This policy does not provide coverage for any loss or damage caused by or resulting from the actual, alleged, or threatened release or escape of any asbestos or "toxic materials" meaning any solid, liquid or gaseous material that is toxic or poisonous to humans or animals, including but not limited to dioxin, polychlorinated biphenyls and lead.

We will not pay for any loss, damage or expense arising out of:

1. The removal of asbestos or "toxic materials" from any building or structure, fixture item of personal property or product;

2. Any demolition or increased cost of construction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating asbestos or "toxic materials";

3. Any governmental direction or request declaring that asbestos or "toxic materials" present in or part of or utilized on any undamaged portion of the insured's property, can no longer be used for the purpose it was intended or installed and must be removed or modified.

We have no duty to defend or indemnify any insured against any loss, damage, claim, suit or other legal action or proceedings alleging damages to which this exclusion applies.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to any such loss, damage or expense.

Policy Number: VETGV06026210

# EIFS EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under this policy. Please read it carefully.

The exclusions and limitations in this endorsement apply regardless of any other cause or event contributing concurrently or in any sequence.

A.   If any building insured by this policy is constructed using "Exterior Insulation Finish System" (EIFS) components, then except in cases where the EIFS components are exclusively applied to concrete, gypsum block, hollow concrete block or any other wall constructed of masonry materials, coverage for such buildings is excluded for windstorm or hail, flood and earthquake, if such causes of loss are covered under the policy.  This exclusion applies to coverage for the building, building personal property and business income, if such coverages are included in this policy.

B.   This policy does not provide coverage for damage to EIFS components, or buildings containing EIFS components, that is directly or indirectly the result of a defect in the design, construction or installation of the EIFS components.

C.   Definition: An "Exterior Insulation and Finish System" (EIFS) means an exterior cladding or finish system applied to a building, and consisting of:

1.   A rigid or semi-rigid sheathing or insulation board, including gypsum-based, wood-based, or insulation-based materials;

2.   The adhesive or mechanical fasteners used to attach the sheathing or insulation board to the substrate;

3.   A reinforcing mesh that is embedded in a coating applied to the sheathing or insulation board; and

4.   A finish coat.

An "Exterior Insulation and Finish System" includes Dryvit® systems and synthetic stucco exterior cladding or finish systems.

All other terms and conditions remain unchanged.

Policy Number: VETGV06026210

## PATHOGEN EXCLUSION - ADVISORY NOTICE TO POLICYHOLDER

This notice does not form a part of your insurance contract.  No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy (including its endorsements).  If there is any conflict between this notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) shall prevail.

This notice provides information concerning a virus exclusion in your policy.

The Causes of Loss - Special form in your policy modifies the "fungus", wet rot, dry rot or bacteria exclusion to include "the presence, existence, growth, proliferation, release, transmission, migration, dispersal, exposure or spread, activity, threat or perceived threat of "fungus", wet rot, dry rot, virus, bacteria or any other microorganism, whether living or otherwise, that induces, or is capable of inducing, physical distress, illness or disease."

The text also clarifies that loss or damage with respect to this exclusion includes but is not limited to cost and expense arising out of:

A.   The removal of "fungus", wet rot, dry rot, virus or bacteria from any real or personal property;

B.   Any demolition or increased cost of construction, repair, debris removal or loss of use, including that necessitated by the enforcement of any law or ordinance;

C.   Any governmental direction or request declaring that your property can no longer be used for the purpose it was intended or installed and must be removed or modified because of the actual or perceived presence of "fungus", wet rot, dry rot, virus or bacteria in or on any part of such property.

Policy Number: VETGV06026210

# TOXIC DRYWALL EXCLUSION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - SPECIAL FORM
CAUSES OF LOSS – WINDSTORM OR HAIL ONLY

This policy does not provide coverage for any claim or liability arising out of, caused by or attributed to the use, installation, repair, removal, disposal, presence or service of sheetrock, gypsum board, wallboard or any similar product that:

1. Was manufactured in or distributed from China; or,

2. Emits Hydrogen Sulfide (H2S), Sulfur Dioxide (SO2), Strontium Sulfide (SrS), or Carbonyl Sulfide (COS) collectively referred to as "Toxic Drywall".

In addition, there is no coverage under this policy for the following:

1. "Toxic Drywall" material removal unless the "Toxic Drywall" itself is first damaged by a covered cause of loss;

2. Demolition or increased cost of construction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating "Toxic Drywall" material;

3. Any government direction or request declaring that "Toxic Drywall" material present in or part of or utilized on any undamaged portion of the Covered Property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

We have no duty to defend or indemnify any insured against any loss, damage, claim, suit or other legal action or proceedings alleging damages to which this exclusion applies.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to any such loss, damage or expense.

Policy Number: VETGV06026210

# ABSOLUTE POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - SPECIAL FORM
CAUSES OF LOSS - WINDSTORM OR HAIL ONLY

The term "pollutants" in this endorsement means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**Causes of Loss - Basic Form**

With respect to the Causes of Loss - Basic Form, the following Absolute Pollution Exclusion is added to Section B. Exclusions:

We will not pay for any loss, damage or expense, including defense costs and expenses, arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants.

**Causes of Loss - Special Form**

With respect to the Causes of Loss - Special Form, paragraph B. Exclusions, 2.l., is deleted in its entirety and the following Absolute Pollution Exclusion is added to Section B. Exclusions:

We will not pay for any loss, damage or expense, including defense costs and expenses, arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants.

**Causes of Loss - Windstorm or Hail Only Form**

With respect to the Causes of Loss - Windstorm or Hail Only Form, the following Absolute Pollution Exclusion is added to this policy:

We will not pay for any loss, damage or expense, including defense costs and expenses, arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants.

Policy Number: VETGV06026210

# EXCLUSION OF MALICIOUS USE OF BIOLOGICAL OR CHEMICAL WEAPONS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A.   Exclusion of Malicious Use of Biological or Chemical Weapons

We will not pay for loss or damage, or for costs or expenses of any nature directly or indirectly caused by, resulting from, or in connection with the actual or threatened malicious use of pathogenic or poisonous biological or chemical materials.

Such loss, damage, costs or expenses are excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, costs or expenses.

This exclusion applies even if the malicious use of biological or chemical weapons is associated with a certified act of terror, regardless of whether coverage for such certified act of terror is provided in the policy or not.

Policy Number: VETGV06026210

# SCHEDULE OF MORTGAGE HOLDERS

| Mortgage Holder | Location No. - Building No. |
| --- | --- |
| International Finance Bank IASOA TIMA<br>777 SW 37th Ave<br>Miami, FL 33135 | All |

Policy Number: VETGV06026210

# MORTGAGEHOLDERS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**F. Additional Conditions, 2. Mortgageholders**, paragraphs **f.** and **g**. are deleted and replaced by the following:

f.   If we cancel this policy, we will give written notice to the mortgageholder.  We will provide advanced notice of cancellation in accordance with the statutory provisions for cancellation of policies for the state in which the First Named Insured is domiciled.

g.   If we elect not to renew this policy, we will give written notice to the mortgageholder in accordance with the statutory provisions for non-renewal of policies for the state in which the First Named Insured is domiciled.

All other terms and conditions remain unchanged.

Policy Number: VETGV06026210

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

A.  When this endorsement is attached to the Standard Property Policy CP 00 99, the term Coverage Part in this endorsement is replaced by the term Policy.

B.  Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

C.  The following clauses are added to the Loss Payment Loss Condition, and the applicable clause (C.1, C.2, C.3 or C.4) for each Loss Payee is indicated in the Declarations or in the Schedule:

   1.  **Loss Payable Clause**

       For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

       a.  Adjust losses with you; and

       b.  Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   2.  **Lender's Loss Payable Clause**

       a.  The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

           (1)  Warehouse receipts;

           (2)  A contract for deed;

           (3)  Bills of lading;

           (4)  Financing statements; or

           (5)  Mortgages, deeds of trust, or security agreements.

       b.  For Covered Property in which both you and a Loss Payee have an insurable interest:

           (1)  We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

           (2)  The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

           (3)  If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

               (a)  Pays any premium due under this Coverage Part at our request if you have failed to do so;

               (b)  Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

               (c)  Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

               All of the terms of this Coverage Part will then apply directly to the Loss Payee.

           (4)  If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

               (a)  The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

Policy Number: VETGV06026210

      (b)   The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

           At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

c.   If we cancel this policy, we will give written notice to the Loss Payee at least:

    (1)   10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    (2)   30 days before the effective date of cancellation if we cancel for any other reason.

d.   If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

3.   **Contract Of Sale Clause**

a.   The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

b.   For Covered Property in which both you and the Loss Payee have an insurable interest we will:

    (1)   Adjust losses with you; and

    (2)   Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

c.   The following is added to the Other Insurance Condition:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4.   **Building Owner Loss Payable Clause**

a.   The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

b.   We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

c.   We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Policy Number: VETGV06026210

**Schedule of Loss Payees**

| Loss Payee | Applicable Clause | Location No. - Building No. |
|---|---|---|
| International Finance Bank IASOA TIMA 777 SW 37th Ave Miami, FL 33135 | C.2 | All |
| International Finance Bank IASOA TIMA 777 SW 37th Ave Miami, FL 33135 | C.1 | All |

Policy Number: VETGV06026210

# FRAUD NOTICE - FL

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Policy Number: VETGV06026210

# PRIVACY POLICY

The Insurance Carriers scheduled within this policy (the "Companies"), believe personal information that we collect about our customers, potential customers, and proposed insureds (referred to collectively in this Privacy Policy as "customers") must be treated with the highest degree of confidentiality.  For this reason and in compliance with the Title V of the Gramm-Leach-Bliley Act ("GLBA"), we have developed a Privacy Policy that applies to all of our companies.  For purposes of our Privacy Policy, the term "personal information" includes all information we obtain about a customer and maintain in a personally identifiable way.  In order to assure the confidentiality of the personal information we collect and in order to comply with applicable laws, all individuals with access to personal information about our customers are required to follow this policy.

**Our Privacy Promise**

Your privacy and the confidentiality of your business records are important to us.  Information and the analysis of information is essential to the business of insurance and critical to our ability to provide to you excellent, cost-effective service and products.  We understand that gaining and keeping your trust depends upon the security and integrity of our records concerning you. Accordingly, we promise that:

1. We will follow strict standards of security and confidentiality to protect any information you share with us or information that we receive about you;

2. We will verify and exchange information regarding your credit and financial status only for the purposes of underwriting, policy administration, or risk management and only with reputable references and clearinghouse services;

3. We will not collect and use information about you and your business other than the minimum amount of information necessary to advise you about and deliver to you excellent service and products and to administer our business;

4. We will train our employees to handle information about you or your business in a secure and confidential manner and only permit employees authorized to use such information to have access to such information;

5. We will not disclose information about you or your business to any organization outside the group of Companies associated with the Carriers scheduled within this Policy or to third party service providers unless we disclose to you our intent to do so or we are required to do so by law;

6. We will not disclose medical information about you, your employees, or any claimants under any policy of insurance, unless you provide us with written authorization to do so, or unless the disclosure is for any specific business exception provided in the law;

7. We will attempt, with your help, to keep our records regarding you and your business complete and accurate, and will advise you how and where to access your account information (unless prohibited by law), and will advise you how to correct errors or make changes to that information; and

8. We will audit and assess our operations, personnel and third party service providers to assure that your privacy is respected.

**Collection and Sources of Information**

We collect from a customer or potential customer only the personal information that is necessary for (a) determining eligibility for the product or service sought by the customer, (b) administering the product or service obtained, and (c) advising the customer about our products and services.  The information we collect generally comes from the following sources:

- Submission – During the submission process, you provide us with information about you and your business, such as your name, address, phone number, e-mail address, and other types of personal identification information;

- Quotes – We collect information to enable us to determine your eligibility for the particular insurance product and to determine the cost of such insurance to you.  The information we collect will vary with the type of insurance you seek;

Policy Number: VETGV06026210

- Transactions – We will maintain records of all transactions with us, our affiliates, and our third party service providers, including your insurance coverage selections, premiums, billing and payment information, claims history, and other information related to your account;

- Claims – If you obtain insurance from us, we will maintain records related to any claims that may be made under your policies. The investigation of a claim necessarily involves collection of a broad range of information about many issues, some of which does not directly involve you. We will share with you any facts that we collect about your claim unless we are prohibited by law from doing so. The process of claim investigation, evaluation, and settlement also involves, however, the collection of advice, opinions, and comments from many people, including attorneys and experts, to aid the claim specialist in determining how best to handle your claim. In order to protect the legal and transactional confidentiality and privileges associated with such opinions, comments and advice, we will not disclose this information to you; and

- Credit and Financial Reports – We may receive information about you and your business regarding your credit. We use this information to verify information you provide during the submission and quote processes and to help underwrite and provide to you the most accurate and cost-effective insurance quote we can provide.

Retention and Correction of Personal Information

We retain personal information only as long as required by our business practices and applicable law. If we become aware that an item of personal information may be materially inaccurate, we will make reasonable effort to re-verify its accuracy and correct any error as appropriate.

Storage of Personal Information

We have in place safeguards to protect data and paper files containing personal information.

Sharing/Disclosing of Personal Information

We maintain procedures to assure that we do not share personal information with an unaffiliated third party for marketing purposes unless such sharing is permitted by law. Personal information may be disclosed to an unaffiliated third party for necessary servicing of the product or service or for other normal business transactions as permitted by law.

We do not disclose personal information to an unaffiliated third party for servicing purposes or joint marketing purposes unless a contract containing a confidentiality/non-disclosure provision has been signed by us and the third party. Unless a consumer consents, we do not disclose "consumer credit report" type information obtained from an application or a credit report regarding a customer who applies for a financial product to any unaffiliated third party for the purpose of serving as a factor in establishing a consumer's eligibility for credit, insurance or employment. "Consumer credit report type information" means such things as net worth, credit worthiness, lifestyle information (piloting, skydiving, etc.) solvency, etc. We also do not disclose to any unaffiliated third party a policy or account number for use in marketing. We may share with our affiliated companies information that relates to our experience and transactions with the customer.

Policy for Personal Information Relating to Nonpublic Personal Health Information

We do not disclose nonpublic personal health information about a customer unless an authorization is obtained from the customer whose nonpublic personal information is sought to be disclosed. However, an authorization shall not be prohibited, restricted or required for the disclosure of certain insurance functions, including, but not limited to, claims administration, claims adjustment and management, detection, investigation or reporting of actual or potential fraud, misrepresentation or criminal activity, underwriting, policy placement or issuance, loss control and/or auditing.

Access to Your Information

Our employees, employees of our affiliated companies, and third party service providers will have access to information we collect about you and your business as is necessary to effect transactions with you. We may also disclose information about you to the following categories of person or entities:

- Your independent insurance agent or broker;

Form Number: VTCW021015                                                                 101

Policy Number: VETGV06026210

- An independent claim adjuster or investigator, or an attorney or expert involved in the claim;

- Persons or organizations that conduct scientific studies, including actuaries and accountants;

- An insurance support organization;

- Another insurer if to prevent fraud or to properly underwrite a risk;

- A state insurance department or other governmental agency, if required by federal, state or local laws; or

- Any persons entitled to receive information as ordered by a summons, court order, search warrant, or subpoena.

<u>Violation of the Privacy Policy</u>

Any person violating the Privacy Policy will be subject to discipline, up to and including termination.

For more information or to address questions regarding this privacy statement, please contact your broker.

Policy Number: VETGV06026210

# COMPLAINT NOTICE

FOR INFORMATION OR TO MAKE A COMPLAINT CALL:

1-844-983-6887

VENTUS RISK MANAGEMENT, INC.

P.O. BOX 25004

COLUMBIA, SC 29224

Policy Number: VETGV06026210

# REQUIRED JURISDICTIONAL INSPECTIONS

Many states and some cities require the issuance of certificates permitting the continued operation of certain equipment such as boilers, water heaters and pressure vessels. Periodic inspections are normally required to renew these certificates. In most jurisdictions insurance company employees, who have been licensed, are authorized to perform these inspections.

We can arrange to have inspections completed at no additional cost for equipment that you own or operate if we insure such property for boiler and machinery under this Policy.

If you would like our vendor (Travelers BoilerRe) to perform the next required inspection, then:

- call this toll-free number: **1-800-425-4119**, OR

- email the inspection hotline: **boilinsp@travelers.com**

When you call or email, please provide the following information:

- Name of your business (as shown on your Policy)

- Insurance Carrier / Policy Number

- Full address of the equipment needing inspected, including the Zip Code

- Person to contact for scheduling the inspection, including their phone number

- Type of equipment requiring inspection

- Most recent certificate inspection date and certificate number

*Please note your jurisdiction may charge you a fee for renewing a certificate It is your responsibility to pay any such fee as well as any assessed fines or penalties for late renewals or inspections. You will be responsible for making any repairs required in order to certify your equipment.*

## REMINDER

The installation of new equipment or the replacement of existing equipment may require a jurisdictional inspection; please let us know by calling or emailing per the instructions above.

Policy Number: VETGV06026210

# CLAIM REPORTING PROCEDURES

Sedgwick Delegated Authority (SDA) operates a Claims Intake Center to accept all property claim reports via phone, mail or e-mail. This center is open and available to accept claim reports 24 hours a day.

Mailing Address
Sedgwick Delegated Authority
Attn: Ventus Risk
12650 Ingenuity Drive Suite 200
Orlando, FL 32826

Phone and Email
Phone: 888-659-1893
Email: Ventus@Sedgwick.com

Online Claim Reporting
Claims can also be reported using SDA's digital claims form, available at:

https://intake.sedgwick.com/u/VentusRisk/reportaclaim

**THE FOLLOWING INFORMATION SHOULD BE INCLUDED ON ALL CORRESPONDENCE**

A.  Name of the Insured

B.  Policy number

C.  Claim number, if one has been assigned

D.  Location number, building number and street address of the building(s) where loss or damage has occurred

Policy Number: VETGV06026210

# SERVICE OF SUIT (ASIC)

It is agreed that:

1. In the event of the failure of the Insurer to pay any amount claimed to be due hereunder, the Insurer, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States and will comply with all requirements necessary to give such court jurisdiction.  All matters arising under this Policy shall be determined in accordance with the law and practice of such Court, provided that nothing shall prohibit the Insurer from removing any action, suit or proceeding to a United States District Court.  The Insurer shall abide by the final decision of such court or any appellate court in the event of an appeal.

2. Service of process in the above described action, suit or proceeding may be made upon:  General Counsel, Arch Specialty Insurance Company, Harborside 3, 210 Hudson Street, Suite 300 Jersey City, NJ 07311-1107. Upon the request of the Insured, such General Counsel shall give a written undertaking to enter an appearance on behalf of the Insurer in the event that such an action, suit or proceeding shall be instituted.

3. Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Insurer hereby designates the Superintendent, Commissioner, or Director of Insurance or other officer specified in such statute as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted against the Insurer upon this Policy. The Superintendent, Commissioner or Director of Insurance or other officer is hereby authorized and directed to accept service of process on behalf of the Insurer in any such action, suit or proceeding and to mail a copy of such process to the above mentioned General Counsel. All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Policy Number: VETGV06026210

## LLOYD'S OF LONDON SERVICE OF SUIT CLAUSE (U.S.A.)

This Service of Suit Clause will not be read to conflict with or override the obligations of the parties to arbitrate their disputes as provided for in any Arbitration provision within this Policy. This Clause is intended as an aid to compelling arbitration or enforcing such arbitration or arbitral award, not as an alternative to such Arbitration provision for resolving disputes arising out of this contract of insurance (or reinsurance).

It is agreed that in the event of the failure of the Underwriters hereon to pay any amount claimed to be due hereunder, the Underwriters hereon, at the request of the Insured (or Reinsured), will submit to the jurisdiction of a Court of competent jurisdiction within the United States. Nothing in this Clause constitutes or should be understood to constitute a waiver of Underwriters' rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States.

It is further agreed that service of process in such suit may be made upon:

Lloyd's America, Inc.
Attention: Legal Department
280 Park Avenue, East Tower 25th Floor
New York, NY 10017

and that in any suit instituted against any one of them upon this contract, Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the request of the Insured (or Reinsured) to give a written undertaking to the Insured (or Reinsured) that they will enter a general appearance upon Underwriters' behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, Underwriters hereon hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured (or Reinsured) or any beneficiary hereunder arising out of this contract of insurance (or reinsurance), and hereby designate the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

Policy Number: VETGV06026210

# APPLICABLE LAW (U.S.A.)

This Insurance shall be subject to the applicable state law to be determined by the court of competent jurisdiction as determined by the provisions of the Service of Suit Clause.

Policy Number: VETGV06026210

# SERVICE OF PROCESS (USIC)

When a cause of action arises in any state listed below, service of process applies as shown below. Insurer, as used in this endorsement, shall mean **United Specialty Insurance Company**.

**FLORIDA Service of Process Clause**
The Insurer hereby designates the Commissioner of Insurance of the State of Florida and any successor in office as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding arising out of this contract of insurance. The insurer further designates United Specialty Insurance Company/Attn: Terry Ledbetter, 1900 L. Don Dodson Drive, Bedford, TX 76021, as the person to whom the Commissioner is authorized to mail such process or a true copy thereof.

Policy Number: VETGV06026210

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")

**ADVISORY NOTICE TO POLICYHOLDERS**

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. Please read this Notice carefully.

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;

- Front organizations;

- Terrorists;

- Terrorist organizations; and

- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site: http://www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

Policy Number: VETGV06026210

## POLICYHOLDER NOTICE: SANCTION LIMITATION AND EXCLUSION CLAUSE

No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

Policy Number: VETGV06026210

# TOTAL TERRORISM EXCLUSION

This endorsement modifies insurance provided under the Policy.

A.  The following definition is added and applies under this endorsement whenever the term terrorism, is enclosed in quotation marks:

"Terrorism" means activities against persons, organizations or property of any nature:

1.  that involve the following or preparation for the following:

    a.  use or threat of force or violence; or

    b.  commission or threat of a dangerous act; or

    c.  commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2.  When:

    a.  the effect is to intimidate or coerce a government or a civilian population or any segment thereof, or to disrupt any segment of the economy; and/or

    b.  it appears that the intent is to intimidate or coerce a government or a civilian population, or to further a philosophical, political, ideological, religious, social or economic objective or to express (or express opposition to) a philosophical, political, ideological, religious, social or economic objective.

B.  The following exclusion is added:

**EXCLUSION OF TERRORISM**

We (the Company) will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such loss or damage.

This exclusion also applies when one or more of the following are attributed to an incident of "terrorism":

1.  The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2.  Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3.  The "terrorism" involves the use, release, or escape of nuclear materials, or that directly or indirectly results in nuclear reaction, nuclear radiation or radioactive contamination; or

4.  The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5.  Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C.  **Application Of Other Exclusions**

1.  When the EXCLUSION OF TERRORISM applies in accordance with the terms of **B.1., B.2.** or **B.3.**, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

2.  The EXCLUSION OF TERRORISM contained in this Endorsement replaces any terrorism exclusion contained in this Coverage Form, Coverage Part or Policy.

3.  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion, War Exclusion, or the War And Military Action Exclusion.

All other terms and conditions of this Policy remain unchanged.

Policy Number: VETGV06026210

# FLORIDA SURPLUS LINES LAW

**THIS INSURANCE IS ISSUED PURSUANT TO THE SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.**

**SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC.,

        Plaintiff,

CASE NO.:

v.

ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE
COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO
POLICY NUMBER: VETGV06026210,

        Defendant.

_____/

## PLAINTIFF'S FIRST SET OF INTERROGATORIES

Plaintiff, STAR PROPERTY NAKATOMI, LLC. (the "Insured"), pursuant to Rule 1.340 of the Florida Rules of Civil Procedure, propounds the following First Set of Interrogatories upon Defendant, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 (the "Insurance Company"), to be answered in writing, under oath, within the time specified.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail to: ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO

POLICY NUMBER: VETGV06026210 c/o The Florida Chief Financial Officer as RA, 200 E. Gaines Street, Tallahassee, Florida 32399-4201, on this 28th day of December 2022.

**Your Insurance Attorney, PLLC.**
2601 South Bayshore Drive 18th Floor
Coconut Grove, FL 33133
Phone No.: 1-888-570-5677
Fax: 1-888-745-5677
Email: YIA3@Yourinsuranceattorney.com
Secondary Email: Eservice@Yourinsuranceattorney.com


By: /s/ Maximo A. Santiago
       Máximo A. Santiago, Esq.
       Florida Bar No. 669733
       Ariana Rubio Di Natale, Esq.
       Florida Bar No. 1025882

## <u>DEFINITIONS AND INSTRUCTIONS</u>

1.      Insert your answers in the space provided following each question.  If additional space is needed, so indicate in the space provided, prepare your answers on a separate paper, and attach the additional paper to your answers.

2.      Separately answer each interrogatory, and each subsection of each interrogatory. The term "you" and "your" means the party or parties to which this request is addressed, including its divisions, departments, subsidiaries, affiliates, predecessors, present or former officers, directors, owners, agents, accountants, attorneys, and all other persons acting or purporting to act on its behalf, as well as each partnership in which it is a partner.

3.      The terms "Insurance Company" or "Defendant" means the defendant in this action to which these Interrogatories are addressed, including its agents, attorneys, accountants, and all other persons acting or purporting to act on their behalf.  The terms "Insurance Company" or "Defendant" also includes the party's divisions, departments, subsidiaries, affiliates, predecessors, present or former officers, directors, owners, agents, attorneys, and accountants as well as each partnership in which it is a partner, and includes any other person, acting or purporting to act on its behalf.

4.      The terms "you" and "your" mean the party or parties to which these interrogatories are addressed, including its agents, attorneys, accountants, and all other persons acting or purporting to act on its behalf.

5.      The "Complaint" means the Complaint filed by the Insured in this action.

6.      The term "Claim" means any statement, concept, assertion, idea, allegation, fact, law, rule, theory, observation, cause of action, or principle whatsoever, based upon which Plaintiff demands that she has suffered damages, or has a right to payment, as the result of any act or omission of Defendant.

7.     The terms "person" or "persons" mean any natural person, individual, proprietorship, partnership, corporation, association, organization, joint venture, firm, other business enterprise, governmental body, and group of natural persons or other entity, and includes any other person acting on behalf of a person.

8.     The term "contract" means any promise, or set or promises, which creates an obligation to do or not do a particular thing where there was meeting of the minds on a given proposition and an understanding and intention between the parties.

9.     The term "communication" means any information given, whether oral or written; any oral or written statement, conference, consultation, dialogue, colloquy, discussion, conversation, agreement, the sharing of knowledge by one with another, bargaining preparatory to making a contract or any expression of any kind.

10.    The term "document" means and includes any kind of written, typed, recorded or graphic matter, however produced or reproduced, of any kind or description, whether sent or received, and every record of every type, including originals, non-identical copies and drafts, and both sides of any documentation where information appears on both sides, and including but not limited to: letters, correspondence, memoranda, meeting transcripts or minutes, public filings or tax returns, papers, books, telegrams, bulletins, notices, announcements, instructions, charts, manuals, brochures, schedules, cables, telex messages, notes, notations, accountants' working papers, transcriptions, agendas, reports, recordings of telephone or other conversations, of interviews, of conferences or of meetings, telephone messages, diaries, indices, books, reports, ledgers, working papers, invoices, worksheets, receipts, computer printouts, financial statements, schedules affidavits, contracts, canceled checks, statements, transcripts, magazine or newspaper articles, periodicals, releases and any and all drafts, alterations and modifications, changes and amendments of any of the

foregoing, whether handwritten, printed or electronically prepared, filed or stored, affidavits, statements, summaries, opinions, reports, studies, analyses, evaluations, contracts, agreements, journals, statistical records, calendars, appointment books, diaries, lists, tabulations, sound recordings, computer print-outs, data processing input and output, microfilms, newspapers, magazines, books, periodicals or press releases, including information stored on any electromagnetic storage device, any written, printed, typed, recorded, or graphic matter, however produced or reproduced or stored to which you have or had access.  "Document" shall also be deemed to include any summary of a document or documents called for hereafter.

11.     The term "all documents" means every document or group of documents as above defined that are known to you or that can be located or discovered by reasonably diligent efforts.

12.     As used herein the singular shall include the plural, the plural shall include the singular, and the masculine, feminine, and neuter shall include each of the other genders.

13.     The terms "and" as well as "or" shall be construed disjunctively as well as conjunctively as necessary to make the interrogatory inclusive rather than exclusive.  The term "all" means "any and all." The term "each" means "each and every," and the term "every" means "each and every."

14.     The terms "refer" or "relate to" mean setting forth, pertaining to, memorializing, constituting, embodying, discussing, analyzing, reflecting or otherwise concerning.

15.     The term "locate" or "location" means to state the present whereabouts of each Document and to identify the persons having possession, custody or control thereof.

16.     The term "to date" shall mean the date on which you answer these interrogatories.

17.     The term "including" means "including but not limited to".

18.    "Relating to" or "relevant to" means embodying, pertaining to, concerning, involving, constituting, comprising, reflecting, discussing, evidencing, referring to, consisting of, or having any logical or factual connection whatever with the subject matter in question.

19.    The term "Identify," when used with reference to a natural person, means state:

(a)    his full name and address (or, if the present address is not known, his last known address).

(b)    the full name and address of each of his employers, each corporation of which he is an officer or director and each business in which he is a principal.

(c)    his present (or, if the present is not known, his last known) position and his position or positions at the time of the act to which the interrogatory answer relate, and

(d)    such other information sufficient to enable Plaintiff to identify the person.

20.    "Identify," when used with reference to any entity other than a natural person, means:

(a)    state the full name of the entity, the type of entity (e.g., corporation, partnership, etc.), the address of its principal place of business, its principal business activity, and if it is a corporation, the jurisdiction under the laws of which it has been organized and the date of such organization.

21.    "Identify," when used with reference to a document or written communication, means state:

(a)    its nature (e.g., letter, telegram, floppy disc, computer printout, memorandum, chart, report or study), date, author, date and place of preparation and the name and address of each addressee, if there is an addressee;

(b)    the identity of each signer to the document or communication;

(c)    the title or heading of the document or communication;

(d)    its substance;

(e)    its present (or, if the present is not known, the last known) location and custodian.

(f)  the identity of each person to whom a copy was sent and each date of its receipt and each date of its transmittal or other disposition by (I) respondent and (ii) any other person (naming such other person) who, at any time, either received, transmitted or otherwise disposed of such document or communication and each copy thereof;

(g)  the circumstances of each such receipt and each transmittal or other disposition, including identification of the person from whom received and the person to whom transmitted.

22.  "Identify," when used with reference to an oral transaction or oral communication, means state:

(a)  its nature (e.g., telephone call, conversation in person, etc.)

(b)  the date and place thereof.

(c)  the identity and address of each person participating therein, present during or witness to any part thereof.

(d)  identify each document in which such transaction or communication was recorded, described or referred to.

23.  "Identify" when used with reference to a lawsuit means state:

(a)  the caption of each lawsuit;

(b)  the court in which the lawsuit was filed;

(c)  the case number;

(d)  identify the parties, and

(e)  a brief summary of the nature of the claim or charge.

24.  "Identify" when used with reference to an administrative claim or charge means state:

(a)  identify the claimant or charging party;

(b)  the administrative office were filed;

(c)  the number assigned to identify the claim or charge, and

        (d)     a brief summary of the nature of the claim or charge.

25.     "Identify," when used in any other context that is herein above set forth, means to describe the act, word, situation, event, etc. (and/or conduct, course of action of any nature whatsoever, including without limitation any failure to act, to engage in any conduct or to pursue any course of action), to be identified as fully as possible and identify each document or communication or act in which such act, word, situation, event, conduct or course of action, etc., was recorded, refers or relates to each answer, forms all or part of the basis for an answer; and/or corroborates and answer.

26.     You may, in lieu of identifying any Document or written communication, attach a true copy of each Document as an exhibit to the answers to these interrogatories.  On each occasion in which you choose to attach a Document as your answer to an interrogatory, identify the portion of the Document that answers the interrogatory.

27.     Identify each Document produced pursuant to an interrogatory by the paragraph number of the interrogatory in response to which it is produced and by the file from which the document was produced.

28.     If any of the information furnished in an answer to all or part of an interrogatory is not within your personal knowledge, identify each person who has personal knowledge of the information furnished in such answer and each person who communicated to you any part of the information furnished.

29.     If the answer to all or any part of the interrogatory is not presently known or available to you, include a statement to that effect, furnish the information now known or otherwise available to you, and respond to the entire interrogatory by supplemental answer, in writing, under oath, within ten days from the time the entire answer becomes known or available to you, but. in no event less

than five days prior to trial.

30.     If you contend that it would be unreasonably burdensome to obtain and provide all of the information called for in response to any one of these interrogatories or any subpart thereof, then in response to the appropriate interrogatory or subpart:

(a)     set forth all such information that is available to you without undertaking what you contend to be an unreasonable burden;

(b)     state with particularity the grounds on which you contend that additional efforts to obtain such information would be unreasonably burdensome; and

(c)     describe with particularity the efforts made by you to secure such information, including, without limitation, the identity of all persons consulted, and files, records, and documents reviewed, and the identity of each person who participated in gathering such information, including the duration of time spent and nature of work done by each person.

31.     Unless your response to an interrogatory is complete when made, these interrogatories are continuing insofar as you are required to promptly make further or supplemental answers if new information is discovered and/or acquired by you between the date of your initial answer and any time thereafter.

32.     If you claim in response to any request for production that any requested document is "privileged" and not subject to discovery, you shall so state expressly and, in addition, shall provide a privilege log, describing the nature of the documents, communications or things not produced or disclosed in a manner that, without revealing the information itself privileged or protected, will enable other parties to assess the applicability of the privilege or protection.

33.     If all of the information furnished in answer to all or part of an interrogatory is not within the personal knowledge of the affiant, identify each person to whom all or part of the information furnished is a matter of personal knowledge and each person who communicated to the

affiant any part of the information furnished.

      34.    To the extent precise and complete information cannot be furnished, such information as is available shall be supplied, together with an estimate of the precise and complete information. Where such an estimate is given, the method employed in making the estimate shall be described.

## <u>INTERROGATORIES</u>

1.      Please state the name, title, current business address, and phone number of all persons answering or assisting with the answering of this set of interrogatories.

2.      Please state the date that the Insurance Company first received notice from the Insured for a claim of benefits under the Policy for property damages as described in the Complaint in this lawsuit.

3.      In reference to the Insurance Company's denial of the Insured's claim for benefits under the Policy, please state:

      a.      The date the decision to deny the claim was made.

      b.      Identify each person who participated in the decision to deny the Insured's claim.

      c.      Describe each and every fact upon which you relied in forming the basis for your denial of the Insured's claim.

      d.      Identify each document sent by the Insurance Company to the Insured detailing the reasons why the Insurance Company denied the Insured's claim.

      e.      State the location, including, page(s), line(s) and paragraph number(s), and the exact language contained in the Policy, which you used to base your decision to deny coverage of the Insured's claim.

      4.      Identify each person, by name, address, phone number and position, whom on behalf of the Insurance Company, inspected the Insured Property in reference to the claim for benefits under the Policy, including his or her field of expertise and the date of each inspection.

     5.      Identify each written estimate for repair or replacement, including the amount set forth in each estimate, which has been provided to the Insurance Company by the Insured in reference to the Insured's claim for benefits under the Policy.

     6.      Identify all persons (other than the Insurance Company) believed or known by you, your agents or attorneys to have knowledge concerning any of the issues raised by the pleadings, specifying the subject matter about which witnesses have knowledge and state whether you have obtained any statements (oral, written or recorded) from any of said witnesses, list the dates any such

witness statements were taken, by whom any such witness were taken and who has the present possession, custody and control of any such statements.

7.    Identify all persons who, on the Insurance Company's behalf, have in any way participated in the investigation, evaluation, adjusting or handling of the claim involved hereto. Please specify the nature of the participation for each and every such person and give the time period during which they participated.

8.    For each decision that was made that the claim of the Insured were allegedly not covered under the Policy, please state the date you first decided that the Insured was allegedly not covered, the date you arrived at the conclusion the Insured was not covered and the names and address and phone number and the dates of involvement of each and every person that knows any information concerning these matters.

9.      Please describe all requests made by the Insurance Company upon the Insured for post-loss compliance (i.e., requests for examination under oath, information, documents, sworn proofs of loss, etc.,) in reference to this claim and the dates made.

10.     With reference to each of your affirmative defenses raised in the lawsuit, please describe each and every fact upon which you rely to substantiate such affirmative defense, including identification of all witnesses to each such fact.

11.     Please verify the date the Policy became effective.

12.     Please state the amount of money paid by the Insured towards the premium of the Policy in place at the time of the Loss.

13.     Please state whether or not you performed any inspections of the insured premises prior to the Loss.  If so, provide the date the inspection was performed, the purpose of the inspection, by whom and their contact information.

14.     Please provide the name and contact information for the agent that sold the Policy to the Insured.

15.     If you contend that the Insured did not comply with the terms and conditions set forth in the Policy please described:

        a.      the term and/or condition of the Policy not complied with;

        b.      how the Insured failed to comply with the term and/or condition;

c.      when a request was made by you demanding compliance with the term and/or condition of the Policy;

d.      why compliance with the terms and/or condition was necessary for you to adjust the Loss and determine coverage.

16.    Please verify the name, phone number, address and title of the corporate representative(s) with the most knowledge regarding the allegations set forth in the complaint.

17.     Please identify all claims made by the Insured for the Insured premises.

IN WITNESS WHEREOF, the Insurance Company has executed the foregoing answers to interrogatories and states that same are true and correct to the best of the undersigned's knowledge and belief.

_____

ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO
POLICY NUMBER: VETGV06026210

By: _____

Title: _____

STATE OF FLORIDA           }
                                    }
COUNTY OF _____  }

BEFORE ME, the undersigned authority, personally appeared _____, who is personally known to me or who has produced _____ as identification, being first duly sworn according to law, deposes and says that he executed the foregoing Answers to Plaintiff's First Set of Interrogatories and that they are true and correct to the best of his/her knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of my office; in the County and State last aforesaid, this _____ day of _____2022.

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC.,

       Plaintiff,

CASE NO.:

v.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S, LONDON
SUBSCRIBING TO
POLICY NUMBER: VETGV06026210,

       Defendant,

                            /

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, STAR PROPERTY NAKATOMI, LLC. (the "Insured"), pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, hereby requests that Defendant, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO

POLICY NUMBER: VETGV06026210 (the "Insurance Company"), make available for inspection and duplication, in response to each numbered paragraph, all documents specified herein which are in its possession, custody or control or in the possession, custody or control of its agents, accountants or attorneys.  Defendant is requested to make such production within the time period prescribed either by the Florida Rules of Civil Procedure or by order of the Court, at the offices of **Your Insurance Attorney, PLLC., 2601 South Bayshore Drive, 5th Floor, Coconut Grove, Florida 33133.**

## I.    DEFINITIONS AND INSTRUCTIONS

1.     The terms "you", "your(s)", "yourselves", "defendant", and/or "Insurance Company" means the party or parties to which this request is addressed, and any agents, representatives, attorneys or other persons acting or purporting to act, on its behalf.

2.     The term "person" means any natural person, individual, proprietorship, partnership, corporation, association, organization, joint venture, firm, other business enterprise, governmental body, group of natural persons, or other entity.

3.     The "Complaint" means the Complaint filed by the Insured in this action.

4.     The term "document" shall mean any written or graphic matter and other means of preserving thought or expression and all tangible things from which information can be processed or transcribed, <u>including the originals and all non-identical copies</u>, whether different from the original by reason of any notation made on such copy or otherwise, including, but not limited to, correspondence, memoranda, notes, messages, letters, telegrams, teletype, telefax, bulletins, meetings or other communications, inter-office and intra-office telephone calls, diaries, chronological data, minutes, books, reports, studies, summaries, pamphlets, bulletins, printed matter, charts, ledgers, invoices, work-sheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules, affidavits, contracts, canceled checks, statements, transcripts, statistics, surveys, magazine or newspaper articles, releases (<u>and any and all drafts, alterations or modifications, changes and amendments of any of the foregoing</u>), graphic or aural records or representations of any kind (including without limitation, photographs, microfiche, microfilm, videotape, records and motion pictures) and electronic, mechanical or electric records or representations of any kind (including without limitation, tapes, cassettes, discs and records).

5.     The term "all documents" means every document or group of documents as above defined that are known to you or that can be located or discovered by reasonably diligent efforts.

6.      The term "Insurance Company" shall refer to the Defendant in this action, its affiliates, subsidiaries, predecessors, successors, agents, attorneys and/or anyone else acting in its behalf.

7.      The term "communication(s)" means every manner or means of disclosure, transfer or exchange of information, whether in person, by telephone, mail, personal delivery or otherwise.

8.      As used herein, the singular shall include the plural, the plural shall include the singular, and the masculine, feminine and neuter shall include each of the other genders.

9.      The terms "and", "as well as" and "or" shall be construed disjunctively as well as conjunctively as necessary to make the interrogatory inclusive rather than exclusive. The term "all" means "any and all." The terms "each" and "every" means "each and every," the term "including" means "including without limitation."

10.     The terms "referring to" or "relating to" mean setting forth, pertaining to, memorializing, constituting, embodying, discussing, analyzing, reflecting or otherwise concerning.

11.     The terms "locate" or "location" means to state the present whereabouts of each document and to identify the person(s) having possession, custody or control thereof.

12.     The term "to date" shall mean the date on which you respond to this request.

13.     When producing the required documents, please keep all documents segregated by the file in which the documents are contained and indicate the name of the file in which the documents are contained and the name of the documents being produced.

14.     When producing the required documents, please produce all other documents that are clipped, stapled or otherwise attached to any requested document.

15.     In the event such file(s) or document(s) has (have) been removed, either for the purpose of this action or for some other purpose, please state the name and address of the person

who removed the file, the title of the file and each sub-file, if any, maintained within the file, and the present location of the file.

16.     The words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these requests any documents which might otherwise be construed to be outside their scope.

17.     If you claim that the attorney/client or any other privilege or the attorney's work product doctrine applies to any document, the production of which is called for by these requests, then for each such document, state its date, subject matter, author(s), recipient(s), present custodian and all past custodians, and such additional information concerning the claim of privilege or work product doctrine as will permit the adjudication of the propriety of the claim.

18.     If you contend that it would be unreasonably burdensome to obtain and provide all of the documents called for in response to any one of these requests, then in response to the appropriate request:

> (a)     furnish each such document that is available to you without undertaking what you contend to be an unreasonable burden;
>
> (b)     state with particularity the grounds on which you contend that additional efforts to obtain such documents would be unreasonably burdensome; and
>
> (c)     describe with particularity the efforts made by you to secure such documents, including, without limitation, the identity of all persons consulted, and files, records, and documents reviewed, and the identity of each person who participated in gathering such documents, including the duration of time spent and nature of work done by each person.

19.     Unless otherwise indicated, all requests include the time period from the date of the Loss to the date you receive this request.

20.     The term "Insured" shall refer to the Plaintiff(s), affiliates, predecessors, successors, agents, attorneys and/or anyone else acting in their behalf.

## II.     LOST/DESTROYED DOCUMENTS

If any document to be produced was, but is no longer, in your possession, custody or control and/or has been destroyed or is otherwise incapable of production or state: (a) the date, place and means of the destruction; (b) the name and address of each person deciding upon, participating in and having knowledge of the destruction; (c) the reason for the destruction; (d) if not destroyed, the reason why the document is incapable of production; and (e) the subject matter of the document.

## III.     DOCUMENTS REQUESTED

1.     A true and correct certified copy of the insurance policy provided by the Insurance Company to the Insured, for which this lawsuit is premised, including but not limited to, declaration sheet(s), all addendums and attachments.

2.     Each and every timesheet, log and all other documents reflecting time spent by the Insurance Company at the Property.

3.     Each and every document, evidencing the name, address, and the position/relationship with the Insurance Company, of every individual who has visited or plans to visit the Property on behalf of the Insurance Company.

4.     Any and all correspondence or written communications from the Insurance Company to the Insured, which in any manner pertain to the Insured's loss as described in the Complaint.

5.     Any and all correspondence or written communications from the Insured, to the Insurance Company which in any manner pertains to the Insured's loss as described in the Complaint.

6.     Any and all photographs taken by the Insurance Company of the Property.

7.     All documents containing information regarding a statement by the Insured at any time during the Insurance Company's handling of the Insured's loss, including adjuster notes, claim

reports, interoffice memorandum, tape recordings, Examination Under Oath transcripts, and any other transcripts or written statements from the Insured.

8.      Any and all bills or estimates for repairs to the Property submitted to the Insurance Company by the Insured.

9.      Any and all checks paid to, or on behalf of the Insured, representing insurance coverage payment(s) for the loss.

10.     All reports which in any manner pertain to the Insured's loss.

11.     All Proof of Loss forms pertaining to the subject loss that were sent or received by you or your representatives to or from the Insured or the Insured's representative.

12.     Transcripts of all recorded statements taken by you or your representatives in connection with the subject loss.

13.     All inspection reports or other documents that evidence the cause of the damages at issue in the subject claim as determined by you or your representative.

14.     All applications for insurance submitted by or on behalf of the Insured to you or your representatives in connection with obtaining or renewing the subject Policy.

15.     All photographs or videos taken by you or your representative(s) in connection with the initial issuance or renewal of the subject Policy.

16.     A current curriculum vitae (CV) or resume for each person retained on your behalf for the purpose of rendering an opinion as to the cause or extent of the subject damage.

17.     All affidavits or sworn statements in your possession pertaining to the subject loss.

18.     Transcripts of all examinations under oath (EUO) taken by you or your representatives in connection with the subject loss.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail to: ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 c/o The Florida Chief Financial Officer as RA, 200 E. Gaines Street, Tallahassee, Florida 32399-4201, on this 28th day of December 2022.

**Your Insurance Attorney, PLLC.**
2601 South Bayshore Drive 18th Floor
Coconut Grove, FL 33133
Phone No.: 1-888-570-5677
Fax: 1-888-745-5677
Email: YIA3@Yourinsuranceattorney.com
Secondary Email: Eservice@Yourinsuranceattorney.com

By: /s/ Maximo A. Santiago_____
    Máximo A. Santiago, Esq.
    Florida Bar No. 669733
    Ariana Rubio Di Natale, Esq.
    Florida Bar No. 1025882



**SERVED WITH COMPLAINT**

    **RE:** STAR PROPERTY NAKATOMI, LLC v. ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO
POLICY NUMBER: VETGV06026210


To Whom It May Concern:

    At this time, we would like to request that your office provide five or more dates to
coordinate the deposition of your corporate representative(s), in connection with the above-
referenced matter within **one hundred and sixty (160) days**. I have attached the proposed areas
of inquiry for your convenience. Please note this is not an exhaustive list and additional areas of
inquiry may be necessary depending upon additional discovery and responses to questions asked
at the deposition. Please forward all dates to YIA3@Yourinsuranceattorney.com.

    Should you have any questions, please do not hesitate to contact us. In the meantime, I
look forward to your anticipated prompt cooperation in this matter. Failure to provide dates
within the prescribed time may necessitate the filing of a Motion to Compel.

    Kind Regards,

    **YOUR INSURANCE ATTORNEY, PLLC.**
    **Maximo Santiago, Esq.**

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC.,

CASE NO.:

      Plaintiff,

v.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S, LONDON
SUBSCRIBING TO
POLICY NUMBER: VETGV06026210,

      Defendant.

_____/

## <u>PROPOSED NOTICE OF TAKING DEPOSITION DUCES TECUM</u>

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the following

deposition at the place, date and time indicated below:

| NAME | DATE | TIME | PLACE |
|---|---|---|---|
| **Corporate Representative with knowledge pursuant to Fla. R. Civ. P. 1.310(b)(6)** | **TBD** | **TBD** | **TBD** |

> **In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the offices of the undersigned at 305-444-5969**

Pursuant to Rule 1.310(b)(6) of the Florida Rules of Civil Procedure, you are hereby requested to designate one or more officers, directors, managing agents or other persons who consent to testify on behalf of the parties being deposed as the persons having the most knowledge concerning the area of the subject matter described on **Schedule A** attached hereto.

Upon oral examination before a commissioner appointed by the Court, a Notary Public, or any other officer authorized to administer oaths by the laws of the State of Florida, who is neither a relative nor employee of such attorney or counsel and who is not financially interested in this action. The deposition will continue from day to day until completed. The deposition is being taken for purposes of discovery and for use as evidence in this case, for use at trial, or for such other purposes as are permitted under the Florida Rules of Civil Procedure.

**The deponent is to bring at the above time and place the following documents listed on the attached Schedule B**.

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served to:  ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 on the _____ day of December 2022.

**Your Insurance Attorney, PLLC.**
2601 South Bayshore Drive 18th Floor
Coconut Grove, FL 33133
Phone No.: 1-888-570-5677
Fax: 1-888-745-5677
Email: YIA3@yourinsuranceattorney.com
Secondary Email: Eservice@Yourinsuranceattorney.com

By: /s/ Maximo A. Santiago

    Máximo A. Santiago, Esq.
    Florida Bar No. 669733
    Ariana Rubio Di Natale, Esq.
    Florida Bar No. 1025882

**SCHEDULE A**

1. The allegations set forth in the Complaint.

2. The Insurance Policy entered into between the Insurer and the Insured as referenced in the Complaint.

3. All facts related to the Insurer's involvement in the Insured's claim as referenced in the Complaint.

4. All facts related to communications between the Insured and agents of the Insurer as it relates to the allegations set forth in the Complaint.

5. The adjustment and claim handling of the instant claim alleged in the Complaint.

6. The dollar value of the Insured's damages.

7. All facts and information supporting your defenses to the Plaintiff(s) claim for insurance proceeds as alleged in the Complaint.

8. All facts and information supporting your Answer and Affirmative Defenses.

9. All facts and information supporting any defense or exclusion of coverage under the Insurance Policy entered into between Plaintiff and Defendant as referenced in the Complaint.

10. The identity, job title, job description and activities of all persons (including any nonemployees) who participated in any way in Defendant's investigation of the Loss as described in the Complaint.

11. All facts and information Defendant learned during Defendant's investigation, adjustment and valuation of the Plaintiff's Claim, which support the claims decision made by Defendant regarding Plaintiff's Claim.

12. All decisions made by or on behalf Defendant regarding the adjustment, investigation, and coverage determination by Defendant of Plaintiff's Claim, which is the subject of this lawsuit and the basis for those decisions.

13. All written discovery responses served by Defendant in this matter.

14.  The insurance policy language, which Defendant contends, supports the claims decision made by Defendant regarding Plaintiff's claim.

15.  All facts and documents from Defendant's underwriting file for the Plaintiff's property that support any of Defendant's affirmative defenses.

16.  All facts and information from Defendant's underwriting file that reveal the condition of the property at the time Defendant agreed to insure the property.

**SCHEDULE B**

1.  All documents supporting or pertaining to Defendant's affirmative defenses, or that Defendant anticipates will support Defendant's reasons for denying Plaintiffs Claim.

2.  All documents that Defendant reasonably expects to use at trial.

3.  All photographs and/or videos that Defendant reasonably expects to use at trial or that support Defendant's affirmative defenses.

4.  All correspondence, emails, and all other documents provided by Plaintiff or its representatives, to Defendant or its representatives, in any way related to the Plaintiff's Claim.

5.  All correspondence, emails and all other documents provided by Defendant or its representatives, to Plaintiff or its representatives, in any way related to Plaintiff's Claim.

6.  All documents showing when the existence of Plaintiff's Claim was reported to Defendant.

7.  All documents supporting the action taken and/or coverage decision made by Defendant in refusing to pay the Plaintiffs for their Claim.

8.  All estimates prepared by or on behalf of Defendant in any way related to Plaintiffs claim.

9.  All documents Defendant provided to the person(s) who investigated, adjusted or otherwise evaluated Plaintiffs Claim.

10. All insurance applications the insured submitted to Defendant regarding the insured property.

11. All underwriting documents in any way relating to the condition of the Insured Premises before the date of loss.

12. The underwriting file kept by Defendant regarding the Insured Premises dating from the inception of the Insured's Policy to the present.

13.    All signed sworn proofs of loss submitted by the Insured to Defendant regarding the Loss.

14.    All documents evidencing all payments made by Defendant to the Insured and/or for the Insured' s benefit involving a prior claim made by the Insured or prior damage sustained by an Insured, involving the Insured Property.

15.    All documents evidencing all payments made by Defendant to the Insured and/or for the Insured' s benefit involving a subsequent claim made by the Insured or subsequent damage sustained by an Insured, involving the Insured Property.

16.    All correspondence and documents between Defendant and any third parties, excluding Defendant's attorney, in any way related to (1) the condition of the Insured Property before the Loss; or (2) the damage to the Insured Property sustained during the Loss.

17.    All documents showing or pertaining to any repairs made to the Insured Property following the Loss.

18.    All transcripts of any Examinations Under Oath given or provided by the Insured regarding the Loss.

19.    All transcripts of any Examinations Under Oath given or provided by the Plaintiff regarding the Loss.

20.    All recorded statements given or provided by the Insured regarding the Loss. This request seeks a copy of the recording itself, not Defendant's transcript of the recorded statement.

21.    All recorded statements given or provided by anyone besides the Insured regarding the Loss.

22.    This request seeks a copy of the recording itself, not Defendant's transcript of the recorded statement.

23.    All documents, written and computerized, memorializing the steps taken by Defendant to adjust, process and otherwise handle Plaintiff's Claim.

24.    All written or computerized communications and written or computerized records of oral communications, whether made in person or by telephone, between any employees of Defendant and any adjuster that concern, refer, or relate in any way to Plaintiff's Claim.

25.    All written or computerized records of any investigation or adjustment activities by Defendant and its adjusters, from the date of loss through the earlier of the date of this

lawsuit or the date litigation was first anticipated by Defendant, regarding Plaintiffs Claim.

26.   All activity logs, diaries, claim notes or log notes created by any adjuster, claim representative, manager, or supervisor of Defendant or any third parties during the adjustment of the Insured's Claim up until the date of this lawsuit or the date Defendant reasonably anticipated litigation in connection with the claim at issue in this action.

27.   All reports prepared by or on behalf of Defendant in any way related to Defendant's investigation, evaluation and/or handling of Plaintiff's Claim.

28.   All damage estimates, reports or memoranda made by Defendant's adjuster(s) regarding the extent of damage of Plaintiffs Claim.

29.   A certified copy of the policy of insurance in effect on the Date of Loss.

30.   Copies of all photographs, video tapes, estimates, sketches, drawings, filed notes, estimates for damages, reports relied upon by Defendant, reports prepared by Defendant or reports prepared for Defendant or on Defendant's behalf or on behalf of the Plaintiff Claim.

31.   All property damage inventories, estimates or reports prepared and/or received by Defendant and upon which Defendant relied in reaching Defendant's conclusions concerning Plaintiff's Claim.

32.   All documents, statements, notes, measurements, test results and/or related materials relied upon by Defendant in reaching Defendant's conclusion to deny Plaintiffs Claim.

33.   All documents Defendant will rely on in testifying to the areas of inquiry listed in Schedule "A" during Defendant's corporate representative's deposition.

To the extent Defendant contends that any of the requests listed above seek documents protected by privilege, Plaintiff requests that Defendant prepare and produce prior to the deposition a privilege log that complies with Fla. R. Civ. P. 1.280(b)(5). Plaintiff also requests that the documents Defendant asserts are privileged be brought to the deposition and made available to the deponent for the sole purpose of refreshing the deponent's recollection, to allow competent testimony during the deposition.

| IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA | | |
|---|---|---|
| **DIVISION**<br>X CIVIL<br>Ｑ OTHER | **SUMMONS** | **CASE NUMBER**<br><br>2022-024631-CA-01 |
| **PLAINTIFF(S)**<br>STAR PROPERTY NAKATOMI, LLC. | **DEFENDANT(S)**<br>ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 | **CLOCK IN** |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

You ARE COMMANDED to serve this summons and a copy of the *Complaint, Plaintiff's First Set of Interrogatories, Plaintiff's First Request for Production, and Notice of Taking Corporate Representatives Deposition* in this action on defendant:

### ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 c/o THE FLORIDA CHIEF FINANCIAL OFFICER as RA 200 E. GAINES STREET TALLAHASSEE, FLORIDA 32399-4201

Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney:
Max Santiago, Esq., Florida Bar No. 669733, whose address Your Insurance Attorney, PLLC., 2601 S. Bayshore Drive, 5th Floor, Miami, Florida 33133 Telephone No.: 1-888-570-5677, Telefax No.: 1-888-745-5677,Email:Eservice@yourinsuranceattorney.com,SecondaryEmail: YIA3@yourinsuranceattorney.com within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

| | | **DATE** |
|---|---|---|
| **CLERK OF COURTS** | BY_____<br>DEPUTY CLERK | |

AMERICANS WITH DISABILITIES ACT OF 1990
IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE ASA COORDINATOR, NO LATER THAN 7 DAYS PRIOR TO THE PROCEEDINGS AT 305/375-2006 (VOICE) OF 305/375-2007 (TDD)

COURT SEAL

| IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA | | |
|---|---|---|
| **DIVISION**<br>X CIVIL<br>Ⓠ OTHER | **SUMMONS** | **CASE NUMBER**<br><br>2022-024631-CA-01 |
| **PLAINTIFF(S)**<br>STAR PROPERTY NAKATOMI, LLC. | **DEFENDANT(S)**<br>ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 | **CLOCK IN** |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

You ARE COMMANDED to serve this summons and a copy of the *Complaint, Plaintiff's First Set of Interrogatories, Plaintiff's First Request for Production, and Notice of Taking Corporate Representatives Deposition* in this action on defendant:

### ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO
### POLICY NUMBER: VETGV06026210
### c/o THE FLORIDA CHIEF FINANCIAL OFFICER as RA
### 200 E. GAINES STREET
### TALLAHASSEE, FLORIDA 32399-4201

Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney:
Max Santiago, Esq., Florida Bar No. 669733, whose address Your Insurance Attorney, PLLC., 2601 S. Bayshore Drive, 5th Floor, Miami, Florida 33133 Telephone No.: 1-888-570-5677, Telefax No.: 1-888-745-5677, Email: Eservice@yourinsuranceattorney.com, Secondary Email: YIA3@yourinsuranceattorney.com within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

| Luis G. Montaldo,<br>CLERK AD INTERIM<br><br>CLERK OF COURTS | BY_____<br>DEPUTY CLERK     324337 | DATE<br><br>1/13/2023 |
|---|---|---|

AMERICANS WITH DISABILITIES ACT OF 1990
IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE ASA COORDINATOR, NO LATER THAN 7 DAYS PRIOR TO THE PROCEEDINGS AT 305/375-2006 (VOICE) OF 305/375-2007 (TDD)

COURT SEAL

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

STAR PROPERTY NAKATOMI, LLC.

PLAINTIFF(S)

VS.

ARCH SPECIALTY INSURANCE COMPANY ET
AL.

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY

| | |
|---|---|
| CASE #: | 2022-024631-CA-01 |
| COURT: | CIRCUIT COURT |
| COUNTY: | MIAMI-DADE |
| DFS-SOP #: | 23-000017042 |

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the
State of Florida. Said  process was received in my office by ELECTRONIC DELIVERY on Friday,
January 13, 2023 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, January 18,
2023 to the designated agent for the named entity as shown below.

ARCH SPECIALTY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible
for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court
pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

Jimmy Patronis

Jimmy Patronis
Chief Financial Officer

ANTHONY LOPEZ
2601 SOUTH BAYSHORE DRIVE - SUITE 850
COCONUT GROVE, FL 33133

DR1

*23-000017069*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

STAR PROPERTY NAKATOMI, LLC.

PLAINTIFF(S)

VS.

UNDERWRITERS AT LLOYD'S, LONDON ET AL.

DEFENDANT(S)

_____/

SUMMONS, COMPLAINT, DISCOVERY

| | |
|---|---|
| **CASE #:** | **2022-024631-CA-01** |
| **COURT:** | **CIRCUIT COURT** |
| **COUNTY:** | **MIAMI-DADE** |
| **DFS-SOP #:** | 23-000017069 |

# <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said  process was received in my office by ELECTRONIC DELIVERY on Friday, January 13, 2023 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, January 18, 2023 to the designated agent for the named entity as shown below.

UNDERWRITERS AT LLOYD'S, LONDON
BARBARA DEMOSTHENE
280 PARK AVENUE, EAST TOWER 25TH FLOOR
NEW YORK, NY 10017

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

Jimmy Patronis
Chief Financial Officer

ANTHONY LOPEZ
2601 SOUTH BAYSHORE DRIVE - SUITE 850
COCONUT GROVE, FL 33133

DR1

*23-000017058*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

| | |
|---|---|
| STAR PROPERTY NAKATOMI, LLC. | **CASE #:** 2022-024631-CA-01 |
| | **COURT:** CIRCUIT COURT |
| PLAINTIFF(S) | **COUNTY:** MIAMI-DADE |
| | **DFS-SOP #:** 23-000017058 |

VS.

UNITED SPECIALTY INSURANCE COMPANY ET AL.

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY

# <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said  process was received in my office by ELECTRONIC DELIVERY on Friday, January 13, 2023 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, January 18, 2023 to the designated agent for the named entity as shown below.

UNITED SPECIALTY INSURANCE COMPANY
TERRY LEDBETTER
1900 L. DON DODSON DR
BEDFORD, TX 76021

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

Jimmy Patronis

Jimmy Patronis
Chief Financial Officer

ANTHONY LOPEZ
2601 SOUTH BAYSHORE DRIVE - SUITE 850
COCONUT GROVE, FL 33133

DR1

| IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA | | |
|---|---|---|
| **DIVISION**<br>X CIVIL<br>Ọ OTHER | **SUMMONS** | **CASE NUMBER**<br>2022-024631-CA-01 |
| **PLAINTIFF(S)**<br>STAR PROPERTY NAKATOMI, LLC. | **DEFENDANT(S)**<br>ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 | **CLOCK IN** |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

You ARE COMMANDED to serve this summons and a copy of the *Complaint, Plaintiff's First Set of Interrogatories, Plaintiff's First Request for Production, and Notice of Taking Corporate Representatives Deposition* in this action on defendant:

**ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 c/o THE FLORIDA CHIEF FINANCIAL OFFICER as RA 200 E. GAINES STREET TALLAHASSEE, FLORIDA 32399-4201**

Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney:
Max Santiago, Esq., Florida Bar No. 669733, whose address Your Insurance Attorney, PLLC., 2601 S. Bayshore Drive, 5th Floor, Miami, Florida 33133 Telephone No.: 1-888-570-5677, Telefax No.: 1-888-745-5677,Email:Eservice@yourinsuranceattorney.com,SecondaryEmail: YIA3@yourinsuranceattorney.com within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

| Luis G. Montaldo,<br>CLERK AD INTERIM<br><br>CLERK OF COURTS | BY_____<br>DEPUTY CLERK   324337 | DATE<br><br>1/13/2023 |
|---|---|---|

AMERICANS WITH DISABILITIES ACT OF 1990
IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE ASA COORDINATOR, NO LATER THAN 7 DAYS PRIOR TO THE PROCEEDINGS AT 305/375-2006 (VOICE) OF 305/375-2007 (TDD)

COURT SEAL

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC.,

        Plaintiff,

CASE NO.: 2022-024631-CA-01

v.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYDS, LONDON
SUBSCRIBING TO
POLICY NUMBER: VETGV06026210,

        Defendants.

_____/

## DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL

Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 (collectively, the "Insurers"), by and through their undersigned counsel and pursuant to Florida Rules of Civil Procedure, responds to Plaintiff's Complaint as follows:

## PARTIES, JURISDICTION AND VENUE

1.      Admitted for jurisdictional purposes only.  Otherwise, denied.

2.      Admitted that Plaintiff is a limited liability company.  Otherwise, without knowledge and therefore denied.

3.      Admitted that Defendant Arch Specialty Insurance Company is an authorized surplus lines insurer incorporated in the State of Missouri with its principal place of business in the State of New Jersey.  Admitted that Defendant United Specialty Insurance Company is an

1

authorized surplus lines carrier incorporated in the State of Delaware with its principal place of business in the State of Texas.  Admitted that Defendant Certain Underwriters at Lloyds, London are foreign syndicates that conduct business in Miami-Dade County, Florida.  Otherwise, denied.

4.      Admitted that Miami-Dade County, Florida is proper venue for the lawsuit given the subject property is in Miami-Dade County.  Otherwise, denied.

5.      Denied.  Specifically, Plaintiff failed to comply with its "Duties In The Event Of Loss Or Damage" by not providing certain information and documentation requested by the Insurers.  These actions prejudiced the Insurers' claim investigation.

## GENERAL ALLEGATIONS

6.      Admitted that the Insurers issued policy number VETGV06026210 (the "policy") to the named insured, Star Property Nakatomi, LLC, for the policy period of December 13, 2021 to December 13, 2022.  Further admitted that Plaintiff paid premiums.  Otherwise, denied.  Specifically, the policy is not a homeowner's insurance policy.

7.      Admitted that the policy provided coverage for the subject property located at 1801 SW 3rd Ave., Miami, FL 33129 subject to the terms, conditions, limitations, and exclusions contained therein.  Otherwise, denied.

8.      Admitted that Plaintiff submitted a claim with an alleged date of loss of June 16, 2022 and that the policy period was from December 13, 2021 to December 13, 2022.  Otherwise, denied.

9.      Admitted.

10.      Admitted that the Insurers have not yet rendered a coverage determination as their claim investigation remains ongoing at this time given the missing documentation from the insured.  Otherwise, denied.

11.     Denied.

12.     Denied.

## COUNT I
## <u>BREACH OF CONTRACT</u>

13.     The Insurers adopt and reallege their responses to paragraphs 1 through 12 above.

14.     Admitted that Plaintiff and the Insurers entered into a written contract.   Further admitted that the policy speaks for itself.  Otherwise, denied.

15.     Admitted that Plaintiff paid premiums.  Otherwise, denied.  Specifically denied that Plaintiff performed all obligations under the policy. Plaintiff has failed to comply with its "Duties In The Event Of Loss Or Damage" by failing provide certain information and documentation requested by the Insurers.  These actions prejudiced the Insurers' claim investigation.

16.     Admitted that Plaintiff submitted a claim for damages to the subject property. Otherwise, denied.

17.     Denied.  Plaintiff has failed to comply with its "Duties In The Event Of Loss Or Damage" by failing provide certain information and documentation requested by the Insurers. These actions prejudiced the Insurers' claim investigation.

18.     Admitted that the Insurers have not yet rendered a coverage determination as their claim investigation remains ongoing at this time.  Otherwise, denied

19.     Denied.

## COUNT II
## <u>DECLARATORY JUDGMENT</u>

20-26.  The Insurers have not answered these allegations given their pending motion to dismiss this count.

The Insurers deny all unnumbered paragraphs of Plaintiff's Complaint, including the wherefore clauses.

## **AFFIRMATIVE DEFENSES**

## **FIRST AFFIRMATIVE DEFENSE**

Plaintiff has failed to fully cooperate with the Insurers' claim investigation.  Plaintiff prematurely filed suit in violation of its Duties In The Event Of Loss Or Damage as the Insurers were actively requesting information from Plaintiff including the details surrounding Plaintiff's claim valuation.  As provided by the policy:

### **COMMERCIAL PROPERTY CONDITIONS**

\* \* \*

D.     **LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part        unless:

1.     There has been full compliance with all of the terms of this Coverage Part;

\* \* \*

E.     **Loss Conditions**

3.     **Duties In The Event Of Loss Or Damage**

a.     You must see that the following are done in the event of loss or damage to Covered Property:

\* \* \*

(5)     At our request, give us complete inventories of the damaged and undamaged property.  Include quantities, costs, values and amount of loss claimed.

(6)     As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

\* \* \*

4

(8)     Cooperate with us in the investigation or settlement of the claim.

* * *

Throughout the claim investigation, the Insurers wrote to Plaintiff requesting the following:

1.      An inventory of damaged property (whether real of business personal) showing in detail the quantity, description, and amount of loss. Attach to the inventory all bills, receipts, and related documents that substantiate the figures in the inventory.

2.      All bills, receipts, and related documents that substantiate the work detailed in the August 8, 2022 VC Consulting estimate.

3.      Any and all bids made to perform the work being claimed.

4.      Any and all invoices, estimates, receipts, and related documentation evidencing any mitigation work that was performed on the property. This request includes but is not limited to the water extraction and remediation work performed by The Spazio Group, LLC.

5.      All consultant reports, evaluations, analyses, and/or reviews prepared on behalf of the Insured which may opine as to the condition of the subject property or the cause and extent of the damages

6.      All photographs and videos of the damages for which the Insured is claiming insurance coverage. For any property that has already been repaired, we request  photographs, video, or any other information regarding the state of the property before said repairs.

7.      A list of all persons and/or entities who or which have knowledge of the damages related to this claim;

8.      All documents of whatever nature the Insured believes support its claim for insurance benefits for the purported loss.

The Insurers also specifically requested:

- All bills, receipts, and related documents that substantiate the work detailed in the September 9, 2022 Dri-Max estimate.

- Any and all bids made to perform the work being claimed pursuant to the September 9, 2022 Dri-Max estimate.

- Any and all additional documentation or information which may substantiate or justify the insured's current valuation of the claim at $1,384,991.80.

The Insurers have written follow-up letters as many certain requests above remain outstanding.  The information and documentation not provided includes:

5

- An inventory of damaged property;

- Documentation to support the figures presented in the August 8, 2022 estimate prepared by VC Consulting which totals $620,138.91 for building repairs;

- Any documentation to evidence what mitigation work has been completed;

- Documentation to support the figures presented in the September 9, 2022 estimate prepared by Dri-Max Restoration which totals $27,248.59; or

- Any information or documentation surrounding Plaintiff's "incurred expenses" which Plaintiff contends total $730,604.32.

The Insurers' investigation of the claim has been prejudiced as a result of Plaintiff's failure to provide the information and documentation detailed above.

<u>**SECOND AFFIRMATIVE DEFENSE**</u>

In the event that it is determined the damage to the insured premises is attributable to a covered peril and is deemed a covered loss, payment for the damage will be issued to those entitled to payment under the terms and conditions of the policy including any applicable clause that requires a mortgage holder, additional insured, assignee, or any other necessary party to be included on any payment.

<u>**THIRD AFFIRMATIVE DEFENSE**</u>

The policy contains certain requirements for payment of a covered loss at replacement cost value, where applicable.  The policy language regarding payment for replacement cost would become applicable if Plaintiff's claimed damages are deemed covered.  The policy requires that for replacement cost value to apply, the damaged property must actually be repaired or replaced; and the repair or replacement is made as soon as reasonably possible after the loss or damage.

## FOURTH AFFIRMATIVE DEFENSE

The policy contains a $50,000.00 water damage deductible, which could apply to this claim.  To the extent a different deductible would apply to the loss, the applicable terms of the policy would apply.

## FIFTH AFFIRMATIVE DEFENSE

To the extent Plaintiff seeks to claim damage in this lawsuit relating to Ordinance or Law, and should the damages be deemed covered, all provisions of the "Ordinance or Law Endorsement" (form number VT01950819) would apply.

## SIXTH AFFIRMATIVE DEFENSE

The policy contains exclusions, limitations, and provisions relative to fungus, wet rot, dry rot, and bacteria.  Coverage for the presence of fungus, wet rot, dry rot, and bacteria are limited pursuant to these provisions.  Additionally, the "Property Enhancement Endorsement" contains a $25,000.00 sublimit per occurrence and an aggregate limit of $100,000.00.

## SEVENTH AFFIRMATIVE DEFENSE

The policy excludes damages caused by faulty, inadequate, or defective design, workmanship, or construction:

**3.**     We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.**  But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

* * *

**c.**     Faulty, inadequate or defective:

(2)     Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3)     Materials used in repair, construction, renovation or remodeling;

\* \* \*

of part or all of any property on or off the described premises.

\* \* \*

The Insurers engaged Envista Forensics ("Envista") to inspect the property and opine as to causation.  In their October 6, 2022 report, Envista stated that certain damages to the baseboards on the property were found to be the result of workmanship issues in their installation.  Such damages would be excluded pursuant to the above language.

## EIGHTH AFFIRMATIVE DEFENSE

The policy excludes damage caused by wear and tear, rust, corrosion, decay, deterioration, and latent defects as follows:

### CAUSES OF LOSS – SPECIAL FORM

\*\*\*

**B. Exclusions**

\*\*\*

**2.**  We will not pay for loss or damage caused by or resulting from any of the following:

\*\*\*

**d.**
   **(1)** Wear and tear;
   **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;…

Accordingly, items identified by Envista as such are excluded pursuant to the policy.

### DEMAND FOR JURY TRIAL

The Insurers hereby demand trial by jury on all issues so triable.

WHEREFORE, Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S,

8

LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210, respectfully request judgment in their favor, costs of this action and such other relief as this Court deems appropriate under the circumstances.

<div style="margin-left: 40%">

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Madeline S. Meconnahey
_____
CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.: 0044808
cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.: 1033019
mmeconnahey@butler.legal
Secondary:        hkerr@butler.legal
                      ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone:     (813) 281-1900
Facsimile:     (813) 281-0900
*Attorneys for Defendants*

</div>

## CERTIFICATE OF SERVICE

I certify that on February **7**, 2023, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system. A copy of the foregoing was forwarded to the following this same date:

Maximo A. Santiago
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, Florida 33133
VIA3@yourinsuranceattorney.com
eservice@yourinsuranceattorney.com
Attorneys for the Plaintiff

<div style="margin-left: 40%">

/s/ Madeline S. Meconnahey
_____
MADELINE S. MECONNAHEY, ESQ.

</div>

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC.,

        Plaintiff,

CASE NO.: 2022-024631-CA-01

v.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYDS, LONDON
SUBSCRIBING TO
POLICY NUMBER: VETGV06026210,

        Defendants.

_____/

## DEFENDANTS' MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT

Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 (collectively the "Insurers"), move to dismiss Count II of Plaintiffs' Complaint pursuant to Fla. R. Civ. P. 1.140(b)(6) by stating the following:

### Summary of Argument

Plaintiff's declaratory judgment count is duplicative of their breach of contract count, so it must be dismissed as a matter of law.

**I.**    **Facts**

1.    The Insurers issued property insurance policy number VETGV06026210 (the "policy") to Plaintiff. *See* Pl. Comp. ¶ 6. The policy provides coverage for the insured property subject to the terms, conditions, limitation, and exclusions contained therein. *Id.* at ¶ 7.

1

2.      Plaintiff reported a water loss to the Insurers.  *Id.* at ¶ 9.

3.      On or around December 28, 2022, Plaintiff filed a two-count complaint against the Insurers.  Count I is for breach of contract.  Count II is titled "Declaratory Judgment."

4.      Count I alleges the Insurers breached the policy by failing to pay for covered damages *Id.* at ¶ 16.

5.      In Count I, Plaintiff alleges that, because of the breach, it was obligated to retain counsel and requests reasonable fees pursuant to Florida Statute § 627.428 and/or 626.9373.  *Id.* at ¶ 12 and the WHEREFORE clause.

6.      Count II then demands a declaratory judgment that there is coverage pursuant to the policy for the same damages described in Count I without providing additional facts:

22.     There is doubt between the Insured and Insurer regarding coverage of the loss which affects the rights and/or privileges of the Parties.

23.     This declaration deals with a present controversy as to the application of the law to facts regarding the insurance coverage available to Insured for the Loss.

24.     By filing this declaratory judgment action, the Insured is not requesting that the Court merely provide legal advice or answer questions propounded from curiosity.

25.     Based upon the foregoing, the Insured is entitled to a declaratory judgment, holding that coverage does exist for the Loss; thus removing any doubt that exists between the Parties.

*Id.* at ¶ 22-25

7.      In Count II, Plaintiff again requests attorney's fees.  *Id.* at WHEREFORE clause.

8.      This Court should dismiss Count II of Plaintiff's Complaint as Plaintiff is actually seeking a judicial declaration that the Insurers breached the policy.  As detailed below, this is not

a proper basis for seeking declaratory judgment.

A. **Motion to Dismiss Standard**

One of the basic purposes of a motion to dismiss is to test the overall sufficiency of a complaint to state a claim upon which relief can be granted. *Augustine v. Southern Bell Tel. & Tel. Co.*, 91 So.2d 320 (Fla. 1956). When considering a motion to dismiss a complaint, generally the trial court's analysis is limited to the four corners of the complaint. *See Coach Services, Inc. v. 777 Lucky Accessories, Inc.,* 752 F.Supp.2d 1271 (S.D. Fla. 2010). The allegations in a complaint must be accepted as true, and in a light favorable to the plaintiff. *Garcia v. Scottsdale Ins. Co.,* No. 18-20509-civ-Scola, 2018 WL 3432702 (S.D. Fla. July 16, 2018).

B. **Count II is duplicative and must be dismissed for failing to state a claim upon which relief can be granted.**

In order to demonstrate a right to proceed with an action seeking declaratory relief, "the party seeking a declaration must show that he is in doubt as to the existence or nonexistence of some right, status, immunity, power, or privilege and that he is entitled to have such doubt removed." *"X" Corp. v. "Y" Person*, 622 So.2d 1098, 1101 (Fla. 2d DCA 1993) (*citing Flagship Real Estate Corp. v. Flagship Banks, Inc.*, 374 So.2d 1020 (Fla. 2d DCA 1979)). Moreover, "[b]efore any proceedings for declaratory relief should be entertained it should be clearly made to appear that there is a bona fide, actual, present need for the declaration." *Wells v. Wells*, 24 So.3d 579, 583 (Fla. 4th DCA 2009) (quoting *May v. Holley*, 59 So.2d 636, 639 (Fla. 1952)).

In Count II of its Complaint, Plaintiff purports to seek declaratory relief – a ruling by the Court that the insurance policy provides coverage for the loss. However, the Complaint also asserts a breach of contract count. Both counts are premised on the same factual dispute and seek a determination of coverage available for Plaintiff's claimed loss. In such a circumstance,

"Plaintiff will be able to secure full, adequate and complete relief through the breach of contract claim," and Plaintiff's claim for declaratory judgment should be dismissed.  *Fernando Grinberg Trust Success Int. Properties, LLC v. Scottsdale Ins. Co.*, No. 10-20448-Civ, 2010 WL 2510662, at *1 (S.D. Fla. June 21, 2010).   As explained in *Fernando Grinberg Trust Success Int. Properties*:

> A court may declare the rights and other legal relations of any interested party in the case of an actual controversy within its jurisdiction.  28 U.S.C. § 2201.  Florida Statute Section 86.021 provides for the declaration of rights or status where a party to an agreement is in doubt as to his or her rights.  *City of Hollywood v. Fla. Power & Light, Co.*, 624 So.2d 285 (Fla. Dist. Ct. App. 1993).  The only relevant inquiry in a motion to dismiss a declaratory judgment action is whether or not the plaintiff is entitled to a declaration of rights.  *Toban v. Am. Sec. Ins. Co.*, No. 06-61912-Civ, 2007 WL 1796250, at *2 (S.D. Fla. June 20, 2007); *see also Gov't Emp. Ins. v. Anta*, 379 So.2d 1038, 1039 (Fla. Dist. Ct. App. 1980).   "**[A] trial court should not entertain an action for declaratory judgment on issues which are properly raised in other counts of pleadings and already before the court, through which the plaintiff will be able to secure full, adequate and complete relief.**"  *McIntosh v. Harbour Club Villas*, 468 So.2d 1075, 1080-81 (Fla. Dist. Ct. App. 1985) (Nesbitt, J. specially concurring); *see also Taylor v. Cooper*, 60 So.2d 534, 535-36 (Fla. 1952).

*Id.* (emphasis added).

"The Declaratory Judgment Act 'permits actual controversies to be settled before they ripen into violations of law or a breach of contractual duty.'"  *Eisenberg v. Standard Ins. Co.*, No. 09-80199-CIV, 2009 WL 3667086, at *2 (S.D. Fla. Oct. 26, 2009) (quoting 10B C. Wright & A. Miller, *Federal Practice & Procedure*, Civil 3d § 2751 (2004)).   Asking the Court to declare whether the Insurers properly performed under the policy, however, is not a proper use of the declaratory judgment.  Here, Plaintiff believes that the insurance policy provides coverage, then Plaintiff is actually seeking a judicial declaration that Arch has breached the policy.  As explained in *Eisenberg*:

> A petition seeking declaratory judgment that alleges breach of duties and obligations under the terms of a contract and asks the court to declare those terms breached is nothing more than a petition claiming breach of contract.  It thus provides an adequate remedy at law, and **a decision on the merits of the breach**

**of contract claim would render the [plaintiff's] request for declaratory judgment moot or redundant**.

*Id.* at *2-3 (emphasis added) (quoting *Amerisure Mut. Ins. Co. v. Maschmeyer Landscapers, Inc.*, 2007 WL 2811080 (E.D. Mo. 2007)).

Put simply, there is no need for such a judicial declaration because Plaintiff has not identified confusion, ambiguity, or the need for judicial interpretation of the policy itself. The proper cause of action for such a dispute lies in contract. A judicial declaration is unnecessary and duplicative of the breach of contract claim in the Complaint. It has been held that "[a] court must dismiss a claim for declaratory judgment if it is duplicative of a claim for breach of contract and, in effect, seeks adjudication on the merits of the breach of contract claim." *Miami Yacht Charters, LLC v. National Union Fire Ins. Co. of Pittsburgh, PA*, No. 11-21163-CIV, 2012 WL 1416428, at *2 (S.D. Fla. Apr. 24, 2012) (citations omitted).

Plaintiff does not allege any ambiguity in the policy itself. Instead, Plaintiff seeks a determination of coverage. This is duplicative of the breach of contract count that is premised on the allegation that the Insurers improperly breached the policy by not extending coverage for the Plaintiff's claim. Consequently, even if all of the Plaintiff's allegations are taken as true, the allegation of contractual non-payment does not trigger the need for declaratory relief. *Barrett v. Pickard*, 85 So. 2d 630, 631-632 (Fla. 1956) (holding that provisions of the instrument clear and free of ambiguities leaving only an issue of damages are not properly ascertainable under Declaratory Relief Statute); *Reddick v. Christie*, 226 So. 2d 434, 436-437 (Fla. Dist. Ct. App. 1969).

In sum, Plaintiff's claim for declaratory relief is duplicative of its claim for breach of contract. Plaintiff failed to articulate a separate bona fide, actual, present need for any declaration of rights. As such, Count II of the Complaint must be dismissed as a matter of law.

WHEREFORE, Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210, respectfully request the dismissal of the declaratory judgment count and all other relief deemed equitable under the circumstances.

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Madeline S. Meconnahey

CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.:  1033019
mmeconnahey@butler.legal
Secondary:      hkerr@butler.legal
                       ebarker@butler.legal
400 North Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone:     (813) 281-1900
Facsimile:      (813) 281-0900
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on February 7, 2023, on all counsel or parties of record on the Service List below.

Maximo A. Santiago
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, Florida 33133
VIA3@yourinsuranceattorney.com
eservice@yourinsuranceattorney.com
Attorneys for the Plaintiff

/s/ Madeline S. Meconnahey
MADELINE S. MECONNAHEY, ESQ.

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC.,

        Plaintiff,

CASE NO.: 2022-024631-CA-01

v.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYDS, LONDON
SUBSCRIBING TO
POLICY NUMBER: VETGV06026210,

        Defendants.

_____/

## **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY**

Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 (collectively, the "Insurers"), by and through their undersigned attorneys, and pursuant to Florida Rule of Civil Procedure 1.090(b), file their Motion for Extension of Time to Respond to Plaintiff's First Set of Discovery:

1.      Plaintiff has served a Summons and Complaint upon the Insurers .  Plaintiff also served its first set of discovery including Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents.

2.      The Insurers seek an additional 14-day extension from April 3, 2023 to respond to Plaintiff's First Set of Discovery.

3.      It is within the Court's discretion to grant an extension of time for cause shown, if

the motion requesting the extension of time is made before the expiration of the period of the time originally prescribed.  See Fla. R. Civ. P. 1.090(b); *Khambaty v. Lepine*, 734 So. 2d 1183 (Fla. 2d DCA 1999).

4.     An extension of time is necessary in order to afford counsel for Defendant sufficient time to prepare responses to the discovery requests.

5.     This Motion is not made for purposes of delay and should this Motion be granted, no parties will be unduly prejudiced.

6.     Defendant reserves all valid objections to the discovery, both mandatory and discretionary, provided under Florida law.

WHEREFORE, Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO  POLICY NUMBER: VETGV06026210, respectfully request this Honorable Court grant this Motion for Extension of Time to Respond to Plaintiff's First Set of Discovery.

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.:  1033019
mmeconnahey@butler.legal
Secondary:  hkerr@butler.legal
                     ebarker@butler.legal

2

400 North Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
*Attorneys for Defendants.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy hereof has been furnished to:

Maximo A. Santiago
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, Florida 33133
VIA3@yourinsuranceattorney.com
eservice@yourinsuranceattorney.com
*Attorneys for the Plaintiff.*

by E-Portal on April 3, 2023.

MADELINE S. MECONNAHEY, ESQ.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC          Case No.: 2022-024631-CA-01

        Plaintiff,

vs.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER:VETGV06026210,

        Defendants.

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:  VETGV06026210 ("DEFENDANTS"), by and through their undersigned counsel, and responds to Plaintiff, STAR PROPERTY NAKATOMI, LLC's First Request for Production of Documents, certificate of service date January 18, 2023, as follows:

1.    A true and correct certified copy of the insurance policy provided by the Insurance Company to the Insured, for which this lawsuit is premised, including but not limited to, declaration sheet(s), all addendums and attachments.

**RESPONSE**:

**A certified copy of the DEFENDANTS' insurance policy issued to Plaintiff, bearing policy number VETGV06026210, for the policy period of December 13, 2021, to December 13, 2022, will be produced.**

2.    Each and every timesheet, log and all other documents reflecting time spent by the Insurance Company at the Property.

**RESPONSE**:

**DEFENDANTS object to the request to the extent it seeks carrier work product, work product doctrine and/or otherwise containing Reserves information that is proprietary in nature and not reasonably calculated to lead to the discovery of admissible evidence. The "materials are either irrelevant to the first-party dispute that this case presents or are privileged work product." State Farm Florida Ins. Co. v. Gallmon, 835 So.2d 389 (Fla. 2d DCA 2003); Kindl v. United Services Automobile Association, 49 So.3d 807 (Fla. 2d DCA 2003. Gov't Employees Ins. Co. v. Rodriguez, 960 So.2d 794 (Fla. 3d DCA 2007); see also State Farm Fire & Casualty Co. v. Valido 662 So.2d 1012 (Fla. 3d DCA 1995); U.S. Fire Ins. Co. v. Clearwater Oaks Bank, 421 So.2d 783 (Fla. 2d DCA 1982). Further, the claim file is not discoverable in this breach of contract action pursuant to Nationwide Insurance Co. of Fla. v. Demmo, 57 So.3d 982 (Fla. 2d DCA 2011), and State Farm Florida Ins. Co. v. Ramirez, 2012 WL 1469963 (Fla. 3d DCA April 30, 2012).**

**Subject to and without waiving the forgoing objection, the non-privileged, responsive documentation in DEFENDANTS' possession will be produced.**

3.      Each and every document, evidencing the name, address, and the position/relationship with the Insurance Company, of every individual who has visited or plans to visit the Property on behalf of the Insurance Company.

**RESPONSE**:

**DEFENDANTS object to the request to the extent it seeks carrier work product, work product doctrine and/or otherwise containing Reserves information that is proprietary in nature and not reasonably calculated to lead to the discovery of admissible evidence. The "materials are either irrelevant to the first-party dispute that this case presents or are privileged work product." State Farm Florida Ins. Co. v. Gallmon, 835 So.2d 389 (Fla. 2d DCA 2003); Kindl v. United Services Automobile Association, 49 So.3d 807 (Fla. 2d DCA 2003. Gov't Employees Ins. Co. v. Rodriguez, 960 So.2d 794 (Fla. 3d DCA 2007); see also State Farm Fire & Casualty Co. v. Valido 662 So.2d 1012 (Fla. 3d DCA 1995); U.S. Fire Ins. Co. v. Clearwater Oaks Bank, 421 So.2d 783 (Fla. 2d DCA 1982). Further, the claim file is not discoverable in this breach of contract action pursuant to Nationwide Insurance Co. of Fla. v. Demmo, 57 So.3d 982 (Fla. 2d DCA 2011), and State Farm Florida Ins. Co. v. Ramirez, 2012 WL 1469963 (Fla. 3d DCA April 30, 2012).**

**Subject to and without waiving the forgoing objection, the non-privileged, responsive documentation in DEFENDANTS' possession will be produced.**

4.      Any and all correspondence or written communications from the Insurance Company to the Insured, which in any manner pertain to the Insured's loss as described in the Complaint.

**RESPONSE**:

**Non-privileged, responsive documentation in DEFENDANTS' possession will be produced.**

5.      Any and all correspondence or written communications from the Insured, to the Insurance Company which in any manner pertains to the Insured's loss as described in the Complaint.

**RESPONSE**:

**Non-privileged, responsive documentation in DEFENDANTS' possession will be produced.**

6.      Any and all photographs taken by the Insurance Company of the Property.

**RESPONSE**:

**Responsive photographs in DEFENDANTS' possession will be produced.**

7.      All documents containing information regarding a statement by the Insured at any time during the Insurance Company's handling of the Insured's loss, including adjuster notes, claim reports, interoffice memorandum, tape recordings, Examination Under Oath transcripts, and any other transcripts or written statements from the Insured.

**RESPONSE**:

**DEFENDANTS object to the request to the extent it seeks carrier work product, work product doctrine and/or otherwise containing Reserves information that is proprietary in nature and not reasonably calculated to lead to the discovery of admissible evidence.  The "materials are either irrelevant to the first-party dispute that this case presents or are privileged work product."  State Farm Florida Ins. Co. v. Gallmon, 835 So.2d 389 (Fla. 2d DCA 2003); Kindl v. United Services Automobile Association, 49 So.3d 807 (Fla. 2d DCA 2003.  Gov't Employees Ins. Co. v. Rodriguez, 960 So.2d 794 (Fla. 3d DCA 2007); see also State Farm Fire & Casualty Co. v. Valido 662 So.2d 1012 (Fla. 3d DCA 1995); U.S. Fire Ins. Co. v. Clearwater Oaks Bank, 421 So.2d 783 (Fla. 2d DCA 1982).  Further, the claim file is not discoverable in this breach of contract action pursuant to Nationwide Insurance Co. of Fla. v. Demmo, 57 So.3d 982 (Fla. 2d DCA 2011), and State Farm Florida Ins. Co. v. Ramirez, 2012 WL 1469963 (Fla. 3d DCA April 30, 2012).**

**Subject to and without waiving the forgoing objection, non-privileged, responsive documentation in DEFENDANTS' possession will be produced.**

8.     Any and all bills or estimates for repairs to the Property submitted to the Insurance Company by the Insured.

       **RESPONSE**:

       **Responsive documentation in DEFENDANTS' possession will be produced.**

9.     Any and all checks paid to, or on behalf of the Insured, representing insurance coverage payment(s) for the loss.

       **RESPONSE**:

       **Responsive documentation in DEFENDANTS' possession will be produced.**

10.    All reports which in any manner pertain to the Insured's loss.

       **RESPONSE**:

       **DEFENDANTS object to this request to the extent it seeks carrier work product and/or documents protected by the work product doctrine. The "materials are either irrelevant to the first-party dispute that this case presents or are privileged work product." *State Farm Florida Ins. Co. v. Gallmon*, 835 So.2d 389 (Fla. 2d DCA 2003); *Kindl v. United Services Automobile Association*, 49 So.3d 807 (Fla. 2d DCA 2003. *Gov't Employees Ins. Co. v. Rodriguez*, 960 So.2d 794 (Fla. 3d DCA 2007); see also *State Farm Fire & Casualty Co. v. Valido* 662 So.2d 1012 (Fla. 3d DCA 1995); U.*S. Fire Ins. Co. v. Clearwater Oaks Bank*, 421 So.2d 783 (Fla. 2d DCA 1982). Further, the claim file is not discoverable in this breach of contract action pursuant to *Nationwide Insurance Co. of Fla. v. Demmo*, 57 So.3d 982 (Fla. 2d DCA 2011), and *State Farm Florida Ins. Co. v. Ramirez*, 2012 WL 1469963 (Fla. 3d DCA April 30, 2012).**

       **Subject to and without waiving such objections, DEFENDANTS will name its experts and provide documents regarding same in accordance with this Court's Trial Order requiring the disclosure of testifying witnesses.**

       **Additionally, non-privileged, responsive documentation in DEFENDANTS' possession will be produced.**

11.    All Proof of Loss forms pertaining to the subject loss that were sent or received by you or your representatives to or from the Insured or the Insured's representative.

**RESPONSE**:

**Responsive documentation in DEFENDANTS' possession will be produced.**

12.  Transcripts of all recorded statements taken by you or your representatives in connection with the subject loss.

**RESPONSE**:

**None.**

13.  All inspection reports or other documents that evidence the cause of the damages at issue in the subject claim as determined by you or your representative.

**RESPONSE**:

**DEFENDANTS object to this request to the extent it seeks carrier work product and/or documents protected by the work product doctrine. The "materials are either irrelevant to the first-party dispute that this case presents or are privileged work product."** *State Farm Florida Ins. Co. v. Gallmon*, 835 So.2d 389 (Fla. 2d DCA 2003); *Kindl v. United Services Automobile Association*, 49 So.3d 807 (Fla. 2d DCA 2003. *Gov't Employees Ins. Co. v. Rodriguez*, 960 So.2d 794 (Fla. 3d DCA 2007); see also *State Farm Fire & Casualty Co. v. Valido* 662 So.2d 1012 (Fla. 3d DCA 1995); U.*S. Fire Ins. Co. v. Clearwater Oaks Bank*, 421 So.2d 783 (Fla. 2d DCA 1982). **Further, the claim file is not discoverable in this breach of contract action pursuant to** *Nationwide Insurance Co. of Fla. v. Demmo*, 57 So.3d 982 (Fla. 2d DCA 2011), **and** *State Farm Florida Ins. Co. v. Ramirez*, 2012 WL 1469963 (Fla. 3d DCA April 30, 2012).

**Subject to and without waiving such objections, DEFENDANTS will name its experts and provide documents regarding same in accordance with this Court's Trial Order requiring the disclosure of testifying witnesses.**

**Additionally, non-privileged, responsive documentation in DEFENDANTS' possession will be produced.**

14.  All applications for insurance submitted by or on behalf of the Insured to you or your representatives in connection with obtaining or renewing the subject Policy.

**RESPONSE**:

**Responsive documentation in DEFENDANTS' possession will be produced.**

15.  All photographs or videos taken by you or your representative(s) in connection with the initial issuance or renewal of the subject Policy.

**RESPONSE**:

**All non-privileged responsive photographs in DEFENDANTS' possession will be produced.**

16.   A current curriculum vitae (CV) or resume for each person retained on your behalf for the purpose of rendering an opinion as to the cause or extent of the subject damage.

**RESPONSE**:

**DEFENDANTS object to this request to the extent it seeks carrier work product and/or documents protected by the work product doctrine.  The "materials are either irrelevant to the first-party dispute that this case presents or are privileged work product."  State Farm Florida Ins. Co. v. Gallmon, 835 So.2d 389 (Fla. 2d DCA 2003); Kindl v. United Services Automobile Association, 49 So.3d 807 (Fla. 2d DCA 2003.  Gov't Employees Ins. Co. v. Rodriguez, 960 So.2d 794 (Fla. 3d DCA 2007); see also State Farm Fire & Casualty Co. v. Valido 662 So.2d 1012 (Fla. 3d DCA 1995); U.S. Fire Ins. Co. v. Clearwater Oaks Bank, 421 So.2d 783 (Fla. 2d DCA 1982).  Further, the claim file is not discoverable in this breach of contract action pursuant to Nationwide Insurance Co. of Fla. v. Demmo, 57 So.3d 982 (Fla. 2d DCA 2011), and State Farm Florida Ins. Co. v. Ramirez, 2012 WL 1469963 (Fla. 3d DCA April 30, 2012).**

**Subject to and without waiving such objections, DEFENDANTS will name its experts and provide documents regarding same in accordance with this Court's Trial Order requiring the disclosure of testifying witnesses.**

**Additionally, DEFENDANTS do not currently have such in its possession.**

17.   All affidavits or sworn statements in your possession pertaining to the subject loss.

**RESPONSE**:

**None.**

18.   Transcripts of all examinations under oath (EUO) taken by you or your representatives in connection with the subject loss.

**RESPONSE**:

**None.**

BUTLER WEIHMULLER KATZ CRAIG LLP

*MM*

_____

CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.:  1033019
mmeconnahey@butler.legal
Secondary:  hkerr@butler.legal
              ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Counsel for Defendants, Arch Specialty Insurance
Company, United Specialty Insurance Company and
Certain Underwriters at Lloyd's, London Subscribing
to Policy Number:  VETGV06026210

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

Maximo A. Santiago, Esq.
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, FL  33133-5454
YIA3@yourinsuranceattorney.com
Secondary:  eservice@yourinsurance
attorney.com
Counsel for Plaintiff, STAR PROPERTY
NAKATOMI, LLC

by E-Portal service and responsive documents sent via E-mail only on April 17, 2023.

*MM*

_____

MADELINE S. MECONNAHEY, ESQ.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC       Case No.: 2022-024631-CA-01

       Plaintiff,

vs.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER:VETGV06026210,

       Defendants.
_____/

## DEFENDANTS' NOTICE OF SERVING ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:  VETGV06026210 ("DEFENDANTS"), by and through their undersigned counsel, and files this Notice of Serving their Answers to Plaintiff, STAR PROPERTY NAKATOMI, LLC's First Set of Interrogatories propounded on January 18, 2023, numbered one (1) through seventeen (17).

BUTLER WEIHMULLER KATZ CRAIG LLP

_____
CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.:  1033019
mmeconnahey@butler.legal
Secondary:  hkerr@butler.legal
          ebarker@butler.legal

400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Counsel for Defendants: Arch Specialty Insurance
Company, United Specialty Insurance Company and
Certain Underwriters at Lloyd's, London Subscribing
to Policy No:  VETGV06026210

## **CERTIFICATE OF SERVICE**

I certify that the foregoing <u>Notice</u> has been furnished by e-Portal and that the

foregoing <u>Notice</u> and <u>Answers</u> have been furnished to

Maximo A. Santiago, Esq.
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, FL  33133-5454
YIA3@yourinsuranceattorney.com
Secondary:  eservice@yourinsurance
attorney.com
Counsel for Plaintiff, STAR PROPERTY
NAKATOMI, LLC

via e-mail on April 17, 2023.

CHRISTOPHER M. RAMEY, ESQ.
MADELINE S. MECONNAHEY, ESQ.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC      Case No.: 2022-024631-CA-01

      Plaintiff,

vs.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER:VETGV06026210,

      Defendants.
_____/

## **DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

1.    Please state the name, title, current business address, and phone number of all persons answering or assisting with the answering of this set of interrogatories.

    **ANSWER**:

    **Corporate Representative for ARCH SPECIALTY INSURANCE COMPANY**
    **c/o Christopher M. Ramey, Esq.**
    **Madeline S. Meconnahey, Esq.**
    **Butler Weihmuller Katz Craig LLP**
    **400 N. Ashley Drive, Suite 2300**
    **Tampa, FL 33602**

    **Corporate Representative for UNITED SPECIALTY INSURANCE COMPANY**
    **c/o Christopher M. Ramey, Esq.**
    **Madeline S. Meconnahey, Esq.**
    **Butler Weihmuller Katz Craig LLP**
    **400 N. Ashley Drive, Suite 2300**
    **Tampa, FL 33602**

    **Corporate Representative for CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210**
    **c/o Christopher M. Ramey, Esq.**
    **Madeline S. Meconnahey, Esq.**
    **Butler Weihmuller Katz Craig LLP**

**400 N. Ashley Drive, Suite 2300**
**Tampa, FL 33602**

2.      Please state the date that the Insurance Company first received notice from the Insured for a claim of benefits under the Policy for property damages as described in the Complaint in this lawsuit.

   **ANSWER**:

   **DEFENDANTS received notice of Plaintiff's claim on or about June 17, 2022, with a date of loss of June 16, 2022.**

3.      In reference to the Insurance Company's denial of the Insured's claim for benefits under the Policy, please state:

   a.      The date the decision to deny the claim was made.

   b.      Identify each person who participated in the decision to deny the Insured's claim.

   c.      Describe each and every fact upon which you relied in forming the basis for your denial of the Insured's claim.

   d.      Identify each document sent by the Insurance Company to the Insured detailing the reasons why the Insurance Company denied the Insured's claim.

   e.      State the location, including, page(s), line(s) and paragraph number(s), and the exact language contained in the Policy, which you used to base your decision to deny coverage of the Insured's claim.

   **ANSWER**:

   **DEFENDANTS refer Plaintiff to DEFENDANTS' documents produced in Response to Plaintiff's First Requests for Production.   Additionally, DEFENDANTS were still investigating Plaintiff's claim when Plaintiff filed suit.**

   **At the time suit was filed, DEFENDANTS were still awaiting an estimate of the damages from its building consultant. Further, as evidenced by DEFENDANTS' letter dated September 22, 2022 and response to Plaintiff's Notice if Intent to Initiate Litigation dated October 26, 2022, Plaintiff failed to respond to certain document and information requests made by DEFENDANTS in an effort to investigate the claim.**

4.      Identify each person, by name, address, phone number and position, whom on

behalf of the Insurance Company, inspected the Insured Property in reference to the claim for benefits under the Policy, including his or her field of expertise and the date of each inspection.

**ANSWER**:

**DEFENDANTS object to this information as seeking information that is work product and/or protected by the Attorney-Client privilege.**

**Subject to and without waiving the foregoing objection, the following have knowledge:**

**Hugo Gabriel Garcia**
**General Adjuster**
**McLarens**
**9100 South Dadeland Boulevard**
**Suite 800**
**Miami, FL 33156**

**Hugo Gabriel Garcia inspected the Subject Property, on behalf of the DEFENDANTS, on or about June 24, 2022.**

**Stephen G. Sheffield, P.E.**
**Senior Project Engineer**
**Civil/Structural**
**Envista Forensics**
**3914 U.S. 301 N, Unit 800**
**Tampa, FL 33619**

**Stephen Sheffield inspected the Subject Property, on behalf of the DEFENDANTS, on or about August 26, 2022.**

5.      Identify each written estimate for repair or replacement, including the amount set forth in each estimate, which has been provided to the Insurance Company by the Insured in reference to the Insured's claim for benefits under the Policy.

**ANSWER**:

**DEFENDANTS refer Plaintiff to the documents produced pursuant to DEFENDANTS' Response to Plaintiff's First Requests for Production.**

6.      Identify all persons (other than the Insurance Company) believed or known by you, your agents or attorneys to have knowledge concerning any of the issues raised by the pleadings, specifying the subject matter about which witnesses have knowledge and state whether you have obtained any statements (oral, written or recorded) from any of said witnesses, list the dates any such witness statements

were taken, by whom any such witness [sic] were taken and who has the present possession, custody and control of any such statements.

**ANSWER**:

**The following have knowledge regarding the claim:**

**Excel Alfaro**
**Claim Representative**
**Your Insurance Attorney, PLLC**
**2601 South Bayshore Drive**
**18 Floor**
**Coconut Grove, Florida 33133**

**Plaintiff's public adjuster; has knowledge of the claim investigation, condition of the Subject Property, and communications between Plaintiff/Defendants/their representatives.**

**Dany Gener**
**Inspector**
**TruView Mold, LLC**
**7990 SW 117 Ave.**
**Suite 100, Miami, FL 33183**

**Plaintiff's mold consultant; has knowledge of condition of the property and mold assessments dated June 16, 2022, and July 25, 2022.**

**Inspector Lab**
**3301 N.W. 55th St.**
**Ft. Lauderdale, FL 33309**

**Plaintiff's vendor; has knowledge of mold samples and testing.**

**John D. Shane, PHD**
**Inspector Lab**
**3301 N.W. 55th St.**
**Ft. Lauderdale, FL 33309**

**Plaintiff's vendor; has knowledge of mold samples and testing.**

**Star Property Nakatomi , LLC**
**3750 W Flagler Street**
**Coral Gables, FL 33134**

**Plaintiff; has knowledge of the claim, claim investigation, condition of the subject property, communications between Plaintiff/Defendants/their representatives, and the subject litigation.**

**Truview Mold, LLC**
**7990 SW 117 Ave.**
**Suite 100, Miami, FL 33183**

**Plaintiff's mitigation consultant and assignee of benefits; has knowledge of Truview Mold, LLC's work and condition of the Subject Property.**

**VC Consulting**
**10685 NW 123rd Street Road**
**Medley, FL. 33178**

**Plaintiff's estimator; has knowledge of VC Consulting's work, condition of the Subject Property, and VC Consulting's estimate(s).**

7.    Identify all persons who, on the Insurance Company's behalf, have in any way participated in the investigation, evaluation, adjusting or handling of the claim involved hereto.  Please specify the nature of the participation for each and every such person and give the time period during which they participated.

   **ANSWER**:

   **The following have knowledge regarding the claim:**

**Corporate Representative for ARCH SPECIALTY INSURANCE COMPANY**
**c/o Christopher M. Ramey, Esq.**
**Madeline S. Meconnahey, Esq.**
**Butler Weihmuller Katz Craig LLP**
**400 N. Ashley Drive, Suite 2300**
**Tampa, FL 33602**

**Defendant; has knowledge of the claim, claim investigation, condition of the subject property, and the subject litigation.**
**Corporate Representative for UNITED SPECIALTY INSURANCE COMPANY**
**c/o Christopher M. Ramey, Esq.**
**Madeline S. Meconnahey, Esq.**
**Butler Weihmuller Katz Craig LLP**
**400 N. Ashley Drive, Suite 2300**
**Tampa, FL 33602**

**Defendant; has knowledge of the claim, claim investigation, condition of the subject property, and the subject litigation.**

**Corporate Representative for CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210**
**c/o Christopher M. Ramey, Esq.**
**Madeline S. Meconnahey, Esq.**
**Butler Weihmuller Katz Craig LLP**
**400 N. Ashley Drive, Suite 2300**
**Tampa, FL 33602**

**Defendant; has knowledge of the claim, claim investigation, condition of the subject property, and the subject litigation.**

**Hugo Gabriel Garcia**
**General Adjuster**
**McLarens**
**9100 South Dadeland Boulevard**
**Suite 800**
**Miami, FL 33156**

**DEFENDANTS' adjuster; has knowledge of the claim investigation, condition of the Subject Property, and communications between Plaintiff/Defendants/their representatives.**

**Corey Mitchell**
**Sedgwick**
**Account Manager**
**1080 Eldridge Parkway, 12th Floor**
**Houston, TX  77077**
**12650 Ingenuity Drive**
**Suite 200**
**Orlando, FL 32826**

**DEFENDANTS' third party administrator; has knowledge of the claim investigation, condition of the Subject Property, and communications between Plaintiff/Defendants/their representatives.**

**Stephen G. Sheffield, P.E.**
**Senior Project Engineer**
**Civil/Structural**
**Envista Forensics**
**3914 U.S. 301 N, Unit 800**
**Tampa, FL 33619**

**DEFENDANTS' engineering consultant; has knowledge of Envista Forensics' work and inspection of the Subject Property per Envista Forensics Report dated October 6, 2022.**

**Christian Scherf**
**Director**
**DBI Construction Consultants, LLC**
**1401 NW 136th Avenue**
**Suite 302**
**Sunrise, FL 33323**

**DEFENDANTS' Building Consultant; has knowledge of the condition of the property.**

8.    For each decision that was made that the claim of the Insured were allegedly not covered under the Policy, please state the date you first decided that the Insured was allegedly not covered, the date you arrived at the conclusion the Insured was not covered and the names and address and phone number and the dates of involvement of each and every person that knows any information concerning these matters.

**ANSWER**:

**DEFENDANTS refer Plaintiff to DEFENDANTS' documents produced in Response to Plaintiff's First Requests for Production.  DEFENDANTS also**

**refer Plaintiff to their response to Interrogatory No. 3 above.**

9.  Please describe all requests made by the Insurance Company upon the Insured for post-loss compliance (i.e., requests for examination under oath, information, documents, sworn proofs of loss, etc.,) in reference to this claim and the dates made.

    **ANSWER**:

    **DEFENDANTS refer Plaintiff to DEFENDANTS' documents produced in Response to Plaintiff's First Requests for Production.  DEFENDANTS also refer Plaintiff to their response to Interrogatory No. 3 above.**

10. With reference to each of your affirmative defenses raised in the lawsuit, please describe each and every fact upon which you rely to substantiate such affirmative defense, including identification of all witnesses to each such fact.

    **ANSWER**:

    **DEFENDANTS refer Plaintiff to DEFENDANTS' Answer and Affirmative Defenses, which speak for themselves.**

11. Please verify the date the Policy became effective.

    **ANSWER**:

    **DEFENDANTS refer Plaintiff to DEFENDANTS' documents produced in Response to Plaintiff's First Requests for Production, specifically policy number VETGV06026210, for the policy period of December 13, 2021, to December 13, 2022, for the Subject Property.**

12. Please state the amount of money paid by the Insured towards the premium of the Policy in place at the time of the Loss.

    **ANSWER**:

    **DEFENDANTS refer Plaintiff to DEFENDANTS' documents produced in Response to Plaintiff's First Requests for Production, specifically policy number VETGV06026210, for the policy period of December 13, 2021, to December 13, 2022, for the Subject Property, which provides this information.**

13. Please state whether or not you performed any inspections of the insured premises prior to the Loss.  If so, provide the date the inspection was performed, the purpose of the inspection, by whom and their contact information.

**ANSWER**:

**DEFENDANTS object to this interrogatory on that ground that it is not reasonably calculated to lead to the discovery of admissible evidence. Overbroad.  Moreover, DEFENDANTS object to this information as seeking information that is work product and/or protected by the attorney-client privilege.  See *State Farm Fire and Casualty Company v. Valido*, 662 So.2d 1012 (Fla. 3d DCA 1995).  Additionally, Plaintiff seeks discovery of information specifically deemed irrelevant or privileged work product pursuant to *State Farm Insurance Company v. Gallmon*, 835 So.2d 389 (Fla. 2d DCA 2003).  DEFENDANTS further objects on the grounds that this Interrogatory seeks information that is confidential in nature.  Lastly, this Interrogatory improperly seeks information, which relates to DEFENDANTS' claim handling process, and since no claim for statutory bad faith has accrued, DEFENDANTS object to this Interrogatory.  See *Blanchard v. State Farm Mutual Automobile Insurance Company*, 575 So.2d 1289 (Fla. 1991).**

14.    Please provide the name and contact information for the agent that sold the Policy to the Insured.

**ANSWER**:

**DEFENDANTS refer Plaintiff to DEFENDANTS' documents produced in Response to Plaintiff's First Requests for Production, specifically policy number VETGV06026210, for the policy period of December 13, 2021, to December 13, 2022, for the Subject Property, which provides this information:**

**BASS UNDERWRITERS INC**
**6951 W. Sunrise Blvd.**
**Plantation, FL 33313**

15.    If you contend that the Insured did not comply with the terms and conditions set forth in the Policy please described [sic]:

a.    the term and/or condition of the Policy not complied with;

b.    how the Insured failed to comply with the term and/or condition;

c.    when a request was made by you demanding compliance with the term and/or condition of the Policy;

d.    why compliance with the terms and/or condition was necessary for you to adjust the Loss and determine coverage.

**ANSWER**:

**DEFENDANTS refer Plaintiff to DEFENDANTS' documents produced in Response to Plaintiff's First Requests for Production.  As DEFENDANTS were awaiting Plaintiffs' responsive documentation and the findings of its experts (see Interrogatory No. 3), DEFENDANTS were still investigating Plaintiff's claim, when Plaintiff filed suit.**

**Additionally, DEFENDANTS refer Plaintiff to DEFENDANTS' Answer and Affirmative Defenses, which speak for themselves.**

16.    Please verify the name, phone number, address and title of the corporate representative(s) with the most knowledge regarding the allegations set forth in the complaint.

**ANSWER**:

**Corporate Representative for ARCH SPECIALTY INSURANCE COMPANY**
**c/o Christopher M. Ramey, Esq.**
**Madeline S. Meconnahey, Esq.**
**Butler Weihmuller Katz Craig LLP**
**400 N. Ashley Drive, Suite 2300**
**Tampa, FL 33602**

**Corporate Representative for UNITED SPECIALTY INSURANCE COMPANY**
**c/o Christopher M. Ramey, Esq.**
**Madeline S. Meconnahey, Esq.**
**Butler Weihmuller Katz Craig LLP**
**400 N. Ashley Drive, Suite 2300**
**Tampa, FL 33602**

**Corporate Representative for CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210**
**c/o Christopher M. Ramey, Esq.**
**Madeline S. Meconnahey, Esq.**
**Butler Weihmuller Katz Craig LLP**
**400 N. Ashley Drive, Suite 2300**
**Tampa, FL 33602**

17.    Please identify all claims made by the Insured for the Insured premises.

**ANSWER**:

**DEFENDANTS object to this interrogatory on that ground that it is not reasonably calculated to lead to the discovery of admissible evidence. Overbroad.  Moreover, DEFENDANTS object to this information as seeking information that is work product and/or protected by the attorney-client**

privilege.  See *State Farm Fire and Casualty Company v. Valido*, 662 So.2d 1012 (Fla. 3d DCA 1995).  Additionally, Plaintiff seeks discovery of information specifically deemed irrelevant or privileged work product pursuant to *State Farm Insurance Company v. Gallmon*, 835 So.2d 389 (Fla. 2d DCA 2003).  DEFENDANTS further objects on the grounds that this Interrogatory seeks information that is confidential in nature.  Lastly, this Interrogatory improperly seeks information, which relates to DEFENDANTS' claim handling process, and since no claim for statutory bad faith has accrued, DEFENDANTS object to this Interrogatory.  See *Blanchard v. State Farm Mutual Automobile Insurance Company*, 575 So.2d 1289 (Fla. 1991).

Subject to and without waiving these objections, the only claim at issue is the Subject Claim No. 2022061701086199, with a date of loss of July 16, 2022.

*(Remainder of page intentionally left blank.)*

ARCH SPECIALTY INSURANCE COMPANY
(as lead underwriter)

By: _____

Print Name: _____

Title: _____

## **ACKNOWLEDGMENT**

STATE OF _____

COUNTY OF _____

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization via audio-video communication, by _____ appearing on behalf of ARCH SPECIALTY INSURANCE COMPANY, ☐ who is personally known to me or ☐ who has produced _____ as identification and who, after first being duly sworn, deposes and says that he/she has read the foregoing Answers to the First Set of Interrogatories, which were propounded to him/her by the Plaintiff, which are true and correct, and who has acknowledged to me that he/she executed the same as his/her free act and deed.

SWORN TO AND SUBSCRIBED before me, this _____ day of _____, 2023.

_____
NOTARY PUBLIC

(Seal)

State of _____ at Large

My Commission Expires:

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC      Case No.: 2022-024631-CA-01

         Plaintiff,

vs.

ARCH      SPECIALTY      INSURANCE
COMPANY,     UNITED      SPECIALTY
INSURANCE  COMPANY  and  CERTAIN
UNDERWRITERS     AT      LLOYD'S,
LONDON  SUBSCRIBING  TO  POLICY
NUMBER:VETGV06026210,

         Defendants.

_____/

## DEFENDANTS' NOTICE OF FILING ITS PRIVILEGE LOG IN RESPONSE TO DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW the Defendant, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY AND CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210 ("DEFENDANTS"), by and through its undersigned counsel, and serves this Notice of Filing its Privilege Log.  This Privilege Log will be used in support of DEFENDANTS' Response To Plaintiff's First Request for Production of Documents.

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 000001 | 000001 | 8/12/22 | Email | Stephen Sheffield of Envista | Travis Plohocky of Sedgwick | Carrier Work Product[2] |

---

[1]  The Bates Ranges correspond to the following Bates label prefix: SEDGWICK-;

[2]  As used herein, the phrase "Carrier Work Product" refers to the protection established by, but not necessarily limited to, the following cases:  See *Nationwide Ins. Co. of Fla. v. Demmo,* 57 So. 3d 982 (Fla. 2d DCA 2011); *Seminole Cas. Ins. Co. v. Mastrominas,* 6 So. 3d 1256, 1258 (Fla. 2d DCA 2009); *State Farm Florida Ins. Co. v. Ramirez,* 86 So. 3d 1198 (Fla. 3d DCA 2012); *State Farm Fire and Cas. Co. v. Valido,* 662 So. 2d 1012 (Fla. 3d DCA 1995); *State Farm Florida Ins. Co. v. Aloni,* 101 So. 3d 412 (Fla. 4th DCA 2012); *State Farm Mutual Automobile Insurance Co. v. Tranchese,* 49 So. 3d 809, 810 (Fla. 4th DCA 2010); *Travelers Indem. Co. of Connecticut v Attorney's Title Ins.Fund, Inc.* 2015 WL 6869365 (M.D. Fla. Nov. 9, 2015).

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 000002 | 000003 | 8/16/22 | Email string | Travis Plohocky of Sedgwick; Stephen Sheffield of Envista | Stephen Sheffield of Envista; Gabriel Garcia of McLarens; Travis Plohocky of Sedgwick | Carrier Work Product |
| 000004 | 000006 | 7/29/22 | Email string *Redacted | Sedgwick | Travis Plohocky of Sedgwick; Sedgwick | Carrier Work Product |
| 000066 | 000068 | 8/16/22 | Email string | Gabriel Garcia of McLarens; Travis Plohocky of Sedgwick; Stephen Sheffield of Envista | Travis Plohocky of Sedgwick; Stephen Sheffield of Envista; Gabriel Garcia of McLarens | Carrier Work Product |
| 000121 | 000124 | 8/17/22 | Email string | Travis Plohocky of Sedgwick; Gabriel Garcia of McLarens; Stephen Sheffield of Envista | Gabriel Garcia of McLarens; McLarens; Travis Plohocky of Sedgwick; Stephen Sheffield of Envista | Carrier Work Product |
| 000125 | 000127 | 8/16/22 | Email string | Gabriel Garcia of McLarens; Travis Plohocky of Sedgwick; Stephen Sheffield of Envista | Travis Plohocky of Sedgwick; Stephen Sheffield of Envista; Gabriel Garcia of McLarens | Carrier Work Product |

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 000180 | 000182 | 8/16/22 | Email string | Gabriel Garcia of McLarens; Travis Plohocky of Sedgwick; Stephen Sheffield of Envista | Travis Plohocky of Sedgwick; McLarens; Stephen Sheffield of Envista; Gabriel Garcia of McLarens | Carrier Work Product |
| 000243 | 000245 | 6/17/22 | Email | Sedgwick | Sedgwick | Carrier Work Product |
| 000246 | 000246 | 6/21/22 | Email | McLarens | Sedgwick | Carrier Work Product |
| 000247 | 000247 | 6/21/22 | Letter | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick | Carrier Work Product |
| 000248 | 000248 | 8/10/22 | Email | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 000256 | 000256 | 8/17/22 | Email | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 000257 | 000258 | 8/17/22 | Draft letter to Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 000259 | 000261 | 8/16/22 | Email string | Gabriel Garcia of McLarens; Travis Plohocky of Sedgwick; Stephen Sheffield of Envista | Travis Plohocky of Sedgwick; McLarens; Stephen Sheffield of Envista; Gabriel Garcia of McLarens | Carrier Work Product |

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 000314 | 000316 | 8/17/22 | 2nd Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |
| 000369 | 000370 | 8/21/22 | Email string | Travis Plohocky of Sedgwick; Sedgwick | Sedgwick; Travis Plohocky of Sedgwick | Carrier Work Product |
| 000371 | 000372 | 8/21/22 | Draft letter to Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 000373 | 000375 | 8/21/22 | 2nd Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |
| 000376 | 000376 | 7/29/22 | Email | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 000377 | 000379 | 7/29/22 | 1st Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |
| 000380 | 000385 | 7/29/22 | Preliminary Report | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick | Carrier Work Product; Reserves; Proprietary |
| 000386 | 000539 | 7/1/22 | Estimate | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |
| 000582 | 000584 | 6/17/22 | Email | Sedgwick | Sedgwick | Carrier Work Product |
| 000812 | 000813 | 8/8/22 | Email string | Travis Plohocky of Sedgwick; Sedgwick | Sedgwick | Carrier Work Product |
| 000814 | 000816 | 8/8/22 | 1st Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 000817 | 000822 | 7/29/22 | Preliminary Report | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick | Carrier Work Product; Reserves; Proprietary |
| 000823 | 000976 | 7/1/22 | Estimate | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |
| 001019 | 001021 | 7/17/22 | Email | Sedgwick | Sedgwick | Carrier Work Product |
| 001135 | 001141 | 8/8/22 | Draft letter to Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 001256 | 001256 | 6/17/22 | Email | Sedgwick | Travis Plohocky of Sedgwick; Sedgwick | Carrier Work Product |
| 001259 | 001261 | 6/17/22 | Email | Sedgwick | Sedgwick | Carrier Work Product |
| 001263 | 001265 | 9/9/22 | Invoice | McLarens | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |
| 001266 | 001268 | 6/17/22 | Claim Summary | Sedgwick | Sedgwick | Carrier Work Product |
| 001382 | 001382 | 6/17/22 | Claim Summary | Sedgwick | Sedgwick | Carrier Work Product |
| 001383 | 001383 | 6/17/22 | Claim Summary | Sedgwick | Sedgwick | Carrier Work Product |
| 001603 | 001605 | 8/26/22 | 2nd Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |
| 001943 | 001945 | 6/17/22 | Email | Sedgwick | Sedgwick | Carrier Work Product |

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 001946 | 001951 | 7/29/22 | Preliminary Report | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick | Carrier Work Product; Reserves; Proprietary |
| 001952 | 002105 | 7/1/22 | Estimate | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |
| 002147 | 002149 | 8/8/22 | 1st Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |
| 002377 | 002379 | 6/17/22 | Email | Sedgwick | Sedgwick | Carrier Work Product |
| 002380 | 002385 | 7/29/22 | Preliminary Report | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick | Carrier Work Product; Reserves; Proprietary |
| 002386 | 002539 | 7/1/22 | Estimate | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |
| 002808 | 002810 | 6/17/22 | Email | Sedgwick | Sedgwick | Carrier Work Product |
| 002811 | 002816 | 7/29/22 | Preliminary Report | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick | Carrier Work Product; Reserves; Proprietary |
| 002817 | 002970 | 7/1/22 | Estimate | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |
| 003125 | 003130 | 7/29/22 | Preliminary Report | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick | Carrier Work Product; Reserves; Proprietary |
| 003131 | 003284 | 7/1/22 | Estimate | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 003326 | 003331 | 7/29/22 | Preliminary Report | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick | Carrier Work Product; Reserves; Proprietary |
| 003332 | 003485 | 7/1/22 | Estimate | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |
| 003527 | 003529 | 7/29/22 | Email string *Redacted | Sedgwick | Travis Plohocky of Sedgwick; Sedgwick | Carrier Work Product |
| 003622 | 003622 | 6/20/22 | Email | Sedgwick | ARCH | Carrier Work Product |
| 003623 | 003624 | 6/20/22 | Letter | Sedgwick | ARCH | Carrier Work Product |
| 003625 | 003627 | 7/29/22 | 1st Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |
| 003628 | 003630 | 8/8/22 | 1st Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |
| 003633 | 003633 | 7/29/22 | Email | McLarens | Travis Plohocky of Sedgwick; Gabriel Garcia of McLarens | Carrier Work Product |
| 003634 | 003639 | 7/29/22 | Preliminary Report | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick | Carrier Work Product; Reserves; Proprietary |
| 003640 | 003793 | 7/1/22 | Estimate | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 003835 | 003836 | 8/10/22 | Email string | Travis Plohocky of Sedgwick; McLarens | Gabriel Garcia of McLarens; McLarens; Travis Plohocky of Sedgwick | Carrier Work Product |
| 003879 | 003880 | 6/27/22 | Email string *Redacted | Travis Plohocky of Sedgwick | Gabriel Garcia of McLarens | Carrier Work Product |
| 003922 | 003923 | 7/11/22 | Email string *Redacted | Travis Plohocky of Sedgwick | Gabriel Garcia of McLarens | Carrier Work Product |
| 003965 | 003966 | 9/7/22 | Email string | Chris Ramey, Esq.; Travis Plohocky of Sedgwick | Travis Plohocky of Sedgwick; Maddy MeConnah ey, Esq.; Butler; Chris Ramey, Esq. | Carrier Work Product |
| 003967 | 003968 | 9/7/22 | Email | Travis Plohocky of Sedgwick | Chris Ramey, Esq. | Carrier Work Product |
| 004136 | 004138 | 9/8/22 | Email string | Travis Plohocky of Sedgwick; Chris Ramey, Esq. | Chris Ramey, Esq.; Maddy MeConnah ey, Esq.; Butler; Travis Plohocky of Sedgwick | Carrier Work Product |
| 004139 | 004140 | 8/26/22 | Draft letter to Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 004141 | 004143 | 8/10/22 | Claim Notes | Sedgwick | Sedgwick | Carrier Work Product; Reserves; Proprietary |
| 004144 | 004148 | 8/10/22 | Email | Envista | Travis Plohocky of Sedgwick | Carrier Work Product |
| 004149 | 004150 | 6/21/22 | Email string | Travis Plohocky of Sedgwick; ARCH; Sedgwick | Sedgwick; ARCH | Carrier Work Product |
| 004151 | 004152 | 00/00/0000 | Letter | Sedgwick | ARCH | Carrier Work Product |
| 004153 | 004156 | 7/18/22 | Email *Redacted | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 004157 | 004157 | 9/8/22 | Email | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 004158 | 004158 | 9/8/22 | Claim Summary | Sedgwick | Sedgwick | Carrier Work Product |
| 004159 | 004160 | 9/9/22 | Email | McLarens | Sedgwick | Carrier Work Product |
| 004161 | 004163 | 9/9/22 | Invoice | McLarens | Sedgwick | Carrier Work Product |
| 004164 | 004165 | 8/21/22 | Draft letter to Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 004166 | 004167 | 8/26/22 | Draft letter to Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 004168 | 004169 | 9/14/22 | Draft letter to Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 004170 | 004171 | 8/26/22 | Draft letter to Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 004172 | 004178 | 8/8/22 | Draft letter to Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 004179 | 004185 | 8/8/22 | Draft letter to Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 004186 | 004197 | 8/8/22 | Claim Summary | Sedgwick | Sedgwick | Carrier Work Product |
| 004198 | 004200 | 8/17/22 | 2nd Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |
| 004201 | 004203 | 8/21/22 | 2nd Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |
| 004782 | 004782 | 9/8/22 | Email | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 004783 | 004783 | 9/8/22 | Claim Summary | Sedgwick | Sedgwick | Carrier Work Product |
| 004784 | 004784 | 8/8/22 | Email | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 004785 | 004787 | 8/8/22 | 1st Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |
| 004788 | 004793 | 7/29/22 | Preliminary Report | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick | Carrier Work Product; Reserves; Proprietary |

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 004794 | 004947 | 7/1/22 | Estimate | Gabriel Garcia of McLarens | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |
| 004990 | 004992 | 6/17/22 | Email | Sedgwick | Sedgwick | Carrier Work Product |
| 005106 | 005112 | 8/8/22 | Draft letter to Dania Martinez of Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 005227 | 005228 | 8/8/22 | Email string | ARCH; Travis Plohocky of Sedgwick | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |
| 005229 | 005229 | 8/26/22 | Email | Travis Plohocky of Sedgwick | ARCH; Sedgwick | Carrier Work Product |
| 005230 | 005231 | 8/26/22 | Draft letter to Dania Martinez of Your Insurance Attorney | Travis Plohocky of Sedgwick | Sedgwick | Carrier Work Product |
| 005232 | 005234 | 8/16/22 | Email string | Gabriel Garcia of McLarens; Travis Plohocky of Sedgwick; Steve Sheffield of Envista | Travis Plohocky of Sedgwick; Steve Sheffield of Envista; Gabriel Garcia of McLarens | Carrier Work Product |
| 005287 | 005289 | 8/26/22 | 2nd Report | Travis Plohocky of Sedgwick | ARCH | Carrier Work Product; Reserves; Proprietary |

| Bates Range[1] | | Date | Summary | Author | Recipient | Privilege Asserted |
|---|---|---|---|---|---|---|
| 005342 | 005343 | 8/26/22 | Email string | ARCH; Travis Plohocky of Sedgwick | Travis Plohocky of Sedgwick; ARCH; Sedgwick | Carrier Work Product |
| 005344 | 005345 | 6/21/22 | Email string | ARCH; Sedgwick | Travis Plohocky of Sedgwick; ARCH | Carrier Work Product |
| 005346 | 005347 | 6/20/22 | Letter | Sedgwick | ARCH | Carrier Work Product |
| 005348 | 005350 | 6/21/22 | Email string | Travis Plohocky of Sedgwick; ARCH; Sedgwick | ARCH; Travis Plohocky of Sedgwick | Carrier Work Product |
| 005465 | 005467 | 6/17/22 | Claim Summary | Sedgwick | Sedgwick | Carrier Work Product |

BUTLER WEIHMULLER KATZ CRAIG LLP



CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.:  1033019
mmeconnahey@butler.legal
Secondary:  hkerr@butler.legal
                    ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorneys for Defendant, ARCH SPECIALTY
INSURANCE COMPANY, UNITED SPECIALTY
INSURANCE COMPANY AND CERTAIN
UNDERWRITERS AT LLOYD'S, LONDON

SUBSCRIBING TO POLICY
NUMBER:VETGV06026210

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

Maximo A. Santiago, Esq.
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, FL  33133-5454
YIA3@yourinsuranceattorney.com
Secondary:  eservice@yourinsurance
attorney.com
Counsel for Plaintiff, STAR PROPERTY
NAKATOMI, LLC

by E-Portal on April 17, 2023.

_____

MADELINE S. MECONNAHEY, ESQ.

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2022-024631-CA-01
SECTION: CA23
JUDGE: Barbara Areces

**STAR PROPERTY NAKATOMI, LLC.**

Plaintiff(s)

vs.

**ARCH SPECIALTY INSURANCE COMPANY et al**

Defendant(s)

_____/

## CASE MANAGEMENT ORDER (STREAMLINED PATHWAY)

    **THIS CAUSE** came before the Court on case management review.  Based on the review of the file, and pursuant to Rule 2.545, Fla. R. Jud. Admin., the Court has established Case Management Deadlines, and it is hereby

    **ORDERED** that:

1. The parties shall comply with these Case Management Deadlines until further order of court.  The parties shall strictly comply with the deadlines and should expect that the case will be tried during the anticipated trial period specified, without continuances.  The parties cannot agree to extend the deadlines and cannot agree to waive any portion of the provisions of this order.

2. **Procedural Requirements**:  In addition to strict adherence to the Florida Rules of Civil Procedure and the Administrative Orders of the Court, the parties shall comply with the Case Management Procedures in this order.   The parties may not unilaterally extend any of the deadlines contained in the Case Management Procedures.   Deadlines may be altered by the Court where the interests of justice so require, upon prompt motion, notice and hearing.

| CASE MANAGEMENT DEADLINES | |
|---|---|
| **Deadline for Service of Complaint:** | 120 Days from filing of Complaint |
| **Deadline for Propounding Requests for Production, Requests to Admit and Interrogatories:** | 06/05/2023 |
| **Deadline for Initial Scheduling and Setting Depositions:** | 06/25/2023 |

| Deadline for Witness and Exhibit List: | 08/14/2023 |
|---|---|
| Deadline for Expert Disclosure: | 08/14/2023 |
| Deadline for Inspections/Examinations: | 08/14/2023 |
| Deadline for Adding Parties: | 08/14/2023 |
| Deadline for Discovery Completion (Including Depositions): | 09/03/2023 |
| Deadline for Dispositive Motions: | 10/03/2023 |
| Deadline for ADR/Mediation: | 10/23/2023 |
| Deadline for Pretrial Motions and Jury Instructions: | 12/02/2023 |
| Trial Ready Deadline: | 01/01/2024 |

## CASE MANAGEMENT PROCEDURES
### Motion Practice

1. **Duty to Communicate**:  Prior to filing any motion, counsel have a duty to confer with each other directly in good faith, *not through staff*, to attempt to narrow or resolve issues.  "In good faith" means you are professional and temperate in your communications, you return phone calls and emails in a timely manner, and you do not set unreasonable deadlines for responses.

2. **Scheduling of Hearings**:  Motions filed (other than dispositive motions or those requiring testimony) must be noticed for hearing on the first available motion calendar.  Motions not promptly set for hearing may be ruled upon by the Court on the papers.

3. **Compelling Discovery where there has been no response**:  The parties are to comply with Administrative Order 06-09 when moving to compel production of propounded discovery.  These motions shall be submitted via courtMAP with supporting documents and shall not be placed on motion calendar.

4. **Motions for Protective Order**:  Motions for protective order must be filed as soon as the grounds are known.  Counsel should be coordinating deposition dates for specific parties/witnesses and have a duty to confer regarding any issues that would be the subject of a motion for protective order prior to scheduling the deposition.  The filing of the motion must not be delayed until immediately prior to the scheduled deposition.  A motion for protective order does not automatically stay the deposition and the deposition shall proceed unless an order granting the motion is entered by the Court.

5. **Motions for Extension**:  Motions for extension of time must state with specificity the reason why extension is needed and anticipated deadline for competition, which may not exceed the time allowed for the original deadline absent extraordinary circumstances. The Court may rule upon submission of the motion without a hearing. Any motion for extension of time must be preceded by a meet and confer with opposing counsel and absent agreement, be set

for hearing immediately upon filing. Counsel should be prepared to respond promptly in the event the motion is denied.

6. **Dispositive Motions**:  Motions which may dispose of specific issues, portions of the case or the entire case should be filed <u>and</u> set for hearing as soon as possible.  Parties wishing to pursue a dispositive motion should target the essential discovery promptly.  <u>Parties should confer to assure necessary discovery is scheduled to be completed and will be completed prior to a special set hearing date</u>.  <u>Last minute cancellations are disfavored</u>.

7. **Amendment of Pleadings**: Motions to amend should be filed so as not to affect the date of trial.  Although the Court recognizes the rule of liberality with regard to amendment of pleadings, liberality declines with an approaching trial date unless the amendment involves newly discovered information not previously available. Review your pleadings for necessary amendment(s) early, not as part of last-minute trial preparation.

## Discovery

8. **Written Discovery shall be propounded promptly**:

   a. **Objections**:  If objections to written discovery involve the phrasing of the request or time frame of any discovery request, these objections may not be extended (even if the parties agree) and are due at the time the initial response is due.  Failure to timely make these objections, constitutes a waiver.  Parties shall comply with the "Duty to Communicate" above, prior to setting timely made objections for hearing.

   b. **Documents made available for inspection and copying**:  If discovery responses provide that the documents are available for inspection and copying at a mutually convenient time and place, the responding party shall immediately (within 48 hours) provide three alternative dates and times that the documents are available for inspection and copying.  All of the dates shall be within ten (10) days.  Failure to provide the dates and times shall constitute a failure to respond to discovery.  Review shall occur within fifteen (15) days of the response, absent extraordinary circumstances. Examples of "extraordinary circumstances" include a sole practitioner in trial on another case, a medical emergency, prepaid vacation, and a death in the family.

   c. **Privilege Logs**:  Privilege logs are due at the time of the response and may not be reserved to be provided later.  Privilege logs must specifically identify the document in accordance with Rule 1.280(b)(6), Fla.R.Civ.P.

   Failure to timely provide the privilege log may result in the waiver of the privilege. This procedure requires preparation of a privilege log with respect to all documents, electronically stored information, things and oral communications withheld on the basis of a claim of privilege or work product e<u>x</u>cept the following:  written and oral communications between a party and their counsel after commencement of the action and work product material created after commencement of the action.

Parties are instructed that where they believe that the divulgence of the logging information would necessarily cause disclosure of the allegedly privileged information, they must identify that the item exists and that *in camera* review by the court will be sought.  The item may be described generically. However, if the Court determines that there is nothing inherent in the divulgence of the existence of the document or the logging information required that would violate privilege, the Court will impose sanctions for any *in camera* request determined to be frivolous.  *In camera* requests by the party claiming the privilege must be signed by both the requesting attorney and the client, so as to assure that all are aware of the request and the consequences.

    d. **<u>Expert Disclosure</u>**:  Parties should furnish opposing counsel with the names and addresses of all expert witness under Rule 1.390(a) to be called at trial and all information regarding expert testimony that is required by Rule 1.280(b)(5). Each party is limited to one expert per specialty. No other expert testimony should be permitted at trial. Information furnished pursuant to this paragraph should be timely filed.

9.  **<u>Depositions</u>**:  The parties are ordered to block time now for necessary depositions to be set in this case Expert deposition time should be coordinated and blocked as soon as experts are known to ensure compliance with this schedule.  Depositions may commence at any time. Refer to paragraph 4 above regarding motions for protective order.

<div align="center">

**<u>Witness and Exhibits Lists</u>**

</div>

10. **<u>Witness and Exhibit Lists</u>**:  The parties shall timely exchange their witness and exhibit lists.  The lists shall include complete proper names and addresses.  If counsel chooses to list their bar address as the witness' address, counsel is deemed to have agreed to produce the witness voluntarily as they have withheld the information necessary for a witness subpoena, and counsel will be responsible for assuring that witness' presence at trial.

## **Mediation**

11. **Mediation**:  Parties must mediate by the Court's deadline.  The parties are responsible for assuring that they have all the necessary information to value their position prior to mediation.  If the parties fail to mediate before the mediation deadline, sanctions shall be imposed by the Court.  Failure to timely mediate shall not constitute just cause for a trial continuance.


**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>1st day of May, 2023</u>.


<u>2022-024631-CA-01 05-01-2023 2:26 PM</u>
Hon. Barbara Areces

**CIRCUIT COURT JUDGE**
Electronically Signed

**Electronically Served:**
Anthony M. Lopez Esq., YIA3@yourinsuranceattorney.com
Anthony M. Lopez Esq., EService@yourinsuranceattorney.com
Christopher M. Ramey, cramey@butler.legal
Christopher M. Ramey, hkerr@butler.legal
Madeline Sarah Meconnahey, mmeconnahey@butler.legal
Madeline Sarah Meconnahey, ebarker@butler.legal


**Physically Served:**

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC,

        Plaintiff,                       CASE NO.:  2022-024631-CA-01

vs.

ARCH SPECIALTY INSURANCE COMPANY,
UNITED SPECIALTY INSURANCE
COMPANY AND CERTAIN UNDERWRITERS
AT LLOYDS, LONDON SUBSCRIBING TO
POLICY NUMBER: VETGV06026210,

        Defendants.
_____/

## DEFENDANTS' FIRST REQUEST FOR PRODUCTION TO PLAINTIFF

Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY AND CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 (collectively the "INSURERS"), by and through its undersigned counsel, hereby requests that the Plaintiff, STAR PROPERTY NAKATOMI, LLC, produce a copy of the documents listed on the attached Exhibit "A," **within thirty (30) days of service hereof**, at the offices of BUTLER WEIHMULLER KATZ CRAIG LLP, 400 N. Ashley Drive, Suite 2300, Tampa, Florida 33602, where said documents shall be left for a reasonable period of time for copying or reproduction.

The Plaintiff will be in compliance with this Request for Production if said Plaintiff provides to the undersigned, by mail, a complete and legible copy of the requested items prior to the date fixed for production.

BUTLER WEIHMULLER KATZ CRAIG LLP

_____

CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.:  1033019
mmeconnahey@butler.legal
Secondary:  hkerr@butler.legal
                  ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that a true and correct copy herein has been furnished to:

Maximo A. Santiago
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, Florida 33133
VIA3@yourinsuranceattorney.com
eservice@yourinsuranceattorney.com
Attorneys for the Plaintiff

via E-Portal on May 9, 2023.

_____

MADELINE S. MECONNAHEY, ESQ.

2

## <u>INSTRUCTIONS</u>

1.      You are instructed either to produce documents as they are kept in the usual course of business or to produce documents organized and labeled to correspond with the categories in this Request.  Documents are to be produced in full and unexpurgated form.

2.      This Request shall be deemed continuing so as to require further and supplemental production in the event that the party requested to produce, or any of its attorneys, agents or representatives, obtains or discovers additional information or documents between the time of the initial production and the time of hearing or trial.

3.      If any documents covered by this Request are withheld by reason of a claim of privilege, work product immunity or other ground of non-production, a list is to be furnished at the time that the documents are produced identifying each such document for which the privilege is claimed specifically by its nature (<u>e.g.</u>, letter. memorandum, etc.) together with the following information with respect to any such document withheld:  author; recipient; sender; indicated or blind copies; date; subject matter; basis on which the privilege is claimed; number of pages; and the paragraph of this Request to which such document relates.

4.      If a portion of an otherwise responsive document contains information that is subject to a claim of privilege, only those portions of the document subject to the claim of privilege shall be deleted or redacted from the document and the rest of the document shall be produced.

5.      In the event that any document called for by this Request has been destroyed, lost, discarded or otherwise disposed of, each such document is to be identified as completely as possible, including, without limitation, the following information: author; recipient; sender; subject matter; date prepared or received; date of disposal; person currently in possession of the document; and the person disposing of the document.

6.      All objections to any category of documents to be produced pursuant to this Request or to any definition or instruction it contains shall be in writing and delivered to Defendants' counsel within the time provided in the Florida Rules of Civil Procedure or at such other time as is agreed upon by the parties or ordered by this Court.

7.      Where identification of a document is requested, please set forth the identity of its author or originator, the date of such authorship or origination, the identity of each person to whom the original or copy was addressed or delivered, the identity of each person known or reasonably believed to have present possession, custody, or control thereof, and a brief description of the subject matter thereof.

8.  Where identification of a person is requested, please set forth the person's name, last-known home and business address and telephone number, and relation to Plaintiff, if any.

9.  This Request for Production of Documents shall be deemed to be continuing so as to require further and supplemental responses as specified in the Florida Rules of Civil Procedure.

## **DEFINITIONS**

1.  "Plaintiff," and/or "Insured" means STAR PROPERTY NAKATOMI, LLC, its affiliates, agents, employees and representatives.

2.  "INSURERS" means Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY AND CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210, their affiliates, agents, employees and representatives.

3.  The "Subject Property" means the property located at 1801 S.W. 3rd Ave, Miami, FL 33129.

4.  The "Subject Claim" shall refer to Claim # 2022061701086199, with a date of loss of June 16, 2022.

5.  The term "representative" as used herein with regard to a person or entity means and includes each and every present and former director, officer, partner, employee, agent, independent consultant or expert or other person (including attorneys) acting or purporting to act on behalf of the person or entity.

6.  The term "document" or "documents" is used in its broadest sense and includes, without limitation, drafts, documents whether printed, recorded, stored or reproduced by any mechanical or electronic process, or written or produced by hand, and including computer tapes (including backup tapes) and all other computer-related documents, within your possession, custody or control. "Documents" shall also include (1) each copy that is not identical to the original or to any other copy, and (2) any tangible thing that is called for by or identified in response to any request.  "Document" as used herein shall be construed broadly to include all documents and things within the scope of the Florida Rules of Civil Procedure and refers to all writings or other graphic matter, as well as any other medium by which information is stored or recorded.  It includes originals, drafts, copies and reproductions; and it includes, without limiting the generality of the foregoing, letters; memoranda; reports and/or summaries of investigations; police reports; accident reports; opinions or reports of consultants; diagrams; marginal comments appearing on any documents; accounts; telegrams; studies; lists of persons attending meetings or conferences; records or memoranda of telephone conversations; written statements; transcripts or recorded statements; recorded statements; records of personal conversations or interviews; calculations; computations; specifications; drawings; advertisements; circulars; trade letters; press releases; prints; recordings; positive or negative films, slides or photographs; magnetic, electronic or video tapes; computer tapes, cards or printouts; and all other things of like nature; and any and all containers, boxes or other receptacles or repositories housing or containing such "documents."

3

7.     The term "communication" shall mean any transmission of information by any means, including, without limitation, by spoken language, electronic transmission of data or any other means.  The term "communication" shall include, without limitation, any copies of written information received by the person or entity responding to this request, even if such person or entity is not the primary or direct addressee of such written information.

8.     The term "referring" or "relating" shall mean showing, disclosing, averting to, comprising, evidencing, constituting or reviewing.

9.     "Person" means a natural person, firm, association, partnership, corporation or other firm of legal or business entity, public or private.

10.    The singular includes the plural and vice versa; the words "and" and "or" shall be both conjunctive; the word "all" means "any and all"; the word "any" means "any and all"; the word "including" means "including, without limitation."

11.    All other words have their plain and ordinary meaning.

## EXHIBIT "A"

1.    All estimates, proposals, contracts, written agreements, change orders, invoices, receipts, correspondence or all other documents concerning the damages you are seeking in your insurance claim.

2.    All contracts, change orders, proposals, invoices, receipts, statements, cancelled checks, investigative reports and all other records demonstrating repairs, renovations, modifications, or additions performed to the Subject Property from the date of purchase to the present date.

3.    All records of expenses you have incurred that are part of your insurance claim.

4.    All documents provided by any third party to the Plaintiff or its agents and/or representatives regarding the claimed damage to the Subject Property.

5.    All appraisals, inspections, disclosures, or warranties obtained or provided pertaining to the insured premises.

6.    All documents the Plaintiff contends support its insurance claim and complaint.

7.    All documents supporting or demonstrating any awards, settlements and/or payments received from INSURERS or any other source pertaining to the damages you are seeking in the insurance claim.

8.    All documents supporting or demonstrating all insurance claims made by you and/or your representatives for any type of damage associated with Subject Property.

9.    All photographs or videos, which depict the alleged damage at the Subject Property on or after the claimed date of loss.

10.   All photographs or videos, which show the condition of the Subject Property prior to the claimed date of loss.

11.   All documents identified, referenced, relied upon or indicated in Plaintiff's Answers to Defendants' First Set of Interrogatories.

12.   All documents that evidence any ownership or other controlling or possessory interest by the members of STAR PROPERTY NAKATOMI, LLC.

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC,

    Plaintiff,                    CASE NO.:  2022-024631-CA-01

vs.

ARCH SPECIALTY INSURANCE COMPANY,
UNITED SPECIALTY INSURANCE
COMPANY AND CERTAIN UNDERWRITERS
AT LLOYDS, LONDON SUBSCRIBING TO
POLICY NUMBER: VETGV06026210,

    Defendants.

_____/

## **DEFENDANTS' NOTICE OF SERVING**
## **FIRST SET OF INTERROGATORIES TO PLAINTIFF**

    Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY AND CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210 (collectively the "INSURERS"), by and through its undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.340, hereby files its notice of serving First Set of Interrogatories to Plaintiff, STAR PROPERTY NAKATOMI, LLC, numbered 1 through 4, which are to be answered within thirty (30) days after service, by Plaintiff, in writing and under oath, inserting said answers upon the original and serving the original on Defendants' counsel pursuant to the Florida Rules of Civil Procedure.

                        BUTLER WEIHMULLER KATZ CRAIG LLP

                        _____

                        CHRISTOPHER M. RAMEY, ESQ.
                        Florida Bar No.:  0044808

cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.:  1033019
mmeconnahey@butler.legal
Secondary:   hkerr@butler.legal
                     ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:     (813) 281-0900
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I certify that the foregoing <u>Notice</u> has been furnished by e-Portal and that the foregoing <u>Notice</u> and <u>Interrogatories</u> have been furnished to the above-named addressee(s) and to the following by e-mail on May 9, 2023:

Maximo A. Santiago
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, Florida 33133
VIA3@yourinsuranceattorney.com
eservice@yourinsuranceattorney.com
Attorneys for the Plaintiff

_____
MADELINE S. MECONNAHEY, ESQ.

## **INSTRUCTIONS**

1.    You are instructed either to produce documents as they are kept in the usual course of business or to produce documents organized and labeled to correspond with the categories in this Interrogatory. Documents are to be produced in full and unexpurgated form.

2.    If any documents covered by this Interrogatory are withheld by reason of a claim of privilege, work product immunity or other ground of non-production, a list is to be furnished at the time that documents are produced identifying each such documents for which the privilege is claimed specifically by its nature (e.g., letter, memorandum, etc.) together with the following information with respect to any such document withheld:  author; recipient; sender; indicated or blind copies; date; subject matter; basis on which the privilege is claimed; number of pages; and the paragraph of this Interrogatory to which such document relates.

3.    If a portion of an otherwise responsive document contains information that is subject to a claim of privilege, only those portions of the document subject to the claim of privilege shall be deleted or redacted from the document and the rest of the document shall be produced.

4.    In the event that any document called for by this Interrogatory has been destroyed, lost, discarded or otherwise disposed of, each such document is to be identified as completely as possible, including, without limitation, the following information:  author; recipient; sender; subject matter; date prepared or received; date of disposal; person currently in possession of the document; and the person disposing of the document.

5.    All objections to any category of documents to be produced pursuant to this Interrogatory or to any definition or instruction it contains shall be in writing and delivered to Defendants' counsel within the time provided in the Florida Rules of Civil Procedure or at such other time as is agreed upon by the parties or ordered by this Court.

6.    Where identification of a document is requested, please set forth the identity of its author or originator, the date of such authorship or origination, the identity of each person to whom the original or copy was addressed or delivered, the identity of each person known or reasonably believed to have present possession, custody, or control thereof, and a brief description of the subject matter thereof.

7.    Where identification of a person is requested, please set forth the person's name, last-known home and business address and telephone number, and relation to Plaintiff, if any.

**DEFINITIONS**

1.  "Plaintiff," and/or "Insured" means STAR PROPERTY NAKATOMI, LLC, its affiliates, agents, employees and representatives.

2.  "INSURERS" means Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY AND CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210, their affiliates, agents, employees and representatives.

3.  The "Subject Property" means the property located at 1801 S.W. 3rd Ave, Miami, FL 33129.

4.  The "Subject Claim" shall refer to Claim # 2022061701086199, with a date of loss of June 16, 2022.

5.  The term "representative" as used herein with regard to a person or entity means and includes each and every present and former director, officer, partner, employee, agent, independent consultant or expert or other person (including attorneys) acting or purporting to act on behalf of the person or entity.

6.  The term "document" or "documents" is used in its broadest sense and includes, without limitation, drafts, documents whether printed, recorded, stored or reproduced by any mechanical or electronic process, or written or produced by hand, and including computer tapes (including backup tapes) and all other computer-related documents, within your possession, custody or control. "Documents" shall also include (1) each copy that is not identical to the original or to any other copy, and (2) any tangible thing that is called for by or identified in response to any request.  "Document" as used herein shall be construed broadly to include all documents and things within the scope of the Florida Rules of Civil Procedure and refers to all writings or other graphic matter, as well as any other medium by which information is stored or recorded.  It includes originals, drafts, copies and reproductions; and it includes, without limiting the generality of the foregoing, letters; memoranda; reports and/or summaries of investigations; police reports; accident reports; opinions or reports of consultants; diagrams; marginal comments appearing on any documents; accounts; telegrams; studies; lists of persons attending meetings or conferences; records or memoranda of telephone conversations; written statements; transcripts or recorded statements; recorded statements; records of personal conversations or interviews; calculations; computations; specifications; drawings; advertisements; circulars; trade letters; press releases; prints; recordings; positive or negative films, slides or photographs; magnetic, electronic or video tapes; computer tapes, cards or printouts; and all other things of like nature; and any and all containers, boxes or other receptacles or repositories housing or containing such "documents."

7.      The term "communication" shall mean any transmission of information by any means, including, without limitation, by spoken language, electronic transmission of data or any other means.  The term "communication" shall include, without limitation, any copies of written information received by the person or entity responding to this request, even if such person or entity is not the primary or direct addressee of such written information.

8.      The term "referring" or "relating" shall mean showing, disclosing, averting to, comprising, evidencing, constituting or reviewing.

9.      "Person" means a natural person, firm, association, partnership, corporation or other firm of legal or business entity, public or private.

10.     The singular includes the plural and vice versa; the words "and" and "or" shall be both conjunctive; the word "all" means "any and all"; the word "any" means "any and all"; the word "including" means "including, without limitation."

11.     All other words have their plain and ordinary meaning.

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC,

      Plaintiff,                    CASE NO.:  2022-024631-CA-01

vs.

ARCH SPECIALTY INSURANCE COMPANY,
UNITED SPECIALTY INSURANCE
COMPANY AND CERTAIN UNDERWRITERS
AT LLOYDS, LONDON SUBSCRIBING TO
POLICY NUMBER: VETGV06026210,

      Defendants.
_____/

## **DEFENDANTS' FIRST SET OF INTERROGATORIES**

1.    Please provide a specific dollar amount reflecting the damages you are seeking for the subject claim and identify all reports, estimates, proposals, contracts, written agreements, change orders, invoices, receipts, correspondence or any other documents supporting or demonstrating your claim for these damages.

**ANSWER:**

2.    Please provide a specific dollar amount reflecting any and all repairs, renovations or modifications made to correct the damages you are seeking for the subject claim and identify all documents supporting or demonstrating your incurred expenses for these repairs.

**ANSWER:**

3.      Aside from those damages identified in interrogatories 1 and 2 above, please state whether you are seeking any other damages in this litigation and, if so, describe in detail the nature of these damages, the basis for seeking these damages, and identify in detail all estimates, proposals, invoices, statements, receipts, correspondence or any other documents supporting or demonstrating your claim for these damages.

**<u>ANSWER:</u>**

4.      Please identify the current members of STAR PROPERTY NAKATOMI, LLC. Please also identify the address that is each members' domicile.  If any member of STAR PROPERTY NAKATOMI, LLC is also a limited liability company, please identify each member of that limited liability company as well as each member's domicile.

**<u>ANSWER:</u>**

STAR PROPERTY NAKATOMI, LLC

By: _____

Print Name: _____

Title: _____

## **ACKNOWLEDGMENT**

STATE OF FLORIDA

COUNTY OF

    BEFORE ME, the undersigned authority, personally appeared _____ on behalf of STAR PROPERTY NAKATOMI, LLC, who is personally known to me **OR** who has produced _____ as identification, and who, after first being duly sworn, deposes and says that he/she has read the foregoing Answers to Second Interrogatories which were propounded to him/her by the _____ and to the best of his/her knowledge and belief are true and correct.

    SWORN TO AND SUBSCRIBED before me, this _____ day of _____, 2023.

    *List type of identification produced or "N/A," whichever is applicable.

(SEAL)

_____
NOTARY PUBLIC

State of _____ at Large

My Commission Expires:

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC          Case No.: 2022-024631-CA-01

        Plaintiff,

vs.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER:VETGV06026210,

        Defendants.

_____/

**<u>DEFENDANTS' MOTION FOR AMENDED CASE MANAGEMENT ORDER</u>**

Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210, by and through their undersigned counsel, respectfully request the Court to enter an Amended Case Management Order, by stating the following:

1.    On December 28, 2022, Plaintiff filed a two count action against Defendants. Count I alleges breach of a first party property insurance contract in relation to Plaintiff's claim for water loss damages. Count II seeks a declaratory judgement.

2.    On January 18, 2023, Plaintiff served Defendants with Summons and Complaint.

3.    On February 7, 2023, Defendants filed their Answer with Affirmative Defenses to Count I of Plaintiff's Complaint. Defendants additionally filed a Motion to Dismiss Count II. At this time, the parties are working to set the Motion to Dismiss for a

hearing.

4.      On May 1, 2023, the Court entered its Case Management Order.  The Order is attached to this motion at "Exhibit 1."

5.      On May 9, 2023, Defendants served limited discovery including Defendants' First Request for Production to Plaintiff and Defendants' First Set of Interrogatories to Plaintiff.  The deadline for Plaintiff's responses was June 8, 2023.

6.      At this time, Plaintiff has yet to respond to Defendants' discovery.

7.      Pursuant to this Court's order, deadlines may be altered "where the interests of justice so require…"  *See* Exhibit 1.  Defendants can show good cause given its pending dispositive motion and outstanding discovery requests.

8.      Moreover, under Fla. R. Jud. Admin. 2.545(b), the Court is empowered to "control the progress of a case until the case is determined."

## Extension of Pre-Trial Deadlines

9.      Defendants respectfully request an extension of the following deadlines:

| Description of Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| **Deadline for Propounding Written Discovery** | June 5, 2023 | December 5, 2023 |
| **Deadline for Initial Scheduling and Setting of Depositions** | June 25, 2023 | January 3, 2023 |
| **Deadline for Witness and Exhibit List** | August 14, 2023 | February 14, 2023 |
| **Deadline for Expert Disclosure** | August 14, 2023 | February 14, 2023 |
| **Deadline for Discovery Completion (Including Depositions)** | September 3, 2023 | January 3, 2024 |
| **Deadline for Dispositive Motions** | October 3, 2023 | March 5, 2024 |
| **Deadline for ADR/Mediation** | October 23, 2023 | April 23, 2024 |

| Deadline for Pretrial Motions and Jury Instructions | December 2, 2023 | June 4, 2024 |
|---|---|---|
| Trial Ready Deadline | January 1, 2024 | July 2, 2024 |

10.     The extensions of time are requested in good faith and not for the purpose of delay.

11.     Plaintiff will not be prejudiced if this motion is granted, and, will likely benefit from the additional time.

WHEREFORE, Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO  POLICY NUMBER: VETGV06026210, respectfully request the Court grant Defendant's Motion for Amended Case Management Order, and for any other relief that this Court deems just a proper.

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.:  1033019
mmeconnahey@butler.legal
Secondary:      hkerr@butler.legal
                ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

Maximo A. Santiago
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, Florida 33133
YIA3@yourinsuranceattorney.com
eservice@yourinsuranceattorney.com
Attorneys for the Plaintiff

By e-portal on June 30, 2023

_____
MADELINE S. MECONNAHEY, ESQ.

EXHIBIT
1

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2022-024631-CA-01
SECTION: CA23
JUDGE: Barbara Areces

**STAR PROPERTY NAKATOMI, LLC.**

Plaintiff(s)

vs.

**ARCH SPECIALTY INSURANCE COMPANY et al**

Defendant(s)

_____/

## CASE MANAGEMENT ORDER (STREAMLINED PATHWAY)

**THIS CAUSE** came before the Court on case management review.  Based on the review of the file, and pursuant to Rule 2.545, Fla. R. Jud. Admin., the Court has established Case Management Deadlines, and it is hereby

**ORDERED** that:

1. The parties shall comply with these Case Management Deadlines until further order of court.  The parties shall strictly comply with the deadlines and should expect that the case will be tried during the anticipated trial period specified, without continuances.  The parties cannot agree to extend the deadlines and cannot agree to waive any portion of the provisions of this order.

2. **Procedural Requirements**:  In addition to strict adherence to the Florida Rules of Civil Procedure and the Administrative Orders of the Court, the parties shall comply with the Case Management Procedures in this order.   The parties may not unilaterally extend any of the deadlines contained in the Case Management Procedures.   Deadlines may be altered by the Court where the interests of justice so require, upon prompt motion, notice and hearing.

| CASE MANAGEMENT DEADLINES | |
|---|---|
| **Deadline for Service of Complaint:** | 120 Days from filing of Complaint |
| **Deadline for Propounding Requests for Production, Requests to Admit and Interrogatories:** | 06/05/2023 |
| **Deadline for Initial Scheduling and Setting Depositions:** | 06/25/2023 |

| | |
|---|---|
| **Deadline for Witness and Exhibit List:** | 08/14/2023 |
| **Deadline for Expert Disclosure:** | 08/14/2023 |
| **Deadline for Inspections/Examinations:** | 08/14/2023 |
| **Deadline for Adding Parties:** | 08/14/2023 |
| **Deadline for Discovery Completion (Including Depositions):** | 09/03/2023 |
| **Deadline for Dispositive Motions:** | 10/03/2023 |
| **Deadline for ADR/Mediation:** | 10/23/2023 |
| **Deadline for Pretrial Motions and Jury Instructions:** | 12/02/2023 |
| **Trial Ready Deadline:** | 01/01/2024 |

## CASE MANAGEMENT PROCEDURES
### Motion Practice

1. **Duty to Communicate**:  Prior to filing any motion, counsel have a duty to confer with each other directly in good faith, *not through staff*, to attempt to narrow or resolve issues.  "In good faith" means you are professional and temperate in your communications, you return phone calls and emails in a timely manner, and you do not set unreasonable deadlines for responses.

2. **Scheduling of Hearings**:  Motions filed (other than dispositive motions or those requiring testimony) must be noticed for hearing on the first available motion calendar.  Motions not promptly set for hearing may be ruled upon by the Court on the papers.

3. **Compelling Discovery where there has been no response**:  The parties are to comply with Administrative Order 06-09 when moving to compel production of propounded discovery.  These motions shall be submitted via courtMAP with supporting documents and shall not be placed on motion calendar.

4. **Motions for Protective Order**:  Motions for protective order must be filed as soon as the grounds are known.  Counsel should be coordinating deposition dates for specific parties/witnesses and have a duty to confer regarding any issues that would be the subject of a motion for protective order prior to scheduling the deposition.  The filing of the motion must not be delayed until immediately prior to the scheduled deposition.  A motion for protective order does not automatically stay the deposition and the deposition shall proceed unless an order granting the motion is entered by the Court.

5. **Motions for Extension**:  Motions for extension of time must state with specificity the reason why extension is needed and anticipated deadline for competition, which may not exceed the time allowed for the original deadline absent extraordinary circumstances. The Court may rule upon submission of the motion without a hearing. Any motion for extension of time must be preceded by a meet and confer with opposing counsel and absent agreement, be set

for hearing immediately upon filing. Counsel should be prepared to respond promptly in the event the motion is denied.

6. **Dispositive Motions**:  Motions which may dispose of specific issues, portions of the case or the entire case should be filed <u>and</u> set for hearing as soon as possible.  Parties wishing to pursue a dispositive motion should target the essential discovery promptly.  <u>Parties should confer to assure necessary discovery is scheduled to be completed and will be completed prior to a special set hearing date</u>.  <u>Last minute cancellations are disfavored</u>.

7. **Amendment of Pleadings**: Motions to amend should be filed so as not to affect the date of trial.  Although the Court recognizes the rule of liberality with regard to amendment of pleadings, liberality declines with an approaching trial date unless the amendment involves newly discovered information not previously available. Review your pleadings for necessary amendment(s) early, not as part of last-minute trial preparation.


## Discovery

8. **Written Discovery shall be propounded promptly**:

   a. **Objections**:  If objections to written discovery involve the phrasing of the request or time frame of any discovery request, these objections may not be extended (even if the parties agree) and are due at the time the initial response is due.  Failure to timely make these objections, constitutes a waiver.  Parties shall comply with the "Duty to Communicate" above, prior to setting timely made objections for hearing.

   b. **Documents made available for inspection and copying**:  If discovery responses provide that the documents are available for inspection and copying at a mutually convenient time and place, the responding party shall immediately (within 48 hours) provide three alternative dates and times that the documents are available for inspection and copying.  All of the dates shall be within ten (10) days.  Failure to provide the dates and times shall constitute a failure to respond to discovery.  Review shall occur within fifteen (15) days of the response, absent extraordinary circumstances. Examples of "extraordinary circumstances" include a sole practitioner in trial on another case, a medical emergency, prepaid vacation, and a death in the family.

   c. **Privilege Logs**:  Privilege logs are due at the time of the response and may not be reserved to be provided later.  Privilege logs must specifically identify the document in accordance with Rule 1.280(b)(6), Fla.R.Civ.P.

      Failure to timely provide the privilege log may result in the waiver of the privilege. This procedure requires preparation of a privilege log with respect to all documents, electronically stored information, things and oral communications withheld on the basis of a claim of privilege or work product e<u>xcept</u> the following:  written and oral communications between a party and their counsel after commencement of the action and work product material created after commencement of the action.

Parties are instructed that where they believe that the divulgence of the logging information would necessarily cause disclosure of the allegedly privileged information, they must identify that the item exists and that *in camera* review by the court will be sought.  The item may be described generically. However, if the Court determines that there is nothing inherent in the divulgence of the existence of the document or the logging information required that would violate privilege, the Court will impose sanctions for any *in camera* request determined to be frivolous.  *In camera* requests by the party claiming the privilege must be signed by both the requesting attorney and the client, so as to assure that all are aware of the request and the consequences.

d. **Expert Disclosure**:  Parties should furnish opposing counsel with the names and addresses of all expert witness under Rule 1.390(a) to be called at trial and all information regarding expert testimony that is required by Rule 1.280(b)(5). Each party is limited to one expert per specialty. No other expert testimony should be permitted at trial. Information furnished pursuant to this paragraph should be timely filed.

9. **Depositions**:  The parties are ordered to block time now for necessary depositions to be set in this case Expert deposition time should be coordinated and blocked as soon as experts are known to ensure compliance with this schedule.  Depositions may commence at any time. Refer to paragraph 4 above regarding motions for protective order.

### Witness and Exhibits Lists

10. **Witness and Exhibit Lists**:  The parties shall timely exchange their witness and exhibit lists. The lists shall include complete proper names and addresses.  If counsel chooses to list their bar address as the witness' address, counsel is deemed to have agreed to produce the witness voluntarily as they have withheld the information necessary for a witness subpoena, and counsel will be responsible for assuring that witness' presence at trial.

## **Mediation**

11. **Mediation**:  Parties must mediate by the Court's deadline.  The parties are responsible for assuring that they have all the necessary information to value their position prior to mediation.   If the parties fail to mediate before the mediation deadline, sanctions shall be imposed by the Court.  Failure to timely mediate shall not constitute just cause for a trial continuance.


**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 1st day of May, 2023.


~~2022-024631-CA-01 05-01-2023 2:26 PM~~

2022-024631-CA-01 05-01-2023 2:26 PM
Hon. Barbara Areces

**CIRCUIT COURT JUDGE**
Electronically Signed

**Electronically Served:**
Anthony M. Lopez Esq., YIA3@yourinsuranceattorney.com
Anthony M. Lopez Esq., EService@yourinsuranceattorney.com
Christopher M. Ramey, cramey@butler.legal
Christopher M. Ramey, hkerr@butler.legal
Madeline Sarah Meconnahey, mmeconnahey@butler.legal
Madeline Sarah Meconnahey, ebarker@butler.legal


**Physically Served:**

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2022-024631-CA-01
SECTION: CA23
JUDGE: Barbara Areces

**STAR PROPERTY NAKATOMI, LLC.**

Plaintiff(s)

vs.

**ARCH SPECIALTY INSURANCE COMPANY et al**

Defendant(s)

_____/

## AGREED ORDER ON DEFENDANT'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT

THIS CAUSE having come before the Court upon agreement of the parties, without a hearing, upon the foregoing, and the Court having reviewed same and being duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**:

1. Defendant's Motion to Dismiss Count II is **GRANTED**;

2. Count II of Plaintiff's Complaint is dismissed without prejudice.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 6th day of July, 2023.

2022-024631-CA-01 07-06-2023 1:29 PM
Hon. Barbara Areces

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Anthony M. Lopez Esq., YIA3@yourinsuranceattorney.com
Anthony M. Lopez Esq., EService@yourinsuranceattorney.com
Christopher M. Ramey, cramey@butler.legal
Christopher M. Ramey, hkerr@butler.legal
Madeline Sarah Meconnahey, mmeconnahey@butler.legal
Madeline Sarah Meconnahey, ebarker@butler.legal


**Physically Served:**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC

                            Case No.: 2022-024631-CA-01

           Plaintiff,

vs.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER:VETGV06026210,

           Defendants.
_____/

## **DEFENDANT'S EXPERT WITNESS LIST**

        Defendant, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210 (herein "DEFENDANTS") by and through its undersigned counsel, pursuant to this to the applicable Florida Rules of Civil Procedure and this Court's Case Management Order dated May 1, 2023, hereby files its expert witness list:

1.      Christian Scherf
        Director
        DBI Construction Consultants, LLC
        1401 NW 136th Avenue
        Suite 302
        Sunrise, FL 33323

        Defendants' expert engineering consultant.  Mr. Scherf will offer testimony pertaining to his observations at the inspection of the Subject Property, on June 16, 2022, and per the opinions provided in the DBI's report dated February 3, 2023 (attached as **Exhibit A**).

2.      Stephen G. Sheffield, P.E.
        Senior Project Engineer
        Civil/Structural
        Envista Forensics
        3914 U.S. 301 N, Unit 800
        Tampa, FL 33619

        Defendants' expert engineering consultant.  Mr. Sheffield will offer testimony pertaining to his observations at the inspection of the Subject Property, on August 26, 2022, and per the opinions provided in the Envista's report dated October 6, 2022 (attached as **Exhibit B**).

        DEFENDANTS reserves the right to amend its expert witness disclosure and/or

reserves the right to disclose any necessary rebuttal expert witnesses.

                        BUTLER WEIHMULLER KATZ CRAIG LLP


                        CHRISTOPHER M. RAMEY, ESQ.
                        Florida Bar No.:  0044808
                        cramey@butler.legal
                        MADELINE S. MECONNAHEY, ESQ.
                        Florida Bar No.:  1033019
                        mmeconnahey@butler.legal
                        Secondary:   hkerr@butler.legal
                                     ebarker@butler.legal
                        400 N. Ashley Drive, Suite 2300
                        Tampa, Florida  33602
                        Telephone:   (813) 281-1900
                        Facsimile:    (813) 281-0900
                        Attorneys for Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210

                **CERTIFICATE OF SERVICE**

        I certify that a copy hereof has been furnished to:

        Maximo A. Santiago
        Ariana Rubio Di Natale, Esq.

Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, Florida 33133
YIA3@yourinsuranceattorney.com
eservice@yourinsuranceattorney.com
Attorneys For Plaintiff, MENDEZ
COMPANY, LLC f/k/a AMAZON
PEDIATRICS

by e-Portal on August 14, 2023.

_____
MADELINE S. MECONNAHEY, ESQ.



**EXHIBIT A**

**D B I**   **BUILDING DAMAGE REPORT**



## Star Property Nakatomi LLC

1801 Southwest 3rd Avenue, Miami, Fl 33129

| | |
|---|---|
| Prepared for: | McLarens |
| Care of: | Gabriel Garcia |
| Claim #: | 009.022480.00 |
| Prepared by: | Christian Scherf Director |
| Prepared on: | February 3, 2023 |

Star Property Nakatomi LLC
Building Damage Report

## TABLE OF CONTENTS

Building Damage Report.........................................................................TAB 1

DBI Repair Estimate ..............................................................................TAB 2

Supporting Documents...........................................................................TAB 3

Envista Forensics – Report of Findings 6 Oct 2022 ................................ TAB 3.1

Field Photo Report .................................................................................TAB 4

DBI Construction Consultants, LLC

Star Property Nakatomi LLC
Building Damage Report

# BUILDING DAMAGE REPORT
# TAB 1

## BUILDING DAMAGE REPORT

## A.      Introduction

### A.1.     Assignment

At the request of McLarens, DBI was assigned to inspect, scope, photo document, and estimate the cost to repair water damages at 1801 Southwest 3rd Ave Miami, Fl 33129. DBI was advised that the date of loss was on or around June 16, 2022.

### A.2.     Property Overview

The property consists of a nine-story, office building of 30,622 square feet. The subject property is constructed using typical construction methods such as concrete and steel components and was originally constructed in 1981. Typical construction features include:

- Exterior: Stucco and painted concrete.

- Walls and Ceilings: Acoustical ceiling tile, painted concrete ceilings, drywall, and tile.

- Floors: Ceramic tile, wood laminate, and concrete (mech rooms).

- Millwork and Trim: Paint-grade baseboard and trim, and tile base.

- Doors and Openings: Steel and wood doors, metal and wood framed windows.

### A.3.     Inspection

In accordance with the assignment, Christian Scherf, Jaime Escudero, Cynthia Dorrego, and Randy Joseph of DBI inspected the property on October 31, 2022.

In brief, DBI was advised that a broken pipe from the cooling tower caused varying degrees of interior water damages. The observed conditions were consistent with this report.

## B.    DBI Building Repair Estimate

DBI has prepared a repair estimate to return the premises to its pre-loss condition, based on conditions observed at the time of inspection and information obtained prior to this report. The estimate is subject to change based on the presentation of new information. Please refer to Tab #2 for the complete DBI Repair Estimate.

A summary of the total estimated restoration costs is as follows:

| Description | RCV | Depreciation | ACV |
|---|---|---|---|
| DBI Repair Estimate | $196,808.11 | ($84,693.70) | $112,114.41 |

B.1.    Issues specific to the estimate

- The DBI repair estimate includes allowances for drywall repairs to the Mechanical Rooms on levels 1 through 8.

- DBI has allowed for flooring replacement in the reception, communal areas, and office spaces where the flooring is continuous. We have also allowed for replacement of quarter-round in all areas where flooring is being replaced.

- Based on observations made at the time of inspection, DBI has included allowances to repair drywall, baseboards, and quarter-round on levels 1 through 8.

- DBI has included allowances for painting of drywall, baseboard, and quarter-round in each of the affected areas.

- The DBI repair estimate includes allowances for ceiling tile replacement in the 4-Geeks office on the first floor, and on the second and fourth floor lobbies.

- The DBI repair estimate excludes allowances for damaged content items.

- The DBI repair estimate includes allowances to test, check, and complete minor mechanical repairs, as necessary.

- The DBI repair estimate excludes allowances for emergency services.  Upon request, DBI can review invoices for any incurred restoration costs.

- The DBI repair estimate has not given any consideration to potential asbestos containing materials, mold, or lead based paint and the cost associated with remediation.

- The DBI repair estimate is to make repairs with like kind and quality materials in the same configuration that existed prior to loss.

- The DBI repair estimate does not include any allowance for code upgrades that may become necessary during the restoration process.

B.2.    Period of restoration

Based on the observed damage, DBI estimates the following schedule regarding the period of restoration (exclusive of permit processing, material lead time, or other preconstruction activities):

| Repair Time | 3 - 5 weeks |
|---|---|

## C.    Supporting Documents

Prior to issuing this report, DBI was provided the following document:

- Envista Forensics – Report of Findings

These documents can be found in Tab #3 of this report.

## D.    DBI Photo Report

A photo report depicting observed conditions at the time of inspection has been provided at Tab #4 of this report. Upon request, captions and larger and/or additional images can be furnished.

*The findings and recommendations contained in this report are based on documentation obtained prior to the date of this report and are subject to change based on the presentation of new information. DBI's findings and recommendations are subject to coverage review by the insurance carrier(s) and their representatives.*

Star Property Nakatomi LLC
Building Damage Report

# DBI REPAIR ESTIMATE TAB 2

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

Client: Star Property Nakatomi LLC
Property: 1801 3rd Avenue
Miami, FL 33129

Type of Estimate: Water Damage

Price List: FLMI8X_JUN22
Labor Efficiency: Restoration/Service/Remodel
Estimate: STARPROP_NAKATOMI

## Summary

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 161,286.01 |
| Material Sales Tax | @ | 7.500% x | 41,916.34 | 3,143.85 |
| Subtotal | | | | 164,429.86 |
| Overhead | @ | 10.0% x | 160,570.88 | 16,057.22 |
| Profit | @ | 10.0% x | 160,570.88 | 16,057.22 |
| Total Cleaning Tax | @ | 7.500% x | 3,517.44 | 263.81 |
| **Replacement Cost Value** | | | | **$196,808.11** |
| Less Depreciation | | | | (84,693.70) |
| **Actual Cash Value** | | | | **$112,114.41** |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

The following repair estimate is to return the property to its pre-loss condition using like kind and quality materials.

Industry accepted repair techniques for fire, water or wind restoration have been considered.

This estimate does not give any consideration to potential mold growth, asbestos containing materials or lead based paint and the costs associated with remediation.

Depreciation has been applied based on the age and condition of the building components being replaced.

This estimate is based on site conditions observed at the time of DBI's inspection and is subject to change based on the presentation of new information.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**STARPROP_NAKATOMI**

**8th Floor**

**Main Level**

| 8th Floor Lobby | | | | Height: 8' |
|---|---|---|---|---|
| 892.00 SF Walls | | | 280.75 SF Ceiling | |
| 1172.75 SF Walls & Ceiling | | | 280.75 SF Floor | |
| 31.19 SY Flooring | | | 111.50 LF Floor Perimeter | |
| 111.50 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals:  8th Floor Lobby**                                                                   **0.00**

| Mech Room | | | | Height: 8' |
|---|---|---|---|---|
| 234.67 SF Walls | | | 45.65 SF Ceiling | |
| 280.31 SF Walls & Ceiling | | | 45.65 SF Floor | |
| 5.07 SY Flooring | | | 29.33 LF Floor Perimeter | |
| 29.33 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| 1. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |
| The above line items are to replace drywall removed to repair damaged pipes. | | | | | | |
| **Floor** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Heating, Ventilation, & Air Conditioning** | | | | | | |
| 2. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |
| **Paint** | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Mech Room**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 3. DRY | MASKSF | | + Mask per square foot for drywall work | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 4. PNT | MASKSF | | + Mask the floor per square foot - plastic and tape - 4 mil | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 5. PNT | SP2 | | + Seal/prime then paint the walls twice (3 coats) | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room**                                                                                      **1,569.26**

| Storage Closet | | Height: 8' |
|---|---|---|
| 78.67  SF Walls | 6.04  SF Ceiling | |
| 84.71  SF Walls & Ceiling | 6.04  SF Floor | |
| 0.67  SY Flooring | 9.83  LF Floor Perimeter | |
| 9.83  LF Ceil. Perimeter | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| No visible loss related damage in this area. | | | | | | |

**Totals:  Storage Closet**                                                                                      **0.00**

| Reception Area | | Height: 8' |
|---|---|---|
| 772.00  SF Walls | 424.12  SF Ceiling | |
| 1196.12  SF Walls & Ceiling | 424.12  SF Floor | |
| 47.12  SY Flooring | 96.50  LF Floor Perimeter | |
| 96.50  LF Ceil. Perimeter | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|--|--|--|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 6. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|-----|-------------|--|--|--|
| | | F | 424.12 SF | 1.46+ | 6.15 = | 3,227.56 |

**Finish Carpentry**

| 7. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|-----|-----|-----|-------------|--|--|--|
| | | PF | 96.50 LF | 0.20+ | 1.88 = | 200.72 |

**Paint**

| 8. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|-----|-----|-----|-------------|--|--|--|
| | | PF | 96.50 LF | 0.00+ | 1.47 = | 141.86 |
| 9. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 96.50 LF | 0.00+ | 1.60 = | 154.40 |
| 10. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 96.50 LF | 0.00+ | 0.87 = | 83.96 |

**Totals:  Reception Area**                                                                 **3,808.50**

---

**Conference Room**                                                                  **Height: 8'**

| | | | |
|--|--|--|--|
| 549.33 SF Walls | | 288.85 SF Ceiling | |
| 838.19 SF Walls & Ceiling | | 288.85 SF Floor | |
| 32.09 SY Flooring | | 68.67 LF Floor Perimeter | |
| 68.67 LF Ceil. Perimeter | | | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|--|--|--|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 11. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|-----|-------------|--|--|--|
| | | F | 288.85 SF | 1.46+ | 6.15 = | 2,198.15 |

**Finish Carpentry**

| 12. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|-----|-----|-----|-------------|--|--|--|
| | | PF | 68.67 LF | 0.20+ | 1.88 = | 142.83 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                  STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

## CONTINUED - Conference Room

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Paint** | | | | | | |
| 13. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 68.67 LF | 0.00+ | 1.47 = | 100.94 |
| 14. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 68.67 LF | 0.00+ | 0.87 = | 59.74 |
| 15. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 68.67 LF | 0.00+ | 1.60 = | 109.87 |

**Totals:  Conference Room**                                                             **2,611.53**

| | | | | | | |
|-----|-----|-----|-------------|---|---|---|
| **Office 1** | | | | | | **Height: 8'** |

| | | |
|---|---|---|
| 421.33 SF Walls | 170.85 SF Ceiling | |
| 592.19 SF Walls & Ceiling | 170.85 SF Floor | |
| 18.98 SY Flooring | 52.67 LF Floor Perimeter | |
| 52.67 LF Ceil. Perimeter | | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 16. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 170.85 SF | 1.46+ | 6.15 = | 1,300.17 |
| **Finish Carpentry** | | | | | | |
| 17. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 52.67 LF | 0.20+ | 1.88 = | 109.55 |
| **Paint** | | | | | | |
| 18. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 52.67 LF | 0.00+ | 1.47 = | 77.42 |
| 19. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 52.67 LF | 0.00+ | 0.87 = | 45.82 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 1**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| 20. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 52.67 LF | 0.00+ | 1.60 = | 84.27 |

**Totals:  Office 1**     **1,617.23**

| Office 2 | | | | | | Height: 8' |
|-----|-----|------|----------------------|--------|---------|-------|
| | | 576.00 SF Walls | | 320.00 SF Ceiling | | |
| | | 896.00 SF Walls & Ceiling | | 320.00 SF Floor | | |
| | | 35.56 SY Flooring | | 320.00 SF Floor | | |
| | | 72.00 LF Ceil. Perimeter | | 72.00 LF Floor Perimeter | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 21. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 320.00 SF | 1.46+ | 6.15 = | 2,435.20 |
| **Finish Carpentry** | | | | | | |
| 22. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 72.00 LF | 0.20+ | 1.88 = | 149.76 |
| **Paint** | | | | | | |
| 23. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 72.00 LF | 0.00+ | 1.47 = | 105.84 |
| 24. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 72.00 LF | 0.00+ | 1.60 = | 115.20 |
| 25. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 72.00 LF | 0.00+ | 0.87 = | 62.64 |

**Totals:  Office 2**     **2,868.64**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | **Office 3** | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| | 562.67 SF Walls | | 306.67 SF Ceiling |
|---|---|---|---|
| | 869.33 SF Walls & Ceiling | | 306.67 SF Floor |
| | 34.07 SY Flooring | | 70.33 LF Floor Perimeter |
| | 70.33 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 26. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 306.67 SF | 1.46+ | 6.15 = | 2,333.76 |

**Paint**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 27. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 70.33 LF | 0.00+ | 1.47 = | 103.39 |
| 28. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 70.33 LF | 0.00+ | 0.87 = | 61.19 |
| 29. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 70.33 LF | 0.00+ | 1.60 = | 112.53 |

**Totals: Office 3**      **2,610.87**

| | | **Office 4** | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| | 408.00 SF Walls | | 161.87 SF Ceiling |
|---|---|---|---|
| | 569.87 SF Walls & Ceiling | | 161.87 SF Floor |
| | 17.99 SY Flooring | | 51.00 LF Floor Perimeter |
| | 51.00 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 30. DRY | LF | & R&R 1/2" - drywall per LF - up to 2' tall | | | | |
| | | DRYLF_0.LF | 2.00 LF | 2.78+ | 11.00 = | 27.56 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 4**

| CAT | SEL | ACT DESCRIPTION | | REMOVE | REPLACE | TOTAL |
|-----|-----|-----------------|------|--------|---------|-------|
| | | CALC | QNTY | | | |
| **Floor** | | | | | | |
| 31. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 161.87 SF | 1.46+ | 6.15 = | 1,231.83 |
| **Finish Carpentry** | | | | | | |
| 32. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 51.00 LF | 0.20+ | 1.88 = | 106.08 |
| 33. FNC | B5M | & R&R Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | 13.58 | 13.58 LF | 0.62+ | 4.26 = | 66.27 |
| **Paint** | | | | | | |
| 34. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | 3*2 | 6.00 SF | 0.00+ | 0.27 = | 1.62 |
| 35. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 51.00 LF | 0.00+ | 1.47 = | 74.97 |
| 36. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 408.00 SF | 0.00+ | 1.44 = | 587.52 |
| 37. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 51.00 LF | 0.00+ | 0.87 = | 44.37 |
| 38. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 51.00 LF | 0.00+ | 1.60 = | 81.60 |

**Totals:  Office 4**                                                                                          **2,221.82**

| Office 5 | | | | | Height: 8' |
|----------|---|---|---|---|-----------|

| 386.67 SF Walls | 116.65 SF Ceiling |
|-----------------|-------------------|
| 503.31 SF Walls & Ceiling | 116.65 SF Floor |
| 12.96 SY Flooring | 48.33 LF Floor Perimeter |
| 48.33 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | REMOVE | REPLACE | TOTAL |
|-----|-----|-----------------|------|--------|---------|-------|
| | | CALC | QNTY | | | |

**Ceiling**
No visible loss related damage in this area.
**Walls**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 5**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------|--------|---------|-------|

No visible loss related damage in this area.

**Floor**

| 39. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 116.65 SF | 1.46+ | 6.15 = | 887.71 |

**Finish Carpentry**

| 40. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 48.33 LF | 0.20+ | 1.88 = | 100.53 |

**Paint**

| 41. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 48.33 LF | 0.00+ | 1.47 = | 71.05 |
| 42. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 48.33 LF | 0.00+ | 1.60 = | 77.33 |
| 43. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 48.33 LF | 0.00+ | 0.87 = | 42.05 |

**Totals:  Office 5**                                                         **1,178.67**

| Break Room | | | | | Height: 8' |
|---|---|---|---|---|---|

|  | 344.00 SF Walls | | 114.20 SF Ceiling |
|--|--|--|--|
|  | 458.20 SF Walls & Ceiling | | 114.20 SF Floor |
|  | 12.69 SY Flooring | | 43.00 LF Floor Perimeter |
|  | 43.00 LF Ceil. Perimeter | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------|--------|---------|-------|

**Ceiling**

No visible loss related damage in this area.

**Walls**

No visible loss related damage in this area.

**Floor**

| 44. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 114.20 SF | 1.46+ | 6.15 = | 869.06 |

**Finish Carpentry**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Break Room**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 45. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 43.00 LF | 0.20+ | 1.88 = | 89.44 |
| **Paint** | | | | | | |
| 46. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 43.00 LF | 0.00+ | 1.47 = | 63.21 |
| 47. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 43.00 LF | 0.00+ | 1.60 = | 68.80 |
| 48. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 43.00 LF | 0.00+ | 0.87 = | 37.41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Totals: Break Room** | | | | | | **1,127.92** |
| **Total: Main Level** | | | | | | **19,614.44** |
| **Total: 8th Floor** | | | | | | **19,614.44** |

### 7th Floor

### Main Level

| Mech Room | | | | | Height: 8' |
|-----------|---|---|---|---|------------|
| | 234.67 SF Walls | | | 45.65 SF Ceiling | |
| | 280.31 SF Walls & Ceiling | | | 45.65 SF Floor | |
| | 5.07 SY Flooring | | | 29.33 LF Floor Perimeter | |
| | 29.33 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| 49. DRY | 1/2 | | + 1/2" drywall - hung, taped, floated, ready for paint | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |
| The above line items are to replace drywall removed to repair damaged pipes. | | | | | | |
| **Floor** | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Mech Room

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

| CAT | SEL | | | REMOVE | REPLACE | TOTAL |
|-----|-----|-----|-----|-----|-----|-----|
| 50. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |

**Paint**

| 51. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 52. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 53. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room**                                                                **1,569.26**

---

**Reception Area**                                                              **Height: 8'**

| 1109.33  SF Walls | 858.83  SF Ceiling |
|-----|-----|
| 1968.17  SF Walls & Ceiling | 858.83  SF Floor |
| 95.43  SY Flooring | 138.67  LF Floor Perimeter |
| 138.67  LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | | | REMOVE | REPLACE | TOTAL |
|-----|-----|-----|-----|-----|-----|-----|
| 54. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 858.83 SF | 1.46+ | 6.15 = | 6,535.69 |

**Finish Carpentry**

| 55. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 138.67 LF | 0.20+ | 1.88 = | 288.43 |

**Paint**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Reception Area**

| CAT | SEL | | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 56. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 138.67 LF | 0.00+ | 1.47 = | 203.84 |
| 57. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 138.67 LF | 0.00+ | 1.60 = | 221.87 |
| 58. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 138.67 LF | 0.00+ | 0.87 = | 120.64 |

**Totals:  Reception Area**                                                                                                      **7,370.47**

| | | | Conference Room | | | Height: 8' |
|---|---|---|---|---|---|---|
| | | | 504.00 SF Walls | | 233.37 SF Ceiling | |
| | | | 737.37 SF Walls & Ceiling | | 233.37 SF Floor | |
| | | | 25.93 SY Flooring | | 63.00 LF Floor Perimeter | |
| | | | 63.00 LF Ceil. Perimeter | | | |

| CAT | SEL | | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| | | | | | | |
|---|---|---|---|---|---|---|
| 59. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 233.37 SF | 1.46+ | 6.15 = | 1,775.95 |

**Finish Carpentry**

| | | | | | | |
|---|---|---|---|---|---|---|
| 60. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 63.00 LF | 0.20+ | 1.88 = | 131.04 |

**Paint**

| | | | | | | |
|---|---|---|---|---|---|---|
| 61. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 63.00 LF | 0.00+ | 1.47 = | 92.61 |
| 62. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 63.00 LF | 0.00+ | 1.60 = | 100.80 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Conference Room**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| 63. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 63.00 LF | 0.00+ | 0.87 = | 54.81 |

**Totals: Conference Room** **2,155.21**

---

| **Office 1** | | | | | | **Height: 8'** |
|-----|-----|------|------|------|------|------|
| | | 376.00 SF Walls | | 138.03 SF Ceiling | | |
| | | 514.03 SF Walls & Ceiling | | 138.03 SF Floor | | |
| | | 15.34 SY Flooring | | 138.03 SF Floor | | |
| | | 47.00 LF Ceil. Perimeter | | 47.00 LF Floor Perimeter | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 64. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 138.03 SF | 1.46+ | 6.15 = | 1,050.40 |
| **Finish Carpentry** | | | | | | |
| 65. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 47.00 LF | 0.20+ | 1.88 = | 97.76 |
| **Paint** | | | | | | |
| 66. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 47.00 LF | 0.00+ | 1.47 = | 69.09 |
| 67. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 47.00 LF | 0.00+ | 1.60 = | 75.20 |
| 68. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 47.00 LF | 0.00+ | 0.87 = | 40.89 |

**Totals: Office 1** **1,333.34**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| Office 2 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 446.67 SF Walls | | | 190.67 SF Ceiling | | |
| | 637.33 SF Walls & Ceiling | | | 190.67 SF Floor | | |
| | 21.19 SY Flooring | | | 55.83 LF Floor Perimeter | | |
| | 55.83 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 69. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 190.67 SF | 1.46+ | 6.15 = | 1,451.00 |
| **Finish Carpentry** | | | | | | |
| 70. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 55.83 LF | 0.20+ | 1.88 = | 116.13 |
| **Paint** | | | | | | |
| 71. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 55.83 LF | 0.00+ | 1.47 = | 82.07 |
| 72. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 55.83 LF | 0.00+ | 1.60 = | 89.33 |
| 73. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 55.83 LF | 0.00+ | 0.87 = | 48.57 |

**Totals: Office 2** 1,787.10

| Office 3 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 324.00 SF Walls | | | 102.50 SF Ceiling | | |
| | 426.50 SF Walls & Ceiling | | | 102.50 SF Floor | | |
| | 11.39 SY Flooring | | | 40.50 LF Floor Perimeter | | |
| | 40.50 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323        STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 3**

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|------|-------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Walls**
No visible loss related damage in this area.

**Floor**

| 74. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---------|-----|---|------|-------|-------|-------|
| | | F | 102.50 SF | 1.46+ | 6.15 = | 780.03 |

**Finish Carpentry**

| 75. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|---------|-----|---|------|-------|-------|-------|
| | | PF | 40.50 LF | 0.20+ | 1.88 = | 84.24 |

**Paint**

| 76. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---------|--------|---|------|-------|-------|-------|
| | | PF | 40.50 LF | 0.00+ | 1.47 = | 59.54 |
| 77. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 40.50 LF | 0.00+ | 1.60 = | 64.80 |
| 78. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 40.50 LF | 0.00+ | 0.87 = | 35.24 |

**Totals:  Office 3**                                                          **1,023.85**

---

**Office 4**                                                          **Height: 8'**

| 316.00 SF Walls | 97.50 SF Ceiling |
|-----------------|------------------|
| 413.50 SF Walls & Ceiling | 97.50 SF Floor |
| 10.83 SY Flooring | 39.50 LF Floor Perimeter |
| 39.50 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|------|-------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 79. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---------|-----|---|------|-------|-------|-------|
| | | F | 97.50 SF | 1.46+ | 6.15 = | 741.98 |

2/1/2023                                                          Page: 16

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 4**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Finish Carpentry** | | | | | | |
| 80. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 39.50 LF | 0.20+ | 1.88 = | 82.16 |
| **Paint** | | | | | | |
| 81. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 39.50 LF | 0.00+ | 1.47 = | 58.07 |
| 82. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 39.50 LF | 0.00+ | 1.60 = | 63.20 |
| 83. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 39.50 LF | 0.00+ | 0.87 = | 34.37 |

**Totals:  Office 4**                                                                 **979.78**

| **Office 5** | | | | | **Height: 8'** | |
|---|---|---|---|---|---|---|
| | 317.33 SF Walls | | | 98.33 SF Ceiling | | |
| | 415.67 SF Walls & Ceiling | | | 98.33 SF Floor | | |
| | 10.93 SY Flooring | | | 39.67 LF Floor Perimeter | | |
| | 39.67 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 84. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 98.33 SF | 1.46+ | 6.15 = | 748.29 |
| **Finish Carpentry** | | | | | | |
| 85. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 39.67 LF | 0.20+ | 1.88 = | 82.51 |
| **Paint** | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 5**

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 86. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 87. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |
| 88. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 39.67 LF | 0.00+ | 0.87 = | 34.51 |

**Totals:  Office 5**                                                                                     **987.09**

| Office 6 | | | | | | Height: 8' |
|-----|-----|-----|-----|-----|-----|-----|

316.00  SF Walls                          97.50  SF Ceiling
413.50  SF Walls & Ceiling        97.50  SF Floor
10.83  SY Flooring                     39.50  LF Floor Perimeter
39.50  LF Ceil. Perimeter

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| 89. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 97.50 SF | 1.46+ | 6.15 = | 741.98 |

**Finish Carpentry**

| 90. FNC | QR | & R&R Quarter round - 3/4" | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | PF | 39.50 LF | 0.20+ | 1.88 = | 82.16 |

**Paint**

| 91. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | PF | 39.50 LF | 0.00+ | 1.47 = | 58.07 |
| 92. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 39.50 LF | 0.00+ | 1.60 = | 63.20 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 6**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 93. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.50 LF | 0.00+ | 0.87 = | 34.37 |

**Totals: Office 6** 979.78

| | | | | | | |
|---|---|---|---|---|---|---|
| **Office 7** | | | | | | **Height: 8'** |

| | | |
|---|---|---|
| 344.00 SF Walls | | 85.67 SF Ceiling |
| 429.67 SF Walls & Ceiling | | 85.67 SF Floor |
| 9.52 SY Flooring | | 85.67 LF Floor Perimeter |
| 43.00 LF Ceil. Perimeter | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 94. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 85.67 SF | 1.46+ | 6.15 = | 651.95 |
| **Finish Carpentry** | | | | | | |
| 95. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 43.00 LF | 0.20+ | 1.88 = | 89.44 |
| **Paint** | | | | | | |
| 96. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 43.00 LF | 0.00+ | 1.47 = | 63.21 |
| 97. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 43.00 LF | 0.00+ | 0.87 = | 37.41 |
| 98. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 43.00 LF | 0.00+ | 1.60 = | 68.80 |

**Totals: Office 7** 910.81

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

---

| Total: Main Level | 19,096.69 |
|---|---|

---

| Total: 7th Floor | 19,096.69 |
|---|---|

<br>

### 6th Floor
### Main Level

<br>

| 6th Floor Lobby | | Height: 8' |
|---|---|---|

| | |
|---|---|
| 886.67 SF Walls | 220.39 SF Ceiling |
| 1107.06 SF Walls & Ceiling | 220.39 SF Floor |
| 24.49 SY Flooring | 110.83 LF Floor Perimeter |
| 110.83 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

---

| Totals:  6th Floor Lobby | 0.00 |
|---|---|

<br>

| Mech Room | | Height: 8' |
|---|---|---|

| | |
|---|---|
| 234.67 SF Walls | 45.65 SF Ceiling |
| 280.31 SF Walls & Ceiling | 45.65 SF Floor |
| 5.07 SY Flooring | 29.33 LF Floor Perimeter |
| 29.33 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| 99. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
|---|---|---|---|---|---|---|
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.

**Floor**
No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Mech Room

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|--------|---------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 100. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |
| **Paint** | | | | | | |
| 101. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 102. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 103. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room**                                                                                              **1,569.26**

| Storage Closet | | | Height: 8' |
|----------------|--|--|------------|
| 78.67 SF Walls | | 6.04 SF Ceiling | |
| 84.71 SF Walls & Ceiling | | 6.04 SF Floor | |
| 0.67 SY Flooring | | 9.83 LF Floor Perimeter | |
| 9.83 LF Ceil. Perimeter | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals: Storage Closet**                                                                                                **0.00**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| Open Floor Area | | | Height: 8' |
|---|---|---|---|

| 1401.33 SF Walls | 1510.51 SF Ceiling |
|---|---|
| 2911.85 SF Walls & Ceiling | 1510.51 SF Floor |
| 167.83 SY Flooring | 175.17 LF Floor Perimeter |
| 175.17 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 104. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 1510.51 SF | 1.46+ | 6.15 = | 11,494.98 |

**Finish Carpentry**

| 105. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|---|---|---|---|---|---|---|
| | | PF | 175.17 LF | 0.20+ | 1.88 = | 364.35 |

**Paint**

| 106. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 175.17 LF | 0.00+ | 1.47 = | 257.50 |
| 107. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 175.17 LF | 0.00+ | 1.60 = | 280.27 |
| 108. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 175.17 LF | 0.00+ | 0.87 = | 152.40 |

**Totals:  Open Floor Area**                                                                                     **12,549.50**

| Office 3 | | | Height: 8' |
|---|---|---|---|

| 404.00 SF Walls | 156.18 SF Ceiling |
|---|---|
| 560.18 SF Walls & Ceiling | 156.18 SF Floor |
| 17.35 SY Flooring | 50.50 LF Floor Perimeter |
| 50.50 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 3**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Walls**
No visible loss related damage in this area.
**Floor**

| 109. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 156.18 SF | 1.46+ | 6.15 = | 1,188.53 |

**Finish Carpentry**

| 110. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 50.50 LF | 0.20+ | 1.88 = | 105.04 |

**Paint**

| 111. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 50.50 LF | 0.00+ | 1.47 = | 74.24 |
| 112. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 50.50 LF | 0.00+ | 0.87 = | 43.94 |
| 113. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 50.50 LF | 0.00+ | 1.60 = | 80.80 |

**Totals:  Office 3** 1,492.55

| Office 4 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

288.00 SF Walls                          80.83 SF Ceiling
368.83 SF Walls & Ceiling                80.83 SF Floor
8.98 SY Flooring                         36.00 LF Floor Perimeter
36.00 LF Ceil. Perimeter

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**

| 114. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 80.83 SF | 1.46+ | 6.15 = | 615.11 |

2/1/2023

Page: 23

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 4**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|--|--|--|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Finish Carpentry**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|--|--|--|
| 115. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |

**Paint**

| | | | | | | |
|-----|-----|-----|-------------|--|--|--|
| 116. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 117. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |
| 118. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

**Totals:  Office 4**                                                                                      **831.83**

---

**Office 5**                                                                                      **Height: 8'**

| | |
|--|--|
| 288.00  SF Walls | 80.83  SF Ceiling |
| 368.83  SF Walls & Ceiling | 80.83  SF Floor |
| 8.98  SY Flooring | 36.00  LF Floor Perimeter |
| 36.00  LF Ceil. Perimeter | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|--|--|--|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| | | | | | | |
|-----|-----|-----|-------------|--|--|--|
| 119. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 80.83 SF | 1.46+ | 6.15 = | 615.11 |

**Finish Carpentry**

| | | | | | | |
|-----|-----|-----|-------------|--|--|--|
| 120. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |

**Paint**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 5**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| 121. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 122. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |
| 123. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

**Totals:  Office 5**        **831.83**

| Office 6 | | | | | | Height: 8' |
|----------|--|--|--|--|--|------------|

|  |  |
|--|--|
| 298.67  SF Walls | 86.55  SF Ceiling |
| 385.22  SF Walls & Ceiling | 86.55  SF Floor |
| 9.62  SY Flooring | 37.33  LF Floor Perimeter |
| 37.33  LF Ceil. Perimeter | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 124. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 86.55 SF | 1.46+ | 6.15 = | 658.64 |
| **Finish Carpentry** | | | | | | |
| 125. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 37.33 LF | 0.20+ | 1.88 = | 77.65 |
| **Paint** | | | | | | |
| 126. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 37.33 LF | 0.00+ | 1.47 = | 54.88 |
| 127. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 37.33 LF | 0.00+ | 1.60 = | 59.73 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 6**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------------|--------|---------|-------|
| 128. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 37.33 LF | 0.00+ | 0.87 = | 32.48 |
| **Totals:  Office 6** | | | | | | **883.38** |

| Office 7 | | | | | | Height: 8' |
|----------|--|--|--|--|--|-----------|
| | | 318.67 SF Walls | | 68.03 SF Ceiling | | |
| | | 386.69 SF Walls & Ceiling | | 68.03 SF Floor | | |
| | | 7.56 SY Flooring | | 68.03 SF Floor | | |
| | | 39.83 LF Ceil. Perimeter | | 39.83 LF Floor Perimeter | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 129. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 68.03 SF | 1.46+ | 6.15 = | 517.70 |
| **Finish Carpentry** | | | | | | |
| 130. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 39.83 LF | 0.20+ | 1.88 = | 82.85 |
| **Paint** | | | | | | |
| 131. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.83 LF | 0.00+ | 1.47 = | 58.55 |
| 132. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.83 LF | 0.00+ | 1.60 = | 63.73 |
| 133. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.83 LF | 0.00+ | 0.87 = | 34.65 |
| **Totals:  Office 7** | | | | | | **757.48** |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                                   STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

---

**Total: Main Level**                                                         **18,915.83**

---

**Total: 6th Floor**                                                           **18,915.83**

---

### 5th Floor

### Main Level

| 5th Floor Lobby | | | | | Height: 8' |
|---|---|---|---|---|---|
| 886.67 SF Walls | | | | 234.36 SF Ceiling | |
| 1121.03 SF Walls & Ceiling | | | | 234.36 SF Floor | |
| 26.04 SY Flooring | | | | 110.83 LF Floor Perimeter | |
| 110.83 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

**Totals:  5th Floor Lobby**                                                      **0.00**

| Mech Room | | | | | Height: 8' |
|---|---|---|---|---|---|
| 234.67 SF Walls | | | | 45.65 SF Ceiling | |
| 280.31 SF Walls & Ceiling | | | | 45.65 SF Floor | |
| 5.07 SY Flooring | | | | 29.33 LF Floor Perimeter | |
| 29.33 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.
**Walls**

| 134. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | |
|---|---|---|---|---|---|
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.
**Floor**
No visible loss related damage in this area.
**Heating, Ventilation, & Air Conditioning**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Mech Room**

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 135. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |
| **Paint** | | | | | | |
| 136. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 137. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 138. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room**                                                                                      **1,569.26**

| | | | |
|---|---|---|---|
| **Storage Closet** | | | **Height: 8'** |
| | 78.67  SF Walls | 6.04  SF Ceiling | |
| | 84.71  SF Walls & Ceiling | 6.04  SF Floor | |
| | 0.67  SY Flooring | 9.83  LF Floor Perimeter | |
| | 9.83  LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals:  Storage Closet**                                                                                     **0.00**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | **Open Floor Area** | | | **Height: 8'** | |
|---|---|---|---|---|---|---|
| | | 1398.67 SF Walls | | 1480.52 SF Ceiling | | |
| | | 2879.19 SF Walls & Ceiling | | 1480.52 SF Floor | | |
| | | 164.50 SY Flooring | | 174.83 LF Floor Perimeter | | |
| | | 174.83 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Content Manipulation**

| 139. CON | LAB | + Content Manipulation charge - per hour | | | | |
|---|---|---|---|---|---|---|
| | | 4*8*2 | 64.00 HR | 0.00+ | 45.21 = | 2,893.44 |

The above line items are to remove and reset contents.  The calculation is based on an average daily crew size of 4 general laborers x 8 hour(s)/day x 2 day(s)/week.

**Ceiling**

No visible loss related damage in this area.

**Walls**

No visible loss related damage in this area.

**Floor**

| 140. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
|---|---|---|---|---|---|---|
| | | F | 1480.52 SF | 1.46+ | 6.15 = | 11,266.76 |

**Finish Carpentry**

| 141. FNC | QR | & R&R Quarter round - 3/4" | | | | |
|---|---|---|---|---|---|---|
| | | PF | 174.83 LF | 0.20+ | 1.88 = | 363.65 |

**Paint**

| 142. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
|---|---|---|---|---|---|---|
| | | PF | 174.83 LF | 0.00+ | 1.47 = | 257.00 |
| 143. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 174.83 LF | 0.00+ | 1.60 = | 279.73 |
| 144. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 174.83 LF | 0.00+ | 0.87 = | 152.10 |

**Totals:  Open Floor Area**                                                                 **15,212.68**

| | | **Office 3** | | | **Height: 8'** | |
|---|---|---|---|---|---|---|
| | | 404.00 SF Walls | | 156.18 SF Ceiling | | |
| | | 560.18 SF Walls & Ceiling | | 156.18 SF Floor | | |
| | | 17.35 SY Flooring | | 50.50 LF Floor Perimeter | | |
| | | 50.50 LF Ceil. Perimeter | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323       STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 145. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|----------|-----|---|---|---|---|---|
| | | F | 156.18 SF | 1.46+ | 6.15 = | 1,188.53 |

**Finish Carpentry**

| 146. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|----------|-----|---|---|---|---|---|
| | | PF | 50.50 LF | 0.20+ | 1.88 = | 105.04 |

**Paint**

| 147. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|----------|--------|---|---|---|---|---|
| | | PF | 50.50 LF | 0.00+ | 1.47 = | 74.24 |
| 148. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 50.50 LF | 0.00+ | 1.60 = | 80.80 |
| 149. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 50.50 LF | 0.00+ | 0.87 = | 43.94 |

**Totals:  Office 3**                                                                 **1,492.55**

---

**Office 4**                                                                 **Height: 8'**

| 288.00 SF Walls | 80.83 SF Ceiling |
|-----------------|------------------|
| 368.83 SF Walls & Ceiling | 80.83 SF Floor |
| 8.98 SY Flooring | 36.00 LF Floor Perimeter |
| 36.00 LF Ceil. Perimeter | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 150. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|----------|-----|---|---|---|---|---|
| | | F | 80.83 SF | 1.46+ | 6.15 = | 615.11 |

**Finish Carpentry**

| 151. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|----------|-----|---|---|---|---|---|
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 4**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| **Paint** | | | | | | |
| 152. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 153. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |
| 154. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

**Totals:  Office 4**                                                                              **831.83**

**Office 5**                                                                          **Height: 8'**

| | | |
|---|---|---|
| 288.00 SF Walls | | 80.83 SF Ceiling |
| 368.83 SF Walls & Ceiling | | 80.83 SF Floor |
| 8.98 SY Flooring | | 36.00 LF Floor Perimeter |
| 36.00 LF Ceil. Perimeter | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 155. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 80.83 SF | 1.46+ | 6.15 = | 615.11 |
| **Finish Carpentry** | | | | | | |
| 156. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |
| **Paint** | | | | | | |
| 157. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 158. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323

STARPROP_NAKATOMI

305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 5**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 159. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

**Totals: Office 5** **831.83**

| Office 6 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | | 298.67 SF Walls | | 86.55 SF Ceiling | | |
| | | 385.22 SF Walls & Ceiling | | 86.55 SF Floor | | |
| | | 9.62 SY Flooring | | 37.33 LF Floor Perimeter | | |
| | | 37.33 LF Ceil. Perimeter | | | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 160. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 86.55 SF | 1.46+ | 6.15 = | 658.64 |
| **Finish Carpentry** | | | | | | |
| 161. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 37.33 LF | 0.20+ | 1.88 = | 77.65 |
| **Paint** | | | | | | |
| 162. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 37.33 LF | 0.00+ | 1.47 = | 54.88 |
| 163. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 37.33 LF | 0.00+ | 1.60 = | 59.73 |
| 164. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 37.33 LF | 0.00+ | 0.87 = | 32.48 |

**Totals: Office 6** **883.38**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| **Office 7** | | | | | **Height: 8'** |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 318.67 SF Walls | | 68.03 SF Ceiling | |
| 386.69 SF Walls & Ceiling | | 68.03 SF Floor | |
| 7.56 SY Flooring | | 39.83 LF Floor Perimeter | |
| 39.83 LF Ceil. Perimeter | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 165. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 68.03 SF | 1.46+ | 6.15 = | 517.70 |

**Finish Carpentry**

| 166. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|---|---|---|---|---|---|---|
| | | PF | 39.83 LF | 0.20+ | 1.88 = | 82.85 |

**Paint**

| 167. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 39.83 LF | 0.00+ | 1.47 = | 58.55 |
| 168. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.83 LF | 0.00+ | 1.60 = | 63.73 |
| 169. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.83 LF | 0.00+ | 0.87 = | 34.65 |

| **Totals:  Office 7** | | | | | | **757.48** |
|---|---|---|---|---|---|---|

| **Total: Main Level** | | | | | | **21,579.01** |
|---|---|---|---|---|---|---|

| **Total: 5th Floor** | | | | | | **21,579.01** |
|---|---|---|---|---|---|---|

**4th Floor**

**Main Level**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| | | 4th Floor Lobby | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | | 976.00 SF Walls | | | 239.56 SF Ceiling | |
| | | 1215.56 SF Walls & Ceiling | | | 239.56 SF Floor | |
| | | 26.62 SY Flooring | | | 122.00 LF Floor Perimeter | |
| | | 122.00 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| 170. ACT | SG2 | M Material Only Suspended ceiling grid - 2' x 2' | | | | |
| | | 4'9*4 | 19.00 SF | 0.00+ | 0.74 = | 14.06 |
| 171. ACT | AV | M Material Only Acoustic ceiling tile | | | | |
| | | 12 | 12.00 SF | 0.00+ | 1.53 = | 18.36 |
| 172. ACT | LAB | + Acoustical Treatments Installer - per hour | | | | |
| | | 2*8*1 | 16.00 HR | 0.00+ | 98.16 = | 1,570.56 |

The above line items are to install acoustic ceiling tiles.  The calculation is based on an average daily crew size of 2 ceiling tile installer x 8 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**
No visible loss related damage in this area.

**Floor**
No visible loss related damage in this area.

**Totals:  4th Floor Lobby**                                                                                              **1,602.98**

| | | Mech Room | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | | 234.67 SF Walls | | | 45.65 SF Ceiling | |
| | | 280.31 SF Walls & Ceiling | | | 45.65 SF Floor | |
| | | 5.07 SY Flooring | | | 29.33 LF Floor Perimeter | |
| | | 29.33 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| 173. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.

**Floor**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### CONTINUED - Mech Room

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

| 174. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | |
| | | I | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |

**Paint**

| 175. DRY | MASKSF | + Mask per square foot for drywall work | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 176. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 177. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals: Mech Room**                                                                 **1,569.26**

---

**Storage Closet**                                                          **Height: 8'**

| 78.67 SF Walls | 6.04 SF Ceiling |
| 84.71 SF Walls & Ceiling | 6.04 SF Floor |
| 0.67 SY Flooring | 9.83 LF Floor Perimeter |
| 9.83 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

**Totals: Storage Closet**                                                        **0.00**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**Open Floor Area**                                                        **Height: 8'**

742.67  SF Walls                    301.94  SF Ceiling
1044.61  SF Walls & Ceiling          301.94  SF Floor
33.55  SY Flooring                  92.83  LF Floor Perimeter
92.83  LF Ceil. Perimeter

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**

178. ACT  AV    M Material Only Acoustic ceiling tile

| | | 3 | 3.00 SF | 0.00+ | 1.53 = | 4.59 |

179. ACT  LAB    + Acoustical Treatments Installer - per hour

| | | 1*2*1 | 2.00 HR | 0.00+ | 98.16 = | 196.32 |

The above line items are to install acoustic ceiling tiles.  The calculation is based on an average daily crew size of 1 ceiling tile installer x 8 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**
No visible loss related damage in this area.

**Floor**

180. FCW  LAM    & R&R Snaplock Laminate - simulated wood flooring

| | | F | 301.94 SF | 1.46+ | 6.15 = | 2,297.76 |

**Finish Carpentry**

181. FNC  B5M    R Detach & Reset Baseboard - 5 1/4" MDF - flat profile

| | | PF | 92.83 LF | 0.00+ | 0.00 = | 264.57 |

**Paint**

182. PNT  MASKLF    + Mask and prep for paint - plastic, paper, tape (per LF)

| | | PF | 92.83 LF | 0.00+ | 1.47 = | 136.46 |

183. PNT  B1SP    + Seal & paint baseboard - two coats

| | | PF | 92.83 LF | 0.00+ | 1.60 = | 148.53 |

**Totals:  Open Floor Area**                                                **3,048.23**

**Office 1**                                                        **Height: 8'**

568.00  SF Walls                    312.81  SF Ceiling
880.81  SF Walls & Ceiling          312.81  SF Floor
34.76  SY Flooring                  71.00  LF Floor Perimeter
71.00  LF Ceil. Perimeter

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 1**

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**

| 184. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 312.81 SF | 1.46+ | 6.15 = | 2,380.48 |

**Finish Carpentry**

| 185. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
|---|---|---|---|---|---|---|
| | | PF | 71.00 LF | 0.00+ | 0.00 = | 202.35 |

**Paint**

| 186. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 71.00 LF | 0.00+ | 1.47 = | 104.37 |
| 187. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 71.00 LF | 0.00+ | 1.60 = | 113.60 |

**Totals:  Office 1**                                                                                      **2,800.80**

**Office 2**                                                                                              **Height: 8'**

|  |  |  |  |
|---|---|---|---|
| 340.00 SF Walls | | 110.51 SF Ceiling | |
| 450.51 SF Walls & Ceiling | | 110.51 SF Floor | |
| 12.28 SY Flooring | | 42.50 LF Floor Perimeter | |
| 42.50 LF Ceil. Perimeter | | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**

| 188. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 110.51 SF | 1.46+ | 6.15 = | 840.98 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 2**

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|------|------|------|------|------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Finish Carpentry** | | | | | | |
| 189. FNC | B5M | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | 42.50 LF | 0.00+ | 0.00 = | 121.13 |
| **Paint** | | | | | | |
| 190. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 42.50 LF | 0.00+ | 1.47 = | 62.48 |
| 191. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 42.50 LF | 0.00+ | 1.60 = | 68.00 |

**Totals:  Office 2**                                                                              **1,092.59**

| Office 3 | | | | | | Height: 8' |
|-----|-----|------|------|------|------|------|
| | | 353.33 SF Walls | | 118.08 SF Ceiling | | |
| | | 471.42 SF Walls & Ceiling | | 118.08 SF Floor | | |
| | | 13.12 SY Flooring | | 44.17 LF Floor Perimeter | | |
| | | 44.17 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|------|------|------|------|------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 192. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 118.08 SF | 1.46+ | 6.15 = | 898.59 |
| **Finish Carpentry** | | | | | | |
| 193. FNC | B5M | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | 44.17 LF | 0.00+ | 0.00 = | 125.88 |
| **Paint** | | | | | | |
| 194. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 44.17 LF | 0.00+ | 1.47 = | 64.93 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 3**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| 195. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 44.17 LF | 0.00+ | 1.60 = | 70.67 |

**Totals:  Office 3** **1,160.07**

| | Office 4 | | | | | Height: 8' |
|---|----------|---|---|---|---|-----------|
| | 317.33 SF Walls | | | 79.77 SF Ceiling | | |
| | 397.10 SF Walls & Ceiling | | | 79.77 SF Floor | | |
| | 8.86 SY Flooring | | | 39.67 LF Floor Perimeter | | |
| | 39.67 LF Ceil. Perimeter | | | | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 196. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 79.77 SF | 1.46+ | 6.15 = | 607.05 |
| **Finish Carpentry** | | | | | | |
| 197. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
| | | PF | 39.67 LF | 0.00+ | 0.00 = | 113.06 |
| **Paint** | | | | | | |
| 198. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 199. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |

**Totals:  Office 4** **841.89**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                         STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| Copy Room | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | 209.33 | SF Walls | | 42.50 | SF Ceiling | |
| | 251.83 | SF Walls & Ceiling | | 42.50 | SF Floor | |
| | 4.72 | SY Flooring | | 26.17 | LF Floor Perimeter | |
| | 26.17 | LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 200. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 42.50 SF | 1.46+ | 6.15 = | 323.43 |

**Finish Carpentry**

| 201. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
|---|---|---|---|---|---|---|
| | | PF | 26.17 LF | 0.00+ | 0.00 = | 74.58 |

**Paint**

| 202. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 26.17 LF | 0.00+ | 1.47 = | 38.47 |
| 203. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 26.17 LF | 0.00+ | 1.60 = | 41.87 |

| **Totals: Copy Room** | | | | | | **478.35** |
|---|---|---|---|---|---|---|

| **Total: Main Level** | | | | | | **12,594.17** |
|---|---|---|---|---|---|---|

| **Total: 4th Floor** | | | | | | **12,594.17** |
|---|---|---|---|---|---|---|

**3rd Floor**

**Main Level**

| 3rd Floor Lobby | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | 930.67 | SF Walls | | 237.40 | SF Ceiling | |
| | 1168.06 | SF Walls & Ceiling | | 237.40 | SF Floor | |
| | 26.38 | SY Flooring | | 116.33 | LF Floor Perimeter | |
| | 116.33 | LF Ceil. Perimeter | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals: 3rd Floor Lobby** **0.00**

**Mech Room** **Height: 8'**

| | | |
|---|---|---|
| 234.67 SF Walls | | 45.65 SF Ceiling |
| 280.31 SF Walls & Ceiling | | 45.65 SF Floor |
| 5.07 SY Flooring | | 29.33 LF Floor Perimeter |
| 29.33 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| 204. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
|----------|-----|---------|---------|---------|---------|---------|
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.

| 205. DRY | 1/2 | & R&R 1/2" drywall - hung, taped, floated, ready for paint | | | | |
|----------|-----|---------|---------|---------|---------|---------|
| | | 6*4 | 24.00 SF | 0.51+ | 2.71 = | 77.28 |

**Floor**
No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

| 206. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
|----------|---------|---------|---------|---------|---------|---------|
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |

**Paint**

| 207. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
|----------|--------|---------|---------|---------|---------|---------|
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 208. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 209. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals: Mech Room** **1,646.54**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| Storage Closet | | | | | Height: 8' |
|---|---|---|---|---|---|
| 78.67 SF Walls | | | 6.04 SF Ceiling | | |
| 84.71 SF Walls & Ceiling | | | 6.04 SF Floor | | |
| 0.67 SY Flooring | | | 9.83 LF Floor Perimeter | | |
| 9.83 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals: Storage Closet**                                                                                     **0.00**

| Open Floor Area | | | | | Height: 8' |
|---|---|---|---|---|---|
| 742.67 SF Walls | | | 301.94 SF Ceiling | | |
| 1044.61 SF Walls & Ceiling | | | 301.94 SF Floor | | |
| 33.55 SY Flooring | | | 92.83 LF Floor Perimeter | | |
| 92.83 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Content Manipulation** | | | | | | |
| 210. CON | LAB | + Content Manipulation charge - per hour | | | | |
| | | 2*4*2 | 16.00 HR | 0.00+ | 45.21 = | 723.36 |
| The above line items are to remove and reset contents.  The calculation is based on an average daily crew size of 2 floor installers x 4 hour(s)/day x 2 day(s)/week. | | | | | | |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 211. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 301.94 SF | 1.46+ | 6.15 = | 2,297.76 |
| **Finish Carpentry** | | | | | | |
| 212. FNC | B5M | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | 92.83 LF | 0.00+ | 0.00 = | 264.57 |
| **Paint** | | | | | | |
| 213. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 92.83 LF | 0.00+ | 1.47 = | 136.46 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### CONTINUED - Open Floor Area

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| 214. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 92.83 LF | 0.00+ | 1.60 = | 148.53 |

**Totals: Open Floor Area**          **3,570.68**

---

**Office 1**          **Height: 8'**

| | |
|---|---|
| 568.00 SF Walls | 312.81 SF Ceiling |
| 880.81 SF Walls & Ceiling | 312.81 SF Floor |
| 34.76 SY Flooring | 71.00 LF Floor Perimeter |
| 71.00 LF Ceil. Perimeter | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 215. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 312.81 SF | 1.46+ | 6.15 = | 2,380.48 |
| **Finish Carpentry** | | | | | | |
| 216. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
| | | PF | 71.00 LF | 0.00+ | 0.00 = | 202.35 |
| **Paint** | | | | | | |
| 217. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 71.00 LF | 0.00+ | 1.47 = | 104.37 |
| 218. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 71.00 LF | 0.00+ | 1.60 = | 113.60 |

**Totals: Office 1**          **2,800.80**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| | | Office 2 | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 340.00 SF Walls | 110.51 SF Ceiling |
| 450.51 SF Walls & Ceiling | 110.51 SF Floor |
| 12.28 SY Flooring | 42.50 LF Floor Perimeter |
| 42.50 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | | | |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 219. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 110.51 SF | 1.46+ | 6.15 = | 840.98 |
| **Finish Carpentry** | | | | | | |
| 220. FNC | B5M | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | 42.50 LF | 0.00+ | 0.00 = | 121.13 |
| **Paint** | | | | | | |
| 221. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 42.50 LF | 0.00+ | 1.47 = | 62.48 |
| 222. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 42.50 LF | 0.00+ | 1.60 = | 68.00 |

**Totals:  Office 2**                                                                                    **1,092.59**

| | | Office 3 | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 353.33 SF Walls | 118.08 SF Ceiling |
| 471.42 SF Walls & Ceiling | 118.08 SF Floor |
| 13.12 SY Flooring | 44.17 LF Floor Perimeter |
| 44.17 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | | | |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Office 3

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------|------|--------|---------|-------|
| **Floor** | | | | | | | |
| 223. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | | 118.08 SF | 1.46+ | 6.15 = | 898.59 |
| **Finish Carpentry** | | | | | | | |
| 224. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | | 44.17 LF | 0.00+ | 0.00 = | 125.88 |
| **Paint** | | | | | | | |
| 225. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | | 44.17 LF | 0.00+ | 1.47 = | 64.93 |
| 226. PNT | B1SP | | + Seal & paint baseboard - two coats | | | | |
| | | PF | | 44.17 LF | 0.00+ | 1.60 = | 70.67 |

**Totals:  Office 3**        **1,160.07**

---

### Office 4      Height: 8'

| | |
|---|---|
| 317.33  SF Walls | 79.77  SF Ceiling |
| 397.10  SF Walls & Ceiling | 79.77  SF Floor |
| 8.86  SY Flooring | 39.67  LF Floor Perimeter |
| 39.67  LF Ceil. Perimeter | |

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------|------|--------|---------|-------|
| **Ceiling** | | | | | | | |
| No visible loss related damage in this area. | | | | | | | |
| **Walls** | | | | | | | |
| No visible loss related damage in this area. | | | | | | | |
| **Floor** | | | | | | | |
| 227. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | | 79.77 SF | 1.46+ | 6.15 = | 607.05 |
| **Finish Carpentry** | | | | | | | |
| 228. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | | 39.67 LF | 0.00+ | 0.00 = | 113.06 |
| **Paint** | | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 4**

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 229. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 230. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |

**Totals:  Office 4**                                                                 **841.89**

| Copy Room | | | | | Height: 8' |
|-----------|--|--|--|--|------------|

209.33 SF Walls
251.83 SF Walls & Ceiling
4.72 SY Flooring
26.17 LF Ceil. Perimeter

42.50 SF Ceiling
42.50 SF Floor
26.17 LF Floor Perimeter

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**

| 231. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | F | 42.50 SF | 1.46+ | 6.15 = | 323.43 |

**Finish Carpentry**

| 232. FNC | B5M | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | PF | 26.17 LF | 0.00+ | 0.00 = | 74.58 |

**Paint**

| 233. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | PF | 26.17 LF | 0.00+ | 1.47 = | 38.47 |
| 234. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 26.17 LF | 0.00+ | 1.60 = | 41.87 |

**Totals:  Copy Room**                                                                 **478.35**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| Total: Main Level | 11,590.92 |
|---|---|

| Total: 3rd Floor | 11,590.92 |
|---|---|

## 2nd Floor

## Main Level

### 2nd Floor Lobby                                                           Height: 8'

| | |
|---|---|
| 886.67 SF Walls | 234.42 SF Ceiling |
| 1121.09 SF Walls & Ceiling | 234.42 SF Floor |
| 26.05 SY Flooring | 110.83 LF Floor Perimeter |
| 110.83 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| 235. ACT | AV | M Material Only Acoustic ceiling tile | | | | |
| | | 10 | 10.00 SF | 0.00+ | 1.53 = | 15.30 |
| 236. ACT | LAB | + Acoustical Treatments Installer - per hour | | | | |
| | | 2*8*1 | 16.00 HR | 0.00+ | 98.16 = | 1,570.56 |

The above line items are to install acoustic ceiling tiles.  The calculation is based on an average daily crew size of 2 ceiling tile installer x 8 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**
No visible loss related damage in this area.

**Floor**
No visible loss related damage in this area.

| Totals:  2nd Floor Lobby | 1,585.86 |
|---|---|

### Mech Room                                                                Height: 8'

| | |
|---|---|
| 234.67 SF Walls | 45.65 SF Ceiling |
| 280.31 SF Walls & Ceiling | 45.65 SF Floor |
| 5.07 SY Flooring | 29.33 LF Floor Perimeter |
| 29.33 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

## CONTINUED - Mech Room

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| 237. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.

| 238. DRY | 1/2 | & R&R 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 3*8 | 24.00 SF | 0.51+ | 2.71 = | 77.28 |

**Floor**
No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

| 239. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |

**Paint**

| 240. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 241. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 242. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals: Mech Room** **1,646.54**

| Storage Closet | | | Height: 8' |
|---|---|---|---|
| | 78.67 SF Walls | 6.04 SF Ceiling | |
| | 84.71 SF Walls & Ceiling | 6.04 SF Floor | |
| | 0.67 SY Flooring | 9.83 LF Floor Perimeter | |
| | 9.83 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Storage Closet**

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Totals:  Storage Closet**                                                                 **0.00**

**Open Floor Area**                                                                         **Height: 8'**

| | | |
|---|---|---|
| 742.67 SF Walls | 301.94 SF Ceiling | |
| 1044.61 SF Walls & Ceiling | 301.94 SF Floor | |
| 33.55 SY Flooring | 92.83 LF Floor Perimeter | |
| 92.83 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| 243. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 301.94 SF | 1.46+ | 6.15 = | 2,297.76 |

**Finish Carpentry**

| 244. FNC | QR | & R&R Quarter round - 3/4" | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | PF | 92.83 LF | 0.20+ | 1.88 = | 193.09 |

**Paint**

| 245. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | PF | 92.83 LF | 0.00+ | 1.47 = | 136.46 |
| 246. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 92.83 LF | 0.00+ | 1.60 = | 148.53 |
| 247. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 92.83 LF | 0.00+ | 0.87 = | 80.76 |

**Totals:  Open Floor Area**                                                               **2,856.60**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | **Office 1** | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| | | 568.00 SF Walls | | 312.81 SF Ceiling | | |
|---|---|---|---|---|---|---|
| | | 880.81 SF Walls & Ceiling | | 312.81 SF Floor | | |
| | | 34.76 SY Flooring | | 71.00 LF Floor Perimeter | | |
| | | 71.00 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 248. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 312.81 SF | 1.46+ | 6.15 = | 2,380.48 |

**Finish Carpentry**

| 249. FNC | QR | & R&R Quarter round - 3/4" | | | | |
|---|---|---|---|---|---|---|
| | | PF | 71.00 LF | 0.20+ | 1.88 = | 147.68 |

**Paint**

| 250. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
|---|---|---|---|---|---|---|
| | | PF | 71.00 LF | 0.00+ | 1.47 = | 104.37 |
| 251. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 71.00 LF | 0.00+ | 1.60 = | 113.60 |
| 252. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 71.00 LF | 0.00+ | 0.87 = | 61.77 |

**Totals: Office 1** — **2,807.90**

| | | **Office 2** | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| | | 340.00 SF Walls | | 110.51 SF Ceiling | | |
|---|---|---|---|---|---|---|
| | | 450.51 SF Walls & Ceiling | | 110.51 SF Floor | | |
| | | 12.28 SY Flooring | | 42.50 LF Floor Perimeter | | |
| | | 42.50 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Office 2

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|

**Walls**
No visible loss related damage in this area.

**Floor**

| 253. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 110.51 SF | 1.46+ | 6.15 = | 840.98 |

**Finish Carpentry**

| 254. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 42.50 LF | 0.20+ | 1.88 = | 88.40 |

**Paint**

| 255. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 42.50 LF | 0.00+ | 1.47 = | 62.48 |
| 256. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 42.50 LF | 0.00+ | 1.60 = | 68.00 |
| 257. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 42.50 LF | 0.00+ | 0.87 = | 36.98 |

**Totals: Office 2**          **1,096.84**

---

**Office 3**          **Height: 8'**

| 353.33 SF Walls | 118.08 SF Ceiling |
| 471.42 SF Walls & Ceiling | 118.08 SF Floor |
| 13.12 SY Flooring | 44.17 LF Floor Perimeter |
| 44.17 LF Ceil. Perimeter | |

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 258. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 118.08 SF | 1.46+ | 6.15 = | 898.59 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 3**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Finish Carpentry** | | | | | | |
| 259. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 44.17 LF | 0.20+ | 1.88 = | 91.87 |
| **Paint** | | | | | | |
| 260. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 44.17 LF | 0.00+ | 1.47 = | 64.93 |
| 261. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 44.17 LF | 0.00+ | 1.60 = | 70.67 |
| 262. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 44.17 LF | 0.00+ | 0.87 = | 38.43 |

**Totals: Office 3**                                                    **1,164.49**

| Office 4 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 317.33 SF Walls | | | 79.77 SF Ceiling | | |
| | 397.10 SF Walls & Ceiling | | | 79.77 SF Floor | | |
| | 8.86 SY Flooring | | | 39.67 LF Floor Perimeter | | |
| | 39.67 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 263. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 79.77 SF | 1.46+ | 6.15 = | 607.05 |
| **Finish Carpentry** | | | | | | |
| 264. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 39.67 LF | 0.20+ | 1.88 = | 82.51 |
| **Paint** | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 4**

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 265. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 266. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |
| 267. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.67 LF | 0.00+ | 0.87 = | 34.51 |

**Totals:  Office 4**                                                                                      **845.85**

| Copy Room | | | | Height: 8' |
|---|---|---|---|---|
| | 209.33  SF Walls | | 42.50  SF Ceiling | |
| | 251.83  SF Walls & Ceiling | | 42.50  SF Floor | |
| | 4.72  SY Flooring | | 26.17  LF Floor Perimeter | |
| | 26.17  LF Ceil. Perimeter | | | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 268. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 42.50 SF | 1.46+ | 6.15 = | 323.43 |

**Finish Carpentry**

| | | | | | | |
|---|---|---|---|---|---|---|
| 269. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 26.17 LF | 0.20+ | 1.88 = | 54.43 |

**Paint**

| | | | | | | |
|---|---|---|---|---|---|---|
| 270. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 26.17 LF | 0.00+ | 1.47 = | 38.47 |
| 271. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 26.17 LF | 0.00+ | 1.60 = | 41.87 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### CONTINUED - Copy Room

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 272. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 26.17 LF | 0.00+ | 0.87 = | 22.77 |

**Totals:  Copy Room** — 480.97

**Total: Main Level** — 12,485.05

**Total: 2nd Floor** — 12,485.05

### 1st Floor

### 4 Geeks

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| 273. ACT | AV | | M Material Only Acoustic ceiling tile | | | |
| | | 5 | 5.00 SF | 0.00+ | 1.53 = | 7.65 |
| 274. ACT | LAB | | + Acoustical Treatments Installer - per hour | | | |
| | | 2*3*1 | 6.00 HR | 0.00+ | 98.16 = | 588.96 |

The above line items are to install acoustic ceiling tiles.  The calculation is based on an average daily crew size of 2 ceiling tile installer x 3 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**
No visible loss related damage in this area.

**Floor**
No visible loss related damage in this area.

**Totals:  4 Geeks** — 596.61

### Main Level

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

---

**1st Floor Lobby**                                                                        **Height: 8'**

| | |
|---|---|
| 1209.33 SF Walls | 439.56 SF Ceiling |
| 1648.90 SF Walls & Ceiling | 439.56 SF Floor |
| 48.84 SY Flooring | 151.17 LF Floor Perimeter |
| 151.17 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| 275. DRY | TEX++ | + Texture drywall - smooth / skim coat | | | | |
|---|---|---|---|---|---|---|
| | | WS69.SF | 322.67 SF | 0.00+ | 1.61 = | 519.50 |
| 276. DRY | TEXMK | + Texture drywall - machine - knockdown | | | | |
| | | WS69.SF | 322.67 SF | 0.00+ | 0.94 = | 303.31 |

**Floor**
No visible loss related damage in this area.

**Paint**

| 277. DRY | MASKLF | + Mask wall - plastic, paper, tape (per LF) | | | | |
|---|---|---|---|---|---|---|
| | | PF-25,5 | 125.75 LF | 0.00+ | 1.52 = | 191.14 |
| 278. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF-25,5 | 125.75 LF | 0.00+ | 1.47 = | 184.85 |
| 279. PNT | SP2 | + Seal/prime then paint the surface area twice (3 coats) | | | | |
| | | WS127.SF+WS47.SF+WS17. SF+WS.SF+WS13.SF+WS7. SF+WS5.SF+WS3.SF+WS1. SF+WS53.SF+WS133. SF+WS9.SF+WS111. SF+WS69.SF | 934.00 SF | 0.00+ | 1.44 = | 1,344.96 |
| 280. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 151.17 LF | 0.00+ | 1.60 = | 241.87 |

---

**Totals: 1st Floor Lobby**                                                                  **2,785.63**

---

**Total: Main Level**                                                                        **2,785.63**

---

**Total: 1st Floor**                                                                         **3,382.24**

---

**Content Manipulation**

---

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                              STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| CAT | SEL | ACT DESCRIPTION | | REMOVE | REPLACE | TOTAL |
|-----|-----|----------------|----|--------|---------|-------|
| | | CALC | QNTY | | | |
| **Content Manipulation** | | | | | | |
| 281. CON | LAB | + Content Manipulation charge - per hour | | | | |
| | | 4*8*4 | 128.00 HR | 0.00+ | 45.21 = | 5,786.88 |

The above line items are for contents manipulation.  The calculation is based on an average daily crew size of 4 contents technician(s) x 8 hour(s)/day x 4 day(s), plus materials.

| CAT | SEL | ACT DESCRIPTION | | REMOVE | REPLACE | TOTAL |
|-----|-----|----------------|----|--------|---------|-------|
| 282. CON | MISC | + Material allowance for the above operation | | | | |
| | | 4 | 4.00 EA | 0.00+ | 50.00 = | 200.00 |

**Totals:  Content Manipulation**                                                           **5,986.88**


## General MEP

| CAT | SEL | ACT DESCRIPTION | | REMOVE | REPLACE | TOTAL |
|-----|-----|----------------|----|--------|---------|-------|
| | | CALC | QNTY | | | |
| **Mechanical** | | | | | | |
| 283. HVC | LAB | + HVAC Technician - per hour | | | | |
| | | 2*8*5 | 80.00 HR | 0.00+ | 125.00 = | 10,000.00 |
| 284. HVC | MISC | M Material Only Material allowance for the above operation. | | | | |
| | | 2*5 | 10.00 EA | 0.00+ | 375.00 = | 3,750.00 |

The above line items are to test, check, , and detach/reset HVAC components in affected areas.  The calculation is based on an average daily crew size of 2 HVAC technician(s) x 8 hour(s) x 5 day(s), plus materials.

**Totals:  General MEP**                                                                 **13,750.00**


## General Conditions

| CAT | SEL | ACT DESCRIPTION | | REMOVE | REPLACE | TOTAL |
|-----|-----|----------------|----|--------|---------|-------|
| | | CALC | QNTY | | | |
| **Supervision** | | | | | | |
| 285. LAB | SUPERC | + Project Management - per hour | | | | |
| | | 1*8*5*3 | 120.00 HR | 0.00+ | 74.92 = | 8,990.40 |

The above line item is for a project site supervisor.  Responsibilities include oversight of field activities including monitoring of scheduled work, reviewing completed work, coordinating activities among subcontractors, etc.  The calculation is based on an average daily crew size of 1 project manager x 8 hours/day x 5 days/week x 3 weeks.

**Mobilization**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### CONTINUED - General Conditions

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 286. LAB | LBR | + Clean/Maintain protection during project | | | | |
| | | 1*8*5*3 | 120.00 HR | 0.00+ | 45.21 = | 5,425.20 |

The above line item accounts for general labor to clean and maintain protection during the life of the project.  The calculation is based on an average daily crew size of 1 laborer(s) x 8 hour(s)/day x 5 day(s)/week x 3 week(s).

| 287. CLN | MISC | + Material allowance for the above operation | | | | |
|---|---|---|---|---|---|---|
| | | 5 | 5.00 EA | 0.00+ | 50.00 = | 250.00 |

**On-Going Debris Removal**

| 288. DMO | DUMP | - Dumpster load - Approx. 20 yards, 4 tons of debris | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 1.00 EA | 635.00+ | 0.00 = | 635.00 |

**Post-Construction Cleaning**

| 289. CLN | LAB | + Cleaning Technician - per hour | | | | |
|---|---|---|---|---|---|---|
| | | 2*8*4 | 64.00 HR | 0.00+ | 45.80 = | 2,931.20 |

The above line items are for final cleaning after repairs have been made.  The calculation is based on an average daily crew size of 2 cleaning technician(s) x 8 hour(s)/day x 4 day(s), plus materials.

| 290. CLN | MISC | + Material allowance for the above operation | | | | |
|---|---|---|---|---|---|---|
| | | 4 | 4.00 EA | 0.00+ | 50.00 = | 200.00 |

Material allowance for the above line item(s)

| **Totals:  General Conditions** | | | | | | **18,431.80** |
|---|---|---|---|---|---|---|

### Owner's Direct

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Permits, Inspections, & Fees** | | | | | | |
| 291. FEE | TIPF | + Permits & Fees - Approximately 2% | | | | |
| | | .02 | 0.02 EA | 0.00+ | 192,949.13 = | 3,858.98 |

| **Totals:  Owner's Direct** | | | | | | **3,858.98** |
|---|---|---|---|---|---|---|

| **Line Item Totals: STARPROP_NAKATOMI** | | | | | | **161,286.01** |
|---|---|---|---|---|---|---|



**Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

## Grand Total Areas:

| | | |
|---|---|---|
| 31,408.00 SF Walls | 13,165.74 SF Ceiling | 44,573.74 SF Walls and Ceiling |
| 13,165.74 SF Floor | 1,462.86 SY Flooring | 3,926.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 3,926.00 LF Ceil. Perimeter |
| | | |
| 13,165.74 Floor Area | 14,139.46 Total Area | 31,441.33 Interior Wall Area |
| 16,897.50 Exterior Wall Area | 1,877.50 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

## Recap by Room

**Estimate: STARPROP_NAKATOMI**

**Area:  8th Floor**

**Area:  Main Level**

| | | |
|---|---|---|
| Mech Room | 1,569.26 | 0.97% |
| Reception Area | 3,808.50 | 2.36% |
| Conference Room | 2,611.53 | 1.62% |
| Office 1 | 1,617.23 | 1.00% |
| Office 2 | 2,868.64 | 1.78% |
| Office 3 | 2,610.87 | 1.62% |
| Office 4 | 2,221.82 | 1.38% |
| Office 5 | 1,178.67 | 0.73% |
| Break Room | 1,127.92 | 0.70% |
| **Area Subtotal:  Main Level** | **19,614.44** | **12.16%** |
| **Area Subtotal:  8th Floor** | **19,614.44** | **12.16%** |

**Area:  7th Floor**

**Area:  Main Level**

| | | |
|---|---|---|
| Mech Room | 1,569.26 | 0.97% |
| Reception Area | 7,370.47 | 4.57% |
| Conference Room | 2,155.21 | 1.34% |
| Office 1 | 1,333.34 | 0.83% |
| Office 2 | 1,787.10 | 1.11% |
| Office 3 | 1,023.85 | 0.63% |
| Office 4 | 979.78 | 0.61% |
| Office 5 | 987.09 | 0.61% |
| Office 6 | 979.78 | 0.61% |
| Office 7 | 910.81 | 0.56% |
| **Area Subtotal:  Main Level** | **19,096.69** | **11.84%** |
| **Area Subtotal:  7th Floor** | **19,096.69** | **11.84%** |

**Area:  6th Floor**

**Area:  Main Level**

| | | |
|---|---|---|
| Mech Room | 1,569.26 | 0.97% |
| Open Floor Area | 12,549.50 | 7.78% |
| Office 3 | 1,492.55 | 0.93% |
| Office 4 | 831.83 | 0.52% |
| Office 5 | 831.83 | 0.52% |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | |
|---|---|---|
| **Office 6** | **883.38** | **0.55%** |
| **Office 7** | **757.48** | **0.47%** |
| **Area Subtotal:  Main Level** | **18,915.83** | **11.73%** |
| **Area Subtotal:  6th Floor** | **18,915.83** | **11.73%** |

**Area:  5th Floor**

**Area:  Main Level**

| | | |
|---|---|---|
| **Mech Room** | **1,569.26** | **0.97%** |
| **Open Floor Area** | **15,212.68** | **9.43%** |
| **Office 3** | **1,492.55** | **0.93%** |
| **Office 4** | **831.83** | **0.52%** |
| **Office 5** | **831.83** | **0.52%** |
| **Office 6** | **883.38** | **0.55%** |
| **Office 7** | **757.48** | **0.47%** |
| **Area Subtotal:  Main Level** | **21,579.01** | **13.38%** |
| **Area Subtotal:  5th Floor** | **21,579.01** | **13.38%** |

**Area:  4th Floor**

**Area:  Main Level**

| | | |
|---|---|---|
| **4th Floor Lobby** | **1,602.98** | **0.99%** |
| **Mech Room** | **1,569.26** | **0.97%** |
| **Open Floor Area** | **3,048.23** | **1.89%** |
| **Office 1** | **2,800.80** | **1.74%** |
| **Office 2** | **1,092.59** | **0.68%** |
| **Office 3** | **1,160.07** | **0.72%** |
| **Office 4** | **841.89** | **0.52%** |
| **Copy Room** | **478.35** | **0.30%** |
| **Area Subtotal:  Main Level** | **12,594.17** | **7.81%** |
| **Area Subtotal:  4th Floor** | **12,594.17** | **7.81%** |

**Area:  3rd Floor**

**Area:  Main Level**

| | | |
|---|---|---|
| **Mech Room** | **1,646.54** | **1.02%** |
| **Open Floor Area** | **3,570.68** | **2.21%** |
| **Office 1** | **2,800.80** | **1.74%** |
| **Office 2** | **1,092.59** | **0.68%** |
| **Office 3** | **1,160.07** | **0.72%** |
| **Office 4** | **841.89** | **0.52%** |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| | | |
|---|---:|---:|
| **Copy Room** | **478.35** | **0.30%** |
| **Area Subtotal:  Main Level** | **11,590.92** | **7.19%** |
| **Area Subtotal:  3rd Floor** | **11,590.92** | **7.19%** |
| **Area:  2nd Floor** | | |
| **Area:  Main Level** | | |
| **2nd Floor Lobby** | **1,585.86** | **0.98%** |
| **Mech Room** | **1,646.54** | **1.02%** |
| **Open Floor Area** | **2,856.60** | **1.77%** |
| **Office 1** | **2,807.90** | **1.74%** |
| **Office 2** | **1,096.84** | **0.68%** |
| **Office 3** | **1,164.49** | **0.72%** |
| **Office 4** | **845.85** | **0.52%** |
| **Copy Room** | **480.97** | **0.30%** |
| **Area Subtotal:  Main Level** | **12,485.05** | **7.74%** |
| **Area Subtotal:  2nd Floor** | **12,485.05** | **7.74%** |
| **Area:  1st Floor** | | |
| **4 Geeks** | **596.61** | **0.37%** |
| **Area:  Main Level** | | |
| **1st Floor Lobby** | **2,785.63** | **1.73%** |
| **Area Subtotal:  Main Level** | **2,785.63** | **1.73%** |
| **Area Subtotal:  1st Floor** | **3,382.24** | **2.10%** |
| **Content Manipulation** | **5,986.88** | **3.71%** |
| **General MEP** | **13,750.00** | **8.53%** |
| **General Conditions** | **18,431.80** | **11.43%** |
| **Owner's Direct** | **3,858.98** | **2.39%** |
| **Subtotal of Areas** | **161,286.01** | **100.00%** |
| **Total** | **161,286.01** | **100.00%** |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| ACOUSTICAL TREATMENTS | | | 3,986.36 | 16.79 | 3,969.57 |
| CLEANING | | | 3,381.20 | | 3,381.20 |
| CONTENT MANIPULATION | | | 9,603.68 | | 9,603.68 |
| GENERAL DEMOLITION | | | 16,606.23 | | 16,606.23 |
| DRYWALL | | | 1,861.00 | 521.05 | 1,339.95 |
| FLOOR COVERING - WOOD | | | 65,425.63 | 65,425.63 | 0.00 |
| FINISH CARPENTRY / TRIMWORK | | | 5,629.45 | 1,071.38 | 4,558.07 |
| HEAT,  VENT & AIR CONDITIONING | | | 21,592.94 | | 21,592.94 |
| LABOR ONLY | | | 14,415.60 | | 14,415.60 |
| PAINTING | | | 14,924.94 | 14,924.94 | 0.00 |
| **O&P Items Subtotal** | | | **157,427.03** | **81,959.79** | **75,467.24** |

| Non-O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| PERMITS AND FEES | | | 3,858.98 | | 3,858.98 |
| **Non-O&P Items Subtotal** | | | **3,858.98** | **0.00** | **3,858.98** |
| O&P Items Subtotal | | | 157,427.03 | 81,959.79 | 75,467.24 |
| Material Sales Tax | @ | 7.500% | 3,143.85 | 2,733.91 | 409.94 |
| Overhead | @ | 10.0% | 16,057.22 | | 16,057.22 |
| Profit | @ | 10.0% | 16,057.22 | | 16,057.22 |
| Total Cleaning Tax | @ | 7.500% | 263.81 | | 263.81 |
| **Total** | | | **196,808.11** | **84,693.70** | **112,114.41** |

The following repair estimate is to return the property to its pre-loss condition using like kind and quality materials.

Industry accepted repair techniques for fire, water or wind restoration have been considered.

This estimate does not give any consideration to potential mold growth, asbestos containing materials or lead based paint and the costs associated with remediation.

Depreciation has been applied based on the age and condition of the building components being replaced.

This estimate is based on site conditions observed at the time of DBI's inspection and is subject to change based on the presentation of new information.

N ⇧



8th Floor - Main Level

2/1/2023

7th Floor - Main Level



2/1/2023

6th Floor – Main Level



2/1/2023

Main Level
Page: 66





5th Floor - Main Level

2/1/2023

Main Level
Page: 67

N ⇧



4th Floor - Main Level

2/1/2023



Main Level
Page: 68

3rd Floor - Main Level



2/1/2023





2nd Floor - Main Level

2/1/2023



1st Floor Lobby

Star Property Nakatomi LLC
Building Damage Report

# SUPPORTING DOCUMENTS TAB 3

Star Property Nakatomi LLC
Building Damage Report

# Envista Forensics Report of Findings 3.1

**ENVISTA**

**F O R E N S I C S**

3914 US 301 N, Unit 800
Tampa, FL 33619

TOLL-FREE **888.782.3473**
**envistaforensics.com**

# REPORT OF FINDINGS

## STAR PROPERTY NAKATOMI LLC

Sedgwick Claim No.: 4195788
Envista Matter No.: MAT-142577-V4Y0
Report Date: October 6, 2022

Prepared for:
Mr. Travis Plohocky
Sedgwick
1080 Eldridge Parkway, 12th Floor
Houston, TX 77077
travis.plohocky@sedgwick.com



10/6/2022

**Stephen G. Sheffield, P.E.**
FL License No.: 52765

**C E R T A I N T Y   I N   A N   U N C E R T A I N   W O R L D**

Envista Forensics, LLC | TX Certificate of Registration # F-19410 | NC Firm Registration # C-2837 | FL Registry No. 32428

![ENVISTA FORENSICS]

**BACKGROUND**

On August 26, 2022, Stephen G. Sheffield, P.E. of Envista Forensics, LLC (Envista) inspected the office building owned by Star Property Nakatomi LLC (Owner) located at 1801 SW 3rd Avenue in Miami, Florida.

The building was 8-story with the front elevation facing slightly northeast, however, for the purpose of this report the front was considered to face north. The building was built in 1981 according to the County Property Appraiser, making it approximately 41 years old at the time of the evaluation. The building was constructed with reinforced concrete slabs and columns and the exterior walls consisted of a glass curtainwall system. Refer to the photographs in Attachment A for the exterior elevations of the building.



Reportedly, the water pipes from the cooling tower burst within the interior of the building on or about June 16, 2022, resulting in water damage to the interior finishes.

Figure 1 – Star Property Nakatomi Building

**PURPOSE**

Sedgwick retained Envista to determine the extent of the reported water damage to the interior finishes of the building due to the broken water pipes from the cooling tower. Envista's scope of work included a site visit to perform an assessment of the building based on visual observations, a review of pertinent information, and to provide a written report summarizing the findings.

**CONCLUSIONS**

1. The water that reportedly escaped the water pipes from the cooling tower resulted in water damage to the interior finishes and it consisted of the following:
   a. The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
   b. Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
   c. The lobby walls were water-stained on floor 1.
   d. The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
   e. The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

2. WARNING: The structural steel frame supporting the cooling tower on the roof was corroded, which compromised the strength of the steel members. The steel frame required immediate shoring as a precaution against its potential collapse. Envista verbally warned Nicolas Estella and Danny Bello during the inspection.



## PROVIDED INFORMATION

The Owner's representative, Danny Bello with VC Consultants, was present during the inspection and reported the following information along with Mabel Rodriguez – Executive Assistant with Estrella.

1. The vertical section of the water pipe that originated from the roof-top cooling tower burst in the 8th floor mechanical room allowing water to travel throughout the eighth floor and down through floor slab openings to the floor levels below.
2. The vertical section of water pipe in the mechanical rooms on the floors below was also reportedly broken.
3. The water was shut-off to the pipe soon after the leaking water was discovered.
4. A remediation company was engaged to remove and dry-out the water.

## DOCUMENTS REVIEWED

The following documents and materials were reviewed and/or referenced as part of Envista's investigation, and/or contain information pertinent to the discussion and conclusions presented herein:

1. Miami-Dade County Property Appraiser (http://www.miamidade.gov/pa/)
2. Aerial Imagery by EagleView Technologies/Pictometry (https://explorer.pictometry.com/)
3. Mold Assessment Report prepared by Truview Mold LLC, dated 6/16/2022
4. Letter prepared by Your Insurance Attorney, dated 6/17/2022
5. Photographs taken by McLarens dated 6/23/2022
6. Cost Estimate prepared by McLarens dated 7/21/2022
7. Preliminary Report prepared by McLarens, dated 7/28/2022

## DISCUSSION

Envista inspected the building to determine the extent of the reported water damage to the interior finishes due to the broken water pipes from the cooling tower. Refer to Attachment A for photographs pertaining to the following discussion.

The inspection revealed that the 8-story building included a two-level parking garage that was constructed with the first level below grade. The garage was larger than the footprint of the building. The floor plan of the building consisted of an elevator lobby on each floor that was located towards the southern portion of the building which included the restrooms, mechanical rooms, and two exit stairs. The western exit stair extended to the roof. The office space on each floor was in the northern portion of the building. The lobby floors were finished with floor tile.

<u>Roof</u>

The inspection of the roof found the cooling tower located approximately above the lobbies, adjacent to the elevator machine room. The cooling tower consisted of a round fiberglass cooling tower manufactured by Protec, and it was supported on a steel frame elevated above the roof surface. Two water pipes were observed from the cooling tower that penetrated through the roof and traveled downward through the building within the mechanical rooms on each floor in the lobby located next the bathrooms. The cooling tower and water pipes above the roof are shown in photographs 3 to 5. The water pipes near the roof penetration were painted white and a roofing repair was present surrounding the pipes, which was consistent with the reported repair of the water pipes.



Floors 8, 7, 6, 5, and 3

The entire office space on each floor was occupied by one company. Envista's evaluation of these floor levels found the following conditions which varied in extent per floor. Generally, the extent of any water damage observed in the wood flooring diminished on the floors below the eight level. The lobby and bathroom floors were finished with floor tile and a painted wood baseboard was present along the base of the lobby walls. No water stains were observed on the lobby floor or walls. No loose tiles or cracked and displaced grout were observed throughout the tile floors that could occur had the floor tiles debonded from the concrete floor slab because of a water exposure. Therefore, the floor tiles were not affected by the water that leaked from the broken cooling tower water pipes.

Inside the mechanical room containing the air-conditioning equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots. The water stains and fungal growth were consistent with the result with a water exposure from the reported water leak from the cooling tower water pipes. The partition walls that enclosed the vertical water pipes within a chase were reportedly removed to replace the pipes. The water pipes exhibited a clean, bright grey color consistent with new piping.

The floor within the office area was finished with laminate wood flooring and it was cupped (which consisted of upward curling of the edges of the wood planks) in multiple locations. Cupped wood flooring is typically the result of a water exposure. The walls within the office had painted wood baseboards and no separations were observed in the jointing that were consistent with swollen wood from the effects of a water exposure. The baseboards did have misalignments in the jointing that were the result of the workmanship during its installation. The lobby and office areas were not furnished with a ceiling, but rather, the underside of the structure was left exposed and painted black.

Floor 4

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. A small water stain was found on the acoustical tile ceiling in the lobby. Inside the mechanical room with the air-conditioning (AC) equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The office space was occupied by two companies. In office 401, no water damage was reported by the insured's representative. The office lobby was accessible, and no water stains were observed on the ceiling or walls.

In office 402, the laminate wood flooring was cupped in areas closest to the lobby. The wood baseboards along the base of the walls had no separations in the jointing that was consistent with a water exposure. The acoustical tile ceiling was reportedly water stained, however, at the time of the inspection, no water stains were observed on the ceiling or on the walls. It was reported that water-stained ceiling tiles were replaced before the inspection.

Floor 2

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. Several small water stains were found on the lobby acoustical tile ceiling. Inside the mechanical room with the air-conditioning (AC) equipment and the water



pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The entire office space was occupied by one company. The laminate wood flooring in the office area was cupped in areas. The wood baseboards along the base of the walls in the office area had no separations in the jointing that was consistent with a water exposure. The office acoustical tile ceiling had no water stains.

<u>Floor 1</u>

The first-floor lobby ceiling was reportedly water-stained by the water that escaped the cooling tower water pipes from the floors above, however, the water damage was reportedly repaired before Envista's inspection. Hence, no water stains were observed on the lobby ceiling, however, water stains were present on the baseboard and in isolated areas on the walls. The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The first-floor office space was occupied by 4Geeks, and water stains were observed on the acoustical tile ceiling.

<u>Summary</u>

Envista's evaluation of the building found evidence of water damage to the interior finishes of the lobby and office areas that occurred because of the water that reportedly escaped from the cooling tower water pipes.

The water damage consisted of the following:

- The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
- The lobby walls were water-stained on floor 1.
- Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
- The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
- The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

<u>Warning</u>

During the inspection of the roof, Envista observed corrosion in the structural steel frame supporting the cooling tower. The extent of the corrosion resulted in significant loss of material that would compromise the strength of the steel members. Envista warned Nicolas Estella and Danny Bello of the observed condition of the steel frame supporting the cooling tower and recommended immediate shoring of the compromised steel frame as a precaution against its potential collapse.

**CLOSURE**

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information. This electronic version of the report is a convenience copy and as such, an original signed and sealed copy is available to our client.



Thank you for allowing us to provide this service. If you have any questions or need additional assistance, please call or email.

Sincerely,

**Envista Forensics**

Stephen G. Sheffield, P.E.
Senior Project Engineer

Technical Review by:
Donna Friis, P.E.
Practice Leader, Construction

Attachment A, Photographs



# ATTACHMENT A

## Photographs

Photographs taken during our inspection, which have not been included in this report, have been retained in our files and will be made available to you upon your request. Note that the brightness and/or contrast of some photographs may have been enhanced for purposes of clarity. Some photographs may be cropped from their original sizes in order to emphasize a specific item or feature. No significant changes to any photographs were made that would alter factual representations.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #1



View of north (front) elevation.

Photograph #2



View of north and east elevations.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #3



View of west and south elevations. The roof-top cooler tower is encircled.

Photograph #4



View of roof and location of the cooling tower and water pipe (circled) that reportedly burst within the building.

Insured: Star Property Nakatomi LLC

Envista Matter No.: MAT-142577-V4Y0

Location: Miami, FL

Sedgwick Claim No.: 4195788

Photograph #5



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

Photograph #6



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #7



View of typical lobby finishes.

Photograph #8



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

Insured: Star Property Nakatomi LLC

Envista Matter No.: MAT-142577-V4Y0

Location: Miami, FL

Sedgwick Claim No.: 4195788

Photograph #9



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

Photograph #10



Typical lobby wood baseboard with no separations in the jointing consistent with a water exposure.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                            Sedgwick Claim No.: 4195788

Photograph #11



Typical mechanical room with AC unit and water pipes from the cooling tower.

Photograph #12



Typical mechanical room with AC unit and water pipes from the cooling tower. Notes the removed chase walls and new water pipes.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #13



Typical mechanical room with AC unit and water pipes from the cooling tower. Note the water stains and isolated fungal growth at the base of the walls.

Photograph #14



View of typical office finishes.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC          Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                    Sedgwick Claim No.: 4195788

Photograph #15



View of typical office finishes.

Photograph #16



Typical office wood flooring with cupped edges of the planks.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #17



Typical office wood flooring with cupped edges of the planks.

Photograph #18



Typical office wood flooring with cupped edges of the planks.

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #19



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

Photograph #20



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #21



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

Photograph #22



View of first floor lobby. Note generally no water staining on the ceiling and walls, except as noted in photos 24 and 25.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #23



View of first floor lobby. Note generally no water staining on the ceiling and walls, except as noted in photos 24 and 25.

Photograph #24



First floor lobby. Note the water stains along the baseboard.

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #25



First Floor lobby. Note the bubbled wall paint.

Photograph #26



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                    Sedgwick Claim No.: 4195788

Photograph #27



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

Photograph #28



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

Star Property Nakatomi LLC
Building Damage Report

# FIELD PHOTO REPORT TAB 4

# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 01  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

### 02  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

### 03  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

### 04  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 05   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

### 06   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Main Entrance

### 07   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

4Geeks Entrance

### 08   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 09   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower overview

### 10   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower supports

### 11   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Standing water under cooling tower

### 12   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

New cooling tower plumbing overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 13   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Exterior
**Floor:**  N/A
**Area / Unit:** Roof
**Room / Feature:**  N/A

New cooling tower plumbing overview

### 14   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Exterior
**Floor:**  N/A
**Area / Unit:** Roof
**Room / Feature:**  N/A

New cooling tower plumbing overview

### 15   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Exterior
**Floor:**  N/A
**Area / Unit:** Roof
**Room / Feature:**  N/A

New cooling tower plumbing overview

### 16   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Exterior
**Floor:**  N/A
**Area / Unit:** Roof
**Room / Feature:**  N/A

New cooling tower plumbing overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 17  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower supports overview

### 18  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower supports overview

### 19  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

8th Floor

### 20  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 21   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 22   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 23   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 24   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 25   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC system overview

### 26   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC system overview

### 27   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Replaced drywall

### 28   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repairs



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 29   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system overview

### 30   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

Detail of HVC system

### 31   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

### 32   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 33   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

### 34   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

### 35   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

### 36   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 37   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

### 38   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Conference room typical finishes

### 39   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Separating quarter-round

### 40   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Conference room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**41   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Overview

**42   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Overview

**43   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Conference room typical finishes

**44   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 1

Office 1 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 45  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 1

Office 1 typical finishes

### 46  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 1

Office 1 typical finishes

### 47  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 1

Office 1 typical finishes

### 48  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 2

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 49  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Overview

### 50  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Office 2 typical finishes

### 51  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Office 2 typical finishes

### 52  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 53   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 3

Office 3 typical finishes

### 54   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 3

Staining of wall and baseboard

### 55   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 56   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**57   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 3 typical finishes

**58   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 3 typical finishes

**59   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Overview

**60   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Break Room

Break Room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 61   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Break Room

Break Room typical finishes

### 62   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

7th Floor

### 63   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Overview

### 64   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 65   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 66   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

overview

### 67   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 68   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall repair detail



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 69 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair

### 70 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair

### 71 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC system overview

### 72 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 73   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

### 74   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

### 75   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Overview

### 76   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 77  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

### 78  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Overview

### 79  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Conference room typical finishes

### 80  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Conference room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 81   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 2

Office 2 typical finishes

### 82   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 2

Office 2 typical finishes

### 83   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 2

Office 2 typical finishes

### 84   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 85   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 86   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 87   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Overview

### 88   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**89**    **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes

**90**    **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Overview

**91**    **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

**92**    **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 93   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 7

Office 7 typical finishes

### 94   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 7

Office 7 typical finishes

### 95   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 7

Office 7 typical finishes

### 96   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

6th Floor



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 97  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 98  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 99  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 100  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Floor detail, repaired drywall



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 101 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Mech room typical finishes

### 102 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC components

### 103 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repairs

### 104 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repairs



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 105 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC components

### 106 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 107 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 108 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 109 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 110 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 111 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Overview

### 112 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 113 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 114 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 115 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes

### 116 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 117 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 118 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 119 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

5th Floor

### 120 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 121 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 122 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 123 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 124 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of repaired plumbing



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 125 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair

### 126 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Stained drywall

### 127 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

New drywall

### 128 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of HVC components



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 129 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of HVC components

### 130 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 131 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 132 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 133 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 134 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 135 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 136 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 137 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 138 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 139 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 140 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 141 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 142 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes

### 143 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes

### 144 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 145 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 146 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 147 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 148 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 149 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby flooring detail

### 150 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 151 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby wall finish detail

### 152 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 153 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with stains

### 154 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 155 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 156 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with stains



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 157 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Suspended ceiling grid with rust

### 158 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with staining

### 159 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with staining

### 160 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with staining



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 161 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  4th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Lobby typical finishes

### 162 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  4th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Ceiling tile with staining

### 163 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  4th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system and flooring detail

### 164 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  4th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system detail



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 165 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC system

### 166 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repairs

### 167 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

New plumbing detail

### 168 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area entrance



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 169 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 170 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 171 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 172 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 173 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 174 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Overview

### 175 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Overview

### 176 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 177 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 178 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 179 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Overview

### 180 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 181 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Office 2 typical finishes

### 182 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Overview

### 183 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 184 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 185 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 186 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 187 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Copy Room

Copy Room typical finishes

### 188 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Copy Room

Copy Room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 189 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Copy Room

Copy Room typical finishes

### 190 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

3rd Floor

### 191 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 192 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 193 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 194 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Flooring detail, repaired drywall

### 195 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Wall staining detail

### 196 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Air handler detail



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 197 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Air handler detail

### 198 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair

### 199 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Plumbing repair detail

### 200 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Meter Room



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 201 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Overview

### 202 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Meter room wiring detail

### 203 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Overview

### 204 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 205 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 206 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 207 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 208 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 209 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview

### 210 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 211 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 212 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 213 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 214 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 215 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 216 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

2nd Floor



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 217 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 218 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of stained ceiling tiles

### 219 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 220 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 221 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 222 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of stained wall

### 223 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of stained wall

### 224 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of HVC system



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 225 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of HVC system

### 226 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of plumbing repaired area

### 227 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 228 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 229 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 230 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 231 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 232 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### <span style="color:red">233</span> NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview

### <span style="color:red">234</span> NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview

### <span style="color:red">235</span> NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### <span style="color:red">236</span> NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 237 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 238 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby

### 239 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 240 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 241 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 242 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 243 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 244 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 245 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 246 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 247 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 248 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of wall damage



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 249 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of wall damage

### 250 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of wall damage

### 251 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of wall damage

### 252 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

4Geeks



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 253 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 254 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of missing ceiling tile

### 255 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 256 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 257 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 258 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Overview

### 259 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 260 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of missing ceiling tiles



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 261 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of bowing ceiling tile

### 262 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

DBI



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
Claim Summary

| Line # | Description | VC Submitted | DBI Recommended | Variance $ [C-D] | Variance % [E/C] | Comment |
|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G |
| 1 | 8th Floor | $ 68,133.79 | $ 19,614.44 | $ 48,519.35 | 71% | See detailed analysis. |
| 2 | 7th Floor | $ 70,475.14 | $ 19,096.69 | $ 51,378.45 | 73% | See detailed analysis. |
| 3 | 6th Floor | $ 60,315.85 | $ 18,915.84 | $ 41,400.00 | 69% | See detailed analysis. |
| 4 | 5th Floor | $ 15,599.91 | $ 21,579.00 | $ (5,979.10) | -38% | See detailed analysis. |
| 5 | 4th Floor | $ 46,996.31 | $ 12,594.17 | $ 34,402.14 | 73% | See detailed analysis. |
| 6 | 3rd Floor | $ 15,577.19 | $ 11,590.92 | $ 3,986.27 | 26% | See detailed analysis. |
| 7 | 2nd Floor | $ 14,867.55 | $ 12,485.06 | $ 2,382.49 | 16% | See detailed analysis. |
| 8 | 1st Floor | $ 18,399.47 | $ 3,382.24 | $ 15,017.23 | 82% | See detailed analysis. |
| 9 | Water Damage Mitigation | $ 43,712.94 | $ - | $ 43,712.94 | 100% | See detailed analysis. |
| 10 | Incurred Expenses | $ - | $ - | $ - | 0% | See detailed analysis. |
| 11 | General Conditions & Requirements | $ 182,361.85 | $ 28,277.66 | $ 154,084.19 | 84% | See detailed analysis. |
| 12 | General MEP | $ - | $ 13,750.00 | $ (13,750.00) | 0% | See detailed analysis. |
| 13 | Labor Minimums Applied | $ 38.74 | $ - | $ 38.74 | 100% | See detailed analysis. |
| 14 | Subtotal | $ 536,478.93 | $ 161,286.03 | $ 375,192.90 | 70% | |
| 15 | Material Sales Tax | $ 8,832.62 | $ 3,407.66 | $ 5,424.96 | 61% | See detailed analysis. |
| 16 | Overhead (10%) | $ - | $ 16,057.22 | $ (16,057.22) | 0% | See detailed analysis. |
| 17 | Profit (10%) | $ 74,827.36 | $ 16,057.22 | $ 58,770.14 | 79% | See detailed analysis. |
| 18 | **Total** | $ 620,138.91 | $ 196,808.11 | $ 423,330.80 | 68% | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 1 | **8th Floor** | | | | | | | | | | | |
| 2 | **Reception Area** | | | | | | | | | | | |
| 3 | **CEILING ITEMS** | | | | | | | | | | | |
| 4 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 502.50 | LF | $ 1.52 | $ 763.80 | 0.00 | LF | $ - | $ - | $ 763.80 | 100% | DBI did not observe any loss related damages to this item. |
| 5 | Clean the ceiling | 1903.29 | SF | $ 0.41 | $ 780.35 | 0.00 | SF | $ - | $ - | $ 780.35 | 100% | DBI did not observe any loss related damages to this item. |
| 6 | R& RExit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 7 | **WALL ITEMS** | | | | | | | | | | | |
| 8 | Mask Wall - plastic, paper, tape (per LF) To mask wall perimeter for painting. | 502.50 | LF | $ 1.52 | $ 763.80 | 502.50 | LF | $ 1.47 | $ 738.68 | $ 25.13 | 3% | Variance due to price. |
| 9 | Mask per square foor for drywall work | 0.00 | SF | $ - | $ - | 6.00 | SF | $ 0.27 | $ 1.62 | $ (1.62) | 0% | |
| 10 | Drywall tape joint/repair - per LF | 502.50 | LF | $ 9.01 | $ 4,527.53 | 2.00 | LF | $ 13.78 | $ 27.56 | $ 4,499.97 | 99% | Variance due to quantity and scope. DBI has only included drywall removal at Office 4. |
| 11 | Seal the walls w/PVA primer - one coat | 4020.00 | SF | $ 0.63 | $ 2,532.60 | 0.00 | SF | $ - | $ - | $ 2,532.60 | 100% | DBI did not observe any loss related damages to this item. |
| 12 | Texture drywall - smooth / skim coat | 4020.00 | SF | $ 1.61 | $ 6,472.20 | 0.00 | SF | $ - | $ - | $ 6,472.20 | 100% | DBI did not observe any loss related damages to this item. |
| 13 | Seal/prime then paint the walls twice | 4020.00 | SF | $ 1.44 | $ 5,788.80 | 408.00 | SF | $ 1.44 | $ 587.52 | $ 5,201.28 | 90% | Variance due to quantity. DBI has only included this line item in Office 4. |
| 14 | Baseboard - Detach | 502.50 | LF | $ 1.50 | $ 753.75 | 0.00 | LF | $ - | $ - | $ 753.75 | 100% | DBI did not observe any loss related damages to this item. |
| 15 | Baseboard - 5 1/4" | 502.50 | LF | $ 4.77 | $ 2,396.93 | 13.58 | LF | $ 4.88 | $ 66.27 | $ 2,330.65 | 97% | Variance due to quantity. DBI has only included this line item in Office 4. |
| 16 | R&R Cove molding - 3/4" | 502.50 | LF | $ 1.71 | $ 859.28 | 432.17 | LF | $ 2.08 | $ 898.91 | $ (39.64) | -5% | Variance due to scope. DBI has included allowance to remove quarter round. |
| 17 | Paint baseboard, oversized - two coats | 502.50 | LF | $ 1.68 | $ 844.20 | 502.50 | LF | $ 2.47 | $ 1,241.18 | $ (396.98) | -47% | Variance due to scope. DBI has included allowance paint baseboard and quarter round. |
| 18 | Remove Emergency lighting - battery - Commercial | 8.00 | EA | $ 15.49 | $ 123.92 | 0.00 | EA | $ - | $ - | $ 123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 19 | Install Emergency lighting - battery - Commercial | 8.00 | EA | $ 61.11 | $ 488.88 | 0.00 | EA | $ - | $ - | $ 488.88 | 100% | DBI did not observe any loss related damages to this item. |
| 20 | Interior door - Detach & reset - slab only | 8.00 | EA | $ 22.67 | $ 181.36 | 0.00 | EA | $ - | $ - | $ 181.36 | 100% | DBI did not observe any loss related damages to this item. |
| 21 | Seal & paint door slab only (per side) | 1.00 | EA | $ 41.68 | $ 41.68 | 0.00 | EA | $ - | $ - | $ 41.68 | 100% | DBI did not observe any loss related damages to this item. |
| 22 | Seal & paint door/window trim & jamb - (per side) | 16.00 | EA | $ 33.92 | $ 542.72 | 0.00 | EA | $ - | $ - | $ 542.72 | 100% | DBI did not observe any loss related damages to this item. |
| 23 | **FLOOR ITEMS** | | | | | | | | | | | |
| 24 | Clean the floor - Heavy | 1903.29 | SF | $ 0.50 | $ 951.65 | 0.00 | SF | $ - | $ - | $ 951.65 | 100% | DBI did not observe any loss related damages to this item. |
| 25 | R&R Snaplock Laminate - simulated wood flooring - High grade | 1903.29 | SF | $ 9.38 | $ 17,852.86 | 1903.21 | SF | $ 7.61 | $ 14,483.43 | $ 3,369.43 | 19% | Variance due to price. |
| 26 | Floor protection - Ram Board | 1903.29 | SF | $ 1.50 | $ 2,854.94 | 0.00 | SF | $ - | $ - | $ 2,854.94 | 100% | DBI did not observe any loss related damages to this item. |
| 27 | **MISC ITEMS** | | | | | | | | | | | |
| 28 | Protect - Cover with plastic | 1000.00 | SF | $ 0.38 | $ 380.00 | 0.00 | SF | $ - | $ - | $ 380.00 | 100% | DBI did not observe any loss related damages to this item. |
| 29 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 20.00 | HR | $ 47.01 | $ 940.20 | 0.00 | HR | $ - | $ - | $ 940.20 | 100% | DBI did not observe any loss related damages to this item. |

3/2/2023

For discussion purposes only - Subject to coverage review by the adjuster

Page 2 of 28



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ | % | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 30 | TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 | EA | $ 50.60 | $ 50.60 | 0.00 | EA | $ - | $ - | $ 50.60 | 100% | DBI did not observe any loss related damages to this item. |
| 31 | Subtotal | | | | $ 51,140.04 | | | | $ 18,045.16 | $ 33,094.88 | 65% | |
| 32 | **Lobby** | | | | | | | | | | | |
| 33 | **CEILING ITEMS** | | | | | | | | | | | |
| 34 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ | $ | $ 168.98 | 100% | |
| 35 | Clean the ceiling | 284.41 | SF | $ 0.41 | $ 116.61 | 0.00 | SF | $ | $ | $ 116.61 | 100% | |
| 36 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ | $ | $ 248.02 | 100% | |
| 37 | Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 | EA | $ 68.25 | $ 273.00 | 0.00 | EA | $ | $ | $ 273.00 | 100% | |
| 38 | Seal/prime then paint the ceiling (2 coats) | 284.41 | SF | $ 1.04 | $ 295.79 | 0.00 | SF | $ | $ | $ 295.79 | 100% | |
| 39 | **WALL ITEMS** | | | | | | | | | | | |
| 40 | Mask wall - plastic, paper, tape (per LF) To mask wall perimeter for painting. | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ | $ | $ 168.98 | 100% | DBI did not observe any damages to this location at the time of inspection. |
| 41 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $ 1.43 | $ 190.76 | 0.00 | SF | $ | $ | $ 190.76 | 100% | |
| 42 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $ 3.00 | $ 1,334.01 | 0.00 | SF | $ | $ | $ 1,334.01 | 100% | |
| 43 | Drywall tape joint/repair - per LF | 111.17 | LF | $ 9.01 | $ 1,001.64 | 0.00 | LF | $ | $ | $ 1,001.64 | 100% | |
| 44 | Seal the walls w/PVA primer - one coat | 889.33 | SF | $ 0.63 | $ 560.28 | 0.00 | SF | $ | $ | $ 560.28 | 100% | |
| 45 | Texture drywall - smooth / skim coat | 889.33 | SF | $ 1.61 | $ 1,431.82 | 0.00 | SF | $ | $ | $ 1,431.82 | 100% | |
| 46 | Seal/prime then paint the walls twice | 889.33 | SF | $ 1.44 | $ 1,280.64 | 0.00 | SF | $ | $ | $ 1,280.64 | 100% | |
| 47 | Baseboard - Detach | 111.17 | LF | $ 1.50 | $ 166.76 | 0.00 | LF | $ | $ | $ 166.76 | 100% | |
| 48 | Baseboard - 5 1/4" | 111.17 | LF | $ 4.77 | $ 530.28 | 0.00 | LF | $ | $ | $ 530.28 | 100% | |
| 49 | R&R Cove molding - 3/4" | 111.17 | LF | $ 1.71 | $ 190.10 | 0.00 | LF | $ | $ | $ 190.10 | 100% | |
| 50 | Paint baseboard, oversized - two coats | 111.17 | LF | $ 1.68 | $ 186.77 | 0.00 | LF | $ | $ | $ 186.77 | 100% | |
| 51 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ | $ | $ 30.98 | 100% | |
| 52 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ | $ | $ 122.22 | 100% | |
| 53 | Remove Fire extinguisher and cabinet, 14' x 27' x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ | $ | $ 51.62 | 100% | |
| 54 | Install Fire extinguisher and cabinet, 14' x 27' x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ | $ | $ 101.30 | 100% | |
| 55 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ | $ | $ 206.52 | 100% | |
| 56 | **FLOOR ITEMS** | | | | | | | | | | | |
| 57 | Clean the floor - Heavy | 284.41 | SF | $ 0.50 | $ 142.21 | 0.00 | SF | $ | $ | $ 142.21 | 100% | |
| 58 | Regrout tile floor | 284.41 | SF | $ 3.27 | $ 930.02 | 0.00 | SF | $ | $ | $ 930.02 | 100% | |
| 59 | Floor protection - Ram Board | 284.41 | SF | $ 1.50 | $ 426.62 | 0.00 | SF | $ | $ | $ 426.62 | 100% | |
| 60 | **MISC ITEMS** | | | | | | | | | | | |
| 61 | On-Site Inventory, Packing, Boxing, Moving chg - per hour | 4.00 | HR | $ 47.01 | $ 188.04 | 0.00 | HR | $ | $ | $ 188.04 | 100% | DBI did not observe any loss related damages to this item. |
| 62 | Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 | EA | $ 40.12 | $ 80.24 | 0.00 | EA | $ | $ | $ 80.24 | 100% | |
| 63 | Subtotal | | | | $ 10,424.18 | | | | $ - | $ 10,424.18 | 100% | |
| 64 | **Mech Room** | | | | | | | | | | | |
| 65 | **CEILING ITEMS** | | | | | | | | | | | |
| 66 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ | $ | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 67 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ | $ | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 68 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ | $ | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ [F-J] | % [K/F] | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 69 | Firesalling - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 70 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 71 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 72 | **WALL ITEMS** | | | | | | | | | | | |
| 73 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 74 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | $ 441.28 | 84% | Variance in pricing and scope. DBI allowed for 1/2" drywall. |
| 75 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 76 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 77 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 78 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 79 | Firesalling - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 80 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 81 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 82 | **FLOOR ITEMS** | | | | | | | | | | | |
| 83 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 84 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 85 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 45.65 | SF | $ 0.53 | $ 24.19 | $ 44.28 | 65% | DBI did not observe any loss related damages to this item. |
| 86 | **MISC ITEMS** | | | | | | | | | | | |
| 87 | Commercial Air handler – Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 88 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 89 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 90 | Subtotal | | | | $ 5,725.22 | | | | $ 1,569.26 | $ 4,155.96 | 73% | |
| 91 | **Storage Closet** | | | | | | | | | | | |
| 92 | **CEILING ITEMS** | | | | | | | | | | | |
| 93 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 94 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 95 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 96 | Firesalling - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 97 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 98 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 99 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 100 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 101 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 102 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | |
| 103 | **WALL ITEMS** | | | | | | | | | | | |
| 104 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | DBI did not observe any damages to this location at the time of inspection. |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ | % | |
| A | B | C | D | E | F | G | H | I | J | K (F-J) | L (K/F) | M |
| 105 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | $ 117.99 | 100% | |
| 106 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 107 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | $ 49.56 | 100% | |
| 108 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | $ 126.66 | 100% | |
| 109 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | $ 113.28 | 100% | |
| 110 | **FLOOR ITEMS** | | | | | | | | | | | |
| 111 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | $ 3.02 | 100% | |
| 112 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | $ 19.75 | 100% | |
| 113 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | $ 9.06 | 100% | |
| 114 | **MISC ITEMS** | | | | | | | | | | | |
| 115 | On-Site Inventory, Packing, Boxing, Moving chrg per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | $ 47.01 | 100% | |
| 116 | Subtotal | | | | $ 844.34 | | | | $ - | $ 844.34 | 100% | |
| 117 | **8th Floor Subtotal** | | | | $ 69,133.79 | | | | $ 19,614.44 | $ 48,519.35 | 71% | |
| 118 | **7th Floor** | | | | | | | | | | | |
| 119 | **Reception Area** | | | | | | | | | | | |
| 120 | **CEILING ITEMS** | | | | | | | | | | | |
| 121 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 506.67 | LF | $ 1.52 | $ 770.14 | 0.00 | LF | $ - | $ - | $ 770.14 | 100% | DBI did not observe any loss related damages to this item. |
| 122 | Clean the ceiling | 1902.49 | SF | $ 0.41 | $ 780.02 | 0.00 | SF | $ - | $ - | $ 780.02 | 100% | DBI did not observe any loss related damages to this item. |
| 123 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 124 | Fluorescent - acoustic grid fixture - 4 tube - High grid | 4.00 | EA | $ 375.88 | $ 1,503.52 | 0.00 | EA | $ - | $ - | $ 1,503.52 | 100% | DBI did not observe any loss related damages to this item. |
| 125 | **WALL ITEMS** | | | | | | | | | | | |
| 126 | Mask wall - plastic, paper, tape (per LF) | 506.67 | LF | $ 1.52 | $ 770.14 | 506.67 | LF | $ 1.47 | $ 744.80 | $ 25.33 | 3% | Variance due to price. |
| 127 | Drywall tape joint/repair - per LF | 506.67 | LF | $ 9.01 | $ 4,565.10 | 0.00 | LF | $ - | $ - | $ 4,565.10 | 100% | DBI did not observe any loss related damages to this item. |
| 128 | Seal the walls w/PVA primer - one coat | 4053.33 | SF | $ 0.63 | $ 2,553.60 | 0.00 | SF | $ - | $ - | $ 2,553.60 | 100% | DBI did not observe any loss related damages to this item. |
| 129 | Texture drywall - smooth / skim coat | 4053.33 | SF | $ 1.61 | $ 6,525.86 | 0.00 | SF | $ - | $ - | $ 6,525.86 | 100% | DBI did not observe any loss related damages to this item. |
| 130 | Seal/prime then paint the walls twice | 4053.33 | SF | $ 1.44 | $ 5,836.80 | 0.00 | SF | $ - | $ - | $ 5,836.80 | 100% | DBI did not observe any loss related damages to this item. |
| 131 | Baseboard - Detach | 506.67 | LF | $ 1.50 | $ 760.01 | 0.00 | LF | $ - | $ - | $ 760.01 | 100% | DBI did not observe any loss related damages to this item. |
| 132 | Baseboard - 5 1/4" | 506.67 | LF | $ 4.77 | $ 2,416.82 | 0.00 | LF | $ - | $ - | $ 2,416.82 | 100% | DBI did not observe any loss related damages to this item. |
| 133 | R&R Cove molding - 3/4" | 506.67 | LF | $ 1.71 | $ 866.41 | 506.67 | LF | $ 2.08 | $ 1,053.87 | $ (187.47) | -22% | DBI did not observe any loss related damages to this item. |
| 134 | Paint baseboard, oversized - two coats | 506.67 | LF | $ 1.68 | $ 851.21 | 506.67 | LF | $ 2.47 | $ 1,251.47 | $ (400.27) | -47% | DBI did not observe any loss related damages to this item. |
| 135 | Remove Emergency lighting - battery - Commercial | 8.00 | EA | $ 15.49 | $ 123.92 | 0.00 | EA | $ - | $ - | $ 123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 136 | Install Emergency lighting - battery - Commercial | 8.00 | EA | $ 61.11 | $ 488.88 | 0.00 | EA | $ - | $ - | $ 488.88 | 100% | DBI did not observe any loss related damages to this item. |
| 137 | Interior door - Detach & reset - slab only | 8.00 | EA | $ 22.67 | $ 181.36 | 0.00 | EA | $ - | $ - | $ 181.36 | 100% | DBI did not observe any loss related damages to this item. |
| 138 | Paint French door slab only - 2 coats (per side) | 8.00 | EA | $ 77.54 | $ 620.32 | 0.00 | EA | $ - | $ - | $ 620.32 | 100% | DBI did not observe any loss related damages to this item. |
| 139 | Seal & paint door/window trim & jamb - (per side) | 20.00 | EA | $ 33.92 | $ 678.40 | 0.00 | EA | $ - | $ - | $ 678.40 | 100% | DBI did not observe any loss related damages to this item. |
| 140 | **FLOOR ITEMS** | | | | | | | | | | | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ [F-J] (K) | % (K/F) (L) | M |
| 141 | Clean the floor - Heavy | 1902.49 | SF | $0.50 | $951.25 | 0.00 | SF | $ - | $ - | $951.25 | 100% | DBI did not observe any loss related damages to this item. |
| 142 | R&R Snaplock Laminate - simulated wood flooring - High grade | 1902.49 | SF | $9.38 | $17,845.36 | 1902.40 | SF | $7.61 | $14,477.26 | $3,368.09 | 19% | Variance due to price. |
| 143 | Floor protection - Ram Board | 1902.49 | SF | $1.50 | $2,853.74 | 0.00 | SF | $ - | $ - | $2,853.74 | 100% | DBI did not observe any loss related damages to this item. |
| 144 | **MISC ITEMS** | | | | | | | | | | | |
| 145 | Protect - Cover with plastic | 1000.00 | SF | $0.38 | $380.00 | 0.00 | SF | $ - | $ - | $380.00 | 100% | DBI did not observe any loss related damages to this item. |
| 146 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 20.00 | HR | $47.01 | $940.20 | 0.00 | HR | $ - | $ - | $940.20 | 100% | DBI did not observe any loss related damages to this item. |
| 147 | TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 | EA | $50.60 | $50.60 | 0.00 | EA | $ - | $ - | $50.60 | 100% | DBI did not observe any loss related damages to this item. |
| 148 | **Subtotal** | | | | $53,561.64 | | | | $17,527.42 | $36,034.22 | 67% | |
| 149 | **Lobby** | | | | | | | | | | | |
| 150 | **CEILING ITEMS** | | | | | | | | | | | |
| 151 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 111.17 | LF | $1.52 | $168.98 | 1.52 | LF | $ - | $ - | $168.98 | 100% | |
| 152 | Clean the ceiling | 284.41 | SF | $0.41 | $116.61 | 0.41 | SF | $ - | $ - | $116.61 | 100% | |
| 153 | R&R Exit sign - wired in | 2.00 | EA | $124.01 | $248.02 | 103.35 | EA | $ - | $ - | $248.02 | 100% | |
| 154 | Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 | EA | $68.25 | $273.00 | 68.25 | EA | $ - | $ - | $273.00 | 100% | |
| 155 | Seal/prime then paint the ceiling (2 coats) | 284.41 | SF | $1.04 | $295.79 | 1.04 | SF | $ - | $ - | $295.79 | 100% | |
| 156 | **WALL ITEMS** | | | | | | | | | | | |
| 157 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $1.52 | $168.98 | 1.52 | LF | $ - | $ - | $168.98 | 100% | DBI did not observe any loss related damages to this area. |
| 158 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $1.43 | $190.76 | 0.00 | SF | $ - | $ - | $190.76 | 100% | |
| 159 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $3.00 | $1,334.01 | 0.00 | SF | $ - | $ - | $1,334.01 | 100% | |
| 160 | Drywall tape joint/repair - per LF | 111.17 | LF | $9.01 | $1,001.64 | 0.00 | LF | $ - | $ - | $1,001.64 | 100% | |
| 161 | Seal the walls w/PVA primer - one coat | 889.33 | SF | $0.63 | $560.28 | 0.00 | SF | $ - | $ - | $560.28 | 100% | |
| 162 | Texture drywall - smooth / skim coat | 889.33 | SF | $1.61 | $1,431.82 | 0.00 | SF | $ - | $ - | $1,431.82 | 100% | |
| 163 | Seal/prime then paint the walls twice | 889.33 | SF | $1.44 | $1,280.64 | 0.00 | SF | $ - | $ - | $1,280.64 | 100% | |
| 164 | Baseboard - Detach | 111.17 | LF | $1.50 | $166.76 | 0.00 | LF | $ - | $ - | $166.76 | 100% | |
| 165 | Baseboard - 5 1/4" | 111.17 | LF | $4.77 | $530.28 | 0.00 | LF | $ - | $ - | $530.28 | 100% | |
| 166 | R&R Cove molding - 3/4" | 111.17 | LF | $1.71 | $190.10 | 0.00 | LF | $ - | $ - | $190.10 | 100% | |
| 167 | Paint baseboard, oversized - two coats | 111.17 | LF | $1.68 | $186.77 | 0.00 | LF | $ - | $ - | $186.77 | 100% | |
| 168 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $15.49 | $30.98 | 0.00 | EA | $ - | $ - | $30.98 | 100% | |
| 169 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $61.11 | $122.22 | 0.00 | EA | $ - | $ - | $122.22 | 100% | |
| 170 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $25.81 | $51.62 | 0.00 | EA | $ - | $ - | $51.62 | 100% | |
| 171 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $50.65 | $101.30 | 0.00 | EA | $ - | $ - | $101.30 | 100% | |
| 172 | R&R Fire alarm - Manual pull station | 1.00 | EA | $206.52 | $206.52 | 0.00 | EA | $ - | $ - | $206.52 | 100% | |
| 173 | **FLOOR ITEMS** | | | | | | | | | | | |
| 174 | Clean the floor - Heavy | 284.41 | SF | $0.50 | $142.21 | 0.00 | SF | $ - | $ - | $142.21 | 100% | |
| 175 | Regrout tile floor | 284.41 | SF | $3.27 | $930.02 | 0.00 | SF | $ - | $ - | $930.02 | 100% | |
| 176 | Floor protection - Ram Board | 284.41 | SF | $1.50 | $426.62 | 0.00 | SF | $ - | $ - | $426.62 | 100% | |
| 177 | **MISC ITEMS** | | | | | | | | | | | |

3/2/2023



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ | % | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 178 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 4.00 | HR | $ 47.01 | $ 188.04 | 0.00 | HR | $ - | $ - | $ 188.04 | 100% | DBI did not observe any loss related damages to this item. |
| 179 | Subtotal | | | | $ 10,343.94 | | | | $ - | $ 10,343.94 | 100% | |
| 180 | **Mech Room** | | | | | | | | | | | |
| 181 | **CEILING ITEMS** | | | | | | | | | | | |
| 182 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 183 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 184 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 185 | Firesealing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 186 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 187 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 188 | **WALL ITEMS** | | | | | | | | | | | |
| 189 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 190 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | 441.28 | 84% | Variance due to quantity. |
| 191 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 192 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 193 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 194 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 195 | Firesealing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 196 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | - | 0% | |
| 197 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 198 | **FLOOR ITEMS** | | | | | | | | | | | |
| 199 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 200 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 201 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 45.65 | SF | $ 0.53 | $ 24.19 | 44.28 | 65% | Variance due to price. |
| 202 | **MISC ITEMS** | | | | | | | | | | | |
| 203 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | 1,000.00 | 47% | Variance due to price. |
| 204 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 205 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 206 | Subtotal | | | | $ 5,725.22 | | | | $ 1,569.26 | 4,155.96 | 73% | |
| 207 | **Storage Closet** | | | | | | | | | | | |
| 208 | **CEILING ITEMS** | | | | | | | | | | | |
| 209 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | 14.94 | 100% | DBI did not observe any loss related damages to this item. |
| 210 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | 2.48 | 100% | DBI did not observe any loss related damages to this item. |
| 211 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | 45.52 | 100% | DBI did not observe any loss related damages to this item. |



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 212 | Firesealing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 213 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 214 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 215 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 216 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 217 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 218 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | |
| 219 | **WALL ITEMS** | | | | | | | | | | | |
| 220 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | DBI did not observe any loss related damages to this area. |
| 221 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | $ 117.99 | 100% | |
| 222 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 223 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | $ 49.56 | 100% | |
| 224 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | $ 126.66 | 100% | |
| 225 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | $ 113.28 | 100% | |
| 226 | **FLOOR ITEMS** | | | | | | | | | | | |
| 227 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | $ 3.02 | 100% | |
| 228 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | $ 19.75 | 100% | |
| 229 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | $ 9.06 | 100% | |
| 230 | **MISC ITEMS** | | | | | | | | | | | |
| 231 | On-Site Inventory, Packing, Boxing, Moving chg - per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | $ 47.01 | 100% | |
| 232 | Subtotal | | | | $ 844.34 | | | | $ - | $ 844.34 | 100% | |
| 233 | **7th Floor Subtotal** | | | | $ 70,475.14 | | | | $ 19,096.69 | $ 51,378.45 | 73% | |
| 234 | **8th Floor** | | | | | | | | | | | |
| 235 | **Open Floor Area** | | | | | | | | | | | |
| 236 | **CEILING ITEMS** | | | | | | | | | | | |
| 237 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 374.83 | LF | $ 1.52 | $ 569.74 | 0.00 | LF | $ - | $ - | $ 569.74 | 100% | DBI did not observe any loss related damages to this item. |
| 238 | Clean the ceiling | 1972.15 | SF | $ 0.41 | $ 808.58 | 0.00 | SF | $ - | $ - | $ 808.58 | 100% | DBI did not observe any loss related damages to this item. |
| 239 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 240 | **WALL ITEMS** | | | | | | | | | | | |
| 241 | Mask wall - plastic, paper, tape (per LF) | 374.83 | LF | $ 1.52 | $ 569.74 | 374.83 | LF | $ 1.47 | $ 551.00 | $ 18.74 | 3% | Variance due to price. |
| 242 | Drywall tape joint/repair - per LF | 374.83 | LF | $ 9.01 | $ 3,377.22 | 0.00 | LF | $ - | $ - | $ 3,377.22 | 100% | DBI did not observe any loss related damages to this item. |
| 243 | Seal the walls w/PVA primer - one coat | 2998.67 | SF | $ 0.63 | $ 1,889.16 | 0.00 | SF | $ - | $ - | $ 1,889.16 | 100% | DBI did not observe any loss related damages to this item. |
| 244 | Texture drywall - smooth / skim coat | 2998.67 | SF | $ 1.61 | $ 4,827.86 | 0.00 | SF | $ - | $ - | $ 4,827.86 | 100% | DBI did not observe any loss related damages to this item. |
| 245 | Seal/prime then paint the walls twice | 2998.67 | SF | $ 1.44 | $ 4,318.08 | 0.00 | SF | $ - | $ - | $ 4,318.08 | 100% | DBI did not observe any loss related damages to this item. |
| 246 | Baseboard - Detach | 374.83 | LF | $ 1.50 | $ 562.25 | 0.00 | LF | $ - | $ - | $ 562.25 | 100% | DBI did not observe any loss related damages to this item. |
| 247 | Baseboard - 5 1/4" | 374.83 | LF | $ 4.77 | $ 1,787.94 | 374.83 | LF | $ - | $ - | $ 1,787.94 | 100% | |
| 248 | R&R Cove molding - 3/4" | 374.83 | LF | $ 1.71 | $ 640.96 | 374.83 | LF | $ 2.08 | $ 779.65 | $ (138.69) | -22% | |
| 249 | Paint baseboard, oversized - two coats | 374.83 | LF | $ 1.68 | $ 629.71 | 374.83 | LF | $ 2.47 | $ 925.83 | $ (296.12) | -47% | |
| 250 | Remove Emergency lighting - battery - Commercial | 7.00 | EA | $ 15.49 | $ 108.43 | 0.00 | EA | $ - | $ - | $ 108.43 | 100% | DBI did not observe any loss related damages to this item. |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty C | Unit D | Rate E | Total F | Qty G | Unit H | Rate I | Total J | $ (F-J) K | % (K/F) L | M |
| 251 | Install Emergency lighting - battery - Commercial | 7.00 | EA | $ 61.11 | $ 427.77 | 0.00 | EA | $ - | $ - | $ 427.77 | 100% | DBI did not observe any loss related damages to this item. |
| 252 | Interior door - Detach & reset - slab only | 5.00 | EA | $ 22.67 | $ 113.35 | 0.00 | EA | $ - | $ - | $ 113.35 | 100% | DBI did not observe any loss related damages to this item. |
| 253 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 254 | Seal & paint door/window trim & jamb - (per side) | 10.00 | EA | $ 33.92 | $ 339.20 | 0.00 | EA | $ - | $ - | $ 339.20 | 100% | DBI did not observe any loss related damages to this item. |
| 255 | **FLOOR ITEMS** | | | | | | | | | | | |
| 256 | Clean the floor - Heavy | 1972.15 | SF | $ 0.50 | $ 986.08 | 0.00 | SF | $ - | $ - | $ 986.08 | 100% | DBI did not observe any loss related damages to this item. |
| 257 | R&R Snaplock Laminate - simulated wood flooring - High grade | 1972.15 | SF | $ 9.38 | $ 18,498.77 | 1982.93 | SF | $ 7.61 | $ 15,090.10 | $ 3,408.67 | 18% | Variance due to price. |
| 258 | Floor protection - Ram Board | 1972.15 | SF | $ 1.50 | $ 2,958.23 | 0.00 | SF | $ - | $ - | $ 2,958.23 | 100% | DBI did not observe any loss related damages to this item. |
| 259 | **MISC ITEMS** | | | | | | | | | | | |
| 260 | Protect - Cover with plastic | 200.00 | SF | $ 0.38 | $ 76.00 | 0.00 | SF | $ - | $ - | $ 76.00 | 100% | DBI did not observe any loss related damages to this item. |
| 261 | Subtotal | | | | $ 43,814.92 | | | | $ 17,348.57 | $ 26,468.05 | 60% | |
| 262 | **Lobby** | | | | | | | | | | | |
| 263 | **CEILING ITEMS** | | | | | | | | | | | |
| 264 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | |
| 265 | Clean the ceiling | 237.05 | SF | $ 0.41 | $ 97.19 | 0.00 | SF | $ - | $ - | $ 97.19 | 100% | |
| 266 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | |
| 267 | Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 | EA | $ 68.25 | $ 273.00 | 0.00 | EA | $ - | $ - | $ 273.00 | 100% | |
| 268 | Seal/prime then paint the ceiling (2 coats) | 237.05 | SF | $ 1.04 | $ 246.53 | 0.00 | SF | $ - | $ - | $ 246.53 | 100% | |
| 269 | **WALL ITEMS** | | | | | | | | | | | |
| 270 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | |
| 271 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $ 1.43 | $ 190.76 | 0.00 | SF | $ - | $ - | $ 190.76 | 100% | |
| 272 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $ 3.00 | $ 1,334.01 | 0.00 | SF | $ - | $ - | $ 1,334.01 | 100% | |
| 273 | Drywall tape joint/repair - per LF | 111.17 | LF | $ 9.01 | $ 1,001.64 | 0.00 | LF | $ - | $ - | $ 1,001.64 | 100% | |
| 274 | Seal the walls w/PVA primer - one coat | 889.33 | SF | $ 0.63 | $ 560.28 | 0.00 | SF | $ - | $ - | $ 560.28 | 100% | |
| 275 | Texture drywall - smooth / skim coat | 889.33 | SF | $ 1.61 | $ 1,431.82 | 0.00 | SF | $ - | $ - | $ 1,431.82 | 100% | |
| 276 | Seal/prime then paint the walls twice | 889.33 | SF | $ 1.44 | $ 1,280.64 | 0.00 | SF | $ - | $ - | $ 1,280.64 | 100% | |
| 277 | Baseboard - Detach | 111.17 | LF | $ 1.50 | $ 166.76 | 0.00 | LF | $ - | $ - | $ 166.76 | 100% | |
| 278 | Baseboard - 5 1/4" | 111.17 | LF | $ 4.77 | $ 530.28 | 0.00 | LF | $ - | $ - | $ 530.28 | 100% | |
| 279 | R&R Cove molding - 3/4" | 111.17 | LF | $ 1.71 | $ 190.10 | 0.00 | LF | $ - | $ - | $ 190.10 | 100% | |
| 280 | Paint baseboard, oversized - two coats | 111.17 | LF | $ 1.68 | $ 186.77 | 0.00 | LF | $ - | $ - | $ 186.77 | 100% | |
| 281 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | |
| 282 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | DBI did not observe any loss related damage to this area. |
| 283 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | $ 51.62 | 100% | |
| 284 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | $ 101.30 | 100% | |
| 285 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ - | $ - | $ 206.52 | 100% | |
| 286 | **FLOOR ITEMS** | | | | | | | | | | | |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Qty | Unit | Rate | Total | DBI Qty | Unit | Rate | Total | Variance $ [F-J] | % [K/F] | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 287 | Clean the floor - Heavy | 237.05 | SF | $0.50 | $118.53 | 0.00 | SF | $- | $- | 118.53 | 100% | |
| 288 | Regrout tile floor | 237.05 | SF | $3.27 | $775.15 | 0.00 | SF | $- | $- | 775.15 | 100% | |
| 289 | Floor protection - Ram Board | 237.05 | SF | $1.50 | $355.58 | 0.00 | SF | $- | $- | 355.58 | 100% | |
| 290 | **MISC ITEMS** | | | | | | | | | | | |
| 291 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $47.01 | $94.02 | 0.00 | HR | $- | $- | 94.02 | 100% | |
| 292 | Subtotal | | | | $9,931.66 | | | | $- | 9,931.66 | 100% | |
| 293 | **Mech Room** | | | | | | | | | | | |
| 294 | **CEILING ITEMS** | | | | | | | | | | | |
| 295 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $1.52 | $44.58 | 0.00 | LF | $- | $- | 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 296 | Clean the ceiling | 45.65 | SF | $0.41 | $18.72 | 0.00 | SF | $- | $- | 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 297 | Smoke detector - Detach & reset | 1.00 | EA | $45.52 | $45.52 | 0.00 | EA | $- | $- | 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 298 | Firesafing - draft stop | 29.33 | LF | $1.59 | $46.63 | 0.00 | LF | $- | $- | 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 299 | Drywall tape joint/repair - per LF | 29.33 | LF | $9.01 | $264.26 | 0.00 | LF | $- | $- | 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 300 | Seal/prime then paint the ceiling twice | 45.65 | SF | $1.44 | $65.74 | 0.00 | SF | $- | $- | 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 301 | **WALL ITEMS** | | | | | | | | | | | |
| 302 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $1.52 | $44.58 | 0.00 | LF | $- | $- | 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 303 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $3.00 | $528.00 | 32.00 | SF | $2.71 | $86.72 | 441.28 | 84% | Variance due to quantity and price. |
| 304 | Drywall tape joint/repair - per LF | 29.33 | LF | $9.01 | $264.26 | 0.00 | LF | $- | $- | 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 305 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $0.63 | $147.84 | 0.00 | SF | $- | $- | 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 306 | Texture drywall - smooth / skim coat | 234.67 | SF | $1.61 | $377.82 | 0.00 | SF | $- | $- | 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 307 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | LF | $4.63 | $543.24 | 0.00 | LF | $- | $- | 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 308 | Firesafing - draft stop | 29.33 | LF | $1.59 | $46.63 | 0.00 | LF | $- | $- | 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 309 | Seal/prime then paint the walls twice | 234.67 | SF | $1.44 | $337.92 | 234.67 | SF | $1.44 | $337.92 | $- | 0% | |
| 310 | Light fixture - Detach & reset | 1.00 | EA | $47.01 | $47.01 | 0.00 | EA | $- | $- | 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 311 | **FLOOR ITEMS** | | | | | | | | | | | |
| 312 | Clean the floor - Heavy | 45.65 | SF | $0.50 | $22.83 | 0.00 | SF | $- | $- | 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 313 | Regrout tile floor | 45.65 | SF | $3.27 | $149.28 | 0.00 | SF | $- | $- | 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 314 | Floor protection - Ram Board | 45.65 | SF | $1.50 | $68.48 | 45.65 | SF | $0.53 | $24.19 | 44.28 | 65% | Variance due to price. |
| 315 | **MISC ITEMS** | | | | | | | | | | | |
| 316 | Commercial Air handler - Detach & reset | 1.00 | EA | $2,120.42 | $2,120.42 | 1.00 | EA | $1,120.42 | $1,120.42 | 1,000.00 | 47% | Variance due to price. |
| 317 | Panel and main disconnect - Detach & reset | 1.00 | EA | $388.44 | $388.44 | 0.00 | EA | $- | $- | 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 318 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $76.51 | $153.02 | 0.00 | HR | $- | $- | 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 319 | Subtotal | | | | $5,725.22 | | | | $1,669.26 | 4,155.96 | 73% | |
| 320 | **Storage Closet** | | | | | | | | | | | |

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (K) | % (L) | M |
| 321 | **CEILING ITEMS** | | | | | | | | | | | |
| 322 | Mask wall - plastic, paper, tape (per LF) — To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 323 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 324 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 325 | Firesealing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 326 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 327 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 328 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 329 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 330 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 331 | **WALL ITEMS** | | | | | | | | | | | |
| 332 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | |
| 333 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 334 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | $ 117.99 | 100% | DBI did not observe any loss related damage to this area. |
| 335 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | SF | $ - | $ - | $ 88.57 | 100% | |
| 336 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | $ 49.56 | 100% | |
| 337 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | $ 126.66 | 100% | |
| 338 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | $ 113.28 | 100% | |
| 339 | **FLOOR ITEMS** | | | | | | | | | | | |
| 340 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | $ 3.02 | 100% | |
| 341 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | $ 19.75 | 100% | |
| 342 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | $ 9.06 | 100% | |
| 343 | **MISC ITEMS** | | | | | | | | | | | |
| 344 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | $ 47.01 | 100% | |
| 345 | Subtotal | | | | $ 844.34 | | | | $ - | $ 844.34 | 100% | |
| 346 | **6th Floor Subtotal** | | | | $ 60,315.85 | | | | $ 18,915.84 | $ 41,400.00 | 69% | |
| 347 | **8th Floor** | | | | | | | | | | | |
| 348 | **Open Floor Area** | | | | | | | | | | | |
| 349 | **Content Manipulation** | | | | | | | | | | | |
| 350 | Content Manipulation charge - per hour | 0.00 | HR | $ - | $ - | 64.00 | HR | $ 45.21 | $ 2,893.44 | $ (2,893.44) | 0% | |
| 351 | **WALL ITEMS** | | | | | | | | | | | |
| 352 | Mask and prep for paint - plastic, paper, tape (per LF) | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 1.47 | $ 550.50 | $ (550.50) | 0% | |
| 353 | R&R Quarter round - 3/4" | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 2.08 | $ 778.94 | $ (778.94) | 0% | |
| 354 | Seal & paint baseboard - two coats | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 1.60 | $ 599.18 | $ (599.18) | 0% | |
| 355 | Seal & paint base shoe or quarter round | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 0.87 | $ 325.81 | $ (325.81) | 0% | |
| 356 | **FLOOR ITEMS** | | | | | | | | | | | |
| 357 | R&R Snaplock Laminate - simulated wood flooring - High grade | 0.00 | SF | $ - | $ - | 1952.94 | SF | $ 7.61 | $ 14,861.87 | $ (14,861.87) | 0% | |
| 358 | Subtotal | | | | $ - | | | | $ 20,009.74 | $ (20,009.74) | 0% | |
| 359 | **LOBBY** | | | | | | | | | | | |
| 360 | **CEILING ITEMS** | | | | | | | | | | | |
| 361 | Mask wall - plastic, paper, tape (per LF) | 108.83 | LF | $ 1.52 | $ 165.42 | 0.00 | LF | $ - | $ - | $ 165.42 | 100% | |
| 362 | Clean the ceiling | 229.27 | SF | $ 0.41 | $ 94.00 | 0.00 | SF | $ - | $ - | $ 94.00 | 100% | |
| 363 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | |
| 364 | **WALL ITEMS** | | | | | | | | | | | |
| 365 | Mask wall - plastic, paper, tape (per LF) | 108.83 | LF | $ 1.52 | $ 165.42 | 0.00 | LF | $ - | $ - | $ 165.42 | 100% | |





**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | | $ | % | |
| | | | | | | | | | | | (F-J) | (K/F) | |
| A | B | C | D | E | F | G | H | I | J | | K | L | M |
| 366 | R&R Rigid foam insulation board - 1" | 130.60 | SF | $ 1.43 | $ 186.76 | 0.00 | SF | $ - | $ - | | $ 186.76 | 100% | |
| 367 | R&R 5/8" drywall - hung, taped, ready for texture | 435.33 | SF | $ 3.00 | $ 1,305.99 | 0.00 | SF | $ - | $ - | | $ 1,305.99 | 100% | |
| 368 | Drywall tape joint/repair - per LF | 108.83 | LF | $ 9.01 | $ 980.56 | 0.00 | LF | $ - | $ - | | $ 980.56 | 100% | |
| 369 | Seal the walls w/PVA primer - one coat | 870.67 | SF | $ 0.63 | $ 548.52 | 0.00 | SF | $ - | $ - | | $ 548.52 | 100% | |
| 370 | Texture drywall - smooth / skim coat | 870.67 | SF | $ 1.61 | $ 1,401.78 | 0.00 | SF | $ - | $ - | | $ 1,401.78 | 100% | |
| 371 | Seal/prime then paint the walls twice | 870.67 | SF | $ 1.44 | $ 1,253.76 | 0.00 | SF | $ - | $ - | | $ 1,253.76 | 100% | |
| 372 | Baseboard - Detach | 108.83 | LF | $ 1.50 | $ 163.25 | 0.00 | LF | $ - | $ - | | $ 163.25 | 100% | |
| 373 | Baseboard - 5 1/4" | 108.83 | LF | $ 4.77 | $ 519.12 | 0.00 | LF | $ - | $ - | | $ 519.12 | 100% | |
| 374 | Paint baseboard, oversized - two coats | 108.83 | LF | $ 1.68 | $ 182.83 | 0.00 | LF | $ - | $ - | | $ 182.83 | 100% | |
| 375 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | | $ 30.98 | 100% | DBI did not observe any related damage to this area. |
| 376 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | | $ 122.22 | 100% | |
| 377 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | | $ 51.62 | 100% | |
| 378 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | | $ 101.30 | 100% | |
| 379 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ - | $ - | | $ 206.52 | 100% | |
| 380 | **FLOOR ITEMS** | | | | | | | | | | | | |
| 381 | Clean the floor - Heavy | 229.27 | SF | $ 0.50 | $ 114.64 | 0.00 | SF | $ - | $ - | | $ 114.64 | 100% | |
| 382 | Regrout tile floor | 229.27 | SF | $ 3.27 | $ 749.71 | 0.00 | SF | $ - | $ - | | $ 749.71 | 100% | |
| 383 | Floor protection - Ram Board | 229.27 | SF | $ 1.50 | $ 343.91 | 0.00 | SF | $ - | $ - | | $ 343.91 | 100% | |
| 384 | **MISC ITEMS** | | | | | | | | | | | | |
| 385 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | | $ 94.02 | 100% | |
| 386 | **Subtotal** | | | | $ 9,030.35 | | | | $ - | | $ 9,030.35 | 100% | |
| 387 | **Mech Room** | | | | | | | | | | | | |
| 388 | **CEILING ITEMS** | | | | | | | | | | | | |
| 389 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 390 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 391 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 392 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 393 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 394 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 395 | **WALL ITEMS** | | | | | | | | | | | | |
| 396 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 397 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | | $ 441.28 | 84% | Variance due to quantity and price. |
| 398 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 399 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (F-J) (K) | % (K/F) (L) | M |
| 400 | Texture drywall - smooth / skim coat | 234.67 | SF | $1.61 | $377.82 | 0.00 | SF | $- | $- | $377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 401 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $4.63 | $543.24 | 0.00 | SF | $- | $- | $543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 402 | Firesafing - draft stop | 29.33 | LF | $1.59 | $46.63 | 0.00 | LF | $- | $- | $46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 403 | Seal/prime then paint the walls twice | 234.67 | SF | $1.44 | $337.92 | 234.67 | SF | $1.44 | $337.92 | $- | 0% | |
| 404 | Light fixture - Detach & reset | 1.00 | EA | $47.01 | $47.01 | 0.00 | EA | $- | $- | $47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 405 | **FLOOR ITEMS** | | | | | | | | | | | |
| 406 | Clean the floor - Heavy | 45.65 | SF | $0.50 | $22.83 | 0.00 | SF | $- | $- | $22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 407 | Regrout tile floor | 45.65 | SF | $3.27 | $149.28 | 0.00 | SF | $- | $- | $149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 408 | Floor protection - Ram Board | 45.65 | SF | $1.50 | $68.48 | 45.65 | SF | $0.53 | $24.19 | $44.28 | 65% | Variance due to price. |
| 409 | **MISC ITEMS** | | | | | | | | | | | |
| 410 | Commercial Air handler - Detach & reset | 1.00 | EA | $2,120.42 | $2,120.42 | 1.00 | EA | $1,120.42 | $1,120.42 | $1,000.00 | 47% | Variance due to price. |
| 411 | Panel and main disconnect - Detach & reset | 1.00 | EA | $388.44 | $388.44 | 0.00 | EA | $- | $- | $388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 412 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $76.51 | $153.02 | 0.00 | HR | $- | $- | $153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 413 | Subtotal | | | | $5,725.22 | | | | $1,669.26 | $4,155.96 | 73% | |
| 414 | **Storage Closet** | | | | | | | | | | | |
| 415 | **CEILING ITEMS** | | | | | | | | | | | |
| 416 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $1.52 | $14.94 | 0.00 | LF | $- | $- | $14.94 | 100% | |
| 417 | Clean the ceiling | 6.04 | SF | $0.41 | $2.48 | 0.00 | SF | $- | $- | $2.48 | 100% | |
| 418 | Smoke detector - Detach & reset | 1.00 | EA | $45.52 | $45.52 | 0.00 | EA | $- | $- | $45.52 | 100% | |
| 419 | Firesafing - draft stop | 9.83 | LF | $1.59 | $15.63 | 0.00 | LF | $- | $- | $15.63 | 100% | |
| 420 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $3.00 | $18.12 | 0.00 | SF | $- | $- | $18.12 | 100% | |
| 421 | Drywall tape joint/repair - per LF | 9.83 | LF | $9.01 | $88.57 | 0.00 | LF | $- | $- | $88.57 | 100% | |
| 422 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $0.63 | $3.81 | 0.00 | SF | $- | $- | $3.81 | 100% | |
| 423 | Texture drywall - smooth / skim coat | 6.04 | SF | $1.61 | $9.72 | 0.00 | SF | $- | $- | $9.72 | 100% | |
| 424 | Seal/prime then paint the ceiling twice | 6.04 | SF | $1.44 | $8.70 | 0.00 | SF | $- | $- | $8.70 | 100% | |
| 425 | Light fixture - Detach & reset | 1.00 | EA | $47.01 | $47.01 | 0.00 | EA | $- | $- | $47.01 | 100% | |
| 426 | **WALL ITEMS** | | | | | | | | | | | |
| 427 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $1.52 | $14.94 | 0.00 | LF | $- | $- | $14.94 | 100% | DBI did not observe any loss related damages to this area. |
| 428 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $3.00 | $117.99 | 0.00 | SF | $- | $- | $117.99 | 100% | |
| 429 | Drywall tape joint/repair - per LF | 9.83 | LF | $9.01 | $88.57 | 0.00 | LF | $- | $- | $88.57 | 100% | |
| 430 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $0.63 | $49.56 | 0.00 | SF | $- | $- | $49.56 | 100% | |
| 431 | Texture drywall - smooth / skim coat | 78.67 | SF | $1.61 | $126.66 | 0.00 | SF | $- | $- | $126.66 | 100% | |
| 432 | Seal/prime then paint the walls twice | 78.67 | SF | $1.44 | $113.28 | 0.00 | SF | $- | $- | $113.28 | 100% | |
| 433 | **FLOOR ITEMS** | | | | | | | | | | | |
| 434 | Clean the floor - Heavy | 6.04 | SF | $0.50 | $3.02 | 0.00 | SF | $- | $- | $3.02 | 100% | |
| 435 | Regrout tile floor | 6.04 | SF | $3.27 | $19.75 | 0.00 | SF | $- | $- | $19.75 | 100% | |
| 436 | Floor protection - Ram Board | 6.04 | SF | $1.50 | $9.06 | 0.00 | SF | $- | $- | $9.06 | 100% | |
| 437 | **MISC ITEMS** | | | | | | | | | | | |
| 438 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $47.01 | $47.01 | 0.00 | HR | $- | $- | $47.01 | 100% | |
| 439 | Subtotal | | | | $844.34 | | | | $- | $844.34 | 100% | |



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ [F-J] (K) | % [K/F] (L) | M |
| 440 | 5th Floor Subtotal | | | | $ 15,599.91 | | | | $ 21,579.00 | $ (5,979.10) | -38% | |
| 441 | **4th Floor** | | | | | | | | | | | |
| 442 | **OPEN FLOOR AREA** | | | | | | | | | | | |
| 443 | **CEILING ITEMS** | | | | | | | | | | | |
| 444 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 91.33 | LF | $ 1.52 | $ 138.82 | 0.00 | LF | $ - | $ - | $ 138.82 | 100% | DBI did not observe any loss related damages to this item. |
| 445 | Clean the ceiling | 299.42 | SF | $ 0.41 | $ 122.76 | 0.00 | SF | $ - | $ - | $ 122.76 | 100% | DBI did not observe any loss related damages to this item. |
| 446 | Material Only Acoustic ceiling tile | 0.00 | SF | $ - | $ - | 3.00 | SF | $ 1.53 | $ 4.59 | $ (4.59) | 0% | |
| 447 | Acoustic Treatments Installer - per hour | 0.00 | HR | $ - | $ - | 2.00 | HR | $ 98.16 | $ 196.32 | $ (196.32) | 0% | |
| 448 | **WALL ITEMS** | | | | | | | | | | | |
| 449 | Mask wall - plastic, paper, tape (per LF) | 91.33 | LF | $ 1.52 | $ 138.82 | 92.83 | LF | $ 1.47 | $ 136.46 | $ 2.36 | 2% | Variance due to price. |
| 450 | Drywall flap joint/repair - per LF | 91.33 | LF | $ 9.01 | $ 822.88 | 0.00 | LF | $ - | $ - | $ 822.88 | 100% | DBI did not observe any loss related damages to this item. |
| 451 | Seal the walls w/PVA primer - one coat | 730.67 | SF | $ 0.63 | $ 460.32 | 0.00 | SF | $ - | $ - | $ 460.32 | 100% | DBI did not observe any loss related damages to this item. |
| 452 | Texture drywall - smooth / skim coat | 730.67 | SF | $ 1.61 | $ 1,176.38 | 0.00 | SF | $ - | $ - | $ 1,176.38 | 100% | DBI did not observe any loss related damages to this item. |
| 453 | Seal/prime then paint the walls twice | 730.67 | SF | $ 1.44 | $ 1,052.16 | 0.00 | SF | $ - | $ - | $ 1,052.16 | 100% | DBI did not observe any loss related damages to this item. |
| 454 | Baseboard - Detach | 91.33 | LF | $ 1.50 | $ 137.00 | 0.00 | LF | $ - | $ - | $ 137.00 | 100% | DBI did not observe any loss related damages to this item. |
| 455 | Baseboard - 5 1/4" | 91.33 | LF | $ 4.77 | $ 435.64 | 92.83 | LF | $ 2.85 | $ 264.57 | $ 171.07 | 39% | Variance due to price. |
| 456 | Paint baseboard, oversized - two coats | 91.33 | LF | $ 1.68 | $ 153.43 | 92.83 | LF | $ 1.60 | $ 148.53 | $ 4.91 | 3% | Variance due to price. |
| 457 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 458 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 459 | Seal & paint door/window trim & jamb - (per side) | 4.00 | EA | $ 33.92 | $ 135.68 | 0.00 | EA | $ - | $ - | $ 135.68 | 100% | DBI did not observe any loss related damages to this item. |
| 460 | Remove Emergency lighting - battery - Commercial | 1.00 | EA | $ 15.49 | $ 15.49 | 0.00 | EA | $ - | $ - | $ 15.49 | 100% | DBI did not observe any loss related damages to this item. |
| 461 | Install Emergency lighting - battery - Commercial | 1.00 | EA | $ 61.11 | $ 61.11 | 0.00 | EA | $ - | $ - | $ 61.11 | 100% | DBI did not observe any loss related damages to this item. |
| 462 | **FLOOR ITEMS** | | | | | | | | | | | |
| 463 | R&R Snaplock Laminate - simulated wood flooring - High grade | 299.42 | SF | $ 9.38 | $ 2,808.56 | 301.94 | SF | $ 7.61 | $ 2,297.76 | $ 510.80 | 18% | Variance due to price. |
| 464 | Clean the floor - Heavy | 299.42 | SF | $ 0.50 | $ 149.71 | 0.00 | SF | $ - | $ - | $ 149.71 | 100% | DBI did not observe any loss related damages to this item. |
| 465 | Floor protection - Ram Board | 299.42 | SF | $ 1.50 | $ 449.13 | 0.00 | SF | $ - | $ - | $ 449.13 | 100% | DBI did not observe any loss related damages to this item. |
| 466 | **MISC ITEMS** | | | | | | | | | | | |
| 467 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 10.00 | HR | $ 47.01 | $ 470.10 | 0.00 | HR | $ - | $ - | $ 470.10 | 100% | DBI did not observe any loss related damages to this item. |
| 468 | Subtotal | | | | $ 8,828.22 | | | | $ 3,048.23 | $ 5,779.99 | 65% | |
| 469 | **Lobby** | | | | | | | | | | | |
| 470 | **CEILING ITEMS** | | | | | | | | | | | |
| 471 | Mask wall - plastic, paper, tape (per LF) | 123.33 | LF | $ 1.52 | $ 187.46 | 0.00 | LF | $ - | $ - | $ 187.46 | 100% | DBI did not observe any loss related damages to this item. |
| 472 | Clean the ceiling | 243.21 | SF | $ 0.41 | $ 99.72 | 0.00 | SF | $ - | $ - | $ 99.72 | 100% | DBI did not observe any loss related damages to this item. |
| 473 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (F-J) (K) | % (K/F) (L) | M |
| 474 | Recessed light fixture - Detach & reset trim only | 8.00 | EA | $ 3.49 | $ 27.92 | 0.00 | EA | $ - | $ - | $ 27.92 | 100% | DBI did not observe any loss related damages to this item. |
| 475 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 476 | Remove Surveillance camera - color | 1.00 | EA | $ 61.95 | $ 61.95 | 0.00 | EA | $ - | $ - | $ 61.95 | 100% | DBI did not observe any loss related damages to this item. |
| 477 | Install Surveillance camera - color | 1.00 | EA | $ 174.61 | $ 174.61 | 0.00 | EA | $ - | $ - | $ 174.61 | 100% | DBI did not observe any loss related damages to this item. |
| 478 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $ 16.13 | $ 48.39 | 0.00 | EA | $ - | $ - | $ 48.39 | 100% | DBI did not observe any loss related damages to this item. |
| 479 | R&R Recessed light fixture - High grade | 1.00 | EA | $ 150.33 | $ 150.33 | 0.00 | EA | $ - | $ - | $ 150.33 | 100% | DBI did not observe any loss related damages to this item. |
| 480 | R&R Suspended ceiling grid - 2' x 2' | 243.21 | SF | $ 2.39 | $ 581.27 | 19.00 | SF | $ 0.74 | $ 14.06 | $ 567.21 | 98% | Variance due to quantity and price. |
| 481 | R&R Suspended ceiling tile - 2' x 2' | 243.21 | SF | $ 2.66 | $ 646.94 | 12.00 | SF | $ 1.53 | $ 18.36 | $ 628.58 | 97% | Variance due to quantity and price. |
| 482 | Acoustic Treatments Installer - per hour | 0.00 | HR | $ - | $ - | 16.00 | HR | $ 98.16 | $ 1,570.56 | $ (1,570.56) | 0% | |
| 483 | **WALL ITEMS** | | | | | | | | | | | |
| 484 | Mask wall - plastic, paper, tape (per LF) | 123.33 | LF | $ 1.52 | $ 187.46 | 0.00 | LF | $ - | $ - | $ 187.46 | 100% | DBI did not observe any loss related damages to this item. |
| 485 | R&R Rigid foam insulation board - 1" | 148.00 | SF | $ 1.43 | $ 211.64 | 0.00 | SF | $ - | $ - | $ 211.64 | 100% | DBI did not observe any loss related damages to this item. |
| 486 | R&R 5/8" drywall - hung, taped, ready for texture | 493.33 | SF | $ 3.00 | $ 1,479.99 | 0.00 | SF | $ - | $ - | $ 1,479.99 | 100% | DBI did not observe any loss related damages to this item. |
| 487 | Drywall tape joint/repair - per LF | 61.67 | LF | $ 9.01 | $ 555.65 | 0.00 | LF | $ - | $ - | $ 555.65 | 100% | DBI did not observe any loss related damages to this item. |
| 488 | Seal part of the walls w/PVA primer - one coat | 493.33 | SF | $ 0.63 | $ 310.80 | 0.00 | SF | $ - | $ - | $ 310.80 | 100% | DBI did not observe any loss related damages to this item. |
| 489 | Texture drywall - smooth / skim coat | 493.33 | SF | $ 1.61 | $ 794.26 | 0.00 | SF | $ - | $ - | $ 794.26 | 100% | DBI did not observe any loss related damages to this item. |
| 490 | Texture drywall - machine - knockdown | 493.33 | SF | $ 0.94 | $ 463.73 | 0.00 | SF | $ - | $ - | $ 463.73 | 100% | DBI did not observe any loss related damages to this item. |
| 491 | Seal/prime then paint part of the walls twice | 690.67 | SF | $ 1.44 | $ 994.56 | 0.00 | SF | $ - | $ - | $ 994.56 | 100% | DBI did not observe any loss related damages to this item. |
| 492 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | DBI did not observe any loss related damages to this item. |
| 493 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | DBI did not observe any loss related damages to this item. |
| 494 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | $ 51.62 | 100% | DBI did not observe any loss related damages to this item. |
| 495 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | $ 101.30 | 100% | DBI did not observe any loss related damages to this item. |
| 496 | R&R Window sill - hardwood | 10.00 | LF | $ 5.69 | $ 56.90 | 0.00 | LF | $ - | $ - | $ 56.90 | 100% | DBI did not observe any loss related damages to this item. |
| 497 | Stain & finish wood window sill | 10.00 | LF | $ 3.16 | $ 31.60 | 0.00 | LF | $ - | $ - | $ 31.60 | 100% | DBI did not observe any loss related damages to this item. |
| 498 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ - | $ - | $ 206.52 | 100% | DBI did not observe any loss related damages to this item. |
| 499 | **FLOOR ITEMS** | | | | | | | | | | | |
| 500 | Clean the floor - Heavy | 243.21 | SF | $ 0.50 | $ 121.61 | 0.00 | SF | $ - | $ - | $ 121.61 | 100% | DBI did not observe any loss related damages to this item. |
| 501 | Regrout tile floor | 243.21 | SF | $ 3.27 | $ 795.30 | 0.00 | SF | $ - | $ - | $ 795.30 | 100% | DBI did not observe any loss related damages to this item. |
| 502 | Floor protection - Ram Board | 243.21 | SF | $ 1.50 | $ 364.82 | 0.00 | SF | $ - | $ - | $ 364.82 | 100% | DBI did not observe any loss related damages to this item. |
| 503 | **MISC ITEMS** | | | | | | | | | | | |



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty C | Unit D | Rate E | Total F | Qty G | Unit H | Rate I | Total J | $ (F-J) K | % (K/F) L | M |
| 504 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | $ 94.02 | 100% | DBI did not observe any loss related damages to this item. |
| 505 | Subtotal | | | | $ 9,247.10 | | | | $ 1,602.98 | $ 7,644.12 | 83% | |
| 506 | **Mech Room** | | | | | | | | | | | |
| 507 | **CEILING ITEMS** | | | | | | | | | | | |
| 508 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 509 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 510 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 511 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 512 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 513 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 514 | **WALL ITEMS** | | | | | | | | | | | |
| 515 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 45.65 | LF | $ 0.53 | $ 24.19 | 20.39 | 46% | Variance due to price. |
| 516 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | 441.28 | 84% | Variance due to quantity and price. |
| 517 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 518 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 519 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 520 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 521 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 522 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | - | 0% | |
| 523 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 524 | R&R Baseboard - 3 1/4" | 29.33 | LF | $ 4.32 | $ 126.71 | 0.00 | LF | $ - | $ - | 126.71 | 100% | DBI did not observe any loss related damages to this item. |
| 525 | Seal & paint baseboard - two coats | 29.33 | LF | $ 1.60 | $ 46.93 | 0.00 | LF | $ - | $ - | 46.93 | 100% | DBI did not observe any loss related damages to this item. |
| 526 | **FLOOR ITEMS** | | | | | | | | | | | |
| 527 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 528 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 529 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 0.00 | SF | $ - | $ - | 68.48 | 100% | DBI did not observe any loss related damages to this item. |
| 530 | **MISC ITEMS** | | | | | | | | | | | |
| 531 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | 1,000.00 | 47% | Variance due to price. |
| 532 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 533 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 534 | R&R Hollow Metal Door - solid core birch flush | 1.00 | EA | $ 365.07 | $ 365.07 | 0.00 | EA | $ - | $ - | 365.07 | 100% | DBI did not observe any loss related damages to this item. |



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C Qty | D Unit | E Rate | F Total | G Qty | H Unit | I Rate | J Total | K $ (F-J) | L % (K-F) | M |
| 535 | Stain & finish door slab only (per side) | 2.00 | EA | $ 61.96 | $ 123.92 | 0.00 | EA | $ - | $ - | $ 123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 536 | Door closer - Commercial grade - Detach & reset | 1.00 | EA | $ 36.74 | $ 36.74 | 0.00 | EA | $ - | $ - | $ 36.74 | 100% | DBI did not observe any loss related damages to this item. |
| 537 | Thermostat - Detach & reset | 1.00 | EA | $ 53.91 | $ 53.91 | 0.00 | EA | $ - | $ - | $ 53.91 | 100% | DBI did not observe any loss related damages to this item. |
| 538 | Subtotal | | | | $ 6,478.49 | | | | $ 1,569.26 | $ 4,909.24 | 76% | |
| 539 | **Storage Closet** | | | | | | | | | | | |
| 540 | CEILING ITEMS | | | | | | | | | | | |
| 541 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 542 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 543 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 544 | Firecalling - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 545 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 546 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 547 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 548 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 549 | Seal/prime then paint the ceiling | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 550 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | |
| 551 | WALL ITEMS | | | | | | | | | | | |
| 552 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 553 | R&R 5/8" drywall - hung, taped, ready for texture | 59.00 | SF | $ 3.00 | $ 177.00 | 0.00 | SF | $ - | $ - | $ 177.00 | 100% | DBI did not observe any loss related damages to this area. |
| 554 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 555 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | $ 49.56 | 100% | |
| 556 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | $ 126.66 | 100% | |
| 557 | Seal/prime then paint the walls | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | $ 113.28 | 100% | |
| 558 | Paint door/window trim & jamb - 2 coats (per side) | 1.00 | EA | $ 34.10 | $ 34.10 | 0.00 | EA | $ - | $ - | $ 34.10 | 100% | |
| 559 | Paint door slab only - 2 coats (per side) | 1.00 | EA | $ 41.29 | $ 41.29 | 0.00 | EA | $ - | $ - | $ 41.29 | 100% | |
| 560 | FLOOR ITEMS | | | | | | | | | | | |
| 561 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | $ 3.02 | 100% | |
| 562 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | $ 19.75 | 100% | |
| 563 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | $ 9.06 | 100% | |
| 564 | MISC ITEMS | | | | | | | | | | | |
| 565 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | $ 94.02 | 100% | |
| 566 | R&R Interior door unit | 1.00 | EA | $ 317.73 | $ 317.73 | 0.00 | EA | $ - | $ - | $ 317.73 | 100% | |
| 567 | Subtotal | | | | $ 1,343.48 | | | | $ - | $ 1,343.48 | 100% | |
| 568 | **Office 4** | | | | | | | | | | | |
| 569 | CEILING ITEMS | | | | | | | | | | | |
| 570 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 39.67 | LF | $ 1.52 | $ 60.30 | 0.00 | LF | $ - | $ - | $ 60.30 | 100% | DBI did not observe any loss related damages to this item. |
| 571 | Clean the ceiling | 79.77 | SF | $ 0.41 | $ 32.71 | 0.00 | SF | $ - | $ - | $ 32.71 | 100% | DBI did not observe any loss related damages to this item. |
| 572 | WALL ITEMS | | | | | | | | | | | |
| 573 | Mask wall - plastic, paper, tape (per LF) | 39.67 | LF | $ 1.52 | $ 60.30 | 39.67 | LF | $ 1.47 | $ 58.31 | $ 1.98 | 3% | Variance due to price. |
| 574 | Drywall tape joint/repair - per LF | 39.67 | LF | $ 9.01 | $ 357.43 | 0.00 | LF | $ - | $ - | $ 357.43 | 100% | DBI did not observe any loss related damages to this item. |



| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (F-J) (K) | % (K/F) (L) | M |
| 575 | Seal the walls w/PVA primer - one coat | 317.33 | SF | $ 0.63 | $ 199.92 | 0.00 | SF | $ - | $ - | $ 199.92 | 100% | DBI did not observe any loss related damages to this item. |
| 576 | Texture drywall - smooth / skim coat | 317.33 | SF | $ 1.61 | $ 510.90 | 0.00 | SF | $ - | $ - | $ 510.90 | 100% | DBI did not observe any loss related damages to this item. |
| 577 | Seal/prime then paint the walls twice | 317.33 | SF | $ 1.44 | $ 456.96 | 0.00 | SF | $ - | $ - | $ 456.96 | 100% | DBI did not observe any loss related damages to this item. |
| 578 | Baseboard - Detach | 39.67 | LF | $ 1.50 | $ 59.51 | 0.00 | LF | $ - | $ - | $ 59.51 | 100% | DBI did not observe any loss related damages to this item. |
| 579 | Baseboard - 5 1/4" | 39.67 | LF | $ 4.77 | $ 189.23 | 39.67 | LF | $ 2.85 | $ 113.06 | $ 76.17 | 40% | Variance due to price. |
| 580 | Paint baseboard, oversized - two coats | 39.67 | LF | $ 1.68 | $ 66.65 | 39.67 | LF | $ 1.60 | $ 63.47 | $ 3.17 | 5% | Variance due to price. |
| 581 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 582 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 583 | Seal & paint door/window trim & jamb - (per side) | 4.00 | EA | $ 33.92 | $ 135.68 | 0.00 | EA | $ - | $ - | $ 135.68 | 100% | DBI did not observe any loss related damages to this item. |
| 584 | **FLOOR ITEMS** | | | | | | | | | | | |
| 585 | R&R Snaplock Laminate - simulated wood flooring - High grade | 79.77 | SF | $ 9.38 | $ 748.24 | 79.77 | SF | $ 7.61 | $ 607.05 | $ 141.19 | 19% | Variance due to price. |
| 586 | Clean the floor - Heavy | 79.77 | SF | $ 0.50 | $ 39.89 | 0.00 | SF | $ - | $ - | $ 39.89 | 100% | DBI did not observe any loss related damages to this item. |
| 587 | Floor protection - Ram Board | 79.77 | SF | $ 1.50 | $ 119.66 | 0.00 | SF | $ - | $ - | $ 119.66 | 100% | DBI did not observe any loss related damages to this item. |
| 588 | **MISC ITEMS** | | | | | | | | | | | |
| 589 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 590 | Subtotal | | | | $ 3,419.61 | | | | $ 841.90 | $ 2,577.72 | 75% | |
| 591 | **Office 3** | | | | | | | | | | | |
| 592 | **CEILING ITEMS** | | | | | | | | | | | |
| 593 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 44.17 | LF | $ 1.52 | $ 67.14 | 0.00 | LF | $ - | $ - | $ 67.14 | 100% | DBI did not observe any loss related damages to this item. |
| 594 | Clean the ceiling | 118.08 | SF | $ 0.41 | $ 48.41 | 0.00 | SF | $ - | $ - | $ 48.41 | 100% | DBI did not observe any loss related damages to this item. |
| 595 | **WALL ITEMS** | | | | | | | | | | | |
| 596 | Mask wall - plastic, paper, tape (per LF) | 44.17 | LF | $ 1.52 | $ 67.14 | 44.17 | LF | $ 1.47 | $ 64.93 | $ 2.21 | 3% | Variance due to price. |
| 597 | Drywall tape joint/repair - per LF | 44.17 | LF | $ 9.01 | $ 397.97 | 0.00 | LF | $ - | $ - | $ 397.97 | 100% | DBI did not observe any loss related damages to this item. |
| 598 | Seal the walls w/PVA primer - one coat | 353.33 | SF | $ 0.63 | $ 222.60 | 0.00 | SF | $ - | $ - | $ 222.60 | 100% | DBI did not observe any loss related damages to this item. |
| 599 | Texture drywall - smooth / skim coat | 353.33 | SF | $ 1.61 | $ 568.86 | 0.00 | SF | $ - | $ - | $ 568.86 | 100% | DBI did not observe any loss related damages to this item. |
| 600 | Seal/prime then paint the walls twice | 353.33 | SF | $ 1.44 | $ 508.80 | 0.00 | SF | $ - | $ - | $ 508.80 | 100% | DBI did not observe any loss related damages to this item. |
| 601 | Baseboard - Detach | 44.17 | LF | $ 1.50 | $ 66.26 | 0.00 | LF | $ - | $ - | $ 66.26 | 100% | DBI did not observe any loss related damages to this item. |
| 602 | Baseboard - 5 1/4" | 44.17 | LF | $ 4.77 | $ 210.69 | 44.17 | LF | $ 2.85 | $ 125.88 | $ 84.81 | 40% | Variance due to price. |
| 603 | Paint baseboard, oversized - two coats | 44.17 | LF | $ 1.68 | $ 74.21 | 44.17 | LF | $ 1.60 | $ 70.67 | $ 3.53 | 5% | Variance due to price. |
| 604 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 605 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 606 | Seal & paint door/window trim & jamb - (per side) | 3.00 | EA | $ 33.92 | $ 101.76 | 0.00 | EA | $ - | $ - | $ 101.76 | 100% | DBI did not observe any loss related damages to this item. |
| 607 | **FLOOR ITEMS** | | | | | | | | | | | |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty C | Unit D | Rate E | Total F | Qty G | Unit H | Rate I | Total J | $ [F-J] K | % [K/F] L | M |
| 608 | R&R Snaplock Laminate - simulated wood flooring - High grade | 118.08 | SF | $ 9.38 | $ 1,107.59 | 118.08 | SF | $ 7.61 | $ 898.59 | $ 209.00 | 19% | Variance due to price. |
| 609 | Clean the floor - Heavy | 118.08 | SF | $ 0.50 | $ 59.04 | 0.00 | SF | $ - | $ - | $ 59.04 | 100% | DBI did not observe any loss related damages to this item. |
| 610 | Floor protection - Ram Board | 118.08 | SF | $ 1.50 | $ 177.12 | 0.00 | SF | $ - | $ - | $ 177.12 | 100% | DBI did not observe any loss related damages to this item. |
| 611 | **MISC ITEMS** | | | | | | | | | | | |
| 612 | On-Site Inventory, Packing, Boxing, Moving chg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 613 | Subtotal | | | | $ 4,059.85 | | | | $ 1,160.08 | $ 2,899.77 | 71% | |
| 614 | **Office 2** | | | | | | | | | | | |
| 615 | **CEILING ITEMS** | | | | | | | | | | | |
| 616 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 41.00 | LF | $ 1.52 | $ 62.32 | 0.00 | LF | $ - | $ - | $ 62.32 | 100% | DBI did not observe any loss related damages to this item. |
| 617 | Clean the ceiling | 103.70 | SF | $ 0.41 | $ 42.52 | 0.00 | SF | $ - | $ - | $ 42.52 | 100% | DBI did not observe any loss related damages to this item. |
| 618 | **WALL ITEMS** | | | | | | | | | | | |
| 619 | Mask wall - plastic, paper, tape (per LF) | 41.00 | LF | $ 1.52 | $ 62.32 | 42.50 | LF | $ 1.47 | $ 62.48 | $ (0.16) | 0% | DBI did not observe any loss related damages to this item. |
| 620 | Drywall tape joint/repair - per LF | 41.00 | LF | $ 9.01 | $ 369.41 | 0.00 | LF | $ - | $ - | $ 369.41 | 100% | DBI did not observe any loss related damages to this item. |
| 621 | Seal the walls w/PVA primer - one coat | 328.00 | SF | $ 0.63 | $ 206.64 | 0.00 | SF | $ - | $ - | $ 206.64 | 100% | DBI did not observe any loss related damages to this item. |
| 622 | Texture drywall - smooth / skim coat | 328.00 | SF | $ 1.61 | $ 528.08 | 0.00 | SF | $ - | $ - | $ 528.08 | 100% | DBI did not observe any loss related damages to this item. |
| 623 | Seal/prime then paint the walls twice | 328.00 | SF | $ 1.44 | $ 472.32 | 0.00 | SF | $ - | $ - | $ 472.32 | 100% | DBI did not observe any loss related damages to this item. |
| 624 | Baseboard - Detach | 41.00 | LF | $ 1.50 | $ 61.50 | 0.00 | LF | $ - | $ - | $ 61.50 | 100% | DBI did not observe any loss related damages to this item. |
| 625 | Baseboard - 5 1/4" | 41.00 | LF | $ 4.77 | $ 195.57 | 42.50 | LF | $ 2.85 | $ 121.13 | $ 74.45 | 38% | Variance due to price. |
| 626 | Paint baseboard, oversized - two coats | 41.00 | LF | $ 1.68 | $ 68.88 | 42.50 | LF | $ 1.60 | $ 68.00 | $ 0.88 | 1% | Variance due to price. |
| 627 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 628 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 629 | Seal & paint door/window trim & jamb - (per side) | 4.00 | EA | $ 33.92 | $ 135.68 | 0.00 | EA | $ - | $ - | $ 135.68 | 100% | DBI did not observe any loss related damages to this item. |
| 630 | **FLOOR ITEMS** | | | | | | | | | | | |
| 631 | R&R Snaplock Laminate - simulated wood flooring - High grade | 103.70 | SF | $ 9.38 | $ 972.71 | 110.51 | SF | $ 7.61 | $ 840.98 | $ 131.72 | 14% | Variance due to price. |
| 632 | Clean the floor - Heavy | 103.70 | SF | $ 0.50 | $ 51.85 | 0.00 | SF | $ - | $ - | $ 51.85 | 100% | DBI did not observe any loss related damages to this item. |
| 633 | Floor protection - Ram Board | 103.70 | SF | $ 1.50 | $ 155.55 | 0.00 | SF | $ - | $ - | $ 155.55 | 100% | DBI did not observe any loss related damages to this item. |
| 634 | **MISC ITEMS** | | | | | | | | | | | |
| 635 | On-Site Inventory, Packing, Boxing, Moving chg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 636 | Subtotal | | | | $ 3,767.61 | | | | $ 1,092.58 | $ 2,675.03 | 71% | |
| 637 | **Office 1** | | | | | | | | | | | |
| 638 | **CEILING ITEMS** | | | | | | | | | | | |
| 639 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 71.00 | LF | $ 1.52 | $ 107.92 | 0.00 | LF | $ - | $ - | $ 107.92 | 100% | DBI did not observe any loss related damages to this item. |
| 640 | Clean the ceiling | 312.81 | SF | $ 0.41 | $ 128.25 | 0.00 | SF | $ - | $ - | $ 128.25 | 100% | DBI did not observe any loss related damages to this item. |
| 641 | **WALL ITEMS** | | | | | | | | | | | |

For discussion purposes only - Subject to coverage review by the adjuster



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 642 | Mask wall - plastic, paper, tape (per LF) | 71.00 | LF | $ 1.52 | $ 107.92 | 71.00 | LF | $ 1.47 | $ 104.37 | $ 3.55 | 3% | Variance due to price. |
| 643 | Drywall tape joint/repair - per LF | 71.00 | LF | $ 9.01 | $ 639.71 | 0.00 | LF | $ - | $ - | 639.71 | 100% | DBI did not observe any loss related damages to this item. |
| 644 | Seal the walls w/PVA primer - one coat | 568.00 | SF | $ 0.63 | $ 357.84 | 0.00 | SF | $ - | $ - | 357.84 | 100% | DBI did not observe any loss related damages to this item. |
| 645 | Texture drywall - smooth / skim coat | 568.00 | SF | $ 1.61 | $ 914.48 | 0.00 | SF | $ - | $ - | 914.48 | 100% | DBI did not observe any loss related damages to this item. |
| 646 | Seal/prime then paint the walls twice | 568.00 | SF | $ 1.44 | $ 817.92 | 0.00 | SF | $ - | $ - | 817.92 | 100% | DBI did not observe any loss related damages to this item. |
| 647 | Baseboard - Detach | 71.00 | LF | $ 1.50 | $ 106.50 | 0.00 | LF | $ - | $ - | 106.50 | 100% | DBI did not observe any loss related damages to this item. |
| 648 | Baseboard - 5 1/4" | 71.00 | LF | $ 4.77 | $ 338.67 | 71.00 | LF | $ 2.85 | $ 202.35 | $ 136.32 | 40% | Variance due to price. |
| 649 | Paint baseboard, oversized - two coats | 71.00 | LF | $ 1.68 | $ 119.28 | 71.00 | LF | $ 1.60 | $ 113.60 | $ 5.68 | 5% | Variance due to price. |
| 650 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 651 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 652 | Seal & paint door/window trim & jamb - (per side) | 3.00 | EA | $ 33.92 | $ 101.76 | 0.00 | EA | $ - | $ - | 101.76 | 100% | DBI did not observe any loss related damages to this item. |
| 653 | **FLOOR ITEMS** | | | | | | | | | | | |
| 654 | R&R Snaplock Laminate - simulated wood flooring - High grade | 312.81 | EA | $ 9.38 | $ 2,934.16 | 312.81 | EA | $ 7.61 | $ 2,380.48 | 553.67 | 19% | Variance due to price. |
| 655 | Clean the floor - Heavy | 312.81 | SF | $ 0.50 | $ 156.41 | 0.00 | SF | $ - | $ - | 156.41 | 100% | DBI did not observe any loss related damages to this item. |
| 656 | Floor protection - Ram Board | 312.81 | SF | $ 1.50 | $ 469.22 | 0.00 | SF | $ - | $ - | 469.22 | 100% | DBI did not observe any loss related damages to this item. |
| 657 | **MISC ITEMS** | | | | | | | | | | | |
| 658 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 659 | Subtotal | | | | $ 7,692.30 | | | | $ 2,800.80 | $ 4,881.50 | 64% | |
| 660 | **Copy Room** | | | | | | | | | | | |
| 661 | **CEILING ITEMS** | | | | | | | | | | | |
| 662 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 25.50 | LF | $ 1.52 | $ 38.76 | 0.00 | LF | $ - | $ - | 38.76 | 100% | DBI did not observe any loss related damages to this item. |
| 663 | Clean the ceiling | 40.14 | SF | $ 0.41 | $ 16.46 | 0.00 | SF | $ - | $ - | 16.46 | 100% | DBI did not observe any loss related damages to this item. |
| 664 | **WALL ITEMS** | | | | | | | | | | | |
| 665 | Mask wall - plastic, paper, tape (per LF) | 25.50 | LF | $ 1.52 | $ 38.76 | 26.17 | LF | $ 1.47 | $ 38.47 | $ 0.29 | 1% | Variance due to quantity. |
| 666 | Drywall tape joint/repair - per LF | 25.50 | LF | $ 9.01 | $ 229.76 | 0.00 | LF | $ - | $ - | 229.76 | 100% | DBI did not observe any loss related damages to this item. |
| 667 | Seal the walls w/PVA primer - one coat | 204.00 | SF | $ 0.63 | $ 128.52 | 0.00 | SF | $ - | $ - | 128.52 | 100% | DBI did not observe any loss related damages to this item. |
| 668 | Texture drywall - smooth / skim coat | 204.00 | SF | $ 1.61 | $ 328.44 | 0.00 | SF | $ - | $ - | 328.44 | 100% | DBI did not observe any loss related damages to this item. |
| 669 | Seal/prime then paint the walls twice | 204.00 | SF | $ 1.44 | $ 293.76 | 0.00 | SF | $ - | $ - | 293.76 | 100% | DBI did not observe any loss related damages to this item. |
| 670 | Baseboard - Detach | 25.50 | LF | $ 1.50 | $ 38.25 | 0.00 | LF | $ - | $ - | 38.25 | 100% | DBI did not observe any loss related damages to this item. |
| 671 | Baseboard - 5 1/4" | 25.50 | LF | $ 4.77 | $ 121.64 | 26.17 | LF | $ 2.85 | $ 74.58 | 47.06 | 39% | Variance due to price. |
| 672 | Paint baseboard, oversized - two coats | 25.50 | LF | $ 1.68 | $ 42.84 | 26.17 | LF | $ 1.60 | $ 41.87 | 0.97 | 2% | Variance due to price. |
| 673 | Seal & paint door/window trim & jamb - (per side) | 1.00 | EA | $ 33.92 | $ 33.92 | 0.00 | EA | $ - | $ - | 33.92 | 100% | DBI did not observe any loss related damages to this item. |
| 674 | Custom glass door - frameless- Detach & reset | 21.00 | SF | $ 5.70 | $ 119.70 | 0.00 | SF | $ - | $ - | 119.70 | 100% | DBI did not observe any loss related damages to this item. |



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ [F-J] (K) | % [K/F] (L) | M |
| 675 | **FLOOR ITEMS** | | | | | | | | | | | |
| 676 | R&R Snaplock Laminate - simulated wood flooring - High grade | 40.14 | SF | $9.38 | $376.51 | 42.50 | SF | $7.61 | $323.43 | $53.09 | 14% | Variance due to price. |
| 677 | Clean the floor - Heavy | 40.14 | SF | $0.50 | $20.07 | | | | | $20.07 | 100% | DBI did not observe any loss related damages to this item. |
| 678 | Floor protection - Ram Board | 40.14 | SF | $1.50 | $60.21 | | | | $- | $60.21 | 100% | DBI did not observe any loss related damages to this item. |
| 679 | **MISC ITEMS** | | | | | | | | | | | |
| 680 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 6.00 | HR | $47.01 | $282.06 | 0.00 | HR | $- | $- | $282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 681 | Subtotal | | | | $2,169.65 | | | | $478.35 | $1,691.30 | 78% | |
| 682 | 4th Floor Subtotal | | | | $46,996.31 | | | | $12,594.17 | $34,402.14 | 73% | |
| 683 | **3rd Floor** | | | | | | | | | | | |
| 684 | **Open Floor Area** | | | | | | | | | | | |
| 685 | **Content Manipulation** | | | | | | | | | | | |
| 686 | Content Manipulation charge - per hour | 0.00 | HR | $- | $- | 16.00 | HR | $45.21 | $723.36 | $(723.36) | 0% | |
| 687 | **WALL ITEMS** | | | | | | | | | | | |
| 688 | Mask and prep for paint - plastic, paper, paper (per LF) | 0.00 | LF | $- | $- | 316.34 | LF | $1.47 | $465.02 | $(465.02) | 0% | |
| 689 | Detach & Reset Baseboard - 5 1/4" MDF - flat profile | 0.00 | LF | $- | $- | 316.34 | LF | $2.85 | $901.58 | $(901.58) | 0% | |
| 690 | Seal & paint baseboard - two coats | 0.00 | LF | $- | $- | 316.34 | LF | $1.60 | $506.14 | $(506.14) | 0% | |
| 691 | **FLOOR ITEMS** | | | | | | | | | | | |
| 692 | R&R Snaplock Laminate - simulated wood flooring - High grade | 0.00 | SF | $- | $- | 965.61 | SF | $7.61 | $7,348.29 | $(7,348.29) | 0% | |
| 693 | Subtotal | | | | $- | | | | $9,944.40 | $(9,944.40) | 0% | |
| 694 | **Lobby** | | | | | | | | | | | |
| 695 | **CEILING ITEMS** | | | | | | | | | | | |
| 696 | Mask wall - plastic, paper, tape (per LF) | 118.17 | LF | $1.52 | $179.62 | 0.00 | LF | $- | $- | $179.62 | 100% | |
| 697 | Clean the ceiling | 236.00 | SF | $0.41 | $96.76 | 0.00 | SF | $- | $- | $96.76 | 100% | |
| 698 | Smoke detector - Detach & reset | 1.00 | EA | $45.52 | $45.52 | 0.00 | EA | $- | $- | $45.52 | 100% | |
| 699 | Recessed light fixture - Detach & reset trim only | 8.00 | EA | $3.49 | $27.92 | 0.00 | EA | $- | $- | $27.92 | 100% | |
| 700 | R&R Exit sign - wired in | 2.00 | EA | $124.01 | $248.02 | 0.00 | EA | $- | $- | $248.02 | 100% | |
| 701 | Remove Surveillance camera - color | 1.00 | EA | $61.95 | $61.95 | 0.00 | EA | $- | $- | $61.95 | 100% | |
| 702 | Install Surveillance camera - color | 1.00 | EA | $174.61 | $174.61 | 0.00 | EA | $- | $- | $174.61 | 100% | |
| 703 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $16.13 | $48.39 | 0.00 | EA | $- | $- | $48.39 | 100% | |
| 704 | R&R Recessed light fixture - High grade | 1.00 | EA | $150.33 | $150.33 | 0.00 | EA | $- | $- | $150.33 | 100% | |
| 705 | R&R Suspended ceiling grid - 2' x 2' | 236.00 | SF | $2.39 | $564.04 | 0.00 | SF | $- | $- | $564.04 | 100% | |
| 706 | R&R Suspended ceiling tile - 2' x 2' | 236.00 | SF | $2.66 | $627.76 | 0.00 | SF | $- | $- | $627.76 | 100% | |
| 707 | **WALL ITEMS** | | | | | | | | | | | |
| 708 | Mask wall - plastic, paper, tape (per LF) | 118.17 | LF | $1.52 | $179.62 | 0.00 | LF | $- | $- | $179.62 | 100% | |
| 709 | R&R Rigid foam insulation board - 1" | 141.80 | SF | $1.43 | $202.77 | 0.00 | SF | $- | $- | $202.77 | 100% | |
| 710 | R&R 5/8" drywall - hung, taped, ready for texture | 472.67 | SF | $3.00 | $1,418.01 | 0.00 | SF | $- | $- | $1,418.01 | 100% | |
| 711 | Drywall tape joint/repair - per LF | 59.08 | LF | $9.01 | $532.31 | 0.00 | LF | $- | $- | $532.31 | 100% | |
| 712 | Seal part of the walls w/PVA primer - one coat | 472.67 | SF | $0.63 | $297.78 | 0.00 | SF | $- | $- | $297.78 | 100% | DBI did not observe any related damage to this area. |
| 713 | Texture drywall - smooth / skim coat | 472.67 | SF | $1.61 | $761.00 | 0.00 | SF | $- | $- | $761.00 | 100% | |
| 714 | Texture drywall - machine - knockdown | 472.67 | SF | $0.94 | $444.31 | 0.00 | SF | $- | $- | $444.31 | 100% | |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | | $ (F-J) (K) | % (K/F) (L) | M |
| 715 | Seal/prime then paint part of the walls twice (3 coats) | 661.73 | SF | $ 1.44 | $ 952.89 | 0.00 | SF | $ - | $ - | | $ 952.89 | 100% | DBI did not observe any loss related damages to this item. |
| 716 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | | $ 30.98 | 100% | DBI did not observe any loss related damages to this item. |
| 717 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | | $ 122.22 | 100% | DBI did not observe any loss related damages to this item. |
| 718 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 25.81 | $ 25.81 | 0.00 | EA | $ - | $ - | | $ 25.81 | 100% | DBI did not observe any loss related damages to this item. |
| 719 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 50.65 | $ 50.65 | 0.00 | EA | $ - | $ - | | $ 50.65 | 100% | DBI did not observe any loss related damages to this item. |
| 720 | **FLOOR ITEMS** | | | | | | | | | | | | |
| 721 | Clean the floor - Heavy | 236.00 | SF | $ 0.50 | $ 118.00 | 0.00 | SF | $ - | $ - | | $ 118.00 | 100% | |
| 722 | Regrout tile floor | 236.00 | SF | $ 3.27 | $ 771.72 | 0.00 | SF | $ - | $ - | | $ 771.72 | 100% | |
| 723 | Floor protection - Ram Board | 236.00 | SF | $ 1.50 | $ 354.00 | 0.00 | SF | $ - | $ - | | $ 354.00 | 100% | |
| 724 | **MISC ITEMS** | | | | | | | | | | | | |
| 725 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | | $ 94.02 | 100% | |
| 726 | Subtotal | | | | $ 8,561.01 | | | | $ - | | $ 8,561.01 | 100% | |
| 727 | **Mech Room** | | | | | | | | | | | | |
| 728 | **CEILING ITEMS** | | | | | | | | | | | | |
| 729 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | | $ 44.58 | 100% | Variance due to scope. |
| 730 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 731 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 732 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 733 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 734 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 735 | **WALL ITEMS** | | | | | | | | | | | | |
| 736 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 45.65 | LF | $ 0.53 | $ 24.19 | | $ 20.39 | 46% | Variance due to scope. |
| 737 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 24.00 | SF | $ 3.22 | $ 77.28 | | $ 450.72 | 85% | Variance due to quantity. |
| 738 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 32.00 | LF | $ 2.71 | $ 86.72 | | $ 177.54 | 67% | Variance due to price. |
| 739 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 740 | Texture drywall - smooth / skin coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 741 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | LF | $ 4.63 | $ 543.24 | 0.00 | LF | $ - | $ - | | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 742 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 743 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | | $ - | 0% | |
| 744 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 745 | **FLOOR ITEMS** | | | | | | | | | | | | |
| 746 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 747 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ [F-J] (K) | % [K/F] (L) | M |
| 748 | Floor protection - Ram Board | 45.65 | SF | $1.50 | $68.48 | 0.00 | SF | $- | $- | $68.48 | 100% | DBI did not observe any loss related damages to this item. |
| 749 | **MISC ITEMS** | | | | | | | | | | | |
| 750 | Commercial Air handler - Detach & reset | 1.00 | EA | $2,120.42 | $2,120.42 | 1.00 | EA | $1,120.42 | $1,120.42 | $1,000.00 | 47% | Variance due to price. |
| 751 | Panel and main disconnect - Detach & reset | 1.00 | EA | $388.44 | $388.44 | 0.00 | EA | $- | $- | $388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 752 | Thermostat - Detach & reset | 1.00 | EA | $53.91 | $53.91 | 0.00 | EA | $- | $- | $53.91 | 100% | DBI did not observe any loss related damages to this item. |
| 753 | R&R Hollow Metal Door - solid core birch flush | 1.00 | EA | $365.07 | $365.07 | 0.00 | EA | $- | $- | $365.07 | 100% | DBI did not observe any loss related damages to this item. |
| 754 | Stain & finish door slab only (per side) | 2.00 | EA | $61.96 | $123.92 | 0.00 | EA | $- | $- | $123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 755 | Door closer - Commercial grade - Detach & reset | 1.00 | EA | $36.74 | $36.74 | 0.00 | EA | $- | $- | $36.74 | 100% | DBI did not observe any loss related damages to this item. |
| 756 | Subtotal | | | | $6,151.84 | | | | $1,646.54 | $4,505.30 | 73% | |
| 757 | **Storage Closet** | | | | | | | | | | | |
| 758 | **CEILING ITEMS** | | | | | | | | | | | |
| 759 | To mask ceiling/wall perimeter for painting. | 9.83 | LF | $1.52 | $14.94 | 0.00 | LF | $- | $- | $14.94 | 100% | |
| 760 | Clean the ceiling | 6.04 | SF | $0.41 | $2.48 | 0.00 | SF | $- | $- | $2.48 | 100% | |
| 761 | Smoke detector - Detach & reset | 1.00 | EA | $45.52 | $45.52 | 0.00 | EA | $- | $- | $45.52 | 100% | |
| 762 | Firesafing - draft stop | 9.83 | LF | $1.59 | $15.63 | 0.00 | LF | $- | $- | $15.63 | 100% | |
| 763 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $3.00 | $18.12 | 0.00 | SF | $- | $- | $18.12 | 100% | |
| 764 | Drywall tape joint/repair - per LF | 9.83 | LF | $9.01 | $88.57 | 0.00 | LF | $- | $- | $88.57 | 100% | |
| 765 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $0.63 | $3.81 | 0.00 | SF | $- | $- | $3.81 | 100% | |
| 766 | Texture drywall - smooth / skim coat | 6.04 | SF | $1.61 | $9.72 | 0.00 | SF | $- | $- | $9.72 | 100% | |
| 767 | Seal/prime then paint the ceiling twice | 6.04 | SF | $1.44 | $8.70 | 0.00 | SF | $- | $- | $8.70 | 100% | |
| 768 | Light fixture - Detach & reset | 1.00 | EA | $47.01 | $47.01 | 0.00 | EA | $- | $- | $47.01 | 100% | |
| 769 | **WALL ITEMS** | | | | | | | | | | | |
| 770 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $1.52 | $14.94 | 0.00 | LF | $- | $- | $14.94 | 100% | DBI did not observe any loss related damage to this area. |
| 771 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $3.00 | $117.99 | 0.00 | SF | $- | $- | $117.99 | 100% | |
| 772 | Drywall tape joint/repair - per LF | 9.83 | LF | $9.01 | $88.57 | 0.00 | LF | $- | $- | $88.57 | 100% | |
| 773 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $0.63 | $49.56 | 0.00 | SF | $- | $- | $49.56 | 100% | |
| 774 | Texture drywall - smooth / skim coat | 78.67 | SF | $1.61 | $126.66 | 0.00 | SF | $- | $- | $126.66 | 100% | |
| 775 | Seal/prime then paint the walls twice | 78.67 | SF | $1.44 | $113.28 | 0.00 | SF | $- | $- | $113.28 | 100% | |
| 776 | **FLOOR ITEMS** | | | | | | | | | | | |
| 777 | Clean the floor - Heavy | 6.04 | SF | $0.50 | $3.02 | 0.00 | SF | $- | $- | $3.02 | 100% | |
| 778 | Regrout tile floor | 6.04 | SF | $3.27 | $19.75 | 0.00 | SF | $- | $- | $19.75 | 100% | |
| 779 | Floor protection - Ram Board | 6.04 | SF | $1.50 | $9.06 | 0.00 | SF | $- | $- | $9.06 | 100% | |
| 780 | **MISC ITEMS** | | | | | | | | | | | |
| 781 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $47.01 | $47.01 | 0.00 | HR | $- | $- | $47.01 | 100% | |
| 782 | Subtotal | | | | $844.34 | | | | $- | $844.34 | 100% | |
| 783 | 3rd Floor Subtotal | | | | $15,577.19 | | | | $11,590.92 | $3,986.27 | 26% | |
| 784 | **2nd Floor** | | | | | | | | | | | |
| 785 | **Open Floor Area** | | | | | | | | | | | |
| 786 | **WALL ITEMS** | | | | | | | | | | | |
| 787 | Mask and prep for paint - plastic, paper, tape (per LF) | 0.00 | LF | $- | $- | 316.34 | LF | $1.47 | $465.02 | $(465.02) | 0% | |
| 788 | R&R Quarter round - 3/4" | 0.00 | LF | $- | $- | 316.34 | LF | $2.08 | $657.99 | $(657.99) | 0% | |
| 789 | Seal & paint baseboard - two coats | 0.00 | LF | $- | $- | 316.34 | LF | $1.60 | $506.14 | $(506.14) | 0% | |

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 790 | Seal & paint base shoe or quarter round | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 0.87 | $ 275.22 | $ (275.22) | 0% | |
| 791 | **FLOOR ITEMS** | | | | | | | | | | | |
| 792 | R&R Snaplock Laminate - simulated wood flooring - High grade | 0.00 | SF | $ - | $ - | 965.61 | SF | $ 7.61 | $ 7,348.29 | $ (7,348.29) | 0% | |
| 793 | Subtotal | | | | $ - | | | | $ 9,252.66 | $ (9,252.66) | 0% | |
| 794 | **Lobby** | | | | | | | | | | | |
| 795 | **CEILING ITEMS** | | | | | | | | | | | |
| 796 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $ 1.52 | 168.98 | 0.00 | LF | $ - | $ - | 168.98 | 100% | DBI did not observe any loss related damages to this item. |
| 797 | Clean the ceiling | 237.05 | SF | $ 0.41 | 97.19 | 0.00 | SF | $ - | $ - | 97.19 | 100% | DBI did not observe any loss related damages to this item. |
| 798 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | 45.52 | 0.00 | EA | $ - | $ - | 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 799 | Recessed light fixture - Detach & reset trim only | 8.00 | EA | $ 3.49 | 27.92 | 0.00 | EA | $ - | $ - | 27.92 | 100% | DBI did not observe any loss related damages to this item. |
| 800 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | 248.02 | 0.00 | EA | $ - | $ - | 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 801 | Remove Surveillance camera - color | 1.00 | EA | $ 61.95 | 61.95 | 0.00 | EA | $ - | $ - | 61.95 | 100% | DBI did not observe any loss related damages to this item. |
| 802 | Install Surveillance camera - color | 1.00 | EA | $ 174.61 | 174.61 | 0.00 | EA | $ - | $ - | 174.61 | 100% | DBI did not observe any loss related damages to this item. |
| 803 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $ 16.13 | 48.39 | 0.00 | EA | $ - | $ - | 48.39 | 100% | DBI did not observe any loss related damages to this item. |
| 804 | R&R Recessed light fixture - High grade | 1.00 | EA | $ 150.33 | 150.33 | 0.00 | EA | $ - | $ - | 150.33 | 100% | DBI did not observe any loss related damages to this item. |
| 805 | R&R Suspended ceiling grid - 2' x 2' | 237.05 | SF | $ 2.39 | 566.55 | 0.00 | SF | $ - | $ - | 566.55 | 100% | DBI did not observe any loss related damages to this item. |
| 806 | R&R Suspended ceiling tile - 2' x 2' | 237.05 | SF | $ 2.66 | 630.55 | 10.00 | SF | $ 1.53 | $ 15.30 | 615.25 | 98% | Variance due to quantity and price. |
| 807 | Acoustic Treatments Installer - per hour | 0.00 | HR | $ - | $ - | 16.00 | HR | $ 98.16 | $ 1,570.56 | (1,570.56) | 0% | |
| 808 | **WALL ITEMS** | | | | | | | | | | | |
| 809 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $ 1.52 | 168.98 | 0.00 | LF | $ - | $ - | 168.98 | 100% | DBI did not observe any loss related damages to this item. |
| 810 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $ 1.43 | 190.76 | 0.00 | SF | $ - | $ - | 190.76 | 100% | DBI did not observe any loss related damages to this item. |
| 811 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $ 3.00 | 1,334.01 | 0.00 | SF | $ - | $ - | 1,334.01 | 100% | DBI did not observe any loss related damages to this item. |
| 812 | Drywall tape joint/repair - per LF | 55.58 | LF | $ 9.01 | 500.78 | 0.00 | LF | $ - | $ - | 500.78 | 100% | DBI did not observe any loss related damages to this item. |
| 813 | Seal part of the walls w/PVA primer - one coat | 444.67 | SF | $ 0.63 | 280.14 | 0.00 | SF | $ - | $ - | 280.14 | 100% | DBI did not observe any loss related damages to this item. |
| 814 | Texture drywall - smooth / skim coat | 444.67 | SF | $ 1.61 | 715.92 | 0.00 | SF | $ - | $ - | 715.92 | 100% | DBI did not observe any loss related damages to this item. |
| 815 | Texture drywall - machine - knockdown | 444.67 | SF | $ 0.94 | 417.99 | 0.00 | SF | $ - | $ - | 417.99 | 100% | DBI did not observe any loss related damages to this item. |
| 816 | Seal/prime then paint part of the walls twice (3 coats) | 622.53 | SF | $ 1.44 | 896.44 | 0.00 | SF | $ - | $ - | 896.44 | 100% | DBI did not observe any loss related damages to this item. |
| 817 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | 30.98 | 0.00 | EA | $ - | $ - | 30.98 | 100% | DBI did not observe any loss related damages to this item. |
| 818 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | 122.22 | 0.00 | EA | $ - | $ - | 122.22 | 100% | DBI did not observe any loss related damages to this item. |
| 819 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 25.81 | 25.81 | 0.00 | EA | $ - | $ - | 25.81 | 100% | DBI did not observe any loss related damages to this item. |
| 820 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 50.65 | 50.65 | 0.00 | EA | $ - | $ - | 50.65 | 100% | DBI did not observe any loss related damages to this item. |



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ | % | |
| A | B | C | D | E | F | G | H | I | J | K [F-J] | L [K/F] | M |
| 821 | **FLOOR ITEMS** | | | | | | | | | | | |
| 822 | Clean the floor - Heavy | 237.05 | SF | $ 0.50 | $ 118.53 | 0.00 | SF | $ - | $ - | $ 118.53 | 100% | DBI did not observe any loss related damages to this item. |
| 823 | Regrout tile floor | 237.05 | SF | $ 3.27 | $ 775.15 | 0.00 | SF | $ - | $ - | $ 775.15 | 100% | DBI did not observe any loss related damages to this item. |
| 824 | Floor protection - Ram Board | 237.05 | SF | $ 1.50 | $ 355.58 | 0.00 | SF | $ - | $ - | $ 355.58 | 100% | DBI did not observe any loss related damages to this item. |
| 825 | **MISC ITEMS** | | | | | | | | | | | |
| 826 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.02 | $ 94.04 | 0.00 | HR | $ - | $ - | $ 94.04 | 100% | DBI did not observe any loss related damages to this item. |
| 827 | Subtotal | | | | $ 8,297.98 | | | | $ 1,585.86 | $ 6,712.12 | 81% | |
| 828 | **Mech Room** | | | | | | | | | | | |
| 829 | **CEILING ITEMS** | | | | | | | | | | | |
| 830 | To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 831 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 832 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 833 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 834 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 835 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 836 | **WALL ITEMS** | | | | | | | | | | | |
| 837 | Mask wall - plastic, paper, tape, (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 45.65 | LF | $ 0.53 | $ 24.19 | $ 20.39 | 46% | Variance due to scope. |
| 838 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 24.00 | SF | $ 3.22 | $ 77.28 | $ 450.72 | 85% | Variance due to quantity. |
| 839 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 32.00 | SF | $ 2.71 | $ 86.72 | $ 177.54 | 67% | Variance due to price. |
| 840 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 841 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 842 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | LF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 843 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 844 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 845 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 846 | **FLOOR ITEMS** | | | | | | | | | | | |
| 847 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 848 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 849 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 0.00 | SF | $ - | $ - | $ 68.48 | 100% | DBI did not observe any loss related damages to this item. |
| 850 | **MISC ITEMS** | | | | | | | | | | | |
| 851 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 852 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 853 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ [F-J] (K) | % [K/F] (L) | (M) |
| 854 | Subtotal | | | | $ 5,725.22 | | | | $ 1,646.54 | 4,078.68 | 71% | |
| 855 | **Storage Closet** | | | | | | | | | | | |
| 856 | **CEILING ITEMS** | | | | | | | | | | | |
| 857 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | 14.94 | 100% | |
| 858 | To mask ceiling/wall perimeter for painting. | | | | | | | | | | | |
| 859 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | 2.48 | 100% | |
| 860 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | 45.52 | 100% | |
| 861 | Firesealing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | 15.63 | 100% | |
| 862 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | 18.12 | 100% | |
| 863 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | 88.57 | 100% | |
| 864 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | 3.81 | 100% | |
| 865 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | 9.72 | 100% | |
| 866 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | 8.70 | 100% | DBI did not observe any loss related damage to this area. |
| 867 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | 47.01 | 100% | |
| | **WALL ITEMS** | | | | | | | | | | | |
| 868 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | 14.94 | 100% | |
| 869 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | 117.99 | 100% | |
| 870 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | 88.57 | 100% | |
| 871 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | 49.56 | 100% | |
| 872 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | 126.66 | 100% | |
| 873 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | 113.28 | 100% | |
| | **FLOOR ITEMS** | | | | | | | | | | | |
| 875 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | 3.02 | 100% | |
| 876 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | 19.75 | 100% | |
| 877 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | 9.06 | 100% | |
| | **MISC ITEMS** | | | | | | | | | | | |
| 879 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | 47.01 | 100% | |
| 880 | Subtotal | | | | $ 844.34 | | | | $ - | 844.34 | 100% | |
| 881 | **2nd Floor Subtotal** | | | | $ 14,867.55 | | | | $ 12,485.06 | 2,382.49 | 16% | |
| 882 | **1st Floor** | | | | | | | | | | | |
| 883 | **4 Geeks** | | | | | | | | | | | |
| 884 | **Ceiling Items** | | | | | | | | | | | |
| 885 | Material Only Acoustic ceiling tile | 0.00 | SF | $ - | $ - | 5.00 | SF | $ 1.53 | $ 7.65 | (7.65) | 0% | |
| 886 | Acoustic Treatments Installer - per hour | 0.00 | HR | $ - | $ - | 6.00 | HR | $ 98.16 | $ 588.96 | (588.96) | 0% | |
| 887 | Subtotal | | | | $ - | | | | $ 596.61 | (596.61) | 0% | |
| 888 | **Lobby** | | | | | | | | | | | |
| 889 | **CEILING ITEMS** | | | | | | | | | | | |
| 890 | Mask wall - plastic, paper, tape (per LF) | 152.62 | LF | $ 1.52 | $ 231.98 | 0.00 | LF | $ - | $ - | 231.98 | 100% | DBI did not observe any loss related damages to this item. |
| 891 | R&R 5/8" drywall - hung, taped, ready for texture | 466.39 | SF | $ 3.00 | $ 1,399.17 | 0.00 | SF | $ - | $ - | 1,399.17 | 100% | DBI did not observe any loss related damages to this item. |
| 892 | Drywall tape joint/repair - per LF | 152.62 | LF | $ 9.01 | $ 1,375.11 | 0.00 | LF | $ - | $ - | 1,375.11 | 100% | DBI did not observe any loss related damages to this item. |
| 893 | Seal the ceiling w/PVA primer - one coat | 466.39 | SF | $ 0.63 | $ 293.83 | 0.00 | SF | $ - | $ - | 293.83 | 100% | DBI did not observe any loss related damages to this item. |
| 894 | Texture drywall - smooth / skim coat | 466.39 | SF | $ 1.61 | $ 750.89 | 0.00 | SF | $ - | $ - | 750.89 | 100% | DBI did not observe any loss related damages to this item. |
| 895 | Clean the ceiling | 466.39 | SF | $ 0.41 | $ 191.22 | 0.00 | SF | $ - | $ - | 191.22 | 100% | DBI did not observe any loss related damages to this item. |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 896 | Texture drywall - light hand texture | 466.39 | SF | $ 0.97 | $ 452.40 | 0.00 | SF | $ - | $ - | $ 452.40 | 100% | DBI did not observe any loss related damages to this item. |
| 897 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 898 | Recessed light fixture - Detach & reset trim only | 20.00 | EA | $ 3.49 | $ 69.80 | 0.00 | EA | $ - | $ - | $ 69.80 | 100% | DBI did not observe any loss related damages to this item. |
| 899 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 900 | Seal the ceiling w/latex based stain blocker - one coat | 466.39 | SF | $ 0.65 | $ 303.15 | 0.00 | SF | $ - | $ - | $ 303.15 | 100% | DBI did not observe any loss related damages to this item. |
| 901 | Paint the ceiling - two coats | 466.39 | SF | $ 1.08 | $ 503.70 | 0.00 | SF | $ - | $ - | $ 503.70 | 100% | DBI did not observe any loss related damages to this item. |
| 902 | Remove Surveillance camera - color | 1.00 | EA | $ 61.95 | $ 61.95 | 0.00 | EA | $ - | $ - | $ 61.95 | 100% | DBI did not observe any loss related damages to this item. |
| 903 | Install Surveillance camera - color | 1.00 | EA | $ 174.61 | $ 174.61 | 0.00 | EA | $ - | $ - | $ 174.61 | 100% | DBI did not observe any loss related damages to this item. |
| 904 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $ 16.13 | $ 48.39 | 0.00 | EA | $ - | $ - | $ 48.39 | 100% | DBI did not observe any loss related damages to this item. |
| 905 | **WALL ITEMS** | | | | | | | | | | | |
| 906 | Mask wall - plastic, paper, tape (per LF) | 152.62 | LF | $ 1.52 | $ 231.98 | 125.75 | LF | $ 2.99 | $ 375.99 | $ (144.01) | -62% | Variance due to quantity. |
| 907 | Tear out baseboard | 137.35 | LF | $ 0.62 | $ 85.16 | 0.00 | LF | $ - | $ - | $ 85.16 | 100% | DBI did not observe any loss related damages to this item. |
| 908 | Baseboard - 5 1/4" | 137.35 | LF | $ 4.77 | $ 655.16 | 0.00 | LF | $ - | $ - | $ 655.16 | 100% | DBI did not observe any loss related damages to this item. |
| 909 | R&R Rigid foam insulation board - 1" | 610.46 | SF | $ 1.43 | $ 872.96 | 0.00 | SF | $ - | $ - | $ 872.96 | 100% | DBI did not observe any loss related damages to this item. |
| 910 | R&R 5/8" drywall - hung, taped, ready for texture | 610.46 | SF | $ 3.00 | $ 1,831.38 | 0.00 | SF | $ - | $ - | $ 1,831.38 | 100% | DBI did not observe any loss related damages to this item. |
| 911 | Drywall tape joint/repair - per LF | 137.35 | LF | $ 9.01 | $ 1,237.52 | 0.00 | LF | $ - | $ - | $ 1,237.52 | 100% | DBI did not observe any loss related damages to this item. |
| 912 | Seal all of the walls w/PVA primer - one coat | 1098.83 | SF | $ 0.63 | $ 692.26 | 0.00 | SF | $ - | $ - | $ 692.26 | 100% | DBI did not observe any loss related damages to this item. |
| 913 | Texture drywall - smooth / skim coat | 1098.83 | SF | $ 1.61 | $ 1,769.12 | 322.67 | SF | $ 1.61 | $ 519.50 | $ 1,249.62 | 71% | Variance due to quantity. |
| 914 | Texture drywall - machine - knockdown | 610.46 | SF | $ 0.94 | $ 573.83 | 322.67 | SF | $ 0.94 | $ 303.31 | $ 270.52 | 47% | Variance due to quantity. |
| 915 | Paint part of the walls - two coats | 1098.83 | SF | $ 1.08 | $ 1,186.74 | 934.00 | SF | $ 1.44 | $ 1,344.96 | $ (158.22) | -13% | DBI did not observe any loss related damages to this item. |
| 916 | Seal & paint baseboard - two coats | 137.35 | LF | $ 1.60 | $ 219.76 | 151.17 | LF | $ 1.60 | $ 241.87 | $ (22.11) | -10% | DBI did not observe any loss related damages to this item. |
| 917 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | DBI did not observe any loss related damages to this item. |
| 918 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | DBI did not observe any loss related damages to this item. |
| 919 | Window blind - horizontal or vertical - Detach & reset | 5.00 | EA | $ 37.75 | $ 188.75 | 0.00 | EA | $ - | $ - | $ 188.75 | 100% | DBI did not observe any loss related damages to this item. |
| 920 | **FLOOR ITEMS** | | | | | | | | | | | |
| 921 | Clean the floor - Heavy | 466.39 | SF | $ 0.50 | $ 233.20 | 0.00 | SF | $ - | $ - | $ 233.20 | 100% | DBI did not observe any loss related damages to this item. |
| 922 | Regrout tile floor | 466.39 | SF | $ 3.27 | $ 1,525.10 | 0.00 | SF | $ - | $ - | $ 1,525.10 | 100% | DBI did not observe any loss related damages to this item. |
| 923 | Floor protection - Ram Board | 466.39 | SF | $ 1.50 | $ 699.59 | 0.00 | SF | $ - | $ - | $ 699.59 | 100% | DBI did not observe any loss related damages to this item. |
| 924 | **MISC ITEMS** | | | | | | | | | | | |
| 925 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.02 | $ 94.04 | 0.00 | HR | $ - | $ - | $ 94.04 | 100% | DBI did not observe any loss related damages to this item. |
| 926 | Subtotal | | | | $ 18,399.47 | | | | $ 2,785.63 | $ 15,613.84 | 85% | |
| 927 | 1st Floor Subtotal | | | | $ 18,399.47 | | | | $ 3,382.24 | $ 15,017.23 | 82% | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ [F-J] | % [K/F] | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | C | D | E | F | G | H | I | J | K | L | M |
| 928 | **Water Damage Mitigation** | | | | | | | | | | | |
| 929 | The Spazio Group, LLC Water Extraction & Remediation (As Rendered) | 1.00 | EA | $43,712.94 | $43,712.94 | 0.00 | EA | $ - | $ - | $43,712.94 | 100% | DBI did not observe any loss related damages to this item. |
| 930 | Subtotal | | | | $43,712.94 | | | | $ - | $43,712.94 | 100% | |
| 931 | **Incurred Expenses** | | | | | | | | | | | |
| 932 | ****** INCURRED COSTS REMAIN OPEN AND PENDING ***** | 1.00 | EA | $ - | $ - | 0.00 | EA | $ - | $ - | $ - | 0% | |
| 933 | Subtotal | | | | $ - | | | | $ - | $ - | 0% | |
| 934 | **General Conditions & Requirements** | | | | | | | | | | | |
| 935 | Content Manipulation charge - per hour | 0.00 | HR | $ - | $ - | 128.00 | HR | $45.21 | $5,786.88 | $(5,986.88) | 0% | |
| 936 | | | | | | 4.00 | EA | $50.00 | $200.00 | | | |
| 937 | Taxes, insurance, permits, architectural, engineering fees (Allowance) | 1.00 | EA | $45,000.00 | $45,000.00 | 1.00 | EA | $3,858.98 | $3,858.98 | $41,141.02 | 91% | DBI has included an allowance of approx. 2% of total. |
| 938 | Dumpster load - Approx. 20 yards, 4 tons of debris | 8.00 | EA | $500.00 | $4,000.00 | 1.00 | EA | $635.00 | $635.00 | $3,365.00 | 84% | |
| 939 | Temporary construction office | 0.00 | EA | $4,279.08 | $4,279.08 | 0.00 | EA | $ - | $ - | $4,279.08 | 100% | |
| 940 | Material Handling | 0.00 | EA | $12,046.84 | $12,046.84 | 0.00 | EA | $ - | $ - | $12,046.84 | 100% | |
| 941 | General Demolition | 0.00 | EA | $14,017.04 | $14,017.04 | 0.00 | EA | $ - | $ - | $14,017.04 | 100% | |
| 942 | General clean - up | 1.00 | EA | $13,038.01 | $13,038.01 | 120.00 | EA | $45.21 | $5,425.20 | $7,362.81 | 56% | Variance due to price. |
| 943 | | | | | | 5.00 | EA | $50.00 | $250.00 | | | |
| 944 | Cleaning Technician - incl. cleaning agent - per hour | 1.00 | EA | $9,000.19 | $9,000.19 | 64.00 | EA | $45.80 | $2,931.20 | $5,868.99 | 65% | Variance due to price. |
| 945 | | | | | | 4.00 | EA | $50.00 | $200.00 | | | |
| 946 | Commercial Supervision / Project Management - per hour | 1.00 | EA | $40,700.69 | $40,700.69 | 120.00 | HR | $74.92 | $8,990.40 | $31,710.29 | 78% | Variance due to price. |
| 947 | Job-site cargo/storage container - 40' long - per month | 0.00 | EA | $4,000.00 | $4,000.00 | 0.00 | EA | $ - | $ - | $4,000.00 | 100% | |
| 948 | Job Equipment Allowance | 1.00 | EA | $10,000.00 | $10,000.00 | 0.00 | EA | $ - | $ - | $10,000.00 | 100% | |
| 949 | Negative air/fan scrubber (24 hr period) - No monitor | 360.00 | DA | $73.00 | $26,280.00 | 0.00 | DA | $ - | $ - | $26,280.00 | 100% | |
| 950 | Subtotal | | | | $182,361.85 | | | | $28,277.66 | $154,084.19 | 84% | |
| 951 | **General MEP** | | | | | | | | | | | |
| 952 | HVAC Technician - per hour | 0.00 | HR | $ - | $ - | 80.00 | HR | $125.00 | $10,000.00 | $(10,000.00) | 0% | |
| 953 | Material allowance for the above line item | 0.00 | HR | $ - | $ - | 10.00 | HR | $375.00 | $3,750.00 | $(3,750.00) | 0% | |
| 954 | Subtotal | | | | $ - | | | | $13,750.00 | $(13,750.00) | 0% | |
| 955 | **Labor Minimums Applied** | | | | | | | | | | | |
| 956 | Mirror/shower door labor minimum | 1.00 | EA | $38.74 | $38.74 | 0.00 | EA | $ - | $ - | $38.74 | 100% | DBI does not include allowances for labor minimums. |
| 957 | Subtotal | | | | $38.74 | | | | $ - | $38.74 | 100% | |
| 958 | **Line Items Total** | | | | $536,478.83 | | | | $161,286.01 | $375,192.82 | 70% | |
| 959 | **Markups** | | | | | | | | | | | |
| 960 | Material Sales Tax | 1.00 | LS | $8,832.62 | $8,832.62 | 1.00 | LS | $3,407.66 | $3,407.66 | $5,424.96 | 61% | |
| 961 | Overhead (10%) | 1.00 | LS | $ - | $ - | 1.00 | LS | $16,057.22 | $16,057.22 | $(16,057.22) | 0% | |
| 962 | Profit (10%) | 1.00 | LS | $74,827.36 | $74,827.36 | 1.00 | LS | $16,057.22 | $16,057.22 | $58,770.14 | 79% | |
| 963 | **Markups Total** | | | | $83,659.98 | | | | $35,522.10 | $48,137.88 | 58% | |
| 964 | **GRAND TOTAL** | | | | $620,138.91 | | | | $196,808.11 | $423,330.80 | 68% | |



3914 US 301 N, Unit 800
Tampa, FL 33619

TOLL-FREE **888.782.3473**
**envistaforensics.com**



EXHIBIT
B

# REPORT OF FINDINGS

## STAR PROPERTY NAKATOMI LLC

Sedgwick Claim No.: 4195788
Envista Matter No.: MAT-142577-V4Y0
Report Date: October 6, 2022

Prepared for:
Mr. Travis Plohocky
Sedgwick
1080 Eldridge Parkway, 12th Floor
Houston, TX 77077
travis.plohocky@sedgwick.com



10/6/2022

**Stephen G. Sheffield, P.E.**
FL License No.: 52765

**CERTAINTY IN AN UNCERTAIN WORLD**

Envista Forensics, LLC | TX Certificate of Registration # F-19410 | NC Firm Registration # C-2837 | FL Registry No. 32428

**ENVISTA**
F O R E N S I C S

## BACKGROUND

On August 26, 2022, Stephen G. Sheffield, P.E. of Envista Forensics, LLC (Envista) inspected the office building owned by Star Property Nakatomi LLC (Owner) located at 1801 SW 3rd Avenue in Miami, Florida.



The building was 8-story with the front elevation facing slightly northeast, however, for the purpose of this report the front was considered to face north. The building was built in 1981 according to the County Property Appraiser, making it approximately 41 years old at the time of the evaluation. The building was constructed with reinforced concrete slabs and columns and the exterior walls consisted of a glass curtainwall system. Refer to the photographs in Attachment A for the exterior elevations of the building.

Reportedly, the water pipes from the cooling tower burst within the interior of the building on or about June 16, 2022, resulting in water damage to the interior finishes.

Figure 1 – Star Property Nakatomi Building

## PURPOSE

Sedgwick retained Envista to determine the extent of the reported water damage to the interior finishes of the building due to the broken water pipes from the cooling tower. Envista's scope of work included a site visit to perform an assessment of the building based on visual observations, a review of pertinent information, and to provide a written report summarizing the findings.

## CONCLUSIONS

1. The water that reportedly escaped the water pipes from the cooling tower resulted in water damage to the interior finishes and it consisted of the following:
    a. The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
    b. Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
    c. The lobby walls were water-stained on floor 1.
    d. The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
    e. The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

2. WARNING: The structural steel frame supporting the cooling tower on the roof was corroded, which compromised the strength of the steel members. The steel frame required immediate shoring as a precaution against its potential collapse. Envista verbally warned Nicolas Estella and Danny Bello during the inspection.



## PROVIDED INFORMATION

The Owner's representative, Danny Bello with VC Consultants, was present during the inspection and reported the following information along with Mabel Rodriguez – Executive Assistant with Estrella.

1. The vertical section of the water pipe that originated from the roof-top cooling tower burst in the 8th floor mechanical room allowing water to travel throughout the eighth floor and down through floor slab openings to the floor levels below.
2. The vertical section of water pipe in the mechanical rooms on the floors below was also reportedly broken.
3. The water was shut-off to the pipe soon after the leaking water was discovered.
4. A remediation company was engaged to remove and dry-out the water.

## DOCUMENTS REVIEWED

The following documents and materials were reviewed and/or referenced as part of Envista's investigation, and/or contain information pertinent to the discussion and conclusions presented herein:

1. Miami-Dade County Property Appraiser (http://www.miamidade.gov/pa/)
2. Aerial Imagery by EagleView Technologies/Pictometry (https://explorer.pictometry.com/)
3. Mold Assessment Report prepared by Truview Mold LLC, dated 6/16/2022
4. Letter prepared by Your Insurance Attorney, dated 6/17/2022
5. Photographs taken by McLarens dated 6/23/2022
6. Cost Estimate prepared by McLarens dated 7/21/2022
7. Preliminary Report prepared by McLarens, dated 7/28/2022

## DISCUSSION

Envista inspected the building to determine the extent of the reported water damage to the interior finishes due to the broken water pipes from the cooling tower. Refer to Attachment A for photographs pertaining to the following discussion.

The inspection revealed that the 8-story building included a two-level parking garage that was constructed with the first level below grade. The garage was larger than the footprint of the building. The floor plan of the building consisted of an elevator lobby on each floor that was located towards the southern portion of the building which included the restrooms, mechanical rooms, and two exit stairs. The western exit stair extended to the roof. The office space on each floor was in the northern portion of the building. The lobby floors were finished with floor tile.

<u>Roof</u>

The inspection of the roof found the cooling tower located approximately above the lobbies, adjacent to the elevator machine room. The cooling tower consisted of a round fiberglass cooling tower manufactured by Protec, and it was supported on a steel frame elevated above the roof surface. Two water pipes were observed from the cooling tower that penetrated through the roof and traveled downward through the building within the mechanical rooms on each floor in the lobby located next the bathrooms. The cooling tower and water pipes above the roof are shown in photographs 3 to 5. The water pipes near the roof penetration were painted white and a roofing repair was present surrounding the pipes, which was consistent with the reported repair of the water pipes.



Floors 8, 7, 6, 5, and 3

The entire office space on each floor was occupied by one company. Envista's evaluation of these floor levels found the following conditions which varied in extent per floor. Generally, the extent of any water damage observed in the wood flooring diminished on the floors below the eight level. The lobby and bathroom floors were finished with floor tile and a painted wood baseboard was present along the base of the walls. No water stains were observed on the lobby floor or walls. No loose tiles or cracked and displaced grout were observed throughout the tile floors that could occur had the floor tiles debonded from the concrete floor slab because of a water exposure. Therefore, the floor tiles were not affected by the water that leaked from the broken cooling tower water pipes.

Inside the mechanical room containing the air-conditioning equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots. The water stains and fungal growth were consistent with the result with a water exposure from the reported water leak from the cooling tower water pipes. The partition walls that enclosed the vertical water pipes within a chase were reportedly removed to replace the pipes. The water pipes exhibited a clean, bright grey color consistent with new piping.

The floor within the office area was finished with laminate wood flooring and it was cupped (which consisted of upward curling of the edges of the wood planks) in multiple locations. Cupped wood flooring is typically the result of a water exposure. The walls within the office had painted wood baseboards and no separations were observed in the jointing that were consistent with swollen wood from the effects of a water exposure. The baseboards did have misalignments in the jointing that were the result of the workmanship during its installation. The lobby and office areas were not furnished with a ceiling, but rather, the underside of the structure was left exposed and painted black.

Floor 4

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. A small water stain was found on the acoustical tile ceiling in the lobby. Inside the mechanical room with the air-conditioning (AC) equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The office space was occupied by two companies. In office 401, no water damage was reported by the insured's representative. The office lobby was accessible, and no water stains were observed on the ceiling or walls.

In office 402, the laminate wood flooring was cupped in areas closest to the lobby. The wood baseboards along the base of the walls had no separations in the jointing that was consistent with a water exposure. The acoustical tile ceiling was reportedly water stained, however, at the time of the inspection, no water stains were observed on the ceiling or on the walls. It was reported that water-stained ceiling tiles were replaced before the inspection.

Floor 2

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. Several small water stains were found on the lobby acoustical tile ceiling. Inside the mechanical room with the air-conditioning (AC) equipment and the water



pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The entire office space was occupied by one company. The laminate wood flooring in the office area was cupped in areas. The wood baseboards along the base of the walls in the office area had no separations in the jointing that was consistent with a water exposure. The office acoustical tile ceiling had no water stains.

<u>Floor 1</u>

The first-floor lobby ceiling was reportedly water-stained by the water that escaped the cooling tower water pipes from the floors above, however, the water damage was reportedly repaired before Envista's inspection. Hence, no water stains were observed on the lobby ceiling, however, water stains were present on the baseboard and in isolated areas on the walls. The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The first-floor office space was occupied by 4Geeks, and water stains were observed on the acoustical tile ceiling.

<u>Summary</u>

Envista's evaluation of the building found evidence of water damage to the interior finishes of the lobby and office areas that occurred because of the water that reportedly escaped from the cooling tower water pipes.

The water damage consisted of the following:

- The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
- The lobby walls were water-stained on floor 1.
- Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
- The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
- The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

<u>Warning</u>

During the inspection of the roof, Envista observed corrosion in the structural steel frame supporting the cooling tower. The extent of the corrosion resulted in significant loss of material that would compromise the strength of the steel members. Envista warned Nicolas Estella and Danny Bello of the observed condition of the steel frame supporting the cooling tower and recommended immediate shoring of the compromised steel frame as a precaution against its potential collapse.

**CLOSURE**

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information. This electronic version of the report is a convenience copy and as such, an original signed and sealed copy is available to our client.



Thank you for allowing us to provide this service. If you have any questions or need additional assistance, please call or email.

Sincerely,

**Envista Forensics**

Stephen G. Sheffield, P.E.
Senior Project Engineer

Technical Review by:
Donna Friis, P.E.
Practice Leader, Construction

Attachment A, Photographs



# ATTACHMENT A

## Photographs

Photographs taken during our inspection, which have not been included in this report, have been retained in our files and will be made available to you upon your request. Note that the brightness and/or contrast of some photographs may have been enhanced for purposes of clarity. Some photographs may be cropped from their original sizes in order to emphasize a specific item or feature. No significant changes to any photographs were made that would alter factual representations.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                         Sedgwick Claim No.: 4195788

Photograph #1



View of north (front) elevation.

Photograph #2



View of north and east elevations.

Insured: Star Property Nakatomi LLC

Envista Matter No.: MAT-142577-V4Y0

Location: Miami, FL

Sedgwick Claim No.: 4195788

Photograph #3



View of west and south elevations. The roof-top cooler tower is encircled.

Photograph #4



View of roof and location of the cooling tower and water pipe (circled) that reportedly burst within the building.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #5



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

Photograph #6



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                              Sedgwick Claim No.: 4195788

Photograph #7



View of typical lobby finishes.

Photograph #8



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                    Sedgwick Claim No.: 4195788

Photograph #9



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

Photograph #10



Typical lobby wood baseboard with no separations in the jointing consistent with a water exposure.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                    Sedgwick Claim No.: 4195788

Photograph #11



Typical mechanical room with AC unit and water pipes from the cooling tower.

Photograph #12



Typical mechanical room with AC unit and water pipes from the cooling tower. Notes the removed chase walls and new water pipes.

**ENVISTA**
FORENSICS

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #13



Typical mechanical room with AC unit and water pipes from the cooling tower. Note the water stains and isolated fungal growth at the base of the walls.

Photograph #14



View of typical office finishes.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #15



View of typical office finishes.

Photograph #16



Typical office wood flooring with cupped edges of the planks.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #17



Typical office wood flooring with cupped edges of the planks.

Photograph #18



Typical office wood flooring with cupped edges of the planks.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                               Sedgwick Claim No.: 4195788

Photograph #19



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

Photograph #20



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

![ENVISTA FORENSICS]

Insured: Star Property Nakatomi LLC       Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL       Sedgwick Claim No.: 4195788

Photograph #21



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

Photograph #22



View of first floor lobby. Note generally no water staining on the ceiling and walls, except as noted in photos 24 and 25.

**ENVISTA**
FORENSICS

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #23



View of first floor lobby. Note generally no water staining on the ceiling and walls, except as noted in photos 24 and 25.

Photograph #24



First floor lobby. Note the water stains along the baseboard.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #25



First Floor lobby. Note the bubbled wall paint.

Photograph #26



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #27



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

Photograph #28



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC

                Plaintiff,

vs.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER:VETGV06026210,

                Defendants.

Case No.: 2022-024631-CA-01

_____/

## **DEFENDANTS' FACT AND EXPERT WITNESS LIST**

Defendants, ARCH SPECIALTY INSURANCE COMPANY ("ARCH), UNITED

SPECIALTY INSURANCE COMPANY ("UNITED"), and CERTAIN UNDERWRITERS

AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210

("UNDERWRITERS)) (herein "DEFENDANTS"), by and through its undersigned

counsel, pursuant to the applicable Florida Rules of Civil Procedure and this Court's

Case Management Order dated May 1, 2023, hereby files this Fact and Expert Witness

List:

1.      Excel Alfaro
        Claim Representative
        Your Insurance Attorney, PLLC
        2601 South Bayshore Drive
        18 Floor
        Coconut Grove, Florida 33133

        Plaintiff's claim representative; has knowledge of the claim investigation,
        condition of the Subject Property, and communications between
        Plaintiff/Defendants/their representatives.

2.      Corporate Representative for ARCH SPECIALTY INSURANCE COMPANY
        c/o Christopher M. Ramey, Esq.
        Madeline S. Meconnahey, Esq.
        Butler Weihmuller Katz Craig LLP
        400 N. Ashley Drive, Suite 2300
        Tampa, FL 33602

        Defendant; has knowledge of the claim, claim investigation, condition of the subject property, and the subject litigation.

3.      Corporate Representative for CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210
        c/o Christopher M. Ramey, Esq.
        Madeline S. Meconnahey, Esq.
        Butler Weihmuller Katz Craig LLP
        400 N. Ashley Drive, Suite 2300
        Tampa, FL 33602

        Defendant; has knowledge of the claim, claim investigation, condition of the subject property, and the subject litigation.

4.      Hugo Gabriel Garcia
        General Adjuster
        McLarens
        9100 South Dadeland Boulevard
        Suite 800
        Miami, FL 33156

        Defendants' independent adjuster; has knowledge of the claim investigation, condition of the Subject Property, communications between Plaintiff/Defendants/their representatives, and inspection of the Subject Property, on behalf of the DEFENDANTS, on or about June 24, 2022.

5.      Dany Gener
        Inspector
        TruView Mold, LLC
        7990 SW 117 Ave.
        Suite 100, Miami, FL 33183

        Plaintiff's mold consultant; has knowledge of the claim investigation, condition of the Subject Property, and mold assessments dated June 16, 2022, and July 25, 2022.

6.      Inspector Lab
        3301 N.W. 55th St.
        Ft. Lauderdale, FL 33309

        Plaintiff's vendor; has knowledge of mold samples and testing.

7.      Corey Mitchell
        Sedgwick
        Account Manager
        1080 Eldridge Parkway, 12th Floor
        Houston, TX  77077
        12650 Ingenuity Drive
        Suite 200
        Orlando, FL 32826

        DEFENDANTS' third party administrator; has knowledge of the claim investigation, condition of the Subject Property, and communications between Plaintiff/Defendants/their representatives.

8.      Christian Scherf
        Director
        DBI Construction Consultants, LLC
        1401 NW 136th Avenue
        Suite 302
        Sunrise, FL 33323

        Defendants' expert engineering consultant.  Mr. Scherf will offer testimony pertaining to his observations at the inspection of the Subject Property, on June 16, 2022, and per the opinions provided in the DBI's report dated February 3, 2023 (attached as **Exhibit A**).

9.      John D. Shane, PHD
        Inspector Lab
        3301 N.W. 55th St.
        Ft. Lauderdale, FL 33309

        Plaintiff's vendor; has knowledge of mold samples and testing.

10.    Stephen G. Sheffield, P.E.
Senior Project Engineer
Civil/Structural
Envista Forensics
3914 U.S. 301 N, Unit 800
Tampa, FL 33619

Defendants' expert engineering consultant.  Mr. Sheffield will offer testimony pertaining to his observations at the inspection of the Subject Property, on August 26, 2022, and per the opinions provided in the Envista's report dated October 6, 2022 (attached as **Exhibit B**).

11.    Star Property Nakatomi , LLC
3750 W Flagler Street
Coral Gables, FL 33134

Plaintiff; has knowledge of the claim, claim investigation, condition of the subject property, communications between Plaintiff/Defendants/their representatives, and the subject litigation.

12.    Truview Mold, LLC
7990 SW 117 Ave.
Suite 100, Miami, FL 33183

Plaintiff's mitigation consultant and assignee of benefits; has knowledge of Truview Mold, LLC's work and condition of the Subject Property.

13.    Corporate Representative for UNITED SPECIALTY INSURANCE COMPANY
c/o Christopher M. Ramey, Esq.
Madeline S. Meconnahey, Esq.
Butler Weihmuller Katz Craig LLP
400 N. Ashley Drive, Suite 2300
Tampa, FL 33602

Defendant; has knowledge of the claim, claim investigation, condition of the subject property, and the subject litigation.

14.    VC Consulting
10685 NW 123rd Street Road
Medley, FL. 33178

Plaintiff's estimator; has knowledge of VC Consulting's work, condition of the Subject Property, and VC Consulting's estimate(s).

As discovery is ongoing, DEFENDANTS reserves the right to amend its Expert

4

and Fact Witness list, and/or reserves the right to disclose any necessary rebuttal witnesses.

BUTLER WEIHMULLER KATZ CRAIG LLP



CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.:  1033019
mmeconnahey@butler.legal
Secondary:   hkerr@butler.legal
                      ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:    (813) 281-1900
Facsimile:     (813) 281-0900
Attorneys for Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

Maximo A. Santiago
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, Florida 33133
YIA3@yourinsuranceattorney.com
eservice@yourinsuranceattorney.com
Attorneys For Plaintiff, MENDEZ COMPANY, LLC f/k/a AMAZON PEDIATRICS

by e-Portal on August 14, 2023.



MADELINE S. MECONNAHEY, ESQ.

5



**EXHIBIT A**

##  BUILDING DAMAGE REPORT



### Star Property Nakatomi LLC

1801 Southwest 3rd Avenue, Miami, Fl 33129

Prepared for:      McLarens

Care of:      Gabriel Garcia

Claim #:      009.022480.00

Prepared by:      Christian Scherf
Director

Prepared on:      February 3, 2023

Star Property Nakatomi LLC
Building Damage Report

## TABLE OF CONTENTS

Building Damage Report..........................................................................TAB 1

DBI Repair Estimate ..............................................................................TAB 2

Supporting Documents...........................................................................TAB 3

    Envista Forensics – Report of Findings 6 Oct 2022 ................................ TAB 3.1

Field Photo Report .................................................................................TAB 4

DBI Construction Consultants, LLC

Star Property Nakatomi LLC
Building Damage Report

# BUILDING DAMAGE REPORT TAB 1

# BUILDING DAMAGE REPORT

## A.    Introduction

### A.1.    Assignment

At the request of McLarens, DBI was assigned to inspect, scope, photo document, and estimate the cost to repair water damages at 1801 Southwest 3rd Ave Miami, Fl 33129. DBI was advised that the date of loss was on or around June 16, 2022.

### A.2.    Property Overview

The property consists of a nine-story, office building of 30,622 square feet. The subject property is constructed using typical construction methods such as concrete and steel components and was originally constructed in 1981. Typical construction features include:

- <u>Exterior:</u> Stucco and painted concrete.
- <u>Walls and Ceilings</u>: Acoustical ceiling tile, painted concrete ceilings, drywall, and tile.
- <u>Floors</u>: Ceramic tile, wood laminate, and concrete (mech rooms).
- <u>Millwork and Trim</u>: Paint-grade baseboard and trim, and tile base.
- <u>Doors and Openings</u>: Steel and wood doors, metal and wood framed windows.

### A.3.    Inspection

In accordance with the assignment, Christian Scherf, Jaime Escudero, Cynthia Dorrego, and Randy Joseph of DBI inspected the property on October 31, 2022.

In brief, DBI was advised that a broken pipe from the cooling tower caused varying degrees of interior water damages. The observed conditions were consistent with this report.

Star Property Nakatomi LLC                                                         February 3, 2023
Building Damage Report

## B.        DBI Building Repair Estimate

DBI has prepared a repair estimate to return the premises to its pre-loss condition, based on conditions observed at the time of inspection and information obtained prior to this report. The estimate is subject to change based on the presentation of new information. Please refer to Tab #2 for the complete DBI Repair Estimate.

A summary of the total estimated restoration costs is as follows:

| Description | RCV | Depreciation | ACV |
|---|---|---|---|
| DBI Repair Estimate | $196,808.11 | ($84,693.70) | $112,114.41 |

B.1.    Issues specific to the estimate

- The DBI repair estimate includes allowances for drywall repairs to the Mechanical Rooms on levels 1 through 8.

- DBI has allowed for flooring replacement in the reception, communal areas, and office spaces where the flooring is continuous. We have also allowed for replacement of quarter-round in all areas where flooring is being replaced.

- Based on observations made at the time of inspection, DBI has included allowances to repair drywall, baseboards, and quarter-round on levels 1 through 8.

- DBI has included allowances for painting of drywall, baseboard, and quarter-round in each of the affected areas.

- The DBI repair estimate includes allowances for ceiling tile replacement in the 4-Geeks office on the first floor, and on the second and fourth floor lobbies.

- The DBI repair estimate excludes allowances for damaged content items.

- The DBI repair estimate includes allowances to test, check, and complete minor mechanical repairs, as necessary.

- The DBI repair estimate excludes allowances for emergency services.  Upon request, DBI can review invoices for any incurred restoration costs.

- The DBI repair estimate has not given any consideration to potential asbestos containing materials, mold, or lead based paint and the cost associated with remediation.

- The DBI repair estimate is to make repairs with like kind and quality materials in the same configuration that existed prior to loss.

- The DBI repair estimate does not include any allowance for code upgrades that may become necessary during the restoration process.

B.2.    Period of restoration

Based on the observed damage, DBI estimates the following schedule regarding the period of restoration (exclusive of permit processing, material lead time, or other preconstruction activities):

| Repair Time | 3 - 5 weeks |
| --- | --- |

## C.    Supporting Documents

Prior to issuing this report, DBI was provided the following document:

- Envista Forensics – Report of Findings

These documents can be found in Tab #3 of this report.

## D.    DBI Photo Report

A photo report depicting observed conditions at the time of inspection has been provided at Tab #4 of this report. Upon request, captions and larger and/or additional images can be furnished.

*The findings and recommendations contained in this report are based on documentation obtained prior to the date of this report and are subject to change based on the presentation of new information. DBI's findings and recommendations are subject to coverage review by the insurance carrier(s) and their representatives.*

Star Property Nakatomi LLC
Building Damage Report

# DBI REPAIR ESTIMATE TAB 2

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

Client:     Star Property Nakatomi LLC
Property:   1801 3rd Avenue
            Miami, FL 33129

Type of Estimate:   Water Damage

Price List:         FLMI8X_JUN22
Labor Efficiency:   Restoration/Service/Remodel
Estimate:           STARPROP_NAKATOMI

## Summary

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 161,286.01 |
| Material Sales Tax | @ | 7.500% x | 41,916.34 | 3,143.85 |
| Subtotal | | | | 164,429.86 |
| Overhead | @ | 10.0% x | 160,570.88 | 16,057.22 |
| Profit | @ | 10.0% x | 160,570.88 | 16,057.22 |
| Total Cleaning Tax | @ | 7.500% x | 3,517.44 | 263.81 |
| **Replacement Cost Value** | | | | **$196,808.11** |
| Less Depreciation | | | | (84,693.70) |
| **Actual Cash Value** | | | | **$112,114.41** |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

The following repair estimate is to return the property to its pre-loss condition using like kind and quality materials.

Industry accepted repair techniques for fire, water or wind restoration have been considered.

This estimate does not give any consideration to potential mold growth, asbestos containing materials or lead based paint and the costs associated with remediation.

Depreciation has been applied based on the age and condition of the building components being replaced.

This estimate is based on site conditions observed at the time of DBI's inspection and is subject to change based on the presentation of new information.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**STARPROP_NAKATOMI**

**8th Floor**

**Main Level**

---

**8th Floor Lobby**                                                              **Height: 8'**

|  |  |
|---|---|
| 892.00 SF Walls | 280.75 SF Ceiling |
| 1172.75 SF Walls & Ceiling | 280.75 SF Floor |
| 31.19 SY Flooring | 111.50 LF Floor Perimeter |
| 111.50 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals:  8th Floor Lobby**                                                    **0.00**

---

**Mech Room**                                                                   **Height: 8'**

|  |  |
|---|---|
| 234.67 SF Walls | 45.65 SF Ceiling |
| 280.31 SF Walls & Ceiling | 45.65 SF Floor |
| 5.07 SY Flooring | 29.33 LF Floor Perimeter |
| 29.33 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| 1. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
|---|---|---|---|---|---|---|
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.

**Floor**
No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

| 2. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |

**Paint**

---

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                                          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Mech Room**

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 3. DRY | MASKSF | | + Mask per square foot for drywall work | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 4. PNT | MASKSF | | + Mask the floor per square foot - plastic and tape - 4 mil | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 5. PNT | SP2 | | + Seal/prime then paint the walls twice (3 coats) | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room**                                                                                           **1,569.26**

| Storage Closet | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 78.67 SF Walls | | | | 6.04 SF Ceiling | |
| | 84.71 SF Walls & Ceiling | | | | 6.04 SF Floor | |
| | 0.67 SY Flooring | | | | 9.83 LF Floor Perimeter | |
| | 9.83 LF Ceil. Perimeter | | | | | |

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals:  Storage Closet**                                                                                      **0.00**

| Reception Area | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 772.00 SF Walls | | | | 424.12 SF Ceiling | |
| | 1196.12 SF Walls & Ceiling | | | | 424.12 SF Floor | |
| | 47.12 SY Flooring | | | | 96.50 LF Floor Perimeter | |
| | 96.50 LF Ceil. Perimeter | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 6. FCW | LAM | & | R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 424.12 SF | 1.46+ | 6.15 = | 3,227.56 |

**Finish Carpentry**

| 7. FNC | QR | & | R&R Quarter round - 3/4" | | | |
|---|---|---|---|---|---|---|
| | | PF | 96.50 LF | 0.20+ | 1.88 = | 200.72 |

**Paint**

| 8. PNT | MASKLF | + | Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 96.50 LF | 0.00+ | 1.47 = | 141.86 |
| 9. PNT | B1SP | + | Seal & paint baseboard - two coats | | | |
| | | PF | 96.50 LF | 0.00+ | 1.60 = | 154.40 |
| 10. PNT | SHOE | + | Seal & paint base shoe or quarter round | | | |
| | | PF | 96.50 LF | 0.00+ | 0.87 = | 83.96 |

**Totals:  Reception Area** 3,808.50

---

**Conference Room** Height: 8'

| | | |
|---|---|---|
| 549.33 SF Walls | | 288.85 SF Ceiling |
| 838.19 SF Walls & Ceiling | | 288.85 SF Floor |
| 32.09 SY Flooring | | 68.67 LF Floor Perimeter |
| 68.67 LF Ceil. Perimeter | | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 11. FCW | LAM | & | R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 288.85 SF | 1.46+ | 6.15 = | 2,198.15 |

**Finish Carpentry**

| 12. FNC | QR | & | R&R Quarter round - 3/4" | | | |
|---|---|---|---|---|---|---|
| | | PF | 68.67 LF | 0.20+ | 1.88 = | 142.83 |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

## CONTINUED - Conference Room

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Paint** | | | | | | |
| 13. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 68.67 LF | 0.00+ | 1.47 = | 100.94 |
| 14. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 68.67 LF | 0.00+ | 0.87 = | 59.74 |
| 15. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 68.67 LF | 0.00+ | 1.60 = | 109.87 |

**Totals:  Conference Room** **2,611.53**

| Office 1 | | | | | | Height: 8' |
|----------|---|---|---|---|---|---|

421.33  SF Walls                                            170.85  SF Ceiling
592.19  SF Walls & Ceiling                          170.85  SF Floor
18.98  SY Flooring                                        52.67  LF Floor Perimeter
52.67  LF Ceil. Perimeter

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 16. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 170.85 SF | 1.46+ | 6.15 = | 1,300.17 |
| **Finish Carpentry** | | | | | | |
| 17. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 52.67 LF | 0.20+ | 1.88 = | 109.55 |
| **Paint** | | | | | | |
| 18. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 52.67 LF | 0.00+ | 1.47 = | 77.42 |
| 19. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 52.67 LF | 0.00+ | 0.87 = | 45.82 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                           STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 1**

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| 20. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 52.67 LF | 0.00+ | 1.60 = | 84.27 |

**Totals:  Office 1**      **1,617.23**

| **Office 2** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

576.00 SF Walls        320.00 SF Ceiling
896.00 SF Walls & Ceiling      320.00 SF Floor
35.56 SY Flooring        72.00 LF Floor Perimeter
72.00 LF Ceil. Perimeter

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 21. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 320.00 SF | 1.46+ | 6.15 = | 2,435.20 |
| **Finish Carpentry** | | | | | | |
| 22. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 72.00 LF | 0.20+ | 1.88 = | 149.76 |
| **Paint** | | | | | | |
| 23. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 72.00 LF | 0.00+ | 1.47 = | 105.84 |
| 24. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 72.00 LF | 0.00+ | 1.60 = | 115.20 |
| 25. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 72.00 LF | 0.00+ | 0.87 = | 62.64 |

**Totals:  Office 2**      **2,868.64**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | | | | |
|---|---|---|---|---|---|
| **Office 3** | | | | | **Height: 8'** |

|  |  |
|---|---|
| 562.67  SF Walls | 306.67  SF Ceiling |
| 869.33  SF Walls & Ceiling | 306.67  SF Floor |
| 34.07  SY Flooring | 70.33  LF Floor Perimeter |
| 70.33  LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 26. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 306.67 SF | 1.46+ | 6.15 = | 2,333.76 |

**Paint**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 27. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 70.33 LF | 0.00+ | 1.47 = | 103.39 |
| 28. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 70.33 LF | 0.00+ | 0.87 = | 61.19 |
| 29. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 70.33 LF | 0.00+ | 1.60 = | 112.53 |

**Totals:  Office 3**                                                                               **2,610.87**

| | | | | | |
|---|---|---|---|---|---|
| **Office 4** | | | | | **Height: 8'** |

|  |  |
|---|---|
| 408.00  SF Walls | 161.87  SF Ceiling |
| 569.87  SF Walls & Ceiling | 161.87  SF Floor |
| 17.99  SY Flooring | 51.00  LF Floor Perimeter |
| 51.00  LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 30. DRY | LF | & R&R 1/2" - drywall per LF - up to 2' tall | | | | |
| | | DRYLF_0.LF | 2.00 LF | 2.78+ | 11.00 = | 27.56 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 4**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Floor**

31. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 161.87 SF | 1.46+ | 6.15 = | 1,231.83 |

**Finish Carpentry**

32. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 51.00 LF | 0.20+ | 1.88 = | 106.08 |
33. FNC | B5M | | & R&R Baseboard - 5 1/4" MDF - flat profile | | | |
| | | 13.58 | 13.58 LF | 0.62+ | 4.26 = | 66.27 |

**Paint**

34. DRY | MASKSF | | + Mask per square foot for drywall work | | | |
| | | 3*2 | 6.00 SF | 0.00+ | 0.27 = | 1.62 |
35. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 51.00 LF | 0.00+ | 1.47 = | 74.97 |
36. PNT | SP2 | | + Seal/prime then paint the walls twice (3 coats) | | | |
| | | W | 408.00 SF | 0.00+ | 1.44 = | 587.52 |
37. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 51.00 LF | 0.00+ | 0.87 = | 44.37 |
38. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 51.00 LF | 0.00+ | 1.60 = | 81.60 |

**Totals: Office 4** | | | | | | **2,221.82**

---

| **Office 5** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| 386.67 SF Walls | 116.65 SF Ceiling |
|---|---|
| 503.31 SF Walls & Ceiling | 116.65 SF Floor |
| 12.96 SY Flooring | 48.33 LF Floor Perimeter |
| 48.33 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.
**Walls**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 5**

| CAT | SEL | | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

**Floor**

| 39. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 116.65 SF | 1.46+ | 6.15 = | 887.71 |

**Finish Carpentry**

| 40. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 48.33 LF | 0.20+ | 1.88 = | 100.53 |

**Paint**

| 41. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 48.33 LF | 0.00+ | 1.47 = | 71.05 |
| 42. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 48.33 LF | 0.00+ | 1.60 = | 77.33 |
| 43. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 48.33 LF | 0.00+ | 0.87 = | 42.05 |

**Totals:  Office 5**                                                                                         **1,178.67**

| Break Room | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 344.00 SF Walls | | | 114.20 SF Ceiling | | |
| | 458.20 SF Walls & Ceiling | | | 114.20 SF Floor | | |
| | 12.69 SY Flooring | | | 43.00 LF Floor Perimeter | | |
| | 43.00 LF Ceil. Perimeter | | | | | |

| CAT | SEL | | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**

No visible loss related damage in this area.

**Walls**

No visible loss related damage in this area.

**Floor**

| 44. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 114.20 SF | 1.46+ | 6.15 = | 869.06 |

**Finish Carpentry**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Break Room**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|---------------------|--------|---------|-------|
| 45. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 43.00 LF | 0.20+ | 1.88 = | 89.44 |
| **Paint** | | | | | | |
| 46. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 43.00 LF | 0.00+ | 1.47 = | 63.21 |
| 47. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 43.00 LF | 0.00+ | 1.60 = | 68.80 |
| 48. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 43.00 LF | 0.00+ | 0.87 = | 37.41 |

| | |
|---|---|
| **Totals:  Break Room** | **1,127.92** |
| **Total: Main Level** | **19,614.44** |
| **Total: 8th Floor** | **19,614.44** |

### 7th Floor

### Main Level

| Mech Room | | | | | | Height: 8' |
|-----------|---|---|---|---|---|---|

234.67 SF Walls
280.31 SF Walls & Ceiling
5.07 SY Flooring
29.33 LF Ceil. Perimeter

45.65 SF Ceiling
45.65 SF Floor
29.33 LF Floor Perimeter

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|---------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| 49. DRY | 1/2 | | + 1/2" drywall - hung, taped, floated, ready for paint | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |
| The above line items are to replace drywall removed to repair damaged pipes. | | | | | | |
| **Floor** | | | | | | |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Mech Room**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

| 50. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |

**Paint**

| 51. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 52. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 53. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room** | | | | | | **1,569.26**

---

**Reception Area** | | | | | **Height: 8'**

| 1109.33 SF Walls | 858.83 SF Ceiling |
| 1968.17 SF Walls & Ceiling | 858.83 SF Floor |
| 95.43 SY Flooring | 138.67 LF Floor Perimeter |
| 138.67 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**

No visible loss related damage in this area.

**Walls**

No visible loss related damage in this area.

**Floor**

| 54. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 858.83 SF | 1.46+ | 6.15 = | 6,535.69 |

**Finish Carpentry**

| 55. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 138.67 LF | 0.20+ | 1.88 = | 288.43 |

**Paint**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Reception Area**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 56. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 138.67 LF | 0.00+ | 1.47 = | 203.84 |
| 57. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 138.67 LF | 0.00+ | 1.60 = | 221.87 |
| 58. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 138.67 LF | 0.00+ | 0.87 = | 120.64 |

**Totals:  Reception Area**      **7,370.47**

| Conference Room | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 504.00 SF Walls | | | 233.37 SF Ceiling | | |
| | 737.37 SF Walls & Ceiling | | | 233.37 SF Floor | | |
| | 25.93 SY Flooring | | | 63.00 LF Floor Perimeter | | |
| | 63.00 LF Ceil. Perimeter | | | | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 59. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 233.37 SF | 1.46+ | 6.15 = | 1,775.95 |
| **Finish Carpentry** | | | | | | |
| 60. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 63.00 LF | 0.20+ | 1.88 = | 131.04 |
| **Paint** | | | | | | |
| 61. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 63.00 LF | 0.00+ | 1.47 = | 92.61 |
| 62. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 63.00 LF | 0.00+ | 1.60 = | 100.80 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Conference Room**

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 63. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 63.00 LF | 0.00+ | 0.87 = | 54.81 |

**Totals:  Conference Room** **2,155.21**

| **Office 1** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

376.00 SF Walls
514.03 SF Walls & Ceiling
15.34 SY Flooring
47.00 LF Ceil. Perimeter

138.03 SF Ceiling
138.03 SF Floor
47.00 LF Floor Perimeter

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 64. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 138.03 SF | 1.46+ | 6.15 = | 1,050.40 |
| **Finish Carpentry** | | | | | | |
| 65. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 47.00 LF | 0.20+ | 1.88 = | 97.76 |
| **Paint** | | | | | | |
| 66. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 47.00 LF | 0.00+ | 1.47 = | 69.09 |
| 67. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 47.00 LF | 0.00+ | 1.60 = | 75.20 |
| 68. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 47.00 LF | 0.00+ | 0.87 = | 40.89 |

**Totals:  Office 1** **1,333.34**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| | | | | | | |
|---|---|---|---|---|---|---|
| **Office 2** | | | | | | **Height: 8'** |

|  |  |  |  |
|---|---|---|---|
| 446.67 SF Walls | | 190.67 SF Ceiling | |
| 637.33 SF Walls & Ceiling | | 190.67 SF Floor | |
| 21.19 SY Flooring | | 55.83 LF Floor Perimeter | |
| 55.83 LF Ceil. Perimeter | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 69. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 190.67 SF | 1.46+ | 6.15 = | 1,451.00 |

**Finish Carpentry**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 70. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 55.83 LF | 0.20+ | 1.88 = | 116.13 |

**Paint**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 71. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 55.83 LF | 0.00+ | 1.47 = | 82.07 |
| 72. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 55.83 LF | 0.00+ | 1.60 = | 89.33 |
| 73. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 55.83 LF | 0.00+ | 0.87 = | 48.57 |

**Totals:  Office 2**                                                                                   **1,787.10**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Office 3** | | | | | | **Height: 8'** |

|  |  |  |  |
|---|---|---|---|
| 324.00 SF Walls | | 102.50 SF Ceiling | |
| 426.50 SF Walls & Ceiling | | 102.50 SF Floor | |
| 11.39 SY Flooring | | 40.50 LF Floor Perimeter | |
| 40.50 LF Ceil. Perimeter | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 3**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|--|--|--|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Walls**
No visible loss related damage in this area.

**Floor**

| 74. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 102.50 SF | 1.46+ | 6.15 = | 780.03 |

**Finish Carpentry**

| 75. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 40.50 LF | 0.20+ | 1.88 = | 84.24 |

**Paint**

| 76. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 40.50 LF | 0.00+ | 1.47 = | 59.54 |
| 77. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 40.50 LF | 0.00+ | 1.60 = | 64.80 |
| 78. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 40.50 LF | 0.00+ | 0.87 = | 35.24 |

**Totals: Office 3**                                                                 **1,023.85**

---

**Office 4**                                                                 **Height: 8'**

| 316.00 SF Walls | 97.50 SF Ceiling |
|-----------------|------------------|
| 413.50 SF Walls & Ceiling | 97.50 SF Floor |
| 10.83 SY Flooring | 39.50 LF Floor Perimeter |
| 39.50 LF Ceil. Perimeter | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|--|--|--|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 79. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 97.50 SF | 1.46+ | 6.15 = | 741.98 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 4**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Finish Carpentry**

| 80. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 39.50 LF | 0.20+ | 1.88 = | 82.16 |

**Paint**

| 81. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.50 LF | 0.00+ | 1.47 = | 58.07 |
| 82. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.50 LF | 0.00+ | 1.60 = | 63.20 |
| 83. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.50 LF | 0.00+ | 0.87 = | 34.37 |

**Totals: Office 4**                                                                                 **979.78**

| Office 5 | | | | | | Height: 8' |
|----------|--|--|--|--|--|-----------|
| | 317.33 SF Walls | | | 98.33 SF Ceiling | | |
| | 415.67 SF Walls & Ceiling | | | 98.33 SF Floor | | |
| | 10.93 SY Flooring | | | 39.67 LF Floor Perimeter | | |
| | 39.67 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 84. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 98.33 SF | 1.46+ | 6.15 = | 748.29 |

**Finish Carpentry**

| 85. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 39.67 LF | 0.20+ | 1.88 = | 82.51 |

**Paint**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 5**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 86. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 87. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |
| 88. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.67 LF | 0.00+ | 0.87 = | 34.51 |

**Totals:  Office 5**         **987.09**

| Office 6 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

316.00  SF Walls      97.50  SF Ceiling
413.50  SF Walls & Ceiling      97.50  SF Floor
10.83  SY Flooring      39.50  LF Floor Perimeter
39.50  LF Ceil. Perimeter

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**

| | | | | | | |
|---|---|---|---|---|---|---|
| 89. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 97.50 SF | 1.46+ | 6.15 = | 741.98 |

**Finish Carpentry**

| | | | | | | |
|---|---|---|---|---|---|---|
| 90. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 39.50 LF | 0.20+ | 1.88 = | 82.16 |

**Paint**

| | | | | | | |
|---|---|---|---|---|---|---|
| 91. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.50 LF | 0.00+ | 1.47 = | 58.07 |
| 92. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.50 LF | 0.00+ | 1.60 = | 63.20 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 6**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------------|--------|---------|-------|
| 93. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.50 LF | 0.00+ | 0.87 = | 34.37 |

**Totals:  Office 6**                                                                                    **979.78**

| Office 7 | | | | | | Height: 8' |
|----------|--|--|--|--|--|-----------|

| 344.00 SF Walls | 85.67 SF Ceiling |
|------------------|-------------------|
| 429.67 SF Walls & Ceiling | 85.67 SF Floor |
| 9.52 SY Flooring | 85.67 LF Floor Perimeter |
| 43.00 LF Ceil. Perimeter | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 94. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 85.67 SF | 1.46+ | 6.15 = | 651.95 |
| **Finish Carpentry** | | | | | | |
| 95. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 43.00 LF | 0.20+ | 1.88 = | 89.44 |
| **Paint** | | | | | | |
| 96. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 43.00 LF | 0.00+ | 1.47 = | 63.21 |
| 97. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 43.00 LF | 0.00+ | 0.87 = | 37.41 |
| 98. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 43.00 LF | 0.00+ | 1.60 = | 68.80 |

**Totals:  Office 7**                                                                                    **910.81**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

---

**Total: Main Level**                                                                       **19,096.69**

---

**Total: 7th Floor**                                                                        **19,096.69**

<br>

### 6th Floor

### Main Level

<br>

| **6th Floor Lobby** | | | | | **Height: 8'** |
|---|---|---|---|---|---|
| 886.67 SF Walls | | | 220.39 SF Ceiling | | |
| 1107.06 SF Walls & Ceiling | | | 220.39 SF Floor | | |
| 24.49 SY Flooring | | | 110.83 LF Floor Perimeter | | |
| 110.83 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

---

**Totals:  6th Floor Lobby**                                                                **0.00**

<br>

| **Mech Room** | | | | | **Height: 8'** |
|---|---|---|---|---|---|
| 234.67 SF Walls | | | 45.65 SF Ceiling | | |
| 280.31 SF Walls & Ceiling | | | 45.65 SF Floor | | |
| 5.07 SY Flooring | | | 29.33 LF Floor Perimeter | | |
| 29.33 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 99. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.

**Floor**
No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Mech Room**

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|----------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 100. HVC | AHHACRS | | + Air handler - with A-coil - Detach & reset | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |
| **Paint** | | | | | | |
| 101. DRY | MASKSF | | + Mask per square foot for drywall work | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 102. PNT | MASKSF | | + Mask the floor per square foot - plastic and tape - 4 mil | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 103. PNT | SP2 | | + Seal/prime then paint the walls twice (3 coats) | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room**                                                        **1,569.26**

| Storage Closet | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 78.67  SF Walls | 6.04  SF Ceiling |
| 84.71  SF Walls & Ceiling | 6.04  SF Floor |
| 0.67  SY Flooring | 9.83  LF Floor Perimeter |
| 9.83  LF Ceil. Perimeter | |

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|----------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals: Storage Closet**                                                        **0.00**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| Open Floor Area | | | | | Height: 8' |
|---|---|---|---|---|---|

| 1401.33 SF Walls | 1510.51 SF Ceiling |
|---|---|
| 2911.85 SF Walls & Ceiling | 1510.51 SF Floor |
| 167.83 SY Flooring | 175.17 LF Floor Perimeter |
| 175.17 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 104. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 1510.51 SF | 1.46+ | 6.15 = | 11,494.98 |

**Finish Carpentry**

| 105. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|---|---|---|---|---|---|---|
| | | PF | 175.17 LF | 0.20+ | 1.88 = | 364.35 |

**Paint**

| 106. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 175.17 LF | 0.00+ | 1.47 = | 257.50 |
| 107. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 175.17 LF | 0.00+ | 1.60 = | 280.27 |
| 108. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 175.17 LF | 0.00+ | 0.87 = | 152.40 |

**Totals: Open Floor Area** — **12,549.50**

| Office 3 | | | | | Height: 8' |
|---|---|---|---|---|---|

| 404.00 SF Walls | 156.18 SF Ceiling |
|---|---|
| 560.18 SF Walls & Ceiling | 156.18 SF Floor |
| 17.35 SY Flooring | 50.50 LF Floor Perimeter |
| 50.50 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 3**

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Walls**
No visible loss related damage in this area.

**Floor**

| 109. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | F | 156.18 SF | 1.46+ | 6.15 = | 1,188.53 |

**Finish Carpentry**

| 110. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | PF | 50.50 LF | 0.20+ | 1.88 = | 105.04 |

**Paint**

| 111. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | PF | 50.50 LF | 0.00+ | 1.47 = | 74.24 |
| 112. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 50.50 LF | 0.00+ | 0.87 = | 43.94 |
| 113. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 50.50 LF | 0.00+ | 1.60 = | 80.80 |

**Totals: Office 3** — 1,492.55

---

**Office 4**                                                                                      **Height: 8'**

| 288.00 SF Walls | 80.83 SF Ceiling |
|-----|-----|
| 368.83 SF Walls & Ceiling | 80.83 SF Floor |
| 8.98 SY Flooring | 36.00 LF Floor Perimeter |
| 36.00 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 114. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | F | 80.83 SF | 1.46+ | 6.15 = | 615.11 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 4**

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Finish Carpentry**

| 115. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |

**Paint**

| 116. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 117. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |
| 118. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

**Totals:  Office 4**                                                    **831.83**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Office 5** | | | | | | **Height: 8'** |

288.00  SF Walls                           80.83  SF Ceiling
368.83  SF Walls & Ceiling                 80.83  SF Floor
8.98  SY Flooring                          36.00  LF Floor Perimeter
36.00  LF Ceil. Perimeter

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 119. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 80.83 SF | 1.46+ | 6.15 = | 615.11 |

**Finish Carpentry**

| 120. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |

**Paint**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 5**

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 121. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 122. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |
| 123. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

**Totals: Office 5** 831.83

| Office 6 | | | | | | Height: 8' |
|-----|-----|-----|-----|-----|-----|-----|

298.67 SF Walls
385.22 SF Walls & Ceiling
9.62 SY Flooring
37.33 LF Ceil. Perimeter

86.55 SF Ceiling
86.55 SF Floor
37.33 LF Floor Perimeter

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**

| 124. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | F | 86.55 SF | 1.46+ | 6.15 = | 658.64 |

**Finish Carpentry**

| 125. FNC | QR | & R&R Quarter round - 3/4" | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | PF | 37.33 LF | 0.20+ | 1.88 = | 77.65 |

**Paint**

| 126. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | PF | 37.33 LF | 0.00+ | 1.47 = | 54.88 |
| 127. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 37.33 LF | 0.00+ | 1.60 = | 59.73 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 6**

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| 128. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 37.33 LF | 0.00+ | 0.87 = | 32.48 |

**Totals:  Office 6**                                                                                      **883.38**

| | | | Office 7 | | | Height: 8' |
|---|---|---|---|---|---|---|
| | | | 318.67 SF Walls | | 68.03 SF Ceiling | |
| | | | 386.69 SF Walls & Ceiling | | 68.03 SF Floor | |
| | | | 7.56 SY Flooring | | 68.03 LF Floor Perimeter | |
| | | | 39.83 LF Ceil. Perimeter | | | |

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 129. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 68.03 SF | 1.46+ | 6.15 = | 517.70 |
| **Finish Carpentry** | | | | | | |
| 130. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 39.83 LF | 0.20+ | 1.88 = | 82.85 |
| **Paint** | | | | | | |
| 131. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.83 LF | 0.00+ | 1.47 = | 58.55 |
| 132. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.83 LF | 0.00+ | 1.60 = | 63.73 |
| 133. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.83 LF | 0.00+ | 0.87 = | 34.65 |

**Totals:  Office 7**                                                                                      **757.48**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

---

**Total: Main Level**  **18,915.83**

---

**Total: 6th Floor**  **18,915.83**

---

### 5th Floor
### Main Level

**5th Floor Lobby**  **Height: 8'**

| | |
|---|---|
| 886.67 SF Walls | 234.36 SF Ceiling |
| 1121.03 SF Walls & Ceiling | 234.36 SF Floor |
| 26.04 SY Flooring | 110.83 LF Floor Perimeter |
| 110.83 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

**Totals:  5th Floor Lobby**  **0.00**

---

**Mech Room**  **Height: 8'**

| | |
|---|---|
| 234.67 SF Walls | 45.65 SF Ceiling |
| 280.31 SF Walls & Ceiling | 45.65 SF Floor |
| 5.07 SY Flooring | 29.33 LF Floor Perimeter |
| 29.33 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.
**Walls**

| 134. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
|---|---|---|---|---|---|---|
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.
**Floor**
No visible loss related damage in this area.
**Heating, Ventilation, & Air Conditioning**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Mech Room

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 135. HVC | AHHACRS | | + Air handler - with A-coil - Detach & reset | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |
| **Paint** | | | | | | |
| 136. DRY | MASKSF | | + Mask per square foot for drywall work | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 137. PNT | MASKSF | | + Mask the floor per square foot - plastic and tape - 4 mil | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 138. PNT | SP2 | | + Seal/prime then paint the walls twice (3 coats) | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals: Mech Room** **1,569.26**

### Storage Closet                                                      Height: 8'

| | |
|---|---|
| 78.67 SF Walls | 6.04 SF Ceiling |
| 84.71 SF Walls & Ceiling | 6.04 SF Floor |
| 0.67 SY Flooring | 9.83 LF Floor Perimeter |
| 9.83 LF Ceil. Perimeter | |

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| No visible loss related damage in this area. | | | | | | |

**Totals: Storage Closet** **0.00**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| Open Floor Area | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 1398.67 SF Walls | | | 1480.52 SF Ceiling | | |
| | 2879.19 SF Walls & Ceiling | | | 1480.52 SF Floor | | |
| | 164.50 SY Flooring | | | 174.83 LF Floor Perimeter | | |
| | 174.83 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Content Manipulation**

| 139. CON | LAB | + Content Manipulation charge - per hour | | | | |
|---|---|---|---|---|---|---|
| | | 4*8*2 | 64.00 HR | 0.00+ | 45.21 = | 2,893.44 |

The above line items are to remove and reset contents.  The calculation is based on an average daily crew size of 4 general laborers x 8 hour(s)/day x 2 day(s)/week.

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 140. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
|---|---|---|---|---|---|---|
| | | F | 1480.52 SF | 1.46+ | 6.15 = | 11,266.76 |

**Finish Carpentry**

| 141. FNC | QR | & R&R Quarter round - 3/4" | | | | |
|---|---|---|---|---|---|---|
| | | PF | 174.83 LF | 0.20+ | 1.88 = | 363.65 |

**Paint**

| 142. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
|---|---|---|---|---|---|---|
| | | PF | 174.83 LF | 0.00+ | 1.47 = | 257.00 |
| 143. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 174.83 LF | 0.00+ | 1.60 = | 279.73 |
| 144. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 174.83 LF | 0.00+ | 0.87 = | 152.10 |

**Totals:  Open Floor Area**                                                                    **15,212.68**

| Office 3 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 404.00 SF Walls | | | 156.18 SF Ceiling | | |
| | 560.18 SF Walls & Ceiling | | | 156.18 SF Floor | | |
| | 17.35 SY Flooring | | | 50.50 LF Floor Perimeter | | |
| | 50.50 LF Ceil. Perimeter | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 145. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|-----|-------------|---|---|---|
| | | F | 156.18 SF | 1.46+ | 6.15 = | 1,188.53 |

**Finish Carpentry**

| 146. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|-----|-----|-----|-------------|---|---|---|
| | | PF | 50.50 LF | 0.20+ | 1.88 = | 105.04 |

**Paint**

| 147. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|-----|-----|-----|-------------|---|---|---|
| | | PF | 50.50 LF | 0.00+ | 1.47 = | 74.24 |
| 148. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 50.50 LF | 0.00+ | 1.60 = | 80.80 |
| 149. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 50.50 LF | 0.00+ | 0.87 = | 43.94 |

**Totals: Office 3** — **1,492.55**

---

| Office 4 | | | Height: 8' |
|----------|---|---|-----------|
| 288.00 SF Walls | | 80.83 SF Ceiling | |
| 368.83 SF Walls & Ceiling | | 80.83 SF Floor | |
| 8.98 SY Flooring | | 36.00 LF Floor Perimeter | |
| 36.00 LF Ceil. Perimeter | | | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 150. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|-----|-------------|---|---|---|
| | | F | 80.83 SF | 1.46+ | 6.15 = | 615.11 |

**Finish Carpentry**

| 151. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|-----|-----|-----|-------------|---|---|---|
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 4**

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Paint** | | | | | | |
| 152. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 153. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |
| 154. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

**Totals: Office 4**                                                                                              **831.83**

| Office 5 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| 288.00 SF Walls | 80.83 SF Ceiling |
|---|---|
| 368.83 SF Walls & Ceiling | 80.83 SF Floor |
| 8.98 SY Flooring | 36.00 LF Floor Perimeter |
| 36.00 LF Ceil. Perimeter | |

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 155. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 80.83 SF | 1.46+ | 6.15 = | 615.11 |
| **Finish Carpentry** | | | | | | |
| 156. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |
| **Paint** | | | | | | |
| 157. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 158. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 5**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 159. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

| | | |
|---|---|---|
| **Totals:  Office 5** | | **831.83** |

| Office 6 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

298.67  SF Walls                              86.55  SF Ceiling
385.22  SF Walls & Ceiling                    86.55  SF Floor
  9.62  SY Flooring                           37.33  LF Floor Perimeter
 37.33  LF Ceil. Perimeter

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 160. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 86.55 SF | 1.46+ | 6.15 = | 658.64 |
| **Finish Carpentry** | | | | | | |
| 161. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 37.33 LF | 0.20+ | 1.88 = | 77.65 |
| **Paint** | | | | | | |
| 162. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 37.33 LF | 0.00+ | 1.47 = | 54.88 |
| 163. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 37.33 LF | 0.00+ | 1.60 = | 59.73 |
| 164. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 37.33 LF | 0.00+ | 0.87 = | 32.48 |

| | | |
|---|---|---|
| **Totals:  Office 6** | | **883.38** |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | | | |
|---|---|---|---|---|
| **Office 7** | | | | **Height: 8'** |

318.67 SF Walls  68.03 SF Ceiling
386.69 SF Walls & Ceiling  68.03 SF Floor
7.56 SY Flooring  68.03 SF Floor
39.83 LF Ceil. Perimeter  39.83 LF Floor Perimeter

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**

| 165. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 68.03 SF | 1.46+ | 6.15 = | 517.70 |

**Finish Carpentry**

| 166. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 39.83 LF | 0.20+ | 1.88 = | 82.85 |

**Paint**

| 167. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 39.83 LF | 0.00+ | 1.47 = | 58.55 |
| 168. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 39.83 LF | 0.00+ | 1.60 = | 63.73 |
| 169. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 39.83 LF | 0.00+ | 0.87 = | 34.65 |

| **Totals: Office 7** | **757.48** |
|---|---|

| **Total: Main Level** | **21,579.01** |
|---|---|

| **Total: 5th Floor** | **21,579.01** |
|---|---|

**4th Floor**

**Main Level**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

---

### 4th Floor Lobby                                    Height: 8'

|  |  |  |  |
|---|---|---|---|
| 976.00 SF Walls | | 239.56 SF Ceiling | |
| 1215.56 SF Walls & Ceiling | | 239.56 SF Floor | |
| 26.62 SY Flooring | | 122.00 LF Floor Perimeter | |
| 122.00 LF Ceil. Perimeter | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| 170. ACT | SG2 | M Material Only Suspended ceiling grid - 2' x 2' | | | | |
| | | 4'9*4 | 19.00 SF | 0.00+ | 0.74 = | 14.06 |
| 171. ACT | AV | M Material Only Acoustic ceiling tile | | | | |
| | | 12 | 12.00 SF | 0.00+ | 1.53 = | 18.36 |
| 172. ACT | LAB | + Acoustical Treatments Installer - per hour | | | | |
| | | 2*8*1 | 16.00 HR | 0.00+ | 98.16 = | 1,570.56 |

The above line items are to install acoustic ceiling tiles.  The calculation is based on an average daily crew size of 2 ceiling tile installer x 8 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**
No visible loss related damage in this area.

**Floor**
No visible loss related damage in this area.

---

**Totals:  4th Floor Lobby**                                    **1,602.98**

---

### Mech Room                                    Height: 8'

|  |  |  |  |
|---|---|---|---|
| 234.67 SF Walls | | 45.65 SF Ceiling | |
| 280.31 SF Walls & Ceiling | | 45.65 SF Floor | |
| 5.07 SY Flooring | | 29.33 LF Floor Perimeter | |
| 29.33 LF Ceil. Perimeter | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| 173. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.

**Floor**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Mech Room**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

| 174. HVC | AHHACRS | | + Air handler - with A-coil - Detach & reset | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | I | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |

**Paint**

| 175. DRY | MASKSF | | + Mask per square foot for drywall work | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 176. PNT | MASKSF | | + Mask the floor per square foot - plastic and tape - 4 mil | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 177. PNT | SP2 | | + Seal/prime then paint the walls twice (3 coats) | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room**                                                                      **1,569.26**

---

**Storage Closet**                                                                     **Height: 8'**

| | | |
|---|---|---|
| 78.67 SF Walls | | 6.04 SF Ceiling |
| 84.71 SF Walls & Ceiling | | 6.04 SF Floor |
| 0.67 SY Flooring | | 9.83 LF Floor Perimeter |
| 9.83 LF Ceil. Perimeter | | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

**Totals:  Storage Closet**                                                                     **0.00**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323      STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| **Open Floor Area** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| | 742.67 SF Walls | | | 301.94 SF Ceiling | | |
| | 1044.61 SF Walls & Ceiling | | | 301.94 SF Floor | | |
| | 33.55 SY Flooring | | | 92.83 LF Floor Perimeter | | |
| | 92.83 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**

| 178. ACT | AV | | M Material Only Acoustic ceiling tile | | | |
|---|---|---|---|---|---|---|
| | | 3 | 3.00 SF | 0.00+ | 1.53 = | 4.59 |
| 179. ACT | LAB | | + Acoustical Treatments Installer - per hour | | | |
| | | 1*2*1 | 2.00 HR | 0.00+ | 98.16 = | 196.32 |

The above line items are to install acoustic ceiling tiles. The calculation is based on an average daily crew size of 1 ceiling tile installer x 8 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**

No visible loss related damage in this area.

**Floor**

| 180. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 301.94 SF | 1.46+ | 6.15 = | 2,297.76 |

**Finish Carpentry**

| 181. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
|---|---|---|---|---|---|---|
| | | PF | 92.83 LF | 0.00+ | 0.00 = | 264.57 |

**Paint**

| 182. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 92.83 LF | 0.00+ | 1.47 = | 136.46 |
| 183. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 92.83 LF | 0.00+ | 1.60 = | 148.53 |

**Totals:  Open Floor Area**                                                                 **3,048.23**

| **Office 1** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| | 568.00 SF Walls | | | 312.81 SF Ceiling | | |
| | 880.81 SF Walls & Ceiling | | | 312.81 SF Floor | | |
| | 34.76 SY Flooring | | | 71.00 LF Floor Perimeter | | |
| | 71.00 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Office 1

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 184. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|------|------|--------|---------|-------|
| | | F | 312.81 SF | 1.46+ | 6.15 = | 2,380.48 |

**Finish Carpentry**

| 185. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
|-----|-----|------|------|--------|---------|-------|
| | | PF | 71.00 LF | 0.00+ | 0.00 = | 202.35 |

**Paint**

| 186. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|-----|-----|------|------|--------|---------|-------|
| | | PF | 71.00 LF | 0.00+ | 1.47 = | 104.37 |
| 187. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 71.00 LF | 0.00+ | 1.60 = | 113.60 |

**Totals:  Office 1**                                                                                  **2,800.80**

| Office 2 | | | | | | Height: 8' |
|-----|-----|------|------|--------|---------|-------|
| | 340.00 SF Walls | | | 110.51 SF Ceiling | | |
| | 450.51 SF Walls & Ceiling | | | 110.51 SF Floor | | |
| | 12.28 SY Flooring | | | 42.50 LF Floor Perimeter | | |
| | 42.50 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 188. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|------|------|--------|---------|-------|
| | | F | 110.51 SF | 1.46+ | 6.15 = | 840.98 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323        STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 2**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Finish Carpentry**

| 189. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
|---|---|---|---|---|---|---|
| | | PF | 42.50 LF | 0.00+ | 0.00 = | 121.13 |

**Paint**

| 190. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 42.50 LF | 0.00+ | 1.47 = | 62.48 |
| 191. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 42.50 LF | 0.00+ | 1.60 = | 68.00 |

**Totals:  Office 2**                                                                                    **1,092.59**

| Office 3 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | 353.33 SF Walls | | 118.08 SF Ceiling |
|---|---|---|---|
| | 471.42 SF Walls & Ceiling | | 118.08 SF Floor |
| | 13.12 SY Flooring | | 44.17 LF Floor Perimeter |
| | 44.17 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 192. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 118.08 SF | 1.46+ | 6.15 = | 898.59 |

**Finish Carpentry**

| 193. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
|---|---|---|---|---|---|---|
| | | PF | 44.17 LF | 0.00+ | 0.00 = | 125.88 |

**Paint**

| 194. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 44.17 LF | 0.00+ | 1.47 = | 64.93 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### CONTINUED - Office 3

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| 195. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 44.17 LF | 0.00+ | 1.60 = | 70.67 |

**Totals:  Office 3**                                                                 **1,160.07**

| Office 4 | | | | | | Height: 8' |
|----------|---|---|---|---|---|-----------|
| | 317.33  SF Walls | | | 79.77  SF Ceiling | | |
| | 397.10  SF Walls & Ceiling | | | 79.77  SF Floor | | |
| | 8.86  SY Flooring | | | 39.67  LF Floor Perimeter | | |
| | 39.67  LF Ceil. Perimeter | | | | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 196. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 79.77 SF | 1.46+ | 6.15 = | 607.05 |
| **Finish Carpentry** | | | | | | |
| 197. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
| | | PF | 39.67 LF | 0.00+ | 0.00 = | 113.06 |
| **Paint** | | | | | | |
| 198. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 199. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |

**Totals:  Office 4**                                                                 **841.89**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| Copy Room | | | | | Height: 8' |
|---|---|---|---|---|---|
| | 209.33 SF Walls | | | 42.50 SF Ceiling | |
| | 251.83 SF Walls & Ceiling | | | 42.50 SF Floor | |
| | 4.72 SY Flooring | | | 26.17 LF Floor Perimeter | |
| | 26.17 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 200. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 42.50 SF | 1.46+ | 6.15 = | 323.43 |
| **Finish Carpentry** | | | | | | |
| 201. FNC | B5M | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | 26.17 LF | 0.00+ | 0.00 = | 74.58 |
| **Paint** | | | | | | |
| 202. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 26.17 LF | 0.00+ | 1.47 = | 38.47 |
| 203. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 26.17 LF | 0.00+ | 1.60 = | 41.87 |

| Totals:  Copy Room | 478.35 |
|---|---|

| Total: Main Level | 12,594.17 |
|---|---|

| Total: 4th Floor | 12,594.17 |
|---|---|

**3rd Floor**

**Main Level**

| 3rd Floor Lobby | | | | | Height: 8' |
|---|---|---|---|---|---|
| | 930.67 SF Walls | | | 237.40 SF Ceiling | |
| | 1168.06 SF Walls & Ceiling | | | 237.40 SF Floor | |
| | 26.38 SY Flooring | | | 116.33 LF Floor Perimeter | |
| | 116.33 LF Ceil. Perimeter | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals: 3rd Floor Lobby**                                                                          **0.00**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Mech Room** | | | | | | **Height: 8'** |
| | | 234.67 SF Walls | | 45.65 SF Ceiling | | |
| | | 280.31 SF Walls & Ceiling | | 45.65 SF Floor | | |
| | | 5.07 SY Flooring | | 29.33 LF Floor Perimeter | | |
| | | 29.33 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| 204. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |
| The above line items are to replace drywall removed to repair damaged pipes. | | | | | | |
| 205. DRY | 1/2 | & R&R 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 6*4 | 24.00 SF | 0.51+ | 2.71 = | 77.28 |

**Floor**
No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

| 206. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |

**Paint**

| 207. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 208. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 209. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals: Mech Room**                                                                          **1,646.54**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

---

**Storage Closet**                                                                              **Height: 8'**

| | |
|---|---|
| 78.67 SF Walls | 6.04 SF Ceiling |
| 84.71 SF Walls & Ceiling | 6.04 SF Floor |
| 0.67 SY Flooring | 9.83 LF Floor Perimeter |
| 9.83 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

**Totals: Storage Closet**                                                                      **0.00**

---

**Open Floor Area**                                                                             **Height: 8'**

| | |
|---|---|
| 742.67 SF Walls | 301.94 SF Ceiling |
| 1044.61 SF Walls & Ceiling | 301.94 SF Floor |
| 33.55 SY Flooring | 92.83 LF Floor Perimeter |
| 92.83 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Content Manipulation**

| 210. CON | LAB | + Content Manipulation charge - per hour | | | | |
|---|---|---|---|---|---|---|
| | | 2*4*2 | 16.00 HR | 0.00+ | 45.21 = | 723.36 |

The above line items are to remove and reset contents.  The calculation is based on an average daily crew size of 2 floor installers x 4 hour(s)/day x 2 day(s)/week.

**Ceiling**

No visible loss related damage in this area.

**Walls**

No visible loss related damage in this area.

**Floor**

| 211. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
|---|---|---|---|---|---|---|
| | | F | 301.94 SF | 1.46+ | 6.15 = | 2,297.76 |

**Finish Carpentry**

| 212. FNC | B5M | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
|---|---|---|---|---|---|---|
| | | PF | 92.83 LF | 0.00+ | 0.00 = | 264.57 |

**Paint**

| 213. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
|---|---|---|---|---|---|---|
| | | PF | 92.83 LF | 0.00+ | 1.47 = | 136.46 |

---

2/1/2023                                                                                        Page: 42

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### CONTINUED - Open Floor Area

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|---|
| 214. PNT | B1SP | | + Seal & paint baseboard - two coats | | | | |
| | | PF | | 92.83 LF | 0.00+ | 1.60 = | 148.53 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:  Open Floor Area** | | | | | | | **3,570.68** |

| **Office 1** | | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|---|

| 568.00 SF Walls | 312.81 SF Ceiling |
|---|---|
| 880.81 SF Walls & Ceiling | 312.81 SF Floor |
| 34.76 SY Flooring | 312.81 SF Floor |
| 71.00 LF Ceil. Perimeter | 71.00 LF Floor Perimeter |

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| No visible loss related damage in this area. | | | | | | | |
| **Walls** | | | | | | | |
| No visible loss related damage in this area. | | | | | | | |
| **Floor** | | | | | | | |
| 215. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | | 312.81 SF | 1.46+ | 6.15 = | 2,380.48 |
| **Finish Carpentry** | | | | | | | |
| 216. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | | 71.00 LF | 0.00+ | 0.00 = | 202.35 |
| **Paint** | | | | | | | |
| 217. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | | 71.00 LF | 0.00+ | 1.47 = | 104.37 |
| 218. PNT | B1SP | | + Seal & paint baseboard - two coats | | | | |
| | | PF | | 71.00 LF | 0.00+ | 1.60 = | 113.60 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:  Office 1** | | | | | | | **2,800.80** |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| **Office 2** | | | | | **Height: 8'** |
|---|---|---|---|---|---|
| 340.00 SF Walls | | | 110.51 SF Ceiling | | |
| 450.51 SF Walls & Ceiling | | | 110.51 SF Floor | | |
| 12.28 SY Flooring | | | 42.50 LF Floor Perimeter | | |
| 42.50 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 219. FCW | LAM | & | R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 110.51 SF | 1.46+ | 6.15 = | 840.98 |

**Finish Carpentry**

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 220. FNC | B5M | R | Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
| | | PF | 42.50 LF | 0.00+ | 0.00 = | 121.13 |

**Paint**

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 221. PNT | MASKLF | + | Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 42.50 LF | 0.00+ | 1.47 = | 62.48 |
| 222. PNT | B1SP | + | Seal & paint baseboard - two coats | | | |
| | | PF | 42.50 LF | 0.00+ | 1.60 = | 68.00 |

**Totals:  Office 2**                                                                  **1,092.59**

| **Office 3** | | | | | **Height: 8'** |
|---|---|---|---|---|---|
| 353.33 SF Walls | | | 118.08 SF Ceiling | | |
| 471.42 SF Walls & Ceiling | | | 118.08 SF Floor | | |
| 13.12 SY Flooring | | | 44.17 LF Floor Perimeter | | |
| 44.17 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 3**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Floor** | | | | | | |
| 223. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 118.08 SF | 1.46+ | 6.15 = | 898.59 |
| **Finish Carpentry** | | | | | | |
| 224. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
| | | PF | 44.17 LF | 0.00+ | 0.00 = | 125.88 |
| **Paint** | | | | | | |
| 225. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 44.17 LF | 0.00+ | 1.47 = | 64.93 |
| 226. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 44.17 LF | 0.00+ | 1.60 = | 70.67 |

**Totals: Office 3**      **1,160.07**

| Office 4 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

317.33  SF Walls      79.77  SF Ceiling
397.10  SF Walls & Ceiling      79.77  SF Floor
8.86  SY Flooring      39.67  LF Floor Perimeter
39.67  LF Ceil. Perimeter

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 227. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 79.77 SF | 1.46+ | 6.15 = | 607.05 |
| **Finish Carpentry** | | | | | | |
| 228. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
| | | PF | 39.67 LF | 0.00+ | 0.00 = | 113.06 |
| **Paint** | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 4**

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|------|------|------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 229. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 230. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |

**Totals:  Office 4**                                                                     **841.89**

| | | | | | | |
|--|--|--|--|--|--|--|
| **Copy Room** | | | | | | **Height: 8'** |

| | | |
|------|------|------|
| 209.33 SF Walls | | 42.50 SF Ceiling |
| 251.83 SF Walls & Ceiling | | 42.50 SF Floor |
| 4.72 SY Flooring | | 26.17 LF Floor Perimeter |
| 26.17 LF Ceil. Perimeter | | |

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|------|------|------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 231. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 42.50 SF | 1.46+ | 6.15 = | 323.43 |
| **Finish Carpentry** | | | | | | |
| 232. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
| | | PF | 26.17 LF | 0.00+ | 0.00 = | 74.58 |
| **Paint** | | | | | | |
| 233. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 26.17 LF | 0.00+ | 1.47 = | 38.47 |
| 234. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 26.17 LF | 0.00+ | 1.60 = | 41.87 |

**Totals:  Copy Room**                                                                    **478.35**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | |
|---|---|
| **Total: Main Level** | **11,590.92** |

| | |
|---|---|
| **Total: 3rd Floor** | **11,590.92** |

### 2nd Floor

### Main Level

| **2nd Floor Lobby** | | **Height: 8'** |
|---|---|---|
| 886.67 SF Walls | 234.42 SF Ceiling | |
| 1121.09 SF Walls & Ceiling | 234.42 SF Floor | |
| 26.05 SY Flooring | 110.83 LF Floor Perimeter | |
| 110.83 LF Ceil. Perimeter | | |

| CAT | SEL | | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| 235. ACT | AV | | M Material Only Acoustic ceiling tile | | | |
| | | 10 | 10.00 SF | 0.00+ | 1.53 = | 15.30 |
| 236. ACT | LAB | | + Acoustical Treatments Installer - per hour | | | |
| | | 2*8*1 | 16.00 HR | 0.00+ | 98.16 = | 1,570.56 |

The above line items are to install acoustic ceiling tiles. The calculation is based on an average daily crew size of 2 ceiling tile installer x 8 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**

No visible loss related damage in this area.

**Floor**

No visible loss related damage in this area.

| | |
|---|---|
| **Totals: 2nd Floor Lobby** | **1,585.86** |

| **Mech Room** | | **Height: 8'** |
|---|---|---|
| 234.67 SF Walls | 45.65 SF Ceiling | |
| 280.31 SF Walls & Ceiling | 45.65 SF Floor | |
| 5.07 SY Flooring | 29.33 LF Floor Perimeter | |
| 29.33 LF Ceil. Perimeter | | |

| CAT | SEL | | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Mech Room

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----------------|--------|--------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| | | | | | | |
|-----|-----|------|------|--------|---------|-------|
| 237. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.

| | | | | | | |
|-----|-----|------|------|--------|---------|-------|
| 238. DRY | 1/2 | & R&R 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 3*8 | 24.00 SF | 0.51+ | 2.71 = | 77.28 |

**Floor**
No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

| | | | | | | |
|-----|-----|------|------|--------|---------|-------|
| 239. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |

**Paint**

| | | | | | | |
|-----|-----|------|------|--------|---------|-------|
| 240. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 241. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 242. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room** **1,646.54**

| Storage Closet | | Height: 8' |
|----------------|---|-----------|
| 78.67  SF Walls | 6.04  SF Ceiling | |
| 84.71  SF Walls & Ceiling | 6.04  SF Floor | |
| 0.67  SY Flooring | 9.83  LF Floor Perimeter | |
| 9.83  LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----------------|--------|--------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Storage Closet**

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Totals: Storage Closet**        **0.00**

| Open Floor Area | | | | | Height: 8' |
|---|---|---|---|---|---|

| | 742.67 SF Walls | | 301.94 SF Ceiling |
|---|---|---|---|
| | 1044.61 SF Walls & Ceiling | | 301.94 SF Floor |
| | 33.55 SY Flooring | | 92.83 LF Floor Perimeter |
| | 92.83 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 243. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 301.94 SF | 1.46+ | 6.15 = | 2,297.76 |

**Finish Carpentry**

| 244. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|---|---|---|---|---|---|---|
| | | PF | 92.83 LF | 0.20+ | 1.88 = | 193.09 |

**Paint**

| 245. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 92.83 LF | 0.00+ | 1.47 = | 136.46 |
| 246. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 92.83 LF | 0.00+ | 1.60 = | 148.53 |
| 247. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 92.83 LF | 0.00+ | 0.87 = | 80.76 |

**Totals: Open Floor Area**        **2,856.60**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| **Office 1** | | | | | **Height: 8'** |
|---|---|---|---|---|---|

| | 568.00 SF Walls | | | 312.81 SF Ceiling | |
|---|---|---|---|---|---|
| | 880.81 SF Walls & Ceiling | | | 312.81 SF Floor | |
| | 34.76 SY Flooring | | | 71.00 LF Floor Perimeter | |
| | 71.00 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 248. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 312.81 SF | 1.46+ | 6.15 = | 2,380.48 |

**Finish Carpentry**

| 249. FNC | QR | & R&R Quarter round - 3/4" | | | | |
|---|---|---|---|---|---|---|
| | | PF | 71.00 LF | 0.20+ | 1.88 = | 147.68 |

**Paint**

| 250. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
|---|---|---|---|---|---|---|
| | | PF | 71.00 LF | 0.00+ | 1.47 = | 104.37 |
| 251. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 71.00 LF | 0.00+ | 1.60 = | 113.60 |
| 252. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 71.00 LF | 0.00+ | 0.87 = | 61.77 |

**Totals: Office 1** — **2,807.90**

| **Office 2** | | | | | **Height: 8'** |
|---|---|---|---|---|---|

| | 340.00 SF Walls | | | 110.51 SF Ceiling | |
|---|---|---|---|---|---|
| | 450.51 SF Walls & Ceiling | | | 110.51 SF Floor | |
| | 12.28 SY Flooring | | | 42.50 LF Floor Perimeter | |
| | 42.50 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 2**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|------|------|------|------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Walls**
No visible loss related damage in this area.

**Floor**

| 253. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|-----|------|------|------|------|
| | | F | 110.51 SF | 1.46+ | 6.15 = | 840.98 |

**Finish Carpentry**

| 254. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|-----|-----|-----|------|------|------|------|
| | | PF | 42.50 LF | 0.20+ | 1.88 = | 88.40 |

**Paint**

| 255. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|-----|-----|-----|------|------|------|------|
| | | PF | 42.50 LF | 0.00+ | 1.47 = | 62.48 |
| 256. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 42.50 LF | 0.00+ | 1.60 = | 68.00 |
| 257. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 42.50 LF | 0.00+ | 0.87 = | 36.98 |

| **Totals: Office 2** | | | | | | **1,096.84** |
|-----|-----|-----|------|------|------|------|

**Office 3**        **Height: 8'**

| | 353.33 SF Walls | 118.08 SF Ceiling |
|---|---|---|
| | 471.42 SF Walls & Ceiling | 118.08 SF Floor |
| | 13.12 SY Flooring | 44.17 LF Floor Perimeter |
| | 44.17 LF Ceil. Perimeter | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|------|------|------|------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 258. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|-----|------|------|------|------|
| | | F | 118.08 SF | 1.46+ | 6.15 = | 898.59 |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### CONTINUED - Office 3

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------|------|--------|---------|-------|
| **Finish Carpentry** | | | | | | | |
| 259. FNC | QR | | & R&R Quarter round - 3/4" | | | | |
| | | PF | | 44.17 LF | 0.20+ | 1.88 = | 91.87 |
| **Paint** | | | | | | | |
| 260. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | | 44.17 LF | 0.00+ | 1.47 = | 64.93 |
| 261. PNT | B1SP | | + Seal & paint baseboard - two coats | | | | |
| | | PF | | 44.17 LF | 0.00+ | 1.60 = | 70.67 |
| 262. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | | |
| | | PF | | 44.17 LF | 0.00+ | 0.87 = | 38.43 |

**Totals:  Office 3**          **1,164.49**

| Office 4 | | | | | Height: 8' |
|----------|--|--|--|--|-----------|
| | 317.33 SF Walls | | | 79.77 SF Ceiling | |
| | 397.10 SF Walls & Ceiling | | | 79.77 SF Floor | |
| | 8.86 SY Flooring | | | 39.67 LF Floor Perimeter | |
| | 39.67 LF Ceil. Perimeter | | | | |

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------|------|--------|---------|-------|
| **Ceiling** | | | | | | | |
| No visible loss related damage in this area. | | | | | | | |
| **Walls** | | | | | | | |
| No visible loss related damage in this area. | | | | | | | |
| **Floor** | | | | | | | |
| 263. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | | 79.77 SF | 1.46+ | 6.15 = | 607.05 |
| **Finish Carpentry** | | | | | | | |
| 264. FNC | QR | | & R&R Quarter round - 3/4" | | | | |
| | | PF | | 39.67 LF | 0.20+ | 1.88 = | 82.51 |
| **Paint** | | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 4**

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 265. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 266. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |
| 267. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.67 LF | 0.00+ | 0.87 = | 34.51 |

**Totals:  Office 4** 845.85

| Copy Room | | | | Height: 8' |
|-----------|--|--|--|------------|
| 209.33  SF Walls | | | 42.50  SF Ceiling | |
| 251.83  SF Walls & Ceiling | | | 42.50  SF Floor | |
| 4.72  SY Flooring | | | 26.17  LF Floor Perimeter | |
| 26.17  LF Ceil. Perimeter | | | | |

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| | | | | | | |
|-----|-----|------|------|--------|---------|-------|
| 268. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 42.50 SF | 1.46+ | 6.15 = | 323.43 |

**Finish Carpentry**

| | | | | | | |
|-----|-----|------|------|--------|---------|-------|
| 269. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 26.17 LF | 0.20+ | 1.88 = | 54.43 |

**Paint**

| | | | | | | |
|-----|-----|------|------|--------|---------|-------|
| 270. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 26.17 LF | 0.00+ | 1.47 = | 38.47 |
| 271. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 26.17 LF | 0.00+ | 1.60 = | 41.87 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Copy Room

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 272. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 26.17 LF | 0.00+ | 0.87 = | 22.77 |

| | | |
|---|---|---|
| **Totals:  Copy Room** | | **480.97** |
| **Total: Main Level** | | **12,485.05** |
| **Total: 2nd Floor** | | **12,485.05** |

### 1st Floor

#### 4 Geeks

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| 273. ACT | AV | M Material Only Acoustic ceiling tile | | | | |
| | | 5 | 5.00 SF | 0.00+ | 1.53 = | 7.65 |
| 274. ACT | LAB | + Acoustical Treatments Installer - per hour | | | | |
| | | 2*3*1 | 6.00 HR | 0.00+ | 98.16 = | 588.96 |

The above line items are to install acoustic ceiling tiles.  The calculation is based on an average daily crew size of 2 ceiling tile installer x 3 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**
No visible loss related damage in this area.

**Floor**
No visible loss related damage in this area.

| | | |
|---|---|---|
| **Totals:  4 Geeks** | | **596.61** |

### Main Level

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### 1st Floor Lobby                                                     Height: 8'

| | |
|---|---|
| 1209.33 SF Walls | 439.56 SF Ceiling |
| 1648.90 SF Walls & Ceiling | 439.56 SF Floor |
| 48.84 SY Flooring | 151.17 LF Floor Perimeter |
| 151.17 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 275. DRY | TEX++ | + Texture drywall - smooth / skim coat | | | | |
| | | WS69.SF | 322.67 SF | 0.00+ | 1.61 = | 519.50 |
| 276. DRY | TEXMK | + Texture drywall - machine - knockdown | | | | |
| | | WS69.SF | 322.67 SF | 0.00+ | 0.94 = | 303.31 |

**Floor**
No visible loss related damage in this area.

**Paint**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 277. DRY | MASKLF | + Mask wall - plastic, paper, tape (per LF) | | | | |
| | | PF-25,5 | 125.75 LF | 0.00+ | 1.52 = | 191.14 |
| 278. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF-25,5 | 125.75 LF | 0.00+ | 1.47 = | 184.85 |
| 279. PNT | SP2 | + Seal/prime then paint the surface area twice (3 coats) | | | | |
| | | WS127.SF+WS47.SF+WS17. SF+WS.SF+WS13.SF+WS7. SF+WS5.SF+WS3.SF+WS1. SF+WS53.SF+WS133. SF+WS9.SF+WS111. SF+WS69.SF | 934.00 SF | 0.00+ | 1.44 = | 1,344.96 |
| 280. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 151.17 LF | 0.00+ | 1.60 = | 241.87 |

---

**Totals:  1st Floor Lobby**                                            **2,785.63**

---

**Total: Main Level**                                                   **2,785.63**

---

**Total: 1st Floor**                                                    **3,382.24**

### Content Manipulation

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Content Manipulation**

| 281. CON | LAB | + Content Manipulation charge - per hour | | | | |
|---|---|---|---|---|---|---|
| | | 4*8*4 | 128.00 HR | 0.00+ | 45.21 = | 5,786.88 |

The above line items are for contents manipulation.  The calculation is based on an average daily crew size of 4 contents technician(s) x 8 hour(s)/day x 4 day(s), plus materials.

| 282. CON | MISC | + Material allowance for the above operation | | | | |
|---|---|---|---|---|---|---|
| | | 4 | 4.00 EA | 0.00+ | 50.00 = | 200.00 |

**Totals:  Content Manipulation**                                                                5,986.88

**General MEP**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Mechanical**

| 283. HVC | LAB | + HVAC Technician - per hour | | | | |
|---|---|---|---|---|---|---|
| | | 2*8*5 | 80.00 HR | 0.00+ | 125.00 = | 10,000.00 |
| 284. HVC | MISC | M Material Only Material allowance for the above operation. | | | | |
| | | 2*5 | 10.00 EA | 0.00+ | 375.00 = | 3,750.00 |

The above line items are to test, check, , and detach/reset HVAC components in affected areas.  The calculation is based on an average daily crew size of 2 HVAC technician(s) x 8 hour(s) x 5 day(s), plus materials.

**Totals:  General MEP**                                                                13,750.00

**General Conditions**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Supervision**

| 285. LAB | SUPERC | + Project Management - per hour | | | | |
|---|---|---|---|---|---|---|
| | | 1*8*5*3 | 120.00 HR | 0.00+ | 74.92 = | 8,990.40 |

The above line item is for a project site supervisor.  Responsibilities include oversight of field activities including monitoring of scheduled work, reviewing completed work, coordinating activities among subcontractors, etc.  The calculation is based on an average daily crew size of 1 project manager x 8 hours/day x 5 days/week x 3 weeks.

**Mobilization**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### CONTINUED - General Conditions

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 286. LAB | LBR | + Clean/Maintain protection during project | | | | |
| | | 1*8*5*3 | 120.00 HR | 0.00+ | 45.21 = | 5,425.20 |

The above line item accounts for general labor to clean and maintain protection during the life of the project.  The calculation is based on an average daily crew size of 1 laborer(s) x 8 hour(s)/day x 5 day(s)/week x 3 week(s).

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| 287. CLN | MISC | + Material allowance for the above operation | | | | |
| | | 5 | 5.00 EA | 0.00+ | 50.00 = | 250.00 |

**On-Going Debris Removal**

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| 288. DMO | DUMP | - Dumpster load - Approx. 20 yards, 4 tons of debris | | | | |
| | | 1 | 1.00 EA | 635.00+ | 0.00 = | 635.00 |

**Post-Construction Cleaning**

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| 289. CLN | LAB | + Cleaning Technician - per hour | | | | |
| | | 2*8*4 | 64.00 HR | 0.00+ | 45.80 = | 2,931.20 |

The above line items are for final cleaning after repairs have been made.  The calculation is based on an average daily crew size of 2 cleaning technician(s) x 8 hour(s)/day x 4 day(s), plus materials.

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| 290. CLN | MISC | + Material allowance for the above operation | | | | |
| | | 4 | 4.00 EA | 0.00+ | 50.00 = | 200.00 |

Material allowance for the above line item(s)

| | |
|---|---|
| **Totals:  General Conditions** | **18,431.80** |

### Owner's Direct

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Permits, Inspections, & Fees** | | | | | | |
| 291. FEE | TIPF | + Permits & Fees - Approximately 2% | | | | |
| | | .02 | 0.02 EA | 0.00+ | 192,949.13 = | 3,858.98 |

| | |
|---|---|
| **Totals:  Owner's Direct** | **3,858.98** |

| | |
|---|---|
| **Line Item Totals: STARPROP_NAKATOMI** | **161,286.01** |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

## Grand Total Areas:

| | | |
|---|---|---|
| 31,408.00 SF Walls | 13,165.74 SF Ceiling | 44,573.74 SF Walls and Ceiling |
| 13,165.74 SF Floor | 1,462.86 SY Flooring | 3,926.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 3,926.00 LF Ceil. Perimeter |
| | | |
| 13,165.74 Floor Area | 14,139.46 Total Area | 31,441.33 Interior Wall Area |
| 16,897.50 Exterior Wall Area | 1,877.50 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

## Recap by Room

**Estimate: STARPROP_NAKATOMI**

**Area:  8th Floor**

**Area:  Main Level**

| | | |
|---|---:|---:|
| Mech Room | 1,569.26 | 0.97% |
| Reception Area | 3,808.50 | 2.36% |
| Conference Room | 2,611.53 | 1.62% |
| Office 1 | 1,617.23 | 1.00% |
| Office 2 | 2,868.64 | 1.78% |
| Office 3 | 2,610.87 | 1.62% |
| Office 4 | 2,221.82 | 1.38% |
| Office 5 | 1,178.67 | 0.73% |
| Break Room | 1,127.92 | 0.70% |
| **Area Subtotal:  Main Level** | **19,614.44** | **12.16%** |
| **Area Subtotal:  8th Floor** | **19,614.44** | **12.16%** |

**Area:  7th Floor**

**Area:  Main Level**

| | | |
|---|---:|---:|
| Mech Room | 1,569.26 | 0.97% |
| Reception Area | 7,370.47 | 4.57% |
| Conference Room | 2,155.21 | 1.34% |
| Office 1 | 1,333.34 | 0.83% |
| Office 2 | 1,787.10 | 1.11% |
| Office 3 | 1,023.85 | 0.63% |
| Office 4 | 979.78 | 0.61% |
| Office 5 | 987.09 | 0.61% |
| Office 6 | 979.78 | 0.61% |
| Office 7 | 910.81 | 0.56% |
| **Area Subtotal:  Main Level** | **19,096.69** | **11.84%** |
| **Area Subtotal:  7th Floor** | **19,096.69** | **11.84%** |

**Area:  6th Floor**

**Area:  Main Level**

| | | |
|---|---:|---:|
| Mech Room | 1,569.26 | 0.97% |
| Open Floor Area | 12,549.50 | 7.78% |
| Office 3 | 1,492.55 | 0.93% |
| Office 4 | 831.83 | 0.52% |
| Office 5 | 831.83 | 0.52% |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | |
|---|---|---|
| **Office 6** | **883.38** | **0.55%** |
| **Office 7** | **757.48** | **0.47%** |
| **Area Subtotal: Main Level** | **18,915.83** | **11.73%** |
| **Area Subtotal: 6th Floor** | **18,915.83** | **11.73%** |

**Area: 5th Floor**

**Area: Main Level**

| | | |
|---|---|---|
| **Mech Room** | **1,569.26** | **0.97%** |
| **Open Floor Area** | **15,212.68** | **9.43%** |
| **Office 3** | **1,492.55** | **0.93%** |
| **Office 4** | **831.83** | **0.52%** |
| **Office 5** | **831.83** | **0.52%** |
| **Office 6** | **883.38** | **0.55%** |
| **Office 7** | **757.48** | **0.47%** |
| **Area Subtotal: Main Level** | **21,579.01** | **13.38%** |
| **Area Subtotal: 5th Floor** | **21,579.01** | **13.38%** |

**Area: 4th Floor**

**Area: Main Level**

| | | |
|---|---|---|
| **4th Floor Lobby** | **1,602.98** | **0.99%** |
| **Mech Room** | **1,569.26** | **0.97%** |
| **Open Floor Area** | **3,048.23** | **1.89%** |
| **Office 1** | **2,800.80** | **1.74%** |
| **Office 2** | **1,092.59** | **0.68%** |
| **Office 3** | **1,160.07** | **0.72%** |
| **Office 4** | **841.89** | **0.52%** |
| **Copy Room** | **478.35** | **0.30%** |
| **Area Subtotal: Main Level** | **12,594.17** | **7.81%** |
| **Area Subtotal: 4th Floor** | **12,594.17** | **7.81%** |

**Area: 3rd Floor**

**Area: Main Level**

| | | |
|---|---|---|
| **Mech Room** | **1,646.54** | **1.02%** |
| **Open Floor Area** | **3,570.68** | **2.21%** |
| **Office 1** | **2,800.80** | **1.74%** |
| **Office 2** | **1,092.59** | **0.68%** |
| **Office 3** | **1,160.07** | **0.72%** |
| **Office 4** | **841.89** | **0.52%** |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | |
|---|---:|---:|
| **Copy Room** | **478.35** | **0.30%** |
| **Area Subtotal:  Main Level** | **11,590.92** | **7.19%** |
| **Area Subtotal:  3rd Floor** | **11,590.92** | **7.19%** |
| **Area:  2nd Floor** | | |
| **Area:  Main Level** | | |
| **2nd Floor Lobby** | **1,585.86** | **0.98%** |
| **Mech Room** | **1,646.54** | **1.02%** |
| **Open Floor Area** | **2,856.60** | **1.77%** |
| **Office 1** | **2,807.90** | **1.74%** |
| **Office 2** | **1,096.84** | **0.68%** |
| **Office 3** | **1,164.49** | **0.72%** |
| **Office 4** | **845.85** | **0.52%** |
| **Copy Room** | **480.97** | **0.30%** |
| **Area Subtotal:  Main Level** | **12,485.05** | **7.74%** |
| **Area Subtotal:  2nd Floor** | **12,485.05** | **7.74%** |
| **Area:  1st Floor** | | |
| **4 Geeks** | **596.61** | **0.37%** |
| **Area:  Main Level** | | |
| **1st Floor Lobby** | **2,785.63** | **1.73%** |
| **Area Subtotal:  Main Level** | **2,785.63** | **1.73%** |
| **Area Subtotal:  1st Floor** | **3,382.24** | **2.10%** |
| **Content Manipulation** | **5,986.88** | **3.71%** |
| **General MEP** | **13,750.00** | **8.53%** |
| **General Conditions** | **18,431.80** | **11.43%** |
| **Owner's Direct** | **3,858.98** | **2.39%** |
| **Subtotal of Areas** | **161,286.01** | **100.00%** |
| **Total** | **161,286.01** | **100.00%** |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| ACOUSTICAL TREATMENTS | | | 3,986.36 | 16.79 | 3,969.57 |
| CLEANING | | | 3,381.20 | | 3,381.20 |
| CONTENT MANIPULATION | | | 9,603.68 | | 9,603.68 |
| GENERAL DEMOLITION | | | 16,606.23 | | 16,606.23 |
| DRYWALL | | | 1,861.00 | 521.05 | 1,339.95 |
| FLOOR COVERING - WOOD | | | 65,425.63 | 65,425.63 | 0.00 |
| FINISH CARPENTRY / TRIMWORK | | | 5,629.45 | 1,071.38 | 4,558.07 |
| HEAT,  VENT & AIR CONDITIONING | | | 21,592.94 | | 21,592.94 |
| LABOR ONLY | | | 14,415.60 | | 14,415.60 |
| PAINTING | | | 14,924.94 | 14,924.94 | 0.00 |
| **O&P Items Subtotal** | | | **157,427.03** | **81,959.79** | **75,467.24** |

| Non-O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| PERMITS AND FEES | | | 3,858.98 | | 3,858.98 |
| **Non-O&P Items Subtotal** | | | **3,858.98** | **0.00** | **3,858.98** |
| **O&P Items Subtotal** | | | **157,427.03** | **81,959.79** | **75,467.24** |
| Material Sales Tax | @ | 7.500% | 3,143.85 | 2,733.91 | 409.94 |
| Overhead | @ | 10.0% | 16,057.22 | | 16,057.22 |
| Profit | @ | 10.0% | 16,057.22 | | 16,057.22 |
| Total Cleaning Tax | @ | 7.500% | 263.81 | | 263.81 |
| **Total** | | | **196,808.11** | **84,693.70** | **112,114.41** |

The following repair estimate is to return the property to its pre-loss condition using like kind and quality materials.

Industry accepted repair techniques for fire, water or wind restoration have been considered.

This estimate does not give any consideration to potential mold growth, asbestos containing materials or lead based paint and the costs associated with remediation.

Depreciation has been applied based on the age and condition of the building components being replaced.

This estimate is based on site conditions observed at the time of DBI's inspection and is subject to change based on the presentation of new information.



8th Floor - Main Level

2/1/2023

7th Floor - Main Level



2/1/2023



Main Level
Page: 66





5th Floor - Main Level

2/1/2023

Main Level
Page: 67

N ⇧



4th Floor - Main Level

2/1/2023





Main Level
Page: 68

3rd Floor - Main Level

2/1/2023



Main Level
Page: 69

2nd Floor - Main Level



2/1/2023



1st Floor Lobby

Star Property Nakatomi LLC
Building Damage Report

# SUPPORTING DOCUMENTS TAB 3

Star Property Nakatomi LLC
Building Damage Report

# Envista Forensics Report of Findings 3.1

**ENVISTA** FORENSICS

3914 US 301 N, Unit 800
Tampa, FL 33619

TOLL-FREE **888.782.3473**
**envistaforensics.com**

# REPORT OF FINDINGS

## STAR PROPERTY NAKATOMI LLC

Sedgwick Claim No.: 4195788
Envista Matter No.: MAT-142577-V4Y0
Report Date: October 6, 2022

Prepared for:
Mr. Travis Plohocky
Sedgwick
1080 Eldridge Parkway, 12th Floor
Houston, TX 77077
travis.plohocky@sedgwick.com



10/6/2022

**Stephen G. Sheffield, P.E.**
FL License No.: 52765

CERTAINTY IN AN UNCERTAIN WORLD

Envista Forensics, LLC | TX Certificate of Registration # F-19410 | NC Firm Registration # C-2837 | FL Registry No. 32428

**ENVISTA**
F O R E N S I C S

## BACKGROUND

On August 26, 2022, Stephen G. Sheffield, P.E. of Envista Forensics, LLC (Envista) inspected the office building owned by Star Property Nakatomi LLC (Owner) located at 1801 SW 3rd Avenue in Miami, Florida.



The building was 8-story with the front elevation facing slightly northeast, however, for the purpose of this report the front was considered to face north. The building was built in 1981 according to the County Property Appraiser, making it approximately 41 years old at the time of the evaluation. The building was constructed with reinforced concrete slabs and columns and the exterior walls consisted of a glass curtainwall system. Refer to the photographs in Attachment A for the exterior elevations of the building.

Reportedly, the water pipes from the cooling tower burst within the interior of the building on or about June 16, 2022, resulting in water damage to the interior finishes.

Figure 1 – Star Property Nakatomi Building

## PURPOSE

Sedgwick retained Envista to determine the extent of the reported water damage to the interior finishes of the building due to the broken water pipes from the cooling tower. Envista's scope of work included a site visit to perform an assessment of the building based on visual observations, a review of pertinent information, and to provide a written report summarizing the findings.

## CONCLUSIONS

1.  The water that reportedly escaped the water pipes from the cooling tower resulted in water damage to the interior finishes and it consisted of the following:
    a.  The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
    b.  Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
    c.  The lobby walls were water-stained on floor 1.
    d.  The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
    e.  The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

2.  WARNING: The structural steel frame supporting the cooling tower on the roof was corroded, which compromised the strength of the steel members. The steel frame required immediate shoring as a precaution against its potential collapse. Envista verbally warned Nicolas Estella and Danny Bello during the inspection.



**PROVIDED INFORMATION**

The Owner's representative, Danny Bello with VC Consultants, was present during the inspection and reported the following information along with Mabel Rodriguez – Executive Assistant with Estrella.

1. The vertical section of the water pipe that originated from the roof-top cooling tower burst in the 8th floor mechanical room allowing water to travel throughout the eighth floor and down through floor slab openings to the floor levels below.
2. The vertical section of water pipe in the mechanical rooms on the floors below was also reportedly broken.
3. The water was shut-off to the pipe soon after the leaking water was discovered.
4. A remediation company was engaged to remove and dry-out the water.

**DOCUMENTS REVIEWED**

The following documents and materials were reviewed and/or referenced as part of Envista's investigation, and/or contain information pertinent to the discussion and conclusions presented herein:

1. Miami-Dade County Property Appraiser (http://www.miamidade.gov/pa/)
2. Aerial Imagery by EagleView Technologies/Pictometry (https://explorer.pictometry.com/)
3. Mold Assessment Report prepared by Truview Mold LLC, dated 6/16/2022
4. Letter prepared by Your Insurance Attorney, dated 6/17/2022
5. Photographs taken by McLarens dated 6/23/2022
6. Cost Estimate prepared by McLarens dated 7/21/2022
7. Preliminary Report prepared by McLarens, dated 7/28/2022

**DISCUSSION**

Envista inspected the building to determine the extent of the reported water damage to the interior finishes due to the broken water pipes from the cooling tower. Refer to Attachment A for photographs pertaining to the following discussion.

The inspection revealed that the 8-story building included a two-level parking garage that was constructed with the first level below grade. The garage was larger than the footprint of the building. The floor plan of the building consisted of an elevator lobby on each floor that was located towards the southern portion of the building which included the restrooms, mechanical rooms, and two exit stairs. The western exit stair extended to the roof. The office space on each floor was in the northern portion of the building. The lobby floors were finished with floor tile.

<u>Roof</u>

The inspection of the roof found the cooling tower located approximately above the lobbies, adjacent to the elevator machine room. The cooling tower consisted of a round fiberglass cooling tower manufactured by Protec, and it was supported on a steel frame elevated above the roof surface. Two water pipes were observed from the cooling tower that penetrated through the roof and traveled downward through the building within the mechanical rooms on each floor in the lobby located next the bathrooms. The cooling tower and water pipes above the roof are shown in photographs 3 to 5. The water pipes near the roof penetration were painted white and a roofing repair was present surrounding the pipes, which was consistent with the reported repair of the water pipes.



Floors 8, 7, 6, 5, and 3

The entire office space on each floor was occupied by one company. Envista's evaluation of these floor levels found the following conditions which varied in extent per floor. Generally, the extent of any water damage observed in the wood flooring diminished on the floors below the eight level. The lobby and bathroom floors were finished with floor tile and a painted wood baseboard was present along the base of the building walls. No water stains were observed on the lobby floor or walls. No loose tiles or cracked and displaced grout were observed throughout the tile floors that could occur had the floor tiles debonded from the concrete floor slab because of a water exposure. Therefore, the floor tiles were not affected by the water that leaked from the broken cooling tower water pipes.

Inside the mechanical room containing the air-conditioning equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots. The water stains and fungal growth were consistent with the result with a water exposure from the reported water leak from the cooling tower water pipes. The partition walls that enclosed the vertical water pipes within a chase were reportedly removed to replace the pipes. The water pipes exhibited a clean, bright grey color consistent with new piping.

The floor within the office area was finished with laminate wood flooring and it was cupped (which consisted of upward curling of the edges of the wood planks) in multiple locations. Cupped wood flooring is typically the result of a water exposure. The walls within the office had painted wood baseboards and no separations were observed in the jointing that were consistent with swollen wood from the effects of a water exposure. The baseboards did have misalignments in the jointing that were the result of the workmanship during its installation. The lobby and office areas were not furnished with a ceiling, but rather, the underside of the structure was left exposed and painted black.

Floor 4

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. A small water stain was found on the acoustical tile ceiling in the lobby. Inside the mechanical room with the air-conditioning (AC) equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The office space was occupied by two companies. In office 401, no water damage was reported by the insured's representative. The office lobby was accessible, and no water stains were observed on the ceiling or walls.

In office 402, the laminate wood flooring was cupped in areas closest to the lobby. The wood baseboards along the base of the walls had no separations in the jointing that was consistent with a water exposure. The acoustical tile ceiling was reportedly water stained, however, at the time of the inspection, no water stains were observed on the ceiling or on the walls. It was reported that water-stained ceiling tiles were replaced before the inspection.

Floor 2

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. Several small water stains were found on the lobby acoustical tile ceiling. Inside the mechanical room with the air-conditioning (AC) equipment and the water



pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The entire office space was occupied by one company. The laminate wood flooring in the office area was cupped in areas. The wood baseboards along the base of the walls in the office area had no separations in the jointing that was consistent with a water exposure. The office acoustical tile ceiling had no water stains.

Floor 1

The first-floor lobby ceiling was reportedly water-stained by the water that escaped the cooling tower water pipes from the floors above, however, the water damage was reportedly repaired before Envista's inspection. Hence, no water stains were observed on the lobby ceiling, however, water stains were present on the baseboard and in isolated areas on the walls. The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The first-floor office space was occupied by 4Geeks, and water stains were observed on the acoustical tile ceiling.

Summary

Envista's evaluation of the building found evidence of water damage to the interior finishes of the lobby and office areas that occurred because of the water that reportedly escaped from the cooling tower water pipes.

The water damage consisted of the following:

- The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
- The lobby walls were water-stained on floor 1.
- Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
- The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
- The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

Warning

During the inspection of the roof, Envista observed corrosion in the structural steel frame supporting the cooling tower. The extent of the corrosion resulted in significant loss of material that would compromise the strength of the steel members. Envista warned Nicolas Estella and Danny Bello of the observed condition of the steel frame supporting the cooling tower and recommended immediate shoring of the compromised steel frame as a precaution against its potential collapse.

**CLOSURE**

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information. This electronic version of the report is a convenience copy and as such, an original signed and sealed copy is available to our client.



Thank you for allowing us to provide this service. If you have any questions or need additional assistance, please call or email.

Sincerely,

**Envista Forensics**

Stephen G. Sheffield, P.E.
Senior Project Engineer

Technical Review by:
Donna Friis, P.E.
Practice Leader, Construction

Attachment A, Photographs



# ATTACHMENT A

## Photographs

Photographs taken during our inspection, which have not been included in this report, have been retained in our files and will be made available to you upon your request. Note that the brightness and/or contrast of some photographs may have been enhanced for purposes of clarity. Some photographs may be cropped from their original sizes in order to emphasize a specific item or feature. No significant changes to any photographs were made that would alter factual representations.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #1



View of north (front) elevation.

Photograph #2



View of north and east elevations.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                    Sedgwick Claim No.: 4195788

Photograph #3



View of west and south elevations. The roof-top cooler tower is encircled.

Photograph #4



View of roof and location of the cooling tower and water pipe (circled) that reportedly burst within the building.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #5



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

Photograph #6



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #7



View of typical lobby finishes.

Photograph #8



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #9



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

Photograph #10



Typical lobby wood baseboard with no separations in the jointing consistent with a water exposure.

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #11



Typical mechanical room with AC unit and water pipes from the cooling tower.

Photograph #12



Typical mechanical room with AC unit and water pipes from the cooling tower. Notes the removed chase walls and new water pipes.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #13



Typical mechanical room with AC unit and water pipes from the cooling tower. Note the water stains and isolated fungal growth at the base of the walls.

Photograph #14



View of typical office finishes.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #15



View of typical office finishes.

Photograph #16



Typical office wood flooring with cupped edges of the planks.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #17



Typical office wood flooring with cupped edges of the planks.

Photograph #18



Typical office wood flooring with cupped edges of the planks.

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                     Sedgwick Claim No.: 4195788

Photograph #19



Typical office wood baseboard with no separations in the jointing consistent
with a water exposure.

Photograph #20



Typical office wood baseboard with no separations in the jointing consistent
with a water exposure.

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #21



Typical office wood baseboard with no separations in the jointing consistent
with a water exposure.

Photograph #22



View of first floor lobby. Note generally no water staining on the ceiling and
walls, except as noted in photos 24 and 25.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #23



View of first floor lobby. Note generally no water staining on the ceiling and walls, except as noted in photos 24 and 25.

Photograph #24



First floor lobby. Note the water stains along the baseboard.

Insured: Star Property Nakatomi LLC

Envista Matter No.: MAT-142577-V4Y0

Location: Miami, FL

Sedgwick Claim No.: 4195788

Photograph #25



First Floor lobby. Note the bubbled wall paint.

Photograph #26



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #27



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

Photograph #28



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

Star Property Nakatomi LLC
Building Damage Report

# FIELD PHOTO REPORT
# TAB 4

# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**01   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

**02   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

**03   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

**04   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 05   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

### 06   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Main Entrance

### 07   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

4Geeks Entrance

### 08   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**09   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower overview

**10   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower supports

**11   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Standing water under cooling tower

**12   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

New cooling tower plumbing overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 13   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

New cooling tower plumbing overview

### 14   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

New cooling tower plumbing overview

### 15   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

New cooling tower plumbing overview

### 16   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

New cooling tower plumbing overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 17   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower supports overview

### 18   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower supports overview

### 19   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

8th Floor

### 20   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**21   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

**22   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

**23   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

**24   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 25  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system overview

### 26  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system overview

### 27  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Replaced drywall

### 28  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repairs



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 29   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system overview

### 30   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

Detail of HVC system

### 31   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

### 32   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

DBI

# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 33   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

### 34   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

### 35   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

### 36   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 37  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

### 38  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Conference room typical finishes

### 39  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Separating quarter-round

### 40  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Conference room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**41   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Overview

**42   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Overview

**43   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Conference Room

Conference room typical finishes

**44   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 1

Office 1 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 45  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 46  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 47  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 48  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 49   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 2

Overview

### 50   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 2

Office 2 typical finishes

### 51   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 2

Office 2 typical finishes

### 52   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 53  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 54  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Staining of wall and baseboard

### 55  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 56  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 57   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 4

Office 3 typical finishes

### 58   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 4

Office 3 typical finishes

### 59   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 4

Overview

### 60   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Break Room

Break Room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 61   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Break Room

Break Room typical finishes

### 62   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

7th Floor

### 63   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 64   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 65   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 66   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

overview

### 67   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 68   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall repair detail



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 69  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

Drywall removed for plumbing repair

### 70  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

Drywall removed for plumbing repair

### 71  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system overview

### 72  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

Drywall removed for plumbing repair



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**73**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

**74**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

**75**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Overview

**76**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Reception Area

Reception area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 77  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

### 78  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Overview

### 79  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Conference room typical finishes

### 80  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Conference room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**81**  **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 2

Office 2 typical finishes

**82**  **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 2

Office 2 typical finishes

**83**  **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 2

Office 2 typical finishes

**84**  **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  7th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 85   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 86   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 87   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Overview

### 88   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 89   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes

### 90   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Overview

### 91   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 92   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**93**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 7

Office 7 typical finishes

**94**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 7

Office 7 typical finishes

**95**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 7

Office 7 typical finishes

**96**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

6th Floor



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 97  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Lobby typical finishes

### 98  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Lobby typical finishes

### 99  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Lobby typical finishes

### 100  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

Floor detail, repaired drywall



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 101 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Mech room typical finishes

### 102 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC components

### 103 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repairs

### 104 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repairs



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### **105** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC components

### **106** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### **107** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### **108** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 109 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 110 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 111 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Overview

### 112 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 113 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 4

Office 4 typical finishes

### 114 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 4

Office 4 typical finishes

### 115 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 5

Office 5 typical finishes

### 116 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 5

Office 5 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 117 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 118 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 119 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

5th Floor

### 120 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 121 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 122 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 123 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 124 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of repaired plumbing



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 125 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair

### 126 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Stained drywall

### 127 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

New drywall

### 128 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of HVC components



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 129 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  5th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

Detail of HVC components

### 130 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  5th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Open Floor Area

Overview

### 131 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  5th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Open Floor Area

Open floor area typical finishes

### 132 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  5th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Open Floor Area

Open floor area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 133 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 134 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 135 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 136 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 137 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 138 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 139 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 140 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 141 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 142 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes

### 143 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes

### 144 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 145 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 146 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 147 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 148 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 149 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby flooring detail

### 150 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 151 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby wall finish detail

### 152 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 153 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with stains

### 154 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 155 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 156 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with stains



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 157 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Suspended ceiling grid with rust

### 158 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with staining

### 159 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with staining

### 160 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with staining



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 161 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  4th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Lobby typical finishes

### 162 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  4th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Ceiling tile with staining

### 163 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  4th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system and flooring detail

### 164 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  4th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system detail



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 165 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC system

### 166 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repairs

### 167 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

New plumbing detail

### 168 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area entrance



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 169 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 170 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 171 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 172 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 173 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 174 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Overview

### 175 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Overview

### 176 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 177 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 178 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 179 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Overview

### 180 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 181 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Office 2 typical finishes

### 182 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Overview

### 183 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 184 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 185 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 186 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 187 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Copy Room

Copy Room typical finishes

### 188 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Copy Room

Copy Room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 189 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Copy Room

Copy Room typical finishes

### 190 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

3rd Floor

### 191 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 192 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 193 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 194 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Flooring detail, repaired drywall

### 195 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Wall staining detail

### 196 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Air handler detail



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 197 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Air handler detail

### 198 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair

### 199 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Plumbing repair detail

### 200 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Meter Room



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 201 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Overview

### 202 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Meter room wiring detail

### 203 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Overview

### 204 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 205 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 206 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 207 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 208 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 209 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview

### 210 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 211 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 212 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 213 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 214 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 215 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 216 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

2nd Floor



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 217 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 218 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of stained ceiling tiles

### 219 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 220 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 221 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 222 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of stained wall

### 223 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of stained wall

### 224 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of HVC system



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 225 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of HVC system

### 226 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of plumbing repaired area

### 227 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 228 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 229 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 230 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 231 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 232 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 233 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview

### 234 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview

### 235 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 236 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 237 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 238 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby

### 239 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 240 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 241 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 242 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 243 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 244 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 245 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  1st Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Lobby typical finishes

### 246 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  1st Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Lobby typical finishes

### 247 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  1st Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Overview

### 248 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  1st Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Detail of wall damage



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 249 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of wall damage

### 250 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of wall damage

### 251 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of wall damage

### 252 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

4Geeks



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 253 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 254 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of missing ceiling tile

### 255 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 256 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 257 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 258 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Overview

### 259 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 260 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of missing ceiling tiles



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 261 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of bowing ceiling tile

### 262 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

DBI



**Star Property Nakatomi**

1801 Southwest 3rd Avenue Roads, FL 33129

Claim Summary

| Line # | Description | VC Submitted | DBI Recommended | Variance $ [C-D] | Variance % [E/C] | Comment |
|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G |
| 1 | 8th Floor | $ 68,133.79 | $ 19,614.44 | $ 48,519.35 | 71% | See detailed analysis. |
| 2 | 7th Floor | $ 70,475.14 | $ 19,096.69 | $ 51,378.45 | 73% | See detailed analysis. |
| 3 | 6th Floor | $ 60,315.85 | $ 18,915.84 | $ 41,400.00 | 69% | See detailed analysis. |
| 4 | 5th Floor | $ 15,599.91 | $ 21,579.00 | $ (5,979.10) | -38% | See detailed analysis. |
| 5 | 4th Floor | $ 46,996.31 | $ 12,594.17 | $ 34,402.14 | 73% | See detailed analysis. |
| 6 | 3rd Floor | $ 15,577.19 | $ 11,590.92 | $ 3,986.27 | 26% | See detailed analysis. |
| 7 | 2nd Floor | $ 14,867.55 | $ 12,485.06 | $ 2,382.49 | 16% | See detailed analysis. |
| 8 | 1st Floor | $ 18,399.47 | $ 3,382.24 | $ 15,017.23 | 82% | See detailed analysis. |
| 9 | Water Damage Mitigation | $ 43,712.94 | $ - | $ 43,712.94 | 100% | See detailed analysis. |
| 10 | Incurred Expenses | $ - | $ - | $ - | 0% | See detailed analysis. |
| 11 | General Conditions & Requirements | $ 182,361.85 | $ 28,277.66 | $ 154,084.19 | 84% | See detailed analysis. |
| 12 | General MEP | $ - | $ 13,750.00 | $ (13,750.00) | 0% | See detailed analysis. |
| 13 | Labor Minimums Applied | $ 38.74 | $ - | $ 38.74 | 100% | See detailed analysis. |
| 14 | Subtotal | $ 536,478.93 | $ 161,286.03 | $ 375,192.90 | 70% | |
| 15 | Material Sales Tax | $ 8,832.62 | $ 3,407.66 | $ 5,424.96 | 61% | See detailed analysis. |
| 16 | Overhead (10%) | $ - | $ 16,057.22 | $ (16,057.22) | 0% | See detailed analysis. |
| 17 | Profit (10%) | $ 74,827.36 | $ 16,057.22 | $ 58,770.14 | 79% | See detailed analysis. |
| 18 | Total | $ 620,138.91 | $ 196,808.11 | $ 423,330.80 | 68% | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

## 8th Floor
### Reception Area

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| | **CEILING ITEMS** | | | | | | | | | | | |
| 4 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 502.50 | LF | $1.52 | $763.80 | 0.00 | LF | $- | $- | $763.80 | 100% | DBI did not observe any loss related damages to this item. |
| 5 | Clean the ceiling | 1903.29 | SF | $0.41 | $780.35 | 0.00 | SF | $- | $- | $780.35 | 100% | DBI did not observe any loss related damages to this item. |
| 6 | R& RExit sign - wired in | 2.00 | EA | $124.01 | $248.02 | 0.00 | EA | $- | $- | $248.02 | 100% | DBI did not observe any loss related damages to this item. |
| | **WALL ITEMS** | | | | | | | | | | | |
| 8 | Mask Wall - plastic, paper, tape (per LF) To mask wall perimeter for painting. | 502.50 | LF | $1.52 | $763.80 | 502.50 | LF | $1.47 | $738.68 | $25.13 | 3% | Variance due to price. |
| 9 | Mask per square foor for drywall work | 0.00 | SF | $- | $- | 6.00 | SF | $0.27 | $1.62 | $(1.62) | 0% | |
| 10 | Drywall tape joint/repair - per LF | 502.50 | LF | $9.01 | $4,527.53 | 2.00 | LF | $13.78 | $27.56 | $4,499.97 | 99% | Variance due to quantity and scope. DBI has only included drywall removal at Office 4. |
| 11 | Seal the walls w/PVA primer - one coat | 4020.00 | SF | $0.63 | $2,532.60 | 0.00 | SF | $- | $- | $2,532.60 | 100% | DBI did not observe any loss related damages to this item. |
| 12 | Texture drywall - smooth / skim coat | 4020.00 | SF | $1.61 | $6,472.20 | 0.00 | SF | $- | $- | $6,472.20 | 100% | DBI did not observe any loss related damages to this item. |
| 13 | Seal/prime then paint the walls twice | 4020.00 | SF | $1.44 | $5,788.80 | 408.00 | SF | $1.44 | $587.52 | $5,201.28 | 90% | Variance due to quantity. DBI has only included this line item in Office 4. |
| 14 | Baseboard - Detach | 502.50 | LF | $1.50 | $753.75 | 0.00 | LF | $- | $- | $753.75 | 100% | DBI did not observe any loss related damages to this item. |
| 15 | Baseboard - 5 1/4" | 502.50 | LF | $4.77 | $2,396.93 | 13.58 | LF | $4.88 | $66.27 | $2,330.65 | 97% | Variance due to quantity. DBI has only included this line item in Office 4. |
| 16 | R&R Cove molding - 3/4" | 502.50 | LF | $1.71 | $859.28 | 432.17 | LF | $2.08 | $898.91 | $(39.64) | -5% | Variance due to scope. DBI has included allowance to remove quarter round. |
| 17 | Paint baseboard, oversized - two coats | 502.50 | LF | $1.68 | $844.20 | 502.50 | LF | $2.47 | $1,241.18 | $(396.98) | -47% | Variance due to scope. DBI has included allowance paint baseboard and quarter round. |
| 18 | Remove Emergency lighting - battery - Commercial | 8.00 | EA | $15.49 | $123.92 | 0.00 | EA | $- | $- | $123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 19 | Install Emergency lighting - battery - Commercial | 8.00 | EA | $61.11 | $488.88 | 0.00 | EA | $- | $- | $488.88 | 100% | DBI did not observe any loss related damages to this item. |
| 20 | Interior door - Detach & reset - slab only | 8.00 | EA | $22.67 | $181.36 | 0.00 | EA | $- | $- | $181.36 | 100% | DBI did not observe any loss related damages to this item. |
| 21 | Seal & paint door slab only (per side) | 1.00 | EA | $41.68 | $41.68 | 0.00 | EA | $- | $- | $41.68 | 100% | DBI did not observe any loss related damages to this item. |
| 22 | Seal & paint door/window trim & jamb - (per side) | 16.00 | EA | $33.92 | $542.72 | 0.00 | EA | $- | $- | $542.72 | 100% | DBI did not observe any loss related damages to this item. |
| | **FLOOR ITEMS** | | | | | | | | | | | |
| 24 | Clean the floor - Heavy | 1903.29 | SF | $0.50 | $951.65 | 0.00 | SF | $- | $- | $951.65 | 100% | DBI did not observe any loss related damages to this item. |
| 25 | R&R Snaplock Laminate - simulated wood flooring - High grade | 1903.29 | SF | $9.38 | $17,852.86 | 1903.21 | SF | $7.61 | $14,483.43 | $3,369.43 | 19% | Variance due to price. |
| 26 | Floor protection - Ram Board | 1903.29 | SF | $1.50 | $2,854.94 | 0.00 | SF | $- | $- | $2,854.94 | 100% | DBI did not observe any loss related damages to this item. |
| | **MISC ITEMS** | | | | | | | | | | | |
| 28 | Protect - Cover with plastic | 1000.00 | SF | $0.38 | $380.00 | 0.00 | SF | $- | $- | $380.00 | 100% | DBI did not observe any loss related damages to this item. |
| 29 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 20.00 | HR | $47.01 | $940.20 | 0.00 | HR | $- | $- | $940.20 | 100% | DBI did not observe any loss related damages to this item. |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (F-J) (K) | % (K-F) (L) | M |
| 30 | TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 | EA | $ 50.60 | $ 50.60 | 0.00 | EA | $ - | $ - | $ 50.60 | 100% | DBI did not observe any loss related damages to this item. |
| 31 | Subtotal | | | | $ 51,140.04 | | | | $ 18,045.16 | $ 33,094.88 | 65% | |
| 32 | **Lobby** | | | | | | | | | | | |
| 33 | **CEILING ITEMS** | | | | | | | | | | | |
| 34 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | |
| 35 | Clean the ceiling | 284.41 | SF | $ 0.41 | $ 116.61 | 0.00 | SF | 0.00 | $ - | $ 116.61 | 100% | |
| 36 | R&R Ext sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | 0.00 | $ - | $ 248.02 | 100% | |
| 37 | Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 | EA | $ 68.25 | $ 273.00 | 0.00 | EA | $ - | $ - | $ 273.00 | 100% | |
| 38 | Seal/prime then paint the ceiling (2 coats) | 284.41 | SF | $ 1.04 | $ 295.79 | 0.00 | SF | $ - | $ - | $ 295.79 | 100% | |
| 39 | **WALL ITEMS** | | | | | | | | | | | |
| 40 | Mask wall - plastic, paper, tape (per LF) To mask wall perimeter for painting. | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | DBI did not observe any damages to this location at the time of inspection. |
| 41 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $ 1.43 | $ 190.76 | 0.00 | SF | $ - | $ - | $ 190.76 | 100% | |
| 42 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $ 3.00 | $ 1,334.01 | 0.00 | SF | $ - | $ - | $ 1,334.01 | 100% | |
| 43 | Drywall tape joint/repair - per LF | 111.17 | LF | $ 9.01 | $ 1,001.64 | 0.00 | LF | $ - | $ - | $ 1,001.64 | 100% | |
| 44 | Seal the walls w/PVA primer - one coat | 889.33 | SF | $ 0.63 | $ 560.28 | 0.00 | SF | $ - | $ - | $ 560.28 | 100% | |
| 45 | Texture drywall - smooth / skim coat | 889.33 | SF | $ 1.61 | $ 1,431.82 | 0.00 | SF | $ - | $ - | $ 1,431.82 | 100% | |
| 46 | Seal/prime then paint the walls twice | 889.33 | SF | $ 1.44 | $ 1,280.64 | 0.00 | SF | $ - | $ - | $ 1,280.64 | 100% | |
| 47 | Baseboard - Detach | 111.17 | LF | $ 1.50 | $ 166.76 | 0.00 | LF | $ - | $ - | $ 166.76 | 100% | |
| 48 | Baseboard - 5 1/4" | 111.17 | LF | $ 4.77 | $ 530.28 | 0.00 | LF | $ - | $ - | $ 530.28 | 100% | |
| 49 | R&R Cove molding - 3/4" | 111.17 | LF | $ 1.71 | $ 190.10 | 0.00 | LF | $ - | $ - | $ 190.10 | 100% | |
| 50 | Paint baseboard, oversized - two coats | 111.17 | LF | $ 1.68 | $ 186.77 | 0.00 | LF | $ - | $ - | $ 186.77 | 100% | |
| 51 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | |
| 52 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | |
| 53 | Remove Fire extinguisher and cabinet, 14' x 27' x 8' | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | $ 51.62 | 100% | |
| 54 | Install Fire extinguisher and cabinet, 14' x 27' x 8' | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | $ 101.30 | 100% | |
| 55 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ - | $ - | $ 206.52 | 100% | |
| 56 | **FLOOR ITEMS** | | | | | | | | | | | |
| 57 | Clean the floor - Heavy | 284.41 | SF | $ 0.50 | $ 142.21 | 0.00 | SF | $ - | $ - | $ 142.21 | 100% | |
| 58 | Regrout tile floor | 284.41 | SF | $ 3.27 | $ 930.02 | 0.00 | SF | $ - | $ - | $ 930.02 | 100% | |
| 59 | Floor protection - Ram Board | 284.41 | SF | $ 1.50 | $ 426.62 | 0.00 | SF | $ - | $ - | $ 426.62 | 100% | |
| 60 | **MISC ITEMS** | | | | | | | | | | | |
| 61 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 4.00 | HR | $ 47.01 | $ 188.04 | 0.00 | HR | $ - | $ - | $ 188.04 | 100% | DBI did not observe any loss related damages to this item. |
| 62 | Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 | EA | $ 40.12 | $ 80.24 | 0.00 | EA | $ - | $ - | $ 80.24 | 100% | |
| 63 | Subtotal | | | | $ 10,424.18 | | | | $ - | $ 10,424.18 | 100% | |
| 64 | **Mech Room** | | | | | | | | | | | |
| 65 | **CEILING ITEMS** | | | | | | | | | | | |
| 66 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | |
| 67 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 68 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |



For discussion purposes only - Subject to coverage review by the adjuster

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (F-J) (K) | % (K/F) (L) | M |
| 69 | Firesalling - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 70 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 71 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 72 | **WALL ITEMS** | | | | | | | | | | | |
| 73 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 74 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | $ 441.28 | 84% | Variance in pricing and scope. DBI allowed for 1/2" drywall. |
| 75 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 76 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 77 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 78 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 79 | Firesalling - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 80 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 81 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 82 | **FLOOR ITEMS** | | | | | | | | | | | |
| 83 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 84 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 85 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 45.65 | SF | $ 0.53 | $ 24.19 | $ 44.28 | 65% | DBI did not observe any loss related damages to this item. |
| 86 | **MISC ITEMS** | | | | | | | | | | | |
| 87 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 88 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 89 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 90 | Subtotal | | | | $ 5,725.22 | | | | $ 1,569.26 | $ 4,155.96 | 73% | |
| 91 | **Storage Closet** | | | | | | | | | | | |
| 92 | **CEILING ITEMS** | | | | | | | | | | | |
| 93 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 94 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 95 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 96 | Firesalling - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 97 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 98 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 99 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 100 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 101 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 102 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | |
| 103 | **WALL ITEMS** | | | | | | | | | | | |
| 104 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | DBI did not observe any damages to this location at the time of inspection. |

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ [F-J] (K) | % [K/F] (L) | M |
| 105 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | 117.99 | 100% | |
| 106 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | 88.57 | 100% | |
| 107 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | 49.56 | 100% | |
| 108 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | 126.66 | 100% | |
| 109 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | 113.28 | 100% | |
| 110 | **FLOOR ITEMS** | | | | | | | | | | | |
| 111 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | 3.02 | 100% | |
| 112 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | 19.75 | 100% | |
| 113 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | 9.06 | 100% | |
| 114 | **MISC ITEMS** | | | | | | | | | | | |
| 115 | On-Site Inventory, Packing, Boxing, Moving chrg per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | 47.01 | 100% | |
| 116 | Subtotal | | | | $ 844.34 | | | | $ - | 844.34 | 100% | |
| 117 | **8th Floor Subtotal** | | | | $ 69,133.79 | | | | $ 19,614.44 | 48,519.35 | 71% | |
| 118 | **7th Floor** | | | | | | | | | | | |
| 119 | **Reception Area** | | | | | | | | | | | |
| 120 | **CEILING ITEMS** | | | | | | | | | | | |
| 121 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 506.67 | LF | $ 1.52 | $ 770.14 | 0.00 | LF | $ - | $ - | 770.14 | 100% | DBI did not observe any loss related damages to this item. |
| 122 | Clean the ceiling | 1902.49 | SF | $ 0.41 | $ 780.02 | 0.00 | SF | $ - | $ - | 780.02 | 100% | DBI did not observe any loss related damages to this item. |
| 123 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 124 | Fluorescent - acoustic grid fixture - 4 tube - High grid | 4.00 | EA | $ 375.88 | $ 1,503.52 | 0.00 | EA | $ - | $ - | 1,503.52 | 100% | DBI did not observe any loss related damages to this item. |
| 125 | **WALL ITEMS** | | | | | | | | | | | |
| 126 | Mask wall - plastic, paper, tape (per LF) | 506.67 | LF | $ 1.52 | $ 770.14 | 506.67 | LF | $ 1.47 | $ 744.80 | 25.33 | 3% | Variance due to price. |
| 127 | Drywall tape joint/repair - per LF | 506.67 | LF | $ 9.01 | $ 4,565.10 | 0.00 | LF | $ - | $ - | 4,565.10 | 100% | DBI did not observe any loss related damages to this item. |
| 128 | Seal the walls w/PVA primer - one coat | 4053.33 | SF | $ 0.63 | $ 2,553.60 | 0.00 | SF | $ - | $ - | 2,553.60 | 100% | DBI did not observe any loss related damages to this item. |
| 129 | Texture drywall - smooth / skim coat | 4053.33 | SF | $ 1.61 | $ 6,525.86 | 0.00 | SF | $ - | $ - | 6,525.86 | 100% | DBI did not observe any loss related damages to this item. |
| 130 | Seal/prime then paint the walls twice | 4053.33 | SF | $ 1.44 | $ 5,836.80 | 0.00 | SF | $ - | $ - | 5,836.80 | 100% | DBI did not observe any loss related damages to this item. |
| 131 | Baseboard - Detach | 506.67 | LF | $ 1.50 | $ 760.01 | 0.00 | LF | $ - | $ - | 760.01 | 100% | DBI did not observe any loss related damages to this item. |
| 132 | Baseboard - 5 1/4" | 506.67 | LF | $ 4.77 | $ 2,416.82 | 0.00 | LF | $ - | $ - | 2,416.82 | 100% | DBI did not observe any loss related damages to this item. |
| 133 | R&R Cove molding - 3/4" | 506.67 | LF | $ 1.71 | $ 866.41 | 506.67 | LF | $ 2.08 | $ 1,053.87 | (187.47) | -22% | |
| 134 | Paint baseboard, oversized - two coats | 506.67 | LF | $ 1.68 | $ 851.21 | 506.67 | LF | $ 2.47 | $ 1,251.47 | (400.27) | -47% | |
| 135 | Remove Emergency lighting - battery - Commercial | 8.00 | EA | $ 15.49 | $ 123.92 | 0.00 | EA | $ - | $ - | 123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 136 | Install Emergency lighting - battery - Commercial | 8.00 | EA | $ 61.11 | $ 488.88 | 0.00 | EA | $ - | $ - | 488.88 | 100% | DBI did not observe any loss related damages to this item. |
| 137 | Interior door - Detach & reset - slab only | 8.00 | EA | $ 22.67 | $ 181.36 | 0.00 | EA | $ - | $ - | 181.36 | 100% | DBI did not observe any loss related damages to this item. |
| 138 | Paint French door slab only - 2 coats (per side) | 8.00 | EA | $ 77.54 | $ 620.32 | 0.00 | EA | $ - | $ - | 620.32 | 100% | DBI did not observe any loss related damages to this item. |
| 139 | Seal & paint door/window trim & jamb - (per side) | 20.00 | EA | $ 33.92 | $ 678.40 | 0.00 | EA | $ - | $ - | 678.40 | 100% | DBI did not observe any loss related damages to this item. |
| 140 | **FLOOR ITEMS** | | | | | | | | | | | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ [F-J] (K) | % [K/F] (L) | M |
| 141 | Clean the floor - Heavy | 1902.49 | SF | $ 0.50 | $ 951.25 | 0.00 | SF | $ - | $ - | $ 951.25 | 100% | DBI did not observe any loss related damages to this item. |
| 142 | R&R Snaplock Laminate - simulated wood flooring - High grade | 1902.49 | SF | $ 9.38 | $ 17,845.36 | 1902.40 | SF | $ 7.61 | $ 14,477.26 | $ 3,368.09 | 19% | Variance due to price. |
| 143 | Floor protection - Ram Board | 1902.49 | SF | $ 1.50 | $ 2,853.74 | 0.00 | SF | $ - | $ - | $ 2,853.74 | 100% | DBI did not observe any loss related damages to this item. |
| 144 | **MISC ITEMS** | | | | | | | | | | | |
| 145 | Protect - Cover with plastic | 1000.00 | SF | $ 0.38 | $ 380.00 | 0.00 | SF | $ - | $ - | $ 380.00 | 100% | DBI did not observe any loss related damages to this item. |
| 146 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 20.00 | HR | $ 47.01 | $ 940.20 | 0.00 | HR | $ - | $ - | $ 940.20 | 100% | DBI did not observe any loss related damages to this item. |
| 147 | TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 | EA | $ 50.60 | $ 50.60 | 0.00 | EA | $ - | $ - | $ 50.60 | 100% | DBI did not observe any loss related damages to this item. |
| 148 | Subtotal | | | | $ 53,561.64 | | | | $ 17,527.42 | $ 36,034.22 | 67% | |
| 149 | **Lobby** | | | | | | | | | | | |
| 150 | **CEILING ITEMS** | | | | | | | | | | | |
| 151 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 111.17 | LF | $ 1.52 | $ 168.98 | 1.52 | LF | $ - | $ - | $ 168.98 | 100% | |
| 152 | Clean the ceiling | 284.41 | SF | $ 0.41 | $ 116.61 | 0.41 | SF | $ - | $ - | $ 116.61 | 100% | |
| 153 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 103.35 | EA | $ - | $ - | $ 248.02 | 100% | |
| 154 | Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 | EA | $ 68.25 | $ 273.00 | 68.25 | EA | $ - | $ - | $ 273.00 | 100% | |
| 155 | Seal/prime then paint the ceiling (2 coats) | 284.41 | SF | $ 1.04 | $ 295.79 | 1.04 | SF | $ - | $ - | $ 295.79 | 100% | |
| 156 | **WALL ITEMS** | | | | | | | | | | | |
| 157 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $ 1.52 | $ 168.98 | 1.52 | LF | $ - | $ - | $ 168.98 | 100% | |
| 158 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $ 1.43 | $ 190.76 | 0.00 | SF | $ - | $ - | $ 190.76 | 100% | |
| 159 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $ 3.00 | $ 1,334.01 | 0.00 | SF | $ - | $ - | $ 1,334.01 | 100% | DBI did not observe any loss related damages to this area. |
| 160 | Drywall tape joint/repair - per LF | 111.17 | LF | $ 9.01 | $ 1,001.64 | 0.00 | LF | $ - | $ - | $ 1,001.64 | 100% | |
| 161 | Seal the walls w/PVA primer - one coat | 889.33 | SF | $ 0.63 | $ 560.28 | 0.00 | SF | $ - | $ - | $ 560.28 | 100% | |
| 162 | Texture drywall - smooth / skim coat | 889.33 | SF | $ 1.61 | $ 1,431.82 | 0.00 | SF | $ - | $ - | $ 1,431.82 | 100% | |
| 163 | Seal/prime then paint the walls twice | 889.33 | SF | $ 1.44 | $ 1,280.64 | 0.00 | SF | $ - | $ - | $ 1,280.64 | 100% | |
| 164 | Baseboard - Detach | 111.17 | LF | $ 1.50 | $ 166.76 | 0.00 | LF | $ - | $ - | $ 166.76 | 100% | |
| 165 | Baseboard - 5 1/4" | 111.17 | LF | $ 4.77 | $ 530.28 | 0.00 | LF | $ - | $ - | $ 530.28 | 100% | |
| 166 | R&R Cove molding - 3/4" | 111.17 | LF | $ 1.71 | $ 190.10 | 0.00 | LF | $ - | $ - | $ 190.10 | 100% | |
| 167 | Paint baseboard, oversized - two coats | 111.17 | LF | $ 1.68 | $ 186.77 | 0.00 | LF | $ - | $ - | $ 186.77 | 100% | |
| 168 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | |
| 169 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | |
| 170 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | $ 51.62 | 100% | |
| 171 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | $ 101.30 | 100% | |
| 172 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 206.52 | EA | $ - | $ - | $ 206.52 | 100% | |
| 173 | **FLOOR ITEMS** | | | | | | | | | | | |
| 174 | Clean the floor - Heavy | 284.41 | SF | $ 0.50 | $ 142.21 | 0.00 | SF | $ - | $ - | $ 142.21 | 100% | |
| 175 | Regrout tile floor | 284.41 | SF | $ 3.27 | $ 930.02 | 0.00 | SF | $ - | $ - | $ 930.02 | 100% | |
| 176 | Floor protection - Ram Board | 284.41 | SF | $ 1.50 | $ 426.62 | 0.00 | SF | $ - | $ - | $ 426.62 | 100% | |
| 177 | **MISC ITEMS** | | | | | | | | | | | |

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C Qty | D Unit | E Rate | F Total | G Qty | H Unit | I Rate | J Total | K $ [F/J] | L % [K/F] | M |
| 178 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 4.00 | HR | $ 47.00 | $ 188.04 | 0.00 | HR | $ - | $ - | $ 188.04 | 100% | |
| 179 | Subtotal | | | | $ 10,343.94 | | | | $ - | $ 10,343.94 | 100% | |
| 180 | **Mech Room** | | | | | | | | | | | |
| 181 | CEILING ITEMS | | | | | | | | | | | |
| 182 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 183 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 184 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 185 | Firesealing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 186 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 187 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 188 | WALL ITEMS | | | | | | | | | | | |
| 189 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 190 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | $ 441.28 | 84% | Variance due to quantity. |
| 191 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 192 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 193 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 194 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 195 | Firesealing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 196 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 197 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 198 | FLOOR ITEMS | | | | | | | | | | | |
| 199 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 200 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 201 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 45.65 | SF | $ 0.53 | $ 24.19 | $ 44.28 | 65% | Variance due to price. |
| 202 | MISC ITEMS | | | | | | | | | | | |
| 203 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 204 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 205 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 206 | Subtotal | | | | $ 5,725.22 | | | | $ 1,669.26 | $ 4,155.96 | 73% | |
| 207 | **Storage Closet** | | | | | | | | | | | |
| 208 | CEILING ITEMS | | | | | | | | | | | |
| 209 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 210 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 211 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ [F-J] | % [K/F] | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 212 | Firesealing - draft stop | 9.83 | LF | $1.59 | $15.63 | 0.00 | LF | $- | $- | $15.63 | 100% | |
| 213 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $3.00 | $18.12 | 0.00 | SF | $- | $- | $18.12 | 100% | |
| 214 | Drywall tape joint/repair - per LF | 9.83 | LF | $9.01 | $88.57 | 0.00 | LF | $- | $- | $88.57 | 100% | |
| 215 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $0.63 | $3.81 | 0.00 | SF | $- | $- | $3.81 | 100% | |
| 216 | Texture drywall - smooth / skim coat | 6.04 | SF | $1.61 | $9.72 | 0.00 | SF | $- | $- | $9.72 | 100% | |
| 217 | Seal/prime then paint the ceiling twice | 6.04 | SF | $1.44 | $8.70 | 0.00 | SF | $- | $- | $8.70 | 100% | |
| 218 | Light fixture - Detach & reset | 1.00 | EA | $47.01 | $47.01 | 0.00 | EA | $- | $- | $47.01 | 100% | |
| 219 | **WALL ITEMS** | | | | | | | | | | | |
| 220 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $1.52 | $14.94 | 0.00 | LF | $- | $- | $14.94 | 100% | DBI did not observe any loss related damages to this area. |
| 221 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $3.00 | $117.99 | 0.00 | SF | $- | $- | $117.99 | 100% | |
| 222 | Drywall tape joint/repair - per LF | 9.83 | LF | $9.01 | $88.57 | 0.00 | LF | $- | $- | $88.57 | 100% | |
| 223 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $0.63 | $49.56 | 0.00 | SF | $- | $- | $49.56 | 100% | |
| 224 | Texture drywall - smooth / skim coat | 78.67 | SF | $1.61 | $126.66 | 0.00 | SF | $- | $- | $126.66 | 100% | |
| 225 | Seal/prime then paint the walls twice | 78.67 | SF | $1.44 | $113.28 | 0.00 | SF | $- | $- | $113.28 | 100% | |
| 226 | **FLOOR ITEMS** | | | | | | | | | | | |
| 227 | Clean the floor - Heavy | 6.04 | SF | $0.50 | $3.02 | 0.00 | SF | $- | $- | $3.02 | 100% | |
| 228 | Regrout tile floor | 6.04 | SF | $3.27 | $19.75 | 0.00 | SF | $- | $- | $19.75 | 100% | |
| 229 | Floor protection - Ram Board | 6.04 | SF | $1.50 | $9.06 | 0.00 | SF | $- | $- | $9.06 | 100% | |
| 230 | **MISC ITEMS** | | | | | | | | | | | |
| 231 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $47.01 | $47.01 | 0.00 | HR | $- | $- | $47.01 | 100% | |
| 232 | Subtotal | | | | $844.34 | | | | $- | $844.34 | 100% | |
| 233 | 7th Floor Subtotal | | | | $70,475.14 | | | | $19,096.69 | $51,378.45 | 73% | |
| 234 | **8th Floor** | | | | | | | | | | | |
| 235 | **Open Floor Area** | | | | | | | | | | | |
| 236 | **CEILING ITEMS** | | | | | | | | | | | |
| 237 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 374.83 | LF | $1.52 | $569.74 | 0.00 | LF | $- | $- | $569.74 | 100% | DBI did not observe any loss related damages to this item. |
| 238 | Clean the ceiling | 1972.15 | SF | $0.41 | $808.58 | 0.00 | SF | $- | $- | $808.58 | 100% | DBI did not observe any loss related damages to this item. |
| 239 | R&R Exit sign - wired in | 2.00 | EA | $124.01 | $248.02 | 0.00 | EA | $- | $- | $248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 240 | **WALL ITEMS** | | | | | | | | | | | |
| 241 | Mask wall - plastic, paper, tape (per LF) | 374.83 | LF | $1.52 | $569.74 | 374.83 | LF | $1.47 | $551.00 | $18.74 | 3% | Variance due to price. |
| 242 | Drywall tape joint/repair - per LF | 374.83 | LF | $9.01 | $3,377.22 | 0.00 | LF | $- | $- | $3,377.22 | 100% | DBI did not observe any loss related damages to this item. |
| 243 | Seal the walls w/PVA primer - one coat | 2998.67 | SF | $0.63 | $1,889.16 | 0.00 | SF | $- | $- | $1,889.16 | 100% | DBI did not observe any loss related damages to this item. |
| 244 | Texture drywall - smooth / skim coat | 2998.67 | SF | $1.61 | $4,827.86 | 0.00 | SF | $- | $- | $4,827.86 | 100% | DBI did not observe any loss related damages to this item. |
| 245 | Seal/prime then paint the walls twice | 2998.67 | SF | $1.44 | $4,318.08 | 0.00 | SF | $- | $- | $4,318.08 | 100% | DBI did not observe any loss related damages to this item. |
| 246 | Baseboard - Detach | 374.83 | LF | $1.50 | $562.25 | 0.00 | LF | $- | $- | $562.25 | 100% | DBI did not observe any loss related damages to this item. |
| 247 | Baseboard - 5 1/4" | 374.83 | LF | $4.77 | $1,787.94 | 374.83 | LF | $- | $- | $1,787.94 | 100% | |
| 248 | R&R Cove molding - 3/4" | 374.83 | LF | $1.71 | $640.96 | 374.83 | LF | $2.08 | $779.65 | $(138.69) | -22% | |
| 249 | Paint baseboard, oversized - two coats | 374.83 | LF | $1.68 | $629.71 | 374.83 | LF | $2.47 | $925.83 | $(296.12) | -47% | |
| 250 | Remove Emergency lighting - battery - Commercial | 7.00 | EA | $15.49 | $108.43 | 0.00 | EA | $- | $- | $108.43 | 100% | DBI did not observe any loss related damages to this item. |

For discussion purposes only - Subject to coverage review by the adjuster

3/2/2023



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 251 | Install Emergency lighting - battery - Commercial | 7.00 | EA | $ 61.11 | $ 427.77 | 0.00 | EA | $ - | $ - | $ 427.77 | 100% | DBI did not observe any loss related damages to this item. |
| 252 | Interior door - Detach & reset - slab only | 5.00 | EA | $ 22.67 | $ 113.35 | 0.00 | EA | $ - | $ - | $ 113.35 | 100% | DBI did not observe any loss related damages to this item. |
| 253 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 254 | Seal & paint door/window trim & jamb - (per side) | 10.00 | EA | $ 33.92 | $ 339.20 | 0.00 | EA | $ - | $ - | $ 339.20 | 100% | DBI did not observe any loss related damages to this item. |
| 255 | **FLOOR ITEMS** | | | | | | | | | | | |
| 256 | Clean the floor - Heavy | 1972.15 | SF | $ 0.50 | $ 986.08 | 0.00 | SF | $ - | $ - | $ 986.08 | 100% | DBI did not observe any loss related damages to this item. |
| 257 | R&R Snaplock Laminate - simulated wood flooring - High grade | 1972.15 | SF | $ 9.38 | $ 18,498.77 | 1982.93 | SF | $ 7.61 | $ 15,090.10 | $ 3,408.67 | 18% | Variance due to price. |
| 258 | Floor protection - Ram Board | 1972.15 | SF | $ 1.50 | $ 2,958.23 | 0.00 | SF | $ - | $ - | $ 2,958.23 | 100% | DBI did not observe any loss related damages to this item. |
| 259 | **MISC ITEMS** | | | | | | | | | | | |
| 260 | Protect - Cover with plastic | 200.00 | SF | $ 0.38 | $ 76.00 | 0.00 | SF | $ - | $ - | $ 76.00 | 100% | DBI did not observe any loss related damages to this item. |
| 261 | Subtotal | | | | $ 43,814.92 | | | | $ 17,348.57 | $ 26,468.05 | 60% | |
| 262 | **Lobby** | | | | | | | | | | | |
| 263 | **CEILING ITEMS** | | | | | | | | | | | |
| 264 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | |
| 265 | Clean the ceiling | 237.05 | SF | $ 0.41 | $ 97.19 | 0.00 | SF | $ - | $ - | $ 97.19 | 100% | |
| 266 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | |
| 267 | Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 | EA | $ 68.25 | $ 273.00 | 0.00 | EA | $ - | $ - | $ 273.00 | 100% | |
| 268 | Seal/prime then paint the ceiling (2 coats) | 237.05 | SF | $ 1.04 | $ 246.53 | 0.00 | SF | $ - | $ - | $ 246.53 | 100% | |
| 269 | **WALL ITEMS** | | | | | | | | | | | |
| 270 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | |
| 271 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $ 1.43 | $ 190.76 | 0.00 | SF | $ - | $ - | $ 190.76 | 100% | |
| 272 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $ 3.00 | $ 1,334.01 | 0.00 | SF | $ - | $ - | $ 1,334.01 | 100% | |
| 273 | Drywall tape joint/repair - per LF | 111.17 | LF | $ 9.01 | $ 1,001.64 | 0.00 | LF | $ - | $ - | $ 1,001.64 | 100% | |
| 274 | Seal the walls w/PVA primer - one coat | 889.33 | SF | $ 0.63 | $ 560.28 | 0.00 | SF | $ - | $ - | $ 560.28 | 100% | |
| 275 | Texture drywall - smooth / skin coat | 889.33 | SF | $ 1.61 | $ 1,431.82 | 0.00 | SF | $ - | $ - | $ 1,431.82 | 100% | |
| 276 | Seal/prime then paint the walls twice | 889.33 | SF | $ 1.44 | $ 1,280.64 | 0.00 | SF | $ - | $ - | $ 1,280.64 | 100% | |
| 277 | Baseboard - Detach | 111.17 | LF | $ 1.50 | $ 166.76 | 0.00 | LF | $ - | $ - | $ 166.76 | 100% | |
| 278 | Baseboard - 5 1/4" | 111.17 | LF | $ 4.77 | $ 530.28 | 0.00 | LF | $ - | $ - | $ 530.28 | 100% | |
| 279 | R&R Cove molding - 3/4" | 111.17 | LF | $ 1.71 | $ 190.10 | 0.00 | LF | $ - | $ - | $ 190.10 | 100% | |
| 280 | Paint baseboard, oversized - two coats | 111.17 | LF | $ 1.68 | $ 186.77 | 0.00 | LF | $ - | $ - | $ 186.77 | 100% | |
| 281 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | DBI did not observe any loss related damage to this area. |
| 282 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | |
| 283 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | $ 51.62 | 100% | |
| 284 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | $ 101.30 | 100% | |
| 285 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ - | $ - | $ 206.52 | 100% | |
| 286 | **FLOOR ITEMS** | | | | | | | | | | | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 287 | Clean the floor - Heavy | 237.05 | SF | $ 0.50 | $ 118.53 | 0.00 | SF | $ - | $ - | $ 118.53 | 100% | |
| 288 | Regrout tile floor | 237.05 | SF | $ 3.27 | $ 775.15 | 0.00 | SF | $ - | $ - | $ 775.15 | 100% | |
| 289 | Floor protection - Ram Board | 237.05 | SF | $ 1.50 | $ 355.58 | 0.00 | SF | $ - | $ - | $ 355.58 | 100% | |
| 290 | **MISC ITEMS** | | | | | | | | | | | |
| 291 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | $ 94.02 | 100% | |
| 292 | Subtotal | | | | $ 9,931.66 | | | | $ - | $ 9,931.66 | 100% | |
| 293 | **Mech Room** | | | | | | | | | | | |
| 294 | **CEILING ITEMS** | | | | | | | | | | | |
| 295 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 296 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 297 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 298 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 299 | Firestop tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 300 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 301 | **WALL ITEMS** | | | | | | | | | | | |
| 302 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 303 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | $ 441.28 | 84% | Variance due to quantity and price. |
| 304 | Drywall joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 305 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 306 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 307 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | LF | $ 4.63 | $ 543.24 | 0.00 | LF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 308 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 309 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 310 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 311 | **FLOOR ITEMS** | | | | | | | | | | | |
| 312 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 313 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 314 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 45.65 | SF | $ 0.53 | $ 24.19 | $ 44.28 | 65% | Variance due to price. |
| 315 | **MISC ITEMS** | | | | | | | | | | | |
| 316 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 317 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 318 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 319 | Subtotal | | | | $ 5,725.22 | | | | $ 1,669.26 | $ 4,155.96 | 73% | |
| 320 | **Storage Closet** | | | | | | | | | | | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ [F-J] | % [K/F] | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 321 | **CEILING ITEMS** | | | | | | | | | | | |
| 322 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 323 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 324 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 325 | Firesealing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 326 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 327 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 328 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 329 | Texture drywall - smooth / skin coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 330 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 331 | **WALL ITEMS** | | | | | | | | | | | |
| 332 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damage to this area. |
| 333 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 334 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | $ 117.99 | 100% | |
| 335 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 336 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | $ 49.56 | 100% | |
| 337 | Texture drywall - smooth / skin coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | $ 126.66 | 100% | |
| 338 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | $ 113.28 | 100% | |
| 339 | **FLOOR ITEMS** | | | | | | | | | | | |
| 340 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | $ 3.02 | 100% | |
| 341 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | $ 19.75 | 100% | |
| 342 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | $ 9.06 | 100% | |
| 343 | **MISC ITEMS** | | | | | | | | | | | |
| 344 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | $ 47.01 | 100% | |
| 345 | Subtotal | | | | $ 844.34 | | | | $ - | $ 844.34 | 100% | |
| 346 | 6th Floor Subtotal | | | | $ 60,315.85 | | | | $ 18,915.84 | $ 41,400.00 | 69% | |
| 347 | **8th Floor** | | | | | | | | | | | |
| 348 | **Open Floor Area** | | | | | | | | | | | |
| 349 | **Content Manipulation** | | | | | | | | | | | |
| 350 | Content Manipulation charge - per hour | 0.00 | HR | $ - | $ - | 64.00 | HR | $ 45.21 | $ 2,893.44 | $ (2,893.44) | 0% | |
| 351 | **WALL ITEMS** | | | | | | | | | | | |
| 352 | Mask and prep for paint - plastic, paper, tape (per LF) | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 1.47 | $ 550.50 | $ (550.50) | 0% | |
| 353 | R&R Quarter round - 3/4" | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 2.08 | $ 778.94 | $ (778.94) | 0% | |
| 354 | Seal & paint baseboard - two coats | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 1.60 | $ 599.18 | $ (599.18) | 0% | |
| 355 | Seal & paint base shoe or quarter round | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 0.87 | $ 325.81 | $ (325.81) | 0% | |
| 356 | **FLOOR ITEMS** | | | | | | | | | | | |
| 357 | R&R Snaplock Laminate - simulated wood flooring - High grade | 0.00 | SF | $ - | $ - | 1952.94 | SF | $ 7.61 | $ 14,861.87 | $ (14,861.87) | 0% | |
| 358 | Subtotal | | | | $ - | | | | $ 20,009.74 | $ (20,009.74) | 0% | |
| 359 | **LOBBY** | | | | | | | | | | | |
| 360 | **CEILING ITEMS** | | | | | | | | | | | |
| 361 | Mask wall - plastic, paper, tape (per LF) | 108.83 | LF | $ 1.52 | $ 165.42 | 0.00 | LF | $ - | $ - | $ 165.42 | 100% | |
| 362 | Clean the ceiling | 229.27 | SF | $ 0.41 | $ 94.00 | 0.00 | SF | $ - | $ - | $ 94.00 | 100% | |
| 363 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | |
| 364 | **WALL ITEMS** | | | | | | | | | | | |
| 365 | Mask wall - plastic, paper, tape (per LF) | 108.83 | LF | $ 1.52 | $ 165.42 | 0.00 | LF | $ - | $ - | $ 165.42 | 100% | |

For discussion purposes only - Subject to coverage review by the adjuster



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 366 | R&R Rigid foam insulation board - 1" | 130.60 | SF | $ 1.43 | $ 186.76 | 0.00 | SF | $ - | $ - | $ 186.76 | 100% | |
| 367 | R&R 5/8" drywall - hung, taped, ready for texture | 435.33 | SF | $ 3.00 | $ 1,305.99 | 0.00 | SF | $ - | $ - | $ 1,305.99 | 100% | |
| 368 | Drywall tape joint/repair - per LF | 108.83 | LF | $ 9.01 | $ 980.56 | 0.00 | LF | $ - | $ - | $ 980.56 | 100% | |
| 369 | Seal the walls w/PVA primer - one coat | 870.67 | SF | $ 0.63 | $ 548.52 | 0.00 | SF | $ - | $ - | $ 548.52 | 100% | |
| 370 | Texture drywall - smooth / skim coat | 870.67 | SF | $ 1.61 | $ 1,401.78 | 0.00 | SF | $ - | $ - | $ 1,401.78 | 100% | |
| 371 | Seal/prime then paint the walls twice | 870.67 | SF | $ 1.44 | $ 1,253.76 | 0.00 | SF | $ - | $ - | $ 1,253.76 | 100% | |
| 372 | Baseboard - Detach | 108.83 | LF | $ 1.50 | $ 163.25 | 0.00 | LF | $ - | $ - | $ 163.25 | 100% | |
| 373 | Baseboard - 5 1/4" | 108.83 | LF | $ 4.77 | $ 519.12 | 0.00 | LF | $ - | $ - | $ 519.12 | 100% | |
| 374 | Paint baseboard, oversized - two coats | 108.83 | LF | $ 1.68 | $ 182.83 | 0.00 | LF | $ - | $ - | $ 182.83 | 100% | |
| 375 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | DBI did not observe any loss related damage to this area. |
| 376 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | |
| 377 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | $ 51.62 | 100% | |
| 378 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | $ 101.30 | 100% | |
| 379 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ - | $ - | $ 206.52 | 100% | |
| 380 | **FLOOR ITEMS** | | | | | | | | | | | |
| 381 | Clean the floor - Heavy | 229.27 | SF | $ 0.50 | $ 114.64 | 0.00 | SF | $ - | $ - | $ 114.64 | 100% | |
| 382 | Regrout tile floor | 229.27 | SF | $ 3.27 | $ 749.71 | 0.00 | SF | $ - | $ - | $ 749.71 | 100% | |
| 383 | Floor protection - Ram Board | 229.27 | SF | $ 1.50 | $ 343.91 | 0.00 | SF | $ - | $ - | $ 343.91 | 100% | |
| 384 | **MISC ITEMS** | | | | | | | | | | | |
| 385 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | $ 94.02 | 100% | |
| 386 | Subtotal | | | | $ 9,030.35 | | | | $ - | $ 9,030.35 | 100% | |
| 387 | **Mech Room** | | | | | | | | | | | |
| 388 | **CEILING ITEMS** | | | | | | | | | | | |
| 389 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 390 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 391 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 392 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 393 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 394 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 395 | **WALL ITEMS** | | | | | | | | | | | |
| 396 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 397 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | $ 441.28 | 84% | Variance due to quantity and price. |
| 398 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 399 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |

For discussion purposes only - Subject to coverage review by the adjuster



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (K) [F-J] | % (L) [K/F] | M |
| 400 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 234.67 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 401 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 402 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 403 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 404 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 405 | **FLOOR ITEMS** | | | | | | | | | | | |
| 406 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 407 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 408 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 45.65 | SF | $ 0.53 | $ 24.19 | $ 44.28 | 65% | Variance due to price. |
| 409 | **MISC ITEMS** | | | | | | | | | | | |
| 410 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 411 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 412 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 413 | Subtotal | | | | $ 5,725.22 | | | | $ 1,669.26 | $ 4,155.96 | 73% | |
| 414 | **Storage Closet** | | | | | | | | | | | |
| 415 | **CEILING ITEMS** | | | | | | | | | | | |
| 416 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 417 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 418 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 419 | Firesafing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 420 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 421 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 422 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 423 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 424 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 425 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | |
| 426 | **WALL ITEMS** | | | | | | | | | | | |
| 427 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 428 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | $ 117.99 | 100% | |
| 429 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 430 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | $ 49.56 | 100% | |
| 431 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | $ 126.66 | 100% | |
| 432 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | $ 113.28 | 100% | |
| 433 | **FLOOR ITEMS** | | | | | | | | | | | |
| 434 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | $ 3.02 | 100% | |
| 435 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | $ 19.75 | 100% | |
| 436 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | $ 9.06 | 100% | |
| 437 | **MISC ITEMS** | | | | | | | | | | | |
| 438 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damage to this area. |
| 439 | Subtotal | | | | $ 844.34 | | | | $ - | $ 844.34 | 100% | |

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ [F-J] (K) | % [K/F] (L) | M |
| 440 | 5th Floor Subtotal | | | | $ 15,599.91 | | | | $ 21,579.00 | $ (5,979.10) | -38% | |
| 441 | **4th Floor** | | | | | | | | | | | |
| 442 | **OPEN FLOOR AREA** | | | | | | | | | | | |
| 443 | **CEILING ITEMS** | | | | | | | | | | | |
| 444 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 91.33 | LF | $ 1.52 | $ 138.82 | 0.00 | LF | $ - | $ - | $ 138.82 | 100% | DBI did not observe any loss related damages to this item. |
| 445 | Clean the ceiling | 299.42 | SF | $ 0.41 | $ 122.76 | 0.00 | SF | $ - | $ - | $ 122.76 | 100% | DBI did not observe any loss related damages to this item. |
| 446 | Material Only Acoustic ceiling tile | 0.00 | SF | $ - | $ - | 3.00 | SF | $ 1.53 | $ 4.59 | $ (4.59) | 0% | |
| 447 | Acoustic Treatments Installer - per hour | 0.00 | HR | $ - | $ - | 2.00 | HR | $ 98.16 | $ 196.32 | $ (196.32) | 0% | |
| 448 | **WALL ITEMS** | | | | | | | | | | | |
| 449 | Mask wall - plastic, paper, tape (per LF) | 91.33 | LF | $ 1.52 | $ 138.82 | 92.83 | LF | $ 1.47 | $ 136.46 | $ 2.36 | 2% | Variance due to price. |
| 450 | Drywall tape joint/repair - per LF | 91.33 | LF | $ 9.01 | $ 822.88 | 0.00 | LF | $ - | $ - | $ 822.88 | 100% | DBI did not observe any loss related damages to this item. |
| 451 | Seal the walls w/PVA primer - one coat | 730.67 | SF | $ 0.63 | $ 460.32 | 0.00 | SF | $ - | $ - | $ 460.32 | 100% | DBI did not observe any loss related damages to this item. |
| 452 | Texture drywall - smooth / skim coat | 730.67 | SF | $ 1.61 | $ 1,176.38 | 0.00 | SF | $ - | $ - | $ 1,176.38 | 100% | DBI did not observe any loss related damages to this item. |
| 453 | Seal/prime then paint the walls twice | 730.67 | SF | $ 1.44 | $ 1,052.16 | 0.00 | SF | $ - | $ - | $ 1,052.16 | 100% | DBI did not observe any loss related damages to this item. |
| 454 | Baseboard - Detach | 91.33 | LF | $ 1.50 | $ 137.00 | 0.00 | LF | $ - | $ - | $ 137.00 | 100% | DBI did not observe any loss related damages to this item. |
| 455 | Baseboard - 5 1/4" | 91.33 | LF | $ 4.77 | $ 435.64 | 92.83 | LF | $ 2.85 | $ 264.57 | $ 171.07 | 39% | Variance due to price. |
| 456 | Paint baseboard, oversized - two coats | 91.33 | LF | $ 1.68 | $ 153.43 | 92.83 | LF | $ 1.60 | $ 148.53 | $ 4.91 | 3% | Variance due to price. |
| | **FLOOR ITEMS** | | | | | | | | | | | |
| 457 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 458 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 459 | Seal & paint door/window trim & jamb - (per side) | 4.00 | EA | $ 33.92 | $ 135.68 | 0.00 | EA | $ - | $ - | $ 135.68 | 100% | DBI did not observe any loss related damages to this item. |
| 460 | Remove Emergency lighting - battery - Commercial | 1.00 | EA | $ 15.49 | $ 15.49 | 0.00 | EA | $ - | $ - | $ 15.49 | 100% | DBI did not observe any loss related damages to this item. |
| 461 | Install Emergency lighting - battery - Commercial | 1.00 | EA | $ 61.11 | $ 61.11 | 0.00 | EA | $ - | $ - | $ 61.11 | 100% | DBI did not observe any loss related damages to this item. |
| 462 | **FLOOR ITEMS** | | | | | | | | | | | |
| 463 | R&R Snaplock Laminate - simulated wood flooring - High grade | 299.42 | SF | $ 9.38 | $ 2,808.56 | 301.94 | SF | $ 7.61 | $ 2,297.76 | $ 510.80 | 18% | Variance due to price. |
| 464 | Clean the floor - Heavy | 299.42 | SF | $ 0.50 | $ 149.71 | 0.00 | SF | $ - | $ - | $ 149.71 | 100% | DBI did not observe any loss related damages to this item. |
| 465 | Floor protection - Ram Board | 299.42 | SF | $ 1.50 | $ 449.13 | 0.00 | SF | $ - | $ - | $ 449.13 | 100% | DBI did not observe any loss related damages to this item. |
| 466 | **MISC ITEMS** | | | | | | | | | | | |
| 467 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 10.00 | HR | $ 47.01 | $ 470.10 | 0.00 | HR | $ - | $ - | $ 470.10 | 100% | DBI did not observe any loss related damages to this item. |
| 468 | Subtotal | | | | $ 8,928.22 | | | | $ 3,048.23 | $ 5,779.99 | 65% | |
| 469 | **Lobby** | | | | | | | | | | | |
| 470 | **CEILING ITEMS** | | | | | | | | | | | |
| 471 | Mask wall - plastic, paper, tape (per LF) | 123.33 | LF | $ 1.52 | $ 187.46 | 0.00 | LF | $ - | $ - | $ 187.46 | 100% | DBI did not observe any loss related damages to this item. |
| 472 | Clean the ceiling | 243.21 | SF | $ 0.41 | $ 99.72 | 0.00 | SF | $ - | $ - | $ 99.72 | 100% | DBI did not observe any loss related damages to this item. |
| 473 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ (F-J) | % (K/F) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 474 | Recessed light fixture - Detach & reset trim only | 8.00 | EA | $ 3.49 | $ 27.92 | 0.00 | EA | $ - | $ - | $ 27.92 | 100% | DBI did not observe any loss related damages to this item. |
| 475 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 476 | Remove Surveillance camera - color | 1.00 | EA | $ 61.95 | $ 61.95 | 0.00 | EA | $ - | $ - | $ 61.95 | 100% | DBI did not observe any loss related damages to this item. |
| 477 | Install Surveillance camera - color | 1.00 | EA | $ 174.61 | $ 174.61 | 0.00 | EA | $ - | $ - | $ 174.61 | 100% | DBI did not observe any loss related damages to this item. |
| 478 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $ 16.13 | $ 48.39 | 0.00 | EA | $ - | $ - | $ 48.39 | 100% | DBI did not observe any loss related damages to this item. |
| 479 | R&R Recessed light fixture - High grade | 1.00 | EA | $ 150.33 | $ 150.33 | 0.00 | EA | $ - | $ - | $ 150.33 | 100% | DBI did not observe any loss related damages to this item. |
| 480 | R&R Suspended ceiling grid - 2' x 2' | 243.21 | SF | $ 2.39 | $ 581.27 | 19.00 | SF | $ 0.74 | $ 14.06 | $ 567.21 | 98% | Variance due to quantity and price. |
| 481 | R&R Suspended ceiling tile - 2' x 2' | 243.21 | SF | $ 2.66 | $ 646.94 | 12.00 | SF | $ 1.53 | $ 18.36 | $ 628.58 | 97% | Variance due to quantity and price. |
| 482 | Acoustic Treatments Installer - per hour | 0.00 | HR | $ - | $ - | 16.00 | HR | $ 98.16 | $ 1,570.56 | $ (1,570.56) | 0% | |
| 483 | WALL ITEMS | | | | | | | | | | | |
| 484 | Mask wall - plastic, paper, tape (per LF) | 123.33 | LF | $ 1.52 | $ 187.46 | 0.00 | LF | $ - | $ - | $ 187.46 | 100% | DBI did not observe any loss related damages to this item. |
| 485 | R&R Rigid foam insulation board - 1" | 148.00 | SF | $ 1.43 | $ 211.64 | 0.00 | SF | $ - | $ - | $ 211.64 | 100% | DBI did not observe any loss related damages to this item. |
| 486 | R&R 5/8" drywall - hung, taped, ready for texture | 493.33 | SF | $ 3.00 | $ 1,479.99 | 0.00 | SF | $ - | $ - | $ 1,479.99 | 100% | DBI did not observe any loss related damages to this item. |
| 487 | Drywall tape joint/repair - per LF | 61.67 | LF | $ 9.01 | $ 555.65 | 0.00 | LF | $ - | $ - | $ 555.65 | 100% | DBI did not observe any loss related damages to this item. |
| 488 | Seal part of the walls w/PVA primer - one coat | 493.33 | SF | $ 0.63 | $ 310.80 | 0.00 | SF | $ - | $ - | $ 310.80 | 100% | DBI did not observe any loss related damages to this item. |
| 489 | Texture drywall - smooth / skim coat | 493.33 | SF | $ 1.61 | $ 794.26 | 0.00 | SF | $ - | $ - | $ 794.26 | 100% | DBI did not observe any loss related damages to this item. |
| 490 | Texture drywall - machine - knockdown | 493.33 | SF | $ 0.94 | $ 463.73 | 0.00 | SF | $ - | $ - | $ 463.73 | 100% | DBI did not observe any loss related damages to this item. |
| 491 | Seal/prime then paint part of the walls twice | 690.67 | SF | $ 1.44 | $ 994.56 | 0.00 | SF | $ - | $ - | $ 994.56 | 100% | DBI did not observe any loss related damages to this item. |
| 492 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | DBI did not observe any loss related damages to this item. |
| 493 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | DBI did not observe any loss related damages to this item. |
| 494 | Remove Fire extinguisher and cabinet, 14' x 27' x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | $ 51.62 | 100% | DBI did not observe any loss related damages to this item. |
| 495 | Install Fire extinguisher and cabinet, 14' x 27' x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | $ 101.30 | 100% | DBI did not observe any loss related damages to this item. |
| 496 | R&R Window sill - hardwood | 10.00 | LF | $ 5.69 | $ 56.90 | 0.00 | LF | $ - | $ - | $ 56.90 | 100% | DBI did not observe any loss related damages to this item. |
| 497 | Stain & finish wood window sill | 10.00 | LF | $ 3.16 | $ 31.60 | 0.00 | LF | $ - | $ - | $ 31.60 | 100% | DBI did not observe any loss related damages to this item. |
| 498 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ - | $ - | $ 206.52 | 100% | DBI did not observe any loss related damages to this item. |
| 499 | FLOOR ITEMS | | | | | | | | | | | |
| 500 | Clean the floor - Heavy | 243.21 | SF | $ 0.50 | $ 121.61 | 0.00 | SF | $ - | $ - | $ 121.61 | 100% | DBI did not observe any loss related damages to this item. |
| 501 | Regrout tile floor | 243.21 | SF | $ 3.27 | $ 795.30 | 0.00 | SF | $ - | $ - | $ 795.30 | 100% | DBI did not observe any loss related damages to this item. |
| 502 | Floor protection - Ram Board | 243.21 | SF | $ 1.50 | $ 364.82 | 0.00 | SF | $ - | $ - | $ 364.82 | 100% | DBI did not observe any loss related damages to this item. |
| 503 | MISC ITEMS | | | | | | | | | | | |



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ [F-J] (K) | % [K/F] (L) | M |
| 504 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | 94.02 | 100% | DBI did not observe any loss related damages to this item. |
| 505 | Subtotal | | | | $ 9,247.10 | | | $ - | $ 1,602.98 | 7,644.12 | 83% | |
| 506 | **Mech Room** | | | | | | | | | | | |
| 507 | **CEILING ITEMS** | | | | | | | | | | | |
| 508 | Mask well - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 509 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 510 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 511 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 512 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 513 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 514 | **WALL ITEMS** | | | | | | | | | | | |
| 515 | Mask well - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 45.65 | SF | $ 0.53 | $ 24.19 | 20.39 | 46% | Variance due to price. |
| 516 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | 441.28 | 84% | Variance due to quantity and price. |
| 517 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 518 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 519 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 520 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 521 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 522 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | - | 0% | |
| 523 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 524 | R&R Baseboard - 3 1/4" | 29.33 | LF | $ 4.32 | $ 126.71 | 0.00 | LF | $ - | $ - | 126.71 | 100% | DBI did not observe any loss related damages to this item. |
| 525 | Seal & paint baseboard - two coats | 29.33 | LF | $ 1.60 | $ 46.93 | 0.00 | LF | $ - | $ - | 46.93 | 100% | DBI did not observe any loss related damages to this item. |
| 526 | **FLOOR ITEMS** | | | | | | | | | | | |
| 527 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 528 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 529 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 0.00 | SF | $ - | $ - | 68.48 | 100% | DBI did not observe any loss related damages to this item. |
| 530 | **MISC ITEMS** | | | | | | | | | | | |
| 531 | Commercial A/c handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | 1,000.00 | 47% | Variance due to price. |
| 532 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 533 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 534 | R&R Hollow Metal Door - solid core birch flush | 1.00 | EA | $ 365.07 | $ 365.07 | 0.00 | EA | $ - | $ - | 365.07 | 100% | DBI did not observe any loss related damages to this item. |



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty C | Unit D | Rate E | Total F | Qty G | Unit H | Rate I | Total J | $ (F-J) K | % (K÷F) L | M |
| 535 | Stain & finish door slab only (per side) | 2.00 | EA | $ 61.96 | $ 123.92 | 0.00 | EA | $  - | $  - | $ 123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 536 | Door closer - Commercial grade - Detach & reset | 1.00 | EA | $ 36.74 | $ 36.74 | 0.00 | EA | $  - | $  - | $ 36.74 | 100% | DBI did not observe any loss related damages to this item. |
| 537 | Thermostat - Detach & reset | 1.00 | EA | $ 53.91 | $ 53.91 | 0.00 | EA | $  - | $  - | $ 53.91 | 100% | DBI did not observe any loss related damages to this item. |
| 538 | Subtotal | | | | $ 6,478.49 | | | | $ 1,569.26 | $ 4,909.24 | 76% | |
| 539 | **Storage Closet** | | | | | | | | | | | |
| 540 | CEILING ITEMS | | | | | | | | | | | |
| 541 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $  - | $  - | $ 14.94 | 100% | |
| 542 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $  - | $  - | $ 2.48 | 100% | |
| 543 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $  - | $  - | $ 45.52 | 100% | |
| 544 | Firesafing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $  - | $  - | $ 15.63 | 100% | |
| 545 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $  - | $  - | $ 18.12 | 100% | |
| 546 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $  - | $  - | $ 88.57 | 100% | |
| 547 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $  - | $  - | $ 3.81 | 100% | |
| 548 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $  - | $  - | $ 9.72 | 100% | |
| 549 | Seal/prime then paint the ceiling | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $  - | $  - | $ 8.70 | 100% | |
| 550 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $  - | $  - | $ 47.01 | 100% | |
| 551 | WALL ITEMS | | | | | | | | | | | |
| 552 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $  - | $  - | $ 14.94 | 100% | |
| 553 | R&R 5/8" drywall - hung, taped, ready for texture | 59.00 | SF | $ 3.00 | $ 177.00 | 0.00 | SF | $  - | $  - | $ 177.00 | 100% | DBI did not observe any loss related damages to this area. |
| 554 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $  - | $  - | $ 88.57 | 100% | |
| 555 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $  - | $  - | $ 49.56 | 100% | |
| 556 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $  - | $  - | $ 126.66 | 100% | |
| 557 | Seal/prime then paint the walls | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $  - | $  - | $ 113.28 | 100% | |
| 558 | Paint door/window trim & jamb - 2 coats (per side) | 1.00 | EA | $ 34.10 | $ 34.10 | 0.00 | EA | $  - | $  - | $ 34.10 | 100% | |
| 559 | Paint door slab only - 2 coats (per side) | 1.00 | EA | $ 41.29 | $ 41.29 | 0.00 | EA | $  - | $  - | $ 41.29 | 100% | |
| 560 | FLOOR ITEMS | | | | | | | | | | | |
| 561 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $  - | $  - | $ 3.02 | 100% | |
| 562 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $  - | $  - | $ 19.75 | 100% | |
| 563 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $  - | $  - | $ 9.06 | 100% | |
| 564 | MISC ITEMS | | | | | | | | | | | |
| 565 | On-Site Inventory, Packing, Boxing, Moving chng - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $  - | $  - | $ 94.02 | 100% | |
| 566 | R&R Interior door unit | 1.00 | EA | $ 317.73 | $ 317.73 | 0.00 | EA | $  - | $  - | $ 317.73 | 100% | |
| 567 | Subtotal | | | | $ 1,343.48 | | | | $  - | $ 1,343.48 | 100% | |
| 568 | **Office 4** | | | | | | | | | | | |
| 569 | CEILING ITEMS | | | | | | | | | | | |
| 570 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 39.67 | LF | $ 1.52 | $ 60.30 | 0.00 | LF | $  - | $  - | $ 60.30 | 100% | DBI did not observe any loss related damages to this item. |
| 571 | Clean the ceiling | 79.77 | SF | $ 0.41 | $ 32.71 | 0.00 | SF | $  - | $  - | $ 32.71 | 100% | DBI did not observe any loss related damages to this item. |
| 572 | WALL ITEMS | | | | | | | | | | | |
| 573 | Mask wall - plastic, paper, tape (per LF) | 39.67 | LF | $ 1.52 | $ 60.30 | 39.67 | LF | $ 1.47 | $ 58.31 | $ 1.98 | 3% | Variance due to price. |
| 574 | Drywall tape joint/repair - per LF | 39.67 | LF | $ 9.01 | $ 357.43 | 0.00 | LF | $  - | $  - | $ 357.43 | 100% | DBI did not observe any loss related damages to this item. |



3/2/2023

For discussion purposes only - Subject to coverage review by the adjuster

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 575 | Seal the walls w/PVA primer - one coat | 317.33 | SF | $ 0.63 | $ 199.92 | 0.00 | SF | $ - | $ - | $ 199.92 | 100% | DBI did not observe any loss related damages to this item. |
| 576 | Texture drywall - smooth / skim coat | 317.33 | SF | $ 1.61 | $ 510.90 | 0.00 | SF | $ - | $ - | $ 510.90 | 100% | DBI did not observe any loss related damages to this item. |
| 577 | Seal/prime then paint the walls twice | 317.33 | SF | $ 1.44 | $ 456.96 | 0.00 | SF | $ - | $ - | $ 456.96 | 100% | DBI did not observe any loss related damages to this item. |
| 578 | Baseboard - Detach | 39.67 | LF | $ 1.50 | $ 59.51 | 0.00 | LF | $ - | $ - | $ 59.51 | 100% | DBI did not observe any loss related damages to this item. |
| 579 | Baseboard - 5 1/4" | 39.67 | LF | $ 4.77 | $ 189.23 | 39.67 | LF | $ 2.85 | $ 113.06 | $ 76.17 | 40% | Variance due to price. |
| 580 | Paint baseboard, oversized - two coats | 39.67 | LF | $ 1.68 | $ 66.65 | 39.67 | LF | $ 1.60 | $ 63.47 | $ 3.17 | 5% | Variance due to price. |
| 581 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 582 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 583 | Seal & paint door/window trim & jamb - (per side) | 4.00 | EA | $ 33.92 | $ 135.68 | 0.00 | EA | $ - | $ - | $ 135.68 | 100% | DBI did not observe any loss related damages to this item. |
| 584 | **FLOOR ITEMS** | | | | | | | | | | | |
| 585 | R&R Snaplock Laminate - simulated wood flooring - High grade | 79.77 | SF | $ 9.38 | $ 748.24 | 79.77 | SF | $ 7.61 | $ 607.05 | $ 141.19 | 19% | Variance due to price. |
| 586 | Clean the floor - Heavy | 79.77 | SF | $ 0.50 | $ 39.89 | 0.00 | SF | $ - | $ - | $ 39.89 | 100% | DBI did not observe any loss related damages to this item. |
| 587 | Floor protection - Ram Board | 79.77 | SF | $ 1.50 | $ 119.66 | 0.00 | SF | $ - | $ - | $ 119.66 | 100% | DBI did not observe any loss related damages to this item. |
| 588 | **MISC ITEMS** | | | | | | | | | | | |
| 589 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 590 | Subtotal | | | | $ 3,419.61 | | | | $ 841.90 | $ 2,577.72 | 75% | |
| 591 | **Office 3** | | | | | | | | | | | |
| 592 | **CEILING ITEMS** | | | | | | | | | | | |
| 593 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 44.17 | LF | $ 1.52 | $ 67.14 | 0.00 | LF | $ - | $ - | $ 67.14 | 100% | DBI did not observe any loss related damages to this item. |
| 594 | Clean the ceiling | 118.08 | SF | $ 0.41 | $ 48.41 | 0.00 | SF | $ - | $ - | $ 48.41 | 100% | DBI did not observe any loss related damages to this item. |
| 595 | **WALL ITEMS** | | | | | | | | | | | |
| 596 | Mask wall - plastic, paper, tape (per LF) | 44.17 | LF | $ 1.52 | $ 67.14 | 44.17 | LF | $ 1.47 | $ 64.93 | $ 2.21 | 3% | Variance due to price. |
| 597 | Drywall tape joint/repair - per LF | 44.17 | LF | $ 9.01 | $ 397.97 | 0.00 | LF | $ - | $ - | $ 397.97 | 100% | DBI did not observe any loss related damages to this item. |
| 598 | Seal the walls w/PVA primer - one coat | 353.33 | SF | $ 0.63 | $ 222.60 | 0.00 | SF | $ - | $ - | $ 222.60 | 100% | DBI did not observe any loss related damages to this item. |
| 599 | Texture drywall - smooth / skim coat | 353.33 | SF | $ 1.61 | $ 568.86 | 0.00 | SF | $ - | $ - | $ 568.86 | 100% | DBI did not observe any loss related damages to this item. |
| 600 | Seal/prime then paint the walls twice | 353.33 | SF | $ 1.44 | $ 508.80 | 0.00 | SF | $ - | $ - | $ 508.80 | 100% | DBI did not observe any loss related damages to this item. |
| 601 | Baseboard - Detach | 44.17 | LF | $ 1.50 | $ 66.26 | 0.00 | LF | $ - | $ - | $ 66.26 | 100% | DBI did not observe any loss related damages to this item. |
| 602 | Baseboard - 5 1/4" | 44.17 | LF | $ 4.77 | $ 210.69 | 44.17 | LF | $ 2.85 | $ 125.88 | $ 84.81 | 40% | Variance due to price. |
| 603 | Paint baseboard, oversized - two coats | 44.17 | LF | $ 1.68 | $ 74.21 | 44.17 | LF | $ 1.60 | $ 70.67 | $ 3.53 | 5% | Variance due to price. |
| 604 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 605 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 606 | Seal & paint door/window trim & jamb - (per side) | 3.00 | EA | $ 33.92 | $ 101.76 | 0.00 | EA | $ - | $ - | $ 101.76 | 100% | DBI did not observe any loss related damages to this item. |
| 607 | **FLOOR ITEMS** | | | | | | | | | | | |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted



| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 608 | R&R Snaplock Laminate - simulated wood flooring - High grade | 118.08 | SF | $ 9.38 | $ 1,107.59 | 118.08 | SF | $ 7.61 | $ 898.59 | $ 209.00 | 19% | Variance due to price. |
| 611 | **MISC ITEMS** | | | | | | | | | | | |
| 609 | Clean the floor - Heavy | 118.08 | SF | $ 0.50 | $ 59.04 | 0.00 | SF | $ - | $ - | $ 59.04 | 100% | DBI did not observe any loss related damages to this item. |
| 610 | Floor protection - Ram Board | 118.08 | SF | $ 1.50 | $ 177.12 | 0.00 | SF | $ - | $ - | $ 177.12 | 100% | DBI did not observe any loss related damages to this item. |
| 611 | **MISC ITEMS** | | | | | | | | | | | |
| 612 | On-Site Inventory, Packing, Boxing, Moving chng - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 613 | Subtotal | | | | $ 4,059.85 | | | | $ 1,160.08 | $ 2,899.77 | 71% | |
| 614 | **Office 2** | | | | | | | | | | | |
| 615 | **CEILING ITEMS** | | | | | | | | | | | |
| 616 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 41.00 | LF | $ 1.52 | $ 62.32 | 0.00 | LF | $ - | $ - | $ 62.32 | 100% | DBI did not observe any loss related damages to this item. |
| 617 | Clean the ceiling | 103.70 | SF | $ 0.41 | $ 42.52 | 0.00 | SF | $ - | $ - | $ 42.52 | 100% | DBI did not observe any loss related damages to this item. |
| 618 | **WALL ITEMS** | | | | | | | | | | | |
| 619 | Mask wall - plastic, paper, tape (per LF) | 41.00 | LF | $ 1.52 | $ 62.32 | 42.50 | LF | $ 1.47 | $ 62.48 | $ (0.16) | 0% | DBI did not observe any loss related damages to this item. |
| 620 | Drywall tape joint/repair - per LF | 41.00 | LF | $ 9.01 | $ 369.41 | 0.00 | LF | $ - | $ - | $ 369.41 | 100% | DBI did not observe any loss related damages to this item. |
| 621 | Seal the walls w/PVA primer - one coat | 328.00 | SF | $ 0.63 | $ 206.64 | 0.00 | SF | $ - | $ - | $ 206.64 | 100% | DBI did not observe any loss related damages to this item. |
| 622 | Texture drywall - smooth / skim coat | 328.00 | SF | $ 1.61 | $ 528.08 | 0.00 | SF | $ - | $ - | $ 528.08 | 100% | DBI did not observe any loss related damages to this item. |
| 623 | Seal/prime then paint the walls twice | 328.00 | SF | $ 1.44 | $ 472.32 | 0.00 | SF | $ - | $ - | $ 472.32 | 100% | DBI did not observe any loss related damages to this item. |
| 624 | Baseboard - Detach | 41.00 | LF | $ 1.50 | $ 61.50 | 0.00 | LF | $ - | $ - | $ 61.50 | 100% | DBI did not observe any loss related damages to this item. |
| 625 | Baseboard - 5 1/4" | 41.00 | LF | $ 4.77 | $ 195.57 | 42.50 | LF | $ 2.85 | $ 121.13 | $ 74.45 | 38% | Variance due to price. |
| 626 | Paint baseboard, oversized - two coats | 41.00 | LF | $ 1.68 | $ 68.88 | 42.50 | LF | $ 1.60 | $ 68.00 | $ 0.88 | 1% | Variance due to price. |
| 627 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 628 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 629 | Seal & paint door/window trim & jamb - (per side) | 4.00 | EA | $ 33.92 | $ 135.68 | 0.00 | EA | $ - | $ - | $ 135.68 | 100% | DBI did not observe any loss related damages to this item. |
| 630 | **FLOOR ITEMS** | | | | | | | | | | | |
| 631 | R&R Snaplock Laminate - simulated wood flooring - High grade | 103.70 | SF | $ 9.38 | $ 972.71 | 110.51 | SF | $ 7.61 | $ 840.98 | $ 131.72 | 14% | Variance due to price. |
| 632 | Clean the floor - Heavy | 103.70 | SF | $ 0.50 | $ 51.85 | 0.00 | SF | $ - | $ - | $ 51.85 | 100% | DBI did not observe any loss related damages to this item. |
| 633 | Floor protection - Ram Board | 103.70 | SF | $ 1.50 | $ 155.55 | 0.00 | SF | $ - | $ - | $ 155.55 | 100% | DBI did not observe any loss related damages to this item. |
| 634 | **MISC ITEMS** | | | | | | | | | | | |
| 635 | On-Site Inventory, Packing, Boxing, Moving chng - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 636 | Subtotal | | | | $ 3,767.61 | | | | $ 1,092.58 | $ 2,675.03 | 71% | |
| 637 | **Office 1** | | | | | | | | | | | |
| 638 | **CEILING ITEMS** | | | | | | | | | | | |
| 639 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 71.00 | LF | $ 1.52 | $ 107.92 | 0.00 | LF | $ - | $ - | $ 107.92 | 100% | DBI did not observe any loss related damages to this item. |
| 640 | Clean the ceiling | 312.81 | SF | $ 0.41 | $ 128.25 | 0.00 | SF | $ - | $ - | $ 128.25 | 100% | DBI did not observe any loss related damages to this item. |
| 641 | **WALL ITEMS** | | | | | | | | | | | |

For discussion purposes only - Subject to coverage review by the adjuster

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ [F-J] | % [K/F] | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 642 | Mask wall - plastic, paper, tape (per LF) | 71.00 | LF | $ 1.52 | $ 107.92 | 71.00 | LF | $ 1.47 | $ 104.37 | $ 3.55 | 3% | Variance due to price. |
| 643 | Drywall tape joint/repair - per LF | 71.00 | LF | $ 9.01 | $ 639.71 | 0.00 | LF | $ - | $ - | $ 639.71 | 100% | DBI did not observe any loss related damages to this item. |
| 644 | Seal the walls w/PVA primer - one coat | 568.00 | SF | $ 0.63 | $ 357.84 | 0.00 | SF | $ - | $ - | $ 357.84 | 100% | DBI did not observe any loss related damages to this item. |
| 645 | Texture drywall - smooth / skim coat | 568.00 | SF | $ 1.61 | $ 914.48 | 0.00 | SF | $ - | $ - | $ 914.48 | 100% | DBI did not observe any loss related damages to this item. |
| 646 | Seal/prime then paint the walls twice | 568.00 | SF | $ 1.44 | $ 817.92 | 0.00 | SF | $ - | $ - | $ 817.92 | 100% | DBI did not observe any loss related damages to this item. |
| 647 | Baseboard - Detach | 71.00 | LF | $ 1.50 | $ 106.50 | 0.00 | LF | $ - | $ - | $ 106.50 | 100% | DBI did not observe any loss related damages to this item. |
| 648 | Baseboard - 5 1/4" | 71.00 | LF | $ 4.77 | $ 338.67 | 71.00 | LF | $ 2.85 | $ 202.35 | $ 136.32 | 40% | Variance due to price. |
| 649 | Paint baseboard, oversized - two coats | 71.00 | LF | $ 1.68 | $ 119.28 | 71.00 | LF | $ 1.60 | $ 113.60 | $ 5.68 | 5% | Variance due to price. |
| 650 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 651 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 652 | Seal & paint door/window trim & jamb - (per side) | 3.00 | EA | $ 33.92 | $ 101.76 | 0.00 | EA | $ - | $ - | $ 101.76 | 100% | DBI did not observe any loss related damages to this item. |
| 653 | **FLOOR ITEMS** | | | | | | | | | | | |
| 654 | R&R Snaplock Laminate - simulated wood flooring - High grade | 312.81 | EA | $ 9.38 | $ 2,934.16 | 312.81 | EA | $ 7.61 | $ 2,380.48 | $ 553.67 | 19% | Variance due to price. |
| 655 | Clean the floor - Heavy | 312.81 | SF | $ 0.50 | $ 156.41 | 0.00 | SF | $ - | $ - | $ 156.41 | 100% | DBI did not observe any loss related damages to this item. |
| 656 | Floor protection - Ram Board | 312.81 | SF | $ 1.50 | $ 469.22 | 0.00 | SF | $ - | $ - | $ 469.22 | 100% | DBI did not observe any loss related damages to this item. |
| 657 | **MISC ITEMS** | | | | | | | | | | | |
| 658 | On-Site Inventory, Packing, Boxing, Moving chg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 659 | Subtotal | | | | $ 7,692.30 | | | | $ 2,800.80 | $ 4,881.50 | 64% | |
| 660 | **Copy Room** | | | | | | | | | | | |
| 661 | **CEILING ITEMS** | | | | | | | | | | | |
| 662 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 25.50 | LF | $ 1.52 | $ 38.76 | 0.00 | LF | $ - | $ - | $ 38.76 | 100% | DBI did not observe any loss related damages to this item. |
| 663 | Clean the ceiling | 40.14 | SF | $ 0.41 | $ 16.46 | 0.00 | SF | $ - | $ - | $ 16.46 | 100% | DBI did not observe any loss related damages to this item. |
| 664 | **WALL ITEMS** | | | | | | | | | | | |
| 665 | Mask wall - plastic, paper, tape (per LF) | 25.50 | LF | $ 1.52 | $ 38.76 | 26.17 | LF | $ 1.47 | $ 38.47 | $ 0.29 | 1% | Variance due to quantity. |
| 666 | Drywall tape joint/repair - per LF | 25.50 | LF | $ 9.01 | $ 229.76 | 0.00 | LF | $ - | $ - | $ 229.76 | 100% | DBI did not observe any loss related damages to this item. |
| 667 | Seal the walls w/PVA primer - one coat | 204.00 | SF | $ 0.63 | $ 128.52 | 0.00 | SF | $ - | $ - | $ 128.52 | 100% | DBI did not observe any loss related damages to this item. |
| 668 | Texture drywall - smooth / skim coat | 204.00 | SF | $ 1.61 | $ 328.44 | 0.00 | SF | $ - | $ - | $ 328.44 | 100% | DBI did not observe any loss related damages to this item. |
| 669 | Seal/prime then paint the walls twice | 204.00 | SF | $ 1.44 | $ 293.76 | 0.00 | SF | $ - | $ - | $ 293.76 | 100% | DBI did not observe any loss related damages to this item. |
| 670 | Baseboard - Detach | 25.50 | LF | $ 1.50 | $ 38.25 | 0.00 | LF | $ - | $ - | $ 38.25 | 100% | DBI did not observe any loss related damages to this item. |
| 671 | Baseboard - 5 1/4" | 25.50 | LF | $ 4.77 | $ 121.64 | 26.17 | LF | $ 2.85 | $ 74.58 | $ 47.06 | 39% | Variance due to price. |
| 672 | Paint baseboard, oversized - two coats | 25.50 | LF | $ 1.68 | $ 42.84 | 26.17 | LF | $ 1.60 | $ 41.87 | $ 0.97 | 2% | Variance due to price. |
| 673 | Seal & paint door/window trim & jamb - (per side) | 1.00 | EA | $ 33.92 | $ 33.92 | 0.00 | EA | $ - | $ - | $ 33.92 | 100% | DBI did not observe any loss related damages to this item. |
| 674 | Custom glass door - frameless- Detach & reset | 21.00 | SF | $ 5.70 | $ 119.70 | 0.00 | SF | $ - | $ - | $ 119.70 | 100% | DBI did not observe any loss related damages to this item. |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ [F-J] | % [K/F] | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 675 | **FLOOR ITEMS** | | | | | | | | | | | |
| 676 | R&R Snaplock Laminate - simulated wood flooring - High grade | 40.14 | SF | $ 9.38 | $ 376.51 | 42.50 | SF | $ 7.61 | $ 323.43 | $ 53.09 | 14% | Variance due to price. |
| 677 | Clean the floor - Heavy | 40.14 | SF | $ 0.50 | $ 20.07 | | | | | $ 20.07 | 100% | DBI did not observe any loss related damages to this item. |
| 678 | Floor protection - Ram Board | 40.14 | SF | $ 1.50 | $ 60.21 | 0.00 | SF | $ - | $ - | $ 60.21 | 100% | DBI did not observe any loss related damages to this item. |
| 679 | **MISC ITEMS** | | | | | | | | | | | |
| 680 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 681 | Subtotal | | | | $ 2,169.65 | | | | $ 478.35 | $ 1,691.30 | 78% | |
| 682 | 4th Floor Subtotal | | | | $ 46,996.31 | | | | $ 12,594.17 | $ 34,402.14 | 73% | |
| 683 | **3rd Floor** | | | | | | | | | | | |
| 684 | **Open Floor Area** | | | | | | | | | | | |
| 685 | **Content Manipulation** | | | | | | | | | | | |
| 686 | Content Manipulation charge - per hour | 0.00 | HR | $ - | $ - | 16.00 | HR | $ 45.21 | $ 723.36 | $ (723.36) | 0% | |
| 687 | **WALL ITEMS** | | | | | | | | | | | |
| 688 | Mask and prep for paint - plastic, paper, paper (per LF) | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 1.47 | $ 465.02 | $ (465.02) | 0% | |
| 689 | Detach & Reset Baseboard - 5 1/4" MDF - flat profile | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 2.85 | $ 901.58 | $ (901.58) | 0% | |
| 690 | Seal & paint baseboard - two coats | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 1.60 | $ 506.14 | $ (506.14) | 0% | |
| 691 | **FLOOR ITEMS** | | | | | | | | | | | |
| 692 | R&R Snaplock Laminate - simulated wood flooring - High grade | 0.00 | SF | $ - | $ - | 965.61 | SF | $ 7.61 | $ 7,348.29 | $ (7,348.29) | 0% | |
| 693 | Subtotal | | | | $ - | | | | $ 9,944.40 | $ (9,944.40) | 0% | |
| 694 | **Lobby** | | | | | | | | | | | |
| 695 | **CEILING ITEMS** | | | | | | | | | | | |
| 696 | Mask wall - plastic, paper, tape (per LF) | 118.17 | LF | $ 1.52 | $ 179.62 | 0.00 | LF | $ - | $ - | $ 179.62 | 100% | |
| 697 | Clean the ceiling | 236.00 | SF | $ 0.41 | $ 96.76 | 0.00 | SF | $ - | $ - | $ 96.76 | 100% | |
| 698 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 699 | Recessed light fixture - Detach & reset trim only | 8.00 | EA | $ 3.49 | $ 27.92 | 0.00 | EA | $ - | $ - | $ 27.92 | 100% | |
| 700 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | |
| 701 | Remove Surveillance camera - color | 1.00 | EA | $ 61.95 | $ 61.95 | 0.00 | EA | $ - | $ - | $ 61.95 | 100% | |
| 702 | Install Surveillance camera - color | 1.00 | EA | $ 174.61 | $ 174.61 | 0.00 | EA | $ - | $ - | $ 174.61 | 100% | |
| 703 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $ 16.13 | $ 48.39 | 0.00 | EA | $ - | $ - | $ 48.39 | 100% | |
| 704 | R&R Recessed light fixture - High grade | 1.00 | EA | $ 150.33 | $ 150.33 | 0.00 | EA | $ - | $ - | $ 150.33 | 100% | |
| 705 | R&R Suspended ceiling grid - 2' x 2' | 236.00 | SF | $ 2.39 | $ 564.04 | 0.00 | SF | $ - | $ - | $ 564.04 | 100% | |
| 706 | R&R Suspended ceiling tile - 2' x 2' | 236.00 | SF | $ 2.66 | $ 627.76 | 0.00 | SF | $ - | $ - | $ 627.76 | 100% | |
| 707 | **WALL ITEMS** | | | | | | | | | | | |
| 708 | Mask wall - plastic, paper, tape (per LF) | 118.17 | LF | $ 1.52 | $ 179.62 | 0.00 | LF | $ - | $ - | $ 179.62 | 100% | |
| 709 | R&R Rigid foam insulation board - 1" | 141.80 | SF | $ 1.43 | $ 202.77 | 0.00 | SF | $ - | $ - | $ 202.77 | 100% | |
| 710 | R&R 5/8" drywall - hung, taped, ready for texture | 472.67 | SF | $ 3.00 | $ 1,418.01 | 0.00 | SF | $ - | $ - | $ 1,418.01 | 100% | |
| 711 | Drywall tape joint/repair - per LF | 59.08 | LF | $ 9.01 | $ 532.31 | 0.00 | LF | $ - | $ - | $ 532.31 | 100% | |
| 712 | Seal part of the walls w/PVA primer - one coat | 472.67 | SF | $ 0.63 | $ 297.78 | 0.00 | SF | $ - | $ - | $ 297.78 | 100% | DBI did not observe any loss related damage to this area. |
| 713 | Texture drywall - smooth / skim coat | 472.67 | SF | $ 1.61 | $ 761.00 | 0.00 | SF | $ - | $ - | $ 761.00 | 100% | |
| 714 | Texture drywall - machine - knockdown | 472.67 | SF | $ 0.94 | $ 444.31 | 0.00 | SF | $ - | $ - | $ 444.31 | 100% | |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 715 | Seal/prime then paint part of the walls twice (3 coats) | 661.73 | SF | $ 1.44 | $ 952.89 | 0.00 | SF | $ - | $ - | $ 952.89 | 100% | DBI did not observe any loss related damages to this item. |
| 716 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | DBI did not observe any loss related damages to this item. |
| 717 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | DBI did not observe any loss related damages to this item. |
| 718 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 25.81 | $ 25.81 | 0.00 | EA | $ - | $ - | $ 25.81 | 100% | DBI did not observe any loss related damages to this item. |
| 719 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 50.65 | $ 50.65 | 0.00 | EA | $ - | $ - | $ 50.65 | 100% | DBI did not observe any loss related damages to this item. |
| 720 | **FLOOR ITEMS** | | | | | | | | | | | |
| 721 | Clean the floor - Heavy | 236.00 | SF | $ 0.50 | $ 118.00 | 0.00 | SF | $ - | $ - | $ 118.00 | 100% | DBI did not observe any loss related damages to this item. |
| 722 | Regrout tile floor | 236.00 | SF | $ 3.27 | $ 771.72 | 0.00 | SF | $ - | $ - | $ 771.72 | 100% | DBI did not observe any loss related damages to this item. |
| 723 | Floor protection - Ram Board | 236.00 | SF | $ 1.50 | $ 354.00 | 0.00 | SF | $ - | $ - | $ 354.00 | 100% | DBI did not observe any loss related damages to this item. |
| 724 | **MISC ITEMS** | | | | | | | | | | | |
| 725 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | $ 94.02 | 100% | DBI did not observe any loss related damages to this item. |
| 726 | Subtotal | | | | $ 8,561.01 | | | | $ - | $ 8,561.01 | 100% | |
| 727 | **Mech Room** | | | | | | | | | | | |
| 728 | **CEILING ITEMS** | | | | | | | | | | | |
| 729 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 730 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 731 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 732 | Firesealing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 733 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 734 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 735 | **WALL ITEMS** | | | | | | | | | | | |
| 736 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 45.65 | LF | $ 0.53 | $ 24.19 | $ 20.39 | 46% | Variance due to scope. |
| 737 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 24.00 | SF | $ 3.22 | $ 77.28 | $ 450.72 | 85% | Variance due to quantity. |
| 738 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 32.00 | LF | $ 2.71 | $ 86.72 | $ 177.54 | 67% | Variance due to price. |
| 739 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 740 | Texture drywall - smooth / skin coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 741 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | LF | $ 4.63 | $ 543.24 | 0.00 | LF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 742 | Firesealing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 743 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 744 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 745 | **FLOOR ITEMS** | | | | | | | | | | | |
| 746 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 747 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 748 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 0.00 | SF | $ - | $ - | $ 68.48 | 100% | DBI did not observe any loss related damages to this item. |
| 749 | **MISC ITEMS** | | | | | | | | | | | |
| 750 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 751 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 752 | Thermostat - Detach & reset | 1.00 | EA | $ 53.91 | $ 53.91 | 0.00 | EA | $ - | $ - | $ 53.91 | 100% | DBI did not observe any loss related damages to this item. |
| 753 | R&R Hollow Metal Door - solid core birch flush | 1.00 | EA | $ 365.07 | $ 365.07 | 0.00 | EA | $ - | $ - | $ 365.07 | 100% | DBI did not observe any loss related damages to this item. |
| 754 | Stain & finish door slab only (per side) | 2.00 | EA | $ 61.96 | $ 123.92 | 0.00 | EA | $ - | $ - | $ 123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 755 | Door closer - Commercial grade - Detach & reset | 1.00 | EA | $ 36.74 | $ 36.74 | 0.00 | EA | $ - | $ - | $ 36.74 | 100% | DBI did not observe any loss related damages to this item. |
| 756 | Subtotal | | | | $ 6,151.84 | | | | $ 1,646.54 | $ 4,505.30 | 73% | |
| 757 | **Storage Closet** | | | | | | | | | | | |
| 758 | **CEILING ITEMS** | | | | | | | | | | | |
| 759 | To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 760 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 761 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 762 | Firesafing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 763 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 764 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 765 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 766 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 767 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 768 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | |
| 769 | **WALL ITEMS** | | | | | | | | | | | |
| 770 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | DBI did not observe any loss related damage to this area. |
| 771 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | $ 117.99 | 100% | |
| 772 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 773 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | $ 49.56 | 100% | |
| 774 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | $ 126.66 | 100% | |
| 775 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | $ 113.28 | 100% | |
| 776 | **FLOOR ITEMS** | | | | | | | | | | | |
| 777 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | $ 3.02 | 100% | |
| 778 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | $ 19.75 | 100% | |
| 779 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | $ 9.06 | 100% | |
| 780 | **MISC ITEMS** | | | | | | | | | | | |
| 781 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | $ 47.01 | 100% | |
| 782 | Subtotal | | | | $ 844.34 | | | | $ - | $ 844.34 | 100% | |
| 783 | 3rd Floor Subtotal | | | | $ 15,577.19 | | | | $ 11,590.92 | $ 3,986.27 | 26% | |
| 784 | **2nd Floor** | | | | | | | | | | | |
| 785 | **Open Floor Area** | | | | | | | | | | | |
| 786 | **WALL ITEMS** | | | | | | | | | | | |
| 787 | Mask and prep for paint - plastic, paper, tape (per LF) | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 1.47 | $ 465.02 | $ (465.02) | 0% | |
| 788 | R&R Quarter round - 3/4" | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 2.08 | $ 657.99 | $ (657.99) | 0% | |
| 789 | Seal & paint baseboard - two coats | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 1.60 | $ 506.14 | $ (506.14) | 0% | |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roards, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ | % | |
| A | B | C | D | E | F | G | H | I | J | K (F-J) | L (K/F) | M |
| 790 | Seal & paint base shoe or quarter round | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 0.87 | $ 275.22 | $ (275.22) | 0% | |
| 791 | **FLOOR ITEMS** | | | | | | | | | | | |
| 792 | R&R Snaplock Laminate - simulated wood flooring - High grade | 0.00 | SF | $ - | $ - | 965.61 | SF | $ 7.61 | $ 7,348.29 | $ (7,348.29) | 0% | DBI did not observe any loss related damages to this item. |
| 793 | Subtotal | | | | $ - | | | | $ 9,252.66 | $ (9,252.66) | 0% | |
| 794 | Lobby | | | | | | | | | | | |
| 795 | **CEILING ITEMS** | | | | | | | | | | | |
| 796 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | DBI did not observe any loss related damages to this item. |
| 797 | Clean the ceiling | 237.05 | SF | $ 0.41 | $ 97.19 | 0.00 | SF | $ - | $ - | $ 97.19 | 100% | DBI did not observe any loss related damages to this item. |
| 798 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 799 | Recessed light fixture - Detach & reset trim only | 8.00 | EA | $ 3.49 | $ 27.92 | 0.00 | EA | $ - | $ - | $ 27.92 | 100% | DBI did not observe any loss related damages to this item. |
| 800 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 801 | Remove Surveillance camera - color | 1.00 | EA | $ 61.95 | $ 61.95 | 0.00 | EA | $ - | $ - | $ 61.95 | 100% | DBI did not observe any loss related damages to this item. |
| 802 | Install Surveillance camera - color | 1.00 | EA | $ 174.61 | $ 174.61 | 0.00 | EA | $ - | $ - | $ 174.61 | 100% | DBI did not observe any loss related damages to this item. |
| 803 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $ 16.13 | $ 48.39 | 0.00 | EA | $ - | $ - | $ 48.39 | 100% | DBI did not observe any loss related damages to this item. |
| 804 | R&R Recessed light fixture - High grade | 1.00 | EA | $ 150.33 | $ 150.33 | 0.00 | EA | $ - | $ - | $ 150.33 | 100% | DBI did not observe any loss related damages to this item. |
| 805 | R&R Suspended ceiling grid - 2' x 2' | 237.05 | SF | $ 2.39 | $ 566.55 | 0.00 | SF | $ - | $ - | $ 566.55 | 100% | DBI did not observe any loss related damages to this item. |
| 806 | R&R Suspended ceiling tile - 2' x 2' | 237.05 | SF | $ 2.66 | $ 630.55 | 10.00 | SF | $ 1.53 | $ 15.30 | $ 615.25 | 98% | DBI did not observe any loss related damages to this item. |
| 807 | Acoustic Treatments Installer - per hour | 0.00 | HR | $ - | $ - | 16.00 | HR | $ 98.16 | $ 1,570.56 | $ (1,570.56) | 0% | Variance due to quantity and price. |
| 808 | **WALL ITEMS** | | | | | | | | | | | |
| 809 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | DBI did not observe any loss related damages to this item. |
| 810 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $ 1.43 | $ 190.76 | 0.00 | SF | $ - | $ - | $ 190.76 | 100% | DBI did not observe any loss related damages to this item. |
| 811 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $ 3.00 | $ 1,334.01 | 0.00 | SF | $ - | $ - | $ 1,334.01 | 100% | DBI did not observe any loss related damages to this item. |
| 812 | Drywall tape joint/repair - per LF | 55.58 | LF | $ 9.01 | $ 500.78 | 0.00 | LF | $ - | $ - | $ 500.78 | 100% | DBI did not observe any loss related damages to this item. |
| 813 | Seal part of the walls w/PVA primer - one coat | 444.67 | SF | $ 0.63 | $ 280.14 | 0.00 | SF | $ - | $ - | $ 280.14 | 100% | DBI did not observe any loss related damages to this item. |
| 814 | Texture drywall - smooth / skim coat | 444.67 | SF | $ 1.61 | $ 715.92 | 0.00 | SF | $ - | $ - | $ 715.92 | 100% | DBI did not observe any loss related damages to this item. |
| 815 | Texture drywall - machine - knockdown | 444.67 | SF | $ 0.94 | $ 417.99 | 0.00 | SF | $ - | $ - | $ 417.99 | 100% | DBI did not observe any loss related damages to this item. |
| 816 | Seal/prime then paint part of the walls twice (3 coats) | 622.53 | SF | $ 1.44 | $ 896.44 | 0.00 | SF | $ - | $ - | $ 896.44 | 100% | DBI did not observe any loss related damages to this item. |
| 817 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | DBI did not observe any loss related damages to this item. |
| 818 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | DBI did not observe any loss related damages to this item. |
| 819 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 25.81 | $ 25.81 | 0.00 | EA | $ - | $ - | $ 25.81 | 100% | DBI did not observe any loss related damages to this item. |
| 820 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 50.65 | $ 50.65 | 0.00 | EA | $ - | $ - | $ 50.65 | 100% | DBI did not observe any loss related damages to this item. |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 821 | **FLOOR ITEMS** | | | | | | | | | | | |
| 822 | Clean the floor - Heavy | 237.05 | SF | $ 0.50 | $ 118.53 | 0.00 | SF | $ - | $ - | $ 118.53 | 100% | DBI did not observe any loss related damages to this item. |
| 823 | Regrout tile floor | 237.05 | SF | $ 3.27 | $ 775.15 | 0.00 | SF | $ - | $ - | $ 775.15 | 100% | DBI did not observe any loss related damages to this item. |
| 824 | Floor protection - Ram Board | 237.05 | SF | $ 1.50 | $ 355.58 | 0.00 | SF | $ - | $ - | $ 355.58 | 100% | DBI did not observe any loss related damages to this item. |
| 825 | **MISC ITEMS** | | | | | | | | | | | |
| 826 | On-Site Inventory, Packing, Boxing, Moving chg - per hour | 2.00 | HR | $ 47.02 | $ 94.04 | 0.00 | HR | $ - | $ - | $ 94.04 | 100% | DBI did not observe any loss related damages to this item. |
| 827 | Subtotal | | | | $ 8,297.98 | | | | $ 1,585.86 | $ 6,712.12 | 81% | |
| 828 | **Mech Room** | | | | | | | | | | | |
| 829 | **CEILING ITEMS** | | | | | | | | | | | |
| 830 | To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 831 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 832 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 833 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 834 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 835 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 836 | **WALL ITEMS** | | | | | | | | | | | |
| 837 | Mask wall - plastic, paper, tape, (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 45.65 | LF | $ 0.53 | $ 24.19 | $ 20.39 | 46% | Variance due to scope. |
| 838 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 24.00 | SF | $ 3.22 | $ 77.28 | $ 450.72 | 85% | Variance due to quantity. |
| 839 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 32.00 | SF | $ 2.71 | $ 86.72 | $ 177.54 | 67% | Variance due to price. |
| 840 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 841 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 842 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | LF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 843 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 844 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 845 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 846 | **FLOOR ITEMS** | | | | | | | | | | | |
| 847 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 848 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 849 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 0.00 | SF | $ - | $ - | $ 68.48 | 100% | DBI did not observe any loss related damages to this item. |
| 850 | **MISC ITEMS** | | | | | | | | | | | |
| 851 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 852 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 853 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ | % | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 854 | Subtotal | | | | $ 5,725.22 | | | | $ 1,646.54 | $ 4,078.68 | 71% | |
| 855 | **Storage Closet** | | | | | | | | | | | |
| 856 | **CEILING ITEMS** | | | | | | | | | | | |
| 857 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $  - | $  - | 14.94 | 100% | DBI did not observe any loss related damage to this area. |
| 858 | To mask ceiling/wall perimeter for painting. | | | | | | | | | | | |
| 858 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $  - | $  - | 2.48 | 100% | |
| 859 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $  - | $  - | 45.52 | 100% | |
| 860 | Firesealing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $  - | $  - | 15.63 | 100% | |
| 861 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $  - | $  - | 18.12 | 100% | |
| 862 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $  - | $  - | 88.57 | 100% | |
| 863 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $  - | $  - | 3.81 | 100% | |
| 864 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $  - | $  - | 9.72 | 100% | |
| 865 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $  - | $  - | 8.70 | 100% | |
| 866 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $  - | $  - | 47.01 | 100% | |
| 867 | **WALL ITEMS** | | | | | | | | | | | |
| 868 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $  - | $  - | 14.94 | 100% | |
| 869 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $  - | $  - | 117.99 | 100% | |
| 870 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $  - | $  - | 88.57 | 100% | |
| 871 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $  - | $  - | 49.56 | 100% | |
| 872 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $  - | $  - | 126.66 | 100% | |
| 873 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $  - | $  - | 113.28 | 100% | |
| 874 | **FLOOR ITEMS** | | | | | | | | | | | |
| 875 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $  - | $  - | 3.02 | 100% | |
| 876 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $  - | $  - | 19.75 | 100% | |
| 877 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $  - | $  - | 9.06 | 100% | |
| 878 | **MISC ITEMS** | | | | | | | | | | | |
| 879 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $  - | $  - | 47.01 | 100% | |
| 880 | Subtotal | | | | $ 844.34 | | | | $  - | 844.34 | 100% | |
| 881 | 2nd Floor Subtotal | | | | $ 14,867.55 | | | | $ 12,485.06 | 2,382.49 | 16% | |
| 882 | **1st Floor** | | | | | | | | | | | |
| 883 | **4 Geeks** | | | | | | | | | | | |
| 884 | **Ceiling Items** | | | | | | | | | | | |
| 885 | Material Only Acoustic ceiling tile | 0.00 | SF | $  - | $  - | 5.00 | SF | $ 1.53 | $ 7.65 | (7.65) | 0% | |
| 886 | Acoustic Treatments Installer - per hour | 0.00 | HR | $  - | $  - | 6.00 | HR | $ 98.16 | $ 588.96 | (588.96) | 0% | |
| 887 | Subtotal | | | | $  - | | | | $ 596.61 | (596.61) | 0% | |
| 888 | **Lobby** | | | | | | | | | | | |
| 889 | **CEILING ITEMS** | | | | | | | | | | | |
| 890 | Mask wall - plastic, paper, tape (per LF) | 152.62 | LF | $ 1.52 | $ 231.98 | 0.00 | LF | $  - | $  - | 231.98 | 100% | DBI did not observe any loss related damages to this item. |
| 891 | R&R 5/8" drywall - hung, taped, ready for texture | 466.39 | SF | $ 3.00 | $ 1,399.17 | 0.00 | SF | $  - | $  - | 1,399.17 | 100% | DBI did not observe any loss related damages to this item. |
| 892 | Drywall tape joint/repair - per LF | 152.62 | LF | $ 9.01 | $ 1,375.11 | 0.00 | LF | $  - | $  - | 1,375.11 | 100% | DBI did not observe any loss related damages to this item. |
| 893 | Seal the ceiling w/PVA primer - one coat | 466.39 | SF | $ 0.63 | $ 293.83 | 0.00 | SF | $  - | $  - | 293.83 | 100% | DBI did not observe any loss related damages to this item. |
| 894 | Texture drywall - smooth / skim coat | 466.39 | SF | $ 1.61 | $ 750.89 | 0.00 | SF | $  - | $  - | 750.89 | 100% | DBI did not observe any loss related damages to this item. |
| 895 | Clean the ceiling | 466.39 | SF | $ 0.41 | $ 191.22 | 0.00 | SF | $  - | $  - | 191.22 | 100% | DBI did not observe any loss related damages to this item. |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 896 | Texture drywall - light hand texture | 466.39 | SF | $ 0.97 | $ 452.40 | 0.00 | SF | $ - | $ - | $ 452.40 | 100% | DBI did not observe any loss related damages to this item. |
| 897 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 898 | Recessed light fixture - Detach & reset trim only | 20.00 | EA | $ 3.49 | $ 69.80 | 0.00 | EA | $ - | $ - | $ 69.80 | 100% | DBI did not observe any loss related damages to this item. |
| 899 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 900 | Seal the ceiling w/latex based stain blocker - one coat | 466.39 | SF | $ 0.65 | $ 303.15 | 0.00 | SF | $ - | $ - | $ 303.15 | 100% | DBI did not observe any loss related damages to this item. |
| 901 | Paint the ceiling - two coats | 466.39 | SF | $ 1.08 | $ 503.70 | 0.00 | SF | $ - | $ - | $ 503.70 | 100% | DBI did not observe any loss related damages to this item. |
| 902 | Remove Surveillance camera - color | 1.00 | EA | $ 61.95 | $ 61.95 | 0.00 | EA | $ - | $ - | $ 61.95 | 100% | DBI did not observe any loss related damages to this item. |
| 903 | Install Surveillance camera - color | 1.00 | EA | $ 174.61 | $ 174.61 | 0.00 | EA | $ - | $ - | $ 174.61 | 100% | DBI did not observe any loss related damages to this item. |
| 904 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $ 16.13 | $ 48.39 | 0.00 | EA | $ - | $ - | $ 48.39 | 100% | DBI did not observe any loss related damages to this item. |
| 905 | WALL ITEMS | | | | | | | | | | | |
| 906 | Mask wall - plastic, paper, tape (per LF) | 152.62 | LF | $ 1.52 | $ 231.98 | 125.75 | LF | $ 2.99 | $ 375.99 | $ (144.01) | -62% | Variance due to quantity. |
| 907 | Tear out baseboard | 137.35 | LF | $ 0.62 | $ 85.16 | 0.00 | LF | $ - | $ - | $ 85.16 | 100% | DBI did not observe any loss related damages to this item. |
| 908 | Baseboard - 5 1/4" | 137.35 | LF | $ 4.77 | $ 655.16 | 0.00 | LF | $ - | $ - | $ 655.16 | 100% | DBI did not observe any loss related damages to this item. |
| 909 | R&R Rigid foam insulation board - 1" | 610.46 | SF | $ 1.43 | $ 872.96 | 0.00 | SF | $ - | $ - | $ 872.96 | 100% | DBI did not observe any loss related damages to this item. |
| 910 | R&R 5/8" drywall - hung, taped, ready for texture | 610.46 | SF | $ 3.00 | $ 1,831.38 | 0.00 | SF | $ - | $ - | $ 1,831.38 | 100% | DBI did not observe any loss related damages to this item. |
| 911 | Drywall tape joint/repair - per LF | 137.35 | LF | $ 9.01 | $ 1,237.52 | 0.00 | LF | $ - | $ - | $ 1,237.52 | 100% | DBI did not observe any loss related damages to this item. |
| 912 | Seal part of the walls w/PVA primer - one coat | 1098.83 | SF | $ 0.63 | $ 692.26 | 0.00 | SF | $ - | $ - | $ 692.26 | 100% | DBI did not observe any loss related damages to this item. |
| 913 | Texture drywall - smooth / skim coat | 1098.83 | SF | $ 1.61 | $ 1,769.12 | 322.67 | SF | $ 1.61 | $ 519.50 | $ 1,249.62 | 71% | Variance due to quantity. |
| 914 | Texture drywall - machine - knockdown | 610.46 | SF | $ 0.94 | $ 573.83 | 322.67 | SF | $ 0.94 | $ 303.31 | $ 270.52 | 47% | Variance due to quantity. |
| 915 | Paint part of the walls - two coats | 1098.83 | SF | $ 1.08 | $ 1,186.74 | 934.00 | SF | $ 1.44 | $ 1,344.96 | $ (158.22) | -13% | |
| 916 | Seal & paint baseboard - two coats | 137.35 | LF | $ 1.60 | $ 219.76 | 151.17 | LF | $ 1.60 | $ 241.87 | $ (22.11) | -10% | |
| 917 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | DBI did not observe any loss related damages to this item. |
| 918 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | DBI did not observe any loss related damages to this item. |
| 919 | Window blind - horizontal or vertical - Detach & reset | 5.00 | EA | $ 37.75 | $ 188.75 | 0.00 | EA | $ - | $ - | $ 188.75 | 100% | DBI did not observe any loss related damages to this item. |
| 920 | FLOOR ITEMS | | | | | | | | | | | |
| 921 | Clean the floor - Heavy | 466.39 | SF | $ 0.50 | $ 233.20 | 0.00 | SF | $ - | $ - | $ 233.20 | 100% | DBI did not observe any loss related damages to this item. |
| 922 | Regrout tile floor | 466.39 | SF | $ 3.27 | $ 1,525.10 | 0.00 | SF | $ - | $ - | $ 1,525.10 | 100% | DBI did not observe any loss related damages to this item. |
| 923 | Floor protection - Ram Board | 466.39 | SF | $ 1.50 | $ 699.59 | 0.00 | SF | $ - | $ - | $ 699.59 | 100% | DBI did not observe any loss related damages to this item. |
| 924 | MISC ITEMS | | | | | | | | | | | |
| 925 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.02 | $ 94.04 | 0.00 | HR | $ - | $ - | $ 94.04 | 100% | DBI did not observe any loss related damages to this item. |
| 926 | Subtotal | | | | $ 18,399.47 | | | | $ 2,785.63 | $ 15,618.84 | 85% | |
| 927 | 1st Floor Subtotal | | | | $ 18,399.47 | | | | $ 3,382.24 | $ 15,017.23 | 82% | |



| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (F-J) (K) | % (K/F) (L) | M |
| 928 | **Water Damage Mitigation** | | | | | | | | | | | |
| 929 | The Spazio Group, LLC Water Extraction & Remediation (As Rendered) | 1.00 | EA | $ 43,712.94 | $ 43,712.94 | 0.00 | EA | $ - | $ - | $ 43,712.94 | 100% | DBI did not observe any loss related damages to this item. |
| 930 | Subtotal | | | $ - | $ 43,712.94 | | | | $ - | $ 43,712.94 | 100% | |
| 931 | **Incurred Expenses** | | | | | | | | | | | |
| 932 | ****** INCURRED COSTS REMAIN OPEN AND PENDING ****** | 1.00 | EA | $ - | $ - | 0.00 | EA | $ - | $ - | $ - | 0% | |
| 933 | Subtotal | | | $ - | $ - | | | | $ - | $ - | 0% | |
| 934 | **General Conditions & Requirements** | | | | | | | | | | | |
| 935 | Content Manipulation charge - per hour | 0.00 | HR | $ - | $ - | 128.00 | HR | $ 45.21 | $ 5,786.88 | $ (5,986.88) | 0% | |
| 936 | | | | | | 4.00 | EA | $ 50.00 | $ 200.00 | | | |
| 937 | Taxes, insurance, permits, architectural, engineering fees (Allowance) | 1.00 | EA | $ 45,000.00 | $ 45,000.00 | 1.00 | EA | $ 3,858.98 | $ 3,858.98 | $ 41,141.02 | 91% | DBI has included an allowance of approx. 2% of total. |
| 938 | Dumpster load - Approx. 20 yards, 4 tons of debris | 8.00 | EA | $ 500.00 | $ 4,000.00 | 1.00 | EA | $ 635.00 | $ 635.00 | $ 3,365.00 | 84% | |
| 939 | Temporary construction office | 1.00 | EA | $ 4,279.08 | $ 4,279.08 | 0.00 | EA | $ - | $ - | $ 4,279.08 | 100% | |
| 940 | Material Handling | 1.00 | EA | $ 12,046.84 | $ 12,046.84 | 0.00 | EA | $ - | $ - | $ 12,046.84 | 100% | |
| 941 | General Demolition | 1.00 | EA | $ 14,017.04 | $ 14,017.04 | 0.00 | EA | $ - | $ - | $ 14,017.04 | 100% | |
| 942 | | | | | | 120.00 | EA | $ 45.21 | $ 5,425.20 | | | |
| 943 | General clean - up | 1.00 | EA | $ 13,038.01 | $ 13,038.01 | 5.00 | EA | $ 50.00 | $ 250.00 | $ 7,362.81 | 56% | Variance due to price. |
| 944 | Cleaning Technician - incl. cleaning agent - per hour | 1.00 | EA | $ 9,000.19 | $ 9,000.19 | 64.00 | EA | $ 45.80 | $ 2,931.20 | $ 5,868.99 | 65% | Variance due to price. |
| 945 | | | | | | 4.00 | EA | $ 50.00 | $ 200.00 | | | |
| 946 | Commercial Supervision / Project Management - per hour | 1.00 | EA | $ 40,700.69 | $ 40,700.69 | 120.00 | HR | $ 74.92 | $ 8,990.40 | $ 31,710.29 | 78% | Variance due to price. |
| 947 | Job-site cargo/storage container - 40' long - per month | 0.00 | EA | $ 4,000.00 | $ 4,000.00 | 0.00 | EA | $ - | $ - | $ 4,000.00 | 100% | |
| 948 | Job Equipment Allowance | 1.00 | EA | $ 10,000.00 | $ 10,000.00 | 0.00 | EA | $ - | $ - | $ 10,000.00 | 100% | |
| 949 | Negative air/fan scrubber (24 hr period) - No monitor | 360.00 | DA | $ 73.00 | $ 26,280.00 | 0.00 | DA | $ - | $ - | $ 26,280.00 | 100% | |
| 950 | Subtotal | | | | $ 182,361.85 | | | | $ 28,277.66 | $ 154,084.19 | 84% | |
| 951 | **General MEP** | | | | | | | | | | | |
| 952 | HVAC Technician - per hour | 0.00 | HR | $ - | $ - | 80.00 | HR | $ 125.00 | $ 10,000.00 | $ (10,000.00) | 0% | |
| 953 | Material allowance for the above line item | 0.00 | HR | $ - | $ - | 10.00 | HR | $ 375.00 | $ 3,750.00 | $ (3,750.00) | 0% | |
| 954 | Subtotal | | | $ - | $ - | | | | $ 13,750.00 | $ (13,750.00) | 0% | |
| 955 | **Labor Minimums Applied** | | | | | | | | | | | |
| 956 | Mirror/shower door labor minimum | 1.00 | EA | $ 38.74 | $ 38.74 | 0.00 | EA | $ - | $ - | $ 38.74 | 100% | DBI does not include allowances for labor minimums. |
| 957 | Subtotal | | | | $ 38.74 | | | | $ - | $ 38.74 | 100% | |
| 958 | **Line Items Total** | | | | $ 536,478.83 | | | | $ 161,286.01 | $ 375,192.92 | 70% | |
| 959 | **Markups** | | | | | | | | | | | |
| 960 | Material Sales Tax | 1.00 | LS | $ 8,832.62 | $ 8,832.62 | 1.00 | LS | $ 3,407.66 | $ 3,407.66 | $ 5,424.96 | 61% | |
| 961 | Overhead (10%) | 1.00 | LS | $ - | $ - | 1.00 | LS | $ 16,057.22 | $ 16,057.22 | $ (16,057.22) | 0% | |
| 962 | Profit (10%) | 1.00 | LS | $ 74,827.36 | $ 74,827.36 | 1.00 | LS | $ 16,057.22 | $ 16,057.22 | $ 58,770.14 | 79% | |
| 963 | **Markups Total** | | | | $ 83,659.98 | | | | $ 35,522.10 | $ 48,137.88 | 58% | |
| 964 | **GRAND TOTAL** | | | | $ 620,138.91 | | | | $ 196,808.11 | $ 423,330.80 | 68% | |

For discussion purposes only - Subject to coverage review by the adjuster



3914 US 301 N, Unit 800
Tampa, FL 33619

TOLL-FREE **888.782.3473**
**envistaforensics.com**



# REPORT OF FINDINGS

## STAR PROPERTY NAKATOMI LLC

Sedgwick Claim No.: 4195788
Envista Matter No.: MAT-142577-V4Y0
Report Date: October 6, 2022

Prepared for:
Mr. Travis Plohocky
Sedgwick
1080 Eldridge Parkway, 12th Floor
Houston, TX 77077
travis.plohocky@sedgwick.com



10/6/2022

**Stephen G. Sheffield, P.E.**
FL License No.: 52765

**CERTAINTY IN AN UNCERTAIN WORLD**

Envista Forensics, LLC | TX Certificate of Registration # F-19410 | NC Firm Registration # C-2837 | FL Registry No. 32428

![ENVISTA FORENSICS]

## BACKGROUND

On August 26, 2022, Stephen G. Sheffield, P.E. of Envista Forensics, LLC (Envista) inspected the office building owned by Star Property Nakatomi LLC (Owner) located at 1801 SW 3rd Avenue in Miami, Florida.

The building was 8-story with the front elevation facing slightly northeast, however, for the purpose of this report the front was considered to face north. The building was built in 1981 according to the County Property Appraiser, making it approximately 41 years old at the time of the evaluation. The building was constructed with reinforced concrete slabs and columns and the exterior walls consisted of a glass curtainwall system. Refer to the photographs in Attachment A for the exterior elevations of the building.



Reportedly, the water pipes from the cooling tower burst within the interior of the building on or about June 16, 2022, resulting in water damage to the interior finishes.

Figure 1 – Star Property Nakatomi Building

## PURPOSE

Sedgwick retained Envista to determine the extent of the reported water damage to the interior finishes of the building due to the broken water pipes from the cooling tower. Envista's scope of work included a site visit to perform an assessment of the building based on visual observations, a review of pertinent information, and to provide a written report summarizing the findings.

## CONCLUSIONS

1.  The water that reportedly escaped the water pipes from the cooling tower resulted in water damage to the interior finishes and it consisted of the following:
    a.  The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
    b.  Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
    c.  The lobby walls were water-stained on floor 1.
    d.  The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
    e.  The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

2.  WARNING: The structural steel frame supporting the cooling tower on the roof was corroded, which compromised the strength of the steel members. The steel frame required immediate shoring as a precaution against its potential collapse. Envista verbally warned Nicolas Estella and Danny Bello during the inspection.



## PROVIDED INFORMATION

The Owner's representative, Danny Bello with VC Consultants, was present during the inspection and reported the following information along with Mabel Rodriguez – Executive Assistant with Estrella.

1. The vertical section of the water pipe that originated from the roof-top cooling tower burst in the 8th floor mechanical room allowing water to travel throughout the eighth floor and down through floor slab openings to the floor levels below.
2. The vertical section of water pipe in the mechanical rooms on the floors below was also reportedly broken.
3. The water was shut-off to the pipe soon after the leaking water was discovered.
4. A remediation company was engaged to remove and dry-out the water.

## DOCUMENTS REVIEWED

The following documents and materials were reviewed and/or referenced as part of Envista's investigation, and/or contain information pertinent to the discussion and conclusions presented herein:

1. Miami-Dade County Property Appraiser (http://www.miamidade.gov/pa/)
2. Aerial Imagery by EagleView Technologies/Pictometry (https://explorer.pictometry.com/)
3. Mold Assessment Report prepared by Truview Mold LLC, dated 6/16/2022
4. Letter prepared by Your Insurance Attorney, dated 6/17/2022
5. Photographs taken by McLarens dated 6/23/2022
6. Cost Estimate prepared by McLarens dated 7/21/2022
7. Preliminary Report prepared by McLarens, dated 7/28/2022

## DISCUSSION

Envista inspected the building to determine the extent of the reported water damage to the interior finishes due to the broken water pipes from the cooling tower. Refer to Attachment A for photographs pertaining to the following discussion.

The inspection revealed that the 8-story building included a two-level parking garage that was constructed with the first level below grade. The garage was larger than the footprint of the building. The floor plan of the building consisted of an elevator lobby on each floor that was located towards the southern portion of the building which included the restrooms, mechanical rooms, and two exit stairs. The western exit stair extended to the roof. The office space on each floor was in the northern portion of the building. The lobby floors were finished with floor tile.

<ins>Roof</ins>

The inspection of the roof found the cooling tower located approximately above the lobbies, adjacent to the elevator machine room. The cooling tower consisted of a round fiberglass cooling tower manufactured by Protec, and it was supported on a steel frame elevated above the roof surface. Two water pipes were observed from the cooling tower that penetrated through the roof and traveled downward through the building within the mechanical rooms on each floor in the lobby located next the bathrooms. The cooling tower and water pipes above the roof are shown in photographs 3 to 5. The water pipes near the roof penetration were painted white and a roofing repair was present surrounding the pipes, which was consistent with the reported repair of the water pipes.



Floors 8, 7, 6, 5, and 3

The entire office space on each floor was occupied by one company. Envista's evaluation of these floor levels found the following conditions which varied in extent per floor. Generally, the extent of any water damage observed in the wood flooring diminished on the floors below the eight level. The lobby and bathroom floors were finished with floor tile and a painted wood baseboard was present along the base of the walls. No water stains were observed on the lobby floor or walls. No loose tiles or cracked and displaced grout were observed throughout the tile floors that could occur had the floor tiles debonded from the concrete floor slab because of a water exposure. Therefore, the floor tiles were not affected by the water that leaked from the broken cooling tower water pipes.

Inside the mechanical room containing the air-conditioning equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots. The water stains and fungal growth were consistent with the result with a water exposure from the reported water leak from the cooling tower water pipes. The partition walls that enclosed the vertical water pipes within a chase were reportedly removed to replace the pipes. The water pipes exhibited a clean, bright grey color consistent with new piping.

The floor within the office area was finished with laminate wood flooring and it was cupped (which consisted of upward curling of the edges of the wood planks) in multiple locations. Cupped wood flooring is typically the result of a water exposure. The walls within the office had painted wood baseboards and no separations were observed in the jointing that were consistent with swollen wood from the effects of a water exposure. The baseboards did have misalignments in the jointing that were the result of the workmanship during its installation. The lobby and office areas were not furnished with a ceiling, but rather, the underside of the structure was left exposed and painted black.

Floor 4

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. A small water stain was found on the acoustical tile ceiling in the lobby. Inside the mechanical room with the air-conditioning (AC) equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The office space was occupied by two companies. In office 401, no water damage was reported by the insured's representative. The office lobby was accessible, and no water stains were observed on the ceiling or walls.

In office 402, the laminate wood flooring was cupped in areas closest to the lobby. The wood baseboards along the base of the walls had no separations in the jointing that was consistent with a water exposure. The acoustical tile ceiling was reportedly water stained, however, at the time of the inspection, no water stains were observed on the ceiling or on the walls. It was reported that water-stained ceiling tiles were replaced before the inspection.

Floor 2

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. Several small water stains were found on the lobby acoustical tile ceiling. Inside the mechanical room with the air-conditioning (AC) equipment and the water



pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The entire office space was occupied by one company. The laminate wood flooring in the office area was cupped in areas. The wood baseboards along the base of the walls in the office area had no separations in the jointing that was consistent with a water exposure. The office acoustical tile ceiling had no water stains.

Floor 1

The first-floor lobby ceiling was reportedly water-stained by the water that escaped the cooling tower water pipes from the floors above, however, the water damage was reportedly repaired before Envista's inspection. Hence, no water stains were observed on the lobby ceiling, however, water stains were present on the baseboard and in isolated areas on the walls. The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The first-floor office space was occupied by 4Geeks, and water stains were observed on the acoustical tile ceiling.

Summary

Envista's evaluation of the building found evidence of water damage to the interior finishes of the lobby and office areas that occurred because of the water that reportedly escaped from the cooling tower water pipes.

The water damage consisted of the following:

- The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
- The lobby walls were water-stained on floor 1.
- Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
- The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
- The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

Warning

During the inspection of the roof, Envista observed corrosion in the structural steel frame supporting the cooling tower. The extent of the corrosion resulted in significant loss of material that would compromise the strength of the steel members. Envista warned Nicolas Estella and Danny Bello of the observed condition of the steel frame supporting the cooling tower and recommended immediate shoring of the compromised steel frame as a precaution against its potential collapse.

**CLOSURE**

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information. This electronic version of the report is a convenience copy and as such, an original signed and sealed copy is available to our client.



Page 6 of 6
Envista Matter No: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Thank you for allowing us to provide this service. If you have any questions or need additional assistance, please call or email.

Sincerely,

**Envista Forensics**

Stephen G. Sheffield, P.E.
Senior Project Engineer

Technical Review by:
Donna Friis, P.E.
Practice Leader, Construction

Attachment A, Photographs



# ATTACHMENT A

# Photographs

Photographs taken during our inspection, which have not been included in this report, have been retained in our files and will be made available to you upon your request. Note that the brightness and/or contrast of some photographs may have been enhanced for purposes of clarity. Some photographs may be cropped from their original sizes in order to emphasize a specific item or feature. No significant changes to any photographs were made that would alter factual representations.

**ENVISTA**
FORENSICS

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #1



View of north (front) elevation.

Photograph #2



View of north and east elevations.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #3



View of west and south elevations. The roof-top cooler tower is encircled.

Photograph #4



View of roof and location of the cooling tower and water pipe (circled) that reportedly burst within the building.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                     Sedgwick Claim No.: 4195788

Photograph #5



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

Photograph #6



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #7



View of typical lobby finishes.

Photograph #8



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #9



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

Photograph #10



Typical lobby wood baseboard with no separations in the jointing consistent with a water exposure.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #11



Typical mechanical room with AC unit and water pipes from the cooling tower.

Photograph #12



Typical mechanical room with AC unit and water pipes from the cooling tower. Notes the removed chase walls and new water pipes.

**ENVISTA**
FORENSICS

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #13



Typical mechanical room with AC unit and water pipes from the cooling tower. Note the water stains and isolated fungal growth at the base of the walls.

Photograph #14



View of typical office finishes.

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #15



View of typical office finishes.

Photograph #16



Typical office wood flooring with cupped edges of the planks.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #17



Typical office wood flooring with cupped edges of the planks.

Photograph #18



Typical office wood flooring with cupped edges of the planks.

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #19



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

Photograph #20



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #21



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

Photograph #22



View of first floor lobby. Note generally no water staining on the ceiling and walls, except as noted in photos 24 and 25.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                Sedgwick Claim No.: 4195788

Photograph #23



View of first floor lobby. Note generally no water staining on the ceiling and walls, except as noted in photos 24 and 25.

Photograph #24



First floor lobby. Note the water stains along the baseboard.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #25



First Floor lobby. Note the bubbled wall paint.

Photograph #26



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #27



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

Photograph #28



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

IN THE CIRCUIT COURT FOR THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC,          CASE NO.: 2022-024631-CA-01

       Plaintiff,

v.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY AND CERTAIN
UNDERWRITERS AT LLOYDS, LONDON
SUBSCRIBING TO POLICY NUMBER:
VETGV06026210

       Defendant.

_____/

**NOTICE OF FILING PLAINTIFF'S RESPONSES TO
DEFENDANT'S FIRST REQUEST FOR PRODUCTION**

     COMES NOW, Plaintiff, STAR PROPERTY NAKATOMI, LLC, hereby gives notice of the service of its responses to Defendant, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY AND CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210's, First Request for Production.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Florida E-Filing Portal to: *Counsel of Record for Defendant*, on the 15th day of August 2023.

     **Your Insurance Attorney, PLLC.**
     2601 South Bayshore Drive, 5th Floor
     Coconut Grove, FL 33133
     Telephone No. 1-888-570-5677
     Facsimile No. 1-888-745-5677
     Email: YIA3@Yourinsuranceattorney.com
     Eservice@Yourinsuranceattorney.com

     By:   /s/ Maximo A. Santiago_____
          Maximo A. Santiago, Esq.
          Florida Bar No. 669733
          Ariana Rubio Di Natale, Esq.
          Florida Bar No. 1025882

IN THE CIRCUIT COURT FOR THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC,    CASE NO.: 2022-024631-CA-01

       Plaintiff,

v.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY AND CERTAIN
UNDERWRITERS AT LLOYDS, LONDON
SUBSCRIBING TO POLICY NUMBER:
VETGV06026210

       Defendant.

_____/

## NOTICE OF FILING PLAINTIFF'S VERIFIED RESPONSES
## TO DEFENDANT'S INITIAL INTERROGATORIES

COMES NOW, Plaintiff, STAR PROPERTY NAKATOMI, LLC, hereby gives notice of the service of its verified responses to Defendant, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY AND CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210's, Initial Interrogatories.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Florida E-Filing Portal to: *Counsel of Record for Defendant*, on the 15th day of August 2023.

**Your Insurance Attorney, PLLC.**
2601 South Bayshore Drive, 5th Floor
Coconut Grove, FL 33133
Telephone No. 1-888-570-5677
Facsimile No. 1-888-745-5677
Email: YIA3@Yourinsuranceattorney.com
Eservice@Yourinsuranceattorney.com

By:    /s/ Maximo A. Santiago
        Maximo A. Santiago, Esq.
        Florida Bar No. 669733
        Ariana Rubio Di Natale, Esq.
        Florida Bar No. 1025882

IN THE CIRCUIT COURT FOR THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC,             CASE NO.: 2022-024631-CA-01

       Plaintiff,

v.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY AND CERTAIN
UNDERWRITERS AT LLOYDS, LONDON
SUBSCRIBING TO POLICY NUMBER:
VETGV06026210.

       Defendant.

_____/

## PLAINTIFF'S VERIFIED RESPONSES TO
## DEFENDANT'S FIRST SET OF INTERROGATORIES

COMES NOW, Plaintiff, STAR PROPERTY NAKATOMI, LLC., hereby serves its verified responses to Defendant's, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY AND CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NUMBER VETGV06026210, First Set of Interrogatories.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Florida E-Filing Portal to: *Counsel of Record for Defendant*, on the 15th day of August 2023.

**Your Insurance Attorney, PLLC.**
2601 South Bayshore Drive, 5th Floor
Coconut Grove, FL 33133
Telephone No. 1-888-570-5677
Facsimile No. 1-888-745-5677
Email: YIA3@Yourinsuranceattorney.com
Secondary Email:
Eservice@Yourinsuranceattorney.com

By:   /s/ Maximo A. Santiago_____
       Maximo A. Santiago, Esq.

Florida Bar No. 669733
Ariana Rubio Di Natale, Esq.
Florida Bar No. 1025882

## <u>GENERAL OBJECTIONS</u>

The following objections apply to each of Defendant's requests and are expressly incorporated into each of Plaintiff's responses:

A.      Plaintiff objects to each of the requests to the extent they purport to seek information outside the knowledge of the Insured.

B.      Plaintiff objects to each of the requests to the extent they imply the existence of facts or circumstances that do not or did not exist.

C.      Plaintiff objects to each of the requests to the extent they are not reasonably calculated to lead to the discovery of admissible evidence.

D.      Plaintiff objects to each of the requests to the extent they purport to seek information protected by any applicable privilege, including but not limited to the attorney/client, attorney work product, and accountant/client privileges.

E.      These responses are made without waiver of, and with preservation of:

All questions as to competency, relevancy, materiality, privilege and admissibility of these responses, the documents produced hereunder and the subject matter thereof, as evidence for any purpose in any further proceeding in this action (including the trial of this action) and in any other action; the right to object to the use of any grounds in any further proceeding of this action (including the trial of this action) and in any other action; the right to object on any grounds at any time to a demand or request for further discovery proceedings involving or relating to the subject matter hereof ; and the right at any time to revise, correct, add to, supplement, or clarify ant of the responses contained herein.

## PLAINTIFF'S RESPONSES TO INTIAL INTERROGATORIES

1. Please provide a specific dollar amount reflecting the damages you are seeking for the subject claim and identify all reports, estimates, proposals, contracts, written agreements, change orders, invoices, receipts, correspondence or any other documents supporting or demonstrating your claim for these damages.

    **RESPONSE**: I am not a damage expert and therefore I am relying on the estimates and/or reports prepared by Dri-Max Restoration, VC Scope, DBI Construction Consultants, among others to determine every item of damage sustained to the insured property as a result of the loss described in the operative Complaint, as well as the necessary cost to repair and restore the property to its pre-loss condition. Per the reports, the damages Plaintiff seeks for the subject claim total an amount of $1,334,991.80. Pursuant to Fla. R. Civ. P. 1.340(c), please refer to the documents submitted in response to Defendant's First Request for Production for further details regarding the subject damages. Plaintiff reserves the right to amend and/or supplement this response.

2. Please provide a specific dollar amount reflecting any and all repairs, renovations or modifications made to correct the damages you are seeking for the subject claim and identify all documents supporting or demonstrating your incurred expenses for these repairs.

    **RESPONSE**: To the best of my knowledge and recollection, the expenses incurred total an amount of $730,604.32. Pursuant to Fla. R. Civ. P. 1.340(c), please refer to the documents submitted in response to Defendant's First Request for Production for further details on the repairs, renovations, and modifications made. Plaintiff reserves the right to amend and/or supplement this response.

3. Aside from those damages identified in interrogatories 1 and 2 above, please state whether you are seeking any other damages in this litigation and, if so, describe in detail the nature of these damages, the basis for seeking these damages, and identify in detail all

estimates, proposals, invoices, statements, receipts, correspondence or any other documents supporting or demonstrating your claim for these damages.

**RESPONSE**: Objection, this request is overbroad, vague, and unduly burdensome. Notwithstanding said objection, there are no damages other than previously provided to Defendant. Plaintiff reserves the right to amend and/or supplement this response.

4. Please identify the current members of STAR PROPERTY NAKATOMI, LLC. Please also identify the address that is each members' domicile. If any member of STAR PROPERTY NAKATOMI, LLC is also a limited liability company, please identify each member of that limited liability company as well as each member's domicile.

**RESPONSE**: To the best of my knowledge and recollection, the current members of STAR PROPERTY NAKATOMI, LLC are as follows:

- Nicolas Estrella

  940 Mariner Drive

  Key Biscayne, FL 33149
- Jose E. Estrella

  685 Harbor Lane

  Key Biscayne, FL 33149

Plaintiff reserves the right to amend and/or supplement this response.

## VERIFICATION FORM

**STATE OF FLORIDA**      )

                           ) SS:

**COUNTY OF:** _Florida_      )

Before Me, the undersigned authority, this day, personally appeared, _Nicolas Estrella_, who, being first duly sworn, deposes and says that he / she executed the foregoing Interrogatories and that he / she declares that he /she has read the foregoing Interrogatories and that the facts stated therein are complete and true.

_____
SIGNATURE

_Nicolas Estrella_
PRINT NAME

**CHECK ONE:** _✓_ Personally known **OR** _____ Produced Identification

Type of identification produced: _____

**SWORN TO AND SUBSCRIBED** before me today, _August 15_, 2023.

_____
NOTARY SIGNATURE

TERESITA DIAZ
Notary Public - State of Florida
Commission # HH 145898
My Comm. Expires Jun 27, 2025
Bonded through National Notary Assn.

Commission Number: _____
Commission Expiration Date: _6/27/2025_

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC

Case No.: 2022-024631-CA-01

            Plaintiff,

vs.

ARCH SPECIALTY INSURANCE
COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER:VETGV06026210,

            Defendants.

_____/

**DEFENDANTS' AMENDED FACT AND EXPERT WITNESS LIST**

Defendants, ARCH SPECIALTY INSURANCE COMPANY ("ARCH), UNITED

SPECIALTY INSURANCE COMPANY ("UNITED"), and CERTAIN UNDERWRITERS

AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210

("UNDERWRITERS)) (herein "DEFENDANTS"), by and through its undersigned

counsel, pursuant to the applicable Florida Rules of Civil Procedure and this Court's

Case Management Order dated May 1, 2023, hereby files this Amended Fact and

Expert Witness List:

1.      Excel Alfaro
        Claim Representative
        Your Insurance Attorney, PLLC
        2601 South Bayshore Drive
        18 Floor
        Coconut Grove, Florida 33133

        Plaintiff's claim representative; has knowledge of the claim investigation,
        condition of the Subject Property, and communications between
        Plaintiff/Defendants/their representatives.

2.      Corporate Representative for ARCH SPECIALTY INSURANCE COMPANY
        c/o Christopher M. Ramey, Esq.
        Madeline S. Meconnahey, Esq.
        Butler Weihmuller Katz Craig LLP
        400 N. Ashley Drive, Suite 2300
        Tampa, FL 33602

        Defendant; has knowledge of the claim, claim investigation, condition of the subject property, and the subject litigation.

3.      Corporate Representative for CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210
        c/o Christopher M. Ramey, Esq.
        Madeline S. Meconnahey, Esq.
        Butler Weihmuller Katz Craig LLP
        400 N. Ashley Drive, Suite 2300
        Tampa, FL 33602

        Defendant; has knowledge of the claim, claim investigation, condition of the subject property, and the subject litigation.

4.      Cynthia Dorrego
        DBI Construction Consultants, LLC
        1401 NW 136th Avenue
        Suite 302
        Sunrise, FL 33323

        Defendants' engineering consultant; has knowledge of the claim, claim investigation, condition of the subject property, and observations at the inspection of the Subject Property, on June 16, 2022.

5.      Jaime Escudero
        DBI Construction Consultants, LLC
        1401 NW 136th Avenue
        Suite 302
        Sunrise, FL 33323

        Defendants' engineering consultant; has knowledge of the claim, claim investigation, condition of the subject property, and observations at the inspection of the Subject Property, on June 16, 2022.

6.      Donna Friis, P.E.
        Practice Leader, Construction
        Envista Forensics
        3914 U.S. 301 N, Unit 800
        Tampa, FL 33619

        Defendants' engineering consultant; has knowledge of the claim, and peer review of the Envista's report dated October 6, 2022.

7.      Hugo Gabriel Garcia
        General Adjuster
        McLarens
        9100 South Dadeland Boulevard
        Suite 800
        Miami, FL 33156

        Defendants' independent adjuster; has knowledge of the claim investigation, condition of the Subject Property, communications between Plaintiff/Defendants/their representatives, and inspection of the Subject Property, on behalf of the DEFENDANTS, on or about June 24, 2022.

8.      Dany Gener
        Inspector
        TruView Mold, LLC
        7990 SW 117 Ave.
        Suite 100, Miami, FL 33183

        Plaintiff's mold consultant; has knowledge of the claim investigation, condition of the Subject Property, and mold assessments dated June 16, 2022, and July 25, 2022.

9.      Inspector Lab
        3301 N.W. 55th St.
        Ft. Lauderdale, FL 33309

        Plaintiff's vendor; has knowledge of mold samples and testing.

10.   Randy Joseph
      DBI Construction Consultants, LLC
      1401 NW 136th Avenue
      Suite 302
      Sunrise, FL 33323

      Defendants' engineering consultant; has knowledge of the claim, claim
      investigation, condition of the subject property, and observations at the
      inspection of the Subject Property, on June 16, 2022.

11.   Corey Mitchell
      Sedgwick
      Account Manager
      1080 Eldridge Parkway, 12th Floor
      Houston, TX  77077
      12650 Ingenuity Drive
      Suite 200
      Orlando, FL 32826

      DEFENDANTS' third party administrator; has knowledge of the claim
      investigation, condition of the Subject Property, and communications between
      Plaintiff/Defendants/their representatives.

12.   Christian Scherf
      Director
      DBI Construction Consultants, LLC
      1401 NW 136th Avenue
      Suite 302
      Sunrise, FL 33323

      Defendants' expert engineering consultant.  Mr. Scherf will offer testimony
      pertaining to his observations at the inspection of the Subject Property, on June
      16, 2022, and per the opinions provided in the DBI's report dated February 3,
      2023 (attached as **Exhibit A**).

13.   John D. Shane, PHD
      Inspector Lab
      3301 N.W. 55th St.
      Ft. Lauderdale, FL 33309

      Plaintiff's vendor; has knowledge of mold samples and testing.

14.     Stephen G. Sheffield, P.E.
        Senior Project Engineer
        Civil/Structural
        Envista Forensics
        3914 U.S. 301 N, Unit 800
        Tampa, FL 33619

        Defendants' expert engineering consultant.  Mr. Sheffield will offer testimony
        pertaining to his observations at the inspection of the Subject Property, on
        August 26, 2022, and per the opinions provided in the Envista's report dated
        October 6, 2022 (attached as **Exhibit B**).

15.     Star Property Nakatomi , LLC
        3750 W Flagler Street
        Coral Gables, FL 33134

        Plaintiff; has knowledge of the claim, claim investigation, condition of the subject
        property, communications between Plaintiff/Defendants/their representatives,
        and the subject litigation.

16.     Truview Mold, LLC
        7990 SW 117 Ave.
        Suite 100, Miami, FL 33183

        Plaintiff's mitigation consultant and assignee of benefits; has knowledge of
        Truview Mold, LLC's work and condition of the Subject Property.

17.     Corporate Representative for UNITED SPECIALTY INSURANCE COMPANY
        c/o Christopher M. Ramey, Esq.
        Madeline S. Meconnahey, Esq.
        Butler Weihmuller Katz Craig LLP
        400 N. Ashley Drive, Suite 2300
        Tampa, FL 33602

        Defendant; has knowledge of the claim, claim investigation, condition of the
        subject property, and the subject litigation.

18.     VC Consulting
        10685 NW 123rd Street Road
        Medley, FL. 33178

        Plaintiff's estimator; has knowledge of VC Consulting's work, condition of the
        Subject Property, and VC Consulting's estimate(s).

        As discovery is ongoing, DEFENDANTS reserves the right to amend its Expert

and Fact Witness list, and/or reserves the right to disclose any necessary rebuttal witnesses.

BUTLER WEIHMULLER KATZ CRAIG LLP

*MM*

CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.:  1033019
mmeconnahey@butler.legal
Secondary:   hkerr@butler.legal
                        ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900
Attorneys for Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

Maximo A. Santiago
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, Florida 33133
YIA3@yourinsuranceattorney.com
eservice@yourinsuranceattorney.com
Attorneys For Plaintiff, MENDEZ
COMPANY, LLC f/k/a AMAZON
PEDIATRICS

by e-Portal on August 17, 2023.

*MM*

MADELINE S. MECONNAHEY, ESQ.

6



#  BUILDING DAMAGE REPORT



## Star Property Nakatomi LLC

1801 Southwest 3rd Avenue, Miami, Fl 33129

| | |
|---|---|
| Prepared for: | McLarens |
| Care of: | Gabriel Garcia |
| Claim #: | 009.022480.00 |
| Prepared by: | Christian Scherf<br>Director |
| Prepared on: | February 3, 2023 |

DBI Construction Consultants | www.dbi-cc.com

New York City • Miami • Chicago • Atlanta • Dallas • Denver • Orlando • Los Angeles • Detroit

Star Property Nakatomi LLC
Building Damage Report

## TABLE OF CONTENTS

Building Damage Report..........................................................................TAB 1

DBI Repair Estimate ..............................................................................TAB 2

Supporting Documents...........................................................................TAB 3

    Envista Forensics – Report of Findings 6 Oct 2022 ................................TAB 3.1

Field Photo Report ................................................................................TAB 4

DBI Construction Consultants, LLC

Star Property Nakatomi LLC
Building Damage Report

# BUILDING DAMAGE REPORT TAB 1

# BUILDING DAMAGE REPORT

## A.     Introduction

### A.1.     Assignment

At the request of McLarens, DBI was assigned to inspect, scope, photo document, and estimate the cost to repair water damages at 1801 Southwest 3rd Ave Miami, Fl 33129. DBI was advised that the date of loss was on or around June 16, 2022.

### A.2.     Property Overview

The property consists of a nine-story, office building of 30,622 square feet. The subject property is constructed using typical construction methods such as concrete and steel components and was originally constructed in 1981. Typical construction features include:

> Exterior: Stucco and painted concrete.
>
> Walls and Ceilings: Acoustical ceiling tile, painted concrete ceilings, drywall, and tile.
>
> Floors: Ceramic tile, wood laminate, and concrete (mech rooms).
>
> Millwork and Trim: Paint-grade baseboard and trim, and tile base.
>
> Doors and Openings: Steel and wood doors, metal and wood framed windows.

### A.3.     Inspection

In accordance with the assignment, Christian Scherf, Jaime Escudero, Cynthia Dorrego, and Randy Joseph of DBI inspected the property on October 31, 2022.

In brief, DBI was advised that a broken pipe from the cooling tower caused varying degrees of interior water damages. The observed conditions were consistent with this report.

Star Property Nakatomi LLC                                                                February 3, 2023
Building Damage Report

## B.    DBI Building Repair Estimate

DBI has prepared a repair estimate to return the premises to its pre-loss condition, based on conditions observed at the time of inspection and information obtained prior to this report. The estimate is subject to change based on the presentation of new information. Please refer to Tab #2 for the complete DBI Repair Estimate.

A summary of the total estimated restoration costs is as follows:

| Description | RCV | Depreciation | ACV |
|---|---|---|---|
| DBI Repair Estimate | $196,808.11 | ($84,693.70) | $112,114.41 |

B.1.    <u>Issues specific to the estimate</u>

The DBI repair estimate includes allowances for drywall repairs to the Mechanical Rooms on levels 1 through 8.

DBI has allowed for flooring replacement in the reception, communal areas, and office spaces where the flooring is continuous. We have also allowed for replacement of quarter-round in all areas where flooring is being replaced.

Based on observations made at the time of inspection, DBI has included allowances to repair drywall, baseboards, and quarter-round on levels 1 through 8.

DBI has included allowances for painting of drywall, baseboard, and quarter-round in each of the affected areas.

The DBI repair estimate includes allowances for ceiling tile replacement in the 4-Geeks office on the first floor, and on the second and fourth floor lobbies.

The DBI repair estimate excludes allowances for damaged content items.

The DBI repair estimate includes allowances to test, check, and complete minor mechanical repairs, as necessary.

The DBI repair estimate excludes allowances for emergency services.  Upon request, DBI can review invoices for any incurred restoration costs.

The DBI repair estimate has not given any consideration to potential asbestos containing materials, mold, or lead based paint and the cost associated with remediation.

The DBI repair estimate is to make repairs with like kind and quality materials in the same configuration that existed prior to loss.

The DBI repair estimate does not include any allowance for code upgrades that may become necessary during the restoration process.

B.2.    Period of restoration

Based on the observed damage, DBI estimates the following schedule regarding the period of restoration (exclusive of permit processing, material lead time, or other preconstruction activities):

| Repair Time | 3 - 5 weeks |
| --- | --- |

## C.    Supporting Documents

Prior to issuing this report, DBI was provided the following document:

Envista Forensics – Report of Findings

These documents can be found in Tab #3 of this report.

## D.    DBI Photo Report

A photo report depicting observed conditions at the time of inspection has been provided at Tab #4 of this report. Upon request, captions and larger and/or additional images can be furnished.

*The findings and recommendations contained in this report are based on documentation obtained prior to the date of this report and are subject to change based on the presentation of new information. DBI's findings and recommendations are subject to coverage review by the insurance carrier(s) and their representatives.*

Star Property Nakatomi LLC
Building Damage Report

# DBI REPAIR ESTIMATE TAB 2

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

Client:          Star Property Nakatomi LLC
Property:        1801 3rd Avenue
                 Miami, FL 33129

Type of Estimate:  Water Damage

Price List:        FLMI8X_JUN22
Labor Efficiency:  Restoration/Service/Remodel
Estimate:          STARPROP_NAKATOMI

## Summary

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 161,286.01 |
| Material Sales Tax | @ | 7.500% x | 41,916.34 | 3,143.85 |
| Subtotal | | | | 164,429.86 |
| Overhead | @ | 10.0% x | 160,570.88 | 16,057.22 |
| Profit | @ | 10.0% x | 160,570.88 | 16,057.22 |
| Total Cleaning Tax | @ | 7.500% x | 3,517.44 | 263.81 |
| **Replacement Cost Value** | | | | **$196,808.11** |
| Less Depreciation | | | | (84,693.70) |
| **Actual Cash Value** | | | | **$112,114.41** |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

The following repair estimate is to return the property to its pre-loss condition using like kind and quality materials.

Industry accepted repair techniques for fire, water or wind restoration have been considered.

This estimate does not give any consideration to potential mold growth, asbestos containing materials or lead based paint and the costs associated with remediation.

Depreciation has been applied based on the age and condition of the building components being replaced.

This estimate is based on site conditions observed at the time of DBI's inspection and is subject to change based on the presentation of new information.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**STARPROP_NAKATOMI**

**8th Floor**

**Main Level**

---

**8th Floor Lobby**                                                                                    **Height: 8'**

| | | |
|---|---|---|
| 892.00 SF Walls | | 280.75 SF Ceiling |
| 1172.75 SF Walls & Ceiling | | 280.75 SF Floor |
| 31.19 SY Flooring | | 111.50 LF Floor Perimeter |
| 111.50 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals:  8th Floor Lobby**                                                                        **0.00**

---

**Mech Room**                                                                                          **Height: 8'**

| | | |
|---|---|---|
| 234.67 SF Walls | | 45.65 SF Ceiling |
| 280.31 SF Walls & Ceiling | | 45.65 SF Floor |
| 5.07 SY Flooring | | 29.33 LF Floor Perimeter |
| 29.33 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| 1. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |
| The above line items are to replace drywall removed to repair damaged pipes. | | | | | | |
| **Floor** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Heating, Ventilation, & Air Conditioning** | | | | | | |
| 2. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |
| **Paint** | | | | | | |

---

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Mech Room**

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------|------|--------|---------|-------|
| 3. DRY | MASKSF | | + Mask per square foot for drywall work | | | | |
| | | F | | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 4. PNT | MASKSF | | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 5. PNT | SP2 | | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room**                                                                   **1,569.26**

| Storage Closet | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 78.67 SF Walls | | 6.04 SF Ceiling | |
| 84.71 SF Walls & Ceiling | | 6.04 SF Floor | |
| 0.67 SY Flooring | | 9.83 LF Floor Perimeter | |
| 9.83 LF Ceil. Perimeter | | | |

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------|------|--------|---------|-------|
| No visible loss related damage in this area. | | | | | | | |

**Totals:  Storage Closet**                                                                   **0.00**

| Reception Area | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 772.00 SF Walls | | 424.12 SF Ceiling | |
| 1196.12 SF Walls & Ceiling | | 424.12 SF Floor | |
| 47.12 SY Flooring | | 96.50 LF Floor Perimeter | |
| 96.50 LF Ceil. Perimeter | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | CALC | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 6. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 424.12 SF | 1.46+ | 6.15 = | 3,227.56 |

**Finish Carpentry**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 96.50 LF | 0.20+ | 1.88 = | 200.72 |

**Paint**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 96.50 LF | 0.00+ | 1.47 = | 141.86 |
| 9. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 96.50 LF | 0.00+ | 1.60 = | 154.40 |
| 10. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 96.50 LF | 0.00+ | 0.87 = | 83.96 |

**Totals:  Reception Area**                                                **3,808.50**

---

**Conference Room**                                                      **Height: 8'**

| | | |
|---|---|---|
| 549.33 SF Walls | | 288.85 SF Ceiling |
| 838.19 SF Walls & Ceiling | | 288.85 SF Floor |
| 32.09 SY Flooring | | 68.67 LF Floor Perimeter |
| 68.67 LF Ceil. Perimeter | | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | CALC | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 11. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 288.85 SF | 1.46+ | 6.15 = | 2,198.15 |

**Finish Carpentry**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 68.67 LF | 0.20+ | 1.88 = | 142.83 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Conference Room**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Paint**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| 13. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 68.67 LF | 0.00+ | 1.47 = | 100.94 |
| 14. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 68.67 LF | 0.00+ | 0.87 = | 59.74 |
| 15. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 68.67 LF | 0.00+ | 1.60 = | 109.87 |

**Totals:  Conference Room** 2,611.53

| Office 1 | | | | | | Height: 8' |
|----------|---|---|---|---|---|------------|

| 421.33 SF Walls | 170.85 SF Ceiling |
|-----------------|-------------------|
| 592.19 SF Walls & Ceiling | 170.85 SF Floor |
| 18.98 SY Flooring | 52.67 LF Floor Perimeter |
| 52.67 LF Ceil. Perimeter | |

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| 16. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 170.85 SF | 1.46+ | 6.15 = | 1,300.17 |

**Finish Carpentry**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| 17. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 52.67 LF | 0.20+ | 1.88 = | 109.55 |

**Paint**

| CAT | SEL | ACT | DESCRIPTION | | | |
|-----|-----|-----|-------------|---|---|---|
| 18. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 52.67 LF | 0.00+ | 1.47 = | 77.42 |
| 19. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 52.67 LF | 0.00+ | 0.87 = | 45.82 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 1**

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| 20. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 52.67 LF | 0.00+ | 1.60 = | 84.27 |

**Totals:  Office 1** **1,617.23**

| Office 2 | | | | | | Height: 8' |
|----------|--|--|--|--|--|-----------|

| 576.00 SF Walls | 320.00 SF Ceiling |
|-----------------|-------------------|
| 896.00 SF Walls & Ceiling | 320.00 SF Floor |
| 35.56 SY Flooring | 320.00 SF Floor |
| 72.00 LF Ceil. Perimeter | 72.00 LF Floor Perimeter |

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 21. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 320.00 SF | 1.46+ | 6.15 = | 2,435.20 |
| **Finish Carpentry** | | | | | | |
| 22. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 72.00 LF | 0.20+ | 1.88 = | 149.76 |
| **Paint** | | | | | | |
| 23. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 72.00 LF | 0.00+ | 1.47 = | 105.84 |
| 24. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 72.00 LF | 0.00+ | 1.60 = | 115.20 |
| 25. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 72.00 LF | 0.00+ | 0.87 = | 62.64 |

**Totals:  Office 2** **2,868.64**



**Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| **Office 3** | | | | | **Height: 8'** |
|---|---|---|---|---|---|
| | 562.67 SF Walls | | | 306.67 SF Ceiling | |
| | 869.33 SF Walls & Ceiling | | | 306.67 SF Floor | |
| | 34.07 SY Flooring | | | 70.33 LF Floor Perimeter | |
| | 70.33 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 26. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 306.67 SF | 1.46+ | 6.15 = | 2,333.76 |

**Paint**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 27. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 70.33 LF | 0.00+ | 1.47 = | 103.39 |
| 28. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 70.33 LF | 0.00+ | 0.87 = | 61.19 |
| 29. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 70.33 LF | 0.00+ | 1.60 = | 112.53 |

**Totals: Office 3** — **2,610.87**

| **Office 4** | | | | | **Height: 8'** |
|---|---|---|---|---|---|
| | 408.00 SF Walls | | | 161.87 SF Ceiling | |
| | 569.87 SF Walls & Ceiling | | | 161.87 SF Floor | |
| | 17.99 SY Flooring | | | 51.00 LF Floor Perimeter | |
| | 51.00 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 30. DRY | LF | & R&R 1/2" - drywall per LF - up to 2' tall | | | | |
| | | DRYLF_0.LF | 2.00 LF | 2.78+ | 11.00 = | 27.56 |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 4**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Floor** | | | | | | |
| 31. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 161.87 SF | 1.46+ | 6.15 = | 1,231.83 |
| **Finish Carpentry** | | | | | | |
| 32. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 51.00 LF | 0.20+ | 1.88 = | 106.08 |
| 33. FNC | B5M | & R&R Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | 13.58 | 13.58 LF | 0.62+ | 4.26 = | 66.27 |
| **Paint** | | | | | | |
| 34. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | 3*2 | 6.00 SF | 0.00+ | 0.27 = | 1.62 |
| 35. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 51.00 LF | 0.00+ | 1.47 = | 74.97 |
| 36. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 408.00 SF | 0.00+ | 1.44 = | 587.52 |
| 37. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 51.00 LF | 0.00+ | 0.87 = | 44.37 |
| 38. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 51.00 LF | 0.00+ | 1.60 = | 81.60 |

**Totals:  Office 4**                                                                                        **2,221.82**

| Office 5 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 386.67 SF Walls | | | 116.65 SF Ceiling | | |
| | 503.31 SF Walls & Ceiling | | | 116.65 SF Floor | | |
| | 12.96 SY Flooring | | | 48.33 LF Floor Perimeter | | |
| | 48.33 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |

No visible loss related damage in this area.
**Walls**

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 5**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|

No visible loss related damage in this area.

**Floor**

39. FCW  LAM          & R&R Snaplock Laminate - simulated wood flooring

| | | F | 116.65 SF | 1.46+ | 6.15 = | 887.71 |

**Finish Carpentry**

40. FNC  QR          & R&R Quarter round - 3/4"

| | | PF | 48.33 LF | 0.20+ | 1.88 = | 100.53 |

**Paint**

41. PNT  MASKLF          + Mask and prep for paint - plastic, paper, tape (per LF)

| | | PF | 48.33 LF | 0.00+ | 1.47 = | 71.05 |

42. PNT  B1SP          + Seal & paint baseboard - two coats

| | | PF | 48.33 LF | 0.00+ | 1.60 = | 77.33 |

43. PNT  SHOE          + Seal & paint base shoe or quarter round

| | | PF | 48.33 LF | 0.00+ | 0.87 = | 42.05 |

**Totals:  Office 5**                                                                    **1,178.67**

| **Break Room** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

344.00 SF Walls            114.20 SF Ceiling
458.20 SF Walls & Ceiling            114.20 SF Floor
12.69 SY Flooring            43.00 LF Floor Perimeter
43.00 LF Ceil. Perimeter

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**

44. FCW  LAM          & R&R Snaplock Laminate - simulated wood flooring

| | | F | 114.20 SF | 1.46+ | 6.15 = | 869.06 |

**Finish Carpentry**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Break Room**

| CAT | SEL | | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 45. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 43.00 LF | 0.20+ | 1.88 = | 89.44 |
| **Paint** | | | | | | |
| 46. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 43.00 LF | 0.00+ | 1.47 = | 63.21 |
| 47. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 43.00 LF | 0.00+ | 1.60 = | 68.80 |
| 48. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 43.00 LF | 0.00+ | 0.87 = | 37.41 |

| | | |
|---|---|---|
| **Totals:  Break Room** | | **1,127.92** |
| **Total: Main Level** | | **19,614.44** |
| **Total: 8th Floor** | | **19,614.44** |

**7th Floor**

**Main Level**

| Mech Room | | | Height: 8' |
|---|---|---|---|

| | |
|---|---|
| 234.67 SF Walls | 45.65 SF Ceiling |
| 280.31 SF Walls & Ceiling | 45.65 SF Floor |
| 5.07 SY Flooring | 45.65 SF Floor |
| 29.33 LF Ceil. Perimeter | 29.33 LF Floor Perimeter |

| CAT | SEL | | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| 49. DRY | 1/2 | | + 1/2" drywall - hung, taped, floated, ready for paint | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |
| The above line items are to replace drywall removed to repair damaged pipes. | | | | | | |
| **Floor** | | | | | | |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### CONTINUED - Mech Room

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----------------|---------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----------------|---------|---------|-------|
| 50. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |

**Paint**

| 51. DRY | MASKSF | + Mask per square foot for drywall work | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 52. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 53. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room**                                                              **1,569.26**

---

**Reception Area**                                                              **Height: 8'**

| | | |
|---|---|---|
| 1109.33 SF Walls | | 858.83 SF Ceiling |
| 1968.17 SF Walls & Ceiling | | 858.83 SF Floor |
| 95.43 SY Flooring | | 138.67 LF Floor Perimeter |
| 138.67 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|-----|-----|-----------------|---------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 54. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 858.83 SF | 1.46+ | 6.15 = | 6,535.69 |

**Finish Carpentry**

| 55. FNC | QR | & R&R Quarter round - 3/4" | | | |
| | | PF | 138.67 LF | 0.20+ | 1.88 = | 288.43 |

**Paint**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Reception Area**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| 56. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 138.67 LF | 0.00+ | 1.47 = | 203.84 |
| 57. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 138.67 LF | 0.00+ | 1.60 = | 221.87 |
| 58. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 138.67 LF | 0.00+ | 0.87 = | 120.64 |

**Totals:  Reception Area**                                                            **7,370.47**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Conference Room** | | | | | | **Height: 8'** |
| | 504.00 SF Walls | | | 233.37 SF Ceiling | | |
| | 737.37 SF Walls & Ceiling | | | 233.37 SF Floor | | |
| | 25.93 SY Flooring | | | 63.00 LF Floor Perimeter | | |
| | 63.00 LF Ceil. Perimeter | | | | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**

| | | | | | | |
|-----|-----|------|----------------------|--------|---------|-------|
| 59. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 233.37 SF | 1.46+ | 6.15 = | 1,775.95 |

**Finish Carpentry**

| | | | | | | |
|-----|-----|------|----------------------|--------|---------|-------|
| 60. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 63.00 LF | 0.20+ | 1.88 = | 131.04 |

**Paint**

| | | | | | | |
|-----|-----|------|----------------------|--------|---------|-------|
| 61. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 63.00 LF | 0.00+ | 1.47 = | 92.61 |
| 62. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 63.00 LF | 0.00+ | 1.60 = | 100.80 |

2/1/2023                                                                                   Page: 13

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### CONTINUED - Conference Room

| CAT | SEL | CALC | ACT DESCRIPTION<br>QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 63. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 63.00 LF | 0.00+ | 0.87 = | 54.81 |

| **Totals:  Conference Room** | | | | | | **2,155.21** |
|---|---|---|---|---|---|---|

| **Office 1** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| 376.00 SF Walls | 138.03 SF Ceiling |
|---|---|
| 514.03 SF Walls & Ceiling | 138.03 SF Floor |
| 15.34 SY Flooring | 138.03 SF Floor |
| 47.00 LF Ceil. Perimeter | 47.00 LF Floor Perimeter |

| CAT | SEL | CALC | ACT DESCRIPTION<br>QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 64. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 138.03 SF | 1.46+ | 6.15 = | 1,050.40 |
| **Finish Carpentry** | | | | | | |
| 65. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 47.00 LF | 0.20+ | 1.88 = | 97.76 |
| **Paint** | | | | | | |
| 66. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 47.00 LF | 0.00+ | 1.47 = | 69.09 |
| 67. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 47.00 LF | 0.00+ | 1.60 = | 75.20 |
| 68. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 47.00 LF | 0.00+ | 0.87 = | 40.89 |

| **Totals:  Office 1** | | | | | | **1,333.34** |
|---|---|---|---|---|---|---|

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| Office 2 | | | | | Height: 8' |
|---|---|---|---|---|---|

| 446.67 SF Walls | 190.67 SF Ceiling |
|---|---|
| 637.33 SF Walls & Ceiling | 190.67 SF Floor |
| 21.19 SY Flooring | 55.83 LF Floor Perimeter |
| 55.83 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 69. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 190.67 SF | 1.46+ | 6.15 = | 1,451.00 |

**Finish Carpentry**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 70. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 55.83 LF | 0.20+ | 1.88 = | 116.13 |

**Paint**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 71. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 55.83 LF | 0.00+ | 1.47 = | 82.07 |
| 72. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 55.83 LF | 0.00+ | 1.60 = | 89.33 |
| 73. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 55.83 LF | 0.00+ | 0.87 = | 48.57 |

**Totals: Office 2**                                                                 **1,787.10**

| Office 3 | | | | | Height: 8' |
|---|---|---|---|---|---|

| 324.00 SF Walls | 102.50 SF Ceiling |
|---|---|
| 426.50 SF Walls & Ceiling | 102.50 SF Floor |
| 11.39 SY Flooring | 40.50 LF Floor Perimeter |
| 40.50 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 3**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|

**Walls**
No visible loss related damage in this area.
**Floor**
74. FCW     LAM          & R&R Snaplock Laminate - simulated wood flooring

| | | F | 102.50 SF | 1.46+ | 6.15 = | 780.03 |

**Finish Carpentry**
75. FNC     QR           & R&R Quarter round - 3/4"

| | | PF | 40.50 LF | 0.20+ | 1.88 = | 84.24 |

**Paint**
76. PNT     MASKLF       + Mask and prep for paint - plastic, paper, tape (per LF)

| | | PF | 40.50 LF | 0.00+ | 1.47 = | 59.54 |

77. PNT     B1SP         + Seal & paint baseboard - two coats

| | | PF | 40.50 LF | 0.00+ | 1.60 = | 64.80 |

78. PNT     SHOE         + Seal & paint base shoe or quarter round

| | | PF | 40.50 LF | 0.00+ | 0.87 = | 35.24 |

**Totals:  Office 3**                                                                 **1,023.85**

---

**Office 4**                                                                     **Height: 8'**

|  316.00 SF Walls | 97.50 SF Ceiling |
| 413.50 SF Walls & Ceiling | 97.50 SF Floor |
|  10.83 SY Flooring | 39.50 LF Floor Perimeter |
|  39.50 LF Ceil. Perimeter | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|

**Ceiling**
No visible loss related damage in this area.
**Walls**
No visible loss related damage in this area.
**Floor**
79. FCW     LAM          & R&R Snaplock Laminate - simulated wood flooring

| | | F | 97.50 SF | 1.46+ | 6.15 = | 741.98 |

2/1/2023                                                                          Page: 16

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 4**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Finish Carpentry** | | | | | | |
| 80. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 39.50 LF | 0.20+ | 1.88 = | 82.16 |
| **Paint** | | | | | | |
| 81. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 39.50 LF | 0.00+ | 1.47 = | 58.07 |
| 82. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 39.50 LF | 0.00+ | 1.60 = | 63.20 |
| 83. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 39.50 LF | 0.00+ | 0.87 = | 34.37 |

**Totals:  Office 4**                                                                                      **979.78**

| **Office 5** | | | | | **Height: 8'** | |
|---|---|---|---|---|---|---|

317.33  SF Walls                    98.33  SF Ceiling
415.67  SF Walls & Ceiling          98.33  SF Floor
10.93  SY Flooring                  39.67  LF Floor Perimeter
39.67  LF Ceil. Perimeter

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 84. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 98.33 SF | 1.46+ | 6.15 = | 748.29 |
| **Finish Carpentry** | | | | | | |
| 85. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 39.67 LF | 0.20+ | 1.88 = | 82.51 |
| **Paint** | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 5**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 86. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 87. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |
| 88. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 39.67 LF | 0.00+ | 0.87 = | 34.51 |

**Totals:  Office 5**                                                                 **987.09**

| Office 6 | | | | Height: 8' |
|---|---|---|---|---|
| | 316.00 SF Walls | | 97.50 SF Ceiling | |
| | 413.50 SF Walls & Ceiling | | 97.50 SF Floor | |
| | 10.83 SY Flooring | | 39.50 LF Floor Perimeter | |
| | 39.50 LF Ceil. Perimeter | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 89. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 97.50 SF | 1.46+ | 6.15 = | 741.98 |
| **Finish Carpentry** | | | | | | |
| 90. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 39.50 LF | 0.20+ | 1.88 = | 82.16 |
| **Paint** | | | | | | |
| 91. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 39.50 LF | 0.00+ | 1.47 = | 58.07 |
| 92. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 39.50 LF | 0.00+ | 1.60 = | 63.20 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 6**

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| 93. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.50 LF | 0.00+ | 0.87 = | 34.37 |

**Totals:  Office 6** 979.78

| Office 7 | | | | | | Height: 8' |
|----------|--|--|--|--|--|-----------|

344.00  SF Walls                          85.67  SF Ceiling
429.67  SF Walls & Ceiling                85.67  SF Floor
9.52  SY Flooring                         43.00  LF Floor Perimeter
43.00  LF Ceil. Perimeter

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 94. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 85.67 SF | 1.46+ | 6.15 = | 651.95 |
| **Finish Carpentry** | | | | | | |
| 95. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 43.00 LF | 0.20+ | 1.88 = | 89.44 |
| **Paint** | | | | | | |
| 96. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 43.00 LF | 0.00+ | 1.47 = | 63.21 |
| 97. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 43.00 LF | 0.00+ | 0.87 = | 37.41 |
| 98. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 43.00 LF | 0.00+ | 1.60 = | 68.80 |

**Totals:  Office 7** 910.81

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

---

**Total: Main Level**          **19,096.69**

---

**Total: 7th Floor**          **19,096.69**

---

### 6th Floor

### Main Level

| 6th Floor Lobby | | | | Height: 8' |
|---|---|---|---|---|
| 886.67 SF Walls | | | 220.39 SF Ceiling | |
| 1107.06 SF Walls & Ceiling | | | 220.39 SF Floor | |
| 24.49 SY Flooring | | | 110.83 LF Floor Perimeter | |
| 110.83 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals:  6th Floor Lobby**          **0.00**

| Mech Room | | | | Height: 8' |
|---|---|---|---|---|
| 234.67 SF Walls | | | 45.65 SF Ceiling | |
| 280.31 SF Walls & Ceiling | | | 45.65 SF Floor | |
| 5.07 SY Flooring | | | 29.33 LF Floor Perimeter | |
| 29.33 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| 99. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
|---|---|---|---|---|---|---|
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.

**Floor**
No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Mech Room**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 100. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |
| **Paint** | | | | | | |
| 101. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 102. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 103. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room**                                                                 **1,569.26**

| Storage Closet | | | | | Height: 8' | |
|---|---|---|---|---|---|---|
| | 78.67 SF Walls | | | 6.04 SF Ceiling | | |
| | 84.71 SF Walls & Ceiling | | | 6.04 SF Floor | | |
| | 0.67 SY Flooring | | | 9.83 LF Floor Perimeter | | |
| | 9.83 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals: Storage Closet**                                                                 **0.00**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| Open Floor Area | | | | | Height: 8' |
|---|---|---|---|---|---|

1401.33 SF Walls                      1510.51 SF Ceiling
2911.85 SF Walls & Ceiling           1510.51 SF Floor
167.83 SY Flooring                    175.17 LF Floor Perimeter
175.17 LF Ceil. Perimeter

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 104. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 1510.51 SF | 1.46+ | 6.15 = | 11,494.98 |

**Finish Carpentry**

| 105. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|---|---|---|---|---|---|---|
| | | PF | 175.17 LF | 0.20+ | 1.88 = | 364.35 |

**Paint**

| 106. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 175.17 LF | 0.00+ | 1.47 = | 257.50 |
| 107. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 175.17 LF | 0.00+ | 1.60 = | 280.27 |
| 108. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 175.17 LF | 0.00+ | 0.87 = | 152.40 |

**Totals: Open Floor Area**          **12,549.50**

| Office 3 | | | | | Height: 8' |
|---|---|---|---|---|---|

404.00 SF Walls                      156.18 SF Ceiling
560.18 SF Walls & Ceiling            156.18 SF Floor
17.35 SY Flooring                    50.50 LF Floor Perimeter
50.50 LF Ceil. Perimeter

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 3**

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------|------|--------|---------|-------|

**Walls**
No visible loss related damage in this area.

**Floor**

| 109. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | | 156.18 SF | 1.46+ | 6.15 = | 1,188.53 |

**Finish Carpentry**

| 110. FNC | QR | | & R&R Quarter round - 3/4" | | | | |
| | | PF | | 50.50 LF | 0.20+ | 1.88 = | 105.04 |

**Paint**

| 111. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | | 50.50 LF | 0.00+ | 1.47 = | 74.24 |
| 112. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | | |
| | | PF | | 50.50 LF | 0.00+ | 0.87 = | 43.94 |
| 113. PNT | B1SP | | + Seal & paint baseboard - two coats | | | | |
| | | PF | | 50.50 LF | 0.00+ | 1.60 = | 80.80 |

**Totals: Office 3**                                                                                         **1,492.55**

---

**Office 4**                                                                                         **Height: 8'**

| 288.00 SF Walls | 80.83 SF Ceiling |
|-----------------|------------------|
| 368.83 SF Walls & Ceiling | 80.83 SF Floor |
| 8.98 SY Flooring | 36.00 LF Floor Perimeter |
| 36.00 LF Ceil. Perimeter | |

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------|------|--------|---------|-------|

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 114. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | | 80.83 SF | 1.46+ | 6.15 = | 615.11 |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 4**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Finish Carpentry** | | | | | | |
| 115. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |
| **Paint** | | | | | | |
| 116. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 117. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |
| 118. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

**Totals:  Office 4**                                                               **831.83**

| Office 5 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 288.00 SF Walls | | | 80.83 SF Ceiling | | |
| | 368.83 SF Walls & Ceiling | | | 80.83 SF Floor | | |
| | 8.98 SY Flooring | | | 80.83 SF Floor | | |
| | 36.00 LF Ceil. Perimeter | | | 36.00 LF Floor Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 119. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 80.83 SF | 1.46+ | 6.15 = | 615.11 |
| **Finish Carpentry** | | | | | | |
| 120. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |
| **Paint** | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323

STARPROP_NAKATOMI

305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 5**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------------|--------|---------|-------|
| 121. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 122. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |
| 123. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

**Totals:  Office 5**        **831.83**

| Office 6 | | | | | | Height: 8' |
|----------|--|--|--|--|--|------------|

298.67  SF Walls            86.55  SF Ceiling
385.22  SF Walls & Ceiling     86.55  SF Floor
9.62  SY Flooring            86.55  LF Floor Perimeter
37.33  LF Ceil. Perimeter

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 124. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 86.55 SF | 1.46+ | 6.15 = | 658.64 |
| **Finish Carpentry** | | | | | | |
| 125. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 37.33 LF | 0.20+ | 1.88 = | 77.65 |
| **Paint** | | | | | | |
| 126. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 37.33 LF | 0.00+ | 1.47 = | 54.88 |
| 127. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 37.33 LF | 0.00+ | 1.60 = | 59.73 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 6**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------|--------|---------|-------|
| 128. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 37.33 LF | 0.00+ | 0.87 = | 32.48 |

**Totals: Office 6** **883.38**

| Office 7 | | | | | | Height: 8' |
|----------|---|---|---|---|---|---|
| | | 318.67 SF Walls | | 68.03 SF Ceiling | | |
| | | 386.69 SF Walls & Ceiling | | 68.03 SF Floor | | |
| | | 7.56 SY Flooring | | 39.83 LF Floor Perimeter | | |
| | | 39.83 LF Ceil. Perimeter | | | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 129. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 68.03 SF | 1.46+ | 6.15 = | 517.70 |
| **Finish Carpentry** | | | | | | |
| 130. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 39.83 LF | 0.20+ | 1.88 = | 82.85 |
| **Paint** | | | | | | |
| 131. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.83 LF | 0.00+ | 1.47 = | 58.55 |
| 132. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.83 LF | 0.00+ | 1.60 = | 63.73 |
| 133. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.83 LF | 0.00+ | 0.87 = | 34.65 |

**Totals: Office 7** **757.48**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| | |
|---|---:|
| **Total: Main Level** | **18,915.83** |
| **Total: 6th Floor** | **18,915.83** |

<div align="center">

**5th Floor**

**Main Level**

</div>

| **5th Floor Lobby** | | **Height: 8'** |
|---|---|---|
| 886.67 SF Walls | 234.36 SF Ceiling | |
| 1121.03 SF Walls & Ceiling | 234.36 SF Floor | |
| 26.04 SY Flooring | 110.83 LF Floor Perimeter | |
| 110.83 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

| | | |
|---|---|---:|
| **Totals:  5th Floor Lobby** | | **0.00** |

| **Mech Room** | | **Height: 8'** |
|---|---|---|
| 234.67 SF Walls | 45.65 SF Ceiling | |
| 280.31 SF Walls & Ceiling | 45.65 SF Floor | |
| 5.07 SY Flooring | 29.33 LF Floor Perimeter | |
| 29.33 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| 134. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |
| The above line items are to replace drywall removed to repair damaged pipes. | | | | | | |
| **Floor** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Heating, Ventilation, & Air Conditioning** | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Mech Room

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 135. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |
| **Paint** | | | | | | |
| 136. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 137. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 138. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals: Mech Room** **1,569.26**

| Storage Closet | | | Height: 8' |
|-----|-----|-----|-----|
| 78.67 SF Walls | | 6.04 SF Ceiling | |
| 84.71 SF Walls & Ceiling | | 6.04 SF Floor | |
| 0.67 SY Flooring | | 9.83 LF Floor Perimeter | |
| 9.83 LF Ceil. Perimeter | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals: Storage Closet** **0.00**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                                        STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| Open Floor Area | | | | | Height: 8' |
|---|---|---|---|---|---|

| | 1398.67 SF Walls | | 1480.52 SF Ceiling |
|---|---|---|---|
| | 2879.19 SF Walls & Ceiling | | 1480.52 SF Floor |
| | 164.50 SY Flooring | | 174.83 LF Floor Perimeter |
| | 174.83 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Content Manipulation**

| 139. CON | LAB | + Content Manipulation charge - per hour | | | | |
|---|---|---|---|---|---|---|
| | | 4*8*2 | 64.00 HR | 0.00+ | 45.21 = | 2,893.44 |

The above line items are to remove and reset contents.  The calculation is based on an average daily crew size of 4 general laborers x 8 hour(s)/day x 2 day(s)/week.

**Ceiling**

No visible loss related damage in this area.

**Walls**

No visible loss related damage in this area.

**Floor**

| 140. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
|---|---|---|---|---|---|---|
| | | F | 1480.52 SF | 1.46+ | 6.15 = | 11,266.76 |

**Finish Carpentry**

| 141. FNC | QR | & R&R Quarter round - 3/4" | | | | |
|---|---|---|---|---|---|---|
| | | PF | 174.83 LF | 0.20+ | 1.88 = | 363.65 |

**Paint**

| 142. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
|---|---|---|---|---|---|---|
| | | PF | 174.83 LF | 0.00+ | 1.47 = | 257.00 |
| 143. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 174.83 LF | 0.00+ | 1.60 = | 279.73 |
| 144. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 174.83 LF | 0.00+ | 0.87 = | 152.10 |

**Totals:  Open Floor Area**                                                                                      **15,212.68**

| Office 3 | | | | | Height: 8' |
|---|---|---|---|---|---|

| | 404.00 SF Walls | | 156.18 SF Ceiling |
|---|---|---|---|
| | 560.18 SF Walls & Ceiling | | 156.18 SF Floor |
| | 17.35 SY Flooring | | 50.50 LF Floor Perimeter |
| | 50.50 LF Ceil. Perimeter | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| CAT | SEL | ACT | DESCRIPTION | | | | |
|-----|-----|------|-------------|--|--|--|--|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 145. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 156.18 SF | 1.46+ | 6.15 = | 1,188.53 |

**Finish Carpentry**

| 146. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 50.50 LF | 0.20+ | 1.88 = | 105.04 |

**Paint**

| 147. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 50.50 LF | 0.00+ | 1.47 = | 74.24 |
| 148. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 50.50 LF | 0.00+ | 1.60 = | 80.80 |
| 149. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 50.50 LF | 0.00+ | 0.87 = | 43.94 |

**Totals:  Office 3** — **1,492.55**

---

| **Office 4** | | | | | | **Height: 8'** |
|--|--|--|--|--|--|--|

288.00 SF Walls
368.83 SF Walls & Ceiling
8.98 SY Flooring
36.00 LF Ceil. Perimeter

80.83 SF Ceiling
80.83 SF Floor
36.00 LF Floor Perimeter

| CAT | SEL | ACT | DESCRIPTION | | | | |
|-----|-----|------|-------------|--|--|--|--|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 150. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 80.83 SF | 1.46+ | 6.15 = | 615.11 |

**Finish Carpentry**

| 151. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |

2/1/2023

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                     STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 4**

| CAT | SEL | ACT | DESCRIPTION | REMOVE | REPLACE | TOTAL |
|-----|-----|-----|-------------|--------|---------|-------|
| | | CALC | QNTY | | | |

**Paint**

| CAT | SEL | ACT | DESCRIPTION | REMOVE | REPLACE | TOTAL |
|-----|-----|-----|-------------|--------|---------|-------|
| 152. PNT | MASKLF | + | Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 153. PNT | B1SP | + | Seal & paint baseboard - two coats | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |
| 154. PNT | SHOE | + | Seal & paint base shoe or quarter round | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

**Totals:  Office 4**      **831.83**

**Office 5**      **Height: 8'**

| | | |
|---|---|---|
| 288.00 SF Walls | | 80.83 SF Ceiling |
| 368.83 SF Walls & Ceiling | | 80.83 SF Floor |
| 8.98 SY Flooring | | 36.00 LF Floor Perimeter |
| 36.00 LF Ceil. Perimeter | | |

| CAT | SEL | ACT | DESCRIPTION | REMOVE | REPLACE | TOTAL |
|-----|-----|-----|-------------|--------|---------|-------|
| | | CALC | QNTY | | | |

**Ceiling**

No visible loss related damage in this area.

**Walls**

No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT | DESCRIPTION | REMOVE | REPLACE | TOTAL |
|-----|-----|-----|-------------|--------|---------|-------|
| 155. FCW | LAM | & | R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 80.83 SF | 1.46+ | 6.15 = | 615.11 |

**Finish Carpentry**

| CAT | SEL | ACT | DESCRIPTION | REMOVE | REPLACE | TOTAL |
|-----|-----|-----|-------------|--------|---------|-------|
| 156. FNC | QR | & | R&R Quarter round - 3/4" | | | |
| | | PF | 36.00 LF | 0.20+ | 1.88 = | 74.88 |

**Paint**

| CAT | SEL | ACT | DESCRIPTION | REMOVE | REPLACE | TOTAL |
|-----|-----|-----|-------------|--------|---------|-------|
| 157. PNT | MASKLF | + | Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 36.00 LF | 0.00+ | 1.47 = | 52.92 |
| 158. PNT | B1SP | + | Seal & paint baseboard - two coats | | | |
| | | PF | 36.00 LF | 0.00+ | 1.60 = | 57.60 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 5**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| 159. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 36.00 LF | 0.00+ | 0.87 = | 31.32 |

**Totals:  Office 5** 831.83

| Office 6 | | | | | | Height: 8' |
|----------|--|--|--|--|--|------------|
| | 298.67 SF Walls | | | 86.55 SF Ceiling | | |
| | 385.22 SF Walls & Ceiling | | | 86.55 SF Floor | | |
| | 9.62 SY Flooring | | | 37.33 LF Floor Perimeter | | |
| | 37.33 LF Ceil. Perimeter | | | | | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|----------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 160. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 86.55 SF | 1.46+ | 6.15 = | 658.64 |
| **Finish Carpentry** | | | | | | |
| 161. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 37.33 LF | 0.20+ | 1.88 = | 77.65 |
| **Paint** | | | | | | |
| 162. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 37.33 LF | 0.00+ | 1.47 = | 54.88 |
| 163. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 37.33 LF | 0.00+ | 1.60 = | 59.73 |
| 164. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 37.33 LF | 0.00+ | 0.87 = | 32.48 |

**Totals:  Office 6** 883.38



**Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| **Office 7** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | 318.67 SF Walls | | | 68.03 SF Ceiling | | |
| | 386.69 SF Walls & Ceiling | | | 68.03 SF Floor | | |
| | 7.56 SY Flooring | | | 39.83 LF Floor Perimeter | | |
| | 39.83 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 165. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
|---|---|---|---|---|---|---|
| | | F | 68.03 SF | 1.46+ | 6.15 = | 517.70 |

**Finish Carpentry**

| 166. FNC | QR | & R&R Quarter round - 3/4" | | | | |
|---|---|---|---|---|---|---|
| | | PF | 39.83 LF | 0.20+ | 1.88 = | 82.85 |

**Paint**

| 167. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
|---|---|---|---|---|---|---|
| | | PF | 39.83 LF | 0.00+ | 1.47 = | 58.55 |
| 168. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 39.83 LF | 0.00+ | 1.60 = | 63.73 |
| 169. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 39.83 LF | 0.00+ | 0.87 = | 34.65 |

| **Totals: Office 7** | | | | | | **757.48** |
|---|---|---|---|---|---|---|

| **Total: Main Level** | | | | | | **21,579.01** |
|---|---|---|---|---|---|---|

| **Total: 5th Floor** | | | | | | **21,579.01** |
|---|---|---|---|---|---|---|

**4th Floor**

**Main Level**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | 4th Floor Lobby | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | | 976.00 SF Walls | | | 239.56 SF Ceiling | |
|---|---|---|---|---|---|---|
| | | 1215.56 SF Walls & Ceiling | | | 239.56 SF Floor | |
| | | 26.62 SY Flooring | | | 122.00 LF Floor Perimeter | |
| | | 122.00 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| 170. ACT | SG2 | M Material Only Suspended ceiling grid - 2' x 2' | | | | |
| | | 4'9*4 | 19.00 SF | 0.00+ | 0.74 = | 14.06 |
| 171. ACT | AV | M Material Only Acoustic ceiling tile | | | | |
| | | 12 | 12.00 SF | 0.00+ | 1.53 = | 18.36 |
| 172. ACT | LAB | + Acoustical Treatments Installer - per hour | | | | |
| | | 2*8*1 | 16.00 HR | 0.00+ | 98.16 = | 1,570.56 |

The above line items are to install acoustic ceiling tiles. The calculation is based on an average daily crew size of 2 ceiling tile installer x 8 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**
No visible loss related damage in this area.

**Floor**
No visible loss related damage in this area.

| **Totals: 4th Floor Lobby** | **1,602.98** |
|---|---|

| | | Mech Room | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | | 234.67 SF Walls | | | 45.65 SF Ceiling | |
|---|---|---|---|---|---|---|
| | | 280.31 SF Walls & Ceiling | | | 45.65 SF Floor | |
| | | 5.07 SY Flooring | | | 29.33 LF Floor Perimeter | |
| | | 29.33 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| 173. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.

**Floor**

**Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com



**CONTINUED - Mech Room**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| No visible loss related damage in this area. | | | | | | |
| **Heating, Ventilation, & Air Conditioning** | | | | | | |
| 174. HVC | AHHACRS | | + Air handler - with A-coil - Detach & reset | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |
| **Paint** | | | | | | |
| 175. DRY | MASKSF | | + Mask per square foot for drywall work | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 176. PNT | MASKSF | | + Mask the floor per square foot - plastic and tape - 4 mil | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 177. PNT | SP2 | | + Seal/prime then paint the walls twice (3 coats) | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals: Mech Room** **1,569.26**

**Storage Closet** **Height: 8'**

| | |
|---|---|
| 78.67 SF Walls | 6.04 SF Ceiling |
| 84.71 SF Walls & Ceiling | 6.04 SF Floor |
| 0.67 SY Flooring | 9.83 LF Floor Perimeter |
| 9.83 LF Ceil. Perimeter | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| No visible loss related damage in this area. | | | | | | |

**Totals: Storage Closet** **0.00**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| Open Floor Area | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| 742.67  SF Walls | | | | 301.94  SF Ceiling | | |
| 1044.61  SF Walls & Ceiling | | | | 301.94  SF Floor | | |
| 33.55  SY Flooring | | | | 92.83  LF Floor Perimeter | | |
| 92.83  LF Ceil. Perimeter | | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**

| 178. ACT | AV | | M Material Only Acoustic ceiling tile | | | |
|---|---|---|---|---|---|---|
| | | 3 | 3.00 SF | 0.00+ | 1.53 = | 4.59 |
| 179. ACT | LAB | | + Acoustical Treatments Installer - per hour | | | |
| | | 1*2*1 | 2.00 HR | 0.00+ | 98.16 = | 196.32 |

The above line items are to install acoustic ceiling tiles.  The calculation is based on an average daily crew size of 1 ceiling tile installer x 8 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**

No visible loss related damage in this area.

**Floor**

| 180. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 301.94 SF | 1.46+ | 6.15 = | 2,297.76 |

**Finish Carpentry**

| 181. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
|---|---|---|---|---|---|---|
| | | PF | 92.83 LF | 0.00+ | 0.00 = | 264.57 |

**Paint**

| 182. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 92.83 LF | 0.00+ | 1.47 = | 136.46 |
| 183. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 92.83 LF | 0.00+ | 1.60 = | 148.53 |

**Totals:  Open Floor Area**                                                                    **3,048.23**

| Office 1 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| 568.00  SF Walls | | | | 312.81  SF Ceiling | | |
| 880.81  SF Walls & Ceiling | | | | 312.81  SF Floor | | |
| 34.76  SY Flooring | | | | 71.00  LF Floor Perimeter | | |
| 71.00  LF Ceil. Perimeter | | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 1**

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| 184. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 312.81 SF | 1.46+ | 6.15 = | 2,380.48 |

**Finish Carpentry**

| 185. FNC | B5M | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | 71.00 LF | 0.00+ | 0.00 = | 202.35 |

**Paint**

| 186. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 71.00 LF | 0.00+ | 1.47 = | 104.37 |
| 187. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 71.00 LF | 0.00+ | 1.60 = | 113.60 |

**Totals:  Office 1**        **2,800.80**

**Office 2**        **Height: 8'**

| | | |
|---|---|---|
| 340.00 SF Walls | 110.51 SF Ceiling | |
| 450.51 SF Walls & Ceiling | 110.51 SF Floor | |
| 12.28 SY Flooring | 42.50 LF Floor Perimeter | |
| 42.50 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| | | CALC | | | | |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 188. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 110.51 SF | 1.46+ | 6.15 = | 840.98 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 2**

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|---|
| **Finish Carpentry** | | | | | | | |
| 189. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | | 42.50 LF | 0.00+ | 0.00 = | 121.13 |
| **Paint** | | | | | | | |
| 190. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | | 42.50 LF | 0.00+ | 1.47 = | 62.48 |
| 191. PNT | B1SP | | + Seal & paint baseboard - two coats | | | | |
| | | PF | | 42.50 LF | 0.00+ | 1.60 = | 68.00 |

**Totals:  Office 2**                                                                   **1,092.59**

| Office 3 | | | | | | | Height: 8' |
|---|---|---|---|---|---|---|---|

|  | | | 353.33  SF Walls | | 118.08  SF Ceiling | | |
|  | | | 471.42  SF Walls & Ceiling | | 118.08  SF Floor | | |
|  | | | 13.12  SY Flooring | | 44.17  LF Floor Perimeter | | |
|  | | | 44.17  LF Ceil. Perimeter | | | | |

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| No visible loss related damage in this area. | | | | | | | |
| **Walls** | | | | | | | |
| No visible loss related damage in this area. | | | | | | | |
| **Floor** | | | | | | | |
| 192. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | | 118.08 SF | 1.46+ | 6.15 = | 898.59 |
| **Finish Carpentry** | | | | | | | |
| 193. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | | 44.17 LF | 0.00+ | 0.00 = | 125.88 |
| **Paint** | | | | | | | |
| 194. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | | 44.17 LF | 0.00+ | 1.47 = | 64.93 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 3**

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|------|------|------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 195. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 44.17 LF | 0.00+ | 1.60 = | 70.67 |

**Totals:  Office 3**                                                   **1,160.07**

---

**Office 4**                                                 **Height: 8'**

| | | | |
|---|---|---|---|
| 317.33 SF Walls | | 79.77 SF Ceiling | |
| 397.10 SF Walls & Ceiling | | 79.77 SF Floor | |
| 8.86 SY Flooring | | 79.77 LF Floor Perimeter | |
| 39.67 LF Ceil. Perimeter | | | |

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|------|------|------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 196. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 79.77 SF | 1.46+ | 6.15 = | 607.05 |
| **Finish Carpentry** | | | | | | |
| 197. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
| | | PF | 39.67 LF | 0.00+ | 0.00 = | 113.06 |
| **Paint** | | | | | | |
| 198. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 199. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |

**Totals:  Office 4**                                                 **841.89**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | | | | |
|---|---|---|---|---|---|
| **Copy Room** | | | | | **Height: 8'** |

|  |  |
|---|---|
| 209.33 SF Walls | 42.50 SF Ceiling |
| 251.83 SF Walls & Ceiling | 42.50 SF Floor |
| 4.72 SY Flooring | 26.17 LF Floor Perimeter |
| 26.17 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | CALC | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|---|
| 200. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | | |
| | | | F | 42.50 SF | 1.46+ | 6.15 = | 323.43 |

**Finish Carpentry**

| CAT | SEL | ACT DESCRIPTION | CALC | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|---|
| 201. FNC | B5M | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | | |
| | | | PF | 26.17 LF | 0.00+ | 0.00 = | 74.58 |

**Paint**

| CAT | SEL | ACT DESCRIPTION | CALC | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|---|
| 202. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | | |
| | | | PF | 26.17 LF | 0.00+ | 1.47 = | 38.47 |
| 203. PNT | B1SP | + Seal & paint baseboard - two coats | | | | | |
| | | | PF | 26.17 LF | 0.00+ | 1.60 = | 41.87 |

| | |
|---|---|
| **Totals:  Copy Room** | **478.35** |

| | |
|---|---|
| **Total: Main Level** | **12,594.17** |

| | |
|---|---|
| **Total: 4th Floor** | **12,594.17** |

### 3rd Floor

### Main Level

| | | | | | |
|---|---|---|---|---|---|
| **3rd Floor Lobby** | | | | | **Height: 8'** |

|  |  |
|---|---|
| 930.67 SF Walls | 237.40 SF Ceiling |
| 1168.06 SF Walls & Ceiling | 237.40 SF Floor |
| 26.38 SY Flooring | 116.33 LF Floor Perimeter |
| 116.33 LF Ceil. Perimeter | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals: 3rd Floor Lobby**                                                                                     **0.00**

| | | **Mech Room** | | | | **Height: 8'** |
|---|---|---|---|---|---|---|
| | | 234.67 SF Walls | | | 45.65 SF Ceiling | |
| | | 280.31 SF Walls & Ceiling | | | 45.65 SF Floor | |
| | | 5.07 SY Flooring | | | 29.33 LF Floor Perimeter | |
| | | 29.33 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| 204. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |
| The above line items are to replace drywall removed to repair damaged pipes. | | | | | | |
| 205. DRY | 1/2 | & R&R 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 6*4 | 24.00 SF | 0.51+ | 2.71 = | 77.28 |
| **Floor** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Heating, Ventilation, & Air Conditioning** | | | | | | |
| 206. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |
| **Paint** | | | | | | |
| 207. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 208. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 209. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals: Mech Room**                                                                                     **1,646.54**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| Storage Closet | | | | | Height: 8' |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 78.67 SF Walls | | 6.04 SF Ceiling |
| 84.71 SF Walls & Ceiling | | 6.04 SF Floor |
| 0.67 SY Flooring | | 9.83 LF Floor Perimeter |
| 9.83 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| No visible loss related damage in this area. | | | | | | |

**Totals: Storage Closet**                                                                 **0.00**

| Open Floor Area | | | | | Height: 8' |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 742.67 SF Walls | | 301.94 SF Ceiling |
| 1044.61 SF Walls & Ceiling | | 301.94 SF Floor |
| 33.55 SY Flooring | | 92.83 LF Floor Perimeter |
| 92.83 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Content Manipulation** | | | | | | |
| 210. CON | LAB | + Content Manipulation charge - per hour | | | | |
| | | 2*4*2 | 16.00 HR | 0.00+ | 45.21 = | 723.36 |

The above line items are to remove and reset contents.  The calculation is based on an average daily crew size of 2 floor installers x 4 hour(s)/day x 2 day(s)/week.

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 211. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 301.94 SF | 1.46+ | 6.15 = | 2,297.76 |

**Finish Carpentry**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 212. FNC | B5M | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | 92.83 LF | 0.00+ | 0.00 = | 264.57 |

**Paint**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 213. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 92.83 LF | 0.00+ | 1.47 = | 136.46 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Open Floor Area**

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------|------|--------|---------|-------|
| 214. PNT | B1SP | | + Seal & paint baseboard - two coats | | | | |
| | | PF | | 92.83 LF | 0.00+ | 1.60 = | 148.53 |

**Totals:  Open Floor Area** **3,570.68**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Office 1** | | | | | | | **Height: 8'** |

568.00  SF Walls                312.81  SF Ceiling
880.81  SF Walls & Ceiling      312.81  SF Floor
34.76  SY Flooring              71.00  LF Floor Perimeter
71.00  LF Ceil. Perimeter

| CAT | SEL | CALC | ACT DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|-----------------|------|--------|---------|-------|
| **Ceiling** | | | | | | | |
| No visible loss related damage in this area. | | | | | | | |
| **Walls** | | | | | | | |
| No visible loss related damage in this area. | | | | | | | |
| **Floor** | | | | | | | |
| 215. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | | 312.81 SF | 1.46+ | 6.15 = | 2,380.48 |
| **Finish Carpentry** | | | | | | | |
| 216. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | | 71.00 LF | 0.00+ | 0.00 = | 202.35 |
| **Paint** | | | | | | | |
| 217. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | | 71.00 LF | 0.00+ | 1.47 = | 104.37 |
| 218. PNT | B1SP | | + Seal & paint baseboard - two coats | | | | |
| | | PF | | 71.00 LF | 0.00+ | 1.60 = | 113.60 |

**Totals:  Office 1** **2,800.80**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| Office 2 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 340.00 SF Walls | | | 110.51 SF Ceiling | | |
| | 450.51 SF Walls & Ceiling | | | 110.51 SF Floor | | |
| | 12.28 SY Flooring | | | 42.50 LF Floor Perimeter | | |
| | 42.50 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 219. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 110.51 SF | 1.46+ | 6.15 = | 840.98 |

**Finish Carpentry**

| 220. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
|---|---|---|---|---|---|---|
| | | PF | 42.50 LF | 0.00+ | 0.00 = | 121.13 |

**Paint**

| 221. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 42.50 LF | 0.00+ | 1.47 = | 62.48 |
| 222. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 42.50 LF | 0.00+ | 1.60 = | 68.00 |

**Totals: Office 2**  **1,092.59**

| Office 3 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 353.33 SF Walls | | | 118.08 SF Ceiling | | |
| | 471.42 SF Walls & Ceiling | | | 118.08 SF Floor | | |
| | 13.12 SY Flooring | | | 44.17 LF Floor Perimeter | | |
| | 44.17 LF Ceil. Perimeter | | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 3**

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| **Floor** | | | | | | |
| 223. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 118.08 SF | 1.46+ | 6.15 = | 898.59 |
| **Finish Carpentry** | | | | | | |
| 224. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
| | | PF | 44.17 LF | 0.00+ | 0.00 = | 125.88 |
| **Paint** | | | | | | |
| 225. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 44.17 LF | 0.00+ | 1.47 = | 64.93 |
| 226. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 44.17 LF | 0.00+ | 1.60 = | 70.67 |

**Totals: Office 3**                                                                                    **1,160.07**

| Office 4 | | | | | | Height: 8' |
|----------|--|--|--|--|--|------------|

317.33 SF Walls                           79.77 SF Ceiling
397.10 SF Walls & Ceiling                 79.77 SF Floor
8.86 SY Flooring                          39.67 LF Floor Perimeter
39.67 LF Ceil. Perimeter

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 227. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 79.77 SF | 1.46+ | 6.15 = | 607.05 |
| **Finish Carpentry** | | | | | | |
| 228. FNC | B5M | | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | |
| | | PF | 39.67 LF | 0.00+ | 0.00 = | 113.06 |
| **Paint** | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

**CONTINUED - Office 4**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 229. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 230. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |

**Totals:  Office 4**                                                                 **841.89**

| Copy Room | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

209.33 SF Walls                          42.50 SF Ceiling
251.83 SF Walls & Ceiling              42.50 SF Floor
4.72 SY Flooring                       26.17 LF Floor Perimeter
26.17 LF Ceil. Perimeter

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 231. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 42.50 SF | 1.46+ | 6.15 = | 323.43 |
| **Finish Carpentry** | | | | | | |
| 232. FNC | B5M | R Detach & Reset Baseboard - 5 1/4" MDF - flat profile | | | | |
| | | PF | 26.17 LF | 0.00+ | 0.00 = | 74.58 |
| **Paint** | | | | | | |
| 233. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 26.17 LF | 0.00+ | 1.47 = | 38.47 |
| 234. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 26.17 LF | 0.00+ | 1.60 = | 41.87 |

**Totals:  Copy Room**                                                               **478.35**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

---

| **Total: Main Level** | **11,590.92** |
|---|---|

---

| **Total: 3rd Floor** | **11,590.92** |
|---|---|

<div align="center">

### 2nd Floor

### Main Level

</div>

---

| **2nd Floor Lobby** | **Height: 8'** |
|---|---|

| 886.67 SF Walls | 234.42 SF Ceiling |
|---|---|
| 1121.09 SF Walls & Ceiling | 234.42 SF Floor |
| 26.05 SY Flooring | 110.83 LF Floor Perimeter |
| 110.83 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| 235. ACT | AV | M Material Only Acoustic ceiling tile | | | | |
| | | 10 | 10.00 SF | 0.00+ | 1.53 = | 15.30 |
| 236. ACT | LAB | + Acoustical Treatments Installer - per hour | | | | |
| | | 2*8*1 | 16.00 HR | 0.00+ | 98.16 = | 1,570.56 |

The above line items are to install acoustic ceiling tiles.  The calculation is based on an average daily crew size of 2 ceiling tile installer x 8 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**

No visible loss related damage in this area.

**Floor**

No visible loss related damage in this area.

---

| **Totals:  2nd Floor Lobby** | **1,585.86** |
|---|---|

---

| **Mech Room** | **Height: 8'** |
|---|---|

| 234.67 SF Walls | 45.65 SF Ceiling |
|---|---|
| 280.31 SF Walls & Ceiling | 45.65 SF Floor |
| 5.07 SY Flooring | 29.33 LF Floor Perimeter |
| 29.33 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Mech Room**

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| 237. DRY | 1/2 | + 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 4*8 | 32.00 SF | 0.00+ | 2.71 = | 86.72 |

The above line items are to replace drywall removed to repair damaged pipes.

| 238. DRY | 1/2 | & R&R 1/2" drywall - hung, taped, floated, ready for paint | | | | |
| | | 3*8 | 24.00 SF | 0.51+ | 2.71 = | 77.28 |

**Floor**
No visible loss related damage in this area.

**Heating, Ventilation, & Air Conditioning**

| 239. HVC | AHHACRS | + Air handler - with A-coil - Detach & reset | | | | |
| | | 1 | 1.00 EA | 0.00+ | 1,120.42 = | 1,120.42 |

**Paint**

| 240. DRY | MASKSF | + Mask per square foot for drywall work | | | | |
| | | F | 45.65 SF | 0.00+ | 0.27 = | 12.33 |
| 241. PNT | MASKSF | + Mask the floor per square foot - plastic and tape - 4 mil | | | | |
| | | F | 45.65 SF | 0.00+ | 0.26 = | 11.87 |
| 242. PNT | SP2 | + Seal/prime then paint the walls twice (3 coats) | | | | |
| | | W | 234.67 SF | 0.00+ | 1.44 = | 337.92 |

**Totals:  Mech Room**                                                      **1,646.54**

---

| Storage Closet | | | | | Height: 8' |
|---|---|---|---|---|---|

| 78.67 SF Walls | 6.04 SF Ceiling |
|---|---|
| 84.71 SF Walls & Ceiling | 6.04 SF Floor |
| 0.67 SY Flooring | 9.83 LF Floor Perimeter |
| 9.83 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

No visible loss related damage in this area.

2/1/2023                                                                Page: 48

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Storage Closet**

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Totals:  Storage Closet** | | | | | | **0.00** |

| Open Floor Area | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

|  | | | | |
|---|---|---|---|---|
| 742.67 SF Walls | | | 301.94 SF Ceiling | |
| 1044.61 SF Walls & Ceiling | | | 301.94 SF Floor | |
| 33.55 SY Flooring | | | 92.83 LF Floor Perimeter | |
| 92.83 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|-----|-----|-----------------|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 243. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 301.94 SF | 1.46+ | 6.15 = | 2,297.76 |
| **Finish Carpentry** | | | | | | |
| 244. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 92.83 LF | 0.20+ | 1.88 = | 193.09 |
| **Paint** | | | | | | |
| 245. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 92.83 LF | 0.00+ | 1.47 = | 136.46 |
| 246. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 92.83 LF | 0.00+ | 1.60 = | 148.53 |
| 247. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 92.83 LF | 0.00+ | 0.87 = | 80.76 |

**Totals:  Open Floor Area**                                                                 **2,856.60**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | | | | |
|---|---|---|---|---|---|
| **Office 1** | | | | | **Height: 8'** |

| | | |
|---|---|---|
| 568.00 SF Walls | 312.81 SF Ceiling | |
| 880.81 SF Walls & Ceiling | 312.81 SF Floor | |
| 34.76 SY Flooring | 71.00 LF Floor Perimeter | |
| 71.00 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 248. FCW | LAM | & R&R Snaplock Laminate - simulated wood flooring | | | | |
| | | F | 312.81 SF | 1.46+ | 6.15 = | 2,380.48 |

**Finish Carpentry**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 249. FNC | QR | & R&R Quarter round - 3/4" | | | | |
| | | PF | 71.00 LF | 0.20+ | 1.88 = | 147.68 |

**Paint**

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 250. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF | 71.00 LF | 0.00+ | 1.47 = | 104.37 |
| 251. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 71.00 LF | 0.00+ | 1.60 = | 113.60 |
| 252. PNT | SHOE | + Seal & paint base shoe or quarter round | | | | |
| | | PF | 71.00 LF | 0.00+ | 0.87 = | 61.77 |

**Totals: Office 1**          **2,807.90**

| | | | | | |
|---|---|---|---|---|---|
| **Office 2** | | | | | **Height: 8'** |

| | | |
|---|---|---|
| 340.00 SF Walls | 110.51 SF Ceiling | |
| 450.51 SF Walls & Ceiling | 110.51 SF Floor | |
| 12.28 SY Flooring | 42.50 LF Floor Perimeter | |
| 42.50 LF Ceil. Perimeter | | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                                    STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

**CONTINUED - Office 2**

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|-----------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Walls**
No visible loss related damage in this area.

**Floor**

| 253. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|------|-----------|--------|---------|-------|
| | | F | 110.51 SF | 1.46+ | 6.15 = | 840.98 |

**Finish Carpentry**

| 254. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|-----|-----|------|-----------|--------|---------|-------|
| | | PF | 42.50 LF | 0.20+ | 1.88 = | 88.40 |

**Paint**

| 255. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|-----|-----|------|-----------|--------|---------|-------|
| | | PF | 42.50 LF | 0.00+ | 1.47 = | 62.48 |
| 256. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 42.50 LF | 0.00+ | 1.60 = | 68.00 |
| 257. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 42.50 LF | 0.00+ | 0.87 = | 36.98 |

**Totals:  Office 2**                                                                                        **1,096.84**

---

| Office 3 | | | | | | Height: 8' |
|-----|-----|------|-----------|--------|---------|-------|

353.33 SF Walls                                    118.08 SF Ceiling
471.42 SF Walls & Ceiling                          118.08 SF Floor
13.12 SY Flooring                                   44.17 LF Floor Perimeter
44.17 LF Ceil. Perimeter

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|-----------|--------|---------|-------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 258. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|-----|-----|------|-----------|--------|---------|-------|
| | | F | 118.08 SF | 1.46+ | 6.15 = | 898.59 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Office 3

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Finish Carpentry** | | | | | | |
| 259. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 44.17 LF | 0.20+ | 1.88 = | 91.87 |
| **Paint** | | | | | | |
| 260. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 44.17 LF | 0.00+ | 1.47 = | 64.93 |
| 261. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 44.17 LF | 0.00+ | 1.60 = | 70.67 |
| 262. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 44.17 LF | 0.00+ | 0.87 = | 38.43 |

**Totals:  Office 3**                                                 **1,164.49**

| **Office 4** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| 317.33 SF Walls | 79.77 SF Ceiling |
|---|---|
| 397.10 SF Walls & Ceiling | 79.77 SF Floor |
| 8.86 SY Flooring | 39.67 LF Floor Perimeter |
| 39.67 LF Ceil. Perimeter | |

| CAT | SEL | CALC | ACT DESCRIPTION QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Walls** | | | | | | |
| No visible loss related damage in this area. | | | | | | |
| **Floor** | | | | | | |
| 263. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
| | | F | 79.77 SF | 1.46+ | 6.15 = | 607.05 |
| **Finish Carpentry** | | | | | | |
| 264. FNC | QR | | & R&R Quarter round - 3/4" | | | |
| | | PF | 39.67 LF | 0.20+ | 1.88 = | 82.51 |
| **Paint** | | | | | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Office 4

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 265. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
| | | PF | 39.67 LF | 0.00+ | 1.47 = | 58.31 |
| 266. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 39.67 LF | 0.00+ | 1.60 = | 63.47 |
| 267. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 39.67 LF | 0.00+ | 0.87 = | 34.51 |

**Totals:  Office 4**                                                              **845.85**

| Copy Room | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

209.33  SF Walls                42.50  SF Ceiling
251.83  SF Walls & Ceiling     42.50  SF Floor
4.72  SY Flooring            26.17  LF Floor Perimeter
26.17  LF Ceil. Perimeter

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**
No visible loss related damage in this area.

**Floor**

| 268. FCW | LAM | | & R&R Snaplock Laminate - simulated wood flooring | | | |
|---|---|---|---|---|---|---|
| | | F | 42.50 SF | 1.46+ | 6.15 = | 323.43 |

**Finish Carpentry**

| 269. FNC | QR | | & R&R Quarter round - 3/4" | | | |
|---|---|---|---|---|---|---|
| | | PF | 26.17 LF | 0.20+ | 1.88 = | 54.43 |

**Paint**

| 270. PNT | MASKLF | | + Mask and prep for paint - plastic, paper, tape (per LF) | | | |
|---|---|---|---|---|---|---|
| | | PF | 26.17 LF | 0.00+ | 1.47 = | 38.47 |
| 271. PNT | B1SP | | + Seal & paint baseboard - two coats | | | |
| | | PF | 26.17 LF | 0.00+ | 1.60 = | 41.87 |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

### CONTINUED - Copy Room

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|------|------|------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| 272. PNT | SHOE | | + Seal & paint base shoe or quarter round | | | |
| | | PF | 26.17 LF | 0.00+ | 0.87 = | 22.77 |

| | | |
|-----|-----|------|
| **Totals:  Copy Room** | | **480.97** |
| **Total: Main Level** | | **12,485.05** |
| **Total: 2nd Floor** | | **12,485.05** |

### 1st Floor

### 4 Geeks

| CAT | SEL | | ACT DESCRIPTION | | | |
|-----|-----|------|------|------|------|------|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |
| **Ceiling** | | | | | | |
| 273. ACT | AV | | M Material Only Acoustic ceiling tile | | | |
| | | 5 | 5.00 SF | 0.00+ | 1.53 = | 7.65 |
| 274. ACT | LAB | | + Acoustical Treatments Installer - per hour | | | |
| | | 2*3*1 | 6.00 HR | 0.00+ | 98.16 = | 588.96 |

The above line items are to install acoustic ceiling tiles.  The calculation is based on an average daily crew size of 2 ceiling tile installer x 3 hour(s)/day x 1 day(s)/week, plus materials.

**Walls**
No visible loss related damage in this area.

**Floor**
No visible loss related damage in this area.

| | | |
|-----|-----|------|
| **Totals:  4 Geeks** | | **596.61** |

### Main Level

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| 1st Floor Lobby | | | | | Height: 8' |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | 1209.33 SF Walls | | | 439.56 SF Ceiling | |
| | 1648.90 SF Walls & Ceiling | | | 439.56 SF Floor | |
| | 48.84 SY Flooring | | | 151.17 LF Floor Perimeter | |
| | 151.17 LF Ceil. Perimeter | | | | |

| CAT | SEL | ACT DESCRIPTION | | | |
|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Ceiling**
No visible loss related damage in this area.

**Walls**

| 275. DRY | TEX++ | + Texture drywall - smooth / skim coat | | | | |
|---|---|---|---|---|---|---|
| | | WS69.SF | 322.67 SF | 0.00+ | 1.61 = | 519.50 |
| 276. DRY | TEXMK | + Texture drywall - machine - knockdown | | | | |
| | | WS69.SF | 322.67 SF | 0.00+ | 0.94 = | 303.31 |

**Floor**
No visible loss related damage in this area.

**Paint**

| 277. DRY | MASKLF | + Mask wall - plastic, paper, tape (per LF) | | | | |
|---|---|---|---|---|---|---|
| | | PF-25,5 | 125.75 LF | 0.00+ | 1.52 = | 191.14 |
| 278. PNT | MASKLF | + Mask and prep for paint - plastic, paper, tape (per LF) | | | | |
| | | PF-25,5 | 125.75 LF | 0.00+ | 1.47 = | 184.85 |
| 279. PNT | SP2 | + Seal/prime then paint the surface area twice (3 coats) | | | | |
| | WS127.SF+WS47.SF+WS17.SF+WS.SF+WS13.SF+WS7.SF+WS5.SF+WS3.SF+WS1.SF+WS53.SF+WS133.SF+WS9.SF+WS111.SF+WS69.SF | | 934.00 SF | 0.00+ | 1.44 = | 1,344.96 |
| 280. PNT | B1SP | + Seal & paint baseboard - two coats | | | | |
| | | PF | 151.17 LF | 0.00+ | 1.60 = | 241.87 |

| **Totals: 1st Floor Lobby** | | | | | | **2,785.63** |
|---|---|---|---|---|---|---|

| **Total: Main Level** | | | | | | **2,785.63** |
|---|---|---|---|---|---|---|

| **Total: 1st Floor** | | | | | | **3,382.24** |
|---|---|---|---|---|---|---|

**Content Manipulation**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Content Manipulation**

| 281. CON | LAB | | + Content Manipulation charge - per hour | | | |
|---|---|---|---|---|---|---|
| | | 4*8*4 | 128.00 HR | 0.00+ | 45.21 = | 5,786.88 |

The above line items are for contents manipulation.  The calculation is based on an average daily crew size of 4 contents technician(s) x 8 hour(s)/day x 4 day(s), plus materials.

| 282. CON | MISC | | + Material allowance for the above operation | | | |
|---|---|---|---|---|---|---|
| | | 4 | 4.00 EA | 0.00+ | 50.00 = | 200.00 |

**Totals:  Content Manipulation**      **5,986.88**

## General MEP

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Mechanical**

| 283. HVC | LAB | | + HVAC Technician - per hour | | | |
|---|---|---|---|---|---|---|
| | | 2*8*5 | 80.00 HR | 0.00+ | 125.00 = | 10,000.00 |
| 284. HVC | MISC | | M Material Only Material allowance for the above operation. | | | |
| | | 2*5 | 10.00 EA | 0.00+ | 375.00 = | 3,750.00 |

The above line items are to test, check, , and detach/reset HVAC components in affected areas.  The calculation is based on an average daily crew size of 2 HVAC technician(s) x 8 hour(s) x 5 day(s), plus materials.

**Totals:  General MEP**      **13,750.00**

## General Conditions

| CAT | SEL | ACT | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | | CALC | QNTY | REMOVE | REPLACE | TOTAL |

**Supervision**

| 285. LAB | SUPERC | | + Project Management - per hour | | | |
|---|---|---|---|---|---|---|
| | | 1*8*5*3 | 120.00 HR | 0.00+ | 74.92 = | 8,990.40 |

The above line item is for a project site supervisor.  Responsibilities include oversight of field activities including monitoring of scheduled work, reviewing completed work, coordinating activities among subcontractors, etc.  The calculation is based on an average daily crew size of 1 project manager x 8 hours/day x 5 days/week x 3 weeks.

**Mobilization**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

### CONTINUED - General Conditions

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| 286. LAB | LBR | | + Clean/Maintain protection during project | | | |
| | | 1*8*5*3 | 120.00 HR | 0.00+ | 45.21 = | 5,425.20 |

The above line item accounts for general labor to clean and maintain protection during the life of the project.  The calculation is based on an average daily crew size of 1 laborer(s) x 8 hour(s)/day x 5 day(s)/week x 3 week(s).

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| 287. CLN | MISC | | + Material allowance for the above operation | | | |
| | | 5 | 5.00 EA | 0.00+ | 50.00 = | 250.00 |

**On-Going Debris Removal**

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| 288. DMO | DUMP | | - Dumpster load - Approx. 20 yards, 4 tons of debris | | | |
| | | 1 | 1.00 EA | 635.00+ | 0.00 = | 635.00 |

**Post-Construction Cleaning**

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| 289. CLN | LAB | | + Cleaning Technician - per hour | | | |
| | | 2*8*4 | 64.00 HR | 0.00+ | 45.80 = | 2,931.20 |

The above line items are for final cleaning after repairs have been made.  The calculation is based on an average daily crew size of 2 cleaning technician(s) x 8 hour(s)/day x 4 day(s), plus materials.

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| 290. CLN | MISC | | + Material allowance for the above operation | | | |
| | | 4 | 4.00 EA | 0.00+ | 50.00 = | 200.00 |

Material allowance for the above line item(s)

**Totals:  General Conditions**      **18,431.80**

---

### Owner's Direct

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|

**Permits, Inspections, & Fees**

| CAT | SEL | CALC | ACT DESCRIPTION / QNTY | REMOVE | REPLACE | TOTAL |
|-----|-----|------|------------------------|--------|---------|-------|
| 291. FEE | TIPF | | + Permits & Fees - Approximately 2% | | | |
| | | .02 | 0.02 EA | 0.00+ | 192,949.13 = | 3,858.98 |

**Totals:  Owner's Direct**      **3,858.98**

**Line Item Totals: STARPROP_NAKATOMI**      **161,286.01**

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 31,408.00 | SF Walls | 13,165.74 | SF Ceiling | 44,573.74 | SF Walls and Ceiling |
| 13,165.74 | SF Floor | 1,462.86 | SY Flooring | 3,926.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 3,926.00 | LF Ceil. Perimeter |
| | | | | | |
| 13,165.74 | Floor Area | 14,139.46 | Total Area | 31,441.33 | Interior Wall Area |
| 16,897.50 | Exterior Wall Area | 1,877.50 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323          STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

## Recap by Room

**Estimate: STARPROP_NAKATOMI**

**Area:  8th Floor**

**Area:  Main Level**

| | | |
|---|---:|---:|
| Mech Room | 1,569.26 | 0.97% |
| Reception Area | 3,808.50 | 2.36% |
| Conference Room | 2,611.53 | 1.62% |
| Office 1 | 1,617.23 | 1.00% |
| Office 2 | 2,868.64 | 1.78% |
| Office 3 | 2,610.87 | 1.62% |
| Office 4 | 2,221.82 | 1.38% |
| Office 5 | 1,178.67 | 0.73% |
| Break Room | 1,127.92 | 0.70% |
| **Area Subtotal:  Main Level** | **19,614.44** | **12.16%** |
| **Area Subtotal:  8th Floor** | **19,614.44** | **12.16%** |

**Area:  7th Floor**

**Area:  Main Level**

| | | |
|---|---:|---:|
| Mech Room | 1,569.26 | 0.97% |
| Reception Area | 7,370.47 | 4.57% |
| Conference Room | 2,155.21 | 1.34% |
| Office 1 | 1,333.34 | 0.83% |
| Office 2 | 1,787.10 | 1.11% |
| Office 3 | 1,023.85 | 0.63% |
| Office 4 | 979.78 | 0.61% |
| Office 5 | 987.09 | 0.61% |
| Office 6 | 979.78 | 0.61% |
| Office 7 | 910.81 | 0.56% |
| **Area Subtotal:  Main Level** | **19,096.69** | **11.84%** |
| **Area Subtotal:  7th Floor** | **19,096.69** | **11.84%** |

**Area:  6th Floor**

**Area:  Main Level**

| | | |
|---|---:|---:|
| Mech Room | 1,569.26 | 0.97% |
| Open Floor Area | 12,549.50 | 7.78% |
| Office 3 | 1,492.55 | 0.93% |
| Office 4 | 831.83 | 0.52% |
| Office 5 | 831.83 | 0.52% |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | |
|---|---|---|
| Office 6 | 883.38 | 0.55% |
| Office 7 | 757.48 | 0.47% |
| **Area Subtotal: Main Level** | **18,915.83** | **11.73%** |
| **Area Subtotal: 6th Floor** | **18,915.83** | **11.73%** |

**Area: 5th Floor**

**Area: Main Level**

| | | |
|---|---|---|
| Mech Room | 1,569.26 | 0.97% |
| Open Floor Area | 15,212.68 | 9.43% |
| Office 3 | 1,492.55 | 0.93% |
| Office 4 | 831.83 | 0.52% |
| Office 5 | 831.83 | 0.52% |
| Office 6 | 883.38 | 0.55% |
| Office 7 | 757.48 | 0.47% |
| **Area Subtotal: Main Level** | **21,579.01** | **13.38%** |
| **Area Subtotal: 5th Floor** | **21,579.01** | **13.38%** |

**Area: 4th Floor**

**Area: Main Level**

| | | |
|---|---|---|
| 4th Floor Lobby | 1,602.98 | 0.99% |
| Mech Room | 1,569.26 | 0.97% |
| Open Floor Area | 3,048.23 | 1.89% |
| Office 1 | 2,800.80 | 1.74% |
| Office 2 | 1,092.59 | 0.68% |
| Office 3 | 1,160.07 | 0.72% |
| Office 4 | 841.89 | 0.52% |
| Copy Room | 478.35 | 0.30% |
| **Area Subtotal: Main Level** | **12,594.17** | **7.81%** |
| **Area Subtotal: 4th Floor** | **12,594.17** | **7.81%** |

**Area: 3rd Floor**

**Area: Main Level**

| | | |
|---|---|---|
| Mech Room | 1,646.54 | 1.02% |
| Open Floor Area | 3,570.68 | 2.21% |
| Office 1 | 2,800.80 | 1.74% |
| Office 2 | 1,092.59 | 0.68% |
| Office 3 | 1,160.07 | 0.72% |
| Office 4 | 841.89 | 0.52% |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323
305.397.8272 • www.dbi-cc.com

STARPROP_NAKATOMI

| | | |
|---|---:|---:|
| **Copy Room** | **478.35** | **0.30%** |
| **Area Subtotal:  Main Level** | **11,590.92** | **7.19%** |
| **Area Subtotal:  3rd Floor** | **11,590.92** | **7.19%** |
| **Area:  2nd Floor** | | |
| **Area:  Main Level** | | |
| **2nd Floor Lobby** | **1,585.86** | **0.98%** |
| **Mech Room** | **1,646.54** | **1.02%** |
| **Open Floor Area** | **2,856.60** | **1.77%** |
| **Office 1** | **2,807.90** | **1.74%** |
| **Office 2** | **1,096.84** | **0.68%** |
| **Office 3** | **1,164.49** | **0.72%** |
| **Office 4** | **845.85** | **0.52%** |
| **Copy Room** | **480.97** | **0.30%** |
| **Area Subtotal:  Main Level** | **12,485.05** | **7.74%** |
| **Area Subtotal:  2nd Floor** | **12,485.05** | **7.74%** |
| **Area:  1st Floor** | | |
| **4 Geeks** | **596.61** | **0.37%** |
| **Area:  Main Level** | | |
| **1st Floor Lobby** | **2,785.63** | **1.73%** |
| **Area Subtotal:  Main Level** | **2,785.63** | **1.73%** |
| **Area Subtotal:  1st Floor** | **3,382.24** | **2.10%** |
| **Content Manipulation** | **5,986.88** | **3.71%** |
| **General MEP** | **13,750.00** | **8.53%** |
| **General Conditions** | **18,431.80** | **11.43%** |
| **Owner's Direct** | **3,858.98** | **2.39%** |
| **Subtotal of Areas** | **161,286.01** | **100.00%** |
| **Total** | **161,286.01** | **100.00%** |

 **Construction Consultants**

1401 NW 136th Ave, Suite 302, Sunrise, FL 33323                                     STARPROP_NAKATOMI
305.397.8272 • www.dbi-cc.com

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---:|---:|---:|
| ACOUSTICAL TREATMENTS | | | 3,986.36 | 16.79 | 3,969.57 |
| CLEANING | | | 3,381.20 | | 3,381.20 |
| CONTENT MANIPULATION | | | 9,603.68 | | 9,603.68 |
| GENERAL DEMOLITION | | | 16,606.23 | | 16,606.23 |
| DRYWALL | | | 1,861.00 | 521.05 | 1,339.95 |
| FLOOR COVERING - WOOD | | | 65,425.63 | 65,425.63 | 0.00 |
| FINISH CARPENTRY / TRIMWORK | | | 5,629.45 | 1,071.38 | 4,558.07 |
| HEAT,  VENT & AIR CONDITIONING | | | 21,592.94 | | 21,592.94 |
| LABOR ONLY | | | 14,415.60 | | 14,415.60 |
| PAINTING | | | 14,924.94 | 14,924.94 | 0.00 |
| **O&P Items Subtotal** | | | **157,427.03** | **81,959.79** | **75,467.24** |

| Non-O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---:|---:|---:|
| PERMITS AND FEES | | | 3,858.98 | | 3,858.98 |
| **Non-O&P Items Subtotal** | | | 3,858.98 | 0.00 | 3,858.98 |
| **O&P Items Subtotal** | | | 157,427.03 | 81,959.79 | 75,467.24 |
| Material Sales Tax | @ | 7.500% | 3,143.85 | 2,733.91 | 409.94 |
| Overhead | @ | 10.0% | 16,057.22 | | 16,057.22 |
| Profit | @ | 10.0% | 16,057.22 | | 16,057.22 |
| Total Cleaning Tax | @ | 7.500% | 263.81 | | 263.81 |
| **Total** | | | **196,808.11** | **84,693.70** | **112,114.41** |

The following repair estimate is to return the property to its pre-loss condition using like kind and quality materials.

Industry accepted repair techniques for fire, water or wind restoration have been considered.

This estimate does not give any consideration to potential mold growth, asbestos containing materials or lead based paint and the costs associated with remediation.

Depreciation has been applied based on the age and condition of the building components being replaced.

This estimate is based on site conditions observed at the time of DBI's inspection and is subject to change based on the presentation of new information.

8th Floor - Main Level



7th Floor - Main Level



2/1/2023



6th Floor - Main Level

2/1/2023

Main Level
Page: 66

5th Floor - Main Level





2/1/2023

Main Level
Page: 67

N



4th Floor Lobby

Storage Closet

Mech Room

Open Floor Area

Office 4

Office 3

Office 2

Office 1

Copy Room

4th Floor - Main Level

2/1/2023





3rd Floor - Main Level

2/1/2023



Main Level
Page: 69



2nd Floor - Main Level

2/1/2023



1st Floor Lobby

Main Level
Page: 70

1st Floor - Main Level

2/1/2023

Star Property Nakatomi LLC
Building Damage Report

# SUPPORTING DOCUMENTS
# TAB 3

Star Property Nakatomi LLC
Building Damage Report

# Envista Forensics
# Report of Findings
# 3.1

**ENVISTA**
FORENSICS

3914 US 301 N, Unit 800
Tampa, FL 33619

TOLL-FREE **888.782.3413**
**envistaforensics.com**

# REPORT OF FINDINGS

## STAR PROPERTY NAKATOMI LLC

Sedgwick Claim No.: 4195788
Envista Matter No.: MAT-142577-V4Y0
Report Date: October 6, 2022

Prepared for:
Mr. Travis Plohocky
Sedgwick
1080 Eldridge Parkway, 12th Floor
Houston, TX 77077
travis.plohocky@sedgwick.com



10/6/2022

**Stephen G. Sheffield, P.E.**
FL License No.: 52765

**CERTAINTY IN AN UNCERTAIN WORLD**

Envista Forensics, LLC | TX Certificate of Registration # F-19410 | NC Firm Registration # C-2837 | FL Registry No. 32428

![ENVISTA FORENSICS]

## BACKGROUND

On August 26, 2022, Stephen G. Sheffield, P.E. of Envista Forensics, LLC (Envista) inspected the office building owned by Star Property Nakatomi LLC (Owner) located at 1801 SW 3rd Avenue in Miami, Florida.



The building was 8-story with the front elevation facing slightly northeast, however, for the purpose of this report the front was considered to face north. The building was built in 1981 according to the County Property Appraiser, making it approximately 41 years old at the time of the evaluation. The building was constructed with reinforced concrete slabs and columns and the exterior walls consisted of a glass curtainwall system. Refer to the photographs in Attachment A for the exterior elevations of the building.

Reportedly, the water pipes from the cooling tower burst within the interior of the building on or about June 16, 2022, resulting in water damage to the interior finishes.

Figure 1 – Star Property Nakatomi Building

## PURPOSE

Sedgwick retained Envista to determine the extent of the reported water damage to the interior finishes of the building due to the broken water pipes from the cooling tower. Envista's scope of work included a site visit to perform an assessment of the building based on visual observations, a review of pertinent information, and to provide a written report summarizing the findings.

## CONCLUSIONS

1. The water that reportedly escaped the water pipes from the cooling tower resulted in water damage to the interior finishes and it consisted of the following:
   a. The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
   b. Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
   c. The lobby walls were water-stained on floor 1.
   d. The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
   e. The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

2. WARNING: The structural steel frame supporting the cooling tower on the roof was corroded, which compromised the strength of the steel members. The steel frame required immediate shoring as a precaution against its potential collapse. Envista verbally warned Nicolas Estella and Danny Bello during the inspection.



## PROVIDED INFORMATION

The Owner's representative, Danny Bello with VC Consultants, was present during the inspection and reported the following information along with Mabel Rodriguez – Executive Assistant with Estrella.

1. The vertical section of the water pipe that originated from the roof-top cooling tower burst in the 8th floor mechanical room allowing water to travel throughout the eighth floor and down through floor slab openings to the floor levels below.
2. The vertical section of water pipe in the mechanical rooms on the floors below was also reportedly broken.
3. The water was shut-off to the pipe soon after the leaking water was discovered.
4. A remediation company was engaged to remove and dry-out the water.

## DOCUMENTS REVIEWED

The following documents and materials were reviewed and/or referenced as part of Envista's investigation, and/or contain information pertinent to the discussion and conclusions presented herein:

1. Miami-Dade County Property Appraiser (http://www.miamidade.gov/pa/)
2. Aerial Imagery by EagleView Technologies/Pictometry (https://explorer.pictometry.com/)
3. Mold Assessment Report prepared by Truview Mold LLC, dated 6/16/2022
4. Letter prepared by Your Insurance Attorney, dated 6/17/2022
5. Photographs taken by McLarens dated 6/23/2022
6. Cost Estimate prepared by McLarens dated 7/21/2022
7. Preliminary Report prepared by McLarens, dated 7/28/2022

## DISCUSSION

Envista inspected the building to determine the extent of the reported water damage to the interior finishes due to the broken water pipes from the cooling tower. Refer to Attachment A for photographs pertaining to the following discussion.

The inspection revealed that the 8-story building included a two-level parking garage that was constructed with the first level below grade. The garage was larger than the footprint of the building. The floor plan of the building consisted of an elevator lobby on each floor that was located towards the southern portion of the building which included the restrooms, mechanical rooms, and two exit stairs. The western exit stair extended to the roof. The office space on each floor was in the northern portion of the building. The lobby floors were finished with floor tile.

Roof

The inspection of the roof found the cooling tower located approximately above the lobbies, adjacent to the elevator machine room. The cooling tower consisted of a round fiberglass cooling tower manufactured by Protec, and it was supported on a steel frame elevated above the roof surface. Two water pipes were observed from the cooling tower that penetrated through the roof and traveled downward through the building within the mechanical rooms on each floor in the lobby located next the bathrooms. The cooling tower and water pipes above the roof are shown in photographs 3 to 5. The water pipes near the roof penetration were painted white and a roofing repair was present surrounding the pipes, which was consistent with the reported repair of the water pipes.



<u>Floors 8, 7, 6, 5, and 3</u>

The entire office space on each floor was occupied by one company. Envista's evaluation of these floor levels found the following conditions which varied in extent per floor. Generally, the extent of any water damage observed in the wood flooring diminished on the floors below the eight level. The lobby and bathroom floors were finished with floor tile and a painted wood baseboard was present along the base of the walls. No water stains were observed on the lobby floor or walls. No loose tiles or cracked and displaced grout were observed throughout the tile floors that could occur had the floor tiles debonded from the concrete floor slab because of a water exposure. Therefore, the floor tiles were not affected by the water that leaked from the broken cooling tower water pipes.

Inside the mechanical room containing the air-conditioning equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots. The water stains and fungal growth were consistent with the result with a water exposure from the reported water leak from the cooling tower water pipes. The partition walls that enclosed the vertical water pipes within a chase were reportedly removed to replace the pipes. The water pipes exhibited a clean, bright grey color consistent with new piping.

The floor within the office area was finished with laminate wood flooring and it was cupped (which consisted of upward curling of the edges of the wood planks) in multiple locations. Cupped wood flooring is typically the result of a water exposure. The walls within the office had painted wood baseboards and no separations were observed in the jointing that were consistent with swollen wood from the effects of a water exposure. The baseboards did have misalignments in the jointing that were the result of the workmanship during its installation. The lobby and office areas were not furnished with a ceiling, but rather, the underside of the structure was left exposed and painted black.

<u>Floor 4</u>

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. A small water stain was found on the acoustical tile ceiling in the lobby. Inside the mechanical room with the air-conditioning (AC) equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The office space was occupied by two companies. In office 401, no water damage was reported by the insured's representative. The office lobby was accessible, and no water stains were observed on the ceiling or walls.

In office 402, the laminate wood flooring was cupped in areas closest to the lobby. The wood baseboards along the base of the walls had no separations in the jointing that was consistent with a water exposure. The acoustical tile ceiling was reportedly water stained, however, at the time of the inspection, no water stains were observed on the ceiling or on the walls. It was reported that water-stained ceiling tiles were replaced before the inspection.

<u>Floor 2</u>

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. Several small water stains were found on the lobby acoustical tile ceiling. Inside the mechanical room with the air-conditioning (AC) equipment and the water



pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The entire office space was occupied by one company. The laminate wood flooring in the office area was cupped in areas. The wood baseboards along the base of the walls in the office area had no separations in the jointing that was consistent with a water exposure. The office acoustical tile ceiling had no water stains.

<u>Floor 1</u>

The first-floor lobby ceiling was reportedly water-stained by the water that escaped the cooling tower water pipes from the floors above, however, the water damage was reportedly repaired before Envista's inspection. Hence, no water stains were observed on the lobby ceiling, however, water stains were present on the baseboard and in isolated areas on the walls. The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The first-floor office space was occupied by 4Geeks, and water stains were observed on the acoustical tile ceiling.

<u>Summary</u>

Envista's evaluation of the building found evidence of water damage to the interior finishes of the lobby and office areas that occurred because of the water that reportedly escaped from the cooling tower water pipes.

The water damage consisted of the following:

- The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
- The lobby walls were water-stained on floor 1.
- Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
- The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
- The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

<u>Warning</u>

During the inspection of the roof, Envista observed corrosion in the structural steel frame supporting the cooling tower. The extent of the corrosion resulted in significant loss of material that would compromise the strength of the steel members. Envista warned Nicolas Estella and Danny Bello of the observed condition of the steel frame supporting the cooling tower and recommended immediate shoring of the compromised steel frame as a precaution against its potential collapse.

**CLOSURE**

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information. This electronic version of the report is a convenience copy and as such, an original signed and sealed copy is available to our client.



Thank you for allowing us to provide this service. If you have any questions or need additional assistance, please call or email.

Sincerely,

**Envista Forensics**

Stephen G. Sheffield, P.E.
Senior Project Engineer

Technical Review by:
Donna Friis, P.E.
Practice Leader, Construction

Attachment A, Photographs



# ATTACHMENT A

## Photographs

Photographs taken during our inspection, which have not been included in this report, have been retained in our files and will be made available to you upon your request. Note that the brightness and/or contrast of some photographs may have been enhanced for purposes of clarity. Some photographs may be cropped from their original sizes in order to emphasize a specific item or feature. No significant changes to any photographs were made that would alter factual representations.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #1



View of north (front) elevation.

Photograph #2



View of north and east elevations.

![ENVISTA FORENSICS]

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #3



View of west and south elevations. The roof-top cooler tower is encircled.

Photograph #4



View of roof and location of the cooling tower and water pipe (circled) that
reportedly burst within the building.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC          Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                          Sedgwick Claim No.: 4195788

Photograph #5



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

Photograph #6



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                              Sedgwick Claim No.: 4195788

Photograph #7



View of typical lobby finishes.

Photograph #8



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #9



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

Photograph #10



Typical lobby wood baseboard with no separations in the jointing consistent with a water exposure.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #11



Typical mechanical room with AC unit and water pipes from the cooling tower.

Photograph #12



Typical mechanical room with AC unit and water pipes from the cooling tower. Notes the removed chase walls and new water pipes.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #13



Typical mechanical room with AC unit and water pipes from the cooling tower. Note the water stains and isolated fungal growth at the base of the walls.

Photograph #14



View of typical office finishes.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #15



View of typical office finishes.

Photograph #16



Typical office wood flooring with cupped edges of the planks.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #17



Typical office wood flooring with cupped edges of the planks.

Photograph #18



Typical office wood flooring with cupped edges of the planks.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                     Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                     Sedgwick Claim No.: 4195788

Photograph #19



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

Photograph #20



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

**ENVISTA** FORENSICS

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #21



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

Photograph #22



View of first floor lobby. Note generally no water staining on the ceiling and walls, except as noted in photos 24 and 25.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                              Sedgwick Claim No.: 4195788

Photograph #23



View of first floor lobby. Note generally no water staining on the ceiling and walls, except as noted in photos 24 and 25.

Photograph #24



First floor lobby. Note the water stains along the baseboard.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                Sedgwick Claim No.: 4195788

Photograph #25



First Floor lobby. Note the bubbled wall paint.

Photograph #26



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #27



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

Photograph #28



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

Star Property Nakatomi LLC
Building Damage Report

# FIELD PHOTO REPORT
# TAB 4

# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**01   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

**02   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

**03   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

**04   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 05   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview

### 06   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Main Entrance

### 07   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

4Geeks Entrance

### 08   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** N/A
**Room / Feature:** N/A

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 09   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower overview

### 10   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower supports

### 11   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Standing water under cooling tower

### 12   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

New cooling tower plumbing overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 13   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

New cooling tower plumbing overview

### 14   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

New cooling tower plumbing overview

### 15   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

New cooling tower plumbing overview

### 16   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

New cooling tower plumbing overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**17   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower supports overview

**18   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Exterior
**Floor:** N/A
**Area / Unit:** Roof
**Room / Feature:** N/A

Cooling tower supports overview

**19   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

8th Floor

**20   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 21  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 22  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 23  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 24  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 25   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system overview

### 26   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system overview

### 27   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

Replaced drywall

### 28   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

Drywall removed for plumbing repairs



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 29  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

HVC system overview

### 30  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

Detail of HVC system

### 31  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:**  Reception Area

Reception area typical finishes

### 32  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:**  Reception Area

Reception area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 33  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

### 34  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

### 35  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

### 36  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**37   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

**38   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Conference room typical finishes

**39   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Separating quarter-round

**40   NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Conference room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 41   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Overview

### 42   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Overview

### 43   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Conference room typical finishes

### 44   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**45**  **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 1

Office 1 typical finishes

**46**  **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 1

Office 1 typical finishes

**47**  **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 1

Office 1 typical finishes

**48**  **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  8th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 2

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 49   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Overview

### 50   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Office 2 typical finishes

### 51   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Office 2 typical finishes

### 52   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 53   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 54   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Staining of wall and baseboard

### 55   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 56   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 57  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 3 typical finishes

### 58  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 3 typical finishes

### 59  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Overview

### 60  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Break Room

Break Room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 61   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 8th Floor
**Area / Unit:** N/A
**Room / Feature:** Break Room

Break Room typical finishes

### 62   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

7th Floor

### 63   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 64   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 65   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 66   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

overview

### 67   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 68   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall repair detail



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 69  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair

### 70  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair

### 71  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC system overview

### 72  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 73  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

### 74  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

### 75  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Overview

### 76  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 77 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Reception Area

Reception area typical finishes

### 78 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Overview

### 79 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Conference room typical finishes

### 80 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Conference Room

Conference room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**81**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Office 2 typical finishes

**82**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Office 2 typical finishes

**83**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Office 2 typical finishes

**84**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 85   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 86   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 87   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Overview

### 88   NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

**89**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes

**90**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Overview

**91**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

**92**   **NAKATOMI**



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 93  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 7

Office 7 typical finishes

### 94  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 7

Office 7 typical finishes

### 95  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 7th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 7

Office 7 typical finishes

### 96  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

6th Floor



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 97  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Lobby typical finishes

### 98  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Lobby typical finishes

### 99  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Lobby

Lobby typical finishes

### 100  NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Mech Room

Floor detail, repaired drywall



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 101 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Mech room typical finishes

### 102 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC components

### 103 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repairs

### 104 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repairs



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### **105** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC components

### **106** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### **107** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### **108** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 109 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 110 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 111 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Overview

### 112 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 113 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 4

Office 4 typical finishes

### 114 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 4

Office 4 typical finishes

### 115 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 5

Office 5 typical finishes

### 116 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  6th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 5

Office 5 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 117 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 118 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 6th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 119 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

5th Floor

### 120 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 121 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 122 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 123 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 124 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of repaired plumbing



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 125 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair

### 126 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Stained drywall

### 127 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

New drywall

### 128 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of HVC components



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 129 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of HVC components

### 130 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 131 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 132 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

DBI

# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 133 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  5th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Open Floor Area

Open floor area typical finishes

### 134 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  5th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Open Floor Area

Overview

### 135 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  5th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Open Floor Area

Open floor area typical finishes

### 136 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:**  Interior
**Floor:**  5th Floor
**Area / Unit:**  N/A
**Room / Feature:**  Office 1

Office 1 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 137 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 138 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 139 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 140 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 141 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 142 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes

### 143 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes

### 144 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 5

Office 5 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 145 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 146 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 147 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 5th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 6

Office 6 typical finishes

### 148 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 149 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby flooring detail

### 150 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 151 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby wall finish detail

### 152 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 153 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with stains

### 154 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 155 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 156 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with stains



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### **157** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Suspended ceiling grid with rust

### **158** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with staining

### **159** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with staining

### **160** NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with staining



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 161 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 162 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Ceiling tile with staining

### 163 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC system and flooring detail

### 164 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC system detail



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 165 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

HVC system

### 166 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repairs

### 167 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

New plumbing detail

### 168 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area entrance



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 169 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 170 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 171 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 172 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 173 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open area typical finishes

### 174 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Overview

### 175 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Overview

### 176 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 177 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 178 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 1

Office 1 typical finishes

### 179 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Overview

### 180 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 181 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 2

Office 2 typical finishes

### 182 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Overview

### 183 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 3

Office 3 typical finishes

### 184 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 185 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 186 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Office 4

Office 4 typical finishes

### 187 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Copy Room

Copy Room typical finishes

### 188 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Copy Room

Copy Room typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 189 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 4th Floor
**Area / Unit:** N/A
**Room / Feature:** Copy Room

Copy Room typical finishes

### 190 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

3rd Floor

### 191 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 192 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 193 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 194 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Flooring detail, repaired drywall

### 195 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Wall staining detail

### 196 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Air handler detail



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 197 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Air handler detail

### 198 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Drywall removed for plumbing repair

### 199 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Plumbing repair detail

### 200 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Meter Room



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 201 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Overview

### 202 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Meter room wiring detail

### 203 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Meter Room

Overview

### 204 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 205 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview

### 206 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 207 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 208 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 209 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview

### 210 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 211 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 212 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 213 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 214 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 215 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 3rd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 216 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

2nd Floor



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 217 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 218 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of stained ceiling tiles

### 219 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 220 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 221 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 222 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of stained wall

### 223 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of stained wall

### 224 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of HVC system



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 225 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of HVC system

### 226 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Mech Room

Detail of plumbing repaired area

### 227 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 228 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 229 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Open Floor Area

Open floor area typical finishes

### 230 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 231 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 232 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 233 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview

### 234 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Overview

### 235 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 236 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 237 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 2nd Floor
**Area / Unit:** N/A
**Room / Feature:** Offices

Office typical finishes

### 238 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby

### 239 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 240 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 241 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 242 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 243 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 244 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 245 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 246 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Lobby typical finishes

### 247 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Overview

### 248 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of wall damage



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 249 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of wall damage

### 250 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of wall damage

### 251 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** Lobby

Detail of wall damage

### 252 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

4Geeks



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 253 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 254 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of missing ceiling tile

### 255 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 256 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 257 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 258 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Overview

### 259 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

### 260 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of missing ceiling tiles



# FIELD PHOTO REPORT

## STAR PROPERTY NAKATOMI

### 261 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of bowing ceiling tile

### 262 NAKATOMI



PHOTO DATE: 10/31/2022

**Location:** Interior
**Floor:** 1st Floor
**Area / Unit:** N/A
**Room / Feature:** 4 Geeks

Detail of stained ceiling tile

DBI



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
Claim Summary

| Line # | Description | VC Submitted | DBI Recommended | Variance $ [C-D] | % [E/C] | Comment |
|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G |
| 1 | 8th Floor | $ 68,133.79 | $ 19,614.44 | $ 48,519.35 | 71% | See detailed analysis. |
| 2 | 7th Floor | $ 70,475.14 | $ 19,096.69 | $ 51,378.45 | 73% | See detailed analysis. |
| 3 | 6th Floor | $ 60,315.85 | $ 18,915.84 | $ 41,400.00 | 69% | See detailed analysis. |
| 4 | 5th Floor | $ 15,599.91 | $ 21,579.00 | $ (5,979.10) | -38% | See detailed analysis. |
| 5 | 4th Floor | $ 46,996.31 | $ 12,594.17 | $ 34,402.14 | 73% | See detailed analysis. |
| 6 | 3rd Floor | $ 15,577.19 | $ 11,590.92 | $ 3,986.27 | 26% | See detailed analysis. |
| 7 | 2nd Floor | $ 14,867.55 | $ 12,485.06 | $ 2,382.49 | 16% | See detailed analysis. |
| 8 | 1st Floor | $ 18,399.47 | $ 3,382.24 | $ 15,017.23 | 82% | See detailed analysis. |
| 9 | Water Damage Mitigation | $ 43,712.94 | $ - | $ 43,712.94 | 100% | See detailed analysis. |
| 10 | Incurred Expenses | $ - | $ - | $ - | 0% | See detailed analysis. |
| 11 | General Conditions & Requirements | $ 182,361.85 | $ 28,277.66 | $ 154,084.19 | 84% | See detailed analysis. |
| 12 | General MEP | $ - | $ 13,750.00 | $ (13,750.00) | 0% | See detailed analysis. |
| 13 | Labor Minimums Applied | $ 38.74 | $ - | $ 38.74 | 100% | See detailed analysis. |
| 14 | Subtotal | $ 536,478.93 | $ 161,286.03 | $ 375,192.90 | 70% | |
| 15 | Material Sales Tax | $ 8,832.62 | $ 3,407.66 | $ 5,424.96 | 61% | See detailed analysis. |
| 16 | Overhead (10%) | $ - | $ 16,057.22 | $ (16,057.22) | 0% | See detailed analysis. |
| 17 | Profit (10%) | $ 74,827.36 | $ 16,057.22 | $ 58,770.14 | 79% | See detailed analysis. |
| 18 | **Total** | $ 620,138.91 | $ 196,808.11 | $ 423,330.80 | 68% | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | M |
| | | C | D | E | F | G | H | I | J | K | L | |
| 1 | **8th Floor** | | | | | | | | | | | |
| 2 | **Reception Area** | | | | | | | | | | | |
| 3 | **CEILING ITEMS** | | | | | | | | | | | |
| 4 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 502.50 | LF | $ 1.52 | $ 763.80 | 0.00 | LF | $ - | $ - | $ 763.80 | 100% | DBI did not observe any loss related damages to this item. |
| 5 | Clean the ceiling | 1903.29 | SF | $ 0.41 | $ 780.35 | 0.00 | SF | $ - | $ - | $ 780.35 | 100% | DBI did not observe any loss related damages to this item. |
| 6 | R& RExit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 7 | **WALL ITEMS** | | | | | | | | | | | |
| 8 | Mask Wall - plastic, paper, tape (per LF) To mask wall perimeter for painting. | 502.50 | LF | $ 1.52 | $ 763.80 | 502.50 | LF | $ 1.47 | $ 738.68 | $ 25.13 | 3% | Variance due to price. |
| 9 | Mask per square foor for drywall work | 0.00 | SF | $ - | $ - | 6.00 | SF | $ 0.27 | $ 1.62 | $ (1.62) | 0% | |
| 10 | Drywall install/repair - per LF | 502.50 | LF | $ 9.01 | $ 4,527.53 | 2.00 | LF | $ 13.78 | $ 27.56 | $ 4,499.97 | 99% | Variance due to quantity and scope. DBI has only included drywall removal at Office 4. |
| 11 | Seal the walls w/PVA primer - one coat | 4020.00 | SF | $ 0.63 | $ 2,532.60 | 0.00 | SF | $ - | $ - | $ 2,532.60 | 100% | DBI did not observe any loss related damages to this item. |
| 12 | Texture drywall - smooth / skim coat | 4020.00 | SF | $ 1.61 | $ 6,472.20 | 0.00 | SF | $ - | $ - | $ 6,472.20 | 100% | DBI did not observe any loss related damages to this item. |
| 13 | Seal/prime then paint the walls twice | 4020.00 | SF | $ 1.44 | $ 5,788.80 | 408.00 | SF | $ 1.44 | $ 587.52 | $ 5,201.28 | 90% | Variance due to quantity. DBI has only included this line item in Office 4. |
| 14 | Baseboard - Detach | 502.50 | LF | $ 1.50 | $ 753.75 | 0.00 | LF | $ - | $ - | $ 753.75 | 100% | DBI did not observe any loss related damages to this item. |
| 15 | Baseboard - 5 1/4" | 502.50 | LF | $ 4.77 | $ 2,396.93 | 13.58 | LF | $ 4.88 | $ 66.27 | $ 2,330.65 | 97% | Variance due to quantity. DBI has only included this line item in Office 4. |
| 16 | R&R Cove molding - 3/4" | 502.50 | LF | $ 1.71 | $ 859.28 | 432.17 | LF | $ 2.08 | $ 898.91 | $ (39.64) | -5% | Variance due to scope. DBI has included allowance to remove quarter round. |
| 17 | Paint baseboard, oversized - two coats | 502.50 | LF | $ 1.68 | $ 844.20 | 502.50 | LF | $ 2.47 | $ 1,241.18 | $ (396.98) | -47% | Variance due to scope. DBI has included allowance paint baseboard and quarter round. |
| 18 | Remove Emergency lighting - battery - Commercial | 8.00 | EA | $ 15.49 | $ 123.92 | 0.00 | EA | $ - | $ - | $ 123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 19 | Install Emergency lighting - battery - Commercial | 8.00 | EA | $ 61.11 | $ 488.88 | 0.00 | EA | $ - | $ - | $ 488.88 | 100% | DBI did not observe any loss related damages to this item. |
| 20 | Interior door - Detach & reset - slab only | 8.00 | EA | $ 22.67 | $ 181.36 | 0.00 | EA | $ - | $ - | $ 181.36 | 100% | DBI did not observe any loss related damages to this item. |
| 21 | Seal & paint door slab only (per side) | 1.00 | EA | $ 41.68 | $ 41.68 | 0.00 | EA | $ - | $ - | $ 41.68 | 100% | DBI did not observe any loss related damages to this item. |
| 22 | Seal & paint door/window trim & jamb - (per side) | 16.00 | EA | $ 33.92 | $ 542.72 | 0.00 | EA | $ - | $ - | $ 542.72 | 100% | DBI did not observe any loss related damages to this item. |
| 23 | **FLOOR ITEMS** | | | | | | | | | | | |
| 24 | Clean the floor - Heavy | 1903.29 | SF | $ 0.50 | $ 951.65 | 0.00 | SF | $ - | $ - | $ 951.65 | 100% | DBI did not observe any loss related damages to this item. |
| 25 | R&R Snaplock Laminate - simulated wood flooring - High grade | 1903.29 | SF | $ 9.38 | $ 17,852.86 | 1903.21 | SF | $ 7.61 | $ 14,483.43 | $ 3,369.43 | 19% | Variance due to price. |
| 26 | Floor protection - Ram Board | 1903.29 | SF | $ 1.50 | $ 2,854.94 | 0.00 | SF | $ - | $ - | $ 2,854.94 | 100% | DBI did not observe any loss related damages to this item. |
| 27 | **MISC ITEMS** | | | | | | | | | | | |
| 28 | Protect - Cover with plastic | 1000.00 | SF | $ 0.38 | $ 380.00 | 0.00 | SF | $ - | $ - | $ 380.00 | 100% | DBI did not observe any loss related damages to this item. |
| 29 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 20.00 | HR | $ 47.01 | $ 940.20 | 0.00 | HR | $ - | $ - | $ 940.20 | 100% | DBI did not observe any loss related damages to this item. |

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K-F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 30 | TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 | EA | $ 50.60 | $ 50.60 | 0.00 | EA | $ - | $ - | $ 50.60 | 100% | DBI did not observe any loss related damages to this item. |
| 31 | Subtotal | | | | $ 51,140.04 | | | | $ 18,045.16 | $ 33,094.88 | 65% | |
| 32 | **Lobby** | | | | | | | | | | | |
| 33 | **CEILING ITEMS** | | | | | | | | | | | |
| 34 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | DBI did not observe any damages to this location at the time of inspection. |
| 35 | Clean the ceiling | 284.41 | SF | $ 0.41 | $ 116.61 | 0.00 | SF | $ - | $ - | $ 116.61 | 100% | |
| 36 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | |
| 37 | Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 | EA | $ 68.25 | $ 273.00 | 0.00 | EA | $ - | $ - | $ 273.00 | 100% | |
| 38 | Seal/prime then paint the ceiling (2 coats) | 284.41 | SF | $ 1.04 | $ 295.79 | 0.00 | SF | $ - | $ - | $ 295.79 | 100% | |
| 39 | **WALL ITEMS** | | | | | | | | | | | |
| 40 | Mask wall - plastic, paper, tape (per LF) To mask wall perimeter for painting. | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | |
| 41 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $ 1.43 | $ 190.76 | 0.00 | SF | $ - | $ - | $ 190.76 | 100% | |
| 42 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $ 3.00 | $ 1,334.01 | 0.00 | SF | $ - | $ - | $ 1,334.01 | 100% | |
| 43 | Drywall tape joint/repair - per LF | 111.17 | LF | $ 9.01 | $ 1,001.64 | 0.00 | LF | $ - | $ - | $ 1,001.64 | 100% | |
| 44 | Seal the walls w/PVA primer - one coat | 889.33 | SF | $ 0.63 | $ 560.28 | 0.00 | SF | $ - | $ - | $ 560.28 | 100% | |
| 45 | Texture drywall - smooth / skim coat | 889.33 | SF | $ 1.61 | $ 1,431.82 | 0.00 | SF | $ - | $ - | $ 1,431.82 | 100% | |
| 46 | Seal/prime then paint the walls twice | 889.33 | SF | $ 1.44 | $ 1,280.64 | 0.00 | SF | $ - | $ - | $ 1,280.64 | 100% | |
| 47 | Baseboard - Detach | 111.17 | LF | $ 1.50 | $ 166.76 | 0.00 | LF | $ - | $ - | $ 166.76 | 100% | |
| 48 | Baseboard - 5 1/4" | 111.17 | LF | $ 4.77 | $ 530.28 | 0.00 | LF | $ - | $ - | $ 530.28 | 100% | |
| 49 | R&R Cove molding - 3/4" | 111.17 | LF | $ 1.71 | $ 190.10 | 0.00 | LF | $ - | $ - | $ 190.10 | 100% | |
| 50 | Paint baseboard, oversized - two coats | 111.17 | LF | $ 1.68 | $ 186.77 | 0.00 | LF | $ - | $ - | $ 186.77 | 100% | |
| 51 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | |
| 52 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | |
| 53 | Remove Fire extinguisher and cabinet, 14' x 27" x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | $ 51.62 | 100% | |
| 54 | Install Fire extinguisher and cabinet, 14' x 27" x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | $ 101.30 | 100% | |
| 55 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ - | $ - | $ 206.52 | 100% | |
| 56 | **FLOOR ITEMS** | | | | | | | | | | | |
| 57 | Clean the floor - Heavy | 284.41 | SF | $ 0.50 | $ 142.21 | 0.00 | SF | $ - | $ - | $ 142.21 | 100% | |
| 58 | Regrout tile floor | 284.41 | SF | $ 3.27 | $ 930.02 | 0.00 | SF | $ - | $ - | $ 930.02 | 100% | |
| 59 | Floor protection - Ram Board | 284.41 | SF | $ 1.50 | $ 426.62 | 0.00 | SF | $ - | $ - | $ 426.62 | 100% | |
| 60 | **MISC ITEMS** | | | | | | | | | | | |
| 61 | On-Site Inventory, Packing, Boxing, Moving chg - per hour | 4.00 | HR | $ 47.01 | $ 188.04 | 0.00 | HR | $ - | $ - | $ 188.04 | 100% | |
| 62 | Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 | EA | $ 40.12 | $ 80.24 | 0.00 | EA | $ - | $ - | $ 80.24 | 100% | |
| 63 | Subtotal | | | | $ 10,424.18 | | | | $ - | $ 10,424.18 | 100% | |
| 64 | **Mech Room** | | | | | | | | | | | |
| 65 | **CEILING ITEMS** | | | | | | | | | | | |
| 66 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 67 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 68 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (F-J) (K) | % (K/F) (L) | M |
| 69 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 70 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 71 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 72 | **WALL ITEMS** | | | | | | | | | | | |
| 73 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 74 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | $ 441.28 | 84% | Variance in pricing and scope. DBI allowed for 1/2" drywall. |
| 75 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 76 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 77 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 78 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 79 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 80 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 81 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 82 | **FLOOR ITEMS** | | | | | | | | | | | |
| 83 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 84 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 85 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 45.65 | SF | $ 0.53 | $ 24.19 | $ 44.28 | 65% | DBI did not observe any loss related damages to this item. |
| 86 | **MISC ITEMS** | | | | | | | | | | | |
| 87 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 88 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 89 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 90 | Subtotal | | | | $ 5,725.22 | | | | $ 1,569.26 | $ 4,155.96 | 73% | |
| 91 | **Storage Closet** | | | | | | | | | | | |
| 92 | **CEILING ITEMS** | | | | | | | | | | | |
| 93 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 94 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 95 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 96 | Firesafing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 97 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 98 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 99 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 100 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 101 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 102 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | |
| 103 | **WALL ITEMS** | | | | | | | | | | | |
| 104 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | DBI did not observe any damages to this location at the time of inspection |



| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 105 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | 117.99 | 100% | |
| 106 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | 88.57 | 100% | |
| 107 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | 49.56 | 100% | |
| 108 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | 126.66 | 100% | |
| 109 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | 113.28 | 100% | |
| 110 | **FLOOR ITEMS** | | | | | | | | | | | |
| 111 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | 3.02 | 100% | |
| 112 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | 19.75 | 100% | |
| 113 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | 9.06 | 100% | |
| 114 | **MISC ITEMS** | | | | | | | | | | | |
| 115 | On-Site Inventory, Packing, Boxing, Moving chrg per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | 47.01 | 100% | |
| 116 | Subtotal | | | | $ 844.34 | | | | $ - | 844.34 | 100% | |
| 117 | **8th Floor Subtotal** | | | | $ 68,133.79 | | | | $ 19,614.44 | 48,519.35 | 71% | |
| 118 | **7th Floor** | | | | | | | | | | | |
| 119 | **Reception Area** | | | | | | | | | | | |
| 120 | **CEILING ITEMS** | | | | | | | | | | | |
| 121 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 506.67 | LF | $ 1.52 | $ 770.14 | 0.00 | LF | $ - | $ - | 770.14 | 100% | DBI did not observe any loss related damages to this item. |
| 122 | Clean the ceiling | 1902.49 | SF | $ 0.41 | $ 780.02 | 0.00 | SF | $ - | $ - | 780.02 | 100% | DBI did not observe any loss related damages to this item. |
| 123 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 124 | Fluorescent - acoustic grid fixture - 4 tube - High grid | 4.00 | EA | $ 375.88 | $ 1,503.52 | 0.00 | EA | $ - | $ - | 1,503.52 | 100% | DBI did not observe any loss related damages to this item. |
| 125 | **WALL ITEMS** | | | | | | | | | | | |
| 126 | Mask wall - plastic, paper, tape (per LF) | 506.67 | LF | $ 1.52 | $ 770.14 | 506.67 | LF | $ 1.47 | $ 744.80 | 25.33 | 3% | Variance due to price. |
| 127 | Drywall tape joint/repair - per LF | 506.67 | LF | $ 9.01 | $ 4,565.10 | 0.00 | LF | $ - | $ - | 4,565.10 | 100% | DBI did not observe any loss related damages to this item. |
| 128 | Seal the walls w/PVA primer - one coat | 4053.33 | SF | $ 0.63 | $ 2,553.60 | 0.00 | SF | $ - | $ - | 2,553.60 | 100% | DBI did not observe any loss related damages to this item. |
| 129 | Texture drywall - smooth / skim coat | 4053.33 | SF | $ 1.61 | $ 6,525.86 | 0.00 | SF | $ - | $ - | 6,525.86 | 100% | DBI did not observe any loss related damages to this item. |
| 130 | Seal/prime then paint the walls twice | 4053.33 | SF | $ 1.44 | $ 5,836.80 | 0.00 | SF | $ - | $ - | 5,836.80 | 100% | DBI did not observe any loss related damages to this item. |
| 131 | Baseboard - Detach | 506.67 | LF | $ 1.50 | $ 760.01 | 0.00 | LF | $ - | $ - | 760.01 | 100% | DBI did not observe any loss related damages to this item. |
| 132 | Baseboard - 5 1/4" | 506.67 | LF | $ 4.77 | $ 2,416.82 | 0.00 | LF | $ - | $ - | 2,416.82 | 100% | DBI did not observe any loss related damages to this item. |
| 133 | R&R Cove molding - 3/4" | 506.67 | LF | $ 1.71 | $ 866.41 | 506.67 | LF | $ 2.08 | $ 1,053.87 | (187.47) | -22% | |
| 134 | Paint baseboard, oversized - two coats | 506.67 | LF | $ 1.68 | $ 851.21 | 506.67 | LF | $ 2.47 | $ 1,251.47 | (400.27) | -47% | |
| 135 | Remove Emergency lighting - battery - Commercial | 8.00 | EA | $ 15.49 | $ 123.92 | 0.00 | EA | $ - | $ - | 123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 136 | Install Emergency lighting - battery - Commercial | 8.00 | EA | $ 61.11 | $ 488.88 | 0.00 | EA | $ - | $ - | 488.88 | 100% | DBI did not observe any loss related damages to this item. |
| 137 | Interior door - Detach & reset - slab only | 8.00 | EA | $ 22.67 | $ 181.36 | 0.00 | EA | $ - | $ - | 181.36 | 100% | DBI did not observe any loss related damages to this item. |
| 138 | Paint French door slab only - 2 coats (per side) | 8.00 | EA | $ 77.54 | $ 620.32 | 0.00 | EA | $ - | $ - | 620.32 | 100% | DBI did not observe any loss related damages to this item. |
| 139 | Seal & paint door/window trim & jamb - (per side) | 20.00 | EA | $ 33.92 | $ 678.40 | 0.00 | EA | $ - | $ - | 678.40 | 100% | DBI did not observe any loss related damages to this item. |
| 140 | **FLOOR ITEMS** | | | | | | | | | | | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (F-J) (K) | % (K/F) (L) | M |
| 141 | Clean the floor - Heavy | 1902.49 | SF | $0.50 | $951.25 | 0.00 | SF | $ - | $ - | $951.25 | 100% | DBI did not observe any loss related damages to this item. |
| 142 | R&R Snaplock Laminate - simulated wood flooring - High grade | 1902.49 | SF | $9.38 | $17,845.36 | 1902.40 | SF | $7.61 | $14,477.26 | $3,368.09 | 19% | Variance due to price. |
| 143 | Floor protection - Ram Board | 1902.49 | SF | $1.50 | $2,853.74 | 0.00 | SF | $ - | $ - | $2,853.74 | 100% | DBI did not observe any loss related damages to this item. |
| 144 | **MISC ITEMS** | | | | | | | | | | | |
| 145 | Protect - Cover with plastic | 1000.00 | SF | $0.38 | $380.00 | 0.00 | SF | $ - | $ - | $380.00 | 100% | DBI did not observe any loss related damages to this item. |
| 146 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 20.00 | HR | $47.01 | $940.20 | 0.00 | HR | $ - | $ - | $940.20 | 100% | DBI did not observe any loss related damages to this item. |
| 147 | TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 | EA | $50.60 | $50.60 | 0.00 | EA | $ - | $ - | $50.60 | 100% | DBI did not observe any loss related damages to this item. |
| 148 | Subtotal | | | | $53,551.64 | | | | $17,527.42 | $36,034.22 | 67% | |
| 149 | **Lobby** | | | | | | | | | | | |
| 150 | **CEILING ITEMS** | | | | | | | | | | | |
| 151 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 111.17 | LF | $1.52 | $168.98 | 1.52 | LF | $ - | $ - | $168.98 | 100% | |
| 152 | Clean the ceiling | 284.41 | SF | $0.41 | $116.61 | 0.41 | SF | $ - | $ - | $116.61 | 100% | |
| 153 | R&R Exit sign - wired in | 2.00 | EA | $124.01 | $248.02 | 103.35 | EA | $ - | $ - | $248.02 | 100% | |
| 154 | Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 | EA | $68.25 | $273.00 | 68.25 | EA | $ - | $ - | $273.00 | 100% | |
| 155 | Seal/prime then paint the ceiling (2 coats) | 284.41 | SF | $1.04 | $295.79 | 1.04 | SF | $ - | $ - | $295.79 | 100% | |
| 156 | **WALL ITEMS** | | | | | | | | | | | |
| 157 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $1.52 | $168.98 | 1.52 | LF | $ - | $ - | $168.98 | 100% | |
| 158 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $1.43 | $190.76 | 0.00 | SF | $ - | $ - | $190.76 | 100% | |
| 159 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $3.00 | $1,334.01 | 0.00 | SF | $ - | $ - | $1,334.01 | 100% | DBI did not observe any loss related damages to this area. |
| 160 | Drywall tape joint/repair - per LF | 111.17 | LF | $9.01 | $1,001.64 | 0.00 | LF | $ - | $ - | $1,001.64 | 100% | |
| 161 | Seal the walls w/PVA primer - one coat | 889.33 | SF | $0.63 | $560.28 | 0.00 | SF | $ - | $ - | $560.28 | 100% | |
| 162 | Texture drywall - smooth / skim coat | 889.33 | SF | $1.61 | $1,431.82 | 0.00 | SF | $ - | $ - | $1,431.82 | 100% | |
| 163 | Seal/prime then paint the walls twice | 889.33 | SF | $1.44 | $1,280.64 | 0.00 | SF | $ - | $ - | $1,280.64 | 100% | |
| 164 | Baseboard - Detach | 111.17 | LF | $1.50 | $166.76 | 0.00 | LF | $ - | $ - | $166.76 | 100% | |
| 165 | Baseboard - 5 1/4" | 111.17 | LF | $4.77 | $530.28 | 0.00 | LF | $ - | $ - | $530.28 | 100% | |
| 166 | R&R Cove molding - 3/4" | 111.17 | LF | $1.71 | $190.10 | 0.00 | LF | $ - | $ - | $190.10 | 100% | |
| 167 | Paint baseboard, oversized - two coats | 111.17 | LF | $1.68 | $186.77 | 0.00 | LF | $ - | $ - | $186.77 | 100% | |
| 168 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $15.49 | $30.98 | 0.00 | EA | $ - | $ - | $30.98 | 100% | |
| 169 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $61.11 | $122.22 | 0.00 | EA | $ - | $ - | $122.22 | 100% | |
| 170 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $25.81 | $51.62 | 0.00 | EA | $ - | $ - | $51.62 | 100% | |
| 171 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $50.65 | $101.30 | 0.00 | EA | $ - | $ - | $101.30 | 100% | |
| 172 | R&R Fire alarm - Manual pull station | 1.00 | EA | $206.52 | $206.52 | 0.00 | EA | $ - | $ - | $206.52 | 100% | |
| 173 | **FLOOR ITEMS** | | | | | | | | | | | |
| 174 | Clean the floor - Heavy | 284.41 | SF | $0.50 | $142.21 | 0.00 | SF | $ - | $ - | $142.21 | 100% | |
| 175 | Regrout tile floor | 284.41 | SF | $3.27 | $930.00 | 0.00 | SF | $ - | $ - | $930.00 | 100% | |
| 176 | Floor protection - Ram Board | 284.41 | SF | $1.50 | $426.62 | 0.00 | SF | $ - | $ - | $426.62 | 100% | |
| 177 | **MISC ITEMS** | | | | | | | | | | | |

For discussion purposes only - Subject to coverage review by the adjuster

3/2/2023



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ | % | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 178 | On-Site Inventory, Packing, Boxing, Moving chrg per hour | 4.00 | HR | $ 47.01 | $ 188.04 | 0.00 | HR | $ - | $ - | $ 188.04 | 100% | DBI did not observe any loss related damages to this item. |
| 179 | Subtotal | | | | $ 10,343.94 | | | | $ - | $ 10,343.94 | 100% | |
| 180 | **Mech Room** | | | | | | | | | | | |
| 181 | **CEILING ITEMS** | | | | | | | | | | | |
| 182 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 183 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 184 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 185 | Firesealing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 186 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 187 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 188 | **WALL ITEMS** | | | | | | | | | | | |
| 189 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 190 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | $ 441.28 | 84% | Variance due to quantity. |
| 191 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 192 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 193 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 194 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 195 | Firesealing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 196 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 197 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 198 | **FLOOR ITEMS** | | | | | | | | | | | |
| 199 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 200 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 201 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 45.65 | SF | $ 0.53 | $ 24.19 | $ 44.28 | 65% | Variance due to price. |
| 202 | **MISC ITEMS** | | | | | | | | | | | |
| 203 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 204 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 205 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 206 | Subtotal | | | | $ 5,725.92 | | | | $ 1,569.26 | $ 4,155.96 | 73% | |
| 207 | **Storage Closet** | | | | | | | | | | | |
| 208 | **CEILING ITEMS** | | | | | | | | | | | |
| 209 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 210 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 211 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ | % | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 212 | Firestaring - draft stop | 9.83 | LF | $1.59 | $15.63 | 0.00 | LF | $- | $- | $15.63 | 100% | DBI did not observe any loss related damage to this area. |
| 219 | **WALL ITEMS** | | | | | | | | | | | |
| 213 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $3.00 | $18.12 | 0.00 | SF | $- | $- | $18.12 | 100% | DBI did not observe any loss related damages to this item. |
| 214 | Drywall tape joint/repair - per LF | 9.83 | LF | $9.01 | $88.57 | 0.00 | LF | $- | $- | $88.57 | 100% | DBI did not observe any loss related damages to this item. |
| 215 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $0.63 | $3.81 | 0.00 | SF | $- | $- | $3.81 | 100% | DBI did not observe any loss related damages to this item. |
| 216 | Texture drywall - smooth / skim coat | 6.04 | SF | $1.61 | $9.72 | 0.00 | SF | $- | $- | $9.72 | 100% | DBI did not observe any loss related damages to this item. |
| 217 | Seal/prime then paint the ceiling twice | 6.04 | SF | $1.44 | $8.70 | 0.00 | SF | $- | $- | $8.70 | 100% | DBI did not observe any loss related damages to this item. |
| 218 | Light fixture - Detach & reset | 1.00 | EA | $47.01 | $47.01 | 0.00 | EA | $- | $- | $47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 219 | **WALL ITEMS** | | | | | | | | | | | |
| 220 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $1.52 | $14.94 | 0.00 | LF | $- | $- | $14.94 | 100% | |
| 221 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | LF | $3.00 | $117.99 | 0.00 | SF | $- | $- | $117.99 | 100% | |
| 222 | Drywall tape joint/repair - per LF | 9.83 | LF | $9.01 | $88.57 | 0.00 | LF | $- | $- | $88.57 | 100% | |
| 223 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $0.63 | $49.56 | 0.00 | SF | $- | $- | $49.56 | 100% | |
| 224 | Texture drywall - smooth / skim coat | 78.67 | SF | $1.61 | $126.66 | 0.00 | SF | $- | $- | $126.66 | 100% | |
| 225 | Seal/prime then paint the walls twice | 78.67 | SF | $1.44 | $113.28 | 0.00 | SF | $- | $- | $113.28 | 100% | |
| 226 | **FLOOR ITEMS** | | | | | | | | | | | |
| 227 | Clean the floor - Heavy | 6.04 | SF | $0.50 | $3.02 | 0.00 | SF | $- | $- | $3.02 | 100% | |
| 228 | Regrout tile floor | 6.04 | SF | $3.27 | $19.75 | 0.00 | SF | $- | $- | $19.75 | 100% | |
| 229 | Floor protection - Ram Board | 6.04 | SF | $1.50 | $9.06 | 0.00 | SF | $- | $- | $9.06 | 100% | |
| 230 | **MISC ITEMS** | | | | | | | | | | | |
| 231 | On-Site Inventory, Packing, Boxing, Moving chg - per hour | 1.00 | HR | $47.01 | $47.01 | 0.00 | HR | $- | $- | $47.01 | 100% | |
| 232 | Subtotal | | | | $844.34 | | | | $- | $844.34 | 100% | |
| 233 | 7th Floor Subtotal | | | | $70,475.14 | | | | $19,096.69 | $51,378.45 | 73% | |
| 234 | **8th Floor** | | | | | | | | | | | |
| 235 | **Open Floor Area** | | | | | | | | | | | |
| 236 | **CEILING ITEMS** | | | | | | | | | | | |
| 237 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 374.83 | LF | $1.52 | $569.74 | 0.00 | LF | $- | $- | $569.74 | 100% | DBI did not observe any loss related damages to this item. |
| 238 | Clean the ceiling | 1972.15 | SF | $0.41 | $808.58 | 0.00 | SF | $- | $- | $808.58 | 100% | DBI did not observe any loss related damages to this item. |
| 239 | R&R Exit sign - wired in | 2.00 | EA | $124.01 | $248.02 | 0.00 | EA | $- | $- | $248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 240 | **WALL ITEMS** | | | | | | | | | | | |
| 241 | Mask wall - plastic, paper, tape (per LF) | 374.83 | LF | $1.52 | $569.74 | 374.83 | LF | $1.47 | $551.00 | $18.74 | 3% | Variance due to price. |
| 242 | Drywall tape joint/repair - per LF | 374.83 | LF | $9.01 | $3,377.22 | 0.00 | LF | $- | $- | $3,377.22 | 100% | DBI did not observe any loss related damages to this item. |
| 243 | Seal the walls w/PVA primer - one coat | 2998.67 | SF | $0.63 | $1,889.16 | 0.00 | SF | $- | $- | $1,889.16 | 100% | DBI did not observe any loss related damages to this item. |
| 244 | Texture drywall - smooth / skim coat | 2998.67 | SF | $1.61 | $4,827.86 | 0.00 | SF | $- | $- | $4,827.86 | 100% | DBI did not observe any loss related damages to this item. |
| 245 | Seal/prime then paint the walls twice | 2998.67 | SF | $1.44 | $4,318.08 | 0.00 | SF | $- | $- | $4,318.08 | 100% | DBI did not observe any loss related damages to this item. |
| 246 | Baseboard - Detach | 374.83 | LF | $1.50 | $562.25 | 0.00 | LF | $- | $- | $562.25 | 100% | DBI did not observe any loss related damages to this item. |
| 247 | Baseboard - 5 1/4" | 374.83 | LF | $4.77 | $1,787.94 | 0.00 | LF | $- | $- | $1,787.94 | 100% | DBI did not observe any loss related damages to this item. |
| 248 | R&R Cove molding - 3/4" | 374.83 | LF | $1.71 | $640.96 | 374.83 | LF | $2.08 | $779.65 | $(138.69) | -22% | |
| 249 | Paint baseboard, oversized - two coats | 374.83 | LF | $1.68 | $629.71 | 374.83 | LF | $2.47 | $925.83 | $(296.12) | -47% | |
| 250 | Remove Emergency lighting - battery - Commercial | 7.00 | EA | $15.49 | $108.43 | 0.00 | EA | $- | $- | $108.43 | 100% | DBI did not observe any loss related damages to this item. |



| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 251 | Install Emergency lighting - battery - Commercial | 7.00 | EA | $ 61.11 | $ 427.77 | 0.00 | EA | $ - | $ - | $ 427.77 | 100% | DBI did not observe any loss related damages to this item. |
| 252 | Interior door - Detach & reset - slab only | 5.00 | EA | $ 22.67 | $ 113.35 | 0.00 | EA | $ - | $ - | $ 113.35 | 100% | DBI did not observe any loss related damages to this item. |
| 253 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 254 | Seal & paint door/window trim & jamb - (per side) | 10.00 | EA | $ 33.92 | $ 339.20 | 0.00 | EA | $ - | $ - | $ 339.20 | 100% | DBI did not observe any loss related damages to this item. |
| 255 | **FLOOR ITEMS** | | | | | | | | | | | |
| 256 | Clean the floor - Heavy | 1972.15 | SF | $ 0.50 | $ 986.08 | 0.00 | SF | $ - | $ - | $ 986.08 | 100% | DBI did not observe any loss related damages to this item. |
| 257 | R&R SnapLock Laminate - simulated wood flooring - High grade | 1972.15 | SF | $ 9.38 | $ 18,498.77 | 1982.93 | SF | $ 7.61 | $ 15,090.10 | $ 3,408.67 | 18% | Variance due to price. |
| 258 | Floor protection - Ram Board | 1972.15 | SF | $ 1.50 | $ 2,958.23 | 0.00 | SF | $ - | $ - | $ 2,958.23 | 100% | DBI did not observe any loss related damages to this item. |
| 259 | **MISC ITEMS** | | | | | | | | | | | |
| 260 | Protect - Cover with plastic | 200.00 | SF | $ 0.38 | $ 76.00 | 0.00 | SF | $ - | $ - | $ 76.00 | 100% | DBI did not observe any loss related damages to this item. |
| 261 | Subtotal | | | | $ 43,814.62 | | | | $ 17,346.57 | $ 26,468.05 | 60% | |
| 262 | **Lobby** | | | | | | | | | | | |
| 263 | **CEILING ITEMS** | | | | | | | | | | | |
| 264 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | |
| 265 | Clean the ceiling | 237.05 | SF | $ 0.41 | $ 97.19 | 0.00 | SF | $ - | $ - | $ 97.19 | 100% | |
| 266 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | |
| 267 | Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 | EA | $ 68.25 | $ 273.00 | 0.00 | EA | $ - | $ - | $ 273.00 | 100% | |
| 268 | Seal/prime then paint the ceiling (2 coats) | 237.05 | SF | $ 1.04 | $ 246.53 | 0.00 | SF | $ - | $ - | $ 246.53 | 100% | |
| 269 | **WALL ITEMS** | | | | | | | | | | | |
| 270 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | $ 168.98 | 100% | |
| 271 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $ 1.43 | $ 190.76 | 0.00 | SF | $ - | $ - | $ 190.76 | 100% | |
| 272 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $ 3.00 | $ 1,334.01 | 0.00 | SF | $ - | $ - | $ 1,334.01 | 100% | |
| 273 | Drywall tape joint/repair - per LF | 111.17 | LF | $ 9.01 | $ 1,001.64 | 0.00 | LF | $ - | $ - | $ 1,001.64 | 100% | |
| 274 | Seal the walls w/PVA primer - one coat | 889.33 | SF | $ 0.63 | $ 560.28 | 0.00 | SF | $ - | $ - | $ 560.28 | 100% | |
| 275 | Texture drywall - smooth / skim coat | 889.33 | SF | $ 1.61 | $ 1,431.82 | 0.00 | SF | $ - | $ - | $ 1,431.82 | 100% | |
| 276 | Seal/prime then paint the walls twice | 889.33 | SF | $ 1.44 | $ 1,280.64 | 0.00 | SF | $ - | $ - | $ 1,280.64 | 100% | |
| 277 | Baseboard - Detach | 111.17 | LF | $ 1.50 | $ 166.76 | 0.00 | LF | $ - | $ - | $ 166.76 | 100% | DBI did not observe any loss related damage to this area. |
| 278 | Baseboard - 5 1/4" | 111.17 | LF | $ 4.77 | $ 530.28 | 0.00 | LF | $ - | $ - | $ 530.28 | 100% | |
| 279 | R&R Cove molding - 3/4" | 111.17 | LF | $ 1.71 | $ 190.10 | 0.00 | LF | $ - | $ - | $ 190.10 | 100% | |
| 280 | Paint baseboard, oversized - two coats | 111.17 | LF | $ 1.68 | $ 186.77 | 0.00 | LF | $ - | $ - | $ 186.77 | 100% | |
| 281 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | |
| 282 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | |
| 283 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | $ 51.62 | 100% | |
| 284 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | $ 101.30 | 100% | |
| 285 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ - | $ - | $ 206.52 | 100% | |
| 286 | **FLOOR ITEMS** | | | | | | | | | | | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ [F-J] (K) | % [K/F] (L) | M |
| 287 | Clean the floor - Heavy | 237.05 | SF | $0.50 | $118.53 | 0.00 | SF | $ - | $ - | $118.53 | 100% | DBI did not observe any loss related damages to this item. |
| 288 | Regrout tile floor | 237.05 | SF | $3.27 | $775.15 | 0.00 | SF | $ - | $ - | $775.15 | 100% | DBI did not observe any loss related damages to this item. |
| 289 | Floor protection - Ram Board | 237.05 | SF | $1.50 | $355.58 | 0.00 | SF | $ - | $ - | $355.58 | 100% | DBI did not observe any loss related damages to this item. |
| 290 | MISC ITEMS | | | | | | | | | | | |
| 291 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $47.01 | $94.02 | 0.00 | HR | $ - | $ - | $94.02 | 100% | DBI did not observe any loss related damages to this item. |
| 292 | **Subtotal** | | | | $9,931.66 | | | | $ - | $9,931.66 | 100% | |
| 293 | **Mech Room** | | | | | | | | | | | |
| 294 | CEILING ITEMS | | | | | | | | | | | |
| 295 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $1.52 | $44.58 | 0.00 | LF | $ - | $ - | $44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 296 | Clean the ceiling | 45.65 | SF | $0.41 | $18.72 | 0.00 | SF | $ - | $ - | $18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 297 | Smoke detector - Detach & reset | 1.00 | EA | $45.52 | $45.52 | 0.00 | EA | $ - | $ - | $45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 298 | Firesafing - draft stop | 29.33 | LF | $1.59 | $46.63 | 0.00 | LF | $ - | $ - | $46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 299 | Drywall tape joint/repair - per LF | 29.33 | LF | $9.01 | $264.26 | 0.00 | LF | $ - | $ - | $264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 300 | Seal/prime then paint the ceiling twice | 45.65 | SF | $1.44 | $65.74 | 0.00 | SF | $ - | $ - | $65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 301 | WALL ITEMS | | | | | | | | | | | |
| 302 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $1.52 | $44.58 | 0.00 | LF | $ - | $ - | $44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 303 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $3.00 | $528.00 | 32.00 | SF | $2.71 | $86.72 | $441.28 | 84% | Variance due to quantity and price. |
| 304 | Drywall tape joint/repair - per LF | 29.33 | LF | $9.01 | $264.26 | 0.00 | LF | $ - | $ - | $264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 305 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $0.63 | $147.84 | 0.00 | SF | $ - | $ - | $147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 306 | Texture drywall - smooth / skim coat | 234.67 | SF | $1.61 | $377.82 | 0.00 | SF | $ - | $ - | $377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 307 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $4.63 | $543.24 | 0.00 | SF | $ - | $ - | $543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 308 | Firesafing - draft stop | 29.33 | LF | $1.59 | $46.63 | 0.00 | LF | $ - | $ - | $46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 309 | Seal/prime then paint the walls twice | 234.67 | SF | $1.44 | $337.92 | 234.67 | SF | $1.44 | $337.92 | $ - | 0% | |
| 310 | Light fixture - Detach & reset | 1.00 | EA | $47.01 | $47.01 | 0.00 | EA | $ - | $ - | $47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 311 | FLOOR ITEMS | | | | | | | | | | | |
| 312 | Clean the floor - Heavy | 45.65 | SF | $0.50 | $22.83 | 0.00 | SF | $ - | $ - | $22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 313 | Regrout tile floor | 45.65 | SF | $3.27 | $149.28 | 0.00 | SF | $ - | $ - | $149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 314 | Floor protection - Ram Board | 45.65 | SF | $1.50 | $68.48 | 45.65 | SF | $0.53 | $24.19 | $44.28 | 65% | Variance due to price. |
| 315 | MISC ITEMS | | | | | | | | | | | |
| 316 | Commercial Air handler - Detach & reset | 1.00 | EA | $2,120.42 | $2,120.42 | 1.00 | EA | $1,120.42 | $1,120.42 | $1,000.00 | 47% | Variance due to price. |
| 317 | Panel and main disconnect - Detach & reset | 1.00 | EA | $388.44 | $388.44 | 0.00 | EA | $ - | $ - | $388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 318 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $76.51 | $153.02 | 0.00 | HR | $ - | $ - | $153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 319 | **Subtotal** | | | | $5,725.22 | | | | $1,669.26 | $4,155.96 | 73% | |
| 320 | **Storage Closet** | | | | | | | | | | | |



Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted



| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ | % | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321 | **CEILING ITEMS** | | | | | | | | | | | |
| 322 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 323 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 324 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 325 | Firesafing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 326 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 327 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 328 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 329 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 330 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 331 | **WALL ITEMS** | | | | | | | | | | | |
| 332 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damage to this area. |
| 333 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 334 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | $ 117.99 | 100% | |
| 335 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 336 | Seal the walls w/PVA primer - one cost | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | $ 49.56 | 100% | |
| 337 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | $ 126.66 | 100% | |
| 338 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | $ 113.28 | 100% | |
| 339 | **FLOOR ITEMS** | | | | | | | | | | | |
| 340 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | $ 3.02 | 100% | |
| 341 | Regrout the floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | $ 19.75 | 100% | |
| 342 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | $ 9.06 | 100% | |
| 343 | **MISC ITEMS** | | | | | | | | | | | |
| 344 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | $ 47.01 | 100% | |
| 345 | Subtotal | | | | $ 844.34 | | | | $ - | $ 844.34 | 100% | |
| 346 | **6th Floor Subtotal** | | | | $ 60,315.65 | | | | $ 18,915.84 | $ 41,400.00 | 69% | |
| 347 | **6th Floor** | | | | | | | | | | | |
| 348 | **Open Floor Area** | | | | | | | | | | | |
| 349 | **Content Manipulation** | | | | | | | | | | | |
| 350 | Content Manipulation charge - per hour | 0.00 | HR | $ - | $ - | 64.00 | HR | $ 45.21 | $ 2,893.44 | $ (2,893.44) | 0% | |
| 351 | **WALL ITEMS** | | | | | | | | | | | |
| 352 | Mask and prep for paint - plastic, paper, tape (per LF) | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 1.47 | $ 550.50 | $ (550.50) | 0% | |
| 353 | R&R Quarter round - 3/4" | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 2.08 | $ 778.94 | $ (778.94) | 0% | |
| 354 | Seal & paint baseboard - two coats | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 1.60 | $ 599.18 | $ (599.18) | 0% | |
| 355 | Seal & paint base shoe or quarter round | 0.00 | LF | $ - | $ - | 374.49 | LF | $ 0.87 | $ 325.81 | $ (325.81) | 0% | |
| 356 | **FLOOR ITEMS** | | | | | | | | | | | |
| 357 | R&R Snaplock Laminate - simulated wood flooring - High grade | 0.00 | SF | $ - | $ - | 1952.94 | SF | $ 7.61 | $ 14,861.87 | $ (14,861.87) | 0% | |
| 358 | Subtotal | | | | $ - | | | | $ 20,009.74 | $ (20,009.74) | 0% | |
| 359 | **LOBBY** | | | | | | | | | | | |
| 360 | **CEILING ITEMS** | | | | | | | | | | | |
| 361 | Mask wall - plastic, paper, tape (per LF) | 108.83 | LF | $ 1.52 | $ 165.42 | 0.00 | LF | $ - | $ - | $ 165.42 | 100% | |
| 362 | Clean the ceiling | 229.27 | SF | $ 0.41 | $ 94.00 | 0.00 | SF | $ - | $ - | $ 94.00 | 100% | |
| 363 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | |
| 364 | **WALL ITEMS** | | | | | | | | | | | |
| 365 | Mask wall - plastic, paper, tape (per LF) | 108.83 | LF | $ 1.52 | $ 165.42 | 0.00 | LF | $ - | $ - | $ 165.42 | 100% | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ [F-J] | % [K/F] | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 366 | R&R Rigid foam insulation board - 1" | 130.60 | SF | $ 1.43 | $ 186.76 | 0.00 | SF | $ - | $ - | $ 186.76 | 100% | |
| 367 | R&R 5/8" drywall - hung, taped, ready for texture | 435.33 | SF | $ 3.00 | $ 1,305.99 | 0.00 | SF | $ - | $ - | $ 1,305.99 | 100% | |
| 368 | Drywall tape joint/repair - per LF | 108.83 | LF | $ 9.01 | $ 980.56 | 0.00 | LF | $ - | $ - | $ 980.56 | 100% | |
| 369 | Seal the walls w/PVA primer - one coat | 870.67 | SF | $ 0.63 | $ 548.52 | 0.00 | SF | $ - | $ - | $ 548.52 | 100% | |
| 370 | Texture drywall - smooth / skim coat | 870.67 | SF | $ 1.61 | $ 1,401.78 | 0.00 | SF | $ - | $ - | $ 1,401.78 | 100% | |
| 371 | Seal/prime then paint the walls twice | 870.67 | SF | $ 1.44 | $ 1,253.76 | 0.00 | SF | $ - | $ - | $ 1,253.76 | 100% | |
| 372 | Baseboard - Detach | 108.83 | LF | $ 1.50 | $ 163.25 | 0.00 | LF | $ - | $ - | $ 163.25 | 100% | |
| 373 | Baseboard - 5 1/4" | 108.83 | LF | $ 4.77 | $ 519.12 | 0.00 | LF | $ - | $ - | $ 519.12 | 100% | |
| 374 | Paint baseboard, oversized - two coats | 108.83 | LF | $ 1.68 | $ 182.83 | 0.00 | LF | $ - | $ - | $ 182.83 | 100% | |
| 375 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | DBI did not observe any related damage to this area. |
| 376 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | |
| 377 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | $ 51.62 | 100% | |
| 378 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | $ 101.30 | 100% | |
| 379 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ - | $ - | $ 206.52 | 100% | |
| 380 | **FLOOR ITEMS** | | | | | | | | | | | |
| 381 | Clean the floor - Heavy | 229.27 | SF | $ 0.50 | $ 114.64 | 0.00 | SF | $ - | $ - | $ 114.64 | 100% | |
| 382 | Regrout tile floor | 229.27 | SF | $ 3.27 | $ 749.71 | 0.00 | SF | $ - | $ - | $ 749.71 | 100% | |
| 383 | Floor protection - Ram Board | 229.27 | SF | $ 1.50 | $ 343.91 | 0.00 | SF | $ - | $ - | $ 343.91 | 100% | |
| 384 | **MISC ITEMS** | | | | | | | | | | | |
| 385 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | $ 94.02 | 100% | |
| 386 | Subtotal | | | | $ 9,030.35 | | | | $ - | $ 9,030.35 | 100% | |
| 387 | **Mech Room** | | | | | | | | | | | |
| 388 | **CEILING ITEMS** | | | | | | | | | | | |
| 389 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 390 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 391 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 392 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 393 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 394 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 395 | **WALL ITEMS** | | | | | | | | | | | |
| 396 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 397 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | $ 441.28 | 84% | Variance due to quantity and price. |
| 398 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 399 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ | % | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 400 | Texture drywall - smooth / skin coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 401 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 402 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 403 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 404 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 405 | **FLOOR ITEMS** | | | | | | | | | | | |
| 406 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 407 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 408 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 45.65 | SF | $ 0.53 | $ 24.19 | $ 44.28 | 65% | Variance due to price. |
| 409 | **MISC ITEMS** | | | | | | | | | | | |
| 410 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 411 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 412 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 413 | Subtotal | | | | $ 5,725.22 | | | | $ 1,669.26 | $ 4,155.96 | 73% | |
| 414 | **Storage Closet** | | | | | | | | | | | |
| 415 | **CEILING ITEMS** | | | | | | | | | | | |
| 416 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 417 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 418 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 419 | Firesafing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 420 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 421 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 422 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 423 | Texture drywall - smooth / skin coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 424 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 425 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | |
| 426 | **WALL ITEMS** | | | | | | | | | | | |
| 427 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | DBI did not observe any loss related damage to this area. |
| 428 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | $ 117.99 | 100% | |
| 429 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 430 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | $ 49.56 | 100% | |
| 431 | Texture drywall - smooth / skin coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | $ 126.66 | 100% | |
| 432 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | $ 113.28 | 100% | |
| 433 | **FLOOR ITEMS** | | | | | | | | | | | |
| 434 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | $ 3.02 | 100% | |
| 435 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | $ 19.75 | 100% | |
| 436 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | $ 9.06 | 100% | |
| 437 | **MISC ITEMS** | | | | | | | | | | | |
| 438 | On-Site Inventory, Packing, Boxing, Moving chg per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | $ 47.01 | 100% | |
| 439 | Subtotal | | | | $ 844.34 | | | | $ - | $ 844.34 | 100% | |





**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | | Variance | | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | | $ | % | | |
| | | C | D | E | F | G | H | I | J | | K | L | | M |
| | | | | | | | | | | | [F-J] | [K/F] | | |
| 440 | 5th Floor Subtotal | | | | $ 15,599.91 | | | | $ 21,579.00 | $ | (5,979.10) | -38% | | |
| 441 | **4th Floor** | | | | | | | | | | | | | |
| 442 | **OPEN FLOOR AREA** | | | | | | | | | | | | | |
| 443 | **CEILING ITEMS** | | | | | | | | | | | | | |
| 444 | Mask wall - plastic, paper, tape (per LF) - To mask ceiling perimeter for painting. | 91.33 | LF | $ 1.52 | $ 138.82 | 0.00 | LF | $ - | $ - | $ | 138.82 | 100% | DBI did not observe any loss related damages to this item. | |
| 445 | Clean the ceiling | 299.42 | SF | $ 0.41 | $ 122.76 | 0.00 | SF | $ - | $ - | $ | 122.76 | 100% | DBI did not observe any loss related damages to this item. | |
| 446 | Material Only Acoustic ceiling tile | 0.00 | SF | $ - | $ - | 3.00 | SF | $ 1.53 | $ 4.59 | $ | (4.59) | 0% | | |
| 447 | Acoustic Treatments Installer - per hour | 0.00 | HR | $ - | $ - | 2.00 | HR | $ 98.16 | $ 196.32 | $ | (196.32) | 0% | | |
| 448 | **WALL ITEMS** | | | | | | | | | | | | | |
| 449 | Mask wall - plastic, paper, tape (per LF) | 91.33 | LF | $ 1.52 | $ 138.82 | 92.83 | LF | $ 1.47 | $ 136.46 | $ | 2.36 | 2% | Variance due to price. | |
| 450 | Drywall tape joint/repair - per LF | 91.33 | LF | $ 9.01 | $ 822.88 | 0.00 | LF | $ - | $ - | $ | 822.88 | 100% | DBI did not observe any loss related damages to this item. | |
| 451 | Seal the walls w/PVA primer - one coat | 730.67 | SF | $ 0.63 | $ 460.32 | 0.00 | SF | $ - | $ - | $ | 460.32 | 100% | DBI did not observe any loss related damages to this item. | |
| 452 | Texture drywall - smooth / skim coat | 730.67 | SF | $ 1.61 | $ 1,176.38 | 0.00 | SF | $ - | $ - | $ | 1,176.38 | 100% | DBI did not observe any loss related damages to this item. | |
| 453 | Seal/prime then paint the walls twice | 730.67 | SF | $ 1.44 | $ 1,052.16 | 0.00 | SF | $ - | $ - | $ | 1,052.16 | 100% | DBI did not observe any loss related damages to this item. | |
| 454 | Baseboard - Detach | 91.33 | LF | $ 1.50 | $ 137.00 | 0.00 | LF | $ - | $ - | $ | 137.00 | 100% | DBI did not observe any loss related damages to this item. | |
| 455 | Baseboard - 5 1/4" | 91.33 | LF | $ 4.77 | $ 435.64 | 92.83 | LF | $ 2.85 | $ 264.57 | $ | 171.07 | 39% | Variance due to price. | |
| 456 | Paint baseboard, oversized - two coats | 91.33 | LF | $ 1.68 | $ 153.43 | 92.83 | LF | $ 1.60 | $ 148.53 | $ | 4.91 | 3% | Variance due to price. | |
| 457 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ | 22.67 | 100% | DBI did not observe any loss related damages to this item. | |
| 458 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ | 77.54 | 100% | DBI did not observe any loss related damages to this item. | |
| 459 | Seal & paint door/window trim & jamb - (per side) | 4.00 | EA | $ 33.92 | $ 135.68 | 0.00 | EA | $ - | $ - | $ | 135.68 | 100% | DBI did not observe any loss related damages to this item. | |
| 460 | Remove Emergency lighting - battery - Commercial | 1.00 | EA | $ 15.49 | $ 15.49 | 0.00 | EA | $ - | $ - | $ | 15.49 | 100% | DBI did not observe any loss related damages to this item. | |
| 461 | Install Emergency lighting - battery - Commercial | 1.00 | EA | $ 61.11 | $ 61.11 | 0.00 | EA | $ - | $ - | $ | 61.11 | 100% | DBI did not observe any loss related damages to this item. | |
| 462 | **FLOOR ITEMS** | | | | | | | | | | | | | |
| 463 | R&R Snaplock Laminate - simulated wood flooring - High grade | 299.42 | SF | $ 9.38 | $ 2,808.56 | 301.94 | SF | $ 7.61 | $ 2,297.76 | $ | 510.80 | 18% | Variance due to price. | |
| 464 | Clean the floor - Heavy | 299.42 | SF | $ 0.50 | $ 149.71 | 0.00 | SF | $ - | $ - | $ | 149.71 | 100% | DBI did not observe any loss related damages to this item. | |
| 465 | Floor protection - Ram Board | 299.42 | SF | $ 1.50 | $ 449.13 | 0.00 | SF | $ - | $ - | $ | 449.13 | 100% | DBI did not observe any loss related damages to this item. | |
| 466 | **MISC ITEMS** | | | | | | | | | | | | | |
| 467 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 10.00 | HR | $ 47.01 | $ 470.10 | 0.00 | HR | $ - | $ - | $ | 470.10 | 100% | DBI did not observe any loss related damages to this item. | |
| 468 | Subtotal | | | | $ 8,828.22 | | | | $ 3,048.23 | $ | 5,779.99 | 65% | | |
| 469 | **Lobby** | | | | | | | | | | | | | |
| 470 | **CEILING ITEMS** | | | | | | | | | | | | | |
| 471 | Mask wall - plastic, paper, tape (per LF) | 123.33 | LF | $ 1.52 | $ 187.46 | 0.00 | LF | $ - | $ - | $ | 187.46 | 100% | DBI did not observe any loss related damages to this item. | |
| 472 | Clean the ceiling | 243.21 | SF | $ 0.41 | $ 99.72 | 0.00 | SF | $ - | $ - | $ | 99.72 | 100% | DBI did not observe any loss related damages to this item. | |
| 473 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ | 45.52 | 100% | DBI did not observe any loss related damages to this item. | |

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (K) [F-J] | % (K/F) [L] | M |
| 474 | Recessed light fixture - Detach & reset trim only | 8.00 | EA | $ 3.49 | $ 27.92 | 0.00 | EA | $ - | $ - | $ 27.92 | 100% | DBI did not observe any loss related damages to this item. |
| 475 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 476 | Remove Surveillance camera - color | 1.00 | EA | $ 61.95 | $ 61.95 | 0.00 | EA | $ - | $ - | $ 61.95 | 100% | DBI did not observe any loss related damages to this item. |
| 477 | Install Surveillance camera - color | 1.00 | EA | $ 174.61 | $ 174.61 | 0.00 | EA | $ - | $ - | $ 174.61 | 100% | DBI did not observe any loss related damages to this item. |
| 478 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $ 16.13 | $ 48.39 | 0.00 | EA | $ - | $ - | $ 48.39 | 100% | DBI did not observe any loss related damages to this item. |
| 479 | R&R Recessed light fixture - High grade | 1.00 | EA | $ 150.33 | $ 150.33 | 0.00 | EA | $ - | $ - | $ 150.33 | 100% | DBI did not observe any loss related damages to this item. |
| 480 | R&R Suspended ceiling grid - 2' x 2' | 243.21 | SF | $ 2.39 | $ 581.27 | 19.00 | SF | $ 0.74 | $ 14.06 | $ 567.21 | 98% | Variance due to quantity and price. |
| 481 | R&R Suspended ceiling tile - 2' x 2' | 243.21 | SF | $ 2.66 | $ 646.94 | 12.00 | SF | $ 1.53 | $ 18.36 | $ 628.58 | 97% | Variance due to quantity and price. |
| 482 | Acoustic Treatments Installer - per hour | 0.00 | HR | $ - | $ - | 16.00 | HR | $ 98.16 | $ 1,570.56 | $ (1,570.56) | 0% | |
| 483 | **WALL ITEMS** | | | | | | | | | | | |
| 484 | Mask wall - plastic, paper, tape (per LF) | 123.33 | LF | $ 1.52 | $ 187.46 | 0.00 | LF | $ - | $ - | $ 187.46 | 100% | DBI did not observe any loss related damages to this item. |
| 485 | R&R Rigid foam insulation board - 1" | 148.00 | SF | $ 1.43 | $ 211.64 | 0.00 | SF | $ - | $ - | $ 211.64 | 100% | DBI did not observe any loss related damages to this item. |
| 486 | R&R 5/8" drywall - hung, taped, ready for texture | 493.33 | SF | $ 3.00 | $ 1,479.99 | 0.00 | SF | $ - | $ - | $ 1,479.99 | 100% | DBI did not observe any loss related damages to this item. |
| 487 | Drywall tape joint/repair - per LF | 61.67 | LF | $ 9.01 | $ 555.65 | 0.00 | LF | $ - | $ - | $ 555.65 | 100% | DBI did not observe any loss related damages to this item. |
| 488 | Seal part of the walls w/PVA primer - one coat | 493.33 | SF | $ 0.63 | $ 310.80 | 0.00 | SF | $ - | $ - | $ 310.80 | 100% | DBI did not observe any loss related damages to this item. |
| 489 | Texture drywall - smooth / skim coat | 493.33 | SF | $ 1.61 | $ 794.26 | 0.00 | SF | $ - | $ - | $ 794.26 | 100% | DBI did not observe any loss related damages to this item. |
| 490 | Texture drywall - machine - knockdown | 493.33 | SF | $ 0.94 | $ 463.73 | 0.00 | SF | $ - | $ - | $ 463.73 | 100% | DBI did not observe any loss related damages to this item. |
| 491 | Seal/prime then paint part of the walls twice | 690.67 | SF | $ 1.44 | $ 994.56 | 0.00 | SF | $ - | $ - | $ 994.56 | 100% | DBI did not observe any loss related damages to this item. |
| 492 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | DBI did not observe any loss related damages to this item. |
| 493 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | DBI did not observe any loss related damages to this item. |
| 494 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 25.81 | $ 51.62 | 0.00 | EA | $ - | $ - | $ 51.62 | 100% | DBI did not observe any loss related damages to this item. |
| 495 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 2.00 | EA | $ 50.65 | $ 101.30 | 0.00 | EA | $ - | $ - | $ 101.30 | 100% | DBI did not observe any loss related damages to this item. |
| 496 | R&R Window sill - hardwood | 10.00 | LF | $ 5.69 | $ 56.90 | 0.00 | LF | $ - | $ - | $ 56.90 | 100% | DBI did not observe any loss related damages to this item. |
| 497 | Stain & finish wood window sill | 10.00 | LF | $ 3.16 | $ 31.60 | 0.00 | LF | $ - | $ - | $ 31.60 | 100% | DBI did not observe any loss related damages to this item. |
| 498 | R&R Fire alarm - Manual pull station | 1.00 | EA | $ 206.52 | $ 206.52 | 0.00 | EA | $ - | $ - | $ 206.52 | 100% | DBI did not observe any loss related damages to this item. |
| 499 | **FLOOR ITEMS** | | | | | | | | | | | |
| 500 | Clean the floor - Heavy | 243.21 | SF | $ 0.50 | $ 121.61 | 0.00 | SF | $ - | $ - | $ 121.61 | 100% | DBI did not observe any loss related damages to this item. |
| 501 | Regrout tile floor | 243.21 | SF | $ 3.27 | $ 795.30 | 0.00 | SF | $ - | $ - | $ 795.30 | 100% | DBI did not observe any loss related damages to this item. |
| 502 | Floor protection - Ram Board | 243.21 | SF | $ 1.50 | $ 364.82 | 0.00 | SF | $ - | $ - | $ 364.82 | 100% | DBI did not observe any loss related damages to this item. |
| 503 | **MISC ITEMS** | | | | | | | | | | | |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted



| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 504 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | $ 94.02 | 100% | DBI did not observe any loss related damages to this item. |
| 505 | Subtotal | | | | $ 9,247.10 | | | | $ 1,602.98 | $ 7,644.12 | 83% | |
| 506 | **Mech Room** | | | | | | | | | | | |
| 507 | **CEILING ITEMS** | | | | | | | | | | | |
| 508 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 509 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 510 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 511 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 512 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 513 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 514 | **WALL ITEMS** | | | | | | | | | | | |
| 515 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 45.65 | LF | $ 0.53 | $ 24.19 | $ 20.39 | 46% | Variance due to price. |
| 516 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 32.00 | SF | $ 2.71 | $ 86.72 | $ 441.28 | 84% | Variance due to quantity and price. |
| 517 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 518 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 519 | Texture drywall - smooth / skim coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 520 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | SF | $ 4.63 | $ 543.24 | 0.00 | SF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 521 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 522 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 523 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 524 | R&R Baseboard - 3 1/4" | 29.33 | LF | $ 4.32 | $ 126.71 | 0.00 | LF | $ - | $ - | $ 126.71 | 100% | DBI did not observe any loss related damages to this item. |
| 525 | Seal & paint baseboard - two coats | 29.33 | LF | $ 1.60 | $ 46.93 | 0.00 | LF | $ - | $ - | $ 46.93 | 100% | DBI did not observe any loss related damages to this item. |
| 526 | **FLOOR ITEMS** | | | | | | | | | | | |
| 527 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 528 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 529 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 0.00 | SF | $ - | $ - | $ 68.48 | 100% | DBI did not observe any loss related damages to this item. |
| 530 | **MISC ITEMS** | | | | | | | | | | | |
| 531 | Commercial A/c handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 532 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 533 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |
| 534 | R&R Hollow Metal Door - solid core birch flush | 1.00 | EA | $ 365.07 | $ 365.07 | 0.00 | EA | $ - | $ - | $ 365.07 | 100% | DBI did not observe any loss related damages to this item. |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ | % (K/F) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 535 | Stain & finish door slab only (per side) | 2.00 | EA | $ 61.96 | $ 123.92 | 0.00 | EA | $ - | $ - | $ 123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 536 | Door closer - Commercial grade - Detach & reset | 1.00 | EA | $ 36.74 | $ 36.74 | 0.00 | EA | $ - | $ - | $ 36.74 | 100% | DBI did not observe any loss related damages to this item. |
| 537 | Thermostat - Detach & reset | 1.00 | EA | $ 53.91 | $ 53.91 | 0.00 | EA | $ - | $ - | $ 53.91 | 100% | DBI did not observe any loss related damage to this item. |
| 538 | Subtotal | | | | $ 6,478.49 | | | | $ 1,569.26 | $ 4,909.24 | 76% | |
| 539 | **Storage Closet** | | | | | | | | | | | |
| 540 | CEILING ITEMS | | | | | | | | | | | |
| 541 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 542 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 543 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 544 | Firesafing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 545 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 546 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 547 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 548 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 549 | Seal/prime then paint the ceiling | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 550 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | |
| 551 | WALL ITEMS | | | | | | | | | | | |
| 552 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 553 | R&R 5/8" drywall - hung, taped, ready for texture | 59.00 | SF | $ 3.00 | $ 177.00 | 0.00 | SF | $ - | $ - | $ 177.00 | 100% | DBI did not observe any loss related damage to this area. |
| 554 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 555 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | $ 49.56 | 100% | |
| 556 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | $ 126.66 | 100% | |
| 557 | Seal/prime then paint the walls | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | $ 113.28 | 100% | |
| 558 | Paint door/window trim & jamb - 2 coats (per side) | 1.00 | EA | $ 34.10 | $ 34.10 | 0.00 | EA | $ - | $ - | $ 34.10 | 100% | |
| 559 | Paint door slab only - 2 coats (per side) | 1.00 | EA | $ 41.29 | $ 41.29 | 0.00 | EA | $ - | $ - | $ 41.29 | 100% | |
| 560 | FLOOR ITEMS | | | | | | | | | | | |
| 561 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | $ 3.02 | 100% | |
| 562 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | $ 19.75 | 100% | |
| 563 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | $ 9.06 | 100% | |
| 564 | MISC ITEMS | | | | | | | | | | | |
| 565 | On-Site Inventory, Packing, Boxing, Moving chrg per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | $ 94.02 | 100% | |
| 566 | R&R Interior door unit | 1.00 | EA | $ 317.73 | $ 317.73 | 0.00 | EA | $ - | $ - | $ 317.73 | 100% | |
| 567 | Subtotal | | | | $ 1,343.48 | | | | $ - | $ 1,343.48 | 100% | |
| 568 | **Office 4** | | | | | | | | | | | |
| 569 | CEILING ITEMS | | | | | | | | | | | |
| 570 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 39.67 | LF | $ 1.52 | $ 60.30 | 0.00 | LF | $ - | $ - | $ 60.30 | 100% | DBI did not observe any loss related damages to this item. |
| 571 | Clean the ceiling | 79.77 | SF | $ 0.41 | $ 32.71 | 0.00 | SF | $ - | $ - | $ 32.71 | 100% | DBI did not observe any loss related damages to this item. |
| 572 | WALL ITEMS | | | | | | | | | | | |
| 573 | Mask wall - plastic, paper, tape (per LF) | 39.67 | LF | $ 1.52 | $ 60.30 | 39.67 | LF | $ 1.47 | $ 58.31 | $ 1.98 | 3% | Variance due to price. |
| 574 | Drywall tape joint/repair - per LF | 39.67 | LF | $ 9.01 | $ 357.43 | 0.00 | LF | $ - | $ - | $ 357.43 | 100% | DBI did not observe any loss related damage to this item. |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 575 | Seal the walls w/PVA primer - one coat | 317.33 | SF | $ 0.63 | $ 199.92 | 0.00 | SF | $ - | $ - | $ 199.92 | 100% | DBI did not observe any loss related damages to this item. |
| 576 | Texture drywall - smooth / skim coat | 317.33 | SF | $ 1.61 | $ 510.90 | 0.00 | SF | $ - | $ - | $ 510.90 | 100% | DBI did not observe any loss related damages to this item. |
| 577 | Seal/prime then paint the walls twice | 317.33 | SF | $ 1.44 | $ 456.96 | 0.00 | SF | $ - | $ - | $ 456.96 | 100% | DBI did not observe any loss related damages to this item. |
| 578 | Baseboard - Detach | 39.67 | LF | $ 1.50 | $ 59.51 | 0.00 | LF | $ - | $ - | $ 59.51 | 100% | DBI did not observe any loss related damages to this item. |
| 579 | Baseboard - 5 1/4" | 39.67 | LF | $ 4.77 | $ 189.23 | 39.67 | LF | $ 2.85 | $ 113.06 | $ 76.17 | 40% | Variance due to price. |
| 580 | Paint baseboard, oversized - two coats | 39.67 | LF | $ 1.68 | $ 66.65 | 39.67 | LF | $ 1.60 | $ 63.47 | $ 3.17 | 5% | Variance due to price. |
| 581 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 582 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 583 | Seal & paint door/window trim & jamb - (per side) | 4.00 | EA | $ 33.92 | $ 135.68 | 0.00 | EA | $ - | $ - | $ 135.68 | 100% | DBI did not observe any loss related damages to this item. |
| 584 | **FLOOR ITEMS** | | | | | | | | | | | |
| 585 | R&R Snaplock Laminate - simulated wood flooring - High grade | 79.77 | SF | $ 9.38 | $ 748.24 | 79.77 | SF | $ 7.61 | $ 607.05 | $ 141.19 | 19% | Variance due to price. |
| 586 | Clean the floor - Heavy | 79.77 | SF | $ 0.50 | $ 39.89 | 0.00 | SF | $ - | $ - | $ 39.89 | 100% | DBI did not observe any loss related damages to this item. |
| 587 | Floor protection - Ram Board | 79.77 | SF | $ 1.50 | $ 119.66 | 0.00 | SF | $ - | $ - | $ 119.66 | 100% | DBI did not observe any loss related damages to this item. |
| 588 | **MISC ITEMS** | | | | | | | | | | | |
| 589 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 590 | Subtotal | | | | $ 3,419.61 | | | | $ 841.90 | $ 2,577.72 | 75% | |
| 591 | **Office 3** | | | | | | | | | | | |
| 592 | **CEILING ITEMS** | | | | | | | | | | | |
| 593 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 44.17 | LF | $ 1.52 | $ 67.14 | 0.00 | LF | $ - | $ - | $ 67.14 | 100% | DBI did not observe any loss related damages to this item. |
| 594 | Clean the ceiling | 118.08 | SF | $ 0.41 | $ 48.41 | 0.00 | SF | $ - | $ - | $ 48.41 | 100% | DBI did not observe any loss related damages to this item. |
| 595 | **WALL ITEMS** | | | | | | | | | | | |
| 596 | Mask wall - plastic, paper, tape (per LF) | 44.17 | LF | $ 1.52 | $ 67.14 | 44.17 | LF | $ 1.47 | $ 64.93 | $ 2.21 | 3% | Variance due to price. |
| 597 | Drywall tape joint/repair - per LF | 44.17 | LF | $ 9.01 | $ 397.97 | 0.00 | LF | $ - | $ - | $ 397.97 | 100% | DBI did not observe any loss related damages to this item. |
| 598 | Seal the walls w/PVA primer - one coat | 353.33 | SF | $ 0.63 | $ 222.60 | 0.00 | SF | $ - | $ - | $ 222.60 | 100% | DBI did not observe any loss related damages to this item. |
| 599 | Texture drywall - smooth / skim coat | 353.33 | SF | $ 1.61 | $ 568.86 | 0.00 | SF | $ - | $ - | $ 568.86 | 100% | DBI did not observe any loss related damages to this item. |
| 600 | Seal/prime then paint the walls twice | 353.33 | SF | $ 1.44 | $ 508.80 | 0.00 | SF | $ - | $ - | $ 508.80 | 100% | DBI did not observe any loss related damages to this item. |
| 601 | Baseboard - Detach | 44.17 | LF | $ 1.50 | $ 66.26 | 0.00 | LF | $ - | $ - | $ 66.26 | 100% | DBI did not observe any loss related damages to this item. |
| 602 | Baseboard - 5 1/4" | 44.17 | LF | $ 4.77 | $ 210.69 | 44.17 | LF | $ 2.85 | $ 125.88 | $ 84.81 | 40% | Variance due to price. |
| 603 | Paint baseboard, oversized - two coats | 44.17 | LF | $ 1.68 | $ 74.21 | 44.17 | LF | $ 1.60 | $ 70.67 | $ 3.53 | 5% | Variance due to price. |
| 604 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 605 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 606 | Seal & paint door/window trim & jamb - (per side) | 3.00 | EA | $ 33.92 | $ 101.76 | 0.00 | EA | $ - | $ - | $ 101.76 | 100% | DBI did not observe any loss related damages to this item. |
| 607 | **FLOOR ITEMS** | | | | | | | | | | | |



| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 608 | R&R Snaplock Laminate - simulated wood flooring - High grade | 118.08 | SF | $ 9.38 | $ 1,107.59 | 118.08 | SF | $ 7.61 | $ 898.59 | $ 209.00 | 19% | Variance due to price. |
| 609 | Clean the floor - Heavy | 118.08 | SF | $ 0.50 | $ 59.04 | 0.00 | SF | $ - | $ - | $ 59.04 | 100% | DBI did not observe any loss related damages to this item. |
| 610 | Floor protection - Ram Board | 118.08 | SF | $ 1.50 | $ 177.12 | 0.00 | SF | $ - | $ - | $ 177.12 | 100% | DBI did not observe any loss related damages to this item. |
| 611 | **MISC ITEMS** | | | | | | | | | | | |
| 612 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 613 | Subtotal | | | | $ 4,059.85 | | | | $ 1,160.08 | $ 2,899.77 | 71% | |
| 614 | **Office 2** | | | | | | | | | | | |
| 615 | **CEILING ITEMS** | | | | | | | | | | | |
| 616 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 41.00 | LF | $ 1.52 | $ 62.32 | 0.00 | LF | $ - | $ - | $ 62.32 | 100% | DBI did not observe any loss related damages to this item. |
| 617 | Clean the ceiling | 103.70 | SF | $ 0.41 | $ 42.52 | 0.00 | SF | $ - | $ - | $ 42.52 | 100% | DBI did not observe any loss related damages to this item. |
| 618 | **WALL ITEMS** | | | | | | | | | | | |
| 619 | Mask wall - plastic, paper, tape (per LF) | 41.00 | LF | $ 1.52 | $ 62.32 | 42.50 | LF | $ 1.47 | $ 62.48 | $ (0.16) | 0% | DBI did not observe any loss related damages to this item. |
| 620 | Drywall tape joint/repair - per LF | 41.00 | LF | $ 9.01 | $ 369.41 | 0.00 | LF | $ - | $ - | $ 369.41 | 100% | DBI did not observe any loss related damages to this item. |
| 621 | Seal the walls w/PVA primer - one coat | 328.00 | SF | $ 0.63 | $ 206.64 | 0.00 | SF | $ - | $ - | $ 206.64 | 100% | DBI did not observe any loss related damages to this item. |
| 622 | Texture drywall - smooth / skim coat | 328.00 | SF | $ 1.61 | $ 528.08 | 0.00 | SF | $ - | $ - | $ 528.08 | 100% | DBI did not observe any loss related damages to this item. |
| 623 | Seal/prime then paint the walls twice | 328.00 | SF | $ 1.44 | $ 472.32 | 0.00 | SF | $ - | $ - | $ 472.32 | 100% | DBI did not observe any loss related damages to this item. |
| 624 | Baseboard - Detach | 41.00 | LF | $ 1.50 | $ 61.50 | 0.00 | LF | $ - | $ - | $ 61.50 | 100% | DBI did not observe any loss related damages to this item. |
| 625 | Baseboard - 5 1/4" | 41.00 | LF | $ 4.77 | $ 195.57 | 42.50 | LF | $ 2.85 | $ 121.13 | $ 74.45 | 38% | Variance due to price. |
| 626 | Paint baseboard, oversized - two coats | 41.00 | LF | $ 1.68 | $ 68.88 | 42.50 | LF | $ 1.60 | $ 68.00 | $ 0.88 | 1% | Variance due to price. |
| 627 | Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 628 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 629 | Seal & paint door/window trim & jamb - (per side) | 4.00 | EA | $ 33.92 | $ 135.68 | 0.00 | EA | $ - | $ - | $ 135.68 | 100% | DBI did not observe any loss related damages to this item. |
| 630 | **FLOOR ITEMS** | | | | | | | | | | | |
| 631 | R&R Snaplock Laminate - simulated wood flooring - High grade | 103.70 | SF | $ 9.38 | $ 972.71 | 110.51 | SF | $ 7.61 | $ 840.98 | $ 131.72 | 14% | Variance due to price. |
| 632 | Clean the floor - Heavy | 103.70 | SF | $ 0.50 | $ 51.85 | 0.00 | SF | $ - | $ - | $ 51.85 | 100% | DBI did not observe any loss related damages to this item. |
| 633 | Floor protection - Ram Board | 103.70 | SF | $ 1.50 | $ 155.55 | 0.00 | SF | $ - | $ - | $ 155.55 | 100% | DBI did not observe any loss related damages to this item. |
| 634 | **MISC ITEMS** | | | | | | | | | | | |
| 635 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 636 | Subtotal | | | | $ 3,767.61 | | | | $ 1,092.58 | $ 2,675.03 | 71% | |
| 637 | **Office 1** | | | | | | | | | | | |
| 638 | **CEILING ITEMS** | | | | | | | | | | | |
| 639 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 71.00 | LF | $ 1.52 | $ 107.92 | 0.00 | LF | $ - | $ - | $ 107.92 | 100% | DBI did not observe any loss related damages to this item. |
| 640 | Clean the ceiling | 312.81 | SF | $ 0.41 | $ 128.25 | 0.00 | SF | $ - | $ - | $ 128.25 | 100% | DBI did not observe any loss related damages to this item. |
| 641 | **WALL ITEMS** | | | | | | | | | | | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ (F-J) | % (K/F) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 642 | Mask wall - plastic, paper, tape (per LF) | 71.00 | LF | $ 1.52 | $ 107.92 | 71.00 | LF | $ 1.47 | $ 104.37 | $ 3.55 | 3% | Variance due to price. |
| 643 | Drywall tape joint/repair - per LF | 71.00 | LF | $ 9.01 | $ 639.71 | 0.00 | LF | $ - | $ - | $ 639.71 | 100% | DBI did not observe any loss related damages to this item. |
| 644 | Seal the walls w/PVA primer - one coat | 568.00 | SF | $ 0.63 | $ 357.84 | 0.00 | SF | $ - | $ - | $ 357.84 | 100% | DBI did not observe any loss related damages to this item. |
| 645 | Texture drywall - smooth / skim coat | 568.00 | SF | $ 1.61 | $ 914.48 | 0.00 | SF | $ - | $ - | $ 914.48 | 100% | DBI did not observe any loss related damages to this item. |
| 646 | Seal/prime then paint the walls twice | 568.00 | SF | $ 1.44 | $ 817.92 | 0.00 | SF | $ - | $ - | $ 817.92 | 100% | DBI did not observe any loss related damages to this item. |
| 647 | Baseboard - Detach | 71.00 | LF | $ 1.50 | $ 106.50 | 0.00 | LF | $ - | $ - | $ 106.50 | 100% | DBI did not observe any loss related damages to this item. |
| 648 | Baseboard - 5 1/4" | 71.00 | LF | $ 4.77 | $ 338.67 | 71.00 | LF | $ 2.85 | $ 202.35 | $ 136.32 | 40% | Variance due to price. |
| 649 | Paint baseboard, oversized - two coats | 71.00 | LF | $ 1.68 | $ 119.28 | 71.00 | LF | $ 1.60 | $ 113.60 | $ 5.68 | 5% | Variance due to price. |
| 650 | **FLOOR ITEMS** Interior door - Detach & reset - slab only | 1.00 | EA | $ 22.67 | $ 22.67 | 0.00 | EA | $ - | $ - | $ 22.67 | 100% | DBI did not observe any loss related damages to this item. |
| 651 | Paint French door slab only - 2 coats (per side) | 1.00 | EA | $ 77.54 | $ 77.54 | 0.00 | EA | $ - | $ - | $ 77.54 | 100% | DBI did not observe any loss related damages to this item. |
| 652 | Seal & paint door/window trim & jamb - (per side) | 3.00 | EA | $ 33.92 | $ 101.76 | 0.00 | EA | $ - | $ - | $ 101.76 | 100% | DBI did not observe any loss related damages to this item. |
| 653 | **FLOOR ITEMS** | | | | | | | | | | | |
| 654 | R&R Snaplock Laminate - simulated wood flooring - High grade | 312.81 | EA | $ 9.38 | $ 2,934.16 | 312.81 | EA | $ 7.61 | $ 2,380.48 | $ 553.67 | 19% | Variance due to price. |
| 655 | Clean the floor - Heavy | 312.81 | SF | $ 0.50 | $ 156.41 | 0.00 | SF | $ - | $ - | $ 156.41 | 100% | DBI did not observe any loss related damages to this item. |
| 656 | Floor protection - Ram Board | 312.81 | SF | $ 1.50 | $ 469.22 | 0.00 | SF | $ - | $ - | $ 469.22 | 100% | DBI did not observe any loss related damages to this item. |
| 657 | **MISC ITEMS** | | | | | | | | | | | |
| 658 | On-Site Inventory, Packing, Boxing, Moving chg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 659 | Subtotal | | | | $ 7,692.30 | | | | $ 2,800.80 | $ 4,881.50 | 64% | |
| 660 | **Copy Room** | | | | | | | | | | | |
| 661 | **CEILING ITEMS** | | | | | | | | | | | |
| 662 | Mask wall - plastic, paper, tape (per LF) To mask ceiling perimeter for painting. | 25.50 | LF | $ 1.52 | $ 38.76 | 0.00 | LF | $ - | $ - | $ 38.76 | 100% | DBI did not observe any loss related damages to this item. |
| 663 | Clean the ceiling | 40.14 | SF | $ 0.41 | $ 16.46 | 0.00 | SF | $ - | $ - | $ 16.46 | 100% | DBI did not observe any loss related damages to this item. |
| 664 | **WALL ITEMS** | | | | | | | | | | | |
| 665 | Mask wall - plastic, paper, tape (per LF) | 25.50 | LF | $ 1.52 | $ 38.76 | 26.17 | LF | $ 1.47 | $ 38.47 | $ 0.29 | 1% | Variance due to quantity. |
| 666 | Drywall tape joint/repair - per LF | 25.50 | LF | $ 9.01 | $ 229.76 | 0.00 | LF | $ - | $ - | $ 229.76 | 100% | DBI did not observe any loss related damages to this item. |
| 667 | Seal the walls w/PVA primer - one coat | 204.00 | SF | $ 0.63 | $ 128.52 | 0.00 | SF | $ - | $ - | $ 128.52 | 100% | DBI did not observe any loss related damages to this item. |
| 668 | Texture drywall - smooth / skim coat | 204.00 | SF | $ 1.61 | $ 328.44 | 0.00 | SF | $ - | $ - | $ 328.44 | 100% | DBI did not observe any loss related damages to this item. |
| 669 | Seal/prime then paint the walls twice | 204.00 | SF | $ 1.44 | $ 293.76 | 0.00 | SF | $ - | $ - | $ 293.76 | 100% | DBI did not observe any loss related damages to this item. |
| 670 | Baseboard - Detach | 25.50 | LF | $ 1.50 | $ 38.25 | 0.00 | LF | $ - | $ - | $ 38.25 | 100% | DBI did not observe any loss related damages to this item. |
| 671 | Baseboard - 5 1/4" | 25.50 | LF | $ 4.77 | $ 121.64 | 26.17 | LF | $ 2.85 | $ 74.58 | $ 47.06 | 39% | Variance due to price. |
| 672 | Paint baseboard, oversized - two coats | 25.50 | LF | $ 1.68 | $ 42.84 | 26.17 | LF | $ 1.60 | $ 41.87 | $ 0.97 | 2% | Variance due to price. |
| 673 | Seal & paint door/window trim & jamb - (per side) | 1.00 | EA | $ 33.92 | $ 33.92 | 0.00 | EA | $ - | $ - | $ 33.92 | 100% | DBI did not observe any loss related damages to this item. |
| 674 | Custom glass door - frameless- Detach & reset | 21.00 | SF | $ 5.70 | $ 119.70 | 0.00 | SF | $ - | $ - | $ 119.70 | 100% | DBI did not observe any loss related damages to this item. |



| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty C | Unit D | Rate E | Total F | Qty G | Unit H | Rate I | Total J | $ (F-J) K | % (K-F) L | M | |
| 675 | **FLOOR ITEMS** | | | | | | | | | | | | |
| 676 | R&R Snaplock Laminate - simulated wood flooring - High grade | 40.14 | SF | $ 9.38 | $ 376.51 | 42.50 | SF | $ 7.61 | $ 323.43 | $ 53.09 | 14% | Variance due to price. |
| 677 | Clean the floor - Heavy | 40.14 | SF | $ 0.50 | $ 20.07 | | | | | $ 20.07 | 100% | DBI did not observe any loss related damages to this item |
| 678 | Floor protection - Ram Board | 40.14 | SF | $ 1.50 | $ 60.21 | 0.00 | SF | $ - | $ - | $ 60.21 | 100% | DBI did not observe any loss related damages to this item. |
| 679 | **MISC ITEMS** | | | | | | | | | | | | |
| 680 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 6.00 | HR | $ 47.01 | $ 282.06 | 0.00 | HR | $ - | $ - | $ 282.06 | 100% | DBI did not observe any loss related damages to this item. |
| 681 | Subtotal | | | | $ 2,169.65 | | | | $ 478.35 | $ 1,691.30 | 78% | |
| 682 | 4th Floor Subtotal | | | | $ 46,996.31 | | | | $ 12,594.17 | $ 34,402.14 | 73% | |
| 683 | **3rd Floor** | | | | | | | | | | | | |
| 684 | **Open Floor Area** | | | | | | | | | | | | |
| 685 | **Content Manipulation** | | | | | | | | | | | | |
| 686 | Content Manipulation charge - per hour | 0.00 | HR | $ - | $ - | 16.00 | HR | $ 45.21 | $ 723.36 | $ (723.36) | 0% | |
| 687 | **WALL ITEMS** | | | | | | | | | | | | |
| 688 | Mask and prep for paint - plastic, paper, paper (per LF) | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 1.47 | $ 465.02 | $ (465.02) | 0% | |
| 689 | Detach & Reset Baseboard - 5 1/4" MDF - flat profile | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 2.85 | $ 901.58 | $ (901.58) | 0% | |
| 690 | Seal & paint baseboard - two coats | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 1.60 | $ 506.14 | $ (506.14) | 0% | |
| 691 | **FLOOR ITEMS** | | | | | | | | | | | | |
| 692 | R&R Snaplock Laminate - simulated wood flooring - High grade | 0.00 | SF | $ - | $ - | 965.61 | SF | $ 7.61 | $ 7,348.29 | $ (7,348.29) | 0% | |
| 693 | Subtotal | | | | $ - | | | | $ 9,944.40 | $ (9,944.40) | 0% | |
| 694 | **Lobby** | | | | | | | | | | | | |
| 695 | **CEILING ITEMS** | | | | | | | | | | | | |
| 696 | Mask wall - plastic, paper, tape (per LF) | 118.17 | LF | $ 1.52 | $ 179.62 | 0.00 | LF | $ - | $ - | $ 179.62 | 100% | |
| 697 | Clean the ceiling | 236.00 | SF | $ 0.41 | $ 96.76 | 0.00 | SF | $ - | $ - | $ 96.76 | 100% | |
| 698 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 699 | Recessed light fixture - Detach & reset trim only | 8.00 | EA | $ 3.49 | $ 27.92 | 0.00 | EA | $ - | $ - | $ 27.92 | 100% | |
| 700 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | |
| 701 | Remove Surveillance camera - color | 1.00 | EA | $ 61.95 | $ 61.95 | 0.00 | EA | $ - | $ - | $ 61.95 | 100% | |
| 702 | Install Surveillance camera - color | 1.00 | EA | $ 174.61 | $ 174.61 | 0.00 | EA | $ - | $ - | $ 174.61 | 100% | |
| 703 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $ 16.13 | $ 48.39 | 0.00 | EA | $ - | $ - | $ 48.39 | 100% | |
| 704 | R&R Recessed light fixture - High grade | 1.00 | EA | $ 150.33 | $ 150.33 | 0.00 | EA | $ - | $ - | $ 150.33 | 100% | |
| 705 | R&R Suspended ceiling grid - 2' x 2' | 236.00 | SF | $ 2.39 | $ 564.04 | 0.00 | SF | $ - | $ - | $ 564.04 | 100% | |
| 706 | R&R Suspended ceiling tile - 2' x 2' | 236.00 | SF | $ 2.66 | $ 627.76 | 0.00 | SF | $ - | $ - | $ 627.76 | 100% | DBI did not observe any loss related damage to this area. |
| 707 | **WALL ITEMS** | | | | | | | | | | | | |
| 708 | Mask wall - plastic, paper, tape (per LF) | 118.17 | LF | $ 1.52 | $ 179.62 | 0.00 | LF | $ - | $ - | $ 179.62 | 100% | |
| 709 | R&R Rigid foam insulation board - 1" | 141.80 | SF | $ 1.43 | $ 202.77 | 0.00 | SF | $ - | $ - | $ 202.77 | 100% | |
| 710 | R&R 5/8" drywall - hung, taped, ready for texture | 472.67 | SF | $ 3.00 | $ 1,418.01 | 0.00 | SF | $ - | $ - | $ 1,418.01 | 100% | |
| 711 | Drywall tape joint/repair - per LF | 59.08 | LF | $ 9.01 | $ 532.31 | 0.00 | LF | $ - | $ - | $ 532.31 | 100% | |
| 712 | Seal part of the walls w/PVA primer - one coat | 472.67 | SF | $ 0.63 | $ 297.78 | 0.00 | SF | $ - | $ - | $ 297.78 | 100% | |
| 713 | Texture drywall - smooth / skim coat | 472.67 | SF | $ 1.61 | $ 761.00 | 0.00 | SF | $ - | $ - | $ 761.00 | 100% | |
| 714 | Texture drywall - machine - knockdown | 472.67 | SF | $ 0.94 | $ 444.31 | 0.00 | SF | $ - | $ - | $ 444.31 | 100% | |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (F-J) (K) | % (K/F) (L) | (M) |
| 715 | Seal/prime then paint part of the walls twice (3 coats) | 661.73 | SF | $ 1.44 | $ 952.89 | 0.00 | SF | $ - | $ - | $ 952.89 | 100% | |
| 716 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | |
| 717 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | |
| 718 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 25.81 | $ 25.81 | 0.00 | EA | $ - | $ - | $ 25.81 | 100% | |
| 719 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 50.65 | $ 50.65 | 0.00 | EA | $ - | $ - | $ 50.65 | 100% | |
| 720 | **FLOOR ITEMS** | | | | | | | | | | | |
| 721 | Clean the floor - Heavy | 236.00 | SF | $ 0.50 | $ 118.00 | 0.00 | SF | $ - | $ - | $ 118.00 | 100% | |
| 722 | Regrout tile floor | 236.00 | SF | $ 3.27 | $ 771.72 | 0.00 | SF | $ - | $ - | $ 771.72 | 100% | |
| 723 | Floor protection - Ram Board | 236.00 | SF | $ 1.50 | $ 354.00 | 0.00 | SF | $ - | $ - | $ 354.00 | 100% | |
| 724 | **MISC ITEMS** | | | | | | | | | | | |
| 725 | On-Site Inventory, Packing, Boxing, Moving chg - per hour | 2.00 | HR | $ 47.01 | $ 94.02 | 0.00 | HR | $ - | $ - | $ 94.02 | 100% | |
| 726 | Subtotal | | | | $ 8,581.01 | | | $ - | $ - | $ 8,581.01 | 100% | |
| 727 | **Mech Room** | | | | | | | | | | | |
| 728 | **CEILING ITEMS** | | | | | | | | | | | |
| 729 | Mask wall - plastic, paper, tape (per LF) To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 730 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 731 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 732 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 733 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 734 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 735 | **WALL ITEMS** | | | | | | | | | | | |
| 736 | Mask wall - plastic, paper, tape (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 45.65 | LF | $ 0.53 | $ 24.19 | $ 20.39 | 46% | Variance due to scope. |
| 737 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 24.00 | SF | $ 3.22 | $ 77.28 | $ 450.72 | 85% | Variance due to quantity. |
| 738 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 32.00 | LF | $ 2.71 | $ 86.72 | $ 177.54 | 67% | Variance due to price. |
| 739 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 740 | Texture drywall - smooth / skin coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 741 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | LF | $ 4.63 | $ 543.24 | 0.00 | LF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 742 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 743 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 744 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 745 | **FLOOR ITEMS** | | | | | | | | | | | |
| 746 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 747 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |

**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 748 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 0.00 | SF | $ | $ - | $ 68.48 | 100% | DBI did not observe any loss related damages to this item. |
| 749 | **MISC ITEMS** | | | | | | | | | | | |
| 750 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 751 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 752 | Thermostat - Detach & reset | 1.00 | EA | $ 53.91 | $ 53.91 | 0.00 | EA | $ | $ - | $ 53.91 | 100% | DBI did not observe any loss related damages to this item. |
| 753 | R&R Hollow Metal Door - solid core birch flush | 1.00 | EA | $ 365.07 | $ 365.07 | 0.00 | EA | $ | $ - | $ 365.07 | 100% | DBI did not observe any loss related damages to this item. |
| 754 | Stain & finish door slab only (per side) | 2.00 | EA | $ 61.96 | $ 123.92 | 0.00 | EA | $ | $ - | $ 123.92 | 100% | DBI did not observe any loss related damages to this item. |
| 755 | Door closer - Commercial grade - Detach & reset | 1.00 | EA | $ 36.74 | $ 36.74 | 0.00 | EA | $ | $ - | $ 36.74 | 100% | DBI did not observe any loss related damages to this item. |
| 756 | Subtotal | | | | $ 6,151.84 | | | | $ 1,646.54 | $ 4,505.30 | 73% | |
| 757 | **Storage Closet** | | | | | | | | | | | |
| 758 | **CEILING ITEMS** | | | | | | | | | | | |
| 759 | To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ | $ - | $ 14.94 | 100% | |
| 760 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ | $ - | $ 2.48 | 100% | |
| 761 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ | $ - | $ 45.52 | 100% | |
| 762 | Firesafing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ | $ - | $ 15.63 | 100% | |
| 763 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ | $ - | $ 18.12 | 100% | |
| 764 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ | $ - | $ 88.57 | 100% | |
| 765 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ | $ - | $ 3.81 | 100% | |
| 766 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ | $ - | $ 9.72 | 100% | |
| 767 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ | $ - | $ 8.70 | 100% | |
| 768 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ | $ - | $ 47.01 | 100% | |
| 769 | **WALL ITEMS** | | | | | | | | | | | |
| 770 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ | $ - | $ 14.94 | 100% | DBI did not observe any loss related damage to this area. |
| 771 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ | $ - | $ 117.99 | 100% | |
| 772 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ | $ - | $ 88.57 | 100% | |
| 773 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ | $ - | $ 49.56 | 100% | |
| 774 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ | $ - | $ 126.66 | 100% | |
| 775 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ | $ - | $ 113.28 | 100% | |
| 776 | **FLOOR ITEMS** | | | | | | | | | | | |
| 777 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ | $ - | $ 3.02 | 100% | |
| 778 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ | $ - | $ 19.75 | 100% | |
| 779 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ | $ - | $ 9.06 | 100% | |
| 780 | **MISC ITEMS** | | | | | | | | | | | |
| 781 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ | $ - | $ 47.01 | 100% | |
| 782 | Subtotal | | | | $ 844.34 | | | | $ - | $ 844.34 | 100% | |
| 783 | 3rd Floor Subtotal | | | | $ 15,577.19 | | | | $ 11,590.92 | $ 3,986.27 | 26% | |
| 784 | **2nd Floor** | | | | | | | | | | | |
| 785 | **Open Floor Area** | | | | | | | | | | | |
| 786 | **WALL ITEMS** | | | | | | | | | | | |
| 787 | Mask and prep for paint - plastic, paper, tape (per LF) | 0.00 | LF | $ | $ - | 316.34 | LF | $ 1.47 | $ 465.02 | $ (465.02) | 0% | |
| 788 | R&R Quarter round - 3/4" | 0.00 | LF | $ | $ - | 316.34 | LF | $ 2.08 | $ 657.99 | $ (657.99) | 0% | |
| 789 | Seal & paint baseboard - two coats | 0.00 | LF | $ | $ - | 316.34 | LF | $ 1.60 | $ 506.14 | $ (506.14) | 0% | |

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty (C) | Unit (D) | Rate (E) | Total (F) | Qty (G) | Unit (H) | Rate (I) | Total (J) | $ (F-J) (K) | % (K-F) (L) | M |
| 790 | Seal & paint base shoe or quarter round | 0.00 | LF | $ - | $ - | 316.34 | LF | $ 0.87 | $ 275.22 | $ (275.22) | 0% | |
| 791 | **FLOOR ITEMS** | | | | | | | | | | | |
| 792 | R&R Snaplock Laminate - simulated wood flooring - High grade | 0.00 | SF | $ - | $ - | 965.61 | SF | $ 7.61 | $ 7,348.29 | $ (7,348.29) | 0% | |
| 793 | Subtotal | | | | $ - | | | | $ 9,252.66 | $ (9,252.66) | 0% | |
| 794 | **Lobby** | | | | | | | | | | | |
| 795 | **CEILING ITEMS** | | | | | | | | | | | |
| 796 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | 168.98 | 100% | DBI did not observe any loss related damages to this item. |
| 797 | Clean the ceiling | 237.05 | SF | $ 0.41 | $ 97.19 | 0.00 | SF | $ - | $ - | 97.19 | 100% | DBI did not observe any loss related damages to this item. |
| 798 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 799 | Recessed light fixture - Detach & reset trim only | 8.00 | EA | $ 3.49 | $ 27.92 | 0.00 | EA | $ - | $ - | 27.92 | 100% | DBI did not observe any loss related damages to this item. |
| 800 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 801 | Remove Surveillance camera - color | 1.00 | EA | $ 61.95 | $ 61.95 | 0.00 | EA | $ - | $ - | 61.95 | 100% | DBI did not observe any loss related damages to this item. |
| 802 | Install Surveillance camera - color | 1.00 | EA | $ 174.61 | $ 174.61 | 0.00 | EA | $ - | $ - | 174.61 | 100% | DBI did not observe any loss related damages to this item. |
| 803 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $ 16.13 | $ 48.39 | 0.00 | EA | $ - | $ - | 48.39 | 100% | DBI did not observe any loss related damages to this item. |
| 804 | R&R Recessed light fixture - High grade | 1.00 | EA | $ 150.33 | $ 150.33 | 0.00 | EA | $ - | $ - | 150.33 | 100% | DBI did not observe any loss related damages to this item. |
| 805 | R&R Suspended ceiling grid - 2' x 2' | 237.05 | SF | $ 2.39 | $ 566.55 | 0.00 | SF | $ - | $ - | 566.55 | 100% | DBI did not observe any loss related damages to this item. |
| 806 | R&R Suspended ceiling tile - 2' x 2' | 237.05 | SF | $ 2.66 | $ 630.55 | 10.00 | SF | $ 1.53 | $ 15.30 | 615.25 | 98% | Variance due to quantity and price. |
| 807 | Acoustic Treatments Installer - per hour | 0.00 | HR | $ - | $ - | 16.00 | HR | $ 98.16 | $ 1,570.56 | $ (1,570.56) | 0% | |
| 808 | **WALL ITEMS** | | | | | | | | | | | |
| 809 | Mask wall - plastic, paper, tape (per LF) | 111.17 | LF | $ 1.52 | $ 168.98 | 0.00 | LF | $ - | $ - | 168.98 | 100% | DBI did not observe any loss related damages to this item. |
| 810 | R&R Rigid foam insulation board - 1" | 133.40 | SF | $ 1.43 | $ 190.76 | 0.00 | SF | $ - | $ - | 190.76 | 100% | DBI did not observe any loss related damages to this item. |
| 811 | R&R 5/8" drywall - hung, taped, ready for texture | 444.67 | SF | $ 3.00 | $ 1,334.01 | 0.00 | SF | $ - | $ - | 1,334.01 | 100% | DBI did not observe any loss related damages to this item. |
| 812 | Drywall tape joint/repair - per LF | 55.58 | LF | $ 9.01 | $ 500.78 | 0.00 | LF | $ - | $ - | 500.78 | 100% | DBI did not observe any loss related damages to this item. |
| 813 | Seal part of the walls w/PVA primer - one coat | 444.67 | SF | $ 0.63 | $ 280.14 | 0.00 | SF | $ - | $ - | 280.14 | 100% | DBI did not observe any loss related damages to this item. |
| 814 | Texture drywall - smooth / skim coat | 444.67 | SF | $ 1.61 | $ 715.92 | 0.00 | SF | $ - | $ - | 715.92 | 100% | DBI did not observe any loss related damages to this item. |
| 815 | Texture drywall - machine - knockdown | 444.67 | SF | $ 0.94 | $ 417.99 | 0.00 | SF | $ - | $ - | 417.99 | 100% | DBI did not observe any loss related damages to this item. |
| 816 | Seal/prime then paint part of the walls twice (3 coats) | 622.53 | SF | $ 1.44 | $ 896.44 | 0.00 | SF | $ - | $ - | 896.44 | 100% | DBI did not observe any loss related damages to this item. |
| 817 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | 30.98 | 100% | DBI did not observe any loss related damages to this item. |
| 818 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | 122.22 | 100% | DBI did not observe any loss related damages to this item. |
| 819 | Remove Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 25.81 | $ 25.81 | 0.00 | EA | $ - | $ - | 25.81 | 100% | DBI did not observe any loss related damages to this item. |
| 820 | Install Fire extinguisher and cabinet, 14" x 27" x 8" | 1.00 | EA | $ 50.65 | $ 50.65 | 0.00 | EA | $ - | $ - | 50.65 | 100% | DBI did not observe any loss related damages to this item. |



**Star Property Nakatomi**
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | Qty C | Unit D | Rate E | Total F | Qty G | Unit H | Rate I | Total J | $ [F-J] K | % [K/F] L | M |
| 821 | **FLOOR ITEMS** | | | | | | | | | | | |
| 822 | Clean the floor - Heavy | 237.05 | SF | $ 0.50 | $ 118.53 | 0.00 | SF | $ - | $ - | $ 118.53 | 100% | DBI did not observe any loss related damages to this item. |
| 823 | Regrout tile floor | 237.05 | SF | $ 3.27 | $ 775.15 | 0.00 | SF | $ - | $ - | $ 775.15 | 100% | DBI did not observe any loss related damages to this item. |
| 824 | Floor protection - Ram Board | 237.05 | SF | $ 1.50 | $ 355.58 | 0.00 | SF | $ - | $ - | $ 355.58 | 100% | DBI did not observe any loss related damages to this item. |
| 825 | **MISC ITEMS** | | | | | | | | | | | |
| 826 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.02 | $ 94.04 | 0.00 | HR | $ - | $ - | $ 94.04 | 100% | DBI did not observe any loss related damages to this item. |
| 827 | Subtotal | | | | $ 8,297.88 | | | | $ 1,585.86 | $ 6,712.12 | 81% | |
| 828 | **Mech Room** | | | | | | | | | | | |
| 829 | **CEILING ITEMS** | | | | | | | | | | | |
| 830 | To mask ceiling/wall perimeter for painting. | 29.33 | LF | $ 1.52 | $ 44.58 | 0.00 | LF | $ - | $ - | $ 44.58 | 100% | DBI did not observe any loss related damages to this item. |
| 831 | Clean the ceiling | 45.65 | SF | $ 0.41 | $ 18.72 | 0.00 | SF | $ - | $ - | $ 18.72 | 100% | DBI did not observe any loss related damages to this item. |
| 832 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 833 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 834 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 0.00 | LF | $ - | $ - | $ 264.26 | 100% | DBI did not observe any loss related damages to this item. |
| 835 | Seal/prime then paint the ceiling twice | 45.65 | SF | $ 1.44 | $ 65.74 | 0.00 | SF | $ - | $ - | $ 65.74 | 100% | DBI did not observe any loss related damages to this item. |
| 836 | **WALL ITEMS** | | | | | | | | | | | |
| 837 | Mask wall - plastic, paper, tape, (per LF) | 29.33 | LF | $ 1.52 | $ 44.58 | 45.65 | LF | $ 0.53 | $ 24.19 | $ 20.39 | 46% | Variance due to scope. |
| 838 | R&R 5/8" drywall - hung, taped, ready for texture | 176.00 | SF | $ 3.00 | $ 528.00 | 24.00 | SF | $ 3.22 | $ 77.28 | $ 450.72 | 85% | Variance due to quantity. |
| 839 | Drywall tape joint/repair - per LF | 29.33 | LF | $ 9.01 | $ 264.26 | 32.00 | LF | $ 2.71 | $ 86.72 | $ 177.54 | 67% | Variance due to price. |
| 840 | Seal the walls w/PVA primer - one coat | 234.67 | SF | $ 0.63 | $ 147.84 | 0.00 | SF | $ - | $ - | $ 147.84 | 100% | DBI did not observe any loss related damages to this item. |
| 841 | Texture drywall - smooth / skin coat | 234.67 | SF | $ 1.61 | $ 377.82 | 0.00 | SF | $ - | $ - | $ 377.82 | 100% | DBI did not observe any loss related damages to this item. |
| 842 | R&R Metal studding, 3 5/8" wide, 16" OC, 20 gauge | 117.33 | LF | $ 4.63 | $ 543.24 | 0.00 | LF | $ - | $ - | $ 543.24 | 100% | DBI did not observe any loss related damages to this item. |
| 843 | Firesafing - draft stop | 29.33 | LF | $ 1.59 | $ 46.63 | 0.00 | LF | $ - | $ - | $ 46.63 | 100% | DBI did not observe any loss related damages to this item. |
| 844 | Seal/prime then paint the walls twice | 234.67 | SF | $ 1.44 | $ 337.92 | 234.67 | SF | $ 1.44 | $ 337.92 | $ - | 0% | |
| 845 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | DBI did not observe any loss related damages to this item. |
| 846 | **FLOOR ITEMS** | | | | | | | | | | | |
| 847 | Clean the floor - Heavy | 45.65 | SF | $ 0.50 | $ 22.83 | 0.00 | SF | $ - | $ - | $ 22.83 | 100% | DBI did not observe any loss related damages to this item. |
| 848 | Regrout tile floor | 45.65 | SF | $ 3.27 | $ 149.28 | 0.00 | SF | $ - | $ - | $ 149.28 | 100% | DBI did not observe any loss related damages to this item. |
| 849 | Floor protection - Ram Board | 45.65 | SF | $ 1.50 | $ 68.48 | 0.00 | SF | $ - | $ - | $ 68.48 | 100% | DBI did not observe any loss related damages to this item. |
| 850 | **MISC ITEMS** | | | | | | | | | | | |
| 851 | Commercial Air handler - Detach & reset | 1.00 | EA | $ 2,120.42 | $ 2,120.42 | 1.00 | EA | $ 1,120.42 | $ 1,120.42 | $ 1,000.00 | 47% | Variance due to price. |
| 852 | Panel and main disconnect - Detach & reset | 1.00 | EA | $ 388.44 | $ 388.44 | 0.00 | EA | $ - | $ - | $ 388.44 | 100% | DBI did not observe any loss related damages to this item. |
| 853 | Door Installer/Finish Carpenter - per hour | 2.00 | HR | $ 76.51 | $ 153.02 | 0.00 | HR | $ - | $ - | $ 153.02 | 100% | DBI did not observe any loss related damages to this item. |



3/2/2023

For discussion purposes only - Subject to coverage review by the adjuster

Star Property Nakatomi
1801 Southwest 3rd Avenue Roads, FL 33129
DBI Detail Analysis of VC Consulting Submitted

| Line # | Description | VC Consulting Submitted Qty | Unit | Rate | Total | DBI Recommended Qty | Unit | Rate | Total | Variance $ (F-J) | % (K/F) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 854 | Subtotal | | | | $ 5,725.22 | | | | $ 1,646.54 | $ 4,078.68 | 71% | |
| 855 | **Storage Closet** | | | | | | | | | | | |
| 856 | CEILING ITEMS | | | | | | | | | | | |
| 857 | Mask wall - plastic, paper, tape (per LF) / To mask ceiling/wall perimeter for painting. | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | DBI did not observe any loss related damage to this area. |
| 858 | Clean the ceiling | 6.04 | SF | $ 0.41 | $ 2.48 | 0.00 | SF | $ - | $ - | $ 2.48 | 100% | |
| 859 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | |
| 860 | Firesealing - draft stop | 9.83 | LF | $ 1.59 | $ 15.63 | 0.00 | LF | $ - | $ - | $ 15.63 | 100% | |
| 861 | R&R 5/8" drywall - hung, taped, ready for texture | 6.04 | SF | $ 3.00 | $ 18.12 | 0.00 | SF | $ - | $ - | $ 18.12 | 100% | |
| 862 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 863 | Seal the ceiling w/PVA primer - one coat | 6.04 | SF | $ 0.63 | $ 3.81 | 0.00 | SF | $ - | $ - | $ 3.81 | 100% | |
| 864 | Texture drywall - smooth / skim coat | 6.04 | SF | $ 1.61 | $ 9.72 | 0.00 | SF | $ - | $ - | $ 9.72 | 100% | |
| 865 | Seal/prime then paint the ceiling twice | 6.04 | SF | $ 1.44 | $ 8.70 | 0.00 | SF | $ - | $ - | $ 8.70 | 100% | |
| 866 | Light fixture - Detach & reset | 1.00 | EA | $ 47.01 | $ 47.01 | 0.00 | EA | $ - | $ - | $ 47.01 | 100% | |
| 867 | WALL ITEMS | | | | | | | | | | | |
| 868 | Mask wall - plastic, paper, tape (per LF) | 9.83 | LF | $ 1.52 | $ 14.94 | 0.00 | LF | $ - | $ - | $ 14.94 | 100% | |
| 869 | R&R 5/8" drywall - hung, taped, ready for texture | 39.33 | SF | $ 3.00 | $ 117.99 | 0.00 | SF | $ - | $ - | $ 117.99 | 100% | |
| 870 | Drywall tape joint/repair - per LF | 9.83 | LF | $ 9.01 | $ 88.57 | 0.00 | LF | $ - | $ - | $ 88.57 | 100% | |
| 871 | Seal the walls w/PVA primer - one coat | 78.67 | SF | $ 0.63 | $ 49.56 | 0.00 | SF | $ - | $ - | $ 49.56 | 100% | |
| 872 | Texture drywall - smooth / skim coat | 78.67 | SF | $ 1.61 | $ 126.66 | 0.00 | SF | $ - | $ - | $ 126.66 | 100% | |
| 873 | Seal/prime then paint the walls twice | 78.67 | SF | $ 1.44 | $ 113.28 | 0.00 | SF | $ - | $ - | $ 113.28 | 100% | |
| 874 | FLOOR ITEMS | | | | | | | | | | | |
| 875 | Clean the floor - Heavy | 6.04 | SF | $ 0.50 | $ 3.02 | 0.00 | SF | $ - | $ - | $ 3.02 | 100% | |
| 876 | Regrout tile floor | 6.04 | SF | $ 3.27 | $ 19.75 | 0.00 | SF | $ - | $ - | $ 19.75 | 100% | |
| 877 | Floor protection - Ram Board | 6.04 | SF | $ 1.50 | $ 9.06 | 0.00 | SF | $ - | $ - | $ 9.06 | 100% | |
| 878 | MISC ITEMS | | | | | | | | | | | |
| 879 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 1.00 | HR | $ 47.01 | $ 47.01 | 0.00 | HR | $ - | $ - | $ 47.01 | 100% | |
| 880 | Subtotal | | | $ - | $ 844.34 | | | $ - | $ - | $ 844.34 | 100% | |
| 881 | 2nd Floor Subtotal | | | | $ 14,867.55 | | | | $ 12,485.06 | $ 2,382.49 | 16% | |
| 882 | **1st Floor** | | | | | | | | | | | |
| 883 | 4 Geeks | | | | | | | | | | | |
| 884 | Ceiling Items | | | | | | | | | | | |
| 885 | Material Only Acoustic ceiling tile | 0.00 | SF | $ - | $ - | 5.00 | SF | $ 1.53 | $ 7.65 | $ (7.65) | 0% | DBI did not observe any loss related damages to this item. |
| 886 | Acoustic Treatments Installer - per hour | 0.00 | HR | $ - | $ - | 6.00 | HR | $ 98.16 | $ 588.96 | $ (588.96) | 0% | DBI did not observe any loss related damages to this item. |
| 887 | Subtotal | | | | $ - | | | | $ 596.61 | $ (596.61) | 0% | |
| 888 | **Lobby** | | | | | | | | | | | |
| 889 | CEILING ITEMS | | | | | | | | | | | |
| 890 | Mask wall - plastic, paper, tape (per LF) | 152.62 | LF | $ 1.52 | $ 231.98 | 0.00 | LF | $ - | $ - | $ 231.98 | 100% | DBI did not observe any loss related damages to this item. |
| 891 | R&R 5/8" drywall - hung, taped, ready for texture | 466.39 | SF | $ 3.00 | $ 1,399.17 | 0.00 | SF | $ - | $ - | $ 1,399.17 | 100% | DBI did not observe any loss related damages to this item. |
| 892 | Drywall tape joint/repair - per LF | 152.62 | LF | $ 9.01 | $ 1,375.11 | 0.00 | LF | $ - | $ - | $ 1,375.11 | 100% | DBI did not observe any loss related damages to this item. |
| 893 | Seal the ceiling w/PVA primer - one coat | 466.39 | SF | $ 0.63 | $ 293.83 | 0.00 | SF | $ - | $ - | $ 293.83 | 100% | DBI did not observe any loss related damages to this item. |
| 894 | Texture drywall - smooth / skim coat | 466.39 | SF | $ 1.61 | $ 750.89 | 0.00 | SF | $ - | $ - | $ 750.89 | 100% | DBI did not observe any loss related damages to this item. |
| 895 | Clean the ceiling | 466.39 | SF | $ 0.41 | $ 191.22 | 0.00 | SF | $ - | $ - | $ 191.22 | 100% | DBI did not observe any loss related damages to this item. |



| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 896 | Texture drywall - light hand texture | 466.39 | SF | $ 0.97 | $ 452.40 | 0.00 | SF | $ - | $ - | $ 452.40 | 100% | DBI did not observe any loss related damages to this item. |
| 897 | Smoke detector - Detach & reset | 1.00 | EA | $ 45.52 | $ 45.52 | 0.00 | EA | $ - | $ - | $ 45.52 | 100% | DBI did not observe any loss related damages to this item. |
| 898 | Recessed light fixture - Detach & reset trim only | 20.00 | EA | $ 3.49 | $ 69.80 | 0.00 | EA | $ - | $ - | $ 69.80 | 100% | DBI did not observe any loss related damages to this item. |
| 899 | R&R Exit sign - wired in | 2.00 | EA | $ 124.01 | $ 248.02 | 0.00 | EA | $ - | $ - | $ 248.02 | 100% | DBI did not observe any loss related damages to this item. |
| 900 | Seal the ceiling w/latex based stain blocker - one coat | 466.39 | SF | $ 0.65 | $ 303.15 | 0.00 | SF | $ - | $ - | $ 303.15 | 100% | DBI did not observe any loss related damages to this item. |
| 901 | Paint the ceiling - two coats | 466.39 | SF | $ 1.08 | $ 503.70 | 0.00 | SF | $ - | $ - | $ 503.70 | 100% | DBI did not observe any loss related damages to this item. |
| 902 | Remove Surveillance camera - color | 1.00 | EA | $ 61.95 | $ 61.95 | 0.00 | EA | $ - | $ - | $ 61.95 | 100% | DBI did not observe any loss related damages to this item. |
| 903 | Install Surveillance camera - color | 1.00 | EA | $ 174.61 | $ 174.61 | 0.00 | EA | $ - | $ - | $ 174.61 | 100% | DBI did not observe any loss related damages to this item. |
| 904 | Heat/AC register - Mechanically attached - Detach & reset | 3.00 | EA | $ 16.13 | $ 48.39 | 0.00 | EA | $ - | $ - | $ 48.39 | 100% | DBI did not observe any loss related damages to this item. |
| 905 | **WALL ITEMS** | | | | | | | | | | | |
| 906 | Mask wall - plastic, paper, tape (per LF) | 152.62 | LF | $ 1.52 | $ 231.98 | 125.75 | LF | $ 2.99 | $ 375.99 | $ (144.01) | -62% | Variance due to quantity. |
| 907 | Tear out baseboard | 137.35 | LF | $ 0.62 | $ 85.16 | 0.00 | LF | $ - | $ - | $ 85.16 | 100% | DBI did not observe any loss related damages to this item. |
| 908 | Baseboard - 5 1/4" | 137.35 | LF | $ 4.77 | $ 655.16 | 0.00 | LF | $ - | $ - | $ 655.16 | 100% | DBI did not observe any loss related damages to this item. |
| 909 | R&R Rigid foam insulation board - 1" | 610.46 | SF | $ 1.43 | $ 872.96 | 0.00 | SF | $ - | $ - | $ 872.96 | 100% | DBI did not observe any loss related damages to this item. |
| 910 | R&R 5/8" drywall - hung, taped, ready for texture | 610.46 | SF | $ 3.00 | $ 1,831.38 | 0.00 | SF | $ - | $ - | $ 1,831.38 | 100% | DBI did not observe any loss related damages to this item. |
| 911 | Drywall tape joint/repair - per LF | 137.35 | LF | $ 9.01 | $ 1,237.52 | 0.00 | LF | $ - | $ - | $ 1,237.52 | 100% | DBI did not observe any loss related damages to this item. |
| 912 | Seal part of the walls w/PVA primer - one coat | 1098.83 | SF | $ 0.63 | $ 692.26 | 0.00 | SF | $ - | $ - | $ 692.26 | 100% | DBI did not observe any loss related damages to this item. |
| 913 | Texture drywall - smooth / skim coat | 1098.83 | SF | $ 1.61 | $ 1,769.12 | 322.67 | SF | $ 1.61 | $ 519.50 | $ 1,249.62 | 71% | Variance due to quantity. |
| 914 | Texture drywall - machine - knockdown | 610.46 | SF | $ 0.94 | $ 573.83 | 322.67 | SF | $ 0.94 | $ 303.31 | $ 270.52 | 47% | Variance due to quantity. |
| 915 | Paint part of the walls - two coats | 1098.83 | SF | $ 1.08 | $ 1,186.74 | 934.00 | SF | $ 1.44 | $ 1,344.96 | $ (158.22) | -13% | |
| 916 | Seal & paint baseboard - two coats | 137.35 | LF | $ 1.60 | $ 219.76 | 151.17 | LF | $ 1.60 | $ 241.87 | $ (22.11) | -10% | |
| 917 | Remove Emergency lighting - battery - Commercial | 2.00 | EA | $ 15.49 | $ 30.98 | 0.00 | EA | $ - | $ - | $ 30.98 | 100% | DBI did not observe any loss related damages to this item. |
| 918 | Install Emergency lighting - battery - Commercial | 2.00 | EA | $ 61.11 | $ 122.22 | 0.00 | EA | $ - | $ - | $ 122.22 | 100% | DBI did not observe any loss related damages to this item. |
| 919 | Window blind - horizontal or vertical - Detach & reset | 5.00 | EA | $ 37.75 | $ 188.75 | 0.00 | EA | $ - | $ - | $ 188.75 | 100% | DBI did not observe any loss related damages to this item. |
| 920 | **FLOOR ITEMS** | | | | | | | | | | | |
| 921 | Clean the floor - Heavy | 466.39 | SF | $ 0.50 | $ 233.20 | 0.00 | SF | $ - | $ - | $ 233.20 | 100% | DBI did not observe any loss related damages to this item. |
| 922 | Regrout tile floor | 466.39 | SF | $ 3.27 | $ 1,525.10 | 0.00 | SF | $ - | $ - | $ 1,525.10 | 100% | DBI did not observe any loss related damages to this item. |
| 923 | Floor protection - Ram Board | 466.39 | SF | $ 1.50 | $ 699.59 | 0.00 | SF | $ - | $ - | $ 699.59 | 100% | DBI did not observe any loss related damages to this item. |
| 924 | **MISC ITEMS** | | | | | | | | | | | |
| 925 | On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 2.00 | HR | $ 47.02 | $ 94.04 | 0.00 | HR | $ - | $ - | $ 94.04 | 100% | DBI did not observe any loss related damages to this item. |
| 926 | Subtotal | | | | $ 18,399.47 | | | | $ 2,785.63 | $ 15,613.84 | 85% | |
| 927 | 1st Floor Subtotal | | | | $ 18,399.47 | | | | $ 3,382.24 | $ 15,017.23 | 82% | |



For discussion purposes only - Subject to coverage review by the adjuster

| Line # | Description | VC Consulting Submitted | | | | DBI Recommended | | | | Variance | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Rate | Total | Qty | Unit | Rate | Total | $ (F-J) | % (K/F) | |
| A | B | C | D | E | F | G | H | I | J | K | L | M |
| 928 | **Water Damage Mitigation** | | | | | | | | | | | |
| 929 | The Spazio Group, LLC Water Extraction & Remediation (As Rendered) | 1.00 | EA | $ 43,712.94 | $ 43,712.94 | 0.00 | EA | $ - | $ - | $ 43,712.94 | 100% | DBI did not observe any loss related damages to this item. |
| 930 | Subtotal | | | | $ 43,712.94 | | | | $ - | $ 43,712.94 | 100% | |
| 931 | **Incurred Expenses** ****** INCURRED COSTS REMAIN OPEN | | | | | | | | | | | |
| 932 | AND PENDING ***** | 1.00 | EA | $ - | $ - | 0.00 | EA | $ - | $ - | $ - | 0% | |
| 933 | Subtotal | | | | $ - | | | | $ - | $ - | 0% | |
| 934 | **General Conditions & Requirements** | | | | | | | | | | | |
| 935 | Content Manipulation charge - per hour | 0.00 | HR | $ - | $ - | 128.00 | HR | $ 45.21 | $ 5,786.88 | | | |
| 936 | | | | | | 4.00 | EA | $ 50.00 | $ 200.00 | $ (5,986.88) | 0% | |
| 937 | Taxes, insurance, permits, architectural, engineering fees (Allowance) | 1.00 | EA | $ 45,000.00 | $ 45,000.00 | 1.00 | EA | $ 3,858.98 | $ 3,858.98 | $ 41,141.02 | 91% | DBI has included an allowance of approx. 2% of total. |
| 938 | Dumpster load - Approx. 20 yards, 4 tons of debris | 8.00 | EA | $ 500.00 | $ 4,000.00 | 1.00 | EA | $ 635.00 | $ 635.00 | $ 3,365.00 | 84% | |
| 939 | Temporary construction office | 1.00 | EA | $ 4,279.08 | $ 4,279.08 | 0.00 | EA | $ - | $ - | $ 4,279.08 | 100% | |
| 940 | Material Handling | 1.00 | EA | $ 12,046.84 | $ 12,046.84 | 0.00 | EA | $ - | $ - | $ 12,046.84 | 100% | |
| 941 | General Demolition | 1.00 | EA | $ 14,017.04 | $ 14,017.04 | 0.00 | EA | $ - | $ - | $ 14,017.04 | 100% | |
| 942 | General clean - up | 1.00 | EA | $ 13,038.01 | $ 13,038.01 | 120.00 | EA | $ 45.21 | $ 5,425.00 | $ 7,362.81 | 56% | Variance due to price. |
| 943 | | | | | | 5.00 | EA | $ 50.00 | $ 250.00 | | | |
| 944 | Cleaning Technician - incl. cleaning agent - per hour | 1.00 | EA | $ 9,000.19 | $ 9,000.19 | 64.00 | EA | $ 45.80 | $ 2,931.20 | $ 5,868.99 | 65% | Variance due to price. |
| 945 | | | | | | 4.00 | EA | $ 50.00 | $ 200.00 | | | |
| 946 | Commercial Supervision / Project Management - per hour | 1.00 | EA | $ 40,700.69 | $ 40,700.69 | 120.00 | HR | $ 74.92 | $ 8,990.40 | $ 31,710.29 | 78% | Variance due to price. |
| 947 | Job-site cargo/storage container - 40' long - per month | 1.00 | EA | $ 4,000.00 | $ 4,000.00 | 0.00 | EA | $ - | $ - | $ 4,000.00 | 100% | |
| 948 | Job Equipment Allowance | 1.00 | EA | $ 10,000.00 | $ 10,000.00 | 1.00 | EA | $ - | $ - | $ 10,000.00 | 100% | |
| 949 | Negative air/fan scrubber (24 hr period) - No monitor | 360.00 | DA | $ 73.00 | $ 26,280.00 | 0.00 | DA | $ - | $ - | $ 26,280.00 | 100% | |
| 950 | Subtotal | | | | $ 182,361.85 | | | | $ 28,277.66 | $ 154,084.19 | 84% | |
| 951 | **General MEP** | | | | | | | | | | | |
| 952 | HVAC Technician - per hour | 0.00 | HR | $ - | $ - | 80.00 | HR | $ 125.00 | $ 10,000.00 | $ (10,000.00) | 0% | |
| 953 | Material allowance for the above line item | 0.00 | HR | $ - | $ - | 10.00 | HR | $ 375.00 | $ 3,750.00 | $ (3,750.00) | 0% | |
| 954 | Subtotal | | | | $ - | | | | $ 13,750.00 | $ (13,750.00) | 0% | |
| 955 | **Labor Minimums Applied** | | | | | | | | | | | |
| 956 | Mirror/shower door labor minimum | 1.00 | EA | $ 38.74 | $ 38.74 | 0.00 | EA | $ - | $ - | $ 38.74 | 100% | DBI does not include allowances for labor minimums. |
| 957 | Subtotal | | | | $ 38.74 | | | | $ - | $ 38.74 | 100% | |
| 958 | **Line Items Total** | | | | $ 536,478.83 | | | | $ 161,286.01 | $ 375,192.82 | 70% | |
| 959 | **Markups** | | | | | | | | | | | |
| 960 | Material Sales Tax | 1.00 | LS | $ 8,832.62 | $ 8,832.62 | 1.00 | LS | $ 3,407.66 | $ 3,407.66 | $ 5,424.96 | 61% | |
| 961 | Overhead (10%) | 1.00 | LS | $ - | $ - | 1.00 | LS | $ 16,057.22 | $ 16,057.22 | $ (16,057.22) | 0% | |
| 962 | Profit (10%) | 1.00 | LS | $ 74,827.36 | $ 74,827.36 | 1.00 | LS | $ 16,057.22 | $ 16,057.22 | $ 58,770.14 | 79% | |
| 963 | **Markups Total** | | | | $ 83,659.98 | | | | $ 35,522.10 | $ 48,137.88 | 58% | |
| 964 | **GRAND TOTAL** | | | | $ 620,138.81 | | | | $ 196,808.11 | $ 423,330.80 | 68% | |

For discussion purposes only - Subject to coverage review by the adjuster



3914 US 301 N, Unit 800
Tampa, FL 33619

TOLL-FREE **888.782.3473**
**envistaforensics.com**



# REPORT OF FINDINGS

## STAR PROPERTY NAKATOMI LLC

Sedgwick Claim No.: 4195788
Envista Matter No.: MAT-142577-V4Y0
Report Date: October 6, 2022

Prepared for:
Mr. Travis Plohocky
Sedgwick
1080 Eldridge Parkway, 12th Floor
Houston, TX 77077
travis.plohocky@sedgwick.com



10/6/2022

**Stephen G. Sheffield, P.E.**
FL License No.: 52765

**CERTAINTY IN AN UNCERTAIN WORLD**

Envista Forensics, LLC | TX Certificate of Registration # F-19410 | NC Firm Registration # C-2837 | FL Registry No. 32428

**EN/ISTA**
**F O R E N S I C S**

## BACKGROUND

On August 26, 2022, Stephen G. Sheffield, P.E. of Envista Forensics, LLC (Envista) inspected the office building owned by Star Property Nakatomi LLC (Owner) located at 1801 SW 3rd Avenue in Miami, Florida.



The building was 8-story with the front elevation facing slightly northeast, however, for the purpose of this report the front was considered to face north. The building was built in 1981 according to the County Property Appraiser, making it approximately 41 years old at the time of the evaluation. The building was constructed with reinforced concrete slabs and columns and the exterior walls consisted of a glass curtainwall system. Refer to the photographs in Attachment A for the exterior elevations of the building.

Reportedly, the water pipes from the cooling tower burst within the interior of the building on or about June 16, 2022, resulting in water damage to the interior finishes.

Figure 1 – Star Property Nakatomi Building

## PURPOSE

Sedgwick retained Envista to determine the extent of the reported water damage to the interior finishes of the building due to the broken water pipes from the cooling tower. Envista's scope of work included a site visit to perform an assessment of the building based on visual observations, a review of pertinent information, and to provide a written report summarizing the findings.

## CONCLUSIONS

1.  The water that reportedly escaped the water pipes from the cooling tower resulted in water damage to the interior finishes and it consisted of the following:
    a.  The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
    b.  Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
    c.  The lobby walls were water-stained on floor 1.
    d.  The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
    e.  The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

2.  WARNING: The structural steel frame supporting the cooling tower on the roof was corroded, which compromised the strength of the steel members. The steel frame required immediate shoring as a precaution against its potential collapse. Envista verbally warned Nicolas Estella and Danny Bello during the inspection.



## PROVIDED INFORMATION

The Owner's representative, Danny Bello with VC Consultants, was present during the inspection and reported the following information along with Mabel Rodriguez – Executive Assistant with Estrella.

1. The vertical section of the water pipe that originated from the roof-top cooling tower burst in the 8th floor mechanical room allowing water to travel throughout the eighth floor and down through floor slab openings to the floor levels below.
2. The vertical section of water pipe in the mechanical rooms on the floors below was also reportedly broken.
3. The water was shut-off to the pipe soon after the leaking water was discovered.
4. A remediation company was engaged to remove and dry-out the water.

## DOCUMENTS REVIEWED

The following documents and materials were reviewed and/or referenced as part of Envista's investigation, and/or contain information pertinent to the discussion and conclusions presented herein:

1. Miami-Dade County Property Appraiser (http://www.miamidade.gov/pa/)
2. Aerial Imagery by EagleView Technologies/Pictometry (https://explorer.pictometry.com/)
3. Mold Assessment Report prepared by Truview Mold LLC, dated 6/16/2022
4. Letter prepared by Your Insurance Attorney, dated 6/17/2022
5. Photographs taken by McLarens dated 6/23/2022
6. Cost Estimate prepared by McLarens dated 7/21/2022
7. Preliminary Report prepared by McLarens, dated 7/28/2022

## DISCUSSION

Envista inspected the building to determine the extent of the reported water damage to the interior finishes due to the broken water pipes from the cooling tower. Refer to Attachment A for photographs pertaining to the following discussion.

The inspection revealed that the 8-story building included a two-level parking garage that was constructed with the first level below grade. The garage was larger than the footprint of the building. The floor plan of the building consisted of an elevator lobby on each floor that was located towards the southern portion of the building which included the restrooms, mechanical rooms, and two exit stairs. The western exit stair extended to the roof. The office space on each floor was in the northern portion of the building. The lobby floors were finished with floor tile.

<u>Roof</u>

The inspection of the roof found the cooling tower located approximately above the lobbies, adjacent to the elevator machine room. The cooling tower consisted of a round fiberglass cooling tower manufactured by Protec, and it was supported on a steel frame elevated above the roof surface. Two water pipes were observed from the cooling tower that penetrated through the roof and traveled downward through the building within the mechanical rooms on each floor in the lobby located next the bathrooms. The cooling tower and water pipes above the roof are shown in photographs 3 to 5. The water pipes near the roof penetration were painted white and a roofing repair was present surrounding the pipes, which was consistent with the reported repair of the water pipes.



Floors 8, 7, 6, 5, and 3

The entire office space on each floor was occupied by one company. Envista's evaluation of these floor levels found the following conditions which varied in extent per floor. Generally, the extent of any water damage observed in the wood flooring diminished on the floors below the eight level. The lobby and bathroom floors were finished with floor tile and a painted wood baseboard was present along the base of the walls. No water stains were observed on the lobby floor or walls. No loose tiles or cracked and displaced grout were observed throughout the tile floors that could occur had the floor tiles debonded from the concrete floor slab because of a water exposure. Therefore, the floor tiles were not affected by the water that leaked from the broken cooling tower water pipes.

Inside the mechanical room containing the air-conditioning equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots. The water stains and fungal growth were consistent with the result with a water exposure from the reported water leak from the cooling tower water pipes. The partition walls that enclosed the vertical water pipes within a chase were reportedly removed to replace the pipes. The water pipes exhibited a clean, bright grey color consistent with new piping.

The floor within the office area was finished with laminate wood flooring and it was cupped (which consisted of upward curling of the edges of the wood planks) in multiple locations. Cupped wood flooring is typically the result of a water exposure. The walls within the office had painted wood baseboards and no separations were observed in the jointing that were consistent with swollen wood from the effects of a water exposure. The baseboards did have misalignments in the jointing that were the result of the workmanship during its installation. The lobby and office areas were not furnished with a ceiling, but rather, the underside of the structure was left exposed and painted black.

Floor 4

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. A small water stain was found on the acoustical tile ceiling in the lobby. Inside the mechanical room with the air-conditioning (AC) equipment and the water pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The office space was occupied by two companies. In office 401, no water damage was reported by the insured's representative. The office lobby was accessible, and no water stains were observed on the ceiling or walls.

In office 402, the laminate wood flooring was cupped in areas closest to the lobby. The wood baseboards along the base of the walls had no separations in the jointing that was consistent with a water exposure. The acoustical tile ceiling was reportedly water stained, however, at the time of the inspection, no water stains were observed on the ceiling or on the walls. It was reported that water-stained ceiling tiles were replaced before the inspection.

Floor 2

The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The baseboard in the lobby consisted of tile and it was also absent of displacement. No water stains were observed on the lobby floor or walls. Several small water stains were found on the lobby acoustical tile ceiling. Inside the mechanical room with the air-conditioning (AC) equipment and the water



pipes from the cooling tower, water stains were observed along the base of the walls along with apparent fungal growth in small, isolated spots, which were consistent with a water exposure.

The entire office space was occupied by one company. The laminate wood flooring in the office area was cupped in areas. The wood baseboards along the base of the walls in the office area had no separations in the jointing that was consistent with a water exposure. The office acoustical tile ceiling had no water stains.

Floor 1

The first-floor lobby ceiling was reportedly water-stained by the water that escaped the cooling tower water pipes from the floors above, however, the water damage was reportedly repaired before Envista's inspection. Hence, no water stains were observed on the lobby ceiling, however, water stains were present on the baseboard and in isolated areas on the walls. The floor tile throughout the lobby and bathrooms was absent of loose tiles or cracked and displaced grout. The first-floor office space was occupied by 4Geeks, and water stains were observed on the acoustical tile ceiling.

Summary

Envista's evaluation of the building found evidence of water damage to the interior finishes of the lobby and office areas that occurred because of the water that reportedly escaped from the cooling tower water pipes.

The water damage consisted of the following:

- The lobby acoustical tile ceiling was water-stained on floors 2 and 4.
- The lobby walls were water-stained on floor 1.
- Water stains and apparent fungal growth were on the base of the mechanical room walls on each floor containing the AC unit and the water pipes from the cooling tower.
- The office acoustical tile ceiling was water-stained on floor 1 in the 4Geeks tenant space.
- The laminate wood flooring in the office area was cupped from a water exposure on floors 2 through 8.

Warning

During the inspection of the roof, Envista observed corrosion in the structural steel frame supporting the cooling tower. The extent of the corrosion resulted in significant loss of material that would compromise the strength of the steel members. Envista warned Nicolas Estella and Danny Bello of the observed condition of the steel frame supporting the cooling tower and recommended immediate shoring of the compromised steel frame as a precaution against its potential collapse.

**CLOSURE**

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information. This electronic version of the report is a convenience copy and as such, an original signed and sealed copy is available to our client.



Page 6 of 6
Envista Matter No: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Thank you for allowing us to provide this service. If you have any questions or need additional assistance, please call or email.

Sincerely,

**Envista Forensics**

Stephen G. Sheffield, P.E.
Senior Project Engineer

Technical Review by:
Donna Friis, P.E.
Practice Leader, Construction

Attachment A, Photographs



# ATTACHMENT A

## Photographs

Photographs taken during our inspection, which have not been included in this report, have been retained in our files and will be made available to you upon your request. Note that the brightness and/or contrast of some photographs may have been enhanced for purposes of clarity. Some photographs may be cropped from their original sizes in order to emphasize a specific item or feature. No significant changes to any photographs were made that would alter factual representations.

Insured: Star Property Nakatomi LLC

Envista Matter No.: MAT-142577-V4Y0

Location: Miami, FL

Sedgwick Claim No.: 4195788

Photograph #1



View of north (front) elevation.

Photograph #2



View of north and east elevations.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #3



View of west and south elevations. The roof-top cooler tower is encircled.

Photograph #4



View of roof and location of the cooling tower and water pipe (circled) that reportedly burst within the building.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #5



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

Photograph #6



View of water pipes that reportedly burst within the building. Note the replacement of the pipes.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC          Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                      Sedgwick Claim No.: 4195788

Photograph #7



View of typical lobby finishes.

Photograph #8



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC

Envista Matter No.: MAT-142577-V4Y0

Location: Miami, FL

Sedgwick Claim No.: 4195788

Photograph #9



Typical lobby tile flooring with no loose tiles or cracked and displaced grout.

Photograph #10



Typical lobby wood baseboard with no separations in the jointing consistent with a water exposure.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                    Sedgwick Claim No.: 4195788

Photograph #11



Typical mechanical room with AC unit and water pipes from the cooling tower.

Photograph #12



Typical mechanical room with AC unit and water pipes from the cooling tower. Notes the removed chase walls and new water pipes.

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #13



Typical mechanical room with AC unit and water pipes from the cooling tower. Note the water stains and isolated fungal growth at the base of the walls.

Photograph #14



View of typical office finishes.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                            Sedgwick Claim No.: 4195788

Photograph #15



View of typical office finishes.

Photograph #16



Typical office wood flooring with cupped edges of the planks.

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #17



Typical office wood flooring with cupped edges of the planks.

Photograph #18



Typical office wood flooring with cupped edges of the planks.

**EN*V*ISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #19



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

Photograph #20



Typical office wood baseboard with no separations in the jointing consistent with a water exposure.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC                    Envista Matter No.: MAT-142577-V4Y0
Location: Miami, FL                                               Sedgwick Claim No.: 4195788

Photograph #21



Typical office wood baseboard with no separations in the jointing consistent
with a water exposure.

Photograph #22



View of first floor lobby. Note generally no water staining on the ceiling and
walls, except as noted in photos 24 and 25.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #23



View of first floor lobby. Note generally no water staining on the ceiling and walls, except as noted in photos 24 and 25.

Photograph #24



First floor lobby. Note the water stains along the baseboard.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC

Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0

Sedgwick Claim No.: 4195788

Photograph #25



First Floor lobby. Note the bubbled wall paint.

Photograph #26



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

**ENVISTA**
F O R E N S I C S

Insured: Star Property Nakatomi LLC
Location: Miami, FL

Envista Matter No.: MAT-142577-V4Y0
Sedgwick Claim No.: 4195788

Photograph #27



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

Photograph #28



First floor tenant 4Geeks. Note the water stains on the ceiling tiles.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STAR PROPERTY NAKATOMI, LLC

        Plaintiff,

Case No.: 2022-024631-CA-01

vs.

ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER:VETGV06026210,

        Defendants.

_____/

## **DEFENDANTS' NOTICE OF REMOVAL TO OPPOSING COUNSEL**

YOU ARE HEREBY NOTIFIED that Defendants, ARCH SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER: VETGV06026210, in the above-styled action has, on this day, filed a Notice of Removal to the United States District Court for the Southern District of Florida, Miami Dade Division.  A copy of the Notice of Removal is attached hereto as **Exhibit "A."** The removal of the above-styled action to the United States District Court for the Southern District of Florida has been effectuated thereby.

Please serve the undersigned with copies of all pleadings that may be filed by you in the United States District Court for the Southern District of Florida pursuant to the removal of this cause and in accordance with the Federal Rules of Civil Procedure.

Dated this 14th day of September, 2023.

BUTLER WEIHMULLER KATZ CRAIG LLP

_____

CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
MADELINE S. MECONNAHEY, ESQ.
Florida Bar No.:  1033019
mmeconnahey@butler.legal
Secondary:  hkerr@butler.legal
                     ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
Attorneys for Defendants, ARCH SPECIALTY
INSURANCE COMPANY, UNITED SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYD'S, LONDON
SUBSCRIBING TO POLICY
NUMBER:VETGV06026210

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy hereof has been furnished to:

Maximo A. Santiago
Ariana Rubio Di Natale, Esq.
Your Insurance Attorney, PLLC
2601 South Bayshore Drive, 18th Floor
Coconut Grove, Florida 33133
YIA3@yourinsuranceattorney.com
eservice@yourinsuranceattorney.com
Attorneys For Plaintiff, STAR
PROPERTY NAKATOMI, LLC

by e-Portal on September 14, 2023.

_____
 CHRISTOPHER M. RAMEY, ESQ.

2